# EXHIBIT 1

# Flight Attendant

# Work Rules

Effective April 1, 2015

Includes:

Revision #1 – 03/19/12
Revision #2 – 04/10/12
Revision #3 – 05/01/12
Revision #4 – 07/02/12
Revision #5 – 12/10/12
Revision #6 – 04/01/13
Revision #7 – 09/19/13
Revision #8 – 01/01/14
Revision #9 – 04/01/14
Revision #10 – 01/01/15
Revision #11 – 04/01/15

**Contents and Introduction** i

**Section 1 - Legalities**

| | | |
|---|---|---|
| 1.A | Overview of the Daily Operation | 1 |
| 1.B | Aircraft Staffing Requirements | 2 |
| 1.C | F.A.R. 121.467 Duty Limitations & Rest Requirements | 4 |
| 1.D | FAA Duty Time Limitations | 5 |
| 1.E | FAA Duty Limitations & Rest Requirements Chart | 5 |
| 1.F | FAA Rest – The 'Rolling' 24 in 7 Rest | 6 |
| 1.G | FAA Reduced Rest & Subsequent Rest | 6 |
| 1.H | FAA Duty Requirements & Non-Flying Company Business | 8 |
| 1.I | Compliance | 9 |
| 1.J | Reporting for Duty - General | 10 |
| 1.K | Reporting for Variable Staffing, Load Factor Pairings, and Through Flights | 12 |
| 1.L | Reporting for Duty – Out-of-Base Trips | 12 |
| 1.M | Delta Flight Category Descriptions | 13 |
| 1.N | Delta Duty Limitations – Important Definitions | 14 |
| 1.O | Delta Duty Time Limitations - General | 15 |
| 1.P | Delta Domestic & International & Intra-Theatre Duty Limits | 16 |
| 1.Q | Delta Transoceanic Duty Limits | 17 |
| 1.R | Delta Transoceanic Non-Stop >12 Flight Hour Duty Limits | 18 |
| 1.S | Ultra Long Range Flying (ULR) | 19 |
| 1.T | Quick Reference for Delta Duty Limitations and Flight Attendant Option-Off Points | 21 |
| 1.U | Duty Time for Co-Terminal Limos | 22 |
| 1.V | Duty Time for Charters | 22 |
| 1.W | Domicile Rest Requirements – Domestic/International | 23 |
| 1.X | Layover Rest Requirements – Domestic/International | 23 |
| 1.Y | Layover Rest Requirements – Intra-Theatre | 24 |
| 1.Z | Domicile Rest Requirements - Transoceanic | 25 |
| 1.Z.1 | Layover Rest Requirements - Transoceanic | 25 |
| 1.Z.2 | Delta Rest Requirements | 26 |
| 1.Z.3 | Delta 24 in 7 | 27 |
| 1.Z.4 | Rest Options | 28 |
| 1.Z.5 | FAR Bar (Federal Aviation Regulations) | 31 |

**Section 2 - Compensation**

| | | |
|---|---|---|
| 2.A | Compensation Overview | 32 |
| 2.B | Pay Periods | 33 |
| 2.C | Earned Pay | 34 |
| 2.D | Flight Pay | 35 |
| 2.E | Intentionally Left Blank | 36 |
| 2.F | Non-Fly Credit Guarantees | 36 |
| 2.F.1 | Duty Period Credit (1 for 2) | 36 |
| 2.F.2 | Minimum Duty Period Credit (4:45- MDC) | 37 |
| 2.F.3 | Trip Credit (1 for 3.5 – TRP) | 38 |
| 2.F.4 | Deadhead / Ferry Pay | 38 |
| 2.G | Surface Deadhead | 38 |
| 2.H | Pairing Minutes-Under/Minutes-Over Pay | 39 |
| 2.I | Report Pay | 39 |
| 2.J | Time Away from Base Pay (TAFB) | 40 |
| 2.K | Duty Period Extensions | 41 |
| 2.L | Pay For Incompleted Trips | 41 |
| 2.M | Holding Pay | 42 |
| 2.M.1 | Flight Pay for Ground Time | 42 |
| 2.N | Crew Compensation Pay | 43 |
| 2.O | International Pay | 43 |
| 2.P | Purser / Flight Leader Pay | 43 |
| 2.Q | Language of Destination (LOD) Pay | 44 |
| 2.R | A-Day Guarantee | 44 |
| 2.S | Airport Standby Credit | 45 |
| 2.T | Draft Pay (DRFT & FIOD) | 46 |
| 2.U | Rerouted Into OFF Day (RRO4) | 48 |
| 2.V | Rerouted / Rescheduled Into Vacation Day | 49 |
| 2.W | Reroute Pay Chart | 50 |
| 2.X | Incentive Pay (IPY4) | 51 |
| 2.Y | Holiday Pay | 52 |
| 2.Z | Vacation Pay | 53 |
| 2.Z.1 | Paid Personal Time (PPT) | 53 |
| 2.Z.2 | Emergency Leave of Absence (ELOA) Pay | 54 |
| 2.Z.3 | Jury Duty / Court Appearance Pay | 54 |
| 2.Z.4 | Special Assignment Pay | 55 |
| 2.Z.5 | Training Pay | 55 |

2.Z.6 Mandatory Departmental Meeting Pay 56
2.Z.7 Transportation Reimbursement 56
2.Z.8 Tipping 57
2.Z.9 Hotel Expenses 57
2.Z.10 Non-Fly Daily Meal Expenses 58
2.Z.11 Short-Term Parking 58
2.Z.12 Moving Expenses 58
2.Z.13 Severe Operations Expenses 59
2.Z.14 Pay Discrepancies 59

**Section 3 - Pay Protection**

3.A Pay Protection 60
3.B Pay Protection Options 60
3.C Pay Protection for Cancellation/Reroute on a Single Pairing 61
3.D Availability Chart When Opting for Pay Protection 62
3.E Contacting Scheduling 63
3.F Availability Notification Times & Procedures 64
3.G Alternate Assignments 68
3.H Pay Protection Involving Two Pairings Or More 70
3.I Pay Protection Options for Out-of-Base Pairings 73
3.J Pay Protection for Trips Transiting Two Bid Periods 74
3.K Pay Protection for Draft And Incentive Pairings 75
3.L Pay Protections for Charter Pairings 75
3.M Scheduling Errors 76

**Section 4 - Pairings/Bidding**

4.A General 78
4.B Trip Length Definition 78
4.C Pairing Report Time 81
4.D Transition Pairings 83
4.E Load Factor Pairings & Variable Staffing 83
4.F ‘Back Side of the Clock’ Flying Pairings 86
4.G CRAF & Military Charters 87
4.H Schedule Build / Bidding – General 88
4.I Transoceanic / International Flying 90
4.J Purser / Flight Leader Program 91

| | | |
|---|---|---|
| 4.K | Language of Destination (LOD) Program | 91 |
| 4.L | Special Assignment Days | 92 |
| 4.M | Partial Month Bids | 93 |
| 4.N | PBS Closing Date And Release of Schedules | 94 |
| 4.O | No Bid | 94 |
| 4.P | Bidding Resolution Process | 94 |
| 4.Q | Continuing Qualification Bids (CQ) | 95 |
| 4.R | Bidding for Special Programs | 95 |
| 4.S | Other Training and Meetings Adjacent to Duty | 96 |
| 4.T | Base Transfers | 97 |
| 4.U | Base/Location Transfer Bidding | 97 |
| 4.V | Temporary Base/Location Transfer Bidding | 98 |
| 4.W | Base Transfer Awards / Denials | 99 |
| 4.X | Base Transition Policy | 99A |
| 4.Y | Responsibilities in New Base/AFP Location | 100 |
| 4.Z | Involuntary Transfers | 100 |
| 4.AA | Monthly Base Swaps | 100A |

**Section 5 - Access Days**

| | | |
|---|---|---|
| 5.A | A Access Days – General Information | 101 |
| 5.B | Schedule Build | 102 |
| 5.C | A-Day Holder – Partial Month on Duty | 103 |
| 5.D | Telephones | 103 |
| 5.E | Contact Requirements | 104 |
| 5.F | A-Day Parameters | 105 |
| 5.G | A-Day Utilization | 107 |
| 5.H | A-Day Holder & Preferencing Open Trips | 108 |
| 5.I | A-Day Awards & Assignments | 109 |
| 5.J | Airport Standby Duty | 110 |
| 5.K | Out-of-Base Standby | 111 |
| 5.L | Airport Release Requirements | 112 |
| 5.M | Phone Release | 113 |
| 5.N | A-Day Rest Requirements | 114 |
| 5.O | Transitioning Between A-Day and Trips / Leaves | 115 |
| 5.P | Interference With OFF Days (FIOD) | 116 |
| 5.Q | A-Day Swapping and Schedule Changes | 117 |

## Section 6 - Schedule Changes

| | | |
|---|---|---|
| 6.A | Schedule Changes - Definitions & Overview | 122 |
| 6.B | 1st Come 1st Served Open Time Process | 122 |
| 6.C | Trip Trade Balancer (TTB) | 124 |
| 6.D | Open Time and Language of Destination Positions (LOD) | 126 |
| 6.E | Pick-Ups – General | 126 |
| 6.E.1 | Pick-Ups From Open Time | 127 |
| 6.F | Swaps – General | 128 |
| 6.F.1 | Swaps With Open Time (1st Come 1st Served) | 130 |
| 6.F.2 | Swaps With Another Flight Attendant | 130 |
| 6.F.3 | Out-of-Base Pickups with the Swapboard (OBP) | 130A |
| 6.G | Jetway Trades | 131 |
| 6.H | Training and Meeting Swaps | 134 |
| 6.I | Dedicated and Regular Charter Swaps | 134 |
| 6.J | Access Day Swapping | 135 |
| 6.J.1 | Down-Line Trades | 136 |
| 6.K | Swapping Chart | 137 |
| 6.L | Trip Escalations | 138 |
| 6.M | Move-Ups | 139 |
| 6.N | Trip Coverage | 142 |
| 6.O | Out-of-Base Pick-Ups | 144 |
| 6.P | Transiting Midnight & A-Day Awards/Assignments | 144 |
| 6.Q | Intentionally Left Blank | 145 |
| 6.R | A-Day Coverage of Trips that Exceed Block Length | 145 |
| 6.S | ‘Piggybacking’ of A-Days | 146 |
| 6.T | Drafting Procedures | 146 |
| 6.U | Paid Personal Time Off (PPT) | 148 |
| 6.V | Trip and A-Day Drops Without Pay (TDOT & ADOT) | 150 |
| 6.W | Intentionally Left Blank | 151 |
| 6.X | Emergency Leave of Absence (ELOA) | 152 |
| 6.Y | Jury Duty / Court Appearances | 153 |
| 6.Z | ‘Parking Trips & A-Days | 155 |

**Section 7 - Reroutes**

| | | |
|---|---|---|
| 7.A | Rerouted Trip Guidelines | 156 |
| 7.B | Rerouted / Rescheduled Duty Time Limitations | 160 |
| 7.C | Notification of Rerouted Trip | 162 |
| 7.D | Cancellation of Trip/Cancellation or Disruption of 1st Leg | 164 |
| 7.E | Mid-Rotation Rerouted / Rescheduled Trip | 165 |
| 7.F | Rescheduling a Partial Crew | 166 |
| 7.G | Equipment Substitutions - Prior to Departure | 167 |
| 7.H | Equipment Substitutions - After Departure | 168 |
| 7.I | Extended Aircraft Maintenance | 169 |
| 7.J | Contacting Crew Tracking | 169 |
| 7.K | Duty Limitations Options | 170 |
| 7.L | Intentionally Left Blank | 171 |
| | Intentionally Left Blank | 172 |
| | Intentionally Left Blank | 173 |

**Section 8 - Severe Operations**

| | | |
|---|---|---|
| 8.A | Severe Operations Guidelines | 174 |
| 8.B | Reporting for Duty – Irregular & Severe Operations | 174 |

**Section 9 - General & Miscellaneous**

| | | |
|---|---|---|
| 9.A | Deadheading Procedures - General | 177 |
| 9.B | Deadhead Flight Arrangements | 178 |
| 9.C | Deviation from Deadhead | 178 |
| 9.D | Quick Reference Deviation & PSY Authorization Chart | 181 |
| 9.E | Attire for Deadheading | 182 |
| 9.F | Hotel Accommodations | 182 |
| 9.G | Crew Transportation | 183 |
| 9.H | Absence Notification Policy | 184 |
| 9.H.1 | Managed Time Out (MTO) | 184 |
| 9.I | Alternate Flying Program | 186 |
| 9.J | Trip Coverage Procedures for Military Charters | 186 |

Appendix A – F.A.R. 121.467
Appendix B – Schedule & Training Status Codes
Appendix C – Move-Up Chart

Flight Attendant Work Rules
Table of Contents 4/1/14

Appendix D – RR04/RR08 Examples
Appendix E – Bid Periods
Appendix F – OBP sliding scale

Glossary

Work Rules Index

CONFIDENTIAL DELTA 000766

This page intentionally left blank.

CONFIDENTIAL DELTA 000767

## Purpose, Authority and Responsibility

- The Flight Attendant Work Rules manual is made available to each Delta Air Lines flight attendant. It contains all work rules and scheduling policies and its purpose is to provide the established work rules, policies and scheduling procedures for Delta flight attendants.
- The Vice President IFS Business Operations has the authority and the IFS Scheduling Management Team has the responsibility for the Flight Attendant Work Rules and all elements of quality and policies described herein. The policies are administered by Scheduling Operations, Schedule Planning, and the Operations Resource Management group (Crew Tracking/Reroute).

## Compliance & Ethics

- As a flight attendant, you are required to comply with federal regulations and company practices and procedures which govern your job including the In-Flight Service Standards of Performance, as listed in the On-Board Manual, and Delta's Human Resource Policies. Depending on the nature of the situation, more than one set of rules and regulations may apply.
- Delta has always followed a policy of conducting its business ethically and in compliance with the letter and the spirit of the law. The Delta Code of Ethics and Business Conduct contains a summary of Delta's standards of conduct so that each employee understands the basic rules that apply.
- Delta flight attendants are expected to utilize only Delta-approved computerized programs to access Delta systems. Use of any automated program to access a Delta scheduling system is strictly prohibited and may subject those involved in such activity to Performance Development up to and including possible termination.
- Any pattern of manipulation of schedules by activity such as 'parking trips or A-Days', or other misuse of the Swapping, Trade or A-Day Preference programs is also prohibited. This includes any exchange of monies, favors, or any other bartered commodity in return for the offering or obtaining of trips. See *Human Resource Policies / Pay / Hours of Work*, and the Flight Attendant Work Rules, Section 4.H, and Section 6.Z.
- Any document of this nature obviously cannot be all inclusive, and employees are expected to conduct themselves in accordance with the guidelines as published. If you have any questions regarding these issues, please contact your immediate manager or Human Resource professional.

## Revisions

- Revisions are to be numbered and each page dated so the correct revision date is applied to every page.  The revision record is kept on the IFS Portal.

## IFS Operations & Planning Organizational Overview

- In-Flight Service Operations and Planning consists of several work areas: Schedule Planning, Scheduling Operations, Scheduling Support, and Administration Support.  In addition, Crew Tracking in the Operations Customer Center (OCC) handles all rerouting of crews.

- The In-Flight Service Crew Resources and Planning team is divided into three areas. Crew Resources forecasts flight attendant staffing levels, processes base transfers and Personal Leaves of Convenience (PLOC), vacation bids and provides operational data. The Crew Planning team is responsible for developing the monthly trip pairings and publishing the bid package. The PBS team administers the monthly flight attendant schedule bid and processes the bid award as well as pre-month schedule PPT.

- In-Flight Service Scheduling manages both the Mainline and Pacific day-to-day operations.  They oversee all daily trip coverage procedures including availability assignments, pick-ups, swaps, and Access Day (A-Day) preference awards and assignments. Scheduling monitors all crewmember legalities for Delta and FAA rule compliance using the automated SKDEX alert system, and corrects and resolves all potential rule infractions.  The Regional Managers of Scheduling collaborate with Planning on the distribution of access days in their assigned bases as well as interact frequently with flight attendants both from the General Office and in the bases.

- In-Flight Service Scheduling Support is comprised of IFS Business Management, Operations Support, Pay Support and Scheduling Training Support.  The Business Management Analysts partner with Information Technology to upgrade and monitor all automation systems related to In-Flight.  Operations Support personnel create all the system load factors and charters.  Pay Support personnel process pay-related items and audit flight pay for accuracy. Training Support personnel schedule all Continuing Qualification (CQ) and other training as well as maintain all Delta and FAA qualifications and records.

- In-Flight Service Administration Support is comprised of the In-Flight Service Call Center (ICC) and the Administrative Services Area. The ICC is a team of Field Service Managers who serve as a resource for all Delta flight attendants in every U.S. base. The Management Support Team (MST) within the ICC also helps solve or address operational and work/life issues including taking calls from flight attendants for needed schedule changes. They handle calls for Sick (UPS), Managed Time Out (MTO), On the Job Injury (OJI), Jury Duty (JURY) and Emergency Leave of Absence (ELOA). Additionally, the Administrative Services Area manages all leaves such as FMLA (Family Medical Leave's), Short/Long Term Disability, Maternity, Military and Personal Leaves of Absence. Coordinators in IFS Administrative Services answer all leave of absence policy questions and assist Flight Attendants currently on leave with return to work procedures.

## Scheduling and Reporting Compliance

- In compliance with FAR 121.467, In-Flight Service adheres to all FAA Duty and Rest Requirements.

- In compliance with FAR 121.135, In-Flight Service maintains automated trip, training and schedule records of all flight attendants. Past date records for all domestic, flag (transoceanic), and supplemental (charter) operations are stored by Delta's Information Technology group in various automation systems, i.e. DBMS, Data Impact and the CMS data tables.

- The Vice President In-Flight Service Business Operations and/or their designee(s) are responsible for all record maintenance. Designees are the General/Regional Managers of IFS Scheduling.

- In-Flight Service also complies with Operations Specifications:
  - A003 – Airplane Authorization

## Recording of Telephone Conversations

- All telephone contact with the Scheduling Operation and Scheduling Support is recorded.
- When the call is made through the Automated Crew Scheduling telephone system, you will hear an advisory message. A signal beep will be heard during the conversation, indicating the call is being recorded.
  **NOTE:** Calls directed to Scheduling without using the VRU will not give an advisory message that the call is being taped.

## Requests For and Review of Research

- Written or verbal research requests must be submitted through an IFS Manager/Field Service Manager or a Regional Scheduling Manager or Duty Supervisor.
- The following information is required to initiate a search:
  - The flight attendant's name, employee number, and base; the date and time of call; and the person spoken with.
- Research requested should be as soon as possible, but no later than 90 days after the situation.

## Review of Research

- Research will be conducted by a Regional Scheduling Manager or Duty Supervisor. An IFS Field Service Manager or Regional Scheduling Manager / Duty Supervisor will contact the person making the request to resolve the issue.

## Tape Security

- The tape storage unit along with the NICE Recording System is located in a secured storage area within In-Flight Service at the General Office in Atlanta, Georgia. Access to the storage area is limited to authorized management personnel.
- Recordings are archived for a minimum 90-day period.

**Contents and Introduction** i

**Section 1 - Legalities**

1.A Overview of the Daily Operation 1
1.B Aircraft Staffing Requirements 2
1.C F.A.R. 121.467 Duty Limitations & Rest Requirements 4
1.D FAA Duty Time Limitations 5
1.E FAA Duty Limitations & Rest Requirements Chart 5
1.F FAA Rest – The 'Rolling' 24 in 7 Rest 6
1.G FAA Reduced Rest & Subsequent Rest 6
1.H FAA Duty Requirements & Non-Flying Company Business 8
1.I Compliance 9
1.J Reporting for Duty - General 10
1.K Reporting for Variable Staffing, Load Factor Pairings, and Through Flights 12
1.L Reporting for Duty – Out-of-Base Trips 12
1.M Delta Flight Category Descriptions 13
1.N Delta Duty Limitations – Important Definitions 14
1.O Delta Duty Time Limitations - General 15
1.P Delta Domestic / International / Intra-Theatre Duty Limits 16
1.Q Delta Transoceanic Duty Limits 17
1.R Delta Transoceanic Non-Stop >12 Flight Hour Duty Limits 18
1.S Ultra Long Range Flying (ULR) 19
1.T Quick Reference for Delta Duty Limitations and Flight Attendant Option-Off Points 21
1.U Duty Time for Co-Terminal Limos 22
1.V Duty Time for Charters 22
1.W Domicile Rest Requirements – Domestic/International 23
1.X Layover Rest Requirements – Domestic/International 23
1.Y Layover Rest Requirements – Intra-Theatre 24
1.Z Domicile Rest Requirements - Transoceanic 25
1.Z.1 Layover Rest Requirements - Transoceanic 25
1.Z.2 Delta Rest Requirements 26
1.Z.3 Delta 24 in 7 27
1.Z.4 Rest Options 28
1.Z.5 FAR Bar (Federal Aviation Regulations) 31

## 1.A Overview of the Daily Operation

- The FAA Duty Time Limitations and Rest Requirements and the Delta Duty Time Limitations and Delta Rest Requirements are used in both the construction of scheduled pairings and for the rescheduling / rerouting of pairings.
- The Legalities for Duty & Rest section contains all applicable FAA and Delta duty and rest requirements. The two sets of rules run concurrently and are monitored by internal computer systems to maintain legality compliance.
- **Daily Operations** refers to the normal day-to-day running of Delta Air Lines inclusive of mechanical, weather, crew, or other causes of delays and cancellations resulting in rerouting of scheduled pairings.
- **Irregular Operations** is a general term used to refer to an incr-eased or large volume of daily disruptions to scheduled operation.
- **Critical Operations / Critical Staffing** occurs when the A-day staffing in a base is projected to be insufficient to cover the operation and the net staffing in the Trip Trade Balancer (TTB) is designated as POOR for that base.
- **Severe Operations** refers to an extraordinary circumstance which substantially affects the operation and causes cancellations or airport closures. The Sr. Vice President of In-Flight Service (or designee) will declare the situation for the system, or by base, and will describe the cause and expected durations.
- During the daily operation, irregular operations and severe operations, you have **Duty Limitation Work Rule Options** based on the legalities outlined in this section and illustrated in detail in Section 7 – Reroute and Duty Limitation Options.
- A flight commences once the aircraft pushes back from the gate. Should a delay arise on the taxiway, the aircraft will not return to the gate even if this delay projects your duty time to exceed your maximum duty period.
  **Example:** An ATL-JAX-ATL-BOG duty day is scheduled at 12:45, but due to a delay for the ATL-BOG portion is projected at a 14:45 duty day. With the flight departed (i.e. aircraft door closed), an additional delay projects the duty day at 15:05. The flight is considered in rotation and will not return to the gate. The flight attendants will complete the duty period scheduled at 12:45 and projected at 15:05.
- You have the ability to waive the Delta projected/actual limitations and continue your trip as originally scheduled or rescheduled. You must call Crew Tracking if you want to exercise an option. **You may not waive F.A.R. 121.467 scheduled limitations or requirements *(see Appendix A).***
  **NOTE:** For option parameters, see Sections 1.P, 1.Q, 1.R, and 7.L.

## 1.B Aircraft Staffing Requirements

- The number of flight attendant positions which are available for bid and the minimum number of qualified flight attendants required by the F.A.R. for each aircraft are outlined below. *(NOTE: All aircraft types fly domestic, Latin America, and Caribbean except as noted under an aircraft type.)*

| Aircraft Type | DL EQP Code | DL Bid Pos. | FAR MIN Crew | MAX # of Jump-seats | FAR Deplaning (a) / Through-flight / Intermediate Stop |
|---|---|---|---|---|---|
| DC9-50 | D95 | 3 | 3 | 4 | 1 |
| MD88 | M88 | 3 | 3 | 5 | 1 |
| MD90 | M90 | 4 | 4 | 5 | 1 |
| A319-100 | 319 | 3 | 3 | 4 | 1 |
| A320-200 | 320 | 3 | 3 | 5 | 1 |
| B717-200 | 717 | 3 | 3 | 4 | 1 |
| B737-700 | 73W | 3 | 3 | 4 | 1 |
| B737-800 | 738<br>73Y<br>73H | 4 | 4 | 5 | 2 |
| B737-900 | 739 | 4 | 4 | 5 | 2 |
| B757-200 | 757 | 4 | 4 | 5 | 2 |
| B757-200 | 75X | 4 | 4 | 5 | 2 |
| B757-200 | 75E<br>75V | 4 | 4 | 7 | 2 |
| B757-200 | 75N | 4 | 4 | 6/7 | 2 |
| B757-200 | 75A | 4 | 4 | 7 | 2 |
| B757-200 Transoceanic | 75A<br>75E | 5 | 4 | 7 | 2 |
| B757-300 | 753 | 5 | 5 | 8 | 2 |
| B767-300 | 76P<br>76Q | 6 | 6 | 8 | 3 |
| B767-300ER | 76U<br>76L<br>76T<br>76Z | 6 | 5 | 9 | 2 |
| B767-300ER Transoceanic | 76U<br>76L<br>76T<br>76Z | 7 | 5 | 9 | 2 |
| B767-300ER-G | 76G | 6 | 5 | 10 | 2 |
| B767-300ER-G Transoceanic | 76G | 7 | 5 | 10 | 2 |
| B767-400 | 76D | 7 | 7 | 10 | 3 |
| B767-400 Transoceanic | 76D | 8 | 7 | 10 | 3 |
| B767-400 | 76C | 7 | 7 | 9 | 3 |
| B767-400 Transoceanic | 76C | 8 | 7 | 9 | 3 |
| A330-200 | 332<br>3L2 | 6 | 6 | 11 | 3 |
| A330-200 Transoceanic | 332<br>3L2 | 8 | 6 | 11 | 3 |

| | | | | | |
|---|---|---|---|---|---|
| **Aircraft Type** | **DL EQP Code** | **DL Bid Pos.** | **FAR MIN Crew** | **MAX # of Jump-seats** | **FAR Deplaning** (a) **/ Through-flight / Intermediate Stop** |
| A330-300 | 333 3L3 | 7 | 6 | 12 | 3 |
| A330-300 Transoceanic | 333 3L3 | 8 | 6 | 12 | 3 |
| B777-200ER | 777 | 8 | 8 | 12 | 4 |
| B777-200ER Transoceanic | 777 | 10 | 8 | 12 | 4 |
| B777-200LR | 77B | 8 | 8 | 12 | 4 |
| B777-200LR Transoceanic | 77B | 10 | 8 | 12 | 4 |
| B747-400 | 744 | 9 | 9 | 22 | 4 |
| B747-400 Transoceanic | 744 | 12 | 9 | 22 | 4 |

**NOTE**: For all originating & terminating flights, and during boarding of through flights, the F.A.R. minimum staffing number of flight attendants is required to be on board.
(a) The far-right column indicates the FAA required minimum number of flight attendants that must remain on the aircraft with passengers during deplaning, intermediate stops, through flights and between flights as crews are changed. However, it is Delta's policy that ALL FAs remain on board until all passengers deplane unless they are performing a safety related duty. See OBM 5.8.10 for detail.
(b) Staffing may be further augmented due to scheduled duty time. See the OBM for further information.

**NOTE:** Refer to the base bid packets for all additional staffing information.

## 1.C F.A.R. 121.467 Duty Limitations & Rest Requirements

- When determining duty time limitations and rest requirements under F.A.R. 121.467, deadheading, co-terminal limo time, meetings and training are not considered part of duty nor do they qualify as rest.

- Generally, Delta's scheduled duty day maximums are shorter than the FAA duty day maximums and Delta's rest requirements are longer than the FAA rest requirements.

  **Duty Example:** A Delta transoceanic 777 crew of 10 is scheduled to a maximum 16 hour duty day. The FAA duty maximum for a 777 crew of 10 is 18 hours (FAA minimum crew for a 777 is 8, plus 2 additional crew allows for an 18 hour scheduled duty day). *See chart next page.*

  **Rest Example:** Delta minimum scheduled rest at home base following a domestic trip is 11 hours. The FAA minimum scheduled rest is 9 hours from release to report.

- Minimum rest requirements are **actual**, release to report, and must be received to break a scheduled duty period.

- If a duty period is scheduled or rescheduled within limitations but the actual duty period exceeds the limitations because of circum-stances beyond Delta's control, the requirements for minimum rest remain the same.

  **Example:** A minimum staffed crew is scheduled for a 12 hour duty period. An ATC delay extends the actual duty period to 14:20. Since the minimum staffed crew was delayed, but **not rescheduled** over 14 hours the minimum rest requirement remains 9 hours in domicile.

- Delta will attempt to avoid interrupting a flight attendant while on rest, but contact by the company does not interrupt the FAA rest period for legality purposes. However, a flight attendant is never required to contact or be available to the Company during an FAA minimum rest.

  **Example:** A crew at layover has a report at 0600, with minimum layover rest ending at 0500. Crew Tracking contacts the crew at 0400 to advise of a reroute and later report at 0900. The call at 0400 does not interrupt the crew's legal rest period as the crew was not required to be available for contact. Additionally, this call does not constitute a "resetting of the clock" for rest purposes for the crew members who may have answered the call.

## 1.D FAA Duty Time Limitations

- Staffing for the entire duty period determines the maximum scheduled duty time. If flight segments during the duty period have varying staffing levels, the flight segment with the lowest staffing level determines the maximum duty period allowed.
- All FAA duty limitations apply to scheduled/rescheduled duty periods. *See Section 1.E for more information.*
- Delays, diversions/flagstops, equipment substitutions, stubouts and attempts are not considered scheduled or rescheduled for the purposes of Delta and FAR scheduled Duty Times (as referenced under 'SKD' on the FAR Bar at the bottom of a rotation). These circumstances allow for projected/actual times (see 'ACT' on the FAR Bar) to exceed the scheduled times up to the point where flight attendants are allowed to option off, as described on the Quick Reference Delta Duty Limitation and Flight Attendant Option Off Points chart in Section 1.

  **Example:** A duty period is scheduled at 12:15. Due to an aborted flight attempt and related delay, the new projected duty period is now 15 hours. The duty period is not considered rescheduled, even though Flight Control posts new times for planned departure of the delayed flight.

  **NOTE:** Staffing problems which cause a delay are considered within Delta's control, e.g. a variable staffer no-show which delays a flight and extends the remaining crew duty day beyond maximums.

## 1.E FAA Duty Limitations & Rest Requirements Chart

**NOTE:** Refer to Section 1.Z.2 for the Delta Rest Requirements.

For FAA purposes, scheduled and rescheduled duty periods are the same and must adhere to the duty and rest requirements below in the chart. The chart outlines the duty time limitations based on staffing and the actual rest requirements, which are based on the scheduled or rescheduled duty times.

| DUTY | STAFFING | REST | | |
|---|---|---|---|---|
| **Scheduled Duty Period** | **F/As Required on Each Flight** | **Minimum Rest After Scheduled Duty Period** | **Airline can reduce rest* to no less than** | **If rest is reduced, subsequent rest must be at least** |
| 14 hours or less | F.A.R. minimum staffing | 9 hours | 8 hours | 10 hours |
| 14:01 - 16:00 hours | F.A.R. minimum staffing +1 | 12 hours | 10 hours | 14 hours |
| 16:01 - 18:00 hours | F.A.R. minimum staffing +2 | 12 hours | 10 hours | 14 hours |
| 18:01 - 20:00 hours** | F.A.R. minimum staffing +3 | 12 hours | 10 hours | 14 hours |

* For FAA purposes, the actual rest can be reduced by scheduling, rescheduling or by operational delay.

** Applies only to duty periods with one or more flights that land or take off outside the 48 contiguous states and the District of Columbia. Only international and transoceanic flying can be scheduled between 18:01–20:00.

## 1.F FAA Rest – The 'Rolling' 24 in 7 Rest

- You must receive 24 hours rest within any 7 consecutive days. This must be on a 'rolling' basis, i.e. Monday to Sunday, Tuesday to Monday, etc. Each 7 day period must have an actual 24 hour rest.
  **NOTE:** For Delta rule purposes, please see Section 1.Z.3 for more details.

- Your 24 hour rest period can be in domicile or on a layover. The rest period can be delayed by deadheading, or operational delays due to circumstances beyond Delta's control. A 24 hour rest can also be delayed on day 7, 8, etc. if due to training, meetings, office assignments, and co-terminal limo time, however, a scheduled 24 hour rest must occur prior to your next duty period that contains a flight segment.
  **NOTE:** Jury duty or testifying in a criminal case on behalf of the prosecution is civic duty and considered the same as rest for purposes of the 24 in 7 rule. Testifying on behalf of Delta Air Lines does not qualify as rest.

- For A-Day flight attendants airport standby is considered by the FAA as duty the same as a trip assignment for the calculation of the 24 hour rest requirement.

- RRST is placed on a schedule by Scheduling indicating that an FAA mandated 24 hour rest period must occur. This rest must be free of all duty, including training and meetings, etc. from release of duty to report for your next assignment.
  **NOTE:** You can not waive this rest requirement.

## 1.G FAA Reduced Rest & Subsequent Rest

- If you fall below 9 hours rest following a duty period scheduled for 14 hours or less, your next or subsequent rest must be at least 10 hours.

- If you fall below 12 hours rest following a duty period scheduled for greater than 14 hours your next or subsequent rest must be at least 14 hours.

*See FAA Duty & Rest Chart on the preceding page.*

**FAA Legal Example**: In the trip below, due to a 30 minute delay in departing ATL, the layover rest in SFO is reduced to below 9 hours. The sub-sequent rest following the second duty period must be scheduled no less than 10 hours to satisfy the FAA subsequent rest rule.

**NOTE**: Delta rest rules provide a minimum of 9:00 actual rest.

```
  DAY  FLT   DEPARTS   ARRIVES    BLK   M/U    TURN
    1   1080 ATL 2140  SFO  0005  6.25

FAR ACT/SKD/MAX  8.10 / 7.40 / 14.00   ACT/SKD/MAX 8.10 / 7.40 / 13.00
        SFO      8.45 / HOL INN ARPT          (reduced rest of 8:45)

    2     543  SFO 1005  ATL 1727  4.22            1:00
          123  ATL 1827  LGA 2055  2.28

FAR ACT/SKD/MAX   9.12 / 9.12 / 14.00 ACT/SKD/MAX 9.12 / 9.12 / 13.00
      LGA     11.00 / COUNTRY INN              (subsequent rest must
    3     456  LGA 0910  ATL 1145  2.35          be 10 hrs or more)

FAR ACT/SKD/MAX   3.50 / 3.50 / 14.00 ACT/SKD/MAX 3.50 / 3.50 / 13.00

TOTALS  15.50      15.50BL    0.00CR                          TAFB 39.35
```

**FAA Illegal Example**: In the trip below, due to a 16 minute delay in departing ATL, the layover rest in LAX is reduced to below 9 hours. The sub-sequent rest following the second duty period must be no less than 10 hours to satisfy the FAA subsequent rest rule. Since the rest is not 10 hours or more, Crew Tracking would receive an automated alert and would take action to either reroute the crew or delay the outbound flight to ensure FAA compliance.

```
     DAY  FLT  DEPARTS  ARRIVES     BLK    M/U    TURN
    8    922 ATL 2201  LAX  0001  6.00

FAR ACT/SKD/MAX  7.40 / 7.40 / 14.00   ACT/SKD/MAX 7.40 / 7.40 / 13.00
        LAX      8.59 / HOL INN ARPT          (reduced rest of 8:59)

    9    333  LAX 1015  ATL 1727  4.12            1:00
         678  ATL 1827  MIA 2055  2.28

FAR ACT/SKD/MAX   9.02 / 9.02 / 14.00 ACT/SKD/MAX 9.02 / 9.02 / 13.00
      MIA      9.15 / HILTON ARPT      (subsequent rest is SKD <10 hrs*)
   10    223  MIA 0725  ATL 1000  2.35

FAR ACT/SKD/MAX   3.50 / 3.50 / 14.00 ACT/SKD/MAX 3.50 / 3.50 / 13.00

TOTALS  15.25TL   15.25TL   0.00CR                          TAFB 37.14
```

***With the reduced rest in LAX, Crew Tracking would have to correct the illegal MIA layover with 1) a rerouted itinerary on B-day to a legal layover/rest, or 2) delay the MIA outbound flight on C-day.**

- As seen in the previous examples, subsequent rest can be required within a trip. Additionally, if the reduced rest occurred on the final layover of a rotation, subsequent rest is required in domicile before the next trip.

- Any duty period scheduled greater than 14 hours with a minimum 12 hour FAA rest which is then reduced to between 10:00 and 11:59, may not be followed by another duty period scheduled greater than 14 hours.

- When subsequent rest is required, it must be scheduled to begin no later than 24 hours from the beginning of the previous reduced rest. The rest must occur between the completion of the duty period that follows the reduced rest and the commencement of the next duty period.
  **Example:** If a reduced rest begins at 2200 on Monday, the following duty period must be completed in time to allow for the subsequent rest to begin no later than 2200 on Tuesday.

## 1.H FAA DUTY REQUIREMENTS & NON-FLYING COMPANY BUSINESS

- Any paid non-flying company business is not considered duty or rest by the FAA. However, if a flight attendant performs any such work without a minimum scheduled rest prior to flight duty, it is considered duty for all FAA purposes.

- Any paid non-flying company business immediately following flight duty is not considered continuing duty for FAA purposes, however a flight attendant must receive the minimum scheduled rest prior to the next scheduled flight duty.

- The above requirements also apply to management personnel who are flight attendant-qualified and combine normal office duty with flight duty (e.g. volunteering to fly in a severe operation).
  **Example:** A field leader is scheduled to work in the office from 0900-1700. Due to a no-show, the field leader volunteers to work a turnaround with a scheduled duty day from 1300-2200. The office time from 0900-1300 must be considered as part of the duty day. The combined duty day length from 0900-2200 is scheduled at 13 hours, under the required 14 hour duty day limit for a minimum staffed flight/crew, and is legal for the field leader to work.

## 1.1 Compliance

- All flight attendants working under Delta's operating certificate must comply with F.A.R. 121.467. *The complete document regarding F.A.R. 121.467 can be found in Appendix A and on the Federal Aviation Administration website at www.faa.gov.*

- If you become aware of an actual or a potential violation, you must immediately contact Scheduling, Crew Tracking, or the IFS OCC Manager who will take appropriate action to resolve the situation.

- Delta's computer systems (OSS and DBMS) track all potential violations and are alerted in time to take preventative action.

- Before volunteering for additional flying, flight attendants must check with Scheduling to verify that they are legal.

- Delta is solely responsible for compliance to F.A.R. 121.467. You are not liable for violations; however you can never waive any of the scheduled or rescheduled FAA duty limitations or actual rest requirements. To do so would subject you to Performance Development.

## 1.J Reporting for Duty – General

- Generally, prior to sign-in time, any changes to a trip are handled by IFS Scheduling and after sign-in time any changes to a trip becomes the responsibility of Crew Tracking.

**Prior to Your Trip**

- Prior to each trip and before leaving for the airport, you should check your schedule and your report time as it may have changed.
  1. **Notification of Reroutes & Delays** – If reroutes or delays change the report time, Scheduling will contact you using your primary contact preferences as noted in the Crew Notification (CNO) system.
     - If your report time changes and Scheduling attempts to notify you 2 hours or more prior to the original report time (3 hours in NYC and LAX), your report time will be adjusted to the new later report time. Acknowledgement of the notification is not required.
     - If your report time changes less than 2 hours prior to the original report (3 hours in NYC and LAX), Scheduling will contact you to advise you of the change. You will have the option to keep your original report time, or have scheduling update your report time to the new later report time.
  2. **Replacement Flying -** will not require you to report any earlier than your originally scheduled report time.
  3. **Transition Replacement Trips** - can be scheduled to report up to 30 minutes earlier than originally scheduled. No call from Scheduling will be made.
  4. **Marketing Changes** – can cause flights to be scheduled to report up to 15 minutes earlier than originally scheduled. No call from Scheduling will be made.

- You are responsible for checking the broadcast screen, your schedule and pairing prior to each assignment. The IFS portal and your email can also contain pertinent information.

- A-Day holders should regularly check their schedules through iCrew or the VRU*. If an assignment is posted to your schedule prior to 2000 local base time the evening before an A-Day, Scheduling will not call; if after 2000 Scheduling will call to advise of the assignment.
  ***NOTE:** If RRST (required rest) is on your schedule select the 'range of day' option.

- Tripholders on availability for pay protection (AVL) must check their schedules after 2000 local base time prior to each day they are on AVL for any alternate assignment. No call from Scheduling will be made for these assignments. If Scheduling assigns you a trip after 2000, you will be contacted via your Crew Notification preferences.

**Mid-Rotation / Mid-Duty Period Contact**

- During sit-times you must remain at the airport for possible contact from Crew Tracking. Flight attendants must be contactable at all times in the event of changes in flight times or routing.

**Pairing Dates for Midnight Departures**

- A pairing is dated by the scheduled departure time of the first flight segment. For example, a pairing that reports at 2310 on the 14th for a 0010 departure on the 15th, is dated the 15th.

**Passports & Visas**

- When reporting for duty you must have a valid passport, applicable visas, and your Delta ID card. Additionally, you are encouraged to carry the FAA Flight Attendant Certificate of Demonstrated Proficiency (see the OBM 5.3.1 for more detailed information).

- Failure to have a valid passport and applicable visas when reporting for any duty period including standby will necessitate your removal from the trip and can subject you to Performance Development.

- The bottom 50% of A-Day holders in each base will be required to obtain all necessary visas applicable to their base. *Reference A-Day Section 5.A.*

- When renewing your passport in a base with international or transoceanic flying, or if the passport must be sent away to obtain a visa, you must first swap your international or transoceanic trips for domestic trips. Upon doing so, contact Scheduling to temp-orarily remove your passport information. Once your passport is returned contact Scheduling to update the renewed passport or visa information.

- If you are a US resident alien, you are required to carry a valid Alien Registration Card in addition to a passport and applicable visa(s) on all trips.

**Trip Refusal**

- Once you have an assignment by bid, pick-up, swap, alternate assignment when on pay protection availability, escalation (incl. involuntary), move-up, award / assignment as an A-Day, or drafting, refusing the assignment could result in performance development up to and including termination of employment.

- Refusal to accept an assignment as directed by a representative of the company including a segment which, following appropriate measures has been deemed safe by the company (i.e. sabotage threat, mechanical incident, etc.) will result in removal from flight status.

## 1.K Reporting for Variable Staffing, Load Factor Pairings, and Through-Flights

- On through flights, all flight attendants assigned to such flights must be at the gate when the aircraft arrives and board the flight as soon as the in-bound crew has deplaned.

- Variable Staffer (VS) pairings and Load Factor (LF) pairings must adhere to all the same stipulations as regular crew members when reporting for duty.

- Variable Staffers / Load Factors should attend the initial crew briefing whenever possible; otherwise you should report to the aircraft.

## 1.L Reporting for Duty - Out-of-Base Trips

- If you are reporting for an out-of-base pick-up (including transoceanic military charter pick-ups and move-ups), you are responsible for your own transportation to the base or location where the trip originates.

- Scheduled report and release time of the out-of-base trip will be used to calculate minimum scheduled rest requirements between any adjacent trips on the schedule.

- Any out-of-base trips that layover in your actual domicile, whether scheduled or by reroute, will adhere to the scheduled layover rest requirements not domicile rest requirements.

  **Example A:** A NYC based flight attendant picks up an out-of-base ATL trip with a minimum 9:15 scheduled layover in JFK. This is not considered a 'domicile rest' (normally 11 hours), and is a legal scheduled minimum layover rest.

  **Example B:** A CVG based flight attendant picks up an out-of-base 2-day ATL trip with a layover in MIA. The trip is rerouted to layover in CVG and due to delays has a minimum 9:00 rest period. This is not considered a 'domicile rest' (normally 11 hours), and is a legal rerouted layover rest.

## 1.M Delta Flight Category Descriptions

Domestic and international trips, as defined in the table below, adhere to Delta domestic rules for **rest** purposes. However, these same international trips use the expanded **duty** parameters of the transoceanic category.

| Flying Category | Definition |
|---|---|
| **Domestic** | Between points in the 48 contiguous United States. |
| **International** | Between points in the 48 contiguous United States to/from points in Alaska, Bermuda, Canada, the Caribbean, Central/South America*, Hawaii*, and Mexico. |
| | **NOTE:**<br>1) Any duty period which includes both international and domestic working segments is considered domestic for all rule purposes.<br>2) International working segments combined with domestic deadhead segments maintains the international duty period status for rules. |
| **Intra-Theatre** | Between airports located outside the 48 contiguous United States. ** |
| **Transoceanic** | Between any Atlantic/Pacific gate-way city (incl. Hawaii) and cities in Asia, Africa, Australia, Europe, and the Middle East, plus any domestic deadhead segments. |
| **Non-Stop Flight Segments >12 Flight Hours** | Between any Atlantic/Pacific gate-way city and cities in Asia, Africa, Australia, Europe, and the Middle East and exceeds 12 flight hours |
| **Ultra Long Range** | A pairing that contains one or more flight segments that exceed 16 flight hours. |

* Certain South American and long range Hawaiian destinations qualify as transoceanic pairings for legality purposes. *See the Glossary*, *Transoceanic Flying*.

** AMS-BOM is not considered Intra-Theatre it is Transoceanic for all duty and rest rules.

## 1.N Delta Duty Limitations – Important Definitions

Scheduled and rescheduled / rerouted trips must adhere to all Delta duty limits and rest requirements. At times, these parameters are exceeded due to delays, diversions equipment changes, stubouts or attempts and are not considered illegal by either the FAA or Delta.
**NOTE:** All In-Flight Service personnel should know the differences between scheduled, rescheduled/rerouted, delayed, projected, and actual.

The following are definitions for these common terms:

A. **Attempt** - A flight that returns to its takeoff point. It can be due to a mechanical issue or for other reasons. The plane pushes back and may or may not have taken off.

B. **Diversion** - Unscheduled landing at an airport other than the original destination due to situations occurring once enroute such as weather, maintenance, medical emergency, need for fuel, etc.

C. **Equipment Substitution** - When one aircraft is substituted for another for mechanical reasons, or for Marketing advance planning in relation to passenger load requirements.

D. **F.A.R. 121.467** - Federal Aviation Regulation 121.467 contains the FAA rules for flight attendants regarding duty period limits and required rest periods based on staffing levels. There are no block time limitations for flight attendants in FAR 121.467. The FAA also does not distinguish between scheduled and rescheduled/ rerouted, or between domestic & international/transoceanic flying.

E. **Projected / Actual** - Flights are often re-timed by Flight Control due to delays and changing conditions. These new 'scheduled' times are used to calculate the projected duty period and reflect the actual times of completed segments plus the planned times of legs yet to be flown. Both projected and actual flight times result in variances that can exceed the scheduled block or scheduled duty period times.

F. **Rescheduled / Rerouted** - a change in routing, flight itinerary, flight number (except stubouts), or cancellations that result in different flight segment(s) than originally scheduled.
**NOTE:** Delays, diversions, equipment changes, stubouts and attempts of a flight do not constitute a reschedule or reroute.

G. **Scheduled** - applies to flight time and duty time as published.

## 1.O Delta Duty Time Limitations - General

- For purposes of rescheduling duty periods, the duty and flight time calculations are based on the actual flight time for completed segments, the projected flight time for segments on delay or in progress, and the scheduled times (re-timed if necessary) for segments not yet flown.

- You are considered on duty beginning at scheduled or actual report time (whichever is later) until released for a minimum rest period.

- Duty periods that end in a working segment include 15 minutes passenger deplaning time.

- Although F.A.R. 121.467 does not consider deadheading or co-terminal limo time as duty or rest, Delta does consider you on duty when deadheading for company scheduling purposes and when traveling on company-provided co-terminal limo transportation.

- A delayed flight may cause a legally scheduled duty period to exceed the duty period maximum, but the duty period maintains its scheduled and legal status for all FAA and Delta rule purposes. **Example:** A domestic turn with minimum staffing is scheduled for a 12 hour duty day, but due to a 2:30 delay prior to the last scheduled flight, it is now projected at 14:30. Though the delayed flight is causing the duty period to exceed the 14 hour scheduled duty maximum, this remains a legal duty period for all FAA and Delta rule purposes.

- Airport standby time is considered duty time and subsequent flight assignments must adhere to Delta and F.A.R. scheduled duty time maximums inclusive of that standby time.

- No stand-alone training period such as Continuing Qualification will be scheduled to exceed 14 hours total duty time (including PSY travel to and from CQ). You can however, at your request, waive this to attend training in one day.

- The FAA does not consider meetings or training as duty. However, any meeting/training scheduled prior to a flight assignment must adhere to all FAR and Delta duty period limitations and rest requirements. *For more information, see Section 4.S, Other Training and Meetings Adjacent to Duty.*

## 1.P  Delta Domestic, International & Intra-Theatre Duty Limits

**Scheduled & Rescheduled Maximums**

- The maximum that you will be scheduled or rescheduled to is 14 hours for single duty period trips, 13 hours for multi-day trips.
  **Note:** International exception markets may be scheduled up to 16 hours with augmented staffing. These trips, identified pre-month, will be flown within one duty period due to market frequency or security issues. A past example market would be JFK-GEO-JFK.

- Delays, diversions, attempts, equipment changes and stubouts do not constitute a reschedule or a reroute of a flight. However, if a flight makes an unplanned stop for revenue purposes to load or unload passengers or cargo, it will be subject to the above scheduled duty maximums.

**Projected or Actual Maximums**

- When delays occur, you are not required to remain on duty over 15 hours or your scheduled duty day plus 2 hours, whichever is greater.
- If due to delay, the next flight segment to be flown causes the projected duty time to exceed the above maximum, you have the option to be released from that flight segment, prior to departure, by contacting Crew Tracking. It is within the sole discretion of each individual flight attendant to decide in any given situation whether to option off. However, you can volunteer to remain on duty to complete the flight segment/duty period with approval from the IFS OCC Manager. Contact the IFS OCC Manager at 1-800-233-4638.

  **NOTE:** Once released from a flight segment, you are still subject to being rescheduled to other flight segments within scheduled duty time limitations.

  **Example:** A flight attendant is scheduled to work an ATL-SFO-ATL turn, scheduled with a 13:15 duty day. Since this is a domestic turn, the maximum they may be scheduled to is 14 hours. The option off point is 15:16, which is the scheduled duty day (13:15) plus 2:01. Prior to departure out of ATL, the SFO-ATL segment is showing delayed and the duty period is projected to exceed 15:30 hours. All flight attendants must fly the ATL-SFO portion. However, once they arrive in SFO AND if the duty period is still projected over 15:15, each individual flight attendant can exercise an option not to continue as scheduled.

## 1.Q Delta Transoceanic Duty Limits

### Scheduled & Rescheduled Maximums

- For Transoceanic duty periods that do not contain a non-stop flight greater than 12 hours, the maximum you will be scheduled on duty is 16 hours, as long as there is minimum +1 crew staffing for the entire duty period (+1 staffing is required by the FAA when scheduled between 14:01 and 16:00). See Section 1.E for FAA scheduled and rescheduled duty limitations and staffing requirements.
- With minimum aircraft staffing, if a deadhead flight begins or ends the duty period, the maximum scheduled duty period is 16 hours as long as the working segments including the report-debrief time does not exceed 14 hours.
- Delays, diversions, attempts, equipment changes and stubouts do not constitute a new scheduled time for a flight. However, if a flight makes an unplanned stop for revenue purposes to load or unload passengers or cargo, it will be subject to the above scheduled duty maximums.
- Transoceanic segments mixed with working domestic segments are governed by the domestic duty time rules. However, transoceanic segments mixed with domestic deadhead segments maintain the transoceanic duty period status.

### Projected or Actual Maximums

- When delays occur that extend the length of your scheduled duty period, you are not required to remain on duty over 16 hours, or your scheduled duty day plus 3 hours, whichever is greater.
- If due to delay, the next flight segment will cause the projected duty time to exceed the applicable actual duty maximum, you have the option to be released from that flight segment prior to departure. Contact Crew Tracking to exercise an option. Those crewmembers will be either rescheduled legally under the limit, or released to Scheduling.

  **NOTE:** It is within the sole discretion of each individual flight attendant to decide in any given situation whether they will remain on duty beyond the applicable option off point.
- For duty periods scheduled for 14 hours or less, if the duty period is projected to exceed 17 hours you can only continue with the approval of the IFS OCC Manager (Contact 1-800-233-4638.)

## 1.R Delta Transoceanic Non-Stop >12 Flight Hour Duty Limits

**Scheduled Maximums**

- For duty periods that contain a non-stop flight segment over 12 hours, the scheduled duty day will be the scheduled report time, plus the scheduled block time, plus the scheduled release time.
- For Delta rule purposes, all non-stop flight segments over 12 flight hours can operate with a scheduled duty period in excess of 16 hours and up to 20 hours if in accordance with FAA staffing requirements as follows:
  - the duty period contains only one flight segment
  - the FAA minimum crew +1 scheduled duty maximum is 16 hours
  - the FAA minimum crew +2 scheduled duty maximum is 18 hours
  - the FAA minimum crew +3 scheduled duty maximum is 20 hours
- Delays, diversions, attempts, equipment changes and stubouts do not constitute a new scheduled time for a flight. However, if a flight makes an unplanned stop for revenue purposes to load or unload passengers or cargo, it will be subject to the above scheduled duty maximums.

**Projected or Actual Maximums**

- The projected or actual maximum duty period allowable is the scheduled duty period plus 3 additional hours.

  **Example:** A NRT trip has a scheduled duty period of 16:05. The projected maximum duty allowable is 19:05. The crew (or an individual flight attendant) can exercise an option to be removed from the trip when it is projected at 19:06 or higher.

- If the projected duty time of a delayed flight exceeds the actual maximum duty allowed, the crew will be:
  - rescheduled legally under the limit, or
  - released from duty, or
  - crew members can ***volunteer**** to remain on duty with approval from a designated member of IFS management. Contact the IFS OCC Manager at 1-800-233-4638.

  ***NOTE:** It is within the sole discretion of each individual flight attendant to decide in any given situation whether they will remain on duty beyond the scheduled or rescheduled duty time plus 3 hours.
- If the flight makes a stop for operational reasons, even if planned prior to departure, it will maintain its non-stop over-12-block-hour status for the duty period. This would occur for a flagstop or diversion for fuel. The maximum projected or actual duty period remains the original scheduled duty period plus 3 additional hours.

## 1.S Ultra Long Range Flying (ULR)

Ultra long range flying is defined as any trip with one or more flights scheduled to exceed 16 consecutive flight hours*. These trips must adhere to unique rest rules defined by Delta in the Fatigue Risk Management System, adopted by In-Flight Service.

**NOTE:** Due to variable wind and flight path patterns an ultra long range flight segment can be scheduled for 16 flight hours or less during certain seasons and months of the year. Such pairings will still be administered under the Ultra Long Range flying and rest rules for both flight attendants and pilots if the flights operate scheduled over 16 hours more than 10% of the year.

- Prior to flying an Ultra Long Range (ULR) pairing, trip holder flight attendants must have a 24 hour scheduled rest prior to report. Minimum actual rest prior to report is 18 hrs. Layover rest for all flight attendants is a scheduled/rescheduled minimum 24 hrs with a minimum actual rest of 20 hours if due to operational delays.
- The rest following an Ultra Long Range pairing for all flight attendants must be either:
  - 54 hours scheduled rest prior to any flying that operates outside of 3 time zones of the terminating city of the ULR pairing. The minimum actual rest is 48 hours.
  - 30 hours scheduled rest prior to any flying that operates within 3 time zones of the terminating city of the ULR pairing. The minimum actual rest is 24 hours.
- If a ULR segment cancels after report, either in-base or at layover, the scheduled crew must have a minimum 10 hour rest, release to report, before departing on a rescheduled (extra section) ULR segment. In these instances, hotels will be provided by the Company. If, when the crew reports again, a second cancellation occurs in the same city, either domestic or foreign, then an additional 24 hour rest is required before flying another rescheduled ULR segment.
- For flight delays of ULR segments, a new/later report time can be used if notification to the crew is prior to 6 hours before the initial scheduled report time. If the notification is received less than 6 hours to the original report time, the flight must take off no later than 4 hours after the initial scheduled departure time. Any deadhead time within the same duty period as a ULR segment counts as duty time for Delta rule purposes.
- The projected maximum duty period is the scheduled duty period plus 3 hours. The crew can only volunteer to remain on duty over that with the approval of the IFS OCC Manager (1-800-233-4638). **NOTE: It is within the sole discretion of each individual flight attendant to decide in any given situation whether they will remain on duty beyond the scheduled or rescheduled duty time plus 3 hours**.

- If a reroute removes the ULR segment(s) from a pairing, then the post-trip rest requirements (54/48 or 30/24) are no longer required and default to the appropriate Delta and FAR 121.467 rest requirements.
  **NOTE:** The ULR segment(s) that normally fly over 16 block hours and are reduced seasonally to 16 hours or less are still considered the ULR segment for this rule purpose.
- When an ultra long range pairing is rescheduled or rerouted, the minimum layover rest remains 24 hours with an actual minimum of 20 hours if due to delay or late arrival.
- Prior to flying an Ultra Long Range (ULR) pairing, a flight attendant on an access day will receive 24 hours scheduled free from all duty (on-call time does not constitute duty).
  **NOTE:** When pre-assigned a ULR trip or ULR standby (the calendar day before the standby) the flight attendant is automatically released from the remaining portion of the A-Day until report time.
- All flight attendants must have 30 hours scheduled rest or 24 hours actual rest following a ULR trip and prior to any training event, meeting or scheduled office duty within 3 time zones of the terminating city of the ULR pairing.
  **NOTE:** Rest prior to training, meetings, etc. is <u>not</u> an FAA rule.

**At A Glance ULR Rest Chart**

| | **Scheduled Rest** | **Actual Rest** |
|---|---|---|
| Before the ULR trip* | **24** hours | **18** hours (actual & rescheduled) |
| Layover Rest | **24** hours (SKD & ReSKD) | **20** hours |
| Following the ULR trip and prior to any flying that operates outside of 3 time zones of the terminating city of the ULR trip | **54** hours | **48** hours (actual & rescheduled) |
| Following the ULR trip to any domestic / international flying within 3 time zones of the terminating city of the ULR trip (in either direction, east or west) | **30** hours | **24** hours (actual & rescheduled) |
| Following the ULR trip to any training, scheduled office duty, etc., within 3 time zones of the terminating city of the ULR trip. | **30** hours | **24** hours (actual & rescheduled) |

*24 hours free of all duty for Access Day holders is required.

**NOTE:** Rest following transoceanic exception trips to South America is 30 hours scheduled. These trips are within 3 time zones of Delta bases that fly ULR trips.
**NOTE:** Rest following Intra-Theatre segments embedded in a ULR pairing will adhere to Intra-Theatre rest rules unless a layover rest precedes a ULR flight segment. Layover rest preceding a ULR segment requires 24 hours scheduled.

## 1.T Quick Reference for Delta Duty Limitations and Flight Attendant Option-Off Points

- For quick reference, the below chart details commonly used scheduled and rescheduled limitations, and the crew 'option-off' points, according to each trip type. These are Delta duty limitations and do not necessarily coincide with FAA limitations, however they are always within the FAA duty limitations.

**Delta Duty Limitations Chart**

| Duty Limits | Scheduled | F/A Option Off Point |
|---|---|---|
| **Domestic & Intra-Theatre Multi-Day** | 13:00 | 15:01 |
| **Domestic Single Duty Period** | 14:00 | Greater of 15:01 or Scheduled +2:01 |
| **International Multi-Day** | 13:00 | 15:01 |
| **International Single Duty Period** | 14:00 | Greater of 15:01 or Scheduled +2:01 |
| **International > 14:00* (exception markets)*** | 16:00 | Scheduled + 2:01 |
| **Transoceanic** | 16:00* | Greater of 16:01 or Scheduled +3:01 |
| **Transoceanic w/block > 12:00*** | Block + report + release | Scheduled + 3:01*** |

***NOTE:** Must be in accordance with FAA minimum staffing requirements.
****NOTE:** These trips, identified pre-month, will be flown within one duty period due to market frequency or security issues and would include augmented staffing. A past example market would be JFK-GEO-JFK.
*****NOTE:** See Section 4.G regarding optioning off a Military Charter.

## 1.U Duty Time for Co-Terminal Limos

- Although F.A.R. 121.467 does not consider co-terminal limo time as either duty or rest, Delta does consider Company-provided co-terminal limo time as duty time for flight attendants.
  **NOTE:** In a reroute, co-terminal limo time into day 7 can delay the start of a needed 24 hour rest in any 7 day period.

- When a duty period begins with a scheduled limo, the duty time begins at the report time specified in the published bid packet or present in a rerouted pairing or origination.

- When a duty period ends with a limo, either at a layover or in domicile, the duty time is extended from release of the last flight as indicated below, in either direction. These times are in addition to the normal 15 minute debrief time.

| | | | |
|---|---|---|---|
| FLL-MIA | :45 | OAK-SJC | 1:30 |
| EWR-JFK | 1:20 | DCA-IAD | :45 |
| LGA-JFK | :45 | LGW-LHR | 2:00 |
| LGA-EWR | 1:20 | LAX-LGB | 1:00 |
| IAH-HOU | :45 | SEA-BFI | :30 |
| MDW-ORD | 1:10 | DAL-DFW | :25 |
| LAX-ONT | 1:30 | BUR-LGB | 1:30 |
| LAX-SNA | 1:30 | ONT-LGB | 2:00 |
| ONT-SNA | 1:15 | KIX-ITM | 1:15 |
| LAX-BUR | 1:15 | | |
| SNA-BUR | 2:00 | | |
| ONT-BUR | 2:00 | | |
| SFO-SJC | 1:00 | | |
| SFO-OAK | 1:00 | | |

- The above scheduled limo times will be included in all duty time calculations.

## 1.V Duty Time for Charters

- All charters are constructed according to Delta's duty period guide-lines, e.g. within domestic, international, and transoceanic duty limits. At times, exceptions can be made by IFS Management as long as they are within all FAA mandated guidelines.

- All military charters, including CRAF (Civil Reserve Air Fleet) char-ters are constructed in accordance with FAA regulations, allowing for greater duty period lengths determined by augmented staffing requirements. *See the FAA duty and rest chart-Section 1.E.*

## 1.W Domicile Rest Requirements - Domestic/International

**Rest Following Duty Periods Scheduled 14 Hours or Less**

- The minimum **scheduled** rest in domicile is 11 hours release to report following a duty period scheduled at 14 hours or less.

- The minimum **actual** rest in domicile is 9 hours release to report following a scheduled or rescheduled duty period at 14 hours or less.  If your actual rest falls below 9 hours release to report you will be removed from the next assignment.

**Rest Following Duty Periods Scheduled >14 Hours**

- The minimum **scheduled** rest in domicile is 14 hours release to report following a duty period scheduled greater than 14 hours (includes duty periods that are scheduled greater than 14 hours which fall below an actual 14 hours).

- The minimum **actual** rest in domicile is 12 hours release to report following a scheduled or rescheduled duty period greater-than 14 hours (includes duty periods beginning or ending with deadhead time for all Delta rule purposes).  If your actual rest falls below 12 hours release to report you will be removed from the next assignment

## 1.X Layover Rest Requirements - Domestic/International

- In the pre-month trip construction process, multi-day rotations will be built with rest that is greater, or equal to the length of the preceeding duty period.

- In the daily operation, minimum scheduled or rescheduled layover rest is 9:15 release to report.

- If delayed, the minimum actual layover rest is 9:00 from release to report.

- If due to a delay the actual layover is less than 9:00, release to report, Crew Tracking can authorize a late report of up to 30 minutes to meet the 9:00 actual minimum rest. Crew Tracking will advise the crew of the new report time. The new report time is at the airport.

  **NOTE:**  If the scheduled crew transportation cannot be changed to allow for a 30 minute late report, you can pay for a taxi cab and submit your expenses and receipt via the DEERS reimbursement system to your Field Service Manager.

- Due to a delayed arrival at the hotel, a crew can also request from Crew Tracking to receive a minimum 8:30 'behind the door' rest period. See complete details in Section 1.Z.4.

- Local crew transportation to or from the airport is considered part of the scheduled and actual rest requirements.

### 1.Y Layover Rest Requirements – Intra-Theatre

- In the pre-month trip construction process, multi-day rotations will be built with rest that is greater, or equal to the length of the preceeding duty period.
- Following an intra-theatre duty period in the daily operation, the minimum scheduled or rescheduled layover rest is 9:15 release to report. If delayed, the minimum actual layover rest is 9:00 from release to report.
  **Exception:** Prior to a transoceanic flight segment, the minimum scheduled and re-scheduled rest is 13 hours, or 11 hours actual rest if due to delay.
- Due to a delayed arrival at the hotel, a crew can also request from Crew Tracking to receive a minimum 8:30 'behind the door' rest period. See complete details in Section 1.Z.4.

## 1.Z Domicile Rest Requirements –Transoceanic

**Tripholder**

- The minimum **scheduled** rest in domicile following a transoceanic trip is 24 hours from release to report of the next assignment.
  **NOTE:** In PBS bidding, you may waive the 24 hour rest. See Section 4.H.

- If you pick-up or swap for a trip or A-Day(s) that follows a trans-oceanic trip, such trip placement, is considered a **waiver of the scheduled 24 hour rest** when it drops the rest below 24 hours. Following a transoceanic trip, if the last duty period of the trans-oceanic trip is scheduled at 14 hours or less, the waiver reduces the minimum scheduled rest to 11 hours release to report. If such duty period is scheduled greater than 14 hours the waiver reduces the minimum scheduled rest to 14 hours release to report.
  **NOTE:** Waivers are negated if it is the only 24 hours in 7 days rest.

- The minimum Delta **actual** rest in domicile is 9 hours release to report following a duty period scheduled or rescheduled at 14 hours or less, and 12 hours release to report following a duty period scheduled or rescheduled greater than 14 hours. If your rest is less than 9 hours or 12 hours as indicated above, you will be removed from the next assignment and offered your pay protection options.

**A-Day Holder**

- The minimum **scheduled and actual** rest for A-Day holders in domicile following any transoceanic trip is 24 hours from release to report of the next assignment.

- If you preference a specific trip or trip categories, including generic, such preferences are a waiver of the 24 hour transoceanic rest when the trip you preferenced (or moved-up to) follows a trans-oceanic trip. The applicable scheduled minimum rest is 11 hours release to report when the prior duty period is scheduled at 14 hours or less, or, a minimum rest of 14 hours release to report when the prior duty period is scheduled >14 hours. *See Sect. 5N*

## 1.Z.1 Layover Rest Requirements –Transoceanic

**Tripholders and A-Day Holders**

- The minimum **scheduled or rescheduled** layover rest is 13 hours release to report following a duty period scheduled at 14 hours or less.

- If delayed, the minimum **actual** layover rest is 11 hours release to report following a duty period scheduled at 14 hours or less.

- The minimum **scheduled or rescheduled** layover rest is 18 hrs release to report following a duty period scheduled >14 hours.

- The minimum **actual** rest at layover is 14 hours release to report following a duty period that is scheduled greater than 14 hours.
  *See Section 1.E, the FAA Duty & Rest Chart for more information on FAA rest requirements for duty periods >14 hours.*

### 1.Z.2 Delta Rest Requirements

**NOTE:** Refer to Section 1.E for the FAA Duty Limitations & Rest Requirements.

- All rest requirements are from release to report.

| Rest Requirements at Layover | Scheduled | Actual |
|---|---|---|
| Domestic and Interport | 9:15 | 9:00 |
| International | 9:15 | 9:00 |
| International > 14:00 (exception markets)** | 12:00 | 10:00 (5) |
| Transoceanic ≤ 14:00 Duty | 13:00 | 11:00 |
| Transoceanic > 14:00 Duty | 18:00 | 14:00 |
| ULR | 24:00 | 20:00 |

| Rest Requirements at Base | Scheduled | Actual |
|---|---|---|
| Domestic and Interport | 11:00 (1) | 9:00(2)(3) |
| International | 11:00(1) | 9:00(2)(3) |
| International > 14:00 (exception markets) | 14:00(1) | 12:00(2) |
| Transoceanic ≤ 14:00 Duty (4) | 24:00/11:00 | 9:00 |
| Transoceanic > 14:00 Duty (4) | 24:00/14:00 | 12:00 |
| ULR | 54:00/24:00 | 48:00/24:00 |

**NOTE:** At Flight Attendant Option: via pick-up, swap or preference, can waive rest to 11 hrs scheduled following duty scheduled 14 hours or less; or can waive rest to 14 hours scheduled following duty scheduled >14 hrs.

(1) Deadhead time is considered part of the duty period for all Delta rule purposes. However, for FAA rule purposes, if the duty period begins or ends with a deadhead, the rest requirements are based only on the working segments of these duty periods, plus the report time of 1 hour and the debrief time of 15 minutes.

(2) When rest in domicile is less than the actual required minimum, you will be replaced.

(3) Actual rest for A-Day holders (as for tripholders) can reduce to 9 hrs before removal from trip.

(4) A-Day holders will receive scheduled minimum rest according to trip type; but through preferencing can waive to 11 hrs or 14 hrs as appropriate following transoceanic trips. (See "At flight attendant option" above.)

(5) For FAA purposes when actual rest is below 12 hours, a subsequent rest of 14 hours is required.

## 1.Z.3 Delta 24 in 7 Rest

**Schedule Awards and Schedule Adjustments**

- For PBS, pick-ups and swaps, your schedule must meet at least one of the following criteria within any 7 day period:
  1. Contain one 24-hour or greater rest break in domicile (can be delayed if ground duty commences by the seventh day. A 24-hour rest is still required before reporting for a subsequent duty period that contains flight segments).
  2. One 28-hour or greater rest break on a layover. This rest period must commence by 2000 on day 6 to ensure the 28-hour break completes by the conclusion of day 7. (For rotations that are seven or more days, only one 24-hour or greater rest break is required).
  3. Two 24-hour or greater rest breaks on layovers.
- For schedules containing A-Days, a 24-hour or greater rest break is required before and after an A-Day block that is 6 days or longer. Rest after an A-Day block that is 6 days or longer can be delayed if ground duty follows the A-Days (for example, A-Days followed by training). You're still required to have a 24-hour rest period prior to reporting for subsequent A-Days or a duty period that contains flight segments.

**Daily Operation**

- For A-Day preferences or assignments, as well as for reroutes, you are only required to have one 24-hour rest period scheduled within any 7 day period.
- This 24-hour rest period may be in domicile, or on a layover.

**Actual**

- You must receive an **actual** 24 consecutive hours free from duty within any 7 consecutive calendar days. To avoid an impending FAR violation, Scheduling can authorize up to a 30 minute late report at transoceanic layovers. In coordination with the Purser, separate transportation will be arranged.
- The start of the actual rest can be delayed by deadheading, co-terminal limo time, training, meetings and operational delays due to operational circumstances beyond Delta's control however, you must receive the rest prior to reporting for a duty period containing working flight segments.

  **NOTE**: Deadheading, training, and meetings do not qualify as rest or duty for FAA purposes. However, A-Day standby duty is considered as a trip assignment for calculation of the 24-hour rest requirement.

  **Example A:** You are rescheduled for 6 consecutive days of flying and are now rerouted to deadhead home on day 7. Your 24-hour rest must commence on day 7 immediately upon arrival from the deadhead segment, and must be completed before reporting for a subsequent duty period that contains a working flight segment.

**Example B**: You are scheduled for release in your base at 2300 on your 6th day of flying with no other actual 24-hour rest within the preceding 6 days, and your flight delays and arrives at 0100 on day 7. Your 24-hour rest must commence on day 7 immediately upon arrival, and must be completed before reporting for a subsequent duty period that contains a working flight segment.

**Example C:** If you are rescheduled to fly for 6 consecutive days, you can be scheduled for training on the 7th and 8th days without a 24-hour rest period between any of the assignments. However, you must receive a 24-hour rest period after training and before reporting for a subsequent duty period that contains a working flight segment.

**Example D:** You are scheduled for 3 A-Days followed by 7 days off. If you put in a pickup request for a 6-day trip that has a 28-hour layover that starts at 2200 base time on day 6, the pickup would be denied as the 28-hour layover starts after 2000 and does not provide the required 28-hour layover within the 7 days.

**Example E:** You are scheduled for one day of training followed by a 3-day trip with a scheduled 24-hour rest on day two of the trip. You wish to pick up another 3-day trip with a scheduled 24-hour rest on day two. Even though you are working 7 days in a row, this is a legal swap since you would have two 24-hour layovers within those 7 days.

**Example F:** You are scheduled for 3 days of flying followed by 6 days of office work without a 24-hour rest. This is legal, but you must receive a 24-hour rest period before reporting for a subsequent duty period that contains a working flight segment.

**Example G:** You complete a 3-day trip with a 24-hour layover on day two. You attempt to pick up a 4 day trip with no 24-hour layovers. Even though this adheres to the FAA 24 in 7 rule, it does not adhere to the Delta 24 in 7 rest requirements, and the pickup would be denied.

## 1.Z.4 Rest Options

**10-Hour Guaranteed Layover Rest Option**

- If you are at a layover, and your duty period was scheduled for 14 hours or less, but **exceeded an actual 16 hour duty period**, you can request to receive a guaranteed minimum 10 hour rest from release to report. Contact Crew Tracking to request the guaranteed minimum 10 hour rest period.
- For duty periods scheduled greater than 14 hours that exceed 16 hours actual, the minimum FAA rest is 12 hours and supersedes the 10 hour guaranteed rest. If the scheduled rest of 12 hours is reduced during operations, it can go down to 10 hours, but must then be followed by a subsequent rest of 14 hours. *See the FAA Chart in Section 1.E.*

**16 Hour Guaranteed Domicile Rest Option**

- If you are at domicile, and the final duty period of the pairing was scheduled for 14 hours or less, but you have exceeded an actual 16 hour duty period, you have the option to receive a guaranteed minimum 16 hour rest period from release to report.

**8:30 Rest 'Behind the Door'**

- A flight attendant who does not arrive at the layover hotel at least 8:30 before scheduled pickup time will be afforded a minimum 8:30 'behind the door' at such hotel if,
  a) upon arrival at the hotel the Flight Leader should inform Crew Tracking that you will be unable to report as scheduled, and
  b) your late arrival at the layover hotel was through no fault of your own
- When requested, the 8:30 behind the door guaranteed hotel rest will start from the arrival time at the hotel (See NOTE below). The new transportation pick-up time is the end of the 8:30 rest behind the door, and the expected travel time to the airport is added to the 8:30 rest by Crew Tracking to calculate the new report time at the airport, which also includes an authorized 30 minute late to report.

  **Example:** A delayed crew arrives at their hotel at 2330 and requests 8:30 behind-the-door guaranteed rest. The new pick-up time at the hotel is set for 0800. With expected travel time to the airport of 15 minutes, the new report time is set for 0815, and with an authorized 30 minute late report, the scheduled departure remains at 0845.

  **NOTE:** If there is a delay in procuring rooms for the crew, the 8:30 rest should be calculated using the Flight Leader's arrival time in the hotel room.
- The Flight Leader, or single position flight attendant if not with a crew, must:
  - contact Crew Tracking (1-800-DAL-CREW) to calculate the rest and set the report time for the next duty period.
  - arrange with the hotel for a new pick-up time. If a contract company provides the limo to the airport, Crew Tracking will arrange for the new pick-up time.
- Crew Tracking will authorize up to a 30 minute late report to accommodate the 8:30 rest but beyond that will also have to either delay the outbound flight or reroute the crew to other later departing flights.

  **NOTE:** Crew Tracking will not delay a flight solely for a deadheading crewmember who requests 8:30 rest prior to a deadhead flight. The deadheading crewmember will be rerouted to a later deadhead.

**9:30 Rest 'Behind the Door'**

- If a duty period scheduled at 14 hours or less **exceeds 16 hours** then a flight attendant can inform Crew Tracking they want a 9:30 rest 'behind the door' at the layover point.

- A flight attendant who does not arrive at the layover hotel at least 9:30 before scheduled pickup time will be afforded a minimum 9:30 'behind the door' at such hotel if,
  a) upon arrival at the hotel you inform Crew Tracking that you will be unable to report as scheduled, and
  b) your late arrival at the layover hotel was through no fault of your own

- When requested, the 9:30 behind the door guaranteed hotel rest will start from the arrival time at the hotel (see **NOTE** below). The new transportation pick-up time is the end of the 9:30 rest behind the door, and the expected travel time to the airport is added to the 9:30 rest by Crew Tracking to calculate the new report time at the airport, which also includes an authorized 30 minute late report.
  **Example:** A delayed crew arrives at their hotel at 2200 and requests 9:30 behind-the-door guaranteed rest. The new pick-up time at the hotel is set for 0730. With expected travel time to the airport of 15 minutes, the new report time is set for 0745, and with an authorized 30 minute late report, the new scheduled departure is set at 0815.

  **NOTE:** If there is a delay in procuring rooms for the crew, the 9:30 rest should be calculated using the Flight Leader's arrival time in the hotel room.

- The Flight Leader, or single position flight attendant if not with a crew, must:
  - contact Crew Tracking (1-800-DAL-CREW) to calculate the rest and set the report time for the next duty period.
  - arrange with the hotel for a new pick-up time. If a contract company provides the limo to the airport, Crew Tracking will arrange for the new pick-up time.

- Crew Tracking will authorize up to a 30 minute late report to accommodate the 9:30 rest but beyond that will also have to either delay the outbound flight or reroute the crew to other later departing flights.
  **NOTE:** Crew Tracking will not delay a flight solely for a deadheading crewmember who requests 9:30 rest prior to a deadhead flight. The deadheading crewmember will be rerouted to a later deadhead.

Case 3:15-cv-00131-WHO Document 36-3 Filed 10/14/15 Page 46 of 534

## 1.Z.5 FAR Bar (Federal Aviation Regulations)

At the bottom of each duty period, the FAR bar reflects two sets of time values that pertain to each duty period. The 3 on the **left side are the FAA**-tracked legality time values, and the 3 on the **right side are Delta's** legality times. The two sets of time values, which track different parameters (e.g. deadheads are not considered duty by the FAA, but are considered part of a duty period at Delta) are tracked simultaneously. Each set of 3 time values are as follows:

1) the projected or **ACT**ual time flown,
2) the scheduled –**SKD-** duty day, and
3) the **MAX**imum scheduled duty day per the FAA and Delta

**Summary:** Delta will always ensure the SKD (scheduled) duty day **never** exceeds the MAX (maximum) duty day allowed for both FAA and Delta rule purposes. However, due to ATC or weather delays or extended flying time, the ACT time (projected/actual) **can** exceed the maximum duty time and the crew remains legal to continue flying.

This page intentionally left blank.

CONFIDENTIAL DELTA 000804

## Section 2 - Compensation

| | | |
|---|---|---|
| 2.A | Compensation Overview | 32 |
| 2.B | Pay Periods | 33 |
| 2.C | Earned Pay | 34 |
| 2.D | Flight Pay | 35 |
| 2.E | Intentionally Left Blank | 36 |
| 2.F | Non-Fly Credit Guarantees | 36 |
| 2.F.1 | Duty Period Credit (1 for 2) | 36 |
| 2.F.2 | Minimum Duty Period Credit (4:45- MDC) | 37 |
| 2.F.3 | Trip Credit (1 for 3.5 – TRP) | 38 |
| 2.F.4 | Deadhead / Ferry Pay | 38 |
| 2.G | Surface Deadhead | 38 |
| 2.H | Pairing Minutes-Under/Minutes-Over Pay | 39 |
| 2.I | Report Pay | 39 |
| 2.J | Time Away from Base Pay (TAFB) | 40 |
| 2.K | Duty Period Extensions | 41 |
| 2.L | Pay For Incompleted Trips | 41 |
| 2.M | Holding Pay | 42 |
| 2.M.1 | Flight Pay for Ground Time | 42 |
| 2.N | Crew Compensation Pay | 43 |
| 2.O | International Pay | 43 |
| 2.P | Purser / Flight Leader Pay | 43 |
| 2.Q | Language of Destination (LOD) Pay | 44 |
| 2.R | A-Day Guarantee | 44 |
| 2.S | Airport Standby Credit | 45 |
| 2.T | Draft Pay (DRFT & FIOD) | 46 |
| 2.U | Rerouted Into OFF Day (RRO4) | 48 |
| 2.V | Rerouted / Rescheduled Into Vacation Day | 49 |
| 2.W | Reroute Pay Chart | 50 |
| 2.X | Incentive Pay (IPY4) | 51 |
| 2.Y | Holiday Pay | 52 |
| 2.Z | Vacation Pay | 53 |
| 2.Z.1 | Paid Personal Time (PPT) | 53 |
| 2.Z.2 | Emergency Leave of Absence (ELOA) Pay | 54 |
| 2.Z.3 | Jury Duty / Court Appearance Pay | 54 |
| 2.Z.4 | Special Assignment Pay | 55 |
| 2.Z.5 | Training Pay | 55 |

Flight Attendant Work Rules
Table of Contents 1/1/15

2.Z.6 Mandatory Departmental Meeting Pay 56
2.Z.7 Transportation Reimbursement 56
2.Z.8 Tipping 57
2.Z.9 Hotel Expenses 57
2.Z.10 Non-Fly Daily Meal Expenses 58
2.Z.11 Short-Term Parking 58
2.Z.12 Moving Expenses 58
2.Z.13 Severe Operations Expenses 59
2.Z.14 Pay Discrepancies 59

CONFIDENTIAL DELTA 000806

## 2.A Compensation Overview

- Flight Attendant compensation is paid as an hourly rate for all hours flown or credited. Additional credit rig pay, Purser, Flight Leader or Language (LOD) premium pay, drafting pay, incentive pay, and expense reimbursements may also apply.
- Each duty period of a rotation pays the greatest of:
  1) flight time (includes deadhead flight time, minutes under, and flight pay for ground time), or
  2) 4:45 minimum duty period credit (MDC), or
  3) 1 for 2 duty period credit (DPC);
- The sum of the duty period credits listed above is then compared to 1 for 3.5 trip credit (TRP), which guarantees at least 1 hour pay for every 3.5 hours away from base. You will be paid the greater of the two values.

  **Example A – Pays Flight Pay:** A 10:30 duty day with 6:10 flight time. The pay calculation compares the flight time of 6:10, to the minimum duty period credit of 4:45, and to the 1 for 2 duty period credit of 5:15 (10:30 divided by 2). The total pay for this duty period is 6:10 flight time.

  **Example B – Pays 4:45 Minimum Duty Period Credit:** An 8:30 duty day with 4:10 flight time. The pay calculation compares the flight time of 4:10, to the minimum duty period credit of 4:45, and to the 1 for 2 duty period credit of 4:15 (8:30 divided by 2). The total pay for this duty period is 4:45 minimum duty period credit.

  **Example C – Pays 1 for 2 Duty Period Credit:** A 12:30 duty day with 5:10 flight time. The pay calculation compares the flight time of 5:10, to the minimum duty period credit of 4:45, and to the 1 for 2 duty period credit of 6:15 (12:30 divided by 2). The total pay for this duty period is 6:15 of 1 for 2 duty period credit.

  **Example D – Pays 1 for 3.5 Trip Credit:** A two day trip with 3:50 flight time on day one and 6:10 on day two has a 39 hour layover. The two-duty period trip is away from base for 49 hours. The pay calculation adds the 4:45 minimum duty credit from duty period one to the 6:10 of flight time from duty period two to get a sum of 10:55 credit. The 10:55 is then compared to the 1 for 3.5 trip credit of 14:00 (49:00 TAFB divided by 3.5).The total pay for the trip is 14:00.

- All monthly compensation is automatically generated by the Scheduling and Payroll systems. You must however, submit claims for holding pay, crew compensation pay and transportation reimbursements such as surface deadhead pay and unexpected taxi fares during irregular operations.

- For a current on-screen accounting of your projected pay, see the Monthly Time Display (MOTS) in iCrew. To find 'MOTS' in iCrew, click on Rotation information, Pay Options, Monthly Time Display.
**NOTE:** Pay information can continue to be updated into MOTS through the 7th of the following month.
- A final Monthly Activity Pay Statement (MAPS) for each bid period is available concurrent with the last paycheck of the following bid period. The tab 'Pay' is located on the main IFS portal page.

## 2.B Pay Periods

- You are paid twice monthly, once on the 15th and once on the last day of each month. Pay is based on a minimum 45 hour allotment per bid period (22:30 each pay period). In addition to the current pay of 22:30 per pay period, 50% of all earned flight/credit pay, premium pay, and time-away-from-base (TAFB) pay from the previous bid period is also paid. If you fly less than 45 hours in any bid period, adjustments will be subtracted in the subsequent bid period.

**EXAMPLE:** Your pay is comprised of:

| Pay Period Ending October 15 | | Pay Period Ending October 31 |
|---|---|---|
| 22:30 (half of the minimum average of 45 hours for the current month), plus.... | | 22:30 (half of the minimum average of 45 hours for the current month), plus.... |
| 50% of all flight/credit, premium pay, and TAFB earned in September | | 50% of all flight/credit, premium pay, and TAFB earned in September. |

- If a pay period ends on a weekend or on a company observed holiday, the payday for the pay period will be moved up to the last scheduled work day (Monday through Friday). For example, if OCT 15 is a Sunday, you will be paid on Friday OCT 13.

### Length of Service Pay Increases

- Pay increases are effective on the actual pay anniversary date and will be applied to flight/credit time that originates on or after the pay anniversary date.
- Pay increases for the minimum 45 pay hours per month become effective on the 1st or 16th of a month, depending on the date:

| If pay anniversary date is between… | Your current pay increase is effective.. |
|---|---|
| The 1st through the 8th of the month | On the 1st of that month |
| The 9th through the 23rd of the month | On the 16th of the month |
| The 24th through the 31st of the month | On the 1st of the following month |

## 2.C Earned Pay

- The following items apply toward your monthly salary though some items are earned after 6 months with the Company, or are accrued monthly as noted below. Refer to the IFS HR Handbook on the IFS Portal for more details on such items.

| | |
|---|---|
| – Flight pay, including credit time | – Holiday pay |
| – Paid Personal Time (PPT) (accrued) | – Meeting pay |
| – Deadhead pay | – Crew Compensation pay |
| – Standby pay | – International pay |
| – Report pay | – A-Day Guarantee |
| – Premium pay, i.e. Purser, Flight Leader and LOD | – Training pay |
| – Vacation pay (accrued) | – Special Assignment pay |
| – Holding pay | – Emergency leave pay (eligible after 6 months) |
| – Draft / Incentive pay (IPY4) | – Surface Deadhead pay |
| | – Jury / Court pay |
| | – Rerouted in Off Day pay (RRO4) |

## 2.D  Flight Pay

- Your flight pay is based on scheduled or actual flight time for each flight segment and/or the applicable credit time guarantee, whichever is greater.

- Actual flight pay and credit for a bid period over and above the 45 hour projected rate is paid in the subsequent month.

- Flights originating the last day of a bid period but spilling into the new bid period are credited entirely to the originating bid period for pay purposes.  Scheduled, after-midnight departures (local time) are credited to the new bid period.  Flights delayed into a new bid period will be credited in the bid period they were originally scheduled to depart.

- For purposes of pay your flight time begins at the block out time initiated by the captain, which can vary depending on the specific aircraft, ACARS equipment, use of tug, etc. This is the OUT time. If a Flight Leader thinks there is a discrepancy in the actual block time, they should contact the captain for the flight to confirm the discrepancy and request to change the block time.  Should a flight attendant need help with contacting the Captain, they can ask their FSM for assistance.

- As a new hire or company transfer, you will receive full flight / credit pay and time away from base (TAFB) expenses during your Initial Probation period. You are also eligible for any form of premium pay for which you are qualified.

- Your pay anniversary date determines when you will receive incremental increases in your hourly flight pay.  The pay rates effective 4/1/15 are as follows:

| Length of Service | Hourly Flight Pay | Length of Service | Hourly Flight Pay |
|---|---|---|---|
|  |  | After 6 Years | 39.02 |
| 0-1 Year | 23.28 | After 7 Years | 40.27 |
| After 1 Year | 24.69 | After 8 Years | 41.38 |
| After 2 Years | 26.27 | After 9 Years | 42.93 |
| After 3 Years | 27.98 | After 10 Years | 44.11 |
| After 4 Years | 30.82 | After 11 Years | 46.21 |
| After 5 Years | 34.90 | After 12 Years | 53.52 |



## 2.E Trip Pay Credit Calculations

## 2.F Non-Fly Credit Guarantees

- The following describes when credit guarantees will be applied to the duty period or pairing as appropriate:
  - ◊ **Duty Period Credit (1 for 2):** credited at the end of the duty period in which it was earned and on the calendar day the last flight for that duty period was scheduled to depart.
  - ◊ **Minimum Duty Period Credit (4:45):** credited at the end of each duty period in which it was earned on the calendar day the last flight for that duty period was scheduled to depart.
  - ◊ **Trip Credit (1 for 3.5):** credited at the end of the last duty period of the trip on the calendar day the last flight for that duty period was scheduled to depart.
  - ◊ **Deadhead:** credited on the calendar day the deadhead flight was scheduled to depart.

## 2.F.1 Duty Period Credit (1 for 2)

- You will be credited with 1 hour of flight pay for every 2 hours on duty for any given duty period.
  **Example:** You are scheduled for a turnaround worth 6:00 block time with a scheduled duty period length of 10:00. Due to an operational delay, your duty period is lengthened to 14:00. You will be paid 7:00 for the turnaround, comprised of 6:00 block time and 1:00 of 1 for 2 duty credit (14:00 divided by 2).

- The 1 for 2 Duty Period Credit will be credited at the end of the duty period in which it was earned and on the calendar day the last flight for that duty period was scheduled to depart.

### 2.F.2 Minimum Duty Period Credit (MDC) – 4:45

- The 4:45 minimum duty period credit (MDC) will apply to all rotations. The 4:45 credit guarantee applies to each duty period of the trip that has at least one flight segment.

  **Example:** A 3-day trip has daily block time scheduled of 3:00, 5:00, and 5:00 respectively for the three days for a total of 13:00 block time. Because the 4:45 minimum guarantee applies for all 3 days, the total credit for the trip would be 14:45, and the pairing will generate 1:45 in MDC and you will be paid 14:45 for the trip (13:00 block time plus 1:45 MDC).
- The 4:45 MDC is credited at the end of each duty period in which it was earned, on the calendar day the last flight for that duty period was scheduled to depart. Therefore, any duty that has a flight scheduled to depart after midnight in a new bid period will have any 4:45 MDC due, paid in the new bid period.
- You must complete the duty period to be eligible for the 4:45 MDC, e.g. 4:45 does not apply for duty periods split by a jetway trade or if you call in sick mid-rotation. However, if a trip is cancelled any scheduled credit rig will pay under the normal trip guarantee policy.
- The 4:45 MDC will only apply to a duty period in which a landing is made at another airport (except for segments flown between co-terminals).

### 2.F.3 Trip Credit (1 for 3.5 - TRP)

- You will receive credit and pay for 1 hour of flight time for each 3.5 hours you are away from base. This credit is notated as TRP in the OSS pairing display in the credit and totals columns.
  **Example:** Your 3-day trip is away from base a total of 60 hours. The 1 for 3.5 hours trip credit is 17:08 hours.
- You must complete a trip to be eligible for the 1 for 3.5 trip credit, e.g. 1 for 3.5 does not apply for a jetway trade or if you call in sick mid-rotation. However, if a trip is cancelled any scheduled credit rig will pay under the normal trip guarantee policy.
- The 1 for 3.5 Trip Credit is credited at the end of the last duty period of the trip on the calendar day the last flight for that duty period was scheduled to depart.

### 2.F.4 Deadhead / Ferry Pay

- You will receive full pay and full credit for deadhead and ferry flights.
  Deadhead flights are credited on the calendar day the deadhead flight was scheduled to depart.
- If you are approved to deviate deadhead at either the beginning or end of a trip, you will be credited with the flight time and TAFB expenses of the originally scheduled deadhead leg(s).
- If you are approved to deviate from deadhead at either the beginning or end of a trip, you will be credited with the flight time and TAFB (time away from base) expenses of the originally scheduled deadhead leg(s).
  **NOTE:** This also applies to deadhead legs on Delta Connection carriers and any off-line deadheads.

### 2.G Surface Deadhead

- When deadhead (crew placement) is accomplished using ground (surface) transportation (i.e., bus or limo), flight attendants will be paid at the rate of $9.00 per hour prorated to the minute.
  **Example:** Due to an extreme operational irregularity a crew must be transported by bus from ATL to BHM to work an early morning flight. The hours spent in ground (bus) transportation are paid at the rate of $9/hour.
- Flight attendants should contact IFS Pay Support or their Field Service Manager to ensure pay is appropriately provided for surface deadhead. Information submitted after 90 days will not be honored.
  **NOTE**: This compensation does not apply to any transportation provided within the same city or between co-terminals for arriving/departing layover hotel accommodations. It also does not apply when pairings begin and end in different co-terminals.

## 2.H Pairing Minutes-Under / Minutes-Over Pay

- You are paid the greater of actual or scheduled flight time for each flight segment.

- Any time gained on a flight segment as minutes-over is paid in addition to any minutes-under pay due on other flight segments.
  **Example:** A two-segment trip is scheduled for 3 hours on each segment. The first segment is completed at 2:50. Even though this flight comes in 10 'minutes-under', you will be paid 3:00 as originally scheduled. The second segment is completed at 3:15. The trip pays 6:15 total time.

- If a duty period or a rotation is paying a credit such as 1 for 2, 1 for 3.5, or the 4:45 minimum duty period credit, the minutes under/over can be superseded by the greater paying duty or trip credit.

- Minutes-under for a rerouted rotation will be based on the new rerouted trip segments.

- If you are on a trip with 1 for 3.5 trip credit, any minutes you make over scheduled flight time are absorbed into that credit time and paid at the end of the trip. If the trip transits two bid periods, any credit earned is paid in the following month.

  **Example:** A 3-day trip with the 3rd day ending in a new bid period is scheduled to pay 16:40. It is scheduled with 15:00 block time and 1:40 of TRP credit. During the trip, one segment paid 15 minutes-over the scheduled time making the final block time 15:15. Because this trip is already paying a credit, these 15 minutes are absorbed by the existing credit time leaving the TRP credit now paying 1:00 in the new bid period.

## 2.I Report Pay

- If you are a tripholder and report for a trip but do not fly, you are paid $10.80, or the 1 for 2 duty credit if you do not choose to make yourself available for an alternate assignment for pay protection. If you do choose pay protection and make a 2nd trip to the airport you will be eligible for the report pay in addition to your new trip.

- Contact IFS Pay Support using the VRU phone system to ensure proper compensation is credited.

- If you are on an access day and report for a trip but do not fly, you will be paid $10.80 report pay or 1 for 2 duty credit for every hour you spend at the airport until you are released, whichever is greater.
  **NOTE:** After completing your A-Days the A-Day guarantee may supersede the report pay or 1 for 2 duty credit.

## 2.J  Time Away from Base Pay (TAFB)

- Effective January 1, 2014 the time away from base meal expense reimbursement is **$2.20** per hour for all domestic and non-transoceanic international trips.

- Effective January 1, 2014 the time away from base meal expense reimbursement is **$2.70** per hour for all transoceanic trips (also applies to Hawaii flying).

- You will receive TAFB expenses beginning at scheduled report time of your trip and ending upon release at the end of your rotation. **NOTE:**  Scheduled limo time between co-terminals is included in TAFB.

- If you report but do not depart on your assigned flight due to a flight cancellation or irregularity, your TAFB expenses will continue until you are released from duty for a rest period.

- TAFB is not pay protected as it applies only to time flown.

- If you are rerouted and your trip includes a domicile layover, time away from base does not apply to such domicile layovers.

- Time away from base pay does not apply to any layover time within Out-of-Base Pick-ups (OP/U), Out-of-Base Pick-ups with the Swapboard (OBP) or in portions of Jetway Trades (JWT) that are scheduled or rerouted to layover in your domicile/location.

- If you are approved to deviate from deadhead at the beginning or end of trip, you will be credited with the flight time and TAFB expenses of the originally scheduled deadhead leg(s).

- When you are on airport standby duty, if you are not given an assignment, your TAFB expenses will continue until you are released from duty for a rest period.

- If you are unable to complete a trip due to illness or injury, you will be paid TAFB expenses until the scheduled arrival of the trip into your base or until you return, whichever occurs first. **NOTE:**  If due to extenuating circumstances such as an illness that requires hospitalization, you return later than your scheduled return, or you are unable to be shown routed back to base for any reason, these additional and/or subsequent expenses will be considered on an individual basis and are subject to your Base Director's approval.

## 2.K Duty Period Extensions

- You may request to have your duty period extended up to 1 hour if required to remain past your scheduled release time by Delta Air Lines.
  Note: Delays in Customs and Immigration do not qualify for a duty period extensions.
- The request for an extension must be made at the conclusion of the applicable duty period, as it can potentially affect rest requirements or other FAA or Delta Air Lines legalities.
- When the duty period ends at a layover, Flight Attendants should make the request through Crew Tracking.
- At the end of a rotation, Flight Attendants should make the request through Crew Scheduling.
- Requests for duty period extensions of over 1 hour must be approved by a Crew Tracking Supervisor when mid-rotation or Crew Scheduling Supervisor at the end of a rotation.

## 2.L Pay For Incompleted Trips

- If you are unable to complete a trip due to an illness or injury, you are paid for the actual flight time worked or flown, including scheduled deadhead time*. Any remaining trip time balance is paid at a 'trips-missed' rate from your PPT bank, if available. *See Section 2.J for details on the time-away-from-base expenses.*

- You can call in 'well' from your illness before the scheduled completion of the trip if you wish to conserve PPT time.

- If removed from your trip due to an ELOA, you will be paid for the portion of the trip flown and then have up to 3 ELOA days shown on your schedule. If you have subsequent trips as a tripholder within the 5 day period of your removal from the trip, the ELOA days can be applied to those trips as per normal ELOA policy.
- If you are unable to complete a trip for any reason other than illness, on-the-job injury or ELOA status, you have two options:
  ***NOTE:** You will not receive deadhead pay to return to base.

  1) Be paid only for the completed/worked portion of the trip only.
  2) Be paid for the completed/worked portion of the trip and be paid the balance of the trip out of your PPT bank, if available.

## 2.M Holding Pay

- The calculation of holding pay begins at the Holding Pay Start Time, which is defined based on the time frame as noted below:
    - **Pre-Flight** – the scheduled departure time, the time passengers start boarding, or when you arrive to a pre-boarded aircraft – whichever is later.
    - **Post-Attempt** – the block-in time at the station of origination
    - **Post-Flight** – 15 minutes after the scheduled or actual arrival time of the flight – whichever is later
- Once 30 minutes have elapsed from the Holding Pay Start Time, holding pay will be paid out to all working (non-deadhead) crewmembers at a rate of $15.00 per hour, inclusive of the first 30 minutes.
- If you are required to swap aircraft after the Holding Pay Start Time (Pre-Flight or Post-Attempt), holding pay will not be paid for the standard required turn time for the replacement aircraft type.
- Pre-Flight (excluding when you arrive to a pre-boarded aircraft) and Post-Attempt holding pay is automatically calculated and paid to each qualifying flight attendant.
- To receive Pre-Flight holding pay when you have arrived to a pre-boarded aircraft, you must contact the Pay Support Desk in IFS Scheduling. Upon completion of your rotation to receive Post-Flight holding pay, you must first contact IFS Scheduling to request a duty period extension (see Section 2.K – Duty Period Extensions). Any discrepancies can be addressed by contacting the Pay Support Desk in IFS Scheduling.

## 2.M.1 Flight Pay for Ground Time

- Flight Pay for Ground Time (FPGT) is compensation paid to all working (non-deadhead) crewmembers for time spent on an aircraft with passengers following an unplanned diversion to any station other than the station of origination or station of scheduled arrival.
- FPGT will be paid until:
    - the flight departs from the station of diversion, or
    - the duty period ends at the station of diversion, minus the normal 15 minute release time.
- Holding Pay is not paid simultaneously with FPGT.
- FPGT will apply to a rotation as flight time. Any duty or trip credit will be offset by FPGT.
- All premium pay (International, LOD, Purser, etc…) will be applied to any FPGT.

## 2.N Crew Compensation Pay

- Flight attendants on each flight below Delta staffing *(See Section 1.B)*, including when load factor parameters are met but positions are not provided, will be paid an additional $7.25 per actual flight hour for each flight attendant below staffing.
- When crew compensation is due, the Flight Leader must enter the information in iCrew on the Crew Compensation template for the crew to receive the additional pay. Information submitted after 90 days will not be honored.

## 2.O International Pay

- International pay applies to the greater of actual or scheduled flight hours.

**Transoceanic & Intra-Theatre**

- You will be paid a $1.25 premium per flight hour flown, including minutes-under, for all transoceanic and intra-theatre flying, including transoceanic and intra-theatre deadheads, contained within a transoceanic pairing, as defined in Section 1.M.
- Additionally, you are paid the international premium for other credit time in the pairing, including 1 for 2 duty credit, 1 for 3.5 trip credit, and domestic deadhead flight time included in a trans-oceanic pairing.

**International**

- You will be paid a $1.25 premium per flight hour flown, including minutes-under, for all international flying, as defined in Section 1.M.
- Additionally, you are paid the international premium for inter-national deadhead flights.

## 2.P Purser / Flight Leader Pay

- Purser / Flight Leader pay applies to the greater of actual or scheduled flight hours.
- For each flight segment working in the Purser / Flight Leader position, leader premium pay will be paid, prorated to the minute as indicated below.
- Transoceanic Purser (“A”) will be paid $5.65 per hour flown.
- Domestic and International Flight Leader will be paid $3.20 per hour flown.
- Transoceanic Service Leader (“B”) will be paid at $3.20 per hour flown.

## 2.Q  Language of Destination (LOD) Pay

- If you are a participant in the LOD program, you will be paid $1.80 per flight hour for each required language segment you work on a trip even if the specific language staffing requirement has already been met.

- Language of Destination pay applies to the greater of actual or scheduled flight hours on each required language segment.

- You do not have to hold the bid language position on a trip in order to receive language pay.  If you are qualified in the specific language(s) of the trip, you will be paid the appropriate language pay as it is assumed you will be using the language for customer service purposes during the flight.

## 2.R  A-Day Guarantee

- The A-Day guarantee is no less than 4:45 per day.

- Any flight and credit time accrued on A-Days, including trips originating on A-Days but flying into off time by preference, assignment*, reroute*, or delay, offsets the guarantee of such days.

  **NOTE**: Incentive pays, as applicable, will be paid in addition to the guarantee.

  **Example A:** An A-Day holder with a set of 3 A-Days has STBY on the 1st day. They are not given an assignment, so they are credited with 2 flight hours for their 4 hour STBY, and an additional 2:45 of A-Day guarantee. On their 2nd A-Day, they are assigned a 2-day trip worth 14 hours. The total pay for the 3 A-Days would be 18:45 (2:00 for the STBY + 2:45 GUR + 14:00).

  **Example B:** An A-Day holder with a set of 6 A-Days is assigned a 3-day trip on the 1st day worth 17 hours. They are not assigned any trips on the 4th and 5th A-Days, but are assigned a turn worth 5 hours on the 6th Day. The total credit for the 6 days would be 30:30 (17:00 for days 1-3, 4:45 for day 4, 4:45 for day 5, and 5:00 for day 6).

  **Example C:** An A-Day holder with a set of 3 A-Days is not assigned a trip on the 1st or 2nd day, but preferences a 10 hour all-night turnaround on the 3rd evening with a duty period scheduled to arrive back in base on the 4th morning. The total pay for this set of A-Days would be 19:30 (4:45 for day 1, 4:45 for day 2, and 10:00 for day 3).

  **NOTE:** No FIOD was given for flying into the 4th day, since the trip was a 'preference'.

  **Example D**: An A-Day holder with a set of 6 A-Days is not used on day one or two, flies a 3 day CDG worth 17:00 that departs at 22:00 on day three, and is not used on day six. The total pay for the set of 6 A-Days is 31:15 (4:45 for day 1, 4:45 for day 2, 17:00 for the CDG trip, and 4:45 for day 6).

- A-Days can be swapped in complete sets or in partial sets after the first assignment. The A-Day guarantee associated with each swapped day is 4:45.

- If the rescheduling of a trip that precedes a set of A-Days interferes with the set of A-Days, any originating flight time and trip credits accrued on the A-Day will offset the guarantee for the A-Day(s).
  **Example:** You are scheduled for a 3-day trip followed by 3 A-Days. Your trip is rerouted into a 4th day (your first A-Day) which has you working a flight from SLC-ATL worth 4:00. These 4:00 hours will be credited towards the 4:45 A-Day guarantee for that day.
- If an A-Day holder with an assignment executes a jetway trade with another flight attendant, the 4:45 A-Day guarantee is forfeited for the day on which the split occurs. In this case neither flight attendant is completing the entire duty period so the A-Day duty period guarantee is voided for both. However, both flight attendants will receive any actual earned flight time. Any other complete day(s) fulfilled by either A-Day holder does retain the 4:45 A-Day guarantee.
  **Example:** An A-Day holder on a 3-day trip opts to jetway trade with another flight attendant splitting the trip on day 2. The original A-Day flight attendant receives no less than 4:45 for day 1, plus any actual block time flown on day 2. The second flight attendant receives block time only flown on day 2 and no less than 4:45 for day 3.
- If an A-Day trip is split through a jetway trade, and the split point is at a layover in a base city, then both flight attendants retain complete 4:45 A-Day guarantees as appropriate by duty period.
  **Example:** An A-Day holder on a 2-day ATL trip that lays over in CVG jetway trades the 2nd duty period out of CVG to a CVG flight attendant. Both flight attendants fly a complete duty period with the accompanying A-Day obligations and both receive the benefit of the A-Day guarantee of 4:45 each for the two separate duty periods/days.

## 2.S Airport Standby Credit

- Airport standby duty time is paid as 1 for 2 duty credit plus any assigned flight time, if applicable. A normal standby period is 4 hours, but can at times be adjusted in or out of base to align with operational needs.
- Once assigned a trip, any standby time completed before trip sign-in, or point of notification whichever is later, will be paid at the 1 for 2 credit rate.
  **Example:** You sit standby for 2 hours and 30 minutes prior to being assigned a trip worth 6 hours flight time. You receive 1:15 hours of 1 for 2 duty credit for the standby period plus 6 hours flight time for a total of 7:15.

- Standby pay credit is applied the same for both in-base and out-of-base standby. For out-of-base standby (STBO), you will be paid the deadhead flight time required to position you out-of-base plus any standby time at the 1 for 2 rate, plus the segments flown, plus any applicable flight or deadhead segments to return to your base.
- All standby pay applies toward the A-Day guarantee.

## 2.T Draft Pay (DRFT & FIOD)

- Draft pay is an additional 4 hours flight pay above the value of the trip flown. It does not include additional premium pay. Draft pay (like RRO4 and IPY4 pay) does not count towards the annual 540 hour flying requirement to maintain full benefits. When drafted, the acronym **DRFT** will appear on the schedule.
- Draft pay applies to:
    1. tripholders involuntarily assigned from one trip to another to ensure FAA minimum staffing is met
    2. tripholders involuntarily assigned to another trip in order to fill the TFLA position or LOD position
- Draft pay does not apply to:
    1. reverse assignments to Purser or LOD pairings that are part of the PBS bid process
    2. a draft assignment for which you call in sick
- Draft pay will not show in your schedule display total but will be viewable in MOTS (monthly time display) located in iCrew, and in MAPS (monthly activity pay statement) once that statement is posted to the IFS portal under the main page tab titled 'Pay'.
- If you become illegal for your next scheduled trip as a tripholder due to a draft assignment, DRFT pay will still apply as well as Pay Protection Involving Two Pairings or More as outlined in Section 3.H. This includes being illegal by virtue of trip overlap, insufficient rest or a 24 in 7 rest illegality.

**Tripholders**

- Flight attendants who are drafted for needed positions are paid the greater of the two trips plus 4 hours of draft pay.

  **Example:** You are an AC qualified flight attendant working a regular position on JFK-IST worth 18:00. You are drafted to work the TFLA position on JFK-DUB worth 14:30. You will be paid 22:00 (18:00 for the greater of the two trips plus an additional 4 hours).
- If you are drafted off of a trip to fly another trip that releases more than 10 hours after the release time of your original trip, in addition to DRFT pay, you will also be paid RR04 pay.

  **NOTE:** MAVL assignments that are scheduled to return more than 4 hours after your availability window, will recieve +4 hours of DRFT pay. However, they will only qualify for RR04 if the alternate assignment is subsequently rerouted and returns to base more than 10 hours after it was initially scheduled to return.

- During severe operations when on mandatory availability trip-holders given an alternate assignment scheduled for release more than 4 hours past the release of the original trip will be paid 4 hours draft pay.  This is paid in addition to the value of the original trip or the trip flown, whichever is greater.
  **Example:** Your 3-day trip worth 17:00 cancels. You are assigned an alternate trip worth 15:30 and it is scheduled for release more than 4 hours past your original trip's scheduled release. You will be paid 21:00 (17:00 for the greater of the two trips plus an additional 4 hours).

**A-Day Holders Flown Into Off Day**

- If an A-Day holder is scheduled into an off day(s) which includes 'piggy-backing' into the off day, they qualify for **FIOD** pay (Flown Into Off Day) for each of the off periods they were scheduled into.

FIOD Pay Applies
  **Example 1:**  As an A-Day holder you have 2 A-Days remaining in your block and due to critical operations must be assigned a 3-day transoceanic trip.  You will be paid 4 additional hours flight time for being scheduled or drafted into your first off period.

  **Example 2:**  On arriving back into base on your final A-Day at 1700, you are scheduled for additional piggyback flying that is scheduled to return at 0230 the following morning.  Your base A-Day time ends at midnight.  You are due draft (FIOD) pay of an additional 4 hours flight time for being scheduled / drafted into your first off period.

FIOD Pay Does Not Apply
  **Example 3:**  You are assigned a 3-day trip on your 3-day A-Day block that is scheduled for release at 2100 hours.  Due to a lengthy delay on C-day, though you are not rescheduled, you are delayed and arrive back into base and released at 0030.  No draft pay is due when simply delayed into off time.

  **Example 4:**  On your 3-day A-Day block, your 3-day trip is scheduled for release at 2200 and is rerouted on C-day. Your rerouted 3-day trip is now scheduled to be released at 1100 the next day. No draft pay is due for a rerouted trip. However, RR04 pay would be due because you were rescheduled to return to your base more than 10 hours after the end of your A-Day.

**Option for Off Day vs. FIOD Pay**

- When FIOD (Flown Into Off Day) pay applies you have the option to choose an additional off day in the next bid period in lieu of the FIOD pay.  *See Section 5.P for details.*

## 2.U Rerouted Into OFF Day (RRO4)

- If you are rerouted, and you work the trip that is now scheduled to release more than 10 hours into your rest (off time), you are due 4 hours.
  **Note:** For A-Day holders or flight attendants on AVL to qualify for RR04, they must be rescheduled to release more than 10 hours past the end of their A-Day(s) or availability window.

- In addition, you will receive 4 hours of RR04 pay for each full 24 hour period you are rerouted into your rest (off time) beyond the initial 10 hours.
  **Example:** You are rerouted due to mechanical issues, and you arrive back to base 36 hours late. You would receive RR08, since you arrived back to base more than 34 hours late (initial 10 hours + additional 24 hours).

- If a reroute causes your next assignment to be dropped due to insufficient break, 24 in 7 rest, or trip overlap, you will still be provided RR04 pay, provided the parameters above are met.

- To qualify for RR04 a trip must first be rerouted by virtue of an itinerary change (see Glossary p.G14).

- A scheduled duty period that is simply delayed into off time does not qualify for RR04 pay.
  **Exception:** If a returning transoceanic flight arrives >10 hours later than originally scheduled, RR04 will apply.

- During Severe Operations, when Mandatory Availability (MAVL) is in effect (see Sections 8.A and 8.B), if you are assigned an alternate trip that is scheduled to release more than 4 hours past your original trip's scheduled release, then draft (DRFT) pay is due. If the trip is subsequently rerouted and qualifies, RR04 will apply.

- If you are drafted for a trip or pick up a trip with incentive pay and the trip is subsequently rerouted and qualifies, RR04 pay will apply in addition to the DRFT or IPY4 pay.

- If a qualifying reroute is into a scheduled PPT day, you are due the RR04 pay. In addition, you can either keep the scheduled PPT day or request that it be returned to your PPT bank.

- If your trip is shortened by a reroute and you select priority pick-up as your pay protection option, you may still qualify for RR04 if your now shortened trip is subsequently rerouted into your new off time by more than 10 hours.

- RR04 pay does not show in your schedule display total, but is viewable in your Monthly Time Display (MOTS) and Monthly Activity Pay Statement (MAPS).

- RR04 does not count towards your annual flight hours requirement for benefits.

- If you are a tripholder on a trip that is rerouted and releases during an A-Day block, RR04 pay is due only if the parameters described above are met (i.e. – you are rerouted into more than 10 hours of off time before the start of your A-Day). A-Day guarantee will be reduced by any originating flight/credit time accrued on the A-Day.

- If a qualifying reroute impacts a training day or other non-fly duties that must be rescheduled, you are due the RR04 pay.

**See Appendix D for examples of RR04/RR08.

## 2.V Rerouted / Rescheduled Into Vacation Day

- When you are rerouted or rescheduled into a vacation day you will be paid an additional 4 hours of flight pay. The code that will appear on your schedule is FIVD (Flown Into Vacation Day).
- Your trip must be rescheduled to be released into your vacation day to qualify for the FIVD pay. You can leave the vacation day where it is or you can opt to move the vacation day to the end of that specific vacation week. Any trip dropped as a result is not pay protected.
  **NOTE:** If the last duty period of the trip into the VAC day is not rerouted and you are only delayed into your vacation time, the FIVD will not apply, unless it is a transoceanic delay >10 hours. *See Section 2.U, bullet 3.*
- FIVD pay does not show in your schedule display total, but is viewable in MOTS (monthly time display), and in MAPS (monthly activity pay statement). The pay time also does not count towards your annual flight requirement for benefits.
  **NOTE:** If a trip qualifies for RRO4 pay in addition to FIVD, both will be paid.
- For Out-of-Base pick-ups (OP/U), Out-of-Base pick-ups with the Swapboard (OBP), and Jetway Trades (JWT), FIVD is determined using the time zone of the base where the trip originated.

## 2.W Reroute Pay Chart

The reroute pay chart clarifies several variations for Tripholders and A-Day holders that can occur when scheduled or rescheduled into an off day. The associated pay, accompanying codes and necessary flight attendant actions are noted below:

| Event | Who Qualifies | Pay | Pay Code | FA Action Required |
|---|---|---|---|---|
| **Delayed Into Off Day** | N/A (Not applicable) | N/A | N/A | N/A |
| **Rerouted/rescheduled Into more than 10 hours of off time** | Trip-holders & A-Day holders | +4 | RRO4 | None |
| **Scheduled / Piggy-backed Into Off Day** | A-Day holders only | +4 | FIOD (or add-itional off day option in a sub-sequent bid period) | None for FIOD pay; If off day option is chosen, use the portal on-line form |
| **Rescheduled Into Vacation Day** | Trip-Holders & A-Day holders | +4 | FIVD | None |

## 2.X Incentive Pay (IPY4)

- When staffing is critical or projected to be so, Scheduling can authorize the awarding of incentive pay for straight pick-ups from Open Time on certain days/dates and in certain bases as needed. This information, including the date and time that the incentive pay is active, and the date of the authorized trips, will be posted on the broadcast screen
- Incentive pay is an additional 4 hours of pay. The code IPY4 will appear next to the trip it is applied to but will not show in your schedule display total for the bid period. It will be viewable in MOTS (monthly time display) in iCrew, and in MAPS (monthly activity pay statement) on the IFS Portal under the tab 'Pay'.
- If a trip you picked-up with IPY4 pay cancels and you make yourself available for an alternate assignment, you will still be paid the IPY4 pay with the alternate assignment. If you are not assigned an alternate assignment you are still due the pay protection for the cancelled trip and the IPY4 pay.
  **NOTE:** If you choose a priority pick-up as your pay protection option to use on another date, you will not be paid the IPY4.
- If you pick-up multiple trips with incentive pay, e.g. two turn-arounds on SAT-SUN, and due to a reroute on the first trip, the second trip is dropped, you will receive pay for both IPY4 whether you go on availability for an alternate assignment or are paid the value of both the master rotations under the Two-Rotation Pay Protection policy parameters.
- IPY4 pay is authorized only for straight pick-ups. If you were previously scheduled to work a day on which IPY4 is being offered and subsequently came off your trip for any reason other than Family Medical Leave, you can still pick-up from Open Time, but you will not qualify for IPY4.
  **Example:** You are scheduled to work a 3-Day trip on the 10th, 11th, and 12th. Due to a commuting issue, you are unable to make your trip and call in for an MTO. On the 11th, Scheduling offers IPY4 for pick-ups from Open Time. You pick-up a trip on the 11th, however, you do not qualify for IPY4 as you were originally scheduled to fly this day.
- If you volunteer for, or pick-up a trip for incentive pay and then subsequently swap the trip to another flight attendant, the incentive pay will not transfer to the receiving flight attendant.
- Incentive pay, like RRO4, DRFT, and FIOD pay, does not count towards the annual 540 hour flying requirement to maintain full benefits.

## 2.Y  Holiday Pay

- If you fly on an approved holiday you will be paid the greater of $20 per hour premium for each actual flight hour and fraction thereof worked on the approved holiday, or $5 per hour for time-away-from-base (TAFB) on the holiday (base local time).

- The six approved holidays are New Years Day, Independence Day, Thanksgiving Day, Christmas Eve, Christmas Day, and New Year's Eve.

- For flights crossing midnight and flights crossing different time zones, all holiday pay time will be based on the time zone where the rotation originates, and only the actual flight time flown on the holiday will be paid the holiday premium. Credit time does not apply.

  Example
  A    1623    CVG  2100  SFO    2251      4.51 BLK
                SFO 22.24 / Hotel
  B     369    SFO  2230  CVG    0552      4.22 BLK

  - If day A is the holiday, 3:00 will be paid at the holiday rate (from 2100 to midnight CVG / EST time).

  - If day B is the holiday (starts at midnight out of CVG on flight 1623), 1:51 will be paid at the holiday rate (4:51 block minus the first 3 hours of the flight.

  - If day C is the holiday, 4:22 will be paid at the holiday rate (the entire flight is after midnight CVG/EST time).

- You will receive holiday pay for all scheduled (or actual if greater) deadhead hours on a holiday, even if you have deviated from the deadhead segment.

- If you are on availability for pay protection due to a cancellation or reroute that shortens your pairing, you will be paid holiday pay only for the actual flight time you work/deadhead on your alternate assignment.

- A-Day Holders will receive holiday pay in accordance with the guidelines above or $50 flat rate if not used on the holiday, whichever is greater.  For standby hours served, you will receive holiday pay on an hour for hour basis.  If assigned a trip during the standby time, the standby time is calculated and paid separately.
  **Example:**  You are not used after 4 hours of standby on a holiday.  You will receive $80 in holiday pay in addition to your standby pay.

## 2.Z Vacation Pay

- Vacation is awarded in a minimum of 7 day increments unless you have and specify you are bidding for a partial week, which is 4 to 6 days. If you have a partial week of 1 to 3 days, those days have to be bid with a 7 day vacation for a total of 8 to 10 vacation days. Only one vacation period can be less than (or more than) 7 days.

- You will be paid 3:15 per day for each calendar day of vacation.

- There is no premium pay associated with vacation days. *For complete information on Vacation Benefits see the IFS Handbook–Benefits, located on the IFS Portal.*

## 2.Z.1 Paid Personal Time (PPT)

**Scheduled and Unscheduled PPT Days - All Flight Attendants**

- All flight attendants accrue PPT time at the rate of 2.05* hours per pay period, or 4.10* hours per month. You must be on active status at the end of each pay period in order to accrue the PPT. **NOTE:** There may be slight rounding adjustments for certain pay periods so you will earn the appropriate total annual allotment.

- Tripholders will be paid 6 hours per day for pre-month bid awards and additional daily awards or trips-missed for unscheduled use, e.g. when you call in sick, up to a maximum of 49 hours annually. If you qualify by maintaining the annual flying requirement of 540 hours in the previous year, the 49 hours are renewed annually on April 1st. The days can be used for sick time, OJI, or personal time off.

- A-Day Holders will be paid 4:45 per day for a PPT day used on an A-Day.

- The ‘trips-missed’ rate is for block and credit time only, and does not apply to any premium pay such as leadership, LOD or international time.

- Any unused time will roll-over to the next year unless you specify it to be paid out for the year. The maximum you can accumulate in your PPT bank is 147 hours. The annual payout for unused earned allotment of PPT will be no later than May 31 each year. The pay-out will be based on your flight pay rate as of March 31 of that year.

## 2.Z.2  Emergency Leave of Absence (ELOA) Pay

- All flight attendants who qualify for ELOA will be paid up to 3 days ELOA within a 5 day period for each qualifying deceased family member.

- The pay rate for ELOA is 5:30 per day. The number of ELOA days plotted will correspond to the length of the trip, as defined in Section 4.B, or the number of A-Days dropped.  ELOA can also be applied to other paid work statuses such as special assignments or training.  *For more information see HR Policies / Absence / Death in the Immediate Family.*

## 2.Z.3  Jury Duty / Court Appearance Pay

### Jury Duty

- Jury duty will be paid at the rate of 6:00 per calendar day on a day for day basis for all affected trips and/or A-Days. See Section 6.Y for additional information.
- The number of JURY days plotted will correspond to the length of the trip, as defined in Section 4.B, or the number of A-Days dropped.
  **Example:** You have a 3-day trip on SUN-MON-TUE, but must report for Jury duty Monday through Friday.  You have no other work assignments that week.  JURY at 6:00 per day will be plotted on your schedule for each of the 3 days, SUN-MON-TUE.
  **NOTE:**  In states or counties where pay variances exist, such as in the state of Massachusetts and certain counties in Florida, the respective state and county laws will determine pay for Jury Duty.

### Court Appearances on Behalf of the Prosecution

- If you are subpoenaed to appear as a witness in a legal proceeding involving Delta or your Delta employment, you will be paid at the rate of 6:00 per calendar day on a day for day basis for all affected trip days or A-Days.  If you are serving as a witness in a matter that does not involve Delta or your Delta employment, or if you are a party in a legal proceeding, you will only be given personal time off. See Section 6.Y for additional information.
- Court appearances (C/A) in which you have been subpoenaed as a witness in a legal proceeding involving Delta or your Delta employment will be plotted on your schedule when trips or A-Days interfere with such service and paid to a maximum of 15 days (cumulative for both Jury and Court Appearances) each calendar year. Pay for court appearances does not apply on your off days. For more information on jury duty and court appearances, see Section 6.Y.
- The number of C/A days plotted will correspond to the length of the trip, as defined in Section 4.B, or the number of A-Days dropped.

### Court Appearances on Behalf of Delta

- For court appearances at Delta's request and on Delta's behalf that interfere with a trip or A-Days, you are paid 6:00 per applicable calendar day or trips missed, whichever is greater.  For single day appearances on behalf of Delta that occur on days off, you are also paid 6:00 per calendar day.  *For more information on jury duty and court appearances, see Section 6.Y.*

## 2.Z.4 Special Assignment Pay

- The hourly rate for special assignments dependent on the specific assignment.
- A flight attendant working a full month on special assignment can opt to fly on non-office days (excluding access days). All legal rest requirements will apply.
  **Example:** You are scheduled to work 8 hours per day Monday through Friday at the General Office on special assignment. You desire to pick-up and fly a turnaround on Saturday. This is legal as long as you have a legal domicile rest before flying on Saturday and an actual 24 hour rest period before reporting to work again on Monday.

## 2.Z.5 Training Pay

**Continuing Qualification (Recurrent)**

- Effective 1/1/15 you are paid and credited with 4:45 flight time per day for CQ training.
- Effective 1/1/15 CQ training day per diem will be $35 per day.
  **NOTE:** If your base is required to travel to attend CQ, and a travel day is either requested or necessary due to exceeding duty period limitations, overnight accommodations will be provided at company expense and you will be paid a flat rate of $50 for each day on which you are required to travel.
- Effective 1/1/13 you will be paid $20.00 per hour for CBT regulatory training. All FAA mandated training has a minimum hourly requirement for attendance which requires on-time registration and start times. If you arrive late to training, you will be rescheduled and may be subject to Performance Development. Also, all return flights should be scheduled to depart no earlier than 1 hour after the class end time.
- If required to travel out of base for mandatory training and you subsequently miss training due to delayed or canceled flights, the following pay applications will apply:
  - If you report but do not travel to training, including delays, attempts or cancellations, you will be paid a flat rate report pay of $10.80, or 1 for 2 time, whichever is greater.
  - If you report and travel to training but the approved travel flight is late resulting in your missing the scheduled class, one of the following will occur:

    1. You will be rescheduled to attend a class with a later start time on the same day as long as the class can be completed with a legal rest break before any subsequent flying, or
    2. You will be rescheduled to attend a class on a later date. You will be paid a travel day rate of $50.

- In the event of a cancellation of your flight returning from training and you must return to your base the next day, the code TRVL will be put on your schedule, paying you for an additional travel day.

**Aircraft Training**
- You will be paid $20 per hour for required classroom training.

**Purser Training**
- You will be paid $20 per hour for Purser training.

**International Training**
- You will be paid $20 per hour for International Training.

**Computer Based Training Pay (CBT)**
- You will be paid $20 per hour for all computer-based training (CBT).

## 2.Z.6 Mandatory Departmental Meeting Pay

- You will be paid at the rate of $12 per hour for attending any mandatory departmental meeting. The Company calls for these meetings periodically for all flight attendants, and they are to communicate company goals and financial results, and/or program updates specific to In-Flight Service. Once scheduled, pay for such meetings will be viewable in MOTS (monthly time display) and in MAPS (monthly activity pay statement). This provision does not apply to individual or small group meetings.

## 2.Z.7 Transportation Reimbursement

**Fares**
- When cancellations or a delay make the use of a taxi service necessary, Delta pays for taxi fare between the airport and the hotel at scheduled or rerouted layover points. Operations will issue a Ground Transportation Authorization Form for such transportation. If none is available, pay for the cab, obtain a receipt and submit through the DEERS system for reimbursement.

- The normal time to wait for crew limo or shuttle transportation to the hotel should be no more than **20 minutes**. Beyond this time, call the hotel or transportation company regarding any additional wait. If more wait time is likely, either secure a voucher from operations for a cab or pay for the cab and submit an expense statement form with attached receipt in DEERS.

- If Crew Tracking authorizes a 30 minute late report and hotel or scheduled transportation is not available at the new report time, you can pay for a cab ride and submit an Expense Statement in DEERS for reimbursement.

- If you are rerouted into a co-terminal and no transportation has been provided, or wait time for scheduled transportation exceeds 20 minutes, you can pay for any available ground transportation (shuttle, taxi, etc.) and submit an expense statement in DEERS for reimbursement.

**A-Day Status**

- If notified to report for duty at your base less than **2 hours** before scheduled report time (3 hours in NYC & LAX), you are eligible for a taxi allowance of up to $20.00 each way from and to your residence.

- To claim taxi allowance expenses, complete the appropriate form via DEERS, attaching a paid receipt from the taxi company or a ticket stub from an approved bus/limo service, and submit in the computer.

**New York Base**

- You may be eligible for additional expenses or reimbursements. See your Field service Manager for information.

**NOTE:** Submit all transportation claims as soon as possible. Forms submitted after 90 days will not be honored.

### 2.Z.8 Tipping

- Tipping for transportation services is at the discretion of the individual crew members. There is no reimbursement for transportation tipping.

### 2.Z.9 Hotel Expenses

- Delta provides hotel accommodations at each scheduled layover point.
- If for any reason crew rooms are not available at a scheduled or unscheduled layover, contact the IFS OCC Manager or Crew Tracking / Crew Accommodations. Rooms will be booked at an alternate hotel and authorization will be sent to the hotel as necessary.
- If, during irregular operations, a layover occurs at an off-line point or if no hotel authorization can be facilitated due to communication problems, after waiting a reasonable amount of time but no more than 1 hour, flight attendants should pay for the room and claim the expense in the DEERS system. Explain the reason in the remarks section, attach the receipt, and submit through DEERS for reimbursement.

## 2.Z.10  Non-Fly Daily Meal Expenses

- If you are eligible for daily expenses due to special assignment, temporary duty, etc., you should submit your expenses using the DEERS Expense Reimbursement program under Self-Service on the portal.

- All expenses must adhere to the corporate Delta Travel & Entertainment Expense (T&E) Policy.

- Itemized receipts will be required for all meal expenses, regardless of the amount.

- You will not be eligible for a daily meal expense on any day that you are also receiving TAFB Pay.

## 2.Z.11  Short-Term Parking

**A-Day Holder**

- If given less than 2 hours notification to report (3 hours in LAX / NYC), you are eligible for reimbursement for cab fare or short-term parking expenses.

- You must submit your expenses using DEERS, with an attached receipt.

## 2.Z.12  Moving Expenses

- Delta does not pay moving expenses for a voluntary base transfer or job change.
  **NOTE:** Delta may pay moving expenses in extraordinary cases such as an involuntary base transfer.

- For more information, see the Employee Connection / HR Policies / Pay / Expense Allowances or consult your Field Service Manager.

## 2.Z.13  Severe Operations Expenses

- In the event unusual circumstances result in extended delays, you can receive reimbursement for reasonable expenses incurred which are not normally covered (i.e. long distance call home, replacement of necessary incidentals, uniform cleaning, etc.).

- Complete and submit the expenses incurred into the DEERS system, along with appropriate receipts and explanation.  These should be directed to your local Performance Field Service Manager for approval.

## 2.Z.14  Pay Discrepancies

- It is your responsibility, in a timely manner, to review your pay total in the Monthly Time Display (MOTS) for accuracy. Should you find a discrepancy bring it to the attention of the proper department for handling.

- If there is a discrepancy in your flight pay (i.e., missing flight pay, holding pay, etc.), contact IFS Scheduling Pay Support using the VRU phone system.

- For all other paycheck related concerns, contact the Employee Service Center (ESC).

**Section 3 - Pay Protection**

| | | |
|---|---|---|
| 3.A | Pay Protection | 60 |
| 3.B | Pay Protection Options | 60 |
| 3.C | Pay Protection for Cancellation/Reroute on a Single Pairing | 61 |
| 3.D | Availability Chart When Opting for Pay Protection | 62 |
| 3.E | Contacting Scheduling | 63 |
| 3.F | Availability Notification Times & Procedures | 64 |
| 3.G | Alternate Assignments | 68 |
| 3.H | Pay Protection Involving Two Pairings Or More | 70 |
| 3.I | Pay Protection Options for Out-of-Base Pairings | 73 |
| 3.J | Pay Protection for Trips Transiting Two Bid Periods | 74 |
| 3.K | Pay Protection for Draft And Incentive Pairings | 75 |
| 3.L | Pay Protections for Charter Pairings | 75 |
| 3.M | Scheduling Errors | 76 |

## 3.A Pay Protection Policy

- The information in this section applies to tripholders.  Pay protection information applying to A-Day flight attendants is defined in Section 5, Access Days.
- There are separate applications for the following situations:
  1. loss of time on a single pairing due to a cancellation or reroute
  2. pay protection involving two pairings or more which can be due to a trip overlap, or insufficient break between two pairings (i.e. domicile rest, or lack of a 24 in 7 rest)
  3. pay protection for trips transiting two bid periods.

**NOTE:** After trips are published in the bid packet, Marketing changes can retime flights that increase/decrease the trip value.  Original tripholders are guaranteed the original published value, but trips swapped from another flight attendant or taken from open time are only guaranteed the value of the trip at the time the trip is taken from open time.

## 3.B Pay Protection Options

- Pay protection is available for a tripholder to receive equivalent pay for a scheduled trip which has a loss of time through no fault of your own.  The loss can be for a complete trip or portion of a trip and caused by weather, mechanical, misconnection, cancellation, equipment substitution, or scheduling error.

- In the event that you lose time on an Out-of-Base rotation, including Jetway Trades, and CALL goes on your schedule, you will not have the option to go on availability. Instead, you will be granted a priority pickup in your base for future use and CALL will be removed from your schedule.

- In the event that you lose time on any other type of rotation, you can choose one of the following two options:

  1. Elect to take time off with no pay protection and be authorized for a Priority Pick-Up (P/T).
     **NOTE:**  You are NOT obligated to use a P/T, however it will expire at the end of the calendar month for which it was authorized.  If you lose time in the last 7 days of the month, you can opt to receive the P/T in the following month.

  2. Be placed on availability with pay guarantee. Once on availability you must take the assignment(s) given.
     **NOTE:** To support the operation, the flight attendant and Scheduling can opt for a mutually agreeable date on which to plot the pay protection and availability period.

- If you elect availability, but subsequently call out for your availability, or alternate assignment, AVLX with a credit value of 4:45 will be placed on your schedule for each completed calendar day that you were available, but not used.  The trip value that you called out for and/or any remaining guaranteed time will be paid from your PPT bank, if available.

## 3.C Pay Protection for Cancellation/Reroute on a Single Pairing

- If you lose flight/credit time on a trip through no fault of your own, after schedules are released for that bid period, you will be paid as scheduled, including applicable premium pay, provided you make yourself available for an alternate assignment when required.
  **NOTE:** Only actual time-away from base (TAFB) pay will apply.

- The guarantee will be the originally published value of the trip on your schedule or the value of the pairing at the time it is added to your schedule.
  **Example:** A trip with 3 positions originally worth 10:00 has 2 positions covered and 1 position in Open Time. Before the open position is covered, the trip is changed and is now worth 9:30. The two flight attendants originally on the trip will be pay protected for the original value of 10:00. Any flight attendant who subsequently picks-up or swaps from open time or another flight attendant, or is assigned as an A-Day holder is guaranteed for 9:30.

- If you have a trip with the designator IPY4 (indicating incentive pay of an additional 4 hours pay) and your trip cancels, you are pay protected for the full value of the trip including the IPY4 pay, if you choose to go on availability for pay protection.

- Once you have chosen availability, if your alternate assignment cancels, you are placed back on availability using your original trip parameters. If however, your second alternate assignment (if day for day) is then subsequently shortened due to a reroute, you are not required to be available for additional flying.

## 3.D Availability Chart When Opting for Pay Protection

- Your requirements should you choose to be available for pay protection involving a single pairing are outlined below. Any time availability is required ("yes" answer in chart) and you opt not to go on availability, you will forfeit pay protection for the trip.

| Flight Credit Time Lost On A Single Pairing | Availability Required |
|---|---|
| 1. If your entire trip cancels, or is shortened by a calendar day/duty period... | Yes |
| 2. If your trip cancels on the first day and you report for duty at your home base on the next/subsequent calendar day... | Yes |
| 3. If your trip cancels on the first day and reroutes to deadhead only during first duty period to pick up balance of trip... | No |
| 4. If your trip cancels on the first day and has an attempt with no landing in another city, or the duty period consists of only non-fly duty… | Yes |
| 5. If you lose flight/credit time on a trip and arrive back into your home base within the same duty period as scheduled (requires a takeoff from point of origination and landing at another airport). | No |
| 6. If you lose flight/credit time on your trip and you return to your home base **prior** to the original scheduled report time***** of the last duty period... | Yes |
| 7. If you lose flight/credit time on a trip which is extended an extra day... | No |

*If layover is in another time zone, convert times to local base time for availability determination.

## 3.E Contacting Scheduling

- The schedule code **CALL** will appear on your schedule whenever a trip cancels or loses portions of flight/credit time that requires you to contact Scheduling to discuss your pay protection options. If a trip overlap has occurred due to a reroute or other illegality, Scheduling will also create a **CALL** window that needs your response.

- Flight attendants with **CALL** placed on their schedule will receive an advisory message in iCrew immediately after logging in. The advisory message will contain the ability to preference one of two pay protection options for the original trip:

  - Availability
  - Drop the time and take a Priority Pick-up

- Flight attendants who choose their trip pay protection option using iCrew will not need to call IFS Scheduling. The option they select in iCrew will be updated without the need for any further contact.
  **NOTE:** This iCrew application will not be monitored during Severe Operations as all affected flight attendants are required to be on Mandatory Availability.

- Flight attendants who prefer not to use the iCrew feature to select their pay protection option may bypass the advisory message without making a selection. They will then need to call IFS Scheduling to advise of their desired option,
  **NOTE:** When Mandatory Availability is in effect, normal pay protection options do not apply. *See Section 8 – Severe Operations for more information.*

**Call Scheduling to Change CALL to AVL**

- Scheduling must assign flight attendants on availability prior to all other trip coverage procedures, including A-Day assignments. If you do not call Scheduling by the times indicated below, you will lose your pay protection options and forfeit pay.

| **If your trip cancels…** | **You must contact Scheduling…** |
|---|---|
| *2 calendar days or more prior to report | By 0600 local time **1** calendar day prior to report |
| 1 calendar day or less | As soon as possible, but no later than **6 hours** prior to original report time of the lost trip, or upon notification if less than 6 hours |

***NOTE:** Or upon release from a trip, if flying.

- If your trip is shortened mid-rotation, and you intend to choose pay protection, you are required to contact Scheduling immediately **upon your return** to your home base/location and before leaving the airport. Leaving the airport indicates you are not choosing to go on availability and the pay guarantee will be removed. Scheduling will assume you chose the option of time off without pay protection for lost time.

## 3.F Availability Notification Times & Procedures

**General**

- Once Scheduling is contacted and you elect availability, Scheduling will change the schedule code **CALL** on your schedule to **AVL**. The time of cancellation or reroute affects the exact time you must be available for contact.
- You are responsible for any alternate trip assignments placed on your schedule prior to 2000 the day before each day of availability (AVL). **You will not be called or notified by Scheduling.**
- For any same-day departure while you are on AVL, or for any trip that is placed on your schedule at or after 2000 the day prior to each successive day of availability (AVL), **you will be notified by Scheduling via your CNO preferences.** It is your responsibility to acknowledge your assignment via CNO within 20 minutes of the initial contact attempt. If you do not respond within 20 minutes your schedule will be noted with the code CFSM, and you may be subject to Performance Development.

### Examples When On AVL

- At 1500 on the 4th, your one-day trip for the 5th cancels and you choose AVL. At 1930 on the 4th, Scheduling places an alternate assignment on your schedule for the 5th. Scheduling will not contact you since it was placed on your schedule before 2000 on the 4th. It is your responsibility to check your schedule at or after 2000 for the assignment.

- At 0800, report time, your two-day trip on the 15th cancels and you choose AVL. With no alternate trips available, you are released for a domicile rest. You are on active AVL for the duration of the 2-day trip up until scheduled release time on B-day. If a trip for the 15th becomes avail-able later that same day (after your domicile rest) you will be contacted via CNO for the trip after your scheduled rest. If a 1-day trip is placed on your schedule that reports on the 16th, and it is placed on your schedule prior to 2000 on the 15th, no call will be made by Scheduling, and it is your responsibility to check your schedule at or after 2000 on the 15th.

### Availability for the 'Duration of the Trip'

- Notification times vary depending on the time of cancellation and if the loss of time is due to a reroute. The following examples indicate when you must be available for **notification**:

  1. For advance cancellations that are done more than two hours (2:00), or three hours (3:00) in NYC and LAX, you must be available for notification of an alternate assignment starting at the report time of the original pairing, and for the duration of the scheduled pairing.
     **Example:** You are notified in advance of a cancellation that was to re-port at 1300. You must be available for notification from 1300 until the scheduled release time of the original trip.
     **NOTE:** Once on availability, you will not be notified of trips placed on your schedule prior to **2000** the day prior to AVL days. It is your responsibility to check your schedule.

2. If your rotation cancels less than two hours (2:00) to report, three hours (3:00) in NYC and LAX, and you have elected to go on availability for pay protection, you are required to remain at the airport until your original report time as you can be assigned an alternate trip until such time. If you elect AVL for a rotation that has canceled after report time, Scheduling will attempt to give you an alternate assignment at the time that you make your election. In either case, the alternate assignment may sign in after your original report time, however, the report time of your alternate assignment will be adjusted to match your original report time. If no alternate trip is assigned, you will be released by Scheduling and given an 11 hour rest for trip assignment purposes. You must then be available for the remaining duration of your original trip.

   **Example:** You report at 1100 for a 2-day trip and are notified of the trip cancellation at 1115. Scheduling can give you an alternate assignment or release you for an 11 hour rest.
   You are next available for notification that evening from 2230 and for the remaining duration of your scheduled trip until release time.

   **NOTE:** Once on availability, you will not be notified of trips placed on your schedule prior to **2000** the day prior to AVL days. It is your responsibility to check your schedule.

   **If severe operations have been declared for your base, Crew Tracking and/or Scheduling has up to 4 hours to assign you replacement flying or an alternate assignment.**

3. For reroutes that shorten a trip and return to base, Scheduling can assign you an alternate trip if you have elected to go on availability for pay protection. If no alternate trip is assigned, you are given an 11 hour rest for trip assignment purposes. You must be available for the remaining duration of your original trip until release time.

   **Example:** Your 3-day trip is rerouted and you are released in domicile on B-day at 1330. You can either be:
   a) assigned additional flying within that same duty period;
   b) given an alternate assignment the next day after a legal rest; or
   c) given a minimum 11 hr domicile rest. You must then be available for contact at 0030 on C-day and for the remaining duration of your scheduled trip until release on C-day.

   **If severe operations have been declared for your base, Crew Tracking and/or Scheduling has up to 4 hours to assign you replacement flying or an alternate assignment.**

**Additional Notification Parameters**

- Once you have chosen availability for pay protection, you are required to be available for contact for the entire duration of the specified time and accept the alternate assignment. If you are not available for contact or do not report for your assigned trip you will be given a CFSM and you must see your Field Service Manager.
- For any alternate trip assignment received during your availability period, Scheduling will attempt to give you 2 hours notice from the first contact attempt to the scheduled departure of the flight (3 hours in LAX and NYC).
- In situations when you are notified with less than 2 hours (3 in NYC and LAX) to report (short call), you will still be given 2 hours (3 in NYC and LAX) to arrive at the gate or lounge.
- Reporting for an alternate assignment **later** than 2 hours (3 in LAX and NYC) from the first contact attempt by Scheduling (or after sign-in time, whichever is later) will result in CFSM being placed on your schedule.
- If requested to report for an alternate assignment with **less** than 2 hours to departure, you must make every attempt to report by the scheduled departure time of the flight. However, failure to report in less than 2 hours will not subject you to disciplinary action or forfeiture of pay.
- If you are released for a mandatory 24 hour rest for FAA purposes, and you are on availability, you are released from being available for that 24 hour period. The Company will attempt to avoid interrupting the FAA minimum rest break, but contact by either the flight attendant or the Company does not interrupt the FAA rest period for legality purposes. However, a flight attendant is not required to contact the Company, or be available to the Company during an FAA minimum rest period.
- An A-Day holder can be removed from a trip and it given to a tripholder on pay protection provided this is done either at the time the flight time is lost or when the tripholder flight attendant advises Scheduling they choose AVL. It will not be less than 2 hours before departure of the trip.

## 3.G Alternate Assignments

- Alternate assignments are made in reverse order of seniority and by specific qualification, when needed. When on availability, you are used before all A-Day assignments, pick-ups, and move-ups.
- For advance cancellations (e.g. a trip cancels the entire month due to Marketing changes), and once you have chosen availability, Scheduling can place alternate trips on your schedule (during availability times) at any time. When available for pay protection, you should check your schedule often for your alternate assignment.

### Notification Reminder

- If Scheduling places an alternate assignment on your schedule **prior to 2000 the day before your availability day(s)** you will not be notified. It is your responsibility to check your schedule. After 2000 prior to each day of availability, Scheduling will notify you of any trip assignment for the next day or that same day, whichever applies.

### Alternate Assignment Parameters

- Alternate assignments will be **scheduled** to report no sooner than the report time of your original trip and to depart no later than the scheduled release of the original trip.
- Alternate assignments will be **scheduled** to return **no later than 4 hours** after the scheduled release of the original trip. Normal reroute rules will still apply for any subsequent reroutes.
- Any alternate assignment will be a trip or trips as comparable to your original trip as possible (1-day for 1-day, 2 turnarounds for 2-day, etc), and it cannot interfere with your next trip when placed on your line. You can be assigned any trip you are qualified to fly.
- You can be **assigned multiple trips** during the period you are required to be available. The combination of trips can be assigned together or one at a time in succession as you work them.
  **Example:** Your 3-day trip cancels and you are assigned a turnaround on day one. On arrival, you check with Scheduling and are then assigned a two-day trip, thus fulfilling your availability obligation. You will be paid the greater of the original trip or the alternate assignments.
- During both daily and severe operations, if the alternate assignment(s) cancel prior to departure, you will be given other alternate assignment(s) if available and legal for your schedule.
- You are eligible for an alternate assignment to any co-terminal when on availability.

- The period of availability for trip assignment purposes ends at the scheduled release time of the original trip.
- Alternate assignments will adhere to all Delta duty limits and rest requirements. When at the airport following a cancellation or re-route and you receive an alternate assignment, it can depart within that same duty period, or following the applicable domicile rest.
- The legal rest prior to an alternate assignment is based on the actual duty period of the cancelled or rerouted trip.
  **Example:** A transoceanic trip cancels and the crew is released after an 'attempt' or a non-fly duty period. This crew, if they opted for availability, would have an 11 hour domicile rest prior to any alternate assignment.
- Once released for a legal rest, Scheduling will advise you when your availability period begins.
- When assigned an alternate trip(s), you will be paid for the greater of either the alternate assignment(s) or the original scheduled trip.
- If you choose to swap/move-up from an alternate assignment you forfeit any guarantee associated with the alternate assignment.

**NOTE: For alternate assignment parameters during Mandatory Availability (MAVL), please refer to Sect. 8–Severe Operations.**

**At the Airport Cancellations - Offering and Assigning Trips**

- When a trip cancels while a crew is at the airport, alternate assignments will be handled using the following procedures, as operationally feasible.
  **NOTE:** If there are multiple crews in the same situation, alternate assignments will be handled on a crew by crew basis.

  1. Open positions are first offered to the crew in seniority order. If you decline during the **offering** phase, you will not lose your pay protection, but must take a trip during the assignment phase noted in step 2 below.
  2. Any remaining open positions are then **assigned** in reverse seniority order. You cannot decline an assignment.
     **NOTE:** If there are not sufficient trips for the entire crew, those un-assigned will remain on availability for assignment of any subsequent trip that becomes available.

## 3.H Pay Protection Involving Two Pairings Or More

- Two-rotation pay protection is caused either by physical trip overlap or by an insufficient break between two pairings. (Examples on next page.)
- Alternate assignments for all Two-Rotation Pay Protection situations will always follow the applicable domicile rest break. Upon release in base from the 1st trip, your minimum rest break will be, in hours:
  - **11** following domestic/international duty scheduled at 14 or less
  - **14** following international duty scheduled >14 hours
  - **24** following transoceanic duty, unless you waived the specific 24 hour rest by virtue of your PBS bid, a pick-up, swap, or move-up; or you were re-routed to layover in a domestic/international city. In such cases, your applicable rest is a minimum 11 or 14 hours as noted above.
  - **30** following an Ultra Long Range trip if the alternate trip is within three (3) time zones of the local base
  - **54** following a completed Ultra Long Range trip if the alternate trip is another Ultra Long Range trip or a trip that operates outside three (3) time zones of the local base
- You must coordinate the details of your availability parameters with Scheduling before leaving the airport as you must be able to be contacted at the start of your new availability period. If you fail to do so, the pay protection is forfeited.
- At the time of release, Scheduling may give you an alternate assignment, or you will be released for the applicable legal rest for trip assignment purposes.
- If released by Scheduling for a legal rest, you must be available for notification of an alternate assignment at:
  - the end of your 11 hour rest following a duty period scheduled at 14 hours or less, or
  - the end of your 14 hour rest following a duty period scheduled for greater than 14 hours
- After your 11 hour or 14 hour scheduled rest as indicated above, you must be available for the remaining duration of your scheduled trip until the original scheduled release time. If your trip conflict was due to a needed 24 hour rest for 24 in 7 purposes, your scheduled rest is 24 hours in length.
- When the Two-Rotation Availability policy applies and it involves A-Days, the value of the A-Day guarantee for the appropriate number of days will be used when calculating the value of one of the two 'master' pairings.

- For pay protection involving more than one trip (the 2nd trip is dropped) you will be paid the actual or scheduled time of the first trip, whichever is greater, and pay protected independently on the 2nd trip provided there is a period of availability of 8 hours or more.

- Availability and pay protection will be applied as follows:
  - If an 8 hour period (or more) of availability exists*, you must be available for an alternate assignment to be pay protected independently for the second trip.
  - If an 8 hour period (or more) of availability does **not** exist, you will not be on availability and will be paid the greater of either the actual time flown or the scheduled value of the two trips.

  ***NOTE:** If such a window of availability exists Scheduling will create it and the status **'CALL'** will appear on your schedule. Choose your pay protection option via iCrew or contact Scheduling directly as soon as possible.

## TWO-PAIRING EXAMPLES

**A. Example of OVERLAP With 8 HOUR PERIOD:**
You are scheduled to work two 2-day trips back to back, both with a report/release of 0800/1700. Both trips are originally worth 9:30. The first trip is rerouted to a 3-day now worth 16:00 and returns to home base at 1400 on 'C' day causing the second 2-day trip to be dropped. Calculating an 11 hour domicile rest, you would have a remaining availability period of 16 hours (from 0100 to 1700 on 'D' day), thus meeting the 8 hour minimum requirement. If you choose availability, you will be paid for the first trip as flown and pay protected for the lost two day trip independently. Based on a 1400 release on 'C' day, if no assignment was given and you are released for your 11 hour domicile rest, you must be available for phone contact beginning at 0100 on 'D' day and through the scheduled release time on 'D' day of 1700. If you are assigned a trip on 'D' day, you will be paid the greater of either the trip flown or the value of the original trip (9:30). If you are NOT assigned a trip on 'D' day, you will be pay protected for the value of your original trip (9:30).

| (Original Schedule) | (Actual/Rerouted Schedule) |
|---|---|
| **Trip 1** X (worth 9:30) | **Trip 1** X (now worth 16:00) |
| X | X |
| **Trip 2** X (worth 9:30) | X Block-in @ 1400 |
| X | **Trip 2** AVL (Availability) |
| | **TOTAL PAY:** 16:00 + 9:30 (or the value of the alternate trip, whichever is greater) |

**B. Example of OVERLAP - NO 8 HOUR PERIOD**:
You are scheduled to work two 2-day trips back to back, both with a report/release of 0730/1300. The first trip is rerouted into a 3-day and returns to home base at 2100 on 'C' day causing the second trip to be dropped. Calculating an 11 hour rest, the remaining AVL period of 5 hours (from 0800 to 1300 on D-day) does not meet the 8 hour minimum. Pay protection is for the greater of actual time flown or the scheduled value of the two original pairings.

| (Original Schedule) | | | (Actual/Rerouted Schedule) | | |
|---|---|---|---|---|---|
| **Trip 1** | X | (worth 9:30) | **Trip 1** | X | (now worth 16:00) |
| | X | | | X | |
| **Trip 2** | X | (worth 9:30) | | X | Block-in @ 2100 |
| | X | | **Trip 2** | | (AVAILABILITY IS NOT AN OPTION as there is no 8 Hour Window of Availability) |
| | | | **TOTAL PAY:** | | 19:00 (the value of the two original trips OR, the value of the rerouted trip, whichever is greater) |

**C. Example of INSUFFICIENT BREAK**:
You are scheduled to work two 2-day trips back to back, both with a report /release of 0800/1700. The first trip arrives late and is released at 2330, leaving only 8 hours and 30 minutes to next scheduled report (minimum actual rest in domicile is 9 hours). The 2nd pairing must be dropped to provide a legal rest. Calculating an 11 hour domicile rest, you would have a remaining availability period of 30:30 (from 1030 on C-day to 1700 on 'D' day) thus meeting the 8 hour minimum. If you choose AVL, you will be paid for the 1st trip as flown and pay protected for the lost two day trip independently. Based on a 2330 release on B-day, if no assignment was given and you are released for an 11 hour domicile rest, you must be available for contact beginning at 1030 on 'C' day and for the duration of your scheduled trip until release at 1700 on 'D' day.

| (Original Schedule) | | | (Actual/Rerouted Schedule) | | |
|---|---|---|---|---|---|
| **Trip 1** | X | (worth 9:30) | **Trip 1** | X | (now worth 12:00) |
| | X | | | X | (arrives late and now Blocks-in @ 2330) |
| **Trip 2** | X | (worth 9:30) | **Trip 2** | AVL | (begins 'C' Day @ 1030) |
| | X | | | AVL | |
| | | | **TOTAL PAY:** | | 12:00 + 9:30 (or the value of the alternate trip, whichever is greater.) |

**D. Example of INSUFFICIENT REST (Due to 24 in 7):**
You are scheduled to work a 3-day domestic trip followed by one day off followed by another 3-day domestic trip during a 7 consecutive day period. The first 3-day trip is rerouted to a 4-day trip, leaving no 24 hour rest within the 7 day window (no 24 hour layover on either trip and less than 24 hours between the two trips). The second 3-day trip will be dropped due to no 24 hour rest in 7 consecutive days. Calculating a 24 hour domicile rest following the rerouted 4-day trip, you would have more than 2 days remaining for your AVL period, thus qualifying for independent pay protection for the dropped 3-day trip.

| (Original Schedule) | | | (Actual/Rerouted Schedule) | | |
|---|---|---|---|---|---|
| **Trip 1** | X | (worth 18:00) | **Trip 1** | X | (now worth 21:30) |
| | X | | | X | |
| | X | | | X | |
| **OFF DAY** | | | | X | (Block-in 'D' day @ 1030) |
| **Trip 2** | X | (worth 15:30) | **Trip 2** | AVL | (begins 'E' day @ 1030) |
| | X | | | AVL | |
| | X | | | AVL | |
| | | | **TOTAL PAY:** | 21:30 + 15:30 (or the value of the alternate trip, whichever is greater.) | |

## 3.I Pay Protection Options for Out-of-Base Pairings

- In the event that you lose time on an Out-of-Base rotation, including Jetway Trades, and CALL goes on your schedule, you will not have the option to go on availability. Instead, you will be granted a priority pickup in your base for future use and CALL will be removed from your schedule.
- If you lose time mid rotation and there is no window of availability required, and CALL does not go on your schedule, you will still be pay protected for the value of the rotation.

## 3.J Pay Protection for Trips Transiting Two Bid Periods

- The application of pay protection for trips transiting two bid periods varies depending on the situation, of which there are three types as listed below.

**Transition Replacement Pairings**

- During the transition replacement process, only the current month is pay protected provided you make yourself available as applicable. Pay protection does not apply to any loss of time on a portion of a trip in the new month as a result of transition replacement process.
  **EXCEPTION**: If a replacement trip adds a calendar day but pays less than the original, you will be guaranteed the value of the original trip.
- However, once transition replacement has occurred, if you then lose time in either the current or new month due to cancellation or reroute, you are pay protected and can choose AVL if applicable due to cancellation or the trip shortens.

**Rerouted Spillover / Transition Trip**

- A trip scheduled to transit two bid periods that loses time due to cancellation, reroute or equipment substitution falls under the same guidelines as all other mid-month cancellations and reroutes.
- You are pay protected for the whole rotation value of any trip transiting two bid periods. If a reroute occurs and time shifts from one period to the other, the current month log is guaranteed, and any needed adjustments are made in the new month log to ensure the correct rotation value is paid.

**Trips Rescheduled Into A New Bid Period**

- If your pairing operates entirely in the current bid period and is rescheduled/extended into a new bid period, you are pay protected for the full value of your original trip in the current month.
- The paylog for the time flown/credited in the new month is then adjusted as needed so you are paid for the correct whole rotation value as scheduled or as flown, if greater.
  **NOTE:** If a flight is scheduled to depart on the last day of the bid period, but delays and departs after midnight ***(not rescheduled)***, the pay will be credited to the month in which it was originally scheduled to depart. Similarly, if a flight is scheduled to depart just after midnight on the first day of a bid period, and departs prior to midnight because of an early push-back the pay is credited to the month in which it was originally scheduled to depart.

## 3.K Pay Protection for Draft And Incentive Pairings

- The availability requirements for pay protection during normal operations or severe operations, remains the same when you are on a Draft (DRFT) or Incentive (IPY4) pairing.
- A flight attendant who was due draft (DRFT) or incentive (IPY4) pay will be pay protected for the additional 4 hours pay, providing you make yourself available for alternate flying as applicable.

## 3.L Pay Protection for Charter Pairings

### Non-Dedicated Charters

- The non-dedicated charter pairings operate under all normal scheduling work rules and pay protection policies.

### Dedicated Charters

- The dedicated charter pairings operate under all normal scheduling work rules and pay protection policies.
- Once a dedicated charter pairing is assigned, due to the possibility of report and release time changes to the flights, the following pay protection provisions will apply:

  **Changes to Report Time**
  - Any changes to the report time to report sooner than originally scheduled that causes a schedule conflict with a previous trip, will result in keeping the charter and dropping the affected conflicting trip(s) prior to the dedicated charter.
  - For any dropped trip(s) conflicting with the dedicated charter, you will receive pay protection under the two-rotation pay protection parameters as follows:

  1. Ensuring an 11 hour domicile rest prior to the report time of the dedicated charter, if there is not an 8-hour window of availability from the original report time of the conflicting trip and the beginning of the scheduled 11 hour domicile rest, you are guaranteed no less than the scheduled value of the two trips and do not have to be available for an alternate assignment.

  **Example 1:** You have a domestic 1-day trip on the 10th with a report / release time of 1200-2300 followed by a dedicated charter on the 11th reporting at 1300. The charter report time is changed to report at 0500 on the 11th. The 1-day trip on the 10th is dropped, as there is now an insufficient break between the two trips. In order for you to remain legal for the new charter report time, you must be scheduled to return to base no later than 1800 on the 10th. Because there is not an 8 hour window of availability from 1200 on the 10th (your original report) to 1800 on the 10th (the beginning of the required 11 hour domicile rest,) availability is not an option and you will be paid no less than the scheduled value of the two rotations.

2. Ensuring an 11 hour domicile rest prior to the report time of the dedicated charter, if there is an 8-hour window or more from the original report time of the conflicting trip and the beginning of the scheduled 11 hour domicile rest, in order to receive pay protect-ion, you must go on availability (AVL) for an alternate assignment.

**Example 2:** You have a domestic 1-day trip on the 15th with a report / release time of 0900-2230 followed by a dedicated charter on the 16th reporting at 1200. The charter report time is changed to report at 0600 on the 16th. The 1-day trip on the 15th is dropped, as there is now an insufficient break between the two trips. In order for you to remain legal for the new charter report time, you must be scheduled to return to base no later than 1900 on the 15th. Because there is an 8 hour window of availability from 0900 on the 15th (your original report) to 1900 on the 15th (the beginning of the required 11 hour domicile rest,) availability is required in order to receive pay protection for your original trip.

**NOTE:** A transoceanic trip obtained by PBS bid award that is dropped because of an earlier report time for a dedicated charter, must have a minimum 24 hour scheduled domicile rest in determining the availability window. A transoceanic trip obtained by pick-up or swap that is dropped because of an earlier report time for a dedicated charter, waives the 24 hour rest, and only requires that a minimum 11 hour scheduled domicile rest is used in determining the window of availability.

### Transition Charter Pairings

- For dedicated charter pairings that transition bid periods, the return segment is initially noted as a scheduled Delta deadhead until the actual charter segment is known and inserted into the pairing. If the updated pairing causes a schedule conflict with a subsequent trip, the subsequent trip is dropped and the two-rotation pay protection parameters will apply as noted previously in Section 3.H.

## 3.M Scheduling Errors

- If you lose time due to a scheduling error, you are entitled to pay protection.
- In each case, a determination will be made regarding the crew or crew member who should be assigned a trip (e.g. the last one assigned if an over-coverage). Tripholders assigned in error will be offered normal pay protection options and A-Day holders will go back on duty into the A-Day holder pool.

- Call Scheduling as soon as you are aware of an error.  After verification of the error by Scheduling, you can choose one of the following two options:

    1.  Elect to take time off with no pay protection and be authorized for a Priority Pick-Up (P/T).
    **NOTE:**  You are NOT obligated to use a P/T, however it will expire at the end of the calendar month for which it was authorized.  If you lose time in the last 7 days of the month, you can opt to receive the P/T in the following month.

    2.  Be placed on availability with pay guarantee. Once on availability you must take the assignment(s) given.
    **NOTE:** To support the operation, the flight attendant and Scheduling can opt for a mutually agreeable date on which to plot the pay protection and availability period.

- If you pick-up or swap for a trip from open time that Scheduling placed there temporarily, you will not be pay protected for that trip. Scheduling will retrieve such trips, restore to the correct tripholder and will advise you accordingly.
  **Example:** While processing a jetway trade (JWT), a Scheduler creates two originations for the two flight attendants involved.  The originations briefly appear in Open Time.  Before the Scheduler can place the rotations on the respective flight attendant schedules, another flight attendant picks up one of the rotations from Open Time using the 1st come 1st served process.  As this rotation was originally intended for one of the flight attendants involved in the JWT, it will be removed from the schedule of the flight attendant who picked it up and no pay protection offered.

- Trips or A-Days inadvertently removed from your schedule will be restored to your schedule, when such errors are discovered.
  **Example 1:** Flight Control enters an incorrect final arrival time/date on a flight which causes a trip to be dropped from a flight attendant's schedule into open time.  Flight Control and Scheduling correct the error.  Scheduling will retrieve the erroneously dropped trip and place it back on the original flight attendant's schedule.
  **Example 2:** During the course of a schedule transaction, a scheduler inadvertently causes three A-Days to drop off your schedule.  Upon double-checking the transaction the inadvertent error is discovered and the A-Days are immediately restored to the schedule.  Though you may have viewed the schedule and temporarily did not see the A-Days, you are still responsible to work the assigned A-Days.

**Section 4 - Pairings/Bidding**

| | | |
|---|---|---|
| 4.A | General | 78 |
| 4.B | Trip Length Definition | 78 |
| 4.C | Pairing Report Time | 81 |
| 4.D | Transition Pairings | 83 |
| 4.E | Load Factor Pairings & Variable Staffing | 83 |
| 4.F | ‘Back Side of the Clock’ Flying Pairings | 86 |
| 4.G | CRAF & Military Charters | 87 |
| 4.H | Schedule Build / Bidding – General | 88 |
| 4.I | Transoceanic / International Flying | 90 |
| 4.J | Purser / Flight Leader Program | 91 |
| 4.K | Language of Destination (LOD) Program | 91 |
| 4.L | Special Assignment Days | 92 |
| 4.M | Partial Month Bids | 93 |
| 4.N | PBS Closing Date And Release of Schedules | 94 |
| 4.O | No Bid | 94 |
| 4.P | Bidding Resolution Process | 94 |
| 4.Q | Continuing Qualification Bids (CQ) | 95 |
| 4.R | Bidding for Special Programs | 95 |
| 4.S | Other Training and Meetings Adjacent to Duty | 96 |
| 4.T | Base Transfers | 97 |
| 4.U | Base/Location Transfer Bidding | 97 |
| 4.V | Temporary Base/Location Transfer Bidding | 98 |
| 4.W | Base Transfer Awards / Denials | 99 |
| 4.X | Base Transition Policy | 99A |
| 4.Y | Responsibilities in New Base/AFP Location | 100 |
| 4.Z | Involuntary Transfers | 100 |
| 4.AA | Monthly Base Swaps | 100A |

## PAIRINGS

### 4.A General

- Pairings are constructed using defined parameters including:

  - Aircraft staffing requirements (Delta Bid Positions)
  - Delta Flight Time, Duty Time, and Rest Limitations
  - Minimum Connect Times
  - Consideration of trip quality issues as identified by Schedule Planning through input from the Employee Involvement Group
  - Cost effectiveness (reduced duty period credit, time away from base, and hotel costs)

- Pairings are classified by trip length as 1-day, 2-day, 3-day, etc.
- In pairing construction of multi-day trips, if the layover is 15 hours or less from release to report, airport vicinity hotels will be provided. For layovers greater than 15 hours from release to report, downtown or metropolitan area hotels will be provided.

### 4.B Trip Length Definition

- **Trip length** is defined as the **number of calendar days** over which a pairing operates, from the **scheduled departure** to the **scheduled release**.

  **Exception**: Trip length will be considered as 1 day less than the number of calendar days **only when both** the following criteria are met:
  1. the number of duty periods **is less than** the number of calendar days, and
  2. the last duty period, not including the time between report and departure, transits midnight

- For purposes of manual A-Day assignments, see Section 6.P.

**EXAMPLES**: (not to be considered as all inclusive)

**1-Day (Turnaround) Pairings**

| DAY | FLT | DEPARTS | ARRIVES | BLK. | |
|---|---|---|---|---|---|
| A | 571 | CVG 0850 | SLC 1031* | 3.41 | Regular Turn Example |
| | 922 | SLC1250 | CVG 1810 | 3.20 | |

| DAY | FLT | DEPARTS | ARRIVES | BLK. | Exception Turn Example without hotel |
|---|---|---|---|---|---|
| A | 703 | ATL 2000 | LAS 2114 | 4.14 | (2 calendar days/1 duty period |
| B | 960 | LAS 0015 | ATL 0701 | 3.46 | and transits midnight) |

| DAY | FLT | DEPARTS | ARRIVES | BLK | Exception Turn Example with hotel (2 calendar days / 1 duty |
|---|---|---|---|---|---|
| A | 586 | *ATL 2200 | RSW 2339 | 1.39 | period and transits midnight) |
| | 7.36/HOLIDAY INN SELECT | | | | The single duty period is not |
| B | 557 | RSW 0715 | ATL 0908* | 1.53 | broken by a legal rest break. |

**2-Day Pairings**

| DAY | FLT | DEPARTS | ARRIVES | BLK | |
|---|---|---|---|---|---|
| A | 697 | BOS 1315 | CVG 1534* | 2.19 | |
| | 076 | CVG 1635 | JFK 1835* | 2.00 | Regular 2-day Example |
| | JFK 19.10/MILFORD PLAZA | | | | (2 calendar days/2 duty periods) |
| B | 077 | JFK 1500 | CVG 1705 | 2.05 | |
| | 1010 | CVG 1925 | BOS 2147 | 2.22 | |

| DAY | FLT | DEPARTS | ARRIVES | BLK | 2-day Example |
|---|---|---|---|---|---|
| A | 835 | ATL 0850 | SEA 1102 | 5.12 | (does not qualify for exception as |
| | SEA 9.43/CLARION | | | | duty periods are not less than calendar days) |
| A | 1128 | SEA 2200 | ATL 0530* | 4.30 | |

| DAY | FLT | DEPARTS | ARRIVES | BLK | Exception 2-day Example |
|---|---|---|---|---|---|
| A | 385 | ATL 2210 | SFO 0015 | 5.05 | (3 calendar days/2 duty periods and the duty |
| | SFO 22.05/ST. FRANCIS | | | | period transits midnight) |
| B | 384 | SFO 2335 | ATL 0705 | 4.30 | |

| DAY | FLT | DEPARTS | ARRIVES | BLK | |
|---|---|---|---|---|---|
| A | 1229 | ATL 1340 | DFW 1500 | 2.20 | |
| | 739 | DFW 1600 | SFO 1750 | 3.50 | (Exception 2-day Example |
| | 1972 | SFO 1850 | SLC 2130 | 1.40 | 3 calendar days/2 duty periods and the duty |
| | SLC 20.15/OLYMPUS | | | | period transits midnight) |
| B | 493 | SLC 1900 | LAX 1954 | 1.54 | |
| | 1873 | LAX 2145 | LAS 2257 | 1.12 | |
| C | 960 | LAS 0020 | ATL 0700 | 3.40 | |

### 3-Day Pairings

| DAY | FLT | DEPARTS | ARRIVES | BLK | |
|---|---|---|---|---|---|
| A | 1629 | *CVG 1640 | PHX 1726 | 3.46 | |
| | | PHX 1830 | LAS 1935 | 1.05 | |
| | LAS 9.50/HOL INN CROWNE PLAZA | | | | |
| B | 796 | LAS 0640 | SLC 0858 | 1.18 | Regular 3-day Example |
| | 1609 | *SLC 1005 | IAD 1616 | 4.11 | |
| | IAD 14.14/HOL INN TYSON CORNER | | | | |
| C | 231 | IAD 0745 | SLC 1017* | 4.32 | |
| | 2170 | *SLC 1410 | CVG 1931 | 3.21 | |

| DAY | FLT | DEPARTS | ARRIVES | BLK | |
|---|---|---|---|---|---|
| A | 1777 | ATL 0835 | MCO 1003 | 1.28 | |
| | 1496 | MCO 1110 | ATL 1242 | 1.32 | |
| | 2125 | ATL 1400 | TPA 1527 | 1.27 | 3-day Example |
| | TPA 13.18/DOUBLETREE WESTSHORE | | | | (Does not qualify for exception as the number of duty |
| B | 1400 | TPA 0600 | ATL 0729 | 1.29 | periods are not less than |
| | 1565 | ATL 0845 | LAX 1101* | 4.31 | the number of calendar days.) |
| | LAX 11.04/CROWNE PLAZA AIRPORT | | | | |
| B | 188 | LAX 2235 | ATL 0538* | 4.03 | |

| DAY | FLT | DEPARTS | ARRIVES | BLK | |
|---|---|---|---|---|---|
| A | 1273 | ATL 0635 | MCO 0803 | 1.28 | |
| | 1496 | MCO 0910 | BOS 1210 | 3.00 | 3-day Example |
| | BOS 9.15/DOUBLETREE INN | | | | (Does not qualify for exception since the number of duty |
| A | 1230 | BOS 2225 | SLC 0355 | 4.30 | periods are not less than |
| | 1341 | SLC 0440 | LAX 0600 | 2.00 | the number of calendar days.) |
| | LAX 16.19/CROWNE PLAZA | | | | |
| B | 382 | LAX 2334 | ATL 0659* | 4.25 | |

| DAY | FLT | DEPARTS | ARRIVES | BLK | |
|---|---|---|---|---|---|
| A | 655 | CVG 1450 | ATL 1621 | 1.31 | |
| | 195 | ATL 1720 | DFW 1820 | 2.00 | 3-day Example |
| | 1264 | DFW 1920 | ATL 2226 | 1.46 | (Does not qualify for exception |
| | 2007 | ATL 2315 | JAX 2340 | 1.01 | since the last duty period |
| | JAX 29.36/RADISSON RIVERWALK | | | | does not transit midnight |
| C | 576 | JAX 0750 | ATL 0901 | 1.11 | Into a new calendar day.) |
| | 545 | ATL 1040 | DEN 1143 | 3.03 | |
| | 2120 | DEN 1310 | CVG 1743* | 2.33 | |

| DAY | FLT | DEPARTS | ARRIVES | BLK | Transoceanic 3-day example |
|---|---|---|---|---|---|
| A | 80 | *JFK 2020 | AMS 0940 | 7.20 | (Does not qualify for exception since the |
| | AMS 24.00/LE MERIDIEN | | | | last duty period does not |
| C | 81 | AMS 1125 | JFK 1325* | 8.00 | transit midnight into a new calendar day.) |

| DAY | FLT | DEPARTS | ARRIVES | BLK | Exception Transoceanic 3-day |
|---|---|---|---|---|---|
| A | 74 | *ATL 2035 | MXP 1200 | 9.25 | example (the trip fits the two exception criteria; so |
| | MXP 32.00/HILTON | | | | though touching 4 days the |
| C | 75 | MXP 2200 | ATL 0235* | 10.35 | trip is considered a 3-day) |

## 4.C Pairing Report Time

- Report time is the time you are scheduled to be at the airport. This includes duty periods that start at a layover station.
  - Reporting for a pairing, you should be at the designated crew briefing location (in the lounge) ready for briefing at the scheduled report time.
  - Reporting from a layover, you should report to the airport at the scheduled report time.
  - For report times to the gate or aircraft and boarding times for the specific aircraft see the OBM 5.3.18.
- When reporting for the first leg of a trip (including deadheading) or airport standby duty, you must sign in using the automated crew sign-in function in the computer.

  **NOTE:** If the computer malfunctions, contact Scheduling via dedicated lounge phone (if available) or call 1-800-DAL CREW (1-800-325-2739).

| Pairing Report Time | |
|---|---|
| **Scenario** | **Report Time** |
| -Domestic Flights (A319/320, DC-9, MD88/90, 717, 737, 757, 767)<br>-West coast to/from Hawaii (including SLC)** | 1:00 prior to departure |
| -Domestic Flights (A330, 747, 777) Including ATL-Hawaii | 1:15 prior to departure |
| -Non-Transoceanic International Flights (Except Puerto Rico, Alaska, and U.S. Virgin Islands )** | 1:15 prior to departure |
| -Transoceanic Flights*<br>-Transoceanic Charters (All)<br>-All Domestic Charters* (including Domestic Military Charters) | 1:30 prior to departure |
| Intra-theatre flights | 1:15 prior to departure |
| | |
| Inaugural flights (INCLUDING deadheading flights for positioning) | 2:00 prior to departure |
| Positive Space flights to attend training | :30 prior to departure (no need to sign-in or call Scheduling) |
| Surface Deadhead | The designated pick-up time of the limo |
| *NOTE: If a transoceanic pairing, non-military domestic charter, or domestic military charter starts with a deadhead, the report is 1 hour.<br><br>**NOTE: These destinations are considered Domestic for Report Time purposes only but still qualify for International Pay | |

## 4.D Transition Pairings

- Pairings with flight time scheduled on the last day of a bid period are always subject to change for the purpose of transitioning to the next bid period schedule. Be aware of potential changes when bidding and be sure to check the next month's bid packet and F.A.I.R. for additional information on *Transition Replacement Pairings.*

- Transition replacement pairings can be scheduled to report up to and including 30 minutes earlier than the original pairing. You must work the transition replacement pairing as scheduled.

- If you are flying a trip from one bid period into the next, you must fly the trip to completion as scheduled, even if it transits your home base, or is into a month you have chosen a personal leave of convenience (PLOC).

- If a pairing operates flights that are flown by a different aircraft type in a new bid period, the pairing is no-oped (no-operation) and built as an originating pairing in the new fleet type. These are not considered transition <u>replacement</u> pairings and the original trip-holders will not be maintained on these no-oped/changed pairings.
**NOTE:** Any tripholders on such trips will receive the applicable transition pay protection options.

- Transition replacement pairings at the end of the current bid period which conflict with vacation scheduled during the first week of the next bid period will be dropped.
**NOTE:** There is no pay protection for transition pairings that are dropped in the current bid period due to interference with a vacation in the next bid period.

- If a transition replacement pairing extends into day 7 of a seven day period and there is no 24 hour rest, you will be contacted and offered your pay protection options, as well as receive a scheduled 24 hour rest period.

## 4.E Load Factor Pairings & Variable Staffing

- Pairings that reach a pre-determined passenger count will be provided with additional staffing based on the meal service and the total passenger count. The projected passenger count and type of catering that warrant load factors for each flight, based on aircraft type are located on DeltaNet (IFS > Ops & Planning > Resources > Staffing Grid).

- Variable Staffer pairings (K001 – K099 and 7000 - 7999) are available for bid during the bid process.

- Load Factor pairings are released no more than 5 days in advance of operation.

| TRIP RANGE | RELEASED | AWARDED |
|---|---|---|
| K001 – K099<br><br>7000 - 7999 | For Initial Bid Process | During Bid Award |
| L001 – L099<br><br>800 – 999 | 1200 ET<br><br>2 – 5 Days In Advance Of Operation | 1st Come, 1st Served |
| Q001* - Q199* | 0900 ET<br><br>5 Days In Advance Of Operation | 1200 ET<br><br>In Seniority Order During a One Time Pick-Up Process *(See Section 6.B)* |
| Q001 – Q199 | 1200 ET<br><br>2 – 5 Days In Advance Of Operation | 1st Come, 1st Served |
| L001 – L099<br>800 – 999<br>Q001 – Q199 | 1 Day In Advance Of Operation<br>-OR-<br>Same Day | During The Normal Trip Coverage Process *(See Section 6.N)* |

- In the chart above, a Q pairing with an asterisk (Q*) denotes a transoceanic load factor only available for the one-time seniority order pick-up process 5 days from the date of operation. Q pairings without an asterisk (Q) are available *after* the seniority pick-up process and are immediately available in 1st Come 1st Served Open Time.

- Load Factor Control monitors passenger counts on flights eligible for additional flight attendant staffing and operates the additional pairings as coverage is needed and available.

- You can swap a load factor for a regular, variable staffer or another load factor pairing; and a regular pairing for a variable staffer pairing. However, you cannot swap a regular or variable staffer pairing for a load factor in Open Time.

- Tripholders who have picked up load factors will not be removed if the passenger count falls below the authorized load factor level.

### Load Factor Reroutes

- Reroutes of load factor pairings are managed by Load Factor Control in the Operations Support area of IFS Scheduling.

- The daily operation can require rerouting load factor pairings in one or more of the following ways.
  - deadhead leg changed to a working leg
  - routing change affecting segments flown and/or layover location
  - extending the duration of the trip, i.e., a 2 day becomes a 3-day

- Flight attendants should confirm load factor pairing reroute information by obtaining a printed copy of their pairing. Direct any questions about rerouted load factor pairings to Scheduling.

### Layover Hotels for Load Factor Pairings

- If your load factor pairing requires a hotel, you will be given applicable hotel information prior to your departure.

- If you are awarded or assigned a load factor pairing and do not have hotel confirmation at the time of your sign-in, the following procedures should be followed:

  – Contact Scheduling at sign-in to advise that no hotel confirmation can be found in the pairing.

  – If a hotel room cannot be confirmed 20 minutes prior to departure and your trip has not been adjusted to eliminate the need for a hotel, you are not required to take the trip and may exercise your pay protection options.
  **NOTE:** This policy does not apply to reroutes and originations.

- If you do not use the layover hotel, you must contact Scheduling, Crew Tracking, or Operations in that city and provide a local contact number.

## 4.F 'Back Side of the Clock' Flying / Pairings

- Certain pairings, most commonly domestic or non-transoceanic international all-night turnarounds, that originate late in the day or in the evening and meet other specific conditions listed below, are termed 'back-side-of-the-clock' (BOC) pairings.
- To qualify as a BOC pairing, the pairing must:
  - have a duty period that originates after 1600 hours local time, and ends after 1000 hours local time, and
  - be 10 hours or more in scheduled duty length, and
  - have more than 7 hours block time and more than one working segment
- Though BOC pairings are most often turnarounds, such a duty period can be built within a multi-day trip.
- A designated BOC pairing provides for the confirmed crew rest seat, and one additional flight attendant above normal staffing complement for the equipment type.
  **NOTE:** A BOC qualifying duty period that is **also** scheduled over 14 hours, but no more than 16 hours, will be augmented by only one additional flight attendant.
- A-Day holders, if awarded or assigned BOC pairings, should be notified and released as soon as possible for the assignment. If a designated standby period is set up in a base specifically to cover BOC pairing openings, then the designated standby should also be released as soon as possible for the assignment.
  **NOTE:** Designated standbys for BOC pairings will be identified in the base bid packet.
- If a BOC pairing comes available in open time less than 12 hours before the scheduled departure, and it must be assigned to an A-Day, the flight attendant currently assigned to the designated standby for the trip will be placed on the BOC pairing. The designated standby assignment will then be covered with a new A-Day flight attendant.
- Scheduling will make every attempt to pre-release an A-Day holder for a designated BOC pairing or standby for a BOC pairing. However, if such a pre-released A-Day holder is unavailable to be assigned, Scheduling will assign the BOC pairing to a regular A-Day holder or standby.
- The BOC pairing display will show the code 'R' before each qualifying segment and though the 'R' indicator is a working position, it books a confirmed crew rest seat for the crew to utilize for rest during the rotation at the direction of the Flight Leader.

## 4.G CRAF & Military Charters

- Delta Air Lines has an agreement with the U.S. government to provide aircraft and flight crews during an airlift emergency, national emergency or during time of war. This program is called the Civil Reserve Air Fleet Program (C.R.A.F.).
- Additionally, when CRAF is not in effect, the U.S. Military can still request domestic/international (e.g. SJU, MEX, etc.) and/or trans-oceanic Military Airlift Charter (MAC) flying.
- Crew staffing requirements for all such military flying and the duty and rest parameters will be in accordance with FAA regulations. All participants in the CRAF program, or who fly MAC pairings must have a valid passport and the appropriate training qualifications.
  **NOTE:** For all military charters, transoceanic, international and domestic, only the FAA rules apply within the pairing, and the FAA rules supersede all other Delta rules. However, Delta rest rules will apply before and after the pairing, e.g. ULR pre-rest if the Military Charter is a ULR pairing, etc.
- Domestic / international (e.g. SJU, MEX, etc.) military charters will be covered out of the base the charter originates from.
- Transoceanic military charters will be covered with flight attendants from any base/location. The coverage is by pick-up or move-up in seniority order and with A-Day holders as needed.
  **NOTE:** Once you obtain a transoceanic military charter, you cannot swap it with open time or with another flight attendant.
- Transoceanic military charters that are known far enough in advance may be placed in the bid package of the base in which they originate and covered through the base PBS bid award process. Transoceanic military charters not known in advance will continue to be covered through the Transoceanic Military Charter trip coverage procedures as noted in Section 9.J.
- An out-of-base flight attendant working a military charter must provide their own transportation to the origination point of the military charter.
- Military charters operate under the FAR 121.467 duty limits and rest requirements and do not have an 'option-off point' as other Delta flying does. Any request to be removed from the trip should be assessed and coordinated between the In-Flight Purser and the IFS OCC Manager.
- For more details on both the CRAF and Military Charter programs, and the 'Wild Card' program, see the In-Flight Service Portal. For specific information on the trip coverage procedures for Military Charter (CRAF or MAC) flying see Section 9.J.

## BIDDING

### 4.H Schedule Build / Bidding – General

- Your monthly schedule will be constructed according to the preferences you submit in the Preferential Bidding System (PBS). All preferences must be submitted by the due date. The due date is posted in each base or AFP location bid sheet.
- Any pre-month awards or assignments such as vacation, scheduled personal paid time (SPT), Continuing Qualifications (CQ), special assignments, and known absences will be plotted prior to the close of the bid window. In PBS, pre-assignments will be shown on the calendar as color-coded blocks and the total credit time will be displayed under the Bid Period Credit on the Home page.
- Every preference submitted is considered in the award process but there is no guarantee that all your preferences will be awarded.
- A preference is limited in time duration, meaning that all preferences have a validity period.
  **NOTE:** You can enter and keep a 'standing' or long term preference by indicating UFN (until further notice).
- Your bid result schedule will meet all FAA and Delta legalities. Minimum required rest breaks will be adhered to and can not be waived. This includes the month-to-month transition.
- From the time bids close until they are released in your base or location (time period known as the PBS Freeze), any swaps or pick ups that impact the end of the current bid period must meet the following criteria:
  - If swapping onto the last day of the month, the release time must be before 1300
  - If your trip releases on the last day of the month, the trip that you are swapping onto must release at the same time or earlier than the original trip
  - If your trip releases on any day in the next bid period, the trip that you are swapping onto must release at the same time or earlier than the original trip
- During the PBS Freeze, any changes you make to your schedule in the current bid period are subject to reversal if it causes an F.A.R. violation (e.g. no 24 in 7 rest), an insufficient minimum rest, or an overlap with trips awarded in the next bid period. The PBS rules Calendar Day in 7, Same Day Release/Report, the 10 Day Rule, and the 3 in 9 Rule do not constitute F.A.R. violations and will not be adjusted.
  **NOTE:** If a reversal is not possible, the trip(s) swapped for and/or picked up in the current bid period are subject to being replaced with a mutually agreed upon trip(s) that meet F.A.R. legalities. Pay protection will not apply.
- Schedule changes that result in conflicts with A-Days will be adjusted by either changing the trip that was swapped or picked up or reassigning the A-Day block to a different day.

**'3 Calendar Days off in 9' Rule**

- For schedule build, you must have 3 calendar days off in any 9 day period. If you do not want to fly more than 6 days in a row, leaving this rule in effect will prevent this from happening.

- You have the ability to waive this rule in PBS. If waived, PBS defaults to **'1 Calendar Day in 7' Rule** which can also be waived. The '1 Calendar Day in 7' rule requires one calendar day off in any 7 day period. Waivers only apply to schedule build during the PBS bid process. Neither waiver is needed for trips greater than 6 days in length.
  **Example A:** You choose to waive the '3 Calendar days in 9' rule. PBS defaults to the '1 Calendar Day in 7' rule for schedule build and would only require one calendar day off in any 7 day period. PBS still ensures adherence to the '24 in 7' FAA and Delta rule.
  **Example B:** You choose to waive the '3 Calendar days in 9' and the '1 Calendar Day in 7' rules. While PBS still ensures adherence to the '24 in 7' FAA and Delta rule, you can preference and, if possible, be awarded more than 6 consecutive days in a row flying, while still maintaining the 24 in 7 rule.
  **NOTE:** The 24 hour rest in 7 days can be between trips or on a layover as long as the layover is not the last opportunity for a 24 hour rest break in the 7 day period.

**'Same Day Release / Report' Rule**

- For schedule build, the 'same day release / report' rule prevents you from completing a rotation and starting a subsequent rotation on the same calendar day.
  **Example:** You preference and are awarded a trip that ends at 0600 on the 15th. You will not be awarded any other trip that reports on the 15th.

- You have the ability to waive this rule in PBS. Waiver only applies to schedule build during the PBS bid process.

**'10 Calendar Days Off' Rule**

- For schedule build, a minimum of 10 calendar days off per bid period is required and is the default. The 10 day off requirement is prorated for any partial month status (e.g. MLOA, UPS). Also for schedule build, Vacation and Scheduled PPT (SPT) do not count as off days.

- You have the ability to waive this rule in PBS. Waiver only applies to schedule build during the PBS bid process.

**Transoceanic Minimum Rest Rule**

- For schedule build, a minimum rest of 24 hours is required after a transoceanic trip.

- You have the ability to waive this rule in PBS bidding and reduce the minimum rest after a transoceanic trip to 12 hours following duty periods scheduled 14 hours or less, or to 15 hours following duty periods scheduled greater than 14 hours.

### ‘Parking’ Trips or A-Days

- The temporary placement of a trip or A-Days on your schedule by PBS bid, swap, or pick-up (including ‘Q’ pairings), and the identifiable pattern of such activity, is strictly prohibited. Examples of such activity includes but is not limited to the following:

  - dropping the trip to another flight attendant whose seniority cannot hold it; or
  - dropping the trip or A-Days to a more senior flight attendant whose higher seniority can procure a trip drop (TDOT) or A-Day drop (ADOT) that your seniority cannot, or
  - dropping your A-Days to a more senior flight attendant for the A-Day preference process to obtain a specific or more desirable trip, or
  - dropping trips or A-Days to a flight attendant on known sick leave (UPS, OJI, etc.) whose schedule will be pulled through to drop such swapped trips

- You are also prohibited from paying someone to work your trips. *See HR Policies / Pay / Hours of Work for additional corporate information.* All such activity circumvents the IFS seniority system, is prohibited, and can subject the flight attendants involved to Performance Development.

## 4.I Transoceanic / International Flying

- To be awarded or assigned international trips, your passport and necessary visas must be current and valid in iCrew.
- Flight attendants are responsible to ensure that all passport and visa information has been correctly entered into iCrew.
- During PBS schedule build, individual trips will be awarded only if scheduled to return at least 5 calendar days before the expiration date of any of these documents.

  **Example**: Your passport expires on June 25. The latest you can be scheduled to return is June 20; that is, you cannot be awarded a trip that returns on June 21 or later.
- When you submit your passport for renewal, or visa update, it must be removed from iCrew until your passport is back in your possession. This is done by calling the InFlight Call Center (ICC).
- If your passport/visa information has been pulled from iCrew, and is not updated prior to the 13th of the month, PBS will not award you any trips that require a passport or visa.
- Additionally, you may need vaccinations for certain destinations. A yellow fever shot or waiver is required if you are based in ATL or NYC .

## 4.J Purser / Flight Leader Program

- To be awarded a Purser (TFLA/TFLB) or Domestic Flight Leader (FL) position, you must be qualified for the position, including international/transoceanic qualifications, if applicable, and submit a position preference.

## 4.K Language of Destination (LOD) Program

- The number of LOD positions on a trip is determined by equipment type and market.  Passport data, passenger point of sale data and feedback from the field is also taken into consideration.

- To be awarded an LOD position, you must be qualified for the position, including international/transoceanic qualifications, if applicable.

**Purser Pay Protection / LOD Reverse Assignment**

- If you are reversed-assigned an LOD position(s), bid to avoid the LOD position(s), and bid for and could have held TFLA or TFLB, you will be pay protected for the TFLA or TFLB premium pay. The Leader premium pay protection (difference between TFLA or TFLB and LOD) will apply only to the LOD trips you were awarded and actually flew for the month.
- To be eligible for the TFLA/TFLB Purser pay protection the following requirements must be met:
  - ⇒ bid to avoid the LOD position(s) you are qualified for, and
  - ⇒ bid for the TFLA/TFLB position(s), and
  - ⇒ your seniority could have held the TFLA/TFLB position on a trip(s), and
  - ⇒ you work the LOD trip(s) to which you believe you were reversed assigned, and
  - ⇒ complete and submit the **LOD Reverse Assignment / Purser Pay Protection** form located on the PBS portal page

## 4.L Special Assignment Days

- Special assignment days must be pre-plotted before the preference due date each month when you have known work days or meetings, e.g. any EIG activities.
- If travel is necessary for the special assignment, you are eligible for one travel day for each special assignment.
  **Example:** You are required to travel to attend a 2-day meeting in ATL. You would receive one travel day and two special assignment days.
- Once schedule build is complete, requests to drop trips/A-Days for special assignment are only approved if operations permit.
- You can bid/work a maximum of 21-23 special assignment days per bid period depending on the number of weekdays in a bid period, and with holiday time off if applicable. The business unit you will work for will determine the specific needs of your assignment.
- In certain circumstances, e.g. for on-board service-testing, a trip can be 'bought back' (dropped and paid for) by the company, with no further obligation on the part of the flight attendant. When this occurs, the schedule is marked and blocked for the duration of the scheduled times of the dropped trip. For any subsequent schedule changes requested, all normal legalities will apply in relation to the scheduled times of the dropped trip, i.e. legal rest before and after the scheduled report and release of the dropped trip, 24 in 7 rest requirement, etc.

## 4.M Partial Month Bids

- If the scheduled return date to payroll or the start date available for assignment is known prior to the bid due date the month preceding the bid period:
  - if your seniority is required to have A-days, the number of A-Days will be awarded/assigned based on the number of days available for assignment and the minimum number of days off required based on the table below.
  -The schedule value is prorated based on the awarded schedule value and the number of days in the bid period. *See the PBS guide for the formula used to prorate the schedule value.*
  - If you are active for one day or more of the bid period, you should enter a bid.

- If you return to the payroll after bids are closed, a schedule will be constructed using the same table. IFS Bid Support will construct your schedule using any available Open Time and will assign A-Days. The following will apply to the extent possible:
  - The time placed on the schedule will be proportionate with the number of days of the bid period you will be available.
  - You can contact IFS Bid Support beginning on the date posted in the Bid Packet and F.A.I.R. for "Post Open Time - F/A to F/A Swaps."

- No schedule will be awarded or assigned if you have been removed from the payroll for an indefinite period of time.

| Days Remaining in the Bid period | Minimum Days Off | Access Days for IFS seniority date prior to Jan. 6, 2008 | Access Days for IFS seniority date is to Jan. 6, 2008 or later |
|---|---|---|---|
| 1 | 0 | 1 | 1 |
| 2 | 0 | 2 | 2 |
| 3 | 0 | 3 | 3 |
| 4 | 1 | 3 | 3 |
| 5 | 1 | 3 | 4 |
| 6 | 1 | 3 | 5 |
| 7 | 2 | 3 | 5 |
| 8 – 9 | 2 | 3 | 6 |
| 10 - 12 | 3 | 3 | 6 |
| 13 - 14 | 4 | 3 | 6 |
| 15 | 5 | 3 | 6 |
| 16 - 18 | 6 | 3 | 6 |
| 19 - 21 | 7 | 3 | 6 |
| 22 - 24 | 8 | 3 | 6 |
| 25 - 27 | 9 | 3 | 6 |
| 28 - 30/31 | 10 | 3 | 6 |

**NOTE:** If there is an adjustment to the IFS seniority date and the new date is after January 6, 2008, however the original date was prior to January 6, 2008, then the column referencing prior to January 6, 2008 should be used.

## 4.N PBS Closing Date And Release of Schedules

- Schedule Preferences are due at the time published on the monthly bid sheet for each base or location, except in unusual circumstances.  In such circumstances, the new bid close date and time will be published on your base broadcast screen.

- Schedule bid results will be released on the date indicated on the bid packet and in F.A.I.R., except in unusual circumstances.

## 4.O No Bid

- If you fail to submit preferences by the due date, you will be awarded a schedule using the default schedule value and your schedule could be comprised of any positions that you are qualified to hold as well as with A-Days (if applicable) appropriate to your base demographics.

## 4.P Bidding Resolution Process

- Following the release of the bid result, there will be a 5 day resolution period to bring forward any potential discrepancies. Any issues, discrepancies or questions should be brought to the attention of the **PBS Support Desk** or local Operations and Planning Specialists.

- A system fault or automation entry error made by company representatives (e.g. failure to enter a training code or passport, etc.) will be rectified by using the Scheduling Error policies noted in Section 3.M, or by mutual agreement.

## 4.Q Continuing Qualification Bids (CQ)

- CQ training is required annually during your base month (every 12th month after completion of initial training). Base Director approval is needed for attending in the 13th month. Beyond the 13th month, you are required to attend re-qualification training and are illegal to fly after the last day of that 13th month.

- You will bid for CQ training, and the training will be pre-plotted on your schedule. The bids for CQ are due on the 3rd of each month at 0800 ET the month prior to your annual CQ month. If you fail to enter a bid for CQ, you will be assigned a date to attend.
  **NOTE:** The CQ value of 3:45 per day applies to the PBS monthly schedule build value.

- The CQ duty period length, including PSY travel to and from CQ, will adhere to Delta Duty Time Limitations.

- If your base is required to travel to attend CQ and a travel day is required due to exceeding duty period limitations, overnight accommodations will be provided at company expense.

## 4.R Bidding for Special Programs

- Bids for a **Company Leave of Absence (PLOC)** close at 0800 local base time on the 25th day of the month two months prior to the leave request month e.g. February 25th for an April 1-30 leave request. *For additional details, see IFS Handbook – Section 6, Leaves of Absence – Company Leave of Absence.*

- **Vacation** pickup-improvement bids close on the 3rd of each month at 0800 ET. *For more information or for annual vacation bid, see IFS Handbook – Section 8, Schedule Statuses-Vacation section, and/or contact the Vacation Desk.*

## 4.S Other Training and Meetings Adjacent to Duty

- Meetings and training sessions can be requested and scheduled adjacent to existing duty periods as follows:

  1. Training and meetings scheduled immediately prior to a flight assignment must be considered as duty for all FAA and Delta rule purposes. A maximum scheduled 14 hour day, or 16 hours if involving international or transoceanic flight, must be adhered to.

  **EXAMPLE:** A flight attendant desires to attend a 4 hour training class in-base from 0800-1200. They are scheduled to report for a trip at 1300 for a scheduled duty period of 8 hours. The total time from report to training through scheduled release at 2100 hours is 13 hours so this is a legal request and will be approved.

  2. Training and meetings scheduled immediately following a flight assignment do not need to adhere to a 14 or 16 (for international or transoceanic) hour day, as long as a legal uninterrupted Delta rest break of 11 hours (or 14 hours if the scheduled duty period plus training is >14 hours) occurs before the next scheduled duty period.

  **EXAMPLE:** A flight attendant is scheduled for release from an all-night 6 hour working duty period at 0800. A company sponsored personnel meeting from 1200-1700 is requested and scheduled by the flight attendant. The next trip report time for an actual working segment is the following day at 1300. The rest break following the meeting is 20 hours (from 1700 to 1300 the next day), therefore this is a legal request.

- If you must be scheduled by In-Flight Service Scheduling for training or meetings because you did not submit a bid, you will always be scheduled on an off day. You can however, bid and schedule other training and meetings adjacent to existing trips but at your request only. These are worked manually so contact with Scheduling Training is necessary.

## 4.T Base Transfers

- You are responsible for all moving expenses incurred as a result of a voluntary base transfer.

- If you are flying to your initial assignment at your new base or location, an S-1 pass will be issued from your current base / location to your new base / location.

- If you are awarded a voluntary transfer, you forfeit remaining vacation periods held in your original base and you must re-bid for vacation in your new base.
  **NOTE:**  If the effective date of the transfer is during your vacation period, you can retain that vacation if at least 50% of it will be taken in your original base.

- If you are awarded a base transfer and are in the bottom 50% seniority of those who have A-Days in your new base, you are required to obtain all the applicable visas within 60 days of your base transfer effective date.

- If transferring into a base that has specific requirements, all required CBTs must be completed and a yellow fever shot or waiver (if required) must be obtained prior to the start of the bid period.

- New hire flight attendants are eligible to submit a base transfer request the day immediately following graduation providing the requested base was not initially available at the start of training. New hires are permitted to transfer only once during their Initial probation FlyRight period.  Transfer requests into bases originally available at the start of training will be eligible at the completion of a new hire's probation FlyRight period.

## 4.U Base/Location Transfer Bidding

- You must enter base/location transfer requests in the computer no later than 0800 EST on the 25th of each month for transfers effective in 35/36 days. (For example, for a transfer effective May 1st, you must bid by 0800 on March 25th.) Advance notification will be given if it becomes necessary to change this deadline.

- Flight attendants on an inactive status are eligible to enter a request and be granted a base/location transfer with the exception of flight attendants on suspension.

## 4.V Temporary Base/Location Transfer Bidding

- In the event base or AFP openings exist due to a peak in seasonal flying or critical LOD needs, temporary transfers may be offered for a defined period of time. Flight attendants will be informed of the length for the temporary transfer at the time of the award. Temporary transfers may be offered to fulfill regular or LOD openings. At the end of the defined assignment, flight attendants awarded temporary transfers will return to their previously assigned base.
- Fulfillment of temporary transfers will be processed using the existing base transfer request list. Flight attendants awarded temporary transfers will be notified of their temporary award via company email. Any flight attendant wishing to rescind an award due to its temporary assignment must respond to the award notification email within 5 calendar days.
- Any flight attendant awarded a temporary transfer will have all currently held vacation weeks honored in their new temporary location as scheduled. In the event a Flight attendant is subsequently awarded a permanent transfer, whether in the temporary location or another location, all remaining vacation weeks will have to be rebid in their new base.
- If the temporary transfer is to an AFP location, all normal AFP performance requirements must be met and maintained during the assignment.
- If the temporary transfer is awarded based on a LOD qualification, the qualification must be maintained during the duration of the assignment.
- If transferring into a base that has specific requirements, all required CBTs must be completed and a yellow fever shot or waiver (if required) must be obtained prior to the start of the bid period.
- Flight attendants that have not yet completed their 3 month permanent base transfer commitment, may still bid for and be awarded a temporary base transfer. However, upon completion of their temporary base transfer, they will be required to return to their prior base to complete the remaining permanent base transfer commitment.

## 4.W Base Transfer Awards / Denials

- Vacancies are awarded by flight attendant system seniority. Exceptions are:

    1. A Purser qualified flight attendant may be awarded a priority transfer due to insufficient purser staffing in any base or AFP. All Purser priority transfers will require a 12 month commitment to the Purser program. In addition, the commitment period may be extended if, at the end of the 12 month commitment period, the flight attendant's seniority is unable to hold the base/AFP location to which the Purser priority transfer was granted.

    2. An LOD-qualified flight attendant may be awarded a priority transfer due to insufficient language staffing in a base/AFP. All LOD priority transfers will require a 2-year commitment to the LOD program unless the LOD flight attendant's current commitment extends beyond 2 years. In that case, the LOD flight attendant's current commitment will be maintained. In addition, the current commitment period may be extended if, at the end of the 2 year period (or current commitment period), the flight attendant's seniority is unable to hold the base/AFP to which the LOD priority transfer was granted. In this event, the commitment period is extended until the flight attendant is able to hold the transfer based on their straight seniority. Transfer requests of LOD-qualified flight attendants can also be denied if staffing within their language category in their current base/AFP has been deemed insufficient.

    3. In the event of a base/location closure or downsizing, a flight attendant being involuntary transferred, will be given priority for bidding into bases with vacancies.

- If you bid more than one base, you will be awarded your first bid preference available.

- A transfer can be denied if it would cause the staffing of your current base/location to be reduced below the required level for normal operations.

- Monthly base transfer awards will be posted in the computer no later than 30 days prior to the effective date of the transfer.

## 4.X. Base Transition Policy

- Base Transition Policy applies to all base/location transfers (voluntary and involuntary) as well as to Monthly Base Swaps (MBS), except as noted below.

- You must complete your schedule in your existing base/location before being released to your new base/location.  If you hold an A-Day on the last day of the bid period, you are released at 2359 on the last day of the bid period with no further A-Day obligation, unless assigned a trip which transits into the next bid period.  If assigned a trip which transits into the next bid period, you are released at assignment completion and have no further A-Day obligation.

- You should attempt to bid a schedule to accommodate all necessary time needed to transfer/move.  Scheduling will provide at least one full calendar day of travel time for flight attendants with rotations operating on the last day of the bid period or transitioning into the next bid period, so long as this activity was present on the schedule prior to the award of the base transfer or MBS.

- Once base transfer/MBS awards have been processed, any flight attendant with a rotation operating on the last day of the bid period in their old base or transitioning into the next bid period in their new base will have a calendar day release (RLSD) plotted for the first full calendar day following that rotation.

- A flight attendant may call Scheduling to have the calendar day release removed from their schedule, however any trip subsequently received as a result of PBS bid award in the new base will be the responsibility of the flight attendant.

- If a flight attendant swaps onto, picks up, or moves up to any rotation operating the last day of the bid period in their old base or any rotation transitioning into the next bid period in their new base after base transfer/MBS awards have been processed, no calendar day release will be plotted, and any trip received as a result of PBS bid award in the new base will be the responsibility of the flight attendant.

- For permanent base transfers, you can request to have your schedule blocked with up to 3 consecutive unpaid off days in your new base. Your request must adhere to the following:

    - The request may be made any time after the transfer award, but no later than the 10th of the preceding month, through the Manager Support Team (MST) desk.

    - All three days must fall within the first effective month of your transfer.

    - The request cannot include a blackout day.

## 4.Y Responsibilities in New Base / AFP Location

- You are responsible for submitting any applicable vacation pick-up bids in your new base. You can do this as soon as your transfer request is awarded.
- If awarded a voluntary transfer, you are required to remain in your new base/location for a minimum of 3 full bid periods.

## 4.Z Involuntary Transfers

- The normal 3 month commitment period in a new base or location is waived if you are involuntarily transferred from a Base/AFP.
- If within 6 months from the effective date of the involuntary transfer, the base/AFP opens up for transfers-in, you will have a priority to voluntarily transfer back into the base/AFP from which you were displaced, in system seniority order of those flight attendants who were so displaced.
- If involuntarily transferred out of an AFP, performance eligibility requirements must still be met. Additionally, as per the AFP policy, priority will be given to those flight attendants, in system seniority order, who live within 75 miles, followed by those flight attendants who live outside 75 miles in system seniority order.

## 4.AA. Monthly Base Swap

- The Monthly Base Swap (MBS) program allows flight attendants the experience of a full month of flying in another base without the commitment of a permanent transfer.
- Flight attendants may participate in a one-month Base Swap with the following parameters:
    1. At the time of awarding, must be projected to be on an active flying status for the requested month.
    2. If a flight attendant recently permanently transferred to a new base, the normal 3 month base commitment must be fulfilled prior to participating.
    3. May not exceed more than three Monthly Base Swaps in any rolling 12 month period.
    4. May not participate in the Monthly Base Swap program in consecutive months.
    5. May not participate in a month in which a vacation week is held.
    6. A dedicated charter member may not participate during a month in which they are obligated to fly in the dedicated charter program. NBA and VIP/Ad Hoc charter members are eligible.
    7. If submitting for an AFP location, all normal AFP eligibility guidelines must be met.
    8. New hire flight attendants must have successfully completed their FlyRight probation period to be eligible.
- Requests must be submitted in iCrew by 0800 ET on the 25th of the month. Approximately 35 days prior to the effective date of the swap. Due to the reciprocal nature of the program, requests are final and will not be rescinded.
- Total awards are dependent on base size. The following criteria will determine the number of swaps per month:
    1. Bases/AFPs with less than 100 flight attendants will be awarded a maximum of two monthly base swaps.
    2. Bases/AFPs with between 101-500 flight attendants will be awarded a maximum of five monthly base swaps.
    3. Bases in excess of 500 flight attendants may be awarded no more than 1% of the projected active headcount.

    **Example:** NYC's projected active headcount is 4,029 the number of Monthly Base Swaps into NYC would be limited to 40 for the month.

    Requests will be worked in seniority order, among eligible flight attendants, from the list of reciprocal requests. The most senior flight attendant on the list will be matched with the most senior flight attendant wishing to swap into their base. Normal AFP eligibility requirements will apply for requests into AFP locations.

Please refer to the AFP policy in the IFS Programs and Policies Handbook for more information.

- Only requests which have a reciprocal request will be granted.
  **Example:** A BOS-based flight attendant has submitted to go into MCO, the request will only be granted if a MCO-based flight attendant has submitted to go to BOS.
- Requests from critical-staffed categories such as Pursers and LODs may be denied if the swaps would result in the inability to cover the required staffing for those positions in the original base.
- Will be awarded after base transfers and PLOCs are awarded. Awards will be posted no later than 1700 ET on the 2nd.
- All vacation bidding and swapping will be processed in your permanent base location.
- If a monthly base swap occurs during your CQ month, your CQ bid will be processed in the training center location that applies to your swapped base.
- You must complete your schedule in your existing base/location before being released to your new base/location. If you hold an A-Day on the last day of a bid period, you are released at 2359 of the last day of the bid period unless assigned a trip which transits into the next bid period. If so, A-Day holders are released at assignment completion.
- If swapping into a base that has specific requirements, all required CBTs must be completed and a yellow fever shot or waiver (if required) must be obtained prior to the start of the bid period. If these are not completed, the flight attendant will be ineligible to participate in the Monthly Base Swap program for a 12 month period.

**Section 5 - Access Days**

| | | |
|---|---|---|
| 5.A | General | 101 |
| 5.B | Schedule Build | 102 |
| 5.C | A-Day Holder – Partial Month on Duty | 103 |
| 5.D | Telephones | 103 |
| 5.E | Contact Requirements | 104 |
| 5.F | A-Day Parameters | 105 |
| 5.G | A-Day Utilization | 107 |
| 5.H | A-Day Holder & Preferencing Trips | 108 |
| 5.I | A-Day Awards & Assignments | 109 |
| 5.J | Airport Standby Duty | 110 |
| 5.K | Out-of-Base Standby | 111 |
| 5.L | Airport Release Requirements | 112 |
| 5.M | Phone Release | 113 |
| 5.N | A-Day Rest Requirements | 114 |
| 5.O | Transitioning Between A-Day and Trips / Leaves | 115 |
| 5.P | Interference With OFF Days (FIOD) | 116 |
| 5.Q | A-Day Swapping and Schedule Changes | 117 |
| 5.R | A-Day Trip Guarantee | 120 |

## 5.A Access Days - General Information

- Access days (A-Days) are ready status days designed to cover the operational requirements of each location. Standard A-Days are normally built in blocks of 3 days. Non-standard A-Days are built in longer blocks to mirror trips that do not match the common trip length of the location.

  - If your IFS seniority date is before 1/1/08, and you are required to have A-Days, you will have no less than the standard block length for the location awarded/assigned in the PBS bid award.
  - If your IFS seniority date is on or after 1/1/08, you will hold no less than 6 A-Days awarded/assigned in the bid award process.
  - Regardless of your IFS seniority date, any flight attendant has the option to bid for A-Days even in addition to the A-Days you are required to have based on your base seniority.
  - Non-standard A-Day blocks will be awarded/assigned in a pre-process based on bids submitted by the posted deadline. If no bids or an insufficient number of bids are submitted, non-standard A-Day blocks will be reverse assigned starting with the longest block and most junior flight attendant with the required qualifications to be awarded the block.

- If your A-Days (standard or non-standard) transit into the next bid period, you will still be awarded an A-Day start date in the next bid period regardless of how many A-Days carry in.

- A-Day blocks greater than 6 days in length may be built in bases to ensure coverage for transoceanic trips of 6 or more days. If you are awarded or assigned a block of A-Days greater than 6 days, you will have the option to have any days greater than 6 dropped from your schedule if the following conditions are met:
  1. The number of A-Days in excess of 6 have passed and you were available on all of those days (no UPS, OJI, MTO, etc…)
  2. You have not been assigned a transoceanic trip 7 days or greater in length

  **Example:** You are assigned an 8 day block on March 1st. You are not used on a transoceanic 8-day trip on the 1st or a transoceanic 7-day trip on the 2nd. You can now call Scheduling on the 3rd and we will remove the A-Day statuses on the 7th and 8th of March.
  **NOTE:** If you are on standby for a specific trip(s), all normal standby rules and usage will apply, i.e. you may be used for any assignment.

- If your A-Days transit into a new month you will have fewer days in one month and more in the next. For example, if you have a 3-day block on June 29th, 30th which carries over to July 1st and are awarded another 3-day block July 14th, 15th and 16th. You will have 2 A-Days in June (the 29th and 30th) and a total of 4 A-Days in July (the 1st, 14th, 15th and 16th).

- The schedule codes in iCrew are ADY3, ADY6, etc. indicating the number of days in an A-Day block. When assigned a trip operating fewer days than the A-day block, the remaining days in the block are indicated by the resulting code, e.g. if you have a 3-day block and are assigned a 2-day trip the remaining day is coded ADY1.
- An A-Day holder is **'on-call'** and available for each A-Day for a 24 hour period. Trip preference awards, assignments, releases and rest requirements may affect the time required to be available.
- When on A-Days you can submit preferences for the following:
  - specific trips and specific standby periods,
  - generic preferences for desired trip length, i.e. any 3-day, etc.
  - co-terminal preference(s) if applicable,
  - preferences for flight leader or language position,
  - preference the time of day you would like your trip award to report. Early (E) is for reporting from 0400-0959, Middle (M) is for reporting from 1000-1559, and Late (L) is for reporting from 1600-0359

  **NOTE:** Preferences can be updated at any time.
- At the beginning of every calendar year, Crew Resources and Planning will publish the seniority date of the bottom 50% of A-Day holders in each base. System wide communication, as well as an individual email will notify Flight attendants if they fall within this range. All flight attendants in the established 50% of A-Day holders will be responsible for obtaining all required visa and qualifications applicable to their base within the set deadline communicated in the annual announcement.

## 5.B Schedule Build

- A-Day duty or on-call hours are established for each base according to local flight schedules and are subject to change. The start times for local base A-Days are published in the bid packets.
- For schedule build purposes each A-Day is worth a value of 4:45 toward the monthly schedule.
- The greater of the actual flight time or applicable A-Day guarantee credit applies to the annual requirement of 540 hours. This applies regardless of whether you are flown on your A-Days, not flown at all, or a combination of the two.
- Your schedule will be constructed in PBS with a combination of pre-assignments, trips and A-Days, if your seniority requires you hold them or if you bid them. You will be scheduled with at least 10 calendar days off, if you are available for the full bid period (unless you waive the 10 calendar day rule in PBS). *Reference the PBS manual for specific waivers for the 10 day off requirement.*

- Non-standard A-Days will be awarded in a pre-process before the bid award. The due date for non-standard A-Day bids will be posted in the base or AFP bid packages.
- The non-standard A-Day blocks will be awarded in seniority order. If necessary, they will be reverse-assigned with the longest blocks assigned to those who have the required qualifications for the block, if applicable. *Refer to the PBS section on the IFS Portal for more information on non-standard A-Days.*
- If you are only available to work a partial month, the '10 Day Off Rule' is subject to proration. *See Section 4.M for more details.*
- In bases with transoceanic flying your A-Day start date will be awarded with the appropriate rest breaks between trips. *See Sections 1.S and 1.Z for specific transoceanic and ULR rest rules.* **NOTE:** In PBS there is a waiver to the transoceanic rest rule. After schedule release the required 24 hour rest can be waived via swap to the applicable Delta waived minimum rest requirement. *See the PBS User Guide and Section 4 in this book for more information on rule waivers when bidding.*
- If you are awarded or assigned a non-standard block of A-Days greater than 6 days in length, Scheduling will ensure you have a scheduled 24 hour rest in the block of A-Days to satisfy the FAA requirement of 24 consecutive hours rest in every 7 day period.

## 5.C A-Day Holders - Partial Month On Duty

- If you are not on flight status on the first day of a bid period, e.g. after initial training, and your seniority number falls within the range of those who receive A-Days, you will be given up to 6 A-Days, as appropriate.

## 5.D Telephones

- When on A-Days, you are required to be accessible for contact. It is your responsibility to ensure your contact information is updated in iCrew and that your contact preferences are updated in CNO (Crew Notification). You can add, change, or delete these numbers through the 'update/display flight attendant address card' function in iCrew and then by updating CNO preferences.
- If your phone malfunctions, and **as a result you fail to contact Scheduling or be contactable by Scheduling**, you can be charged with a failure to be available and the status code CFSM will be placed on your schedule.
- Your phone contact with Scheduling and Crew Tracking is recorded. There is also a history trail of all contact made via the Crew Notification System (CNO), whether by phone, text, or email.

## 5.E Contact Requirements

- It is your responsibility to check your schedule at or after 2000 local base time the evening before each A-Day. Any assignment placed on the schedule before 2000, awarded or assigned, will be visible. You do not need to acknowledge such assignments.
  **Exception:** If you are off the calendar day prior to the start of your A-Day block, you are not required to check your schedule at or after 2000 hours that day. However, you must check for any assignment on your schedule **as soon as your A-Day commences.** You may have a report time as early as 0200 on your first A-Day (0300 in NYC and LAX).
  **NOTE:** A-Day holders checking their schedule using the VRU should utilize the *range of day* option for their A-Day block to ensure that all statuses on the schedule are read.

- If uncertain when an assignment was placed on your schedule, you can contact Scheduling to verify or acknowledge any assignment. If you are on a trip and flying at 2000, check your schedule on arrival back into base for your next assignment.

- You are responsible for A-Day awards and assignments placed on your schedule prior to 2000 the day before each A-Day. **You will not be called or notified by Scheduling.**

- For any same-day departure while you are on A-Days, or for any trip that is placed on your schedule at or after 2000 the day prior to each successive A-Day, **you will be notified by Scheduling via your CNO preferences.** It is your responsibility to acknowledge your assignment via CNO.

- Scheduling will contact you according to your Crew Notification (CNO) contact preferences. When you are on-call as an A-Day you must respond to Scheduling or acknowledge through CNO within 20 minutes of the first contact attempt. If necessary, call Scheduling toll-free at 1-800-DAL-CREW (1-800-325-2739).
  **NOTE:** The purpose of the **20 minute time limit** is to accommodate flight attendants who may not have immediate access to a phone, or whose phone/cell phone is in a messaging/alert mode.

**Checking Your Schedule During A Minimum Rest Period**

- Whether on duty as a Tripholder or as an A-Day holder, if you are on a required minimum F.A.R. 121.467 rest the day prior to an A-Day, you have the following options:
  1. You can always choose to check your schedule at or after 2000 hours to see your next scheduled trip as an A-Day holder; or
  2. As a Tripholder arriving from a trip the day prior to your A-Day block, you must check your schedule for your next day assignment at the end of the appropriate FAA minimum rest, or at 2000 hours or after, whichever is later.
  3. If you are an A-Day holder arriving from a previous A-Day assignment, you must check your schedule for your next day assignment at the end of the appropriate phone release, or at 2000 or after, whichever is later.
- Access day holders on a mandatory 24-in-7 required rest (RRST) for all or part of the day prior to another A-Day must check their schedules for the next day assignment at the end of the 24 hour rest, or at/after 2000 hours, whichever is later. You must be available to Scheduling at the end of the 24 hour rest period.
- Once you have completed your standby assignment, if you request the option to be released for the remainder of the calendar day, that request will be granted. However, you are still obligated to check your schedule at/after 2000 hours and before the start of the next A-Day to get your next assignment.
  **Example 1:** You are released from standby at 0900. You request and are granted the option to be released for the remainder of that calendar day, ending at 2359. At 1930, Scheduling places a trip on your schedule that signs in at 0700. Scheduling will not call you for this assignment and you must check your schedule at or after 2000 hours to be notified of your report time of 0700 on the following A-Day.

## 5.F A-Day Parameters

- A-Day duty times are set for each base according to trip demographics and operational needs. The A-Day duty times are posted in the bid packages, which can be found in iCrew → Bid Information → FAIR → Bid Packages. You must be available for contact during these time periods unless you are released by Scheduling.
- You will be given a minimum of 2 hours notice (3 in NYC/LAX) from the first attempted contact by Scheduling to the **scheduled departure time** of the flight or start of standby.
- If required to report for duty with <u>less</u> than 2 hours notice (3 hours in NYC/LAX), every attempt should be made to report by the scheduled departure time of the flight. Failure to report in less than 2 hours (3 hours in NYC/LAX) will not subject you to disciplinary action. However, reporting for duty **later** than two hours (3 hours in NYC/LAX) from the first attempted contact will result in a CFSM being placed on your schedule for possible disciplinary action.

- If given less than 2 hours notification (3 hours in NYC/LAX), you are eligible for reimbursement for cab fare or short-term parking expenses. *See Compensation, Section 2.Z.7 and 2.Z.11.*

- The earliest you will be required to report for a trip on your first A-Day is 2 hours after the start of the A-Day (3 in NYC/LAX). You can however, voluntarily report earlier, either by preferencing such a trip on your first A-Day, or by contacting Scheduling in advance. Trips that report within the first 2 hours of the A-Day period (the first 3 in NYC/LAX) will be assigned to A-Day holders already in an active on-call period, day for day to the extent possible.

- During daily operations:

  - If you preference a specific trip that is greater than your A-day block size(s), you are not eligible for incentive pay.

  - If you are assigned a trip by Scheduling (includes piggy-backing) which flys you into your OFF time, you are eligible for an additional 4 hours pay (FIOD).

  - If you are rescheduled / rerouted into your off day by Crew Tracking, you may be eligible for RRO4 pay if the RRO4 parameters are met.

- Once assigned a trip, Scheduling can release you, operations permitting, until the report time of your trip. The schedule code RLS or RLSD preceding an assignment indicates a release to report.

- Though you can be released, at times operations can require a reassignment. Reassignments will be done in reverse seniority of those assigned to the extent possible. Scheduling will contact you for any necessary changes. If unable to contact you prior to re-port, you can be advised of a different trip at report time but your original report time will be used for duty purposes for that day.

- Scheduling will not normally contact you during your phone release, which coincides with the FAA minimum rest, while on A-Days. You are not required to be available to the company during an FAA rest period (see phone release details in section 5.M). If however, contact is made by you or Scheduling regarding your next A-Day assignment, the FAA rest break is not interrupted for rule purposes.

## 5.G A-Day Utilization

- Utilization is based first on seniority preference and then reverse-order non-preference. The steps of trip coverage, including A-Day awards and assignments, are as follows:

**Steps of Trip Coverage**

1. Flight attendants on availability for pay protection (AVL)

2. Priority pick-ups, then pick-ups & escalation requests

3. Move-Ups
   - To same and greater number of days / same originating date

4. A-Day Preferences
   - Equal day, greater days into off time and STBY; in seniority order

5. Out-of-base Pick-Ups

6. Involuntary escalations to Purser positions
   - The most junior qualified, 1st to A, then to B
   - An A-Day who has preferenced a regular position can be escalated at this step

7. A-Day Assignments
   - Equal day; in reverse seniority order (STBYs assigned first followed by trips)

8. A-Day Preferences–Lesser Day; seniority order

9. A-Day Assignments–Lesser Day; in reverse seniority order

**NOTE:** For more information on A-Day awards and assignments see Section 5.I.

## 5.H A-Day Holders & Preferencing Open Trips

- A-Day flight attendants can submit preferences for trips and stand-by periods in open time. The preference can be for a specific trip or a generic request (e.g. any 3-day trip). Preferences can be submitted prior to and any time during the A-Day block. *(See the Symbols section in the Glossary, page G17 for a list of the specific symbols to use when preferencing leadership or regular, and/or the position order in which you wish them awarded.)*
  **NOTE:** If base staffing is critical, Scheduling may send trips out of base or split trips before running A-Day preferences. The Supervisor may direct that A-Day preferences be suspended in any base which is experiencing critical staffing and operating under Alternate Day Move-Ups.
- If your base/location has a trip with a scheduled release time past the normal A-Day hours (e.g. an 0130 release in a base with A-Day duty normally ending at midnight), a specific preference for this trip can be awarded. These awards do not qualify for draft pay. However if you did not preference a trip into off time and are manually assigned by Scheduling into your off time, you will qualify for draft pay for being scheduled into your off time.
- Within the one calendar day period prior to a date of operation (e.g. SAT for a SUN operation), trips and standby periods in open time not awarded through the preference process will be manually assigned in reverse seniority order to A-Day holders who did not preference or who submitted preferences but were not awarded.
- In bases with transoceanic flying, your A-Day assignments will be scheduled with legal rest breaks between trips. However, you can waive the 24 hour scheduled rest following a transoceanic trip to an 11 hour domicile rest following duty periods scheduled for 14 hours or less; or to 14 hours domicile rest following duty periods scheduled greater than 14 hours. These waivers are accomplished through successfully preferencing while on A-Days, or through picking-up or swapping for other trips or A-Days to follow the transoceanic trip you received as an A-Day holder.

**Co-Terminal Indicator**

- If you are in a co-terminal base, for purposes of your daily A-Day preferences, you can indicate in iCrew which airport you prefer to fly from. The co-terminal preference entries are only for the automated preference running.
  **NOTE:** A specific trip preference overrides any co-terminal preference when the specific trip departs from another co-terminal.
- Co-terminal preferences can be changed at any time however they must be re-submitted for each new bid period.
- During the manual A-Day assignment phase of trip coverage, the trips are assigned in reverse seniority order, and according to the number of days you are available. You can be assigned to fly from any of your base's co-terminals since the co-terminal preferences do not apply during the manual assignment phase.

## 5.I A-Day Awards & Assignments

- Daily trip coverage is in accordance with the procedures detailed in Section 6.N through 6.S. An explanation of the A-Day awards and assignments is outlined below.

### Equal Day

**Preference**

- Any trip that is preferenced by an A-Day holder with an A-Day block length equal to the trip length.
- For purposes of Equal Day preferences, trips are awarded to the most senior flight attendant who has an A-Day block size equal to or less than the length of the trip (see also 'Greater Day').
  **NOTE:** A preference for a 6-day or greater trip will be considered an Equal Day preference, as long as the A-Day block size is at least 6 days, e.g. an A-Day holder with ADY7 requesting a 6-day trip would still be considered 'Equal Day'.

**Assignment**

- Any trip that is assigned to an A-Day holder with an A-Day block length equal to the trip length.
- For purposes of Equal Day assignments, trips are assigned in 'silos', i.e. a 1-day trip to an ADY1 block, a 2-day trip to an ADY2 block, etc. These are sequenced in reverse-seniority order.

### Lesser Day

**Preference**

- Any 1, 2, 3, 4 or 5 day trip preferenced by an A-Day holder with an A-Day block length greater than the trip length. For purposes of Lesser Day preference awards, the trips are assigned in ascending A-Day block size order, sequenced in seniority order within each A-Day block size, i.e. a 1-day trip is awarded to an ADY2 block before an ADY3 block, etc.

**Assignment**

- Any 1, 2, 3, 4, or 5 day trip assigned to an A-Day holder with a block length greater than the trip length.
- For purposes of Lesser Day A-Day assignments, trips are assigned in ascending A-Day block size order, sequenced in reverse-seniority order within each A-Day block size, e.g. a 1–day trip is assigned to an ADY2 block before an ADY3 block.
- If you are not released to report time for a preferenced or assigned trip that is shorter than your block length, you can be reassigned to a longer trip if necessary.

## Greater Day

**Preference**

- Any trip that is preferenced into OFF time. For example, an ADY1 A-Day holder preferences a 2-day trip (draft pay does not apply).
- Greater day preferences are worked concurrently with equal day preferences (see also 'Equal Day').

**Assignment**

- Any trip that is assigned into OFF time. For example, an ADY1 A-Day holder is *assigned* a 2-day trip (draft pay applies, the code is FIOD). See Section 6.T, Drafting Procedures.
- If the drafting of greater day assignments is necessary, they will be assigned in reverse order to the most junior available with the closest number of days available, e.g. a 7-day trip will be assigned to the most junior A-Day with a 6-day block, etc.

**NOTE:** Trips can be split when necessary and possible to minimize drafting and/or to maximize A-Day utilization.

## 5.J Airport Standby Duty

- For standby duty, you are required to be present at the assigned airport in full uniform. You must remain accessible to Scheduling and be ready for immediate assignment at all times.
  **NOTE:** If you need to leave the lounge area for any reason, ensure that a scheduler or duty desk manager is aware of your location and how to contact you.
- The schedule status codes for airport standby are:

| Code | Description |
|---|---|
| **STBY** | standby – all bases except ATL/NYC |
| **STBA** | standby – ATL A-concourse |
| **STBE** | standby – ATL E-concourse / standby – EWR |
| **STBJ** | standby – JFK |
| **STBL** | standby – LGA |
| **ASBE** | standby / yellow fever vaccination required – ATL E-concourse |
| **ASBJ** | standby / yellow fever vaccination required – JFK |
| **USBE** | ultra long range standby – ATL E-concourse |
| **USBJ** | ultra long range standby – JFK |
| **USBY** | ultra long range standby – all bases except ATL/NYC |

- When multiple flight attendants are assigned standby duty at a single airport, Scheduling will utilize the standby flight attendant who reported for duty the earliest to cover an open assignment ("first in, first out").
  **NOTE:** Scheduling may deviate from the "first in, first out" assignment process in order to cover for operational needs such as visa requirements, qualifications, trip length, gate proximity (in ATL), etc.
- Standby duty will be scheduled in blocks of 4 hours or less. However, your standby period can be extended *up to 2 additional hours*, provided you are given an assignment before the release time of the initial 4 hour period.
  **Example:** You are scheduled to sit standby from 0800-1159. At 1130, Scheduling assigns you a trip reporting at 1345. This is legal because the sign in time of the trip does not extend the original standby sit time by more than 2 hours, and the trip was assigned before 1159 (the original standby release time).
- A-Day airport standby time is considered duty time and included in duty time limitations. You will be scheduled legally according to the duty parameters of the trip type to which you are assigned. These scheduled duty parameters are located in sections 1.P – 1.S.
- Scheduling will try to assign standby no more than one time in a 3-day block or two times in a 4-day or greater block. However, this is subject to operational requirements and may not always be possible.
- Once you have reported for a standby assignment, you will not be assigned to report again on that calendar day, if you request a release from Scheduling within one hour of the conclusion of the duty period. You can still be given an assignment after a standby assignment that transits midnight, following your legal 11 hour rest in base.
- Airport standby time is credited at the 1 for 2 duty credit rate for the applicable duty period.

## 5.K Out-of-Base Standby

- You may be scheduled to sit standby at another base or AFP location when on A-Days.
- Out-of-base airport standby duty time will be scheduled in blocks of 4 hours or less (excluding any deadhead time to or from the base or location). However, your standby period can be extended *up to 2 additional hours*, provided you are given an assignment before the release time of the initial 4 hour period.
- If assigned out-of-base airport standby, Scheduling will inform you of the duration of your airport standby duty times. If assigned a trip, the duty time will not exceed the maximum scheduled duty time limits for the specific trip type (see Section 5.J).
- Out-of-base airport standby time is credited at the 1 for 2 duty credit rate for the applicable duty period.

## 5.L Airport Release Requirements

- You are exempt from obtaining an airport release under the following conditions:
  - You have been on duty more than 12 hours and are scheduled off the next day,
  - You are returning from a transoceanic trip,
  - Following an approved deviation from deadhead into your off day
  - Following an 'All-Nighter' as defined on G2 of the Glossary
- Upon your return to home base and after deplaning, you must use the Automated Crew Scheduling telephone system to obtain an airport release prior to leaving the terminal/lounge area.
  - Your call should be completed after your scheduled trip release time, e.g. after arrival and as soon as you complete any safety and customer related duties.
- If you arrive early you can be released up to 30 minutes before your scheduled arrival time.
- 
- You must also obtain an airport release after standby duty. If released, the minimum rest period including a 9 hour phone release, begins following your release from standby.
- If you are released from a trip or standby assignment within 11 hours or less from the end of your last A-Day duty day, or within 16 hours following a transoceanic trip, you are released into your off time with no further phone contact obligation. Such release will apply for 24 in 7 rest considerations.
- If you **fail to call for an airport release within 1 hour** of your block-in time or end of your non-fly duty period, you can be subject to Performance Development.

## 5.M Phone Release

- The Company will attempt to avoid interrupting the FAA minimum rest break, but contact by either the flight attendant or the Company does not interrupt the FAA rest period for legality purposes. However, a flight attendant is never required to contact the company or be available to the Company during an FAA minimum rest period.

- The phone releases below apply to all A-Day holders. During severe operations, the phone release can be reduced to less than the times noted. However, phone release times will be no less than the appropriate F.A.R. minimum rest requirements of 9 hours for duty periods scheduled at 14 hours or less and 12 hours for duty periods scheduled greater than 14 hours.

| **Phone Release:** | **Explanation** |
|---|---|
| **9 hours** | • When released for an 11 hour rest in your base after a scheduled 14 hour or less duty period. |
| **10 hours** | • When released for a subsequent 11 hour rest in your base following a rest of less than 9 hours after a scheduled 14 hour or less duty period. |
| **12 hours** | • When released for a 14 hour rest period in base after a scheduled 14 hour or greater duty period. |
| **12 hours** | • When released for a subsequent 14 hour rest in base following a rest of less than 12 hours after a scheduled 14 hour or greater duty period. |
| **14 hours** | • When released from a domestic trip for a 16 hour rest in your base after exceeding a 16 hour duty period. |
| **16 hours** | • Upon completion of a transoceanic trip (includes certain International trips which qualify as Transoceanic due to length or service type). |
| **24 hours** | • When rest period in your home base is the FAA required minimum rest of 24 hours in 7 consecutive calendar days. This is designated on your schedule with the code RRST. |
| **24 Hours** | • When released from an Ultra Long Range Trip assignment. |

## 5.N A-Day Rest Requirements

- You are scheduled with a minimum 11 hour domicile rest between domestic and/or international trips. Due to actual operations, by reroute or delay, your rest can fall below 11 hours. You will not be removed or re-assigned from a subsequent preferenced award or tripholder assignment until your rest falls below 9 hours.
- If your next A-Day assignment was originally scheduled with an 11 hour or greater rest, and this rest was reduced, **you may request and will be granted** at least an 11 hour rest before your next assigned (but not preferenced) A-Day trip.
- A-Day holders will be scheduled with appropriate rest breaks between trip types as indicated in Section 1.Z.2. However, a specific A-Day trip preference (or move-up) following a preferenced or assigned trans-oceanic trip is understood as a waiver (for the 2nd trip) from the normal scheduled rest break of 24 hours following such transoceanic flying. The minimum rest is waived from 24 hours to no less than 11 hours.
  **Example:** On the first day of a 6-day block you fly a transoceanic trip that is scheduled for release on the 3rd day at 1700. You then submit a preference for a specific domestic trip for the 4th day that reports at 1300 (less than a 24 hour rest). The preference for the specific trip that reports at 1300 is understood as a waiver from receiving a full 24 hour rest following the transoceanic trip.
- Following a transoceanic trip, once you have preferenced another trip and received a waived rest of no less than 11 hours, actual operations can reduce your minimum rest to 9 hours following a duty period scheduled at 14 hours or less; or to a minimum 12 hours rest following a duty period scheduled greater than 14 hours. If your actual rest prior to the next trip is less than 9 hours or 12 hours respectively, you will be removed from that next scheduled trip. This applies before and after such a preferenced trip.
- If you preference or are assigned a transoceanic trip and then do not preference for your next trip (e.g. when you have a 6-day block), or enter a generic preference, Scheduling will ensure a 24 hour scheduled rest before your next assignment.
- All minimum scheduled rest is from release time to the next scheduled report time.
- At times, additional flight segments are given to A-Day holders on arrival back to base (termed **'piggy-back' flying)**. Such additional flying will not be assigned when the A-Day holder is not required to obtain an airport release, as defined in section 5.L.

## 5.O Transitioning Between A-Day and Trips / Leaves

- An **11 hour rest** must be scheduled between an A-Day and any subsequent trip. For example, when requesting a trip to follow an A-Day of 0000-2359, the trip cannot report sooner than 1100 the next day. This also applies to any training or special assignments.
- To schedule a trip prior to an A-Day in a base with A-Day start times of midnight, the trip must have a scheduled release of **1700** or earlier the day prior to the A-Day. Adjusted times will apply if the A-day start time varies. These parameters apply to all bases to provide an 11 hour rest prior to the first expected A-Day trip report time.
- When you pick-up or swap to place A-Days to follow a transoceanic trip on the next calendar day, or when you pick-up, swap, or move-up to place a transoceanic trip to immediately precede any A-Days already on the schedule, such trip placement is considered a waiver of the 24 hour rest.
- Additionally, as a result of the PBS bid, when A-Day blocks precede regular trips as a tripholder, a preference for a transoceanic trip or transoceanic standby is also considered a waiver of the 24 hr rest.
- If you have A-Days scheduled before or after a ULR trip, or swap to place A-Days before or after a ULR trip, see the additional ULR rest parameters in Section 1.S.

**Trip Interference with an A-Day Assignment**

- If rescheduling or drafting causes a trip on your schedule to interfere with an A-Day block on your schedule, you will be given the appropriate domicile break before completing your remaining A-Day obligation.
  **NOTE:** If the rescheduling or drafting of a trip that precedes an A-Day block interferes with the A-Day block, any originating flight time and trip credits accrued on the A-Day will offset the block guarantee in addition to any other.

**A-Day Trip Interference with a Regular Trip**

- If your A-Day assignment is rerouted or extended by piggybacking and interferes with your next scheduled assignment as a tripholder, you will be pay protected for the dropped trip under the guidelines of Two-Rotation Pay Protection. *See Pay Protection Involving Two Pairings or More in Section 3.H.*

**A-Day Trip Completion into a PLOC Month**
- You must complete an A-Day award or assignment that transits into a bid period with an awarded PLOC.

## 5.P Interference With OFF Days (FIOD)

- As an A-Day holder you may be flown into your off time. This may be done at the time of your trip assignment or as a continuation of an assignment.  The flown into OFF day code is FIOD.

- In trip coverage procedures, Scheduling will assign a trip that is equal to or less than your A-Day block.  At times, circumstances can require assignment into off days due to operational needs. When this occurs, Scheduling will make every attempt to assign a trip flying you into the fewest amount of off days possible.

- You will receive draft pay of 4 additional hours for every off day you are scheduled into **OR** you have the option to take another day(s) off in the next or following bid period.

- When operations require, and Scheduling has to reassign A-Days to other assignments that release into OFF days, Scheduling has the option to skip over any A-Day flight attendants when such reassignments interfere with the next scheduled trip or assignment the flight attendant has as a tripholder.  This is contingent on the state of the operation and lessens the need to cover additional trips that would be dropped in such cases.  When reassigning, Scheduling will use reverse seniority to the extent possible, but in an irregular operation this may not be feasible.

- An OFF period is interfered with in the following ways:

**FIOD Pay is Due**
1) by being manually scheduled into the off period (FIOD pay is due, or the option to take another day off in the next bid period)
2) you are either given a trip length greater than your A-Day block or on arrival into your base you are 'piggybacked' into additional flying into your off time.

**Example A:** You have 1 A-Day remaining and due to critical staffing Scheduling calls to assign you a 2-day trip, into your off time. You are due draft pay (FIOD) of an additional 4 hours.
**Example B:** You are scheduled for release at 1600 on your last A-Day, and on arrival Scheduling 'piggy-backs' you on additional flying that is scheduled for release at or after 0001 on your first off day. You are due draft pay (FIOD) because you were scheduled into your off time.

**No FIOD Pay is Due**

1) by preferencing a specific trip with a release time that falls into the off period
2) by being delayed into the off period
3) by being rerouted into the off period; however **RRO4 or FIVD** may apply if your rotation was rerouted per section 2.U and 2.V
4) by being 'piggybacked' into remaining A-Day time

**Example C:** You are arriving in base on the second day of your block of 3 A-Days at 1530 and you have one more A-Day to serve the next day. On arrival you are 'piggybacked' with additional flying into the 3rd A-day. You do not qualify for draft pay because you were not flown into your off time.

**Option for Off Day in Next Bid Period Instead of FIOD Pay**

- If Scheduling assigns you into your off period or you are drafted into an off day, you will receive draft pay of +4 additional hours pay; or you can choose the option of taking an additional off day in the following bid period.

- If you choose to take an additional off day in a subsequent bid period, the following applies:
  - The off day request cannot be on a holiday or during a blackout period
  - If the day of the month your off day is affected is the 1st through the 13th, you can choose a day off for the next bid period which will be pre-plotted in PBS and prevent a trip or A-Day from being placed on that day.
  - If the day of the month your off day is affected is between the 14th and the end of the month, then the additional off day request must be for two bid periods away.
    **Example:** If you are flown into January 25th, and you want an additional off day, since the February bid is already processed, your choice of an additional day off has to be for the March bid period.
  - Submit your request using the 'Day Off Request Form' located on the IFS Portal main page -> Manuals -> Forms

**NOTE:** If your seniority requires you to have A-Days in the following bid period, the number of A-Days assigned will not be reduced.

## 5.Q A-Day Swapping and Schedule Changes

- You can submit requests for A-Day swaps with other flight attendants any time during the current bid period and/or once schedules are released for a new bid period.
- The Non-Standard A-Day (NSA) swapping window for the new bid period will begin on the 7th of each month immediately following completion of the NSA award process. The deadline for submitting NSA swap requests for the new bid period is 1000 ET on the 10th of each month.

- Swaps for an A-Day grouping must be for the complete awarded block (most bases have 3 A-Days, but some have fewer or more than 3). However, if by <u>bid you are awarded back-to-back blocks</u>, they will retain the individual block identifiers. One or both blocks can then be swapped as individual blocks until 0200 two days prior to the start of the first block, at which time the two blocks are combined into one continuous block of A-Days.

- Once an A-Day block has been 'broken' by an A-Day preference, an assignment, or an inactive status, the remaining days can be swapped away.

- You can swap your block of A-Days with another flight attendant in your base. The swap can be your A-Days for a trip, a block of A-Days for another block of A-Days, or a drop/pick-up of a block of A-Days. There is no minimum number of A-Days you must maintain for a bid period after the initial bid award.

- You cannot swap A-Days which results in being on A-Day status more than 6 consecutive days to ensure a 24 hour-in-7 day rest.
  **Exception:** If awarded or assigned a block greater than 6 days for specific trip coverage in a base, Scheduling will ensure you receive the appropriate 24 hour rests every 7 days.

- You can swap to combine trips and A-Days in any 7 consecutive calendar days, but you must have one of the following within those 7 consecutive calendar days.
  1. a 24 hour rest at base,
  2. two 24 hour, or more, layovers, or
  3. one 28 hour layover

- A flight attendant on standby (STBY) must complete the assignment and receive a phone release before any remaining A-Day can be swapped to another flight attendant.
  **Example:** You have 3 A-Days and are assigned STBY from 1100 to 1459. <u>After standby is completed</u> at 1500, and you are released for a domicile rest, you can swap the remaining A-Days to another flight attendant.

- Once an A-Day holder has a trip placed on their schedule, the trip can be swapped with another flight attendant up to report time. The access day indicator ('@') and all A-Day obligations remain with the trip <u>according to the trip definition</u>, i.e. 1-day, 2-day, etc. and are assumed by the receiving flight attendant.

**Example A:** You pick-up a trip from an A-Day Holder at 1500. Report time is 2100 and the A-Day was not released to report time. You are now 'on-call' at 1500 (the time of the swap) in the event Scheduling must contact you.
**Example B:** You pick-up an all-nighter 1-day turnaround from an A-Day holder that releases in domicile at 0730. Since this is a 1-day trip, the original A-Day holder retains the obligation for that 2nd day.
**Example C:** You pick up a 2-day trip from an A-Day holder that releases in domicile at 1130 on the 2nd day. You retain the obligation for the remainder of the 2nd A-Day, including any on-call time after a scheduled legal rest.
**NOTE:** If the A-day Holder who was originally assigned the trip had been released by Scheduling (RLS is showing on their schedule) the release will not automatically follow the trip with the swap/pickup to the receiving flight attendant. The receiving flight attendant must call Scheduling to ensure the RLS code is added to the trip.

- Flight attendants cannot swap A-Days for trips in open time. However, once you have a trip as an A-Day, you can use the Move-Up process to move to a higher category trip, i.e. regular to Leader or LOD, domestic/int'l regular or Leader to regular transoceanic. However, A-Days cannot move-up to an alternate-day trip. *See Section 6.M and Appendix C for more detail regarding Move-Ups.*
- If you swap to place an A-Day block adjacent to another A-Day block, the individual blocks will retain their separate block identity. They can be swapped as individual blocks until 2 days prior to the start of the first block. At this time they will be automatically combined before the first running of A-Day preferences for the date two calendar days away.
  **Example:** You swap to place two 3-day blocks back-to-back, the 4-5-6 and 7-8-9. The blocks can be swapped as individual blocks until they are automatically combined into one 6-day block at 0200 on the 2nd.
- You can swap to place a block of A-Days before or after a scheduled trip. However, there must be an 11 hour buffer between the end of the A-Day and the trip or, if the trip precedes the A-Days the trip must release no later than 1700 the day before the A-Days.
  **Example A:** You have a trip that reports at 1130 and desire to swap to place an A-Day block before the trip. This is a legal swap for all bases in which the A-Day duty day is set at 0000-2359, since more than an 11 hour buffer is present between the end of the A-DAY at 2359 and the report time at 1130.
  **Example B:** You have a trip that is scheduled for release at 1630 and you desire to pick up an A-Day block the day following the trip. This is legal since the trip releases prior to 1700.
- If you swap to place a trip to immediately follow an A-Day block, it is considered a waiver for A-Day assignment purposes, of the 24 hour rest requirement following a transoceanic pairing.
- If an A-Day holder is assigned a trip that is subsequently jetway traded, both flight attendants in the swap retain partial A-Day obligations, ending or beginning at the split point. *See Section 6G Jetway Trades for more detailed information.*

- Operations permitting, within 1 calendar day of the date desired, A-Day holders can drop an A-Day (ADOT) using the TDOT (trip drop) procedures. A TDOT request is awarded in seniority order and can be for one, two or three days.

## 5.R A-Day Trip Guarantee

- Concurrent with the A-Day guarantee, an A-Day holder is guaranteed the scheduled value of the trip if time is lost due to daily operations, after departure and with a landing at another airport provided there are no availability requirements for the tripholders.

- An A-Day trip guarantee applies to single rotations only, and will pay the greater of the value of the trip actually flown, or the scheduled value of the trip at the time it was placed on your schedule.

| Flight Time Lost | Trip Guarantee |
|---|---|
| 1. If your entire trip cancels at or after report, or is shortened by a calendar day or duty period.... | **No** - You are returned to A-Day status to receive another assignment, or be placed on Airport STBY, or be released for a domicile break.<br>**NOTE:** If you are not released, any additional flying later that day/duty period will be calculated for legalities using your original report time of that day/duty period prior to the trip cancellation. |
| 2. If 'A' day cancels and the trip reports for duty at home base on the next calendar day... | **No** - You are returned to A-Day status and/or assigned another trip. |
| 3. If 'A' day reroutes to deadhead only during the first duty period to pick up the balance of the trip... | **Yes** - You are paid based on the value of the trip when put on your schedule or the value of the trip as actually flown, whichever is greater. |
| 4. If 'A' day has an attempt with no landing in another city or the duty period consists of only non-fly duty... | **No** - You are returned to A-Day status and/or assigned another trip. |
| 5. If you lose flight/credit time on a trip and arrive back into your home base within the same duty period as scheduled (requires a take-off from point of origination and landing at another airport)... | **Yes** - You are paid based on the value of the trip when put on your schedule or the value of the trip actually flown, whichever is greater. |
| 6. If you lose flight/credit time on your trip and you return to your home base **prior** to the original scheduled report time of the last duty period.. | **No** - You are paid the value of the trip actually flown and returned to A-Day status. |
| 7. If you lose flight/credit time on a trip which is extended an extra day... | **Yes** - You are paid based on the value of the trip when put on your schedule or the value of trip as actually flown, whichever is greater. |

- An A-Day trip guarantee, if applicable, is compared to the A-Day guarantee and the greater is paid.

**Example A:** An A-Day holder on a 3-day set completes a 2-day trip worth 10 hours and does not fly the 3rd day. The A-day holder will be paid 14:45 (10 hours for the 2 day trip, and 4:45 for the day that they were not used).

**Example B:** An A-day holder on a 3-day set completes a 3-day trip worth 16 hours. The A-day holder will be paid the 16 hours trip guarantee as it is greater than 14:15 guarantee for the three days that the trip operates over.

**Example C:** An A-Day holder on a 3-day set is assigned an 18 hour trip. The crew is rerouted on 'C' day and loses 5 hours block time. However the crew flies 1 segment on 'C' day, and arrives back in their base after their original report time, leaving no availability (AVL) requirements for the Tripholders. The trip is now only worth 13 hours. The A-Day holder is also paid 18 hours like the Tripholders under the trip guarantee policy. The A-day holder will be paid the 18 hours trip guarantee as it is the greater of the two (trip guarantee vs. 14:15 A-Day guarantee).

**Example D:** An A-Day holder on a 6-day set completes a 3-day trip starting on day one worth 15 hours. They are assigned STBY on day four worth 2 hours but not used, which is followed by a 2-day trip worth 10 hours on days five and six. The A-Day holder will be paid the 29:45 (15:00 + 2:00 STBY + 2:45 A-Day GUR + 10:00).

This page intentionally left blank.

CONFIDENTIAL DELTA 000903

**Section 6 - Schedule Changes**

| | | |
|---|---|---|
| 6.A | Schedule Changes - Definitions & Overview | 122 |
| 6.B | 1st Come 1st Served Open Time Process | 122 |
| 6.C | Trip Trade Balancer (TTB) | 124 |
| 6.D | Open Time and Language of Destination Positions (LOD) | 126 |
| 6.E | Pick-Ups – General | 126 |
| 6.E.1 | Pick-Ups From Open Time | 127 |
| 6.F | Swaps – General | 128 |
| 6.F.1 | Swaps With Open Time (1st Come 1st Served) | 130 |
| 6.F.2 | Swaps With Another Flight Attendant | 130 |
| 6.F.3 | Out-of-Base Pickups with the Swapboard (OBP) | 130A |
| 6.G | Jetway Trades | 131 |
| 6.H | Training and Meeting Swaps | 134 |
| 6.I | Dedicated and Regular Charter Swaps | 134 |
| 6.J | Access Day Swapping | 135 |
| 6.J.1 | Down-Line Trades | 136 |
| 6.K | Swapping Chart | 137 |
| 6.L | Trip Escalations | 138 |
| 6.M | Move-Ups | 139 |
| 6.N | Trip Coverage | 142 |
| 6.O | Out-of-Base Pick-Ups | 144 |
| 6.P | Transiting Midnight & A-Day Awards/Assignments | 144 |
| 6.Q | Intentionally Left Blank | 145 |
| 6.R | A-Day Coverage of Trips that Exceed Block Length | 145 |
| 6.S | 'Piggybacking' of A-Days | 146 |
| 6.T | Drafting Procedures | 146 |
| 6.U | Paid Personal Time Off (PPT) | 148 |
| 6.V | Trip and A-Day Drops Without Pay (TDOT & ADOT) | 150 |
| 6.W | Intentionally Left Blank | 151 |
| 6.X | Emergency Leave of Absence (ELOA) | 152 |
| 6.Y | Jury Duty / Court Appearances | 153 |
| 6.Z | 'Parking Trips & A-Days | 155 |

## 6.A Schedule Changes - Definitions & Overview

### Overview

- Changes can be made to a flight attendant's schedule in a number of ways. Some of the processes used include, but are not limited to: pick ups, escalations, swaps, move-ups, drops of trips/A-Days, Paid Personal Time (PPT), Managed Time Out (MTO), Emergency Leave, Jury Duty, Court Appearances, and trip coverage awards or assignments by Scheduling.

- Schedule changes can be accomplished in a variety of ways. Some can be done by the flight attendant alone while others require Scheduling assistance.
  **Exception:** During the running of PBS for the next bid period, changes involving trips on the last day of the current bid period and changes involving trips which spill over into the new bid period are temporarily restricted. The restricted time period is from the close of the bid until the initial release of the bid results. The release times vary by base or location.

## 6.B 1st Come 1st Served Open Time Process

- 1st Come 1st Served Open Time is available up to midnight one calendar day prior to the day of departure. This is termed the One Calendar Day Cutoff. For example, on Monday at 0001, 1st Come 1st Served open time is no longer available for swapping for all trips departing on Tuesday.
  **Exception:** Transoceanic 'Q' pairings are awarded (one time run of priority & regular pick-ups) 5 days prior to a day of operation at 1200 ET in seniority order. *See Chart in Section 4.E for more details.*

### Prior to the One Calendar Day Cutoff

- Once schedules are released, you can enter open time requests for the current and next bid period. Requests will be processed on a continuous basis beginning on the date and time posted in each base and in F.A.I.R. (Flight Attendant Information Reference, located in iCrew)
  **NOTE:** Pick-ups do not have priority over swaps in 1st Come 1st Served.

- The **1st COME 1st SERVED** entry template is used for open time requests of swaps and pick-ups and is processed immediately. Trips are awarded to the first submitted request that would allow a legal award.
  **Exception:** Transoceanic 'Q' pairings are released 5 calendar days prior to a date of operation and there is a one time seniority pick-up process run at 1200 noon ET. In iCrew, use entry template **Q*LF P/U (5 DAYS OUT)**.

- Prior to one calendar day, if the leadership position is available on your trip, and you would like to escalate, you will need to use the swap template.

### After the One Calendar Day Cutoff

- One calendar day prior to the date of operation, 0001 local base time, '1st-Come-1st -Served' open time ceases for that date. For example, at 0001 on Monday, open time is no longer available for trips departing on Tuesday.
- Within the 1 calendar day period prior to the date of operation, Scheduling, **using system seniority**, will assign flight attendants to trips using the Trip Coverage Procedures as noted in Section 6.N.
- The entry template **PU/ESC (W/IN 1 CAL DAY)** is used for pick-ups and escalations that are to be worked after the 1 calendar day cut-off. Separate templates are used for move-ups and out-of-base pick-ups.
- The entry template **PU/ESC (W/IN 1 CAL DAY)** can also be used for requests that remain active to be worked at a later date. You must resubmit requests for trips that change pairing number via the transition replacement process. Also, trips that are split by position have a duplication number, e.g. 1401-1, 1401-2, etc. and all swap, pick-up, and move-up requests should indicate the correct 'dupe' number.
- All open time pick-ups, escalations and move-ups available within the one calendar day period will be processed by Scheduling. If you desire to pick-up, escalate on, or move-up to a trip within the one calendar day period prior to the trip operating, submit your request using the appropriate entry template. Requests submitted before 0900 local time will be included in the first automated Pick-Up/Escalation running. *(See the Symbols section in the Glossary, page G17 for a list of the specific symbols to use when requesting leadership or regular, and/or the position order in which you wish them awarded.)*
  **NOTE:** During irregular operations when staffing is critical Scheduling will at times take direct calls from volunteers to take open trips. This is after pick-ups have been run.
- An escalation allows a flight attendant to escalate to a purser or flight leader position on a trip in which they are occupying another position. A move-up is a swap processed by Scheduling 'moving' a flight attendant 'up' to a specific qualification *on a different trip* (to purser, flight leader, language, or transoceanic) within one calendar day prior to the day of departure.

### The '15 Minute' Rule

- After 1600 the day before departure, and up until 2:30 before a trip report time (3:30 in NYC & LAX), when positions come available in open time, Scheduling will wait at least 15 minutes before covering the trip using the standard trip coverage procedures.
  **NOTE:** Scheduling may suspend this process during IROPs or periods of otherwise high demand.

**Which Schedule Change Template to Use:**

- The following chart can be used as quick reference to determine what template to use when you are trying to adjust your schedule:

| To pick-up, or swap with: | Use: |
|---|---|
| Open Time outside 1 calendar day prior to the date of operation | 1st COME 1st SERVED |
| Another flight attendant | iCrew Swapboard |
| **To escalate:** | **Use:** |
| To leadership outside 1 calendar day….you must PICKUP or SWAP | 1st COME 1st SERVED |
| **To pick-up or escalate only:** | **Use:** |
| Within the 1 calendar day period prior to the date of operation | PU / ESC (W / IN 1 CAL DAY) |
| **To move-up** | **Use:** |
| A 'swap' to a specific qualification within 1 calendar day worked by Scheduling…. | MOVE-UP |
| **To pick-up:** | **Use:** |
| Out-of-base within 1 calendar day | OUT OF BASE P/U |
| Q* Load Factor - 5 Days Out | Q*LF P/U (5 DAYS OUT) |

## 6.C Trip Trade Balancer (TTB)

- The Trip Trade Balancer (TTB) is an automated program designed to support efficient use of crew resources by balancing the number of open positions with the number of A-Day flight attendants. The state of base staffing is reflected in the TTB. It tracks the number of trips in open time and the number of A-Day flight attendants that are available.
- The Trip Trade Balancer is used to govern and restrict the number of trips that can be swapped with open time on any given day. This is based on a pre-determined maximum number of duty periods allowable in open time and is based on known operational/ historical data. As Open Time fluctuates due to the continual swapping of trips, so will the number associated with each date on the TTB. The difference column reflects an overage or shortage of flight attendants necessary to support the operation.
- When days are capped and have reached their pre-determined limit, the computer will still award an equal day, same date swap(s). For example, a 3-day trip on the 10th can be swapped for another 3-day on the 10th.
- Additionally, when swapping for different days, the Trip Trade Balancer recognizes lesser and greater capped days and will only award a swap that provides an overall equal or positive impact.
**NOTE:** When calculating the value of your trip vs. the trip you are trying to swap for, any days which have a positive value associated with them are not counted in the calculation. You ONLY ADD UP the days which have negative values associated with them in your calculation.

- The TTB can be found in iCrew by clicking on 'Bid Information', then by clicking on "FAIR", followed by clicking on 'Trip Balancer'.

**Example:**

| Day / Date | Available | Used | Required | Difference |
|---|---|---|---|---|
| SAT 25 MAY | 110 | 20 | 125 | 5 |
| SUN 26 MAY | 100 | 17 | 125 | -8 |
| MON 27 MAY | 80 | 0 | 95 | -15 |
| TUE 28 MAY | 90 | 6 | 80 | 16 |
| WED 29 MAY | 90 | 0 | 80 | 10 |
| THU 30 MAY | 90 | 0 | 85 | 5 |
| FRI 31 MAY | 90 | 0 | 105 | -15 |

In reference to the table above:

**Available** – The number of A-Day flight attendants available on a given day that have not yet been assigned, minus the number of trips in Open Time that touch that day.

**Used** – The number of flight attendants that have already been given an assignment that touches that day.

**Required** – The planned required number of A-Day flight attendants for a given day.

**Difference** – The **available** A-Day flight attendants plus the **used** A-Day flight attendants, minus the **required** A-Day flight attendants.

- Certain days of the year are considered Blackout Days for swappping. Blackout Days are pre-determined days on which some swapping flexibility is restricted in order to protect the operation. The Blackout Days are: New Years Day, Independence Day, Labor Day, Halloween, Thanksgiving Day, Day after Thanksgiving, Day before Christmas Eve, Christmas Eve, Christmas Day, and New Year's Eve. Same day/date trades will however, continue to be awarded.
  **NOTE:** In the Trip Trade Balancer, if the blackout day is a positive number, swaps will still go through as long as all other parameters are met for swapping.
- When swapping with open time, for the purposes of the TTB, a duty period which transits midnight will be considered as operating totally on the date of the local departure time for that duty period.

**Example:** The report time for the trip below is 2235. The duty period, originating and departing on day 'A' would be considered as operating totally on day 'A'.

| Day | Flight | Depart / Arrives | Block | Equipment |
|---|---|---|---|---|
| A | 589 | ATL 2335/BOS 0205 | 2:30 | 737 |
| | 500 | BOS 0300/ATL 0528 | 2:28 | |

## 6.D Open Time & Language of Destination Positions-LOD

- Every attempt will be made to staff all designated language positions, including sending them to another base for coverage if resources are available. Language positions are an important customer service provision for passengers in the local languages of all the destinations Delta serves, but they are not mandatory.

- In the event an LOD position is unable to be covered with an LOD flight attendant, any remaining open LOD positions for each specific language will be converted to regular positions. After 15 minutes, trip coverage will be processed again for the open regular position(s).

  - As additional LOD positions come into open time, the same procedure noted above will be applied.
  - If the last position comes into open time, the drafting of an LOD qualified flight attendant may be necessary.

## 6.E Pick-Ups - General

- You can pick up trips in accordance with F.A.R. and Delta duty time limitations and rest requirements. *See Section 6.O for information on Out-of-Base Pick-Ups.*

- Flight attendants can pick up any trips for which they are qualified and hold the necessary passport/visas.

- A pick-up that places an A-Day to follow a transoceanic pairing automatically waives the scheduled 24 hour rest to an 11 hour rest (or a 14 hour rest if the preceding transoceanic duty period is scheduled over 14 hours). This only waives the Delta 24 hour rest following a transoceanic trip but will never waive an FAA 24 in 7 rest requirement. The pick-up request will be denied if the FAA, or Delta, 24 in 7 rest requirement is not met.

- Priority pick-ups can be chosen as a pay protection option or given as a result of a Scheduling error and are always processed before regular pick-ups. They do not have any priority in the 1st Come 1st Served process but do maintain priority for transoceanic loadfactor pairings (Q* pairings) 5 days out, and during the day prior to, and the day of operation.

## 6.E.1 Pick-Ups From Open Time

**Submitting Pick-Up Requests – Immediate Results**

- You can enter pick-up requests for the current and next bid period once schedules are released using the **1st COME 1st SERVED** open time process. These requests are worked immediately in the computer. Additionally, requests in **1st COME 1st SERVED** open time cannot be stored in the computer in advance of the open time release date. Only one entry request at a time can be entered using 1st COME 1st SERVED open time.

**Submitting Pick-Up Requests – To Be Held for Future Dates**

- If you want a pick-up request held for a future date (sometimes called a 'blind request'), use the **PU / ESC (W / IN 1 CAL DAY)** template. For these requests, you can list multiple dates/trips on one request however, any award will void the remaining choices listed on the request. For all requests, the first trip worked or listed that is available and legal will be awarded.

**Pick-Up Awards**

- Before the one calendar day cutoff, prior to a date of operation, all pick-up requests are worked immediately as part of the 1st Come 1st Served process.

- After the one calendar day cutoff, all pick-ups are worked in the trip coverage process on a continuous basis in seniority order for every open position that becomes available.

- Once you are awarded a pick-up, trip coverage will not be reworked if a trip you originally preferred becomes available later in the pick-up process.

**Awarded with No Contact**

- After the one calendar day cutoff, if your request is entered to remain active and you are awarded a pick-up **prior to 1600** local base time the day before departure, the trip will be placed on your schedule. It is your responsibility to check your schedule for the award. Scheduling will not contact you regarding these awards.

**Awarded After Contact**

- Pick-ups awarded **after 1600** local base time the day before departure will be made with phone contact only. Once notified, you have the option to accept or decline. Only two calls will be made, one each to the first two phone numbers listed in iCrew and if you are not immediately reached Scheduling will proceed to the next request.

- If you are on a trip when awards are made after 1600 local base time the day before departure and the trip can be legally awarded to you, Scheduling will attempt to contact you and will hold the trip up to a maximum of 3 hours after your block-in.

## 6.F Swaps - General

- You can swap trips in accordance with applicable F.A.R. and Delta flight and duty time limitations and rest requirements.

- Flight attendants can swap any trips for which they are qualified and hold the necessary passport/visas. *See Section 4.H–Schedule Build/Bidding for swapping restrictions during the PBS Freeze.*

- A swap that places an A-Day to follow a transoceanic pairing automatically waives the scheduled 24 hour rest to a minimum 11 hour rest (or a minimum 14 hour rest if the preceding transoceanic duty period is scheduled over 14 hours). This only waives the Delta 24 hour rest following a transoceanic trip but will never waive a required FAA 24 in 7 rest requirement. The swap will be denied if the FAA, or Delta, 24 in 7 rest requirement is not met.

**Domestic Trips**

- You can swap domestic trips for transoceanic trips in Open time and vice versa as long as you have the required qualifications.

- A domestic Flight Leader position can be swapped for any other position in Open Time subject only to the Trip Trade Balancer parameters. Or, a domestic Flight Leader position can be swapped with another Flight Leader-qualified flight attendant.

**Transoceanic Trips**

- You can swap a Purser, Service Leader 'B' or transoceanic regular position for a transoceanic LOD position (if qualified), a domestic Flight Leader or a domestic regular position.

- Transoceanic trips can be scheduled back-to-back over a 7 day period (e.g. a 4-day followed by a 3-day) through swapping. There must be a scheduled 24 hour break, release to report, <u>either within the first trip or between the two trips</u>. The 24 hour rest cannot be the last layover opportunity preceding the 7th day. *See Section 1.Z.3 for more details.*

**Language of Destination (LOD)**

- An LOD qualified flight attendant can ONLY swap with another LOD flight attendant qualified in the same language.
- You can swap for a transoceanic LOD position if you are language qualified and have the required qualifications. If you are qualified in more than one language, you can swap in open time for language positions in those other languages.
- An LOD qualified flight attendant can swap an LOD position with open time for another LOD position as noted below. If the trip has:
  - 4 or 3 LOD bid positions it can drop to 2 LOD through open time;
  - 2 LOD bid positions it can drop to 1;
  - 1 LOD bid position can't swap off the last remaining LOD position
- You cannot swap LOD positions for Leadership or regular (non-LOD) positions on other trips in open time.
- You can voluntarily escalate to the Leader position (Purser A, B, or Flight Leader) on the same trip as long as you are not the only remaining LOD position-holder of a specific language, or the only LOD-qualified and there are other Leaders to escalate.
- You can be involuntarily escalated to the Leader position (Purser A, B, or FL) on the same trip as long as you are not the only remaining LOD position-holder of a specific language or the only LOD-qualified flight attendant. If you are the only remaining LOD position holder of a specific language and are Leader-qualified, you will be by-passed in the involuntary leader escalation process, and the next most junior Leader-qualified will be escalated.
  **NOTE:** The LOD-qualified holding regular positions will always be escalated in reverse-seniority order before a FA holding an LOD-bid position. If you are the only LOD and the only Leader you (or the junior if the trip has more than one bid position language) will be escalated.
- A flight attendant who has voluntarily escalated to the Leadership position from an LOD position on the same trip is said to be holding a dual qualified position. You can only swap with another FA who is qualified as both a Leader and in the same language.

**Military Charters, Inaugurals, & Trips with OAL Deadhead Seats**

- Once awarded you cannot swap a Transoceanic Military Charter. Transoceanic military charters are awarded as pick-ups and move-ups on a system-wide seniority basis. Any such swaps will be reversed and the flight attendants subject to Performance Development.
- Inaugural or other seasonal pairings which require advance OAL (other airline) bookings must be ticketed name specific and these tickets cannot be changed after they are purchased. The process of acquiring the OAL tickets begins as soon as schedules are released or the trip is taken from open time. Once the ticketing is complete, the trips are locked onto the schedules and all swapping will be blocked.

## 6.F.1 Swaps With Open Time (1st Come 1st Served)

**Continuous Daily Processing**

- You can only swap for trips with the same or greater trip length as defined by the Delta trip definition. Once awarded a trip through the 1st Come 1st Served process, the results are instantaneous and cannot be reversed. *For more information on trip length*, *see Section 4.B.*
- You can swap for pairings originating in different bid periods once schedules and open time are released for the new period. You can swap trips either into or out of the current bid period. You can submit choices for trips departing in either bid period on the same request.
- You can not swap with Open Time if your trip has an approved deviation from scheduled deadhead. You must notify Scheduling to reflect the original deadhead prior to submitting the swap.
- You can swap a load factor pairing for a regular pairing or another load factor pairing, but you cannot swap a regular pairing for a load factor pairing. Load factors are designated 'L', 'Q', and the 800-900 series, e.g. L012, Q013, 801, 902, etc.

## 6.F.2 Swaps With Another Flight Attendant

- Flight attendants can swap trips with any other flight attendant in their base, as long as they are qualified and hold the necessary passport/visas.
  **Exception:** You can Jetway Trade portions of trips, either drop or pick-up, with flight attendants from other bases. *See Section 6.J for more details on Jetway Trades.*
- Both flight attendants involved must agree with the swap request. The flight attendant who initiates the swap accepts all responsibility for ensuring agreement.
  **NOTE:** By posting on the iCrew swapboard, you are giving anyone permission to swap the posted trip assuming all the stated conditions have been met.
- When swapping with another flight attendant, all parties involved are equally responsible for verifying the swap award or denial in the computer. If there is a dispute about the swap, see your local base management. It is not the responsibility of Scheduling to reverse flight attendant to flight attendant swaps.
- The 'Friends List' allows you to authorize up to 50 flight attendants in your base to swap, drop, or pick-up trips from your schedule at any time. You are responsible for schedule changes made by anyone on your 'Friends List'.

- You can enter a swap request up until report time of the first trip or standby involved (includes trips while on A-Days). The requests are worked immediately in the computer. A pop-up screen will appear for you to acknowledge for a current day swap request. **NOTE:** If either or both of you have already signed-in or deviated from deadhead, you will need to contact Scheduling to remove your sign-in(s) and/or deviations for a swap to be approved. Then you must both sign-in again for the swapped trips.
- If the swap involves A-Days, they must be swapped prior to the start time of the first A-Day.
- Flight attendants on known extended sick leave (UPS, OJI, etc.) cannot enact or accept trip or A-Day swaps to their schedule unless there is a signed doctor's release indicating the well-date, or the flight attendant has returned to work and has flown one trip. **NOTE:** Any such swapping or picking-up of trips or A-Day blocks onto a schedule that subsequently is extended sick, OJI, etc. will be subject to review. All such swaps will be reversed to the extent possible and all the flight attendants involved will be subject to performance development.

### 6.F.3 Out-of-Base Pickups with the Swapboard (OBP)

- OBP are pickups via the Swapboard that involve a rotation that are originating at a base other than yours.
- All rotations posted on the Swapboard for pickup that meet the OBP criteria below will be eligible for pick-up by flight attendants in other bases on a first come first served basis. Beginning on the 22nd of each month at 1400 ET, OBPs for the next month will begin to be processed.
- All eligible rotations will be 'held' in base for a pre-determined period of time to allow flight attendants within that base the first opportunity for pick-up. That time period (countdown clock) is determined by the amount of time from the posting until report time of the rotation. The 'countdown clock' is visible on the Swapboard to indicate if a rotation is eligible for OBP.
  a) A swap request posted at least 81 hours prior to report will be held in base for 60 hours before becoming available for OBP.
  b) A swap request posted 24:00-80:59 before report will be held in base on a sliding scale. (See Appendix F for sliding scale)
  c) A swap request posted 3:00-23:59 before report will be held in base for 3 hours.
  d) A swap request posted 3:00 or less before report will NOT be available for OBP.
- Rotations that are picked up as OBP cannot be swapped with friends or Open Time. OBP rotations can be reposted for pick-up to the Swapboard. The rotation will be reposted to the Swapboard of the base where the rotation originates. When reposted, the countdown clock begins again.

- Only individual trips, including Jetway Trades (JWTs), are eligible. The following are **NOT** eligible:
  a) Swap with friends
  b) Any swaps. However, a posting for a Pick-Up or a Swap will allow the Pick-Up to be processed.
  c) Trips with attachments
  d) A-Days or trips assigned over A-Days
  e) Trips reporting within 3 hours
- Flight attendants can request PPT or a drop for an OBP rotation.
- If a rotation is dropped from a flight attendant's schedule for any reason, it will return to Open Time of the base where the rotation originates.
- Flight attendants on an OBP cannot move up to another rotation.
- Flight attendants can escalate on an OBP rotation only after all in base flight attendants have had the opportunity to do so.
- In the event that you lose time on an OBP rotation, and CALL goes on your schedule, you will not have the option to go on availability. Instead, you will be granted a priority pickup in your base for future use and CALL will be removed from your schedule.

**Intentionally left blank**

## 6.G Jetway Trades

- A jetway trade is a swap between flight attendants to divide the working segments of a trip into two portions. There can be only one 'split' to any rotation. Each flight attendant is individually responsible for their portion of the trip. Jetway trades must be submitted to Scheduling using the appropriate form in iCrew.
- Flight attendants can jetway trade portions of their trip with any other flight attendant, as long as they are qualified and hold the necessary passport/visas.
- You may Jetway Trade a rotation that has been assigned while on A-Days, but it will only be granted if both FAs are from the same base.
- Flight attendants in any base or AFP location can jetway trade portions of their trips **to** any other flight attendant. However, the split point must be in a base city or an approved exception location (DAL, DCA, DEN, DFW, LAS, MDW, MEM, OAK, PHX, SJC).
- A jetway trade involving an AFP trip or an exception location requires a physical handoff between the two flight attendants. If the receiving flight attendant does not report for the handoff, the flight attendant who started the trip is obligated to complete the remainder of the trip as scheduled.
- Jetway trades will be processed **no earlier than 2 calendar days** prior to report time of the trip involved, and **no later than 4 hours** prior to the report time of the trip or of the split-segment, e.g. the report time for the first flight of the 'back-end' of the trade. Flight attendants are responsible to check their schedules for all jetway trade awards.

**Example:** An ATL F/A on a 3-day trip transits CVG on B-day with a departure out of CVG at 1800. She wishes to jetway trade the 1800 departure and the remaining portion of the trip to a CVG flight attendant. The trade request must be submitted by 1300 which is 4 hours prior to the report time of 1700.

- Jetway trades cannot be combined with any other rotation on a flight attendant's schedule.

- The 4:45 minimum duty period credit (MDC) will not apply for duty periods split by a jetway trade. 1 for 3.5 trip credit (TRP) will not apply to any pairing involved in a jetway trade.

- If a jetway trade with no MDC or TRP credit time is subsequently swapped to another flight attendant or placed back into open time due to sick/OJI, etc., any eliminated credit time is not reinstated.

- No additional deadhead time will be added to the jetway trade for the purposes of getting to or from the split point.

- The two flight attendants involved in a jetway trade must ensure they have communicated clearly regarding the split point and coverage of the trip.  No physical contact to 'hand-off' the trip from one to another is necessary, except a JWT involving an AFP trip or an exception location (DAL, DCA, DEN, DFW, LAS, MDW, MEM, OAK, PHX, SJC).

- The 'front-end' pairing will be scheduled for release 15 minutes after the final flight and the report time of the 'back-end' pairing will be 1 hour prior to the first departure leg.

- Scheduling will process a JWT request which leaves one of the split portions with only a deadhead segment(s), but such a deadhead-only segment(s) will be cancelled.

- Scheduling will not process a jetway trade request if you have a TDOT or PPT request in for the complete trip. Once you withdraw the request, the trade can be processed.  You also cannot drop (TDOT or PPT) a jetway trade portion of a trip.

- Move-ups and swaps with open time that involve a jetway trade will not be processed.

- It is the responsibility of the flight attendant involved in the jetway trade to inform the Flight Leader about any split that will occur during a trip. If the Flight Leader is performing the jetway trade they should ensure a proper briefing is completed or that the crew is aware of the split.

- If either portion of a jetway trade cancels or is rerouted requiring pay protection, any pay protection will be based on the value of the trip portion at the time of the cancellation or reroute.

- If a jetway trade is rerouted, you must call scheduling to have the MDC and TRP reinstated. The rescheduled rotation is able to be split again as a 'new' rotation. Any MDC or TRP are again removed from the pairings.

- If the first trip portion of the jetway trade is rerouted prior to the split point of the trade, the originating flight attendant is required to complete the reroute. The second flight attendant is also obligated to any subsequent reroute or replacement flying given by Crew Tracking. If there is no reroute or replacement flying given to the second flight attendant, normal pay protection options will apply.

- If a JWT cancels or shortens by reroute, normal pay protection options apply as noted in Section 3.B. Should you choose availability, you must serve the availability period in the base or location where the trip originated, unless by mutual agreement with Scheduling another base or location is chosen. The repositioning will be the responsibility of the flight attendant and will not add pay/credit time to the alternate flying.

- If an A-Day holder is on a trip that is subsequently jetway-traded, both flight attendants in the trade retain partial A-Day obligations for that day, ending or beginning at the scheduled split point (i.e. the respective scheduled release and report times). All normal A-Day parameters apply to both flight attendants, such as the airport release and possible piggy-backing for the 'back-end' trip portion if time remains in the A-Day.

- Any A-Day trip that is jetway-traded loses the A-Day guarantee of 4:45 from the day on which the split is made. However, any intact and complete duty period days of either A-Day portion retains the 4:45 A-Day guarantee.
  **Example:** An A-Day flight attendant on a 3-day trip decides to Jetway trade with another flight attendant, splitting the flight segments on day two. The original A-Day flight attendant receives no less than 4:45 for day one, plus any actual block time flown on day two. The 2nd flight attendant receives block time only flown on day two and no less than 4:45 for day three.

- An A-Day holder who trades a portion of their trip away, and has remaining A-Days, is still responsible for any remaining A-Days in the block.

## 6.H Training and Meeting Swaps

- Continuing Qualification (CQ) training dates can be swapped for an open seat on an alternate date with the CQ Table under 'CQ Training Swap with Table'. This is found in iCrew under: Bid Information / Training / Continuing Qualification / CQ Training Swapping.
- Continuing Qualification training (CQ) dates can be swapped with other flight attendants under the category 'Status Swaps Between Flight Attendants' in iCrew.
- Swaps are immediately processed in the computer and must be swapped within the same month. An asterisk (*) next to a CQ date late in the month indicates dates restricted for bidding, for those flight attendants approved to attend in the 13th month.
- Aircraft Training and meeting dates can be swapped between flight attendants if the request contains the same training or meeting types. Use 'Status Swap' to complete this swap.
- A swap can place a training date on the 7th consecutive calendar day with no scheduled 24 in 7 rest, providing the flight attendant receives an actual 24 hour rest before any flying duty.
- A swap will be denied if a requested training date is on any part of a flight attendant's only scheduled 24 in 7 rest between trips.
- A swap will not be approved if a flight attendants only scheduled 24 in 7 rest is on a layover and there is no subsequent trip on the schedule that can be dropped if the actual rest on the layover subsequently drops below 24 hours during the operation.
- Training and meetings do not affect duty for FAA and Delta purposes, however training and meetings also do not qualify as rest.
  **Example:** A flight attendant requests to schedule a 4-hour meeting following a 12 hour domestic trip duty day. It is legal for duty purposes, as the meeting is not considered duty by the FAA, however, there must be an uninterrupted legal rest break following the meeting (e.g. 11 hour scheduled domicile rest before subsequent flying).

## 6.I Dedicated and Regular Charter Swaps

- Only flight attendants in the Dedicated Charter Program can swap their dedicated charter trips with other flight attendants in that same dedicated group. *See the Charter parameters in the IFS Operations Handbook on the portal for details.*
- Regular or Non-Dedicated charter trips may be swapped to any charter qualified flight attendant.
- You cannot swap a transoceanic military charter once awarded, but you can swap a domestic military charter.

## 6.J Access Day Swapping

- You can submit requests for A-Day swaps with other flight attendants for the next bid period once final schedules are released for the new month.
- You can swap your block of A-Days with another flight attendant. The swap can be your A-Days for a trip, a block of A-Days for another block of A-Days, or a drop/pick-up of a block of A-Days. There is no minimum number of A-Days you must maintain, or a maximum allowable number assuming legalities are met, for a bid period after the initial bid award.
- You can not swap A-Days which would result in your being on A-Day status more than 6 consecutive days without a scheduled 24 hour rest.
  **NOTE:** For blocks of greater than 6 days in bases that require them, Scheduling will ensure the 24 in 7 rest requirement is met in all assigned trips.
- You can swap to combine trips and A-Day(s) in any 7 consecutive calendar days but must have a scheduled 24 hour rest period within each 7 day period.
- If an A-day block is broken by a trip or a non-flying status, then you can swap or drop A-Days that remain in the block. After a trip has been flown on an A-day, or after standby (STBY) is completed, any remaining A-Days can be swapped to another flight attendant as a smaller block of A-Days.
  **Example A:** You have 3 A-Days and fly a turnaround on the first A-Day arriving back in domicile at 1930 hours. If you are given no additional flying you can swap the two remaining A-Days to another flight attendant.
  **Example B:** You have 3 A-Days and are assigned standby (STBY) from 1000 to 1359. After standby is completed at 1400, and you have been released for a domicile rest, you can swap the remaining A-Days to another flight attendant.
- Once an A-Day holder has a trip placed on their schedule, the trip can be swapped with another flight attendant up to report time. A-Day obligations remain with the trip (according to the trip definition) and begin at the time the trip is swapped.
  **Example A:** You pick-up a trip from an A-Day holder at 1500. The report is 2100 and the A-Day was not released to report. You are now 'on-call' at 1500 (the time of the swap) in the event Scheduling must contact you.
  **Example B**: You pick-up an all-nighter turnaround trip from an A-Day holder on the first day of their 3-day block releasing in base at 0600 on the 2nd morning. Since it is a 1-day trip by trip definition, your obligation is completed after the trip is released and the 'giving' flight attendant is responsible for the two complete remaining A-Days.

- If you swap to place an additional A-Day adjacent to other existing A-Days, all days are considered to be a single block; e.g. a 3-Day block with a swap that adds a 1-Day block becomes a 4-day block and you are now eligible for a 4-day trip.

- You can swap to place a block of A-Days before or after a scheduled trip. However, there must be an 11 hour buffer between the end of the A-Day and the scheduled report time of the trip or, if the trip precedes the A-Days, the trip must release no later than 1700 the day before the A-Days.
  **Example A:** You have a trip that reports at 1130 and desire to swap to place an A-Day block before the trip. This is a legal swap for all bases in which the duty day is set at 0000-2359 since more than an 11 hour buffer is present between the end of the A-DAY at 2359 and the report time at 1130.

- If an A-Day holder is assigned a trip that is subsequently jetway traded, both flight attendants in the swap retain partial A-Day obligations, ending or beginning at the split point.

## 6.J.1 Down-Line Trades

- Flight attendants on layovers in AMS or NRT, on rotations from the same base, and performing the same role on their trips (e.g. Purser 'A' position trading with Purser 'A' position, 'B' with 'B', LOD with same LOD, regular with regular, regular with LF, K, or Q, etc.) can swap their return segment with each other. The status code 'DLT' will appear on each flight attendant's schedule.
  **NOTE:** For NRT down-line trades, Interport or 'South' flying can also be included in the trade.

- Down-line trades must be requested by phone by both flight attendants. The trade will not be completed until the second FA has spoken to Scheduling. Requests can be processed on arrival into AMS or NRT and no later than 4 hours prior to the report time of the first departing segment. There is a limit of one down-line trade per trip.

- All duty and trip rigs will apply to both trips, and the trips will pay the greater of the scheduled or actual block time of the completed down-line trade. Down-line trades that increase or reduce the guarantee value of a trip will be adjusted accordingly.

- The trade may involve an A-Day assignment, but the A-Day holder must return earlier than scheduled, unless the down-line trade involves their last A-Day.

## 6. K Swapping Chart

| Swap | For | Allowable Swap? |
|---|---|---|
| Regular or Variable Staffer (K and 7000 prs) | Regular – for same or greater trip length | Yes |
| Regular or Variable Staffer (K and 7000 prs) | Purser/Flight Leader – same or greater trip length | Yes |
| Regular or Variable Staffer (K and 7000 prs) | LOD – same or greater trip length | Yes |
| Regular or Variable Staffer (K and 7000 prs) | Variable Staffer (K and 7000 pairings) | Yes |
| Regular or Variable Staffer (K and 7000 prs) | Load Factor ( L, Q, and 800/900 pairings) | No |
| Load Factor (L, Q, and 800/900 pairings) | Regular or Variable Staffer (K and 7000 pairings) | Yes |
| Load Factor (L, Q, and 800/900 pairings) | Load Factor (L, Q, and 800/900 pairings) | Yes |
| Domestic | Transoceanic* | Yes |
| Transoceanic* | Domestic | Yes |
| Purser/Flight Leader | Purser/Flight Leader – same or greater trip length | Yes |
| Purser/Flight Leader | LOD – for same or greater trip length | Yes |
| Purser/Flight Leader | Regular - for same or greater trip length | Yes |
| Purser/Flight Leader or LOD | Load Factor | No |
| LOD | LOD | Yes (See Sect. 6.F for allowable LOD swap minimums) |
| LOD | Regular | No |
| LOD | Purser/Flight Leader | No |
| A-Days | Trips/A-Days *with other flight attendants* | Yes |
| A-Days | Trips in Open Time | No |

*Transoceanic includes Non-Stop Segments >12 Flight Hours and Ultra Long Range Pairings

## 6.L Trip Escalations

- An escalation is the awarding or assigning of the Purser (A or B)/Flight Leader position on the same trip already being flown, within the 1 calendar day time period prior to the date of operation.

**Voluntary Escalation**

- You can submit a request to escalate within the 1 calendar day time frame using the PU / ESC (W / IN 1 CAL DAY) template. You will be notified by Scheduling via your CNO preferences of any escalation awards.
- A qualified Purser/Flight Leader in an LOD position can request to be escalated provided there is at least one other same-language LOD flight attendant on the trip at the time the process is initiated.
- You can list multiple dates/trips on one PU/ESC (W/IN 1 CAL DAY) request, however, any award on this request will void the remaining choices listed.
  **NOTE:** Outside of 1 calendar day, you must swap for a leader position using the 1st Come 1st Served template, even when you are on the same trip. Inside the 1 calendar day time frame, a separate pick-up/escalation request must be entered using the PU / ESC (W / IN 1 CAL DAY) template. This request can be entered in advance for a specific date and it will be held in the system until the 1 calendar day timeframe commences for that specific date.
- At or near report time, Scheduling will accommodate an escalated Purser (A or B)/Flight Leader to swap positions with another qualified flight attendant on the pairing should they desire the position. Scheduling will also accommodate an escalated non-qualified flight attendant in the same way. However, scheduling will NOT allow a non-qualified flight attendant to swap for the leadership position with a qualified Purser/Flight Leader.

**Involuntary Escalation - Purser**

- If no Purser qualified flight attendants are available to be assigned to an open Purser position (A or B), the most junior Purser qualified flight attendant on the crew will be escalated to the vacant Purser position. The resulting open regular position will then be subject to the Trip Coverage process.
  **EXCEPTION:** A Purser qualified flight attendant in the 'B' position will only be involuntarily escalated to the 'A' position if there are no other Purser qualified flight attendants on the crew.
- If no Purser qualified flight attendants are available to be assigned to an open Purser 'A' position, and there are no Purser qualified flight attendants on the crew, drafting procedures will be implemented. See Section 6.T – Drafting Procedures.

- If no Purser qualified flight attendants are available to be assigned to an open Purser 'B' position, and there are no Purser qualified flight attendants on the crew, the most senior non-qualified flight attendant (among those either already on the crew or next to be assigned, and excluding the Purser 'A') will be escalated to the Purser 'B' position. Any vacated position will then be subject to the Trip Coverage process.
- Involuntary escalations to vacant Purser positions prior to departure of the trip may include the escalation of flight attendants working the same flight segment but that are on a different rotation(s). IFS Scheduling will cover such vacancies.
- For a Purser **'A'** mid-rotation vacancy such as SICK, OJI, ELOA, etc., Crew Tracking will:
  1) escalate the most senior Purser qualified volunteer
  2) involuntarily escalate the most junior Purser qualified flight attendant (**NOTE:** the Purser 'B' will only be involuntarily escalated if there are no other Purser qualified flight attendants on the crew)
  3) involuntarily escalate the most senior flight attendant
- For a Purser **'B'** mid-rotation vacancy such as SICK, OJI, ELOA, etc., Crew Tracking will:
  1) escalate the most senior Purser qualified volunteer
  2) involuntarily escalate the most junior Purser qualified flight attendant, excluding the Purser 'A'
  3) involuntarily escalate the most senior flight attendant, excluding the Purser 'A'

**Involuntary Escalation – Flight Leader**

- If no Flight Leader qualified flight attendants are available to be assigned to an open Flight Leader position, the most junior Flight Leader qualified flight attendant on the crew will be escalated to the 'A' position. The open position will then be subject to the Trip Coverage process.
- If no Flight Leader qualified flight attendants are available to be assigned to an open Flight Leader position, and there are no Flight Leader qualified flight attendants on the crew, the most senior non-qualified flight attendant (among those either already on the crew or next to be assigned) will be escalated to the 'A' position. Any vacated position will then be subject to the Trip Coverage process.
- For domestic/international flights which do not have a designated 'A' position due to reroute, piggybacking, etc., the most senior Flight Leader qualified volunteer will work in the Flight Leader position. If there is no volunteer, the most junior Flight Leader qualified flight attendant will work in the Flight Leader position. **NOTE:** When there is no designated 'A' position, it is the responsibility of the flight attendant who worked the Flight Leader position to notify Scheduling or Pay Support.

- For domestic/international flights which have two or more designated 'A' positions due to reroute, piggybacking, etc., the flight attendant who was designated as 'A' on the bid rotation will retain the position for working purposes.  However, all flight attendants designated as 'A' will receive Flight Leader pay for the segment.

## 6.M Move-Ups

- A move-up is a swap into a leader, language, or transoceanic regular position in Open Time one calendar day or less in advance. See Appendix C for a comprehensive move-up chart.
  **NOTE:** For move-ups involving Transoceanic Military Charters, please refer to Section 9.J.
- Move-up requests must list specific trips in order of preference and the first choice available will be awarded. Multiple dates/trips can be listed on one request in the move-up template, however any award voids all other choices listed in the same request.
- You must move-up to a trip of the same or greater length as defined in Section 4.B. A move-up request can consist of multiple trips, but all trips you are wishing to move off of must be of a lower category than the trip you are trying to move on to, as defined in Appendix C.
- You cannot move-up from a jetway trade.
- When possible, submit move-up requests more than one calendar day in advance of the report time of the desired trip. You can continue to submit move-up requests within the one calendar day window, as Scheduling will generate a new list of requests as additional openings occur. However, requests submitted after a request list is generated by Scheduling (even if the trip is still visible in Open Time) will not be considered.

**Day-for-Day Move-Up Parameters**

- A move-up to a trip of less than 6 days in length must originate and operate over the same calendar days as the original trip or trips (‘Day-for-Day’ move-up parameters).
- A move-up to a trip of 6 or more days in length can consist of trips that do not operate over the same calendar days, however all trips you wish to move off of must:
  - o report on the same calendar day or later than the trip being requested.
  - o report no later than the release time of the trip being requested.
  - o not operate over a blackout date, unless the trip being requested also operates over the same blackout date.

**Alternate Day Move-Up Parameters**

- During times of irregular operations, poor flight attendant staffing, or projected operational concern (weather, holidays, etc...), Scheduling may suspend ‘Day-for-Day’ move-up parameters and implement ‘Alternate Day’ move-up parameters. These parameters supersede ‘Day-for-Day’ parameters and apply to trips of all lengths.
  **NOTE:** During times of irregular/severe operations, extreme staffing shortages, or other operational concerns, Scheduling may completely suspend the move-up process.

- The implementation of 'Alternate Day' move-up parameters or the suspension of move-ups is evaluated individually for each base/AFP location.
- When 'Alternate Day' move-up parameters are in effect:
    - o Any move-up from Domestic/International to Transoceanic which meets the guidelines in Appendix C will only be processed if the trip or trips you wish to move off of are operating on or later than the alternate date determined by Scheduling. This date will be communicated via iCrew.
    - o Any move-up from Domestic/International to Domestic/International or from Transoceanic to Transoceanic which meets the guidelines in Appendix C can still be processed as a 'Day-for-Day' move-up. All requests, both 'Day-for-Day' and 'Alternate Day', will be processed in a combined list for these types of requests.

  See Appendix C for a comprehensive Move-Up Chart that illustrates all 'Day-for-Day' and 'Alternate Day' move-up parameters and which are allowable in each circumstance.

**Contact Requirements**

- If you elect to have your request remain active and are awarded a move-up prior to 2000 hours local time the day before departure, it becomes part of your schedule, and you are responsible for the trip. It is your responsibility to check for an award.
- Move-up awards made after 2000 hours local time the day before departure will be made with phone contact only. If contacted, you have the option to accept or decline the trip. Only two calls will be made – one each to your first two contact numbers as listed in iCrew. If you are not reached, the scheduler will proceed to the next request.
- If you are away on a trip and a move-up request you are legal for becomes available after 2000 hours local time the day before departure, Scheduling will attempt to contact you and will hold the trip for up to 3 hours after you block-in, provided you would still be legal to accept the trip.
- A move-up will not be processed within 3 hours of the earliest report time of the two pairings involved.

**Access Day Holder Move-Ups**

- Once you have a trip assignment as an A-Day holder, you are eligible to move-up to a leader, language, or transoceanic regular position on an equal or greater day basis.
  **NOTE:** You cannot move-up from a standby assignment or a trip assignment received while on standby.
- A-Day holder move-ups must originate on the same calendar day as their A-Day assignment. A-Day holders are not eligible for 'Alternate Day' move-ups, even within the A-Day block.
- You will retain your A-Day obligations and the access day indicator ('@') on the trip you move-up to

**Examples of Move-Ups:**

- There are two types of move-ups:
  1. **Regular Move-Up** - same originating date for equal or greater number of days.
  2. **Alternate Day Move-Up** – moving to equal or greater number of days from a later date.

<table>
<tr><th>Move-Up Type</th><th>Examples:</th></tr>
<tr><td>Regular Move-Up<br>- same number of days and same originating date</td><td>Moving from a 3-day domestic trip to a 3-day Purser position, with both trips originating on the 15th</td></tr>
<tr><td>Regular Move-Up<br>- any combination of trips to same number of days and same originating date</td><td>Moving from a 2-day domestic regular on the 15th and a 1-day domestic regular on the 17th to a 3-day Flight Leader on the 15th</td></tr>
<tr><td>Regular Move-Up<br>- moving to a greater number of days on the same originating date</td><td>Moving from a 2-day domestic trip to a 3-day domestic flight leader position, with both trips originating on the 16th</td></tr>
<tr><td>Alternate Day Move-Up<br>- same number of days and to an alternate date (always earlier)</td><td>Moving from a 3-day domestic trip on the 17th to a 3-day LOD trip on the 16th</td></tr>
<tr><td>Alternate Day Move-Up<br>- moving to a greater number of days and to an alternate date (always earlier)</td><td>Moving from a 2-day domestic trip on the 20th to a 4-day Purser position on the 19th</td></tr>
<tr><td>Exception Move-Up to a 6-Day or Greater Trip<br>- to same or to greater number of days; can move from multiple trips, from same or alternate dates but all trips you are wishing to move off of must touch the trip you are moving on to.<br>NOTE: If moving up from multiple trips, all must be moving to a higher category trip. You cannot M/U from a blackout date.</td><td>Moving from a 3-day domestic on the 2nd and a 3-day transoceanic regular on the 6th (total 6 days) up to a 6-day Purser position on the 1st.<br><table><tr><td>1</td><td>2</td><td>3</td><td>4</td><td>5</td><td>6</td><td>7</td><td>8</td><td>9</td></tr><tr><td>x</td><td>x</td><td>x</td><td>x</td><td>x</td><td>x</td><td></td><td></td><td></td></tr><tr><td></td><td>x</td><td>x</td><td>x</td><td></td><td>x</td><td>x</td><td>x</td><td></td></tr></table></td></tr>
</table>

## 6.N Trip Coverage

- The trip coverage process begins at **0900,** one (1) calendar day prior to the date of operation. It is then worked continuously as more positions come open, and consists of the following steps.

1. Flight attendants on availability for pay protection (AVL)
2. Priority pick-ups; then pick-ups and voluntary escalation requests to Purser/Flight Leader worked together in sen. order
3. Move-Ups
   - to same or greater number of days; same originating date *(See exception for 6-day and greater trips in Section 6.M.)*
4. A-Day Preferences
   - Equal day*, a greater day trip into off time, and STBY; seniority order
5. Out-of-base Pick-Ups
6. Involuntary escalations to Purser positions (A/B)
   - in reverse seniority order, escalate Purser-qualified on the same trip to cover 1st the A-position, then the B-position
7. A-Day Assignments
   - Equal day*; in reverse seniority order (STBYs are assigned first, followed by all trips)
8. A-Day Preferences – to lesser days*; seniority order
9. A-Day Assignments – to lesser days*; in reverse seniority order

**NOTE:** Following step #9, if a Purser 'A' position remains uncovered, utilize the Draft procedures in Section 6.T. If a Purser 'B' position remains uncovered, escalate the most senior non-AC qualified flight attendant on the same trip.

*See A-Day definitions for Equal, Greater, and Lesser in Section 5.I.

- The steps of trip coverage are strictly adhered to in each base for the original awarding and assigning of trips and for every subsequent need to fill open positions. However, some or all of the following can apply:
  a) Move-ups from alternate dates will be worked if operationally necessary. It may be by individual base and by trip category as needed.
  b) If base staffing is critical, Scheduling may send trips out of base or split trips before running A-Day preferences. The Supervisor may direct that A-Day preferences be suspended in any base which is experiencing critical staffing and operating under Alternate Day Move-Ups.
  c) If less than 3 hours before departure, Scheduling can deviate from the specified order if operationally necessary.
  d) It can also be necessary to use more experienced flight attendants if filling a trip with all new-hires having less than 4 months experience.
  e) Purser escalations for trips involving Intra-Theatre flying may be accomplished using multiple pairings. See Section 6.L.

- Trip drop awards (TDOT) will be processed before trip coverage procedures begin. The status code ADOT will be used for dropping A-Days. All A-Day drops will normally be processed prior to the A-Day start time for legality purposes, but can at times be offered after the A-Day has commenced.
- After 1600 the day before departure, until 2:30 before trip report time (3:30 in NYC & LAX), when positions come available in open time, the '15 minute rule' applies to trips that fall into open time. *See Section 6.B for more details.*
  **NOTE:** Scheduling may suspend this process during IROPs.

**Purser**

- If any open Purser (A or B) positions remain after trip coverage steps 1 through 5, in reverse seniority order, escalate Purser qualified flight attendants on the same trip to cover 1st the A-position, and 2nd, the B-position. Then complete trip coverage steps 7 through 9. For Purser Escalations to/from Asia see Section 6.L.
  **NOTE:** If drafting for a Purser-qualified position from the daily sign-in sheet is deemed necessary, it will occur after trip coverage step #9. *See Trip Coverage Section 6.Q and Drafting procedures Section 6.T.*
- Scheduling will escalate/assign a Purser-qualified LOD if there is at least one other same-language LOD on the trip.

**Language of Destination**

- During the A-Day assignment process, LOD A-Day holders can be removed from non-LOD trips they have already been assigned to fill the needed LOD position.
- If there are no LOD flight attendants or the LOD coverage doesn't meet published LOD parameters, Scheduling will attempt to contact LOD tripholders/speakers on other trips in non-LOD positions departing the same day to ask for volunteers to fly the LOD position.
- Qualified LOD A-Day holders can also be drafted into off time to cover the needed LOD position. Draft pay will apply.
- If trying to fill the last or only LOD position on a trip, Scheduling can remove/draft the most junior LOD-qualified tripholder from a non-LOD position trip and assign them to the needed LOD trip.
  **NOTE:** If drafting for an LOD-qualified flight attendant from the daily sign-in sheet is deemed necessary, it will occur after trip coverage step #8. *See Trip Coverage Section 6.N and Drafting procedures Section 6.T.*
- In the event an LOD position is unable to be covered with an LOD flight attendant, any remaining open LOD positions for each specific language will be converted to regular positions. After 15 minutes, trip coverage will be processed again for the open regular position(s).

## 6.O Out-of-Base Pick-ups

- Out-of-Base pick-ups (OP/U) are worked in system seniority order after in-base equal day A-Day preferences, and before in-base equal day A-Day assignments. There will be no phone contact for OP/U awards done prior to 1600 (your base time) the day prior to trip operation. It is your responsibility to check your schedule for the award.
  **NOTE:** Standby periods are not available for pick-up in another base.
- If the out-of-base trip is scheduled or rerouted to layover in your home base/location, all normal layover rest rules apply (e.g. 9:15 minimum scheduled rest, 9:00 actual, etc.).
- You are responsible to position yourself for the out of base pick-up. Company deadheads are not authorized or built into the pairing.
  **Exception:** As a last resort, Scheduling will send trips out of base with deadheads to be covered by A-Days in other bases. If such a trip is picked-up by a tripholder, the deadheads will remain in the pairing and deviations from the scheduled deadheads are permissible.

## 6.P Transiting Midnight & A-Day Awards/Assignments

- Section 4.B defines trip length as the number of calendar days over which a pairing operates. For most pairings with duty periods that operate fully within calendar days and do not transit midnight, the assignment of trips to A-Days is very straightforward, e.g. a 3-day trip reporting at 0700 and releasing on day 3 at 1800 is awarded or assigned to a 3-day A-Day holder.
- Pairings with first or last duty periods which transit midnight can, however, be exceptions.
  **Example 1:** A 1-duty period all-night turnaround reporting at 2100 hours and releasing at 0600 can be awarded to a 1-day A-Day holder who preferences it, but for assignment by Scheduling, a 2-day A-Day holder will be used since the trip touches or spans 2 days.
  **NOTE:** If operationally necessary the trip can be assigned to a 1-day A-Day holder who did not preference it, but draft/FIOD pay would apply since it would be an assignment into an off day.
  **Example 2:** A 3-day trip with the 3rd duty period transiting midnight can be awarded to a 3-day A-Day holder who preferences it, but it will be assigned to a 4-day A-day holder since the trip touches or spans 4 days.
  **NOTE:** If necessary the trip can be assigned to a 3-day A-Day holder who did not preference it, but draft/FIOD pay would apply since it would be an assignment into an off day.
- For pairings that report between 2300 and 2359, and depart after midnight, an A-Day holder just starting an A-Day block can preference such a trip that reports just prior to the start of their first A-Day of the block. However, Scheduling will not assign such a trip because it reports during the A-Day holder's OFF time.

## 6.Q (Intentionally Blank )

*(See Section 5.I for expanded definitions of A-Day awards and assignments.)*

## 6.R A-Day Coverage of Trips That Exceed Block Length

- For coverage of trips that exceed the block length in a base (e.g. a transition pairing), or when A-Day holders with equal or greater available days for the trip are exhausted, the following procedures will apply:

  1. Award to a qualified A-Day holder with fewer A-Days than the trip length (into off time) who has preferenced the specific trip. **Example**: An LAX 4-day transition trip is preferenced by a flight attendant with an ADY3 block. No draft pay applies.

  2. Time permitting, when assigning to a qualified out-of-base A-Day holder, the trip should be assigned to someone with A-Days equal to or greater than the trip length.

  3. Assign to a qualified in-base A-Day holder into OFF time. Draft pay applies. *See Section 5.P for parameters.*

## 6.S 'Piggybacking' of A-Days

- If immediate additional flying, termed 'piggybacking', is required, it will be prioritized as follows:
  1. A-Day holders into subsequent A-Days
  2. A-Day holders into OFF days (FIOD pay applies)
  **NOTE:** Factors that can impact this order include time of occurrence, legalities and qualifications.

## 6.T Drafting Procedures

- Drafting is defined as:
  - the involuntary reassignment of a tripholder from one rotation to fly a required FAA-minimum position on another rotation
  - the involuntary reassignment of a Purser-qualified tripholder from one rotation to fly a Purser A-position on another rotation with no qualified Pursers
  - the involuntary reassignment of an LOD tripholder from one rotation to fly an LOD position on another rotation with no LOD flight attendants of the required language
  - the assignment of inbound terminating tripholders to additional flight segments

- The addition of flight segments to an inbound terminating tripholder will only occur when Severe Operations has been declared (see Section 8 – Severe Operations).

- Before drafting for any open position, Scheduling will accept offers from volunteers who are currently on a rotation operating the same day as the needed position.

- Scheduling will determine which volunteer (if any) to utilize for the needed position. Factors such as original trip length, original trip sign-in time, and original trip value will be taken into consideration when determining which volunteer will be utilized for the needed position.

- Volunteers who request to be removed from their current trip and are assigned a needed position will be paid the greater of either their original trip or their new trip as well as four hours of **DRFV** (voluntary draft) pay.

- Any volunteer who has been assigned a voluntary draft assignment will not have an availability requirement if their original trip is of greater length than their new trip.
  **NOTE:** If the new trip cancels, normal pay protection options will apply.

- When no volunteers are forthcoming, and Scheduling must involuntarily draft to cover a needed position, the procedures described below will apply based on the type of draft that is required (FAA Minimum, Purser (A), or LOD).

- Any flight attendant who is involuntary drafted will be paid the greater of either their original trip or their new trip as well as four hours of

**DRFT** (involuntary draft) pay.  There will be no availability requirement if their original trip is of greater length than their new trip.

**FAA-MINIMUM**

1) Draft the most junior tripholder not currently in a Purser A, Purser B, or last LOD position from a trip operating the same calendar day, of the same or greater length, above FAA-minimum staffing, and with a similar report time to the scheduled report time of the trip to be covered.

2) Draft the most junior tripholder not currently in a Purser A, Purser B, or last LOD position from a trip operating the same calendar day, of lesser length, above FAA-minimum staffing, and with a similar report time to the scheduled report time of the trip to be covered.

**PURSER (A)**

1) Draft the most junior Purser-qualified tripholder not currently in either a Purser A-position or Purser B-position from a trip operating the same calendar day, of the same or greater length, and with a similar report time to the scheduled report time of the trip to be covered.

2) Draft the most junior Purser-qualified tripholder not currently in either a Purser A-position or Purser B-position from a trip operating the same calendar day, of lesser length, and with a similar report time to the scheduled report time of the trip to be covered.

3) Draft the most junior Purser-qualified tripholder in a Purser B-position from a transoceanic trip operating the same calendar day, of the same or greater length, and with a similar report time to the scheduled report time of the trip to be covered.

4) Draft the most junior Purser-qualified tripholder in a Purser B-position from a transoceanic trip operating the same calendar day, of lesser length, and with a similar report time to the scheduled report time of the trip to be covered.

**LOD**

1) Draft the most junior LOD-qualified tripholder of the required language from a trip operating the same calendar day, of the same or greater length, and with a similar report time to the scheduled report time of the trip to be covered.  The LOD-qualified tripholder being drafted can be in either a dedicated LOD position, a regular position, or a flight leader (not Purser A or B) position but cannot be the last LOD-qualified flight attendant on the rotation.

2) Draft the most junior LOD-qualified tripholder of the required language from a trip operating the same calendar day, of lesser length, and with a similar report time to the scheduled report time of the trip to be covered.  The LOD-qualified tripholder being drafted can be in either a dedicated LOD position, a regular position, or a flight leader (not Purser A or B) position but cannot be the last LOD-qualified flight attendant on the rotation.

## 6.U Paid Personal Time Off (PPT)

- Flight attendants can submit requests for Scheduled PPT for paid days off in advance prior to the new month bid, and submit daily requests once schedules are released (except AFPs), or use them for unscheduled occurrences such as illnesses or injuries. A bank of 49 hours is allotted each APR 1 to all who meet the flying requirement of 540 hours the previous PPT year (APR1-MAR 31 annually).
- The Scheduled PPT days have a value of 6 hours each. Unscheduled PPT days are paid at a trips-missed rate and do not include any premium/international pay. PPT days taken on A-Days have a value of 4:45 each. All are drawn from the same PPT allotment bank. A scheduled PPT day will be indicated on your schedule by the code SPT and an unscheduled day by one of the various codes dependent on the circumstance (UPS, UPO, etc.). *See the end of the Glossary for a listing of all acronyms.*
- Using unscheduled PPT at the 'trips-missed' rate does not preclude you from using your remaining PPT balance to request a scheduled pre-month PPT or Daily PPT award.
  **Example:** You only have 3:40 remaining in your bank. While a PPT day is normally awarded paying 6 hours, the remaining 3:40 can be used for a pre-month or daily 1 day request. Additionally, any remaining bank time can drop a trip in the daily award.
- PPT Awards are based on operational needs and available staffing. If one-day staffing is sufficient, but multi-day staffing is insufficient, multi-day requests can be denied and a limited number of one-day requests granted.
- PPT requests will be evaluated based on the number of calendar days the trip touches.
  **Example:** A request to drop a one-day trip which touches two calendar days will only be awarded if drops in the 2-day silo are being processed.
- Unused PPT time remaining in the bank is automatically rolled over to the next year unless you opt for a payout of such unused time. The payout will occur on May 31 for the unused time in a previous year, and is based on your hourly pay rate on March 31 of that same year.

### Scheduled PPT

- Scheduled PPT (SPT) allows for paid time away from work and is requested through iCrew. Awards are in IFS seniority order.

#### Pre-Month PPT Bids

- Pre-month bids are due at 0800 EST on the 3rd day of the month preceding the bid period for which you are requesting PPT days.
- If it is not awarded pre-month, it does not remain active. If you still desire SPT on that date, you must re-enter it as a daily request which can remain active if you choose.

- Pre-month awarded PPT is included in the Schedule Value for PBS at a value of 6 hours per day regardless of the total remaining in your actual PPT bank. Awarded SPT days are ‘locked’ for bid award and no trips are given on those days.

**Daily PPT Bids**

- Daily PPT requests will be considered 1 calendar day prior to the requested date. Daily PPT awards pay 6 hours per day used for Tripholders and 4:45 per day if used on an A-Day.
- Daily bids are due at 0700 EST on the day prior to the date requested and may be entered at any time for each desired date.
- For daily awards you must use the corresponding number of days for your trip, e.g. 3 days of SPT to drop a 3-day trip, 2 days to drop a 2-day, etc. If you previously used SPT time you may apply any remaining days or time to a greater-day/time trip.

**NOTE:** If you are in an AFP location, see the AFP PPT guidelines in the IFS Operations Handbook on the IFS Portal. .

**NOTE:** You cannot use PPT to drop a Jetway trade portion of a trip, transoceanic military charters, or dedicated charters.

## Unscheduled PPT

- Unscheduled PPT is not bid for or awarded in advance of a bid period. It is typically requested within 24 hours of scheduled flying and is used for illnesses or injuries. *See Section 9.H for more information.*

- Numerous codes on your schedule will be used to indicate Un-scheduled PPT and will depend on the specific reason. *A complete listing of all the unscheduled codes can be found on the IFS Portal or in the Glossary under acronyms.*

- When using Unscheduled PPT for an illness, you can call in ‘well’ prior to the end of a multi-day trip to conserve your PPT bank time.
  **Example:** You are sick for a 2-day trip on the 10th; you call in well for the 11th and only use one PPT day and the paid time associated with the first day of the trip.

- When using Unscheduled PPT for an illness or OJI, your bank will be decremented at a **‘trips-missed’ rate**. If only part of the trip time is available in the bank, the trip will be dropped and paid for with what remains in the bank.
  **Example 1:** You call in sick for a 4-day 22:00 hour trip. Your 49 hour bank is decremented by 22:00 and you will have 27 hours remaining.
  **Example 2:** During a subsequent month you call in sick for a 5-day 32:30 trip. Your schedule will reflect five unscheduled PPT days and paying the remaining 27 hours in your bank.
  **NOTE:** The ‘trips-missed’ rate is for block and credit time only, and does not apply to any premium pay such as leadership, LOD or international time.

- Unscheduled PPT is also used for mid-rotation illnesses to cover any remaining paid flight and credit time in your trip.

## 6.V Trip and A-Day Drops Without Pay (TDOT & ADOT)

- You can be awarded unlimited trip drops, operations permitting. However, trip drops can necessitate adjustments on a subsequent paycheck.  The monthly 45 hours is based on 1/12th of the 540 hours annual flying requirement.

- Trip or A-Day drops without pay are indicated on the schedule by the codes TDOT (trip drop to Open Time) and ADOT (A-Day drop). Trips are dropped to open time but A-Day drops are just removed from your schedule.
  **NOTE:**  You cannot drop a Jetway trade portion of a trip, transoceanic military charters, or dedicated charters.

- A-Day requests and drops can be for single days or multiple days (blocks of days) operations permitting.

- Flight Attendant TDOT/ADOT requests are submitted to Scheduling and retrieved and worked daily starting at 0700 ET.  Requests can be entered up to 0700 one day prior to the date being requested, and are processed in seniority order.

- TDOT/ADOT awards are based on operational needs and available staffing. If one-day staffing is sufficient, but multi-day staffing is insufficient, multi-day requests can be denied and a limited number of one-day requests granted.

- TDOT/ADOT requests will be evaluated based on the number of calendar days the trip touches.
  **Example**: A request to drop one-day trip which touches two calendar days will only be awarded if drops in the 2-day silo are being processed.

- TDOT/ADOT requests will be reviewed and awarded daily after processing PPT requests.  Drops are normally processed one time within the 1 calendar day period preceding the date requested. However, they remain active until the date requested has passed. You can remove a request yourself up until the 1 calendar day period.  After the 1 calendar day period prior to the date requested begins, you must contact Scheduling to delete the request by 0700 EST.

- Both TDOT and ADOT can be awarded within the 1 calendar day period prior to a requested date.  Up until 1600 local time the day prior, you will not be notified of the trip or A-Day drop.  After 1600, awards will only be made upon contact with you.

- At times, Scheduling will continue working additional TDOT/ADOT in the morning on the day of the requested drop.  If you are an A-Day holder, the time of the drop will also be noted on your schedule with RLSD (time of release from A-Day status) for legality purposes.

- For all flight attendants, TDOT/ADOT requests are only processed within the 1 calendar day period prior to the date requested.

Section 6 151
Schedule Changes 10/1/13

## 6.W (Intentionally Blank)

*(See Section 9.H.1 for Managed time Out.)*

CONFIDENTIAL DELTA 000938

## 6.X Emergency Leave of Absence (ELOA)

- For a death in your immediate family you will be granted time off of work to prepare for and attend the funeral. *See HR Policies / Absence / Death in the Immediate Family for complete details.*

- Flight attendants who qualify for ELOA will be paid up to 3 days ELOA within a 5 day period, at the rate of 5:30 per day. The length of any trip dropped will be calculated using the trip length definition in Section 4.B.
- The 5 day period commences with the first trip or A-Day dropped, and the trips dropped must be in conjunction with, or coincide with, the preparation for the funeral or the actual funeral.

**Example A:** A flight attendant has a 2-day trip on the 1st, and a 3-day trip on the 5th. Three days of ELOA are requested and plotted during the 5 day period from the 1st through the 5th. The trip on the 5th is dropped. The 6th and 7th are days off with no pay, though the flight attendant can then pick up on those days if they desire.

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| 3102 | X | | | 5344 | X | X |
| ELOA | ELOA | | | ELOA | | |

**Example B:** A flight attendant has three A-Days on the 2-3-4 and a one-day trip on the 7th. Three days of ELOA are requested for and plotted on the 2nd, 3rd, and 4th. The trip on the 7th must be flown as scheduled, MTO days requested, or swapped.

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| | ADY3 | ADY3 | ADY3 | | | 1400 |
| | ELOA | ELOA | ELOA | | | |

## 6.Y Jury Duty / Court Appearances

- If you are required to serve jury duty or make a court appearance when you are scheduled to work, you will be paid as outlined below. Your trip or A-Days will be dropped if they interfere with jury/court service and you will be paid 6 hours per day dropped in accordance with the trip definition as noted in Section 4.B.
  **NOTE:** Jury service (JURY) and court appearances (C/A) will not be plotted on vacation days, off days, or known national holidays, e.g. Christmas, New Years Day, Thanksgiving, July 4th, etc. when courts are not in session.

- JURY or C/A can include:
  - Jury selection process
  - Actual days served on a jury
  - Standby juror summoned to 'call-in' at a specific time
  - Court appearance i.e. subpoenaed to appear as a witness on behalf of the prosecution
  - Testify (TSF) at a deposition on behalf of Delta Air Lines, Inc.

**Jury Summons**

- Upon receipt of a jury summons, you must promptly FAX a copy of all pages (front and back if applicable) including the envelope showing the postmark date, to the In-Flight Call Center (ICC - fax 404-677-5918). Upon completion of the jury duty the original copy must be given to your Performance Field Service Manager for file placement.

**Jury Duty Proof of Service**

- You must obtain from the court clerk a certification of completion as proof of service when you are finished serving jury duty. A copy must be faxed to the In-Flight Call Center (ICC) within 14 days of the completion of service in order to receive pay credit for your jury duty. You will not be paid for jury service unless both the summons and the certificate of completion are received.
  **NOTE:** The code JURN will initially appear on your schedule, and after the In-Flight Call Center receives the certificate of completion the pay code JURY will be entered.

**Jury Continuation, Bidding and Swapping**

- You must advise the In-Flight Call Center (ICC) desk of each day served that is in conflict with any trip or A-Day on a day by day basis (if multiple trips and A-Days are on your schedule) since the duration of jury duty is often unpredictable. Each day is dropped only as necessary.

- Once you have received a summons or court order, you may not pick-up or swap over the jury duty assignment days increasing the value of the trip(s) to be dropped. You will not be paid for any such increase in trip or schedule value in relation to the jury days and may be subject to Performance Development.

- If you must serve jury or make a court appearance in a city other than your base, you may have to use MTO for travel purposes.
  **EXAMPLE:** An ATL commuter lives in Oregon, and receives a summons to appear in court on a Monday in Portland. They have 3 A-Days on SAT-SUN-MON. Jury is plotted on MON, they must work their A-Day in ATL on SAT, and may have to request MTO for travel purposes on SUN.

**Trial Juror**

- If you are to serve jury duty as a **Trial Juror** which conflicts with a trip or A-Day, contact the ICC as soon as you receive the sum-mons and fax the summons document to the In-Flight Call Center desk (fax 404-677-5918).
- Each conflicting trip or A-Day dropped will be plotted with JURN.
  **EXAMPLE 1:** You have a 3-day trip on SUN-MON-TUE but must report for jury duty on Monday. JURN @ 6:00 will be plotted on SUN-MON-TUE. Jury will not be plotted beyond Tuesday unless there is an additional conflict.

  **NOTE:** Trips can also be split to accommodate reporting for jury service.

  **EXAMPLE 2:** You have 3 A-Days on SUN-MON-TUE but must report for Jury duty on Monday. JURN @ 6:00 will be plotted on MON. The A-Day on Sunday will remain, and any 1-day assignment will be scheduled to return with an 11 hour rest before Jury report. The rotation is remarked *'Do not reroute'.*

  **NOTE:** If a trip prior to jury duty is projected to return later than scheduled the Company is under no obligation to change or drop the trip, as jury duty is considered rest for Delta rule purposes.

**Standby Juror / Call-In Order**

- If you receive a summons to serve as a **Standby Juror** which conflicts with a trip or A-Day, contact the In-Flight Call Center as soon as you receive the summons and fax the complete summons document to the In-Flight Call Center.
- When a summons orders a 'call-in' to the court during a specific time period, complete your trip if it releases before the end of the specified time period and then make the required call. Trips can also be split to accommodate court ordered call-in times. If you are on A-Day status, notify Scheduling of your required call-in time so you can be given a trip (including a split-trip) that releases in-base before the call-in time period is over.
- Once you are required to report for jury duty, any conflicting trip or A-Day will be dropped and Jury or C/A will be plotted on your schedule as applicable. Trips will be dropped successively as needed, depending on the orders from the court.

**Court Appearances On Behalf of the Prosecution**

- If you are subpoenaed to appear as a witness in a legal proceeding involving Delta or your Delta employment, you will be paid at the rate of 6:00 per calendar day on a day for day basis for all affected trip days or A-Days. If you are serving as a witness in a matter that does not involve Delta or your Delta employment, or if you are a party in a legal proceeding, you will only be given personal time off.
- Court appearances (C/A) in which you have been subpoenaed as a witness in a legal proceeding involving Delta or your Delta employment will be plotted on your schedule when trips or A-Days

interfere with such service and paid to a maximum of 15 days (cumulative for both Jury and Court Appearances) each calendar year. Pay for court appearances does not apply on your off days.

- The number of C/A days plotted will correspond to the length of the trip, as defined in Section 4.B, or the number of A-Days dropped.

  **NOTE:** Trips can also be split to accommodate reporting for court service.

**Court Appearances On Behalf of Delta**

- If you are called as a witness on behalf of Delta which conflicts with a scheduled trip or A-Day, contact the In-Flight Call Center to have your pairing or A-Day dropped and the TSF (Testify) code plotted on your schedule.

  **NOTE:** Trips can also be split to accommodate reporting for court service.
- For court appearances for Delta 6:00 per day or trips missed, whichever is greater, will be plotted on your schedule as applicable.
- At times court appearances / depositions on behalf of Delta are cancelled and rescheduled. If the new date is on an off day the original date's C/A code with accompanying pay will be moved to the new scheduled date.
- If there is a trip already scheduled on the new date the trip will be dropped and the C/A code applied. If the new date is in a future bid period that has not been awarded yet, the day will be pre-plotted with 6:00 compensation.
- If other situations require your presence in court as a witness (e.g. for the defense), you will be given an MTO drop without pay. *For information on jury duty or court appearances, see HR Policies / Absence / Jury Duty / Court Witness.*

## 6.Z 'Parking' of Trips or A-Days

- The temporary placement of a trip or A-Days on your schedule by PBS bid, swap, or pick-up (including 'Q' pairings), and the identifiable pattern of such activity, is strictly prohibited. Examples of such activity includes but is not limited to the following:
  - dropping the trip to another flight attendant whose seniority cannot hold it, or
  - dropping the trip or A-Days to a more senior flight attendant whose higher seniority can procure a trip drop (TDOT) or A-Day drop (ADOT) that your seniority cannot, or
  - dropping your A-Days to a more senior flight attendant for the A-Day preference process to obtain a specific or more desirable trip, or
  - dropping trips or A-Days to a flight attendant on known sick leave (UPS, OJI, etc.) whose schedule will be pulled through to drop such swapped trips
- You are also prohibited from paying someone to work your trips. *See HR Policies / Pay / Hours of Work for additional corporate information.* All such activity circumvents the IFS seniority system, is prohibited, and can subject the flight attendants involved to Performance Development.

**Section 7 - Reroutes**

| | | |
|---|---|---|
| 7.A | Rerouted Trip Guidelines | 156 |
| 7.B | Rerouted / Rescheduled Duty Time Limitations | 160 |
| 7.C | Notification of Rerouted Trip | 162 |
| 7.D | Cancellation of Trip/Cancellation or Disruption of 1st Leg | 164 |
| 7.E | Mid-Rotation Rerouted / Rescheduled Trip | 165 |
| 7.F | Rescheduling a Partial Crew | 166 |
| 7.G | Equipment Substitutions - Prior to Departure | 167 |
| 7.H | Equipment Substitutions - After Departure | 168 |
| 7.I | Extended Aircraft Maintenance | 169 |
| 7.J | Contacting Crew Tracking | 169 |
| 7.K | Duty Limitations Options | 170 |
| 7.L | Intentionally Left Blank | 171 |
| | Intentionally Left Blank | 172 |
| | Intentionally Left Blank | 173 |

## 7.A Rerouted Trip Guidelines

- Generally, prior to sign-in time, any changes to a trip are handled by IFS Scheduling, and after sign-in time, any changes to a trip becomes the responsibility of Crew Tracking.
- All flight attendants are subject to being rerouted / rescheduled. A reroute is a change resulting in different flight legs other than your published (scheduled) rotation.
  **NOTE:** A reroute is not the same as being drafted. See Sections 2.T and 6.T for Drafting pay and parameters. If you are rerouted into additional off days, RRO4 pay may apply. See Sections 2.U, 2.V, and 2.W.
- A reroute to a pairing normally occurs after the departure of the first leg, unless:
  - it is the first leg that is cancelled or disrupted
  - it is a reroute involving an unaffected crew to prevent a cancellation *(See Other Guidelines later in this section for details.)*
- During daily operations, Crew Tracking is responsible for monitoring all operating pilot and flight attendant rotations for illegalities and operational disruptions. If a disruption occurs (i.e. cancellation, delay, misconnect, illegal rest break, etc.), it is their primary responsibility to repair all disrupted rotations through rerouting affected and unaffected crews, and/or the creation of originations.
- The following circumstances beyond the control of the Company do not constitute a reroute or rescheduling of a flight:
  A. operational delays
  B. diversions
  C. flagstops (if no revenue is involved
  D. attempts of a flight
  E. equipment substitution
  F. stubouts

**NOTE:** For these unplanned events (referenced above), if the duty period is not rerouted, the **original scheduled times** of the duty period are used for legality purposes for both Delta and the FAA. If, however, a subsequent reroute to the remainder of the duty period occurs, it is subject to all FAA and Delta rules as a **new rescheduled duty period**.

**Example A – Operational Delay:** A duty period with minimum staffing is scheduled at 13:10, but due to a lengthy delay the duty period is projected to be 14:30. The crew is legal to continue the scheduled rotation as there has been no reroute or reschedule of the duty period.

**Example B - Diversion:** A duty period with minimum staffing is scheduled at 12:00 with the last segment of the duty period flying from ATL-PDX. Due to an unplanned diversion for a medical emergency, the ATL-PDX segment diverts to STL adding an additional 3 hours to the duty period. The projected duty period is 15:00, but the crew is legal to continue as this is a diversion and not a reschedule / reroute.

**Example C – Flagstop:** Prior to departure it is determined that a scheduled flight from JFK-ACC must make a planned flagstop in DKR to refuel. This is not for revenue purposes so is not considered a rerouted or rescheduled flight.

**Example D - Attempt of a Flight:** A flight from JFK-FRA takes off but due to a possible mechanical malfunction returns to JFK for a maintenance check. Once cleared it again takes off and completes the scheduled flight and duty period. The rotation will show the duty period and flight number in two segments, JFK-JFK and JFK-FRA. The increased flight time and duty time is legal as there has been no reroute or reschedule of the duty period.

**Example E – Equipment Substitution:** Due to a mechanical, an aircraft must be substituted delaying the outbound departure by 2 hours. The scheduled duty day of 12:30 is projected to be 14:30. The pairing is legal for all Delta and FAA legalities as this does not constitute a reroute/reschedule.

**Example F – Stubout:** Flight 629 is a through flight from MCO-ATL-LGA but due to a mechanical in MCO a new aircraft must be used for flight 629 from ATL-LGA. The added or stubbed flight is designated flight 9629 ATL-LGA and does not constitute a reroute or reschedule of a flight.

- Due to necessary marketing changes, the company can advance (change to an earlier report / departure) the scheduled departure time of a first flight segment of a rotation by up to 15 minutes. No call from Scheduling will be made for these types of changes to an earlier report time.
- Prior to the scheduled/planned departure of a flight segment in a base city, if an open position(s) occurs, Crew Tracking will utilize:
  - -any affected crews and/or deadheading crews, or
  - -any available unaffected crew; including crews arriving for a layover, already on a layover, on an extended sit, or enroute; to avoid a delay or cancellation, or
  - -if there is sufficient call-out time, will notify Scheduling of the need to staff the flight segments
- Crew Tracking can authorize up to a 30 minute late report on layovers in order to provide a legal rest. You must accept the revised report time and **be at the airport** at the new report time.

### Rerouted Into-Off-Time Limitations – Domestic/Int'l

- Crew Tracking will make every attempt to return you to your base / location **within 10 hours** of the originally scheduled return.
- When an affected crew has to be rescheduled for an extended time period, Crew Tracking can utilize an unaffected crew to accommodate the return to base/location of the affected, extended crew.

### Rerouted Into-Off-Time Limitations - Transoceanic

- When rescheduling a transoceanic trip, Crew Tracking can involve more than one transoceanic trip in order to minimize the operational impact. The additional trips can involve an unaffected crew. Crew Tracking will make every attempt to return all affected crews within **1 additional calendar day** of the original scheduled return.

### Replacement Flying

- Replacement flying is new flying assigned by Crew Tracking to re-place all of a cancelled or disrupted pairing, i.e. the pairing is updated to contain no flight segments from your original pairing. The following also applies:
  - If the replacement flying is scheduled to report earlier than the original trip, a tripholder has the option to work the trip or to choose pay protection.
  - Crew Tracking can, if necessary, require a new departure time of no less than 30 minutes after the original report time. No pay protection options are available as the flight attendant must take the replacement trip.
  - The replacement flying must be scheduled to release no more than 4 hours past the original trip release time.

### Other Guidelines

- If a reroute extends your original trip into an off day, you will not be flown through your domicile and out again on the extended day. This also applies to A-Days flown into an off day.

  **NOTE:** Being rerouted into your off time may qualify you for additional pay of 4 hours (RR04 Pay) if the rerouted trip meets the specified parameters. *See the Compensation Section 2.U for details.*

- When a reroute shortens a trip, upon return to your home base, Crew Tracking will release you to Scheduling. You must contact Scheduling prior to leaving the airport to indicate your pay protection option, if applicable.
- If the first leg of a transoceanic rotation delays, and the crew is projected over the actual maximum for their duty period, Crew Tracking or Scheduling may build a domicile layover, and have the crew remain on their rotation.
- If a transoceanic crew is projected over the actual maximum for a duty period, and a crew option will cause a cancellation, an unaffected crew or individual crewmembers who have reported can be rerouted either at the base or the layover point, to prevent the cancellation. Such reroutes will be day-for-day to the extent possible. The unaffected crewmembers that are rerouted will receive the greater value of the two pairings plus DRFT pay.
- A reroute will not interfere with the required 24 hour rest period in 7 consecutive days except as follows:
  - If the 7th day consists solely of deadhead flights, the 24-hour rest can be delayed, but the rest must be received before further flight duty. *For more information see Section 1.Z.3.*
  - A subsequent trip can be dropped to satisfy the required F.A.R. 24-hour rest period in 7 days.
- After report time, if you need to be replaced for illness, injury, etc., call 1-800-325-2739 and choose the appropriate options.

  **NOTE:** In serious circumstances, if any assistance is needed for immediate medical care or transportation of the flight attendant or family members contact the IFS OCC Manager at 1-800-233-4638.

- When one or more of a crew of deadheading flight attendants is needed to work the flight the crew is deadheading on, they will be assigned the working position(s) in reverse seniority order.
  **NOTE:** Flight Attendants who have deviated from deadhead may also be used if they are advised prior to the arrival of the last working segment.

- You can receive a copy of your pairing on the aircraft via ACARS or from a computer at the gate by using the following entry: J*RFI/Base/Pairing¥Date[enter] or J*RFI/Employee#[enter].

- Hotels for reroutes and originations will be confirmed upon arrival in the layover city.

### Co-Terminals

- Flight attendants can be rescheduled to report to a different co-terminal provided the report time for a working segment is not earlier than the original scheduled report time.

- If the first leg of the rotation is a deadhead segment, you can be scheduled to depart up to 30 minutes after the original report time.

- If a Flight Attendant receives a reroute that involves a co-terminal change, they must receive at least 3 hours from the first attempt at contact to departure time.
  **NOTE:** Notification of a co-terminal change involving FLL/MIA is at least 2 hours from the first attempt at contact to departure time.

- Limo transportation between co-terminals will be provided at the end of the rotation.

### Load Factors

- Load factor pairings are rerouted by Load Factor personnel located in the Scheduling Operations Support area.

## 7.B Rescheduled / Rerouted Duty Time Limitations

- All reschedulings must adhere to Delta Scheduled Duty and Rest limitations as defined in Section 1 (1.O - 1.Z.4)
- The option off point for all rescheduled rotations is the same as it is for a rotation built pre-month and can be found in Section 1 (1.P, 1.Q, and 1.R)
    - Non-Transoceanic rotations have a maximum **ACTUAL** duty day of 15 hours, or the scheduled duty day + 2 hours, whichever is greater
    - Transoceanic rotations have a maximum **ACTUAL** duty day of 16 hours, or the scheduled duty day + 3 hours, whichever is greater

**Flagstops & Reroutes – All Trip Types**

- If a flight makes a stop for revenue purposes (to board or deplane cargo or passengers), it is considered a reroute/reschedule and will be subject to the rerouted/rescheduled duty maximums noted in the chart above.

- If a flight makes a stop for operational reasons (mechanical, fuel, weather, or emergency), <u>even if planned prior to departure</u>, it does not constitute a reroute or reschedule.

  **NOTE:**  For Non-Stop Segments Over 12 Flight Hours and Ultra Long Range pairings, if the flight makes a stop for operational reasons (mechanical, weather, fuel, or emergency), <u>even if planned prior to departure</u>, it will maintain Non-Stop Over 12 Flight Hour status and/or Ultra Long Range status for the duty period/limitations.

## 7.C Notification of Rerouted Trip

- Once it is known a disruption has occurred to your trip, you can call 1-800-DAL-CREW and select 'reroute information' to verify your next flight segment.

### Prior to Report or Departure / Changes at Domicile

- Prior to reporting for duty, flight attendants should contact Scheduling with any questions regarding rerouted or rescheduled trips. Scheduling will attempt to notify you of your rerouted trip when your report time is affected, and the new information will be reflected in iCrew.

- Notification of Reroutes & Delays – If reroutes or delays change the report time, Scheduling will contact you using your primary contact preferences as noted in the Crew Notification (CNO) system.

  - If your report time changes and Scheduling attempts to notify you **2 hours or more prior** to the original report time (3 hours in NYC and LAX), your report time will be adjusted to the new later report time. Acknowledgement of the notification is not required.

  - If your report time changes **less than 2 hours prior** to the original report (3 hours in NYC and LAX), Scheduling will contact you to advise you of the change. You will have the option to keep your original report time, or have scheduling update your repor time to the new later report time.

### After Departure / Rotation Changes Mid-Rotation

- Crew Tracking will notify you of your rerouted trip via ACARS if in flight or by your CNO preferences, your cell phone, or hotel phone if you are between flights or on a layover. These changes include itinerary changes, or changes to the report time of your next duty period. Crew Tracking will also advise local Operations (if available) of reroute information.

- When **on a LAYOVER**, the following will apply:

  - You must remain reasonably available for the duration of your layover.
    **NOTE:** You may not non-rev or fly to another city while on a layover.

  - Crew Tracking will always attempt to contact the Purser/Flight Leader first, however, if the Purser/Flight Leader is unavailable, Crew Tracking will contact another crew member on the trip. Once contacted, they should assist to the extent possible in notifying all other crew members of an irregularity in the trip.

- When **AT THE AIRPORT**, the following will apply:

  – In the event of changes in times or routing Crew Tracking will always attempt to contact the Purser/Flight Leader first, however, if the Purser/Flight Leader is unavailable, Crew Tracking will contact another crew member on the trip. Once contacted, they should assist to the extent possible in notifying all other crew members of an irregularity in the trip.

  - It is not advisable to leave the airport between flights or while awaiting your next assignment.

  - Reroute confirmation must be verified through a printed copy of the trip, the VRU, or verbal contact with Crew Tracking.

  - If your assignment is extended and you are required to remain on duty by Crew Tracking or Scheduling the rest period will not start until you are released from duty.

  - Release from duty can be confirmed only by receiving an updated rotation, or through verbal contact with Crew Tracking or Scheduling and must be obtained prior to leaving the airport.

  - You must be available to assist with the handling of passengers and equipment assigned to your flight.

- When you are **MID-FLIGHT** the following will apply:

  - Crew Tracking will send a message to the Pilots via ACARS or radio, or the Ramp Tower can contact the Pilots directly.

  - Upon arrival of the flight, if needed, the Purser/Flight Leader should call 1-800-DAL-CREW and select the reroute information option.  The VRU will indicate each flight attendant's next flight leg.

- Any reroute that affects the last leg of a trip, must occur <u>prior to the departure of the last leg</u> returning you to your home base. *See Section 7.E, Mid-Rotation Rerouted / Rescheduled Trip for additional information.*

- Any further questions should be directed through your Purser/Flight Leader to Crew Tracking or Scheduling.

## 7.D Cancellation of Trip/Cancellation or Disruption of 1st Leg

- If your entire trip cancels prior to report time, Scheduling will notify you of the cancellation via your Crew Notification (CNO) preferences. You will be offered your pay protection options.

- If the 1st leg cancels or is disrupted and the rerouted trip report time is more than 15 minutes earlier than the original report time of the trip when it was placed on the schedule, you have the option to work the rerouted trip or decline it. If declined, pay protection will apply provided you are available for an alternate assignment.

- Before departure of a trip, if your trip is canceled or the 1st leg is disrupted or causes a disruption due to delay, Crew Tracking will reroute you to do one of the following:
  a) pick up a portion of the remainder of your trip in your home base, or
  b) deadhead and/or work alternate flights that position you to pick up the remainder of the original trip, or
  c) be given replacement flying (all new segments), or
  d) be released to Scheduling

- If your trip is shortened mid-rotation, and you are choosing to be pay protected, you are required to contact Scheduling immediately **upon your return** to your home base/location and before leaving the airport. Leaving the airport indicates you are not choosing to go on availability and the pay guarantee will be removed. Scheduling will assume you did not choose to be placed on availability for pay protected.

- When giving replacement flying, Crew Tracking will schedule you to return to domicile **no more than 4 hours past** your original release time.
  **NOTE:** If the replacement flying is subsequently rerouted, Crew Tracking will make every attempt to return you within 10 hours after the scheduled release time of the replacement assignment (within 1 calendar day if it is a transoceanic trip).

**Severe Operations**

- During Severe Operations, and before departure of a trip, if your trip is canceled or the 1st leg is disrupted or causes a disruption due to delay, Crew Tracking will reroute you to do one of the following:
  a) pick up a portion of the remainder of your trip in your home base, or
  b) deadhead and/or work alternate flights that position you to pick up the remainder of the original trip, or
  c) be given replacement flying (all new segments), or
  d) be released to Scheduling

- During Severe Operations, Mandatory Availability can be implemented for the system or for specific bases and you are required to be available to Scheduling for assignment. You will be assigned to work an alternate trip or trips, as comparable to the original as possible (day for day), and will be scheduled to return no later than 24 hours past the original trip release time.

## 7.E Mid-Rotation Rerouted / Rescheduled Trip

- After departure of a pairing, Crew Tracking will notify you of your rerouted trip.

- You can be rerouted:
  - to pick up the remainder of your trip from your home base, or
  - to deadhead to pick up the remainder of your original trip, or
  - to flying that returns you to your original trip, or
  - to flying that returns you to domicile on the original return date, or
  - to flying that extends your trip past the original return and release time

- If a reroute shortens your original trip, you are subject to additional reroutes as long as:
  - the subsequent reroute(s) occur prior to the departure of the last leg returning you to your home base for a domicile rest, **AND**
  - the new routing returns to your domicile on the original trip return date.

- If a reroute extends your original trip an extra day, you will not be flown through your domicile and out again on the extended day. Additionally, Crew Tracking will make every attempt to return you to your home base within **10** hours of the original scheduled release time (or within 1 calendar day for transoceanic flying).
  **Legal Example:** An ATL 3-day trip is extended with flying originating on the 4th day from SFO-DTW-ATL. This is legal as it does not pass through your base until the trip terminates.
  **Illegal Example:** An ATL 3-day trip is extended with flying originating on the 4th day from CVG-ATL-DCA-ATL. This illegal as the extended day flying must terminate after the CVG-ATL segment.

- A rerouted trip can, however, transit your domicile base or location provided the new routing returns you to domicile or location on the same day as your original trip.
  **Legal Example:** An ATL 3-day trip scheduled to fly LAX-ATL on the 3rd day is rerouted to layover on the 2nd day in CVG. The rerouted duty period on the 3rd day is from CVG-ATL-LGA-ATL. The reroute transits the domicile on the original scheduled return date.

- If a reroute causes you to transit your home base for a domicile layover, the re-scheduled minimum rest between duty periods will be 11 hours from release to report time (9 hours actual if due to delay). Hotels are provided on request.

- When you are rescheduled, and you have unplanned sit-time within your duty period that is greater than 6:15 you can request a hotel. If the ground sit-time originates between the hours of 2100 – 0500, you can request a hotel if the sit-time is 5 hours or greater.

## 7.F Rescheduling a Partial Crew

- Crew Tracking will notify you of your rerouted trip involving a partial crew. You can be rerouted to cover the normal crew complement or to ensure FAA minimum staffing on another flight.

- The most junior flight attendant(s) on the trip excluding any required language (LOD) positions will be rerouted first.
  **Exception:** One flight attendant in an LOD position will be rerouted for any LOD required working segment(s). They can also be rerouted from a deadhead flight.

**Domestic/International Flight Leader**

- When it is necessary to split crews and a Flight Leader is needed, Crew Tracking will utilize qualified Flight Leaders as follows:
  - first, the most **junior** leader is rerouted whether in the working leader position or not;
  - if the leader is rerouted, the **junior** remaining leader on the original trip is escalated to complete the pairing

**Purser**

- If necessary to split a transoceanic crew on a layover, Crew Tracking will utilize AC-qualified leaders as follows:
  - first, the most **junior AC-qualified** leader(s) are rerouted whether in the working leader positions or not;
  - if only the A and B are qualified, the B position is rerouted so that each trip has a qualified leader;
  - if any pairing involved in the reroute does not have AC-qualified leaders, the most junior LT-qualified flight attendants will be rerouted with the most senior LT-qualified flight attendant on each pairing assuming the leader role.

- For a Purser mid-rotation vacancy such as SICK, OJI, ELOA, etc., Crew Tracking will:
  1) escalate the most senior AC-qualified volunteer,
  2) involuntarily escalate the most junior AC-qualified, or
  3) involuntarily escalate the most senior flight attendant.

## 7.G Equipment Substitutions - Prior to Departure

- Scheduling will notify you of all equipment type substitutions.

**Reduction in Staffing – Entire Rotation Reduced**

- If entire rotation is equipment downgraded, the following applies:
  1) The Flight Leader(s) will always remain on the trip
  2) A-Day holders are removed first in reverse seniority order
  3) The remaining flight attendant(s), including variable staffers whose pairings mirror the entire rotation, will be removed in reverse seniority order to attain the Delta bid staffing level of the equipment. *See Section 1.B, Aircraft Staffing.*
  4) Normal pay protection options will apply for all tripholders removed from a rotation.

**Reduction in Staffing – Partial Rotation Reduced**

- If the equipment substitution reduces staffing for only part of a rotation, the following applies:
  1) The **Flight Leader**(s) will remain on the original rotation regardless of seniority.
  2) All flight attendants including A-Day holders, and variable staffers whose rotations do not mirror the entire rotation, will work the affected legs of the rotation to the jumpseat capacity of the substituted equipment.
  3) Crew members over jumpseat capacity will deadhead on single segments. The deadhead option is offered in seniority order.
  4) If a double deadhead returns to the city where the dead-head originated, a 'sit' or expanded layover is permitted.
  5) If a double deadhead is at the beginning or end of a pairing, the crew is reduced to jumpseat capacity. All deadhead options are offered in seniority order and the pay protection options also apply.

**Language of Destination**

- Reductions in LOD staffing will be determined by the market (e.g. not reducing a 'critical' language complement) and equipment type. When necessary, this decision is made by Scheduling management.

- To the extent possible, there will be no reduction of LOD staffing if there is only one LOD flight attendant on the flight.

- When it is determined that LOD staffing can be reduced, Scheduling will remove the most junior LOD flight attendant in a language category position, and the displaced LOD flight attendant will be sequenced with the remainder of the regular flight attendants and the most junior will be removed.

**Increase in Staffing**

- If an equipment substitution increases staffing, normal trip coverage procedures will be used to provide the additional staffing.

## 7.H Equipment Substitutions - After Departure

- Crew Tracking will notify you of the equipment type substitution.

**Reduction in Staffing**

- If an equipment substitution reduces staffing, the **Flight Leader(s)** will remain on the reduced equipment, and Crew Tracking will automatically assign the most junior flight attendants to work the remaining positions on the trip.

- The number of flight attendants assigned to work the flight will be to the jumpseat capacity of the substituted equipment. Any remaining flight attendants will deadhead or be released to Scheduling as appropriate.

**Variable Staffing Positions**

- If a variable staffing pairing mirrors the regular pairing, the variable staffer is considered with all other flight attendants in seniority order and the most junior will work the remainder of the trip to the capacity of the jumpseats on the aircraft.

- If the pairing does not mirror the regular pairing, the variable staffer will either deadhead or be removed as operationally appropriate.

**Language of Destination**

- To the extent possible, there will be no reduction of LOD staffing if there is only one LOD flight attendant on the flight.

- Crew Tracking will not reduce LOD positions unnecessarily. If possible, a minimum must be kept on the flight(s) to maintain the language customer service. *See Section 6.F for minimum LOD requirements using the swapping guidelines.*

## 7.I Extended Aircraft Maintenance

- Crew Tracking will notify you of your rerouted trip due to extended aircraft maintenance. If the estimated ready time is 24 hours or less, you may be required to remain in the station assigned to the aircraft, unless Crew Tracking reroutes the crew.

- If the estimated ready time is greater than 24 hours but less than 36 hours, you will be relieved if operationally feasible.

- If the estimated ready time is greater than 36 hours, you will be rescheduled or deadheaded to your home base.

## 7.J Contacting Crew Tracking

- The Flight Crew VRU is designed to provide the most expedient manner to address concerns by routing calls to the appropriate area: Crew Tracking, IFS Scheduling, Load Factor Control, or the IFS OCC Manager.

- If currently flying a trip, you should call 1-800-DAL-CREW (1-800-325-2739) to receive information about your rerouted pairing. **NOTE: If the entire crew has been rerouted and/or instructed to call Crew Tracking please have only one flight attendant, preferably the Flight Leader, place the call.**

- After choosing “Crew Tracking Information”, option #2 from the main menu, you can select from the following options:
  1. For rotation information or if you have been instructed to call Crew Tracking or Load Factor Control
  2. If you are calling in sick
  3. Exercise a duty time or flight time limitation
  4. Resolve a Crew Rest conflict
  5. If you must speak to someone

**Hotels**

- Hotel information can be found by retrieving a copy of your pairing, or for reroutes and originations, hotel information can be confirmed upon arrival in the destination city.

- If your origination or reroute pairing does not have a hotel upon arrival in your destination city, you should call 1-800-DAL-CREW and select “Crew Accommodations” information, option # 3 from the main menu, to speak with a crew accommodations representative.

## 7.K Duty Limitations Options

**General**

- You have the option to waive any of the duty limitations, excluding the scheduled or rescheduled F.A.R. duty limitations and rest requirements, and continue your trip. You do not need to call Crew Tracking or Scheduling.

- Your projected duty time and flight time will be based on the most up to date times shown in OSS for completed flights and scheduled and/or re-timed flights. Re-timed flights are updated by the Flight Control Dispatcher in communication with the Pilot in command of the flight.
  **NOTE:** To access your trip from a computer at the gate, use the following computer code: J*RFI/BASE/PAIRING No.¥ DATE (pairing origin)[enter].

- If you waive a duty limitation and a further delay is subsequently posted for your rotation, you again have the option of waiving the duty limitation or electing not to continue your trip. The Flight Leader should notify Crew Tracking when any or all crew members elect not to continue. The safety of the crew and passengers should be the foremost concern of the Flight Leader and crew-members.

- Once aware of exceeding a duty limitation and you do not wish to continue the trip, Crew Tracking or Scheduling should be called as soon as possible by the Flight Leader with the names of all who indicate they do not wish to continue.
  - If you are in your base/location at the beginning of a trip, you will either be rerouted or released to Scheduling
  - If you are not in your base/location, you will be rerouted to complete a legal duty period or be released to a layover

  **NOTE:** Individual crew members can call Scheduling or Crew Tracking regarding the duty day of a pairing which does not mirror the pairing of the Flight Leader and/or the rest of the crew.

- Once you have exercised a work rule limitation option, you must accept the updated rescheduled pairing as built by Crew Tracking. You cannot then request to remain on your original pairing.

- For duty periods scheduled for 14 hours or less, if the duty period is projected to exceed **17 hours**, you can only continue with the approval of the IFS OCC Manager. (Contact 1-800-233-4638).
  **NOTE:** The above does not include pairings with duty periods scheduled between 14:01 and 16 hours, duty periods for non-stop flights >12 block hours and Ultra Long Range pairings.

Section 7 171
Reroute 4/1/14

**Intentionally Left Blank**

CONFIDENTIAL DELTA 000959

**Intentionally left blank**

**Intentionally left blank**

Flight Attendant Work Rules
Table of Contents – Severe Operations 5/01/12

**Section 8 - Severe Operations**

8.A Severe Operations Guidelines 174
8.B Reporting for Duty – Irregular & Severe Operations 174

CONFIDENTIAL DELTA 000962

This page intentionally left blank.

CONFIDENTIAL DELTA 000963

## 8.A Severe Operations Guidelines

- Severe Operations is defined as an extraordinary circumstance which substantially affects the operation and causes cancellations or airport closures. The Sr. Vice President of In-Flight Service (or designee) will declare the situation for the system, or by base, and will describe the cause and expected duration.
- It can be necessary to deviate from daily operational policies during severe operations. This will be done only when necessary to continue the operation and with approval of In-Flight Service management. If the crisis or severe circumstances extend beyond the expected date, periodic updates will be given.
- An advisory message stating severe operation conditions are in effect will be sent out by the In-Flight Service Senior Vice President or their designated representative. This message will be relayed by the VRU phone system and the iCrew broadcast screen. Contents of the message will include some or all of the following: the type of situation, affected bases/locations, the expected duration of the crisis, and the IFS policies in effect. If the crisis or severe circumstances extend beyond the expected date, periodic updates will be given.
  **NOTE:** All trip pairings of the affected bases/locations will have the designation '**Severe Operations'** near the top of the pairing display.

## 8.B Reporting for Duty – Irregular & Severe Operations

- You should make advance preparations during inclement weather that will ensure your ability to cover your trip assignments.
- During severe weather operations your trip can cancel. However, unless you have been otherwise advised, it is imperative you make every attempt to report for duty at the scheduled report time. It can be necessary to assign you an alternate trip during severe operations.
- The following will help increase your chances of an on-time report:
  – Stay closely attuned to weather forecasts in your area.
  – Early preparations help ensure your safe arrival at the airport.
  – Take precautions when snow or ice is predicted, such as parking on the street versus on a steep or winding driveway.
  – Consider making plans to take public transportation, when hazardous road conditions are anticipated.
  – When public transportation is not an option, consider hotels near the airport to avoid driving during hazardous conditions.
  – If you are a commuter ensure you have sufficient back-up flights to your base. *See Managed Time Out policy in Section 6.W.*

- Regardless of the length of your trip, pack appropriately for a trip of longer duration.
- If the crisis or severe circumstances extend beyond the expected date, periodic updates will be given. Some or all of the following will be implemented:

  1. Crew Tracking may utilize unaffected crews in order to avoid flight cancellations. This can result in an increase in the number of trips rescheduled.
  2. When a trip cancels in a flight attendant's home base, Crew Tracking will either assign replacement flying or release a crew back to Scheduling for an alternate assignment. The crew must contact Scheduling prior to leaving the airport.
  3. If you lose flight time, or your trip cancels, a schedule code of **'CALL'** will appear on your schedule. If Severe Operations is then subsequently declared, all **CALL** and **AVL** codes will be changed to **MAVL**.
  4. Mandatory Availability can be implemented for the system or for specific bases/locations. A flight attendant will be advised upon contacting Scheduling that availability is mandatory. The code **MAVL** will be on the schedule, and <u>you must accept any alternate assignment</u>.
  5. During severe operations, when mandatory availability is in effect, <u>Scheduling has up to 4 hours, while you remain at the airport,</u> to assign your alternate trip. *See Availability Notification in Section 3.F.*
  6. If the assigned trip is scheduled to <u>return within the normal period</u> of availability, (no more than 4 hours past the original release time) you will be paid for the <u>greater of the assigned trip or the original trip</u>.
  7. If the assigned trip is scheduled to <u>return outside the normal period</u> of availability, that is, released <u>more than 4 hours past</u> the original scheduled release, you will be paid for the greater of the assigned trip or the original trip <u>plus 4 hours draft pay</u>. The pay notation **DRFT** will be placed on your schedule next to the applicable trip. *See Section 2.T – Draft Pay.*
  8. During severe operations, when mandatory availability is implemented, you can be subject to more than one alternate trip assignment during your window of availability. Scheduling can assign multiple trips at one time, or consecutively after each arrival and as trips become available. If assigned multiple

trips, and you qualify for draft pay, you will be paid draft pay one time only for the trip released more than four hours past the scheduled release time of your original trip. *For more information on alternate assignments, see Section 3.G – Trip Pay Protection Policy- Alternate Assignments.*

9. During severe operations, when mandatory availability is implemented, Scheduling can assign alternate trips to flight attendants off canceled trips in their domicile. When possible, the assignment of a comparable trip will be made, but an assignment can be for a greater number of days. An alternate trip assignment made during severe operations and mandatory availability will not be scheduled to return **more than 24 hours** past the original scheduled release time.
10. While on Mandatory Availability and within legal parameters you can be assigned 'piggy-back flying', i.e. legs added to the end of a rotation upon return to base.
11. Deviation from deadhead requests will be denied during severe operations.

- During declared severe operations system-wide, the rerouted-into off day pay policy (RRO4 pay) will continue to apply to all qualifying pairings, including draft assignments.
- If you have multiple assignments given while on MAVL, and Severe Operations is lifted for a future date assignment, you have the option to fly the future trip with pay protection (including Draft pay if applicable) or take a Priority Pick-Up and only be paid for the alternate assignments that you worked.
- If you have unused MAVL days on your schedule and Severe Operations is lifted for those days, you have the option to change MAVL to AVL with its attending parameters or take a Priority Pick-Up.

**If you have any questions during daily operations, irregular operations or during severe operations always contact the IFS OCC Manager (1-800-233-4638) or the Scheduling office for direction and guidance regarding any work rule or scheduling policy.**

This page intentionally left blank.

CONFIDENTIAL DELTA 000967

Flight Attendant Work Rules
Table of Contents – General & Miscellaneous 1/01/15

## Section 9 - General & Miscellaneous

| | | |
|---|---|---|
| 9.A | Deadheading Procedures - General | 177 |
| 9.B | Deadhead Flight Arrangements | 178 |
| 9.C | Deviation from Deadhead | 178 |
| 9.D | Quick Reference Deviation & PSY Authorization Chart | 181 |
| 9.E | Attire for Deadheading | 182 |
| 9.F | Hotel Accommodations | 182 |
| 9.G | Crew Transportation | 183 |
| 9.H | Absence Notification Policy | 184 |
| 9.H.1 | Managed Time Out (MTO) | 184 |
| 9.I | Alternate Flying Program | 186 |
| 9.J | Trip Coverage Procedures for Military Charters | 186 |

CONFIDENTIAL DELTA 000968

## DEADHEADING PROCEDURES

### 9.A General

- Report time for deadhead flights is 1 hour prior to the scheduled departure unless notified otherwise. Be at the departure gate 40 minutes prior to scheduled departure.
- Report time for PSY flights to attend training is 30 minutes prior to scheduled departure.
- Report time for deadheads to position crews for inaugural flights is 2 hours. These deadheads are often on other airlines and the additional time is needed for ticketing, etc.
- When a deadhead leg is the last leg of a duty period, no debriefing/ deplaning time is added to the duty period.
- Deadheading is considered part of duty time by Delta.
- Flight attendants scheduled to deadhead, or those who have deviated from deadhead could be required to work. The change from a deadhead or a deviation from deadhead to a working segment can be done by Crew Tracking or Scheduling when the need arises.
  **NOTE:** Since multiple pairings may be involved and reroutes occur sequentially at varying times, to the extent practical the most junior flight attendant(s) will be rescheduled to work. A flight attendant who has deviated from deadhead must be advised prior to the arrival of the last working segment.
- All ferry flights (including segments of charter flights with no revenue passengers) are considered deadhead flights.
- If the outbound crew is not available due to delay or other circumstances, the deadheading crew should coordinate with the gate agent to check the emergency equipment and prepare the aircraft for boarding, board and complete on ground service, if necessary.
- Deadheading crew members will not be removed to accommodate an oversold flight or standby revenue customers. Flight attendants can *volunteer* to occupy the jumpseat to accommodate an oversold or standby customer.
  **NOTE**: You can also volunteer to be removed in an oversold situation if it does not impact your legalities or A-Day availability for duty. Contact Scheduling to update your trip if you DH on another flight.
- Sleeping while deadheading is permitted provided you are seated in a passenger seat.

## 9.B Deadhead Flight Arrangements

- Crew Booking makes reservations, designated as Positive Space Coach - "PSY", for all pre-month scheduled deadhead flight segments.
  - For domestic, international (non-transoceanic), and intra-theatre flights in Europe, Asia, and Africa deadhead seats are booked in economy class.
  - For transoceanic flights, including transoceanic Military Charters, deadhead seats are booked in economy class.

- For non-scheduled or rerouted DH flight segments occurring mid-rotation, PSY reservations are made by IFS Scheduling.

**Upgrade from Main Cabin**

- 24 hours prior to the departure of your deadhead flight, you may change your seat to Delta Comfort+ if it is available.

- To upgrade to first/business class, place yourself on the airport standby list. You will be upgraded at departure time if first/business class seats are available based on the airport standby list priority rules, and if time permits.

## 9.C Deviation From Deadhead

**General**

- Deviations from scheduled deadheads prior to your first working segment or after your last working segment are commonly called 'front-end' or 'back-end' deviations, respectively.

- Enter requests to deviate from a scheduled deadhead leg in iCrew no later than 48 hours prior to trip departure to ensure approval and update.
  **NOTE:** You cannot deviate from a deadhead without prior approval from Scheduling, and during irregular or severe operations, deviation requests can be denied.
- You must use cabin jumpseat or non-revenue pass authorization for all deviations from deadhead unless you are authorized for PSY travel. For reservation problems, call Scheduling for assistance.
- You must use cabin jumpseat or non-revenue pass authorization when deviating from deadhead to and/or from an alternate city.
  **NOTE:** see section 9.D 'Quick Reference Deviation and PSY Authorization Chart' for additional details/exceptions, e.g. Charters
- Once approved for deviation, a trip cannot be swapped. You must contact Scheduling to return the trip to its originally scheduled deadhead status before a swap can be approved in the computer.
- Non-availability of seats on flights other than the scheduled dead-head is not accepted as an excuse for missing a working flight.
- Authorization for A-Day holders to deviate from a deadhead can be granted only after completion of the last working flight segment on the last day of the A-Day block, subject to operational requirements. Contact Scheduling for these deviation requests.
- If a deadhead at the beginning of a trip is to a layover, any deviation must be scheduled to arrive no later than 1 hour prior to departure of the first working segment.
  **NOTE:** Does not apply to front-end deviations of DH on dedicated or nondedicated charter flight.
- You can deviate from the beginning of a dedicated or non-dedicated charter only if one of the following criteria are met:
  - you notify Scheduling you are in the originating city of the first live flight within normal sign-in parameters of the rotation (up to 3 hours before the original report time in the base station) **or**
  - you have been granted PSY to your first live leg, and that PSY puts you in the station of the first live leg prior to your original sign in. Once you arrive at the originating station of the first live leg, you must call scheduling prior to your original sign in.
    **Example:** The DH leg of your charter rotation reports at 1405 ET. You must contact Scheduling between 1105 ET and 1405 ET that you are in the city of the first live leg of the charter.
- You can deviate at the end of the charter once the last charter flight is completed. Additionally, if the last leg of the trip is a ferry, you can deviate from the scheduled ferry flight if it has not changed to an extra section flight. Flight Numbering: DL Extra Sections are 9856 – 9930; DL Charter flights are 8860 – 8969, and DL Ferry flights are 8820 – 8859, 9760 - 9769, and 9931 – 9979.
  **Exception:** Transoceanic Military Charters; see the Chart in Section 9.D.

**Positive Space**

- Positive space travel (PSY*) can only be authorized for deviations from deadhead under certain conditions:
  1. If the deadhead is the 1st leg of your trip and you deadhead directly from your home base or co-terminal earlier than scheduled on the same calendar day, or
  2. If the deadhead is the last leg of your trip and you deadhead directly to your home base or co-terminal earlier (can be a calendar day earlier) or later the same calendar day as originally scheduled.

  ***NOTE:** A PSY reservation for a deviation can only be made when flight availability allows in TravelNet under Company Business.

## Deviation Not Allowed

- When the deadhead is in the same duty period as the first working segment, you cannot deviate on a flight that is scheduled to arrive later than the original deadhead flight.

- If the first leg of your trip deadheads to a layover and you are re-questing a deviation from deadhead, you cannot deviate to a flight that arrives less than 1 hour prior to the scheduled departure time of the first working segment.

- Flight attendants cannot deviate deadhead:
  - at the beginning of a Military or CRAF charter
  - onto a ferry flight
  - from a deadhead occurring in the middle of a trip
  - from a scheduled deadhead on trips involving interline flights or Intra-European/Asian flight connections
  - on an inaugural pairing

  **Exception:** If an inaugural begins with a double deadhead through a base city, and you notify Scheduling you are in the originating city of the second DH flight within normal sign-in parameters of the rotation (up to 3 hours before the original report time in the base station), you can request to deviate off the 1st DH segment and depart out of the 2nd city.

- Deviations can also be denied at the discretion of IFS management for operational circumstances such as during severe operations.

- If you are authorized to deviate from your scheduled deadhead at the end of a trip, but are notified of random drug or alcohol testing following the last working flight of the trip, you are **required** to deadhead back to your base domicile as originally scheduled.

- A-Day holders cannot deviate from a deadhead at the beginning of a trip.

  **Exception:** You are deviating from your base or a co-terminal (e.g. EWR instead of LGA) to PSY on an earlier flight that same calendar day. Must be with Scheduling approval.

## 9.D Quick Reference Deviation & PSY Authorization Chart

| Front-End Deviation: | Deviation Allowed? | PSY Authorization |
|---|---|---|
| From base or a co-terminal on an earlier flight (same calendar day) | Yes | Yes* |
| From other destination to 1st working segment | Yes | No |
| A-Day Holders | No | N/A |
| **Exception:** A-Day holders from base or co-terminal if to PSY on an earlier flight that same calendar day – must get approval from Scheduling. | Yes | Yes* |
| To a Military Charter, or inaugural flight (whether DH is on Delta service or OAL) | No | N/A |
| To a dedicated or non-dedicated charter flight | Yes, only if criteria noted in Section 9.C are met | No |
| **Back-End Deviation** | | **PSY Authorization** |
| To base or co-terminal earlier (can be up to one calendar day earlier) or later on the same calendar day as originally scheduled. | Yes | Yes* |
| To any other destination | Yes | No |
| A-Day holders to base or a co-terminal on that same calendar day and it is the final A-Day in the block | Yes | Yes*, but authorization is only given after the completion of the final working leg before the scheduled DH |
| From a dedicated or non-dedicated charter flight (includes domestic and international** military charters) | Yes, upon completion of final working leg | Yes*, only to base or co-terminal after completion of the final working leg |
| From a Transoceanic Military Charter flight | Yes, upon completion of final working leg | Yes*, to any base; must be a non-stop transoceanic flight; & requested in advance of charter award using online form. |

***NOTE:** In all cases the deviating flights for PSY must have seats authorized for use as indicated under Company Business in Travelnet.
**International flying as defined in Section 1.M.

## 9.E Attire for Deadheading

- You can wear your uniform or follow the business casual dress code for company business travel as noted in *HR Policies / Pass Travel / Company Business Travel via Delta.*
- When deadheading in uniform, you must adhere to uniform regulations throughout the flight. *See the IFS Operations Handbook – Uniforms Program section.*

## 9.F Hotel Accommodations

- Hotel selection to provide layover accommodations is completed by Corporate Travel Services using input from In-Flight Service and the Delta Employee Involvement Group (EIG). Corporate Travel reviews hotels prior to selection for a number of items, particularly safety and cleanliness.
- Hotels for reroutes and originations will be confirmed upon arrival in the layover city. *For additional Load factor Hotel information, see Load factor Staffing - Layover Hotel in Section 4.E.*

**Away from Base Domicile**

**Advance Reservations**

- Hotels are provided when prior to report, you are scheduled with 6:15 hours or more ground time from release of one flight to departure of the next flight. These accommodations are reserved in advance and direct-billed to Delta.

**Exception:** 5 hours or more qualifies for a hotel when the ground time, scheduled or unscheduled, originates between 2100 – 0500.

**Upon Request**

- Hotel rooms that are not booked in advance will be provided upon request, when during daily operations (e.g. after report time), you are rescheduled with 6:15 hours or more ground time from release of one flight to departure of the next flight. These rooms will be booked by the OCC Crew Accommodations Desk or local operations if necessary.

- When the scheduled ground time is less than 6:15 hours, but due to daily operations, the next flight has an updated late departure with 6:15 hours or more ground time from release of one flight to departure of the next flight, hotel rooms will be provided upon request. These rooms will be booked by the OCC Crew Accommodations desk or local operations.
  **NOTE**: When the **scheduled** ground time from the block-in of one flight to departure of the next flight is less than 6:15 hours and your **inbound flight arrives earlier than scheduled**, hotel accommodations are **not authorized** even if this results in 6:15 hours or more ground time between block-in to departure.

  **Example:** An inbound flight is scheduled to arrive at 1100 but actually arrives at 1030. The departure time of the next scheduled flight is at 1700. Hotel accommodations are not authorized because the scheduled ground time is 6:00 even though with the early arrival it reflects as 6:30. However if the departure flight is then subsequently delayed to 1800 (and known in time/in advance), hotel accommodations will be provided upon request because the ground time from scheduled arrival to the delayed departure time is 7:00.

**In Base Domicile**

- Hotel rooms **are provided upon request** during daily operations, when you are rescheduled with ground time of 6:15 hours or more between block-in from one flight to departure for the next flight. This can be a 'domicile stopover 'occurring within one duty period or can be a 'domicile layover' consisting of a scheduled legal 11 hour domicile rest period or more.
  **Exception:** You can request a hotel if you have 5 hours or more unscheduled ground time and the ground time originates between 2100 – 0500. Hotels are also provided for Ultra Long Range pairing crews whose flight cancels and they are rescheduled to depart on a ULR segment after a minimum 10 hour domicile rest from release to report.

## 9.G Crew Transportation

- The normal time to wait for crew transportation to the hotel should be no more than **20 minutes**. Beyond that amount of time, make a phone call to the hotel. If an additional wait is anticipated, you can secure a taxi ride and submit your taxi expense via the DEERS reimbursement system.

- When your pairing has been updated by Crew Tracking with an authorized 30 minutes later report time at a layover point, if the scheduled crew transportation cannot be changed, you can pay for a taxi ride and submit your expenses via the DEERS reimbursement system.

## 9.H Absence Notification Policy

- You must notify the Management Support Team (MST) as soon as you are aware of your inability to cover an assignment, including a training assignment.

  **Trip Holder–**You must call 3 hours prior to scheduled report time.
  **NOTE:** If you call in less than 3 hours prior to report time your schedule will be marked CFSM and you may subject to Performance Development.

  **A-Day Holder–**The following will apply:
  a.) If you have not yet received a trip assignment, you will be marked sick for the appropriate date at the time you call.
  b.) If you have been assigned a trip but you call in the day prior to the trip you will be marked sick.
  c.) If you call in sick on the day of the assignment after accepting the assignment, or state that you are sick at the time you are contacted for the assignment, your schedule will be marked with CFSM and you will need to contact your Field Service Manager.

- You must provide the MST desk with a projected well date upon initial notification of the absence. If you remain sick and are unable to report for your next scheduled trip, you must notify the MST desk and provide a new projected well date.
  **NOTE:** Contact Sedgwick Claims Management at 877-67-DELTA to certify any absence of more than 7 consecutive days due to illness. Sedgwick will coordinate with your physician regarding the absence. Failure to contact Sedgwick can result in an unexcused absence. Also contact Sedgwick when an OJI absence extends beyond 7 consecutive days. An OJI should be initially reported to ESIS at 1-800-642-4462 within **24 hours** of the injury.

## 9.H.1 Managed Time Out (MTO)

- Managed Time Out (MTO) is an option for a trip or A-Day drop (in single day increments) without pay that is provided when unforeseen circumstances arise **within 24 hours of scheduled report**.
- An MTO (Managed Time Out) is an accountable absence. If you think the occasion warrants an exception to your reliability record, contact your PFSM to discuss.
- The MST Desk (Manager Support Team) should be contacted as soon as you are aware of a possible situation requiring MTO.

- Though not a comprehensive list, the general conditions for requesting MTO are:
  - Hazardous/impassable road conditions
  - Enroute mechanical problems
  - Severe weather conditions-be aware of Delta's procedures during inclement weather and winter operations. Ensure that you have proper back up flights and make advance preparations when needed. Pre-planning during expected adverse weather conditions is required to qualify for MTO.
  - Unexpected airport closure
  - Natural disasters
  - Sick family member; very ill and immediate in nature.
  - Unexpected child care problems
  - Funeral/death of a friend or non-immediate family member
  - **Commuter flight trouble** – As a commuter you are required to have a primary and a back-up flight (DL or OAL) with available seats. Available seats are noted in TravelNet as 'AV' seats (versus AU which are authorized for seat sale). These AV seats should be seats open when you list within 12 hours of departure. The back-up flight must also be scheduled to arrive at least 1 hour before sign-in. A cabin jumpseat can be secured for the primary or the back-up flight, but you cannot book or hold both simultaneously.

    **NOTE:** Retain all OAL documentation to present if needed.
- MST managers will facilitate your request as follows:
  1. Your trip will either be dropped and the day marked with MTO, or if the trip is a multi-day trip, you can be requested to fly the balance or deadhead into the balance of the trip* if it is operationally feasible to split it and do so. If this is not possible, you can be asked to pick-up a trip from open time the next day.

  2. For commuting problems which can be widespread if due to weather conditions, the trip will be dropped with the requirement that you be deadheaded into the balance of your trip* if operationally feasible; or Scheduling will assist you in picking up an alternate trip for the next or a subsequent day. The code used for a pick-up is MTOP.

     **Exception:** When A-Day staffing is good and you are on a multi-day trip you will not be asked to fly a remaining portion of your trip or to pick-up.

     **NOTE:** If you are a commuter, you can be required to fly an out-of-base/location trip out of your home location; e.g. if you live in the ATL vicinity but are based in NYC, when requesting MTO due to commuting problems due to weather conditions, you can be assigned an ATL trip.

*Original trip guarantees do not apply; duty/trip credits only as applicable.

## 9.I Alternate Flying Program (AFP)

- The alternate flying program in certain designated locations approved by IFS Management is open to qualified participants. *See the IFS Operations Handbook, Section 3.1, Alternate Flying Program.*
- The locations are designed to be self-sufficient and self-managed by the participants, however, all normal scheduling and reroute policies apply to AFP flying as necessary.
  **NOTE:** Trip coverage by Scheduling, if needed, will follow normal trip coverage procedures.
- Jetway trades involving AFP pairings can be done with any flight attendant in the system. *See Section 6.G for specific details on Jetway Trades.*

## 9.J Trip Coverage Procedures for Military Charters

- Military Airlift Charters (MAC) and Civil Reserve Air Fleet (CRAF) charters are available for charter (CR) qualified flight attendants to pick-up or to move-up to as indicated below.

**Pick-Up Eligibility**

- CR-qualified flight attendants from any base or AFP can pick-up a domestic, international, or transoceanic military charter.
  **NOTE: Domestic and non-transoceanic international military charters will be posted in the open time of the base or location they originate from.**

**Move-Up Eligibility**

- Flight attendants from any base, with the exception of AFPs, that meet the following criteria can move-up to a military charter as follows:
  - A CR-qualified flight attendant holding a domestic or international (e.g. SJU, MEX, etc.) trip (Flight Leader or regular) is eligible to move-up to a transoceanic military charter
  - A CR-qualified Purser/Flight Leader holding a Purser/Flight Leader or transoceanic regular position is eligible to move-up to a transoceanic military charter Purser or regular position
  - A CR-qualified flight attendant holding a regular transoceanic trip is eligible to move-up to a regular position on a transoceanic military charter
  - A CR-qualified flight attendant holding a domestic, international, or transoceanic LOD position is eligible to move-up to a transoceanic military charter as long as they are not the last LOD position on the pairing(s) they are vacating
  - A CR-qualified flight attendant holding any combination of the above indicated trips and A-Days (including all A-days) is eligible to move-up to any position on a military charter they qualify for.

- A CR-qualified A-Day flight attendant who has or has not been previously awarded/assigned a trip
- A charter-qualified flight attendant holding a non-dedicated charter trip (Flight Leader or regular) is eligible to move-up to a transoceanic military charter

**NOTE:** Charter-qualified flight attendants holding a dedicated charter trip (Flight Leader or regular) are not eligible to move-up to a transoceanic military charter.

**Awarding Domestic & International Military Charters**

- Domestic and international (e.g. SJU, etc.) military charters will be awarded in the local base from which the trip originates using the automated 1st Come 1st Served system and/or the normal trip coverage procedures within 1 calendar day of departure.

**Transoceanic Military Charters**

- Transoceanic military charter assignments will be awarded using system seniority of CR-qualified flight attendants who have submitted a pick-up/move-up request using the template designated for Military Charter pick-up/move-up requests.

  **NOTE:** Do not use the Out-of-Base Pick-Up screen, use the screen designated for transoceanic Military Charter pick-ups and move-ups.

- All pick-up/move-up requests are worked together in seniority order.
  - Tripholders are eligible to pick-up or move-up to a transoceanic military charter.
  - A-Day holders are only eligible to move-up to a transoceanic charter. It can be from a previously awarded or assigned trip or from unassigned A-Days.

    **NOTE:** An A-Day flight attendant can only move-up from an A-Day block already in progress if there is sufficient time and staffing to support the current day operation.

- For move-ups, the transoceanic military charter must overlap your original trip(s), and the charter must be equal to or a greater number of days than the original trip(s).

  **NOTE:** A physical overlap means the report time of your trip must overlap the military charter release time.

- Move-ups to a transoceanic military charter with the same originating date and those with alternate originating dates are worked together in seniority order.

- The Trip Trade Balancer and any other applicable legalities must be satisfied for all move-ups.

- Transoceanic military charters must be staffed with one Purser position. The Purser must be CR and AC qualified, and he/she must be able to complete appropriate transoceanic paperwork.

**Examples of Legal Move-Ups to Transoceanic Military Charters**

**Example A:** You are moving from a 3-day trip on DEC 5-7 and a 3-day trip on DEC 10-12 to a 7-day military charter departing DEC 5. This is permissible since:
1. You are moving to a charter of equal or greater number of days (6 days flying moving up to 7 days of flying)
2. The charter coincides/overlaps with both of your trip(s)

**Example B:** You are moving from a turnaround on DEC 2 and a 3-day A-Day block on DEC 5-7 to a 5-day military charter departing DEC 1. This is permissible since:
1. You are moving to a charter of equal or greater number of days (4 days flying moving up to 5 days of flying)
2. The charter overlaps your trip, and the charter overlaps the first day of the A-Day block.

**Example C:** You are moving from a 3-day trip on DEC 15, reporting at **1530** and releasing at 1800 on C-day to a 3-day military charter on DEC 13, reporting at 0800 on the 13th and releasing at **1600** on the 15th. This is permissible since:
1. You are moving to a charter of equal or greater number of days, and
2. The charter release time of 1600 is overlapped by your trip report time of 1530.

**Example D:** You are moving from a 3-day trip on DEC 10 to a 4-day military charter on DEC 11. This is permissible since:
1. You are moving to a charter of equal or greater number of days
2. The charter overlaps your trip

**NOTE:** There must be sufficient time and staffing to cover your trip (a minimum of 3 hours to the report time of your original trip, at the time your request is processed).

**Awarding Transoceanic Military Charters**

- The award process for transoceanic military charters will begin daily at 0700 ET for charters departing 2 calendar days later.

- Any transoceanic military charter created after 0500 **two** calendar days out and prior to 1600 hours **one** calendar day prior to operation will be posted as CRF pairings in open time for at least 2 hours before beginning trip coverage.

- Any transoceanic military charter created from 1600 one calendar day prior to operation and onward (and into the day of operation), will be posted for 15 minutes before beginning trip coverage. Any remaining positions will be covered in-base using the normal base trip coverage procedures.

- After the initial award of a transoceanic military charter, if any positions subsequently become open, Scheduling will return to the original system seniority list of pick-up/move-up requests for that trip. This will be done until the original system list is exhausted or until 6 hours prior to report of the MAC Charter, whichever comes first. Then the in-base pick-up/move-up process will be used, followed by A-Day coverage and reverse assignment if necessary.
- A priority pick-up can only be used for a domestic military charter that originates within 1 calendar day of departure in your local base. The priority pick-up cannot be used for transoceanic military charters since these charters are open to the entire system and the priority pick up authorization was obtained in your local base or location.
- Flight attendants are responsible for any military charter awarded prior to 1600 ET the day before the report of the charter. Scheduling will notify you of any awards processed after 1600 ET.
- If you are awarded or assigned a military charter, you are subject to changed report/departure times as requested by the U.S. military, and you cannot opt to come off the rotation due to the changed report/departure time.
- Once awarded, you cannot swap your transoceanic military charter to another flight attendant. Due to system-wide interest in the military charters and the possibility of negating seniority, such swaps are prohibited. You can swap a domestic military charter.
- If open positions remain after the 1 calendar day cutoff, then A-Day preferences and assignments can also be used to fill any remaining positions.
- If you are not based in the city from which the trip will depart, you are responsible to position yourself in the originating base city using your own pass privileges.

**Deadheading**

- Transoceanic deadhead segments will be booked in economy class.
- All seats booked as domestic deadhead segments will be booked in economy. Crewmembers can standby for first class.
- All seats are booked as the positions are filled.
- You may not deviate deadhead on the ‘front-end’ of a military charter.
- You may deviate on the ‘back-end’ to normally scheduled Delta service upon completing the last working segment. You must call Scheduling to coordinate the deviation request.
  **Exception:** Transoceanic Military Charters may request in advance; see the Chart in Section 9.D.

**NOTE:** If deviating on a ferry flight and the ferry flight has more than 19 deadheading or non-revenue passengers, one flight attendant must be designated to a working position. The working crewmember must be legal in accordance with all FAA duty and rest requirements.

**Reverse Assignment Procedures for Military Charters**

- If Scheduling is unable to staff a transoceanic military charter using the system CR seniority list 6 hours prior to report, then local A-Day flight attendants will be used. After the A-Days are exhausted, then the local base CR seniority list will be used for assigning remaining open positions in reverse seniority order.
- Reverse assignment procedures will be used under the following conditions:
  - if all steps noted in the award procedures have been exhausted and there are not sufficient volunteers or A-Day holders for an operating military charter, or
  - if Delta receives <4 hours notification to staff a military charter.
- Once reverse assignment procedures are activated, flight attendants cannot decline a military charter assignment. Delta is contractually bound by the U.S. government to staff and operate the charter. If a flight attendant refuses to accept the military charter in a reverse assignment process, he/she will be subject to Performance Development.

**Procedures Used 4 Hours or Less to Report**

1. First, the local base CR seniority list will be used to reverse-order assign the military charter.

2. If necessary, and after all attempts to assign CR-qualified flight attendants have been exhausted, reverse seniority assignments can be given to non CR-qualified flight attendants.

**Wildcard Pairings**

- Wildcard pairings are offered in accordance with the frequency of operation. With any startup of transoceanic military charter flying, In-Flight Service will publish details about the initiation of the wild card program.
- After the first designated wildcard charter, <u>every third</u> transoceanic military charter is designated a wildcard charter. A wildcard that is cancelled will not be replaced by another designated wildcard.
- Only those CR-qualified flight attendants who have not flown a transoceanic military charter within the previous 45 days are eligible for wildcard flying. This means 45 days *free of flying* a

previous transoceanic military charter, from the release date of the last scheduled or rescheduled duty period of the previous transoceanic military charter to the departure date of the next transoceanic military charter.

- The wildcard pairing will be awarded according to current transoceanic military charter procedures.
- If there is no transoceanic military charter activity for more than 45 days, the wildcard program will be discontinued.

### *F.A.R. 121.467 Flight attendant duty period limitations and rest requirements: Domestic, flag, and supplemental operations.*

(a) For purposes of this section—
***Calendar day*** means the period of elapsed time, using Coordinated Universal Time or local time, that begins at midnight and ends 24 hours later at the next midnight.

***Duty period*** means the period of elapsed time between reporting for an assignment involving flight time and release from that assignment by the certificate holder conducting domestic, flag, or supplemental operations. The time is calculated using either Coordinated Universal Time or local time to reflect the total elapsed time.

***Flight attendant*** means an individual, other than a flight crewmember, who is assigned by a certificate holder conducting domestic, flag, or supplemental operations, in accordance with the required minimum crew complement under the certificate holder's operations specifications or in addition to that minimum complement, to duty in an aircraft during flight time and whose duties include but are not necessarily limited to cabin-safety-related responsibilities.

***Rest period*** means the period free of all restraint or duty for a certificate holder conducting domestic, flag, or supplemental operations and free of all responsibility for work or duty should the occasion arise.

(b) Except as provided in paragraph (c) of this section, a certificate holder conducting domestic, flag, or supplemental operations may assign a duty period to a flight attendant only when the applicable duty period limitations and rest requirements of this paragraph are met.

(1) Except as provided in paragraphs (b)(4), (b)(5), and (b)(6) of this section, no certificate holder conducting domestic, flag, or supplemental operations may assign a flight attendant to a scheduled duty period of more than 14 hours.

(2) Except as provided in paragraph (b)(3) of this section, a flight attendant scheduled to a duty period of 14 hours or less as provided under paragraph (b)(1) of this section must be given a scheduled rest period of at least 9 consecutive hours. This rest period must occur between the completion of the scheduled duty period and the commencement of the subsequent duty period.

(3) The rest period required under paragraph (b)(2) of this section may be scheduled or reduced to 8 consecutive hours if the flight attendant is provided a subsequent rest period of at least 10 consecutive hours; this subsequent rest period must be scheduled to begin no later than 24 hours after the beginning of the reduced rest period and must occur between the completion of the scheduled duty period and the commencement of the subsequent duty period.

(4) A certificate holder conducting domestic, flag, or supplemental operations may assign a flight attendant to a scheduled duty period of more than 14 hours, but no more than 16 hours, if the certificate holder has assigned to the flight or flights in that duty period at least one flight attendant in addition to the minimum

flight attendant complement required for the flight or flights in that duty period under the certificate holder's operations specifications.

(5) A certificate holder conducting domestic, flag, or supplemental operations may assign a flight attendant to a scheduled duty period of more than 16 hours, but no more than 18 hours, if the certificate holder has assigned to the flight or flights in that duty period at least two flight attendants in addition to the minimum flight attendant complement required for the flight or flights in that duty period under the certificate holder's operations specifications.

(6) A certificate holder conducting domestic, flag, or supplemental operations may assign a flight attendant to a scheduled duty period of more than 18 hours, but no more than 20 hours, if the scheduled duty period includes one or more flights that land or take off outside the 48 contiguous states and the District of Columbia, and if the certificate holder has assigned to the flight or flights in that duty period at least three flight attendants in addition to the minimum flight attendant complement required for the flight or flights in that duty period under the domestic certificate holder's operations specifications.

(7) Except as provided in paragraph (b)(8) of this section, a flight attendant scheduled to a duty period of more than 14 hours but no more than 20 hours, as provided in paragraphs (b)(4), (b)(5), and (b)(6) of this section, must be given a scheduled rest period of at least 12 consecutive hours. This rest period must occur between the completion of the scheduled duty period and the commencement of the subsequent duty period.

(8) The rest period required under paragraph (b)(7) of this section may be scheduled or reduced to 10 consecutive hours if the flight attendant is provided a subsequent rest period of at least 14 consecutive hours; this subsequent rest period must be scheduled to begin no later than 24 hours after the beginning of the reduced rest period and must occur between the completion of the scheduled duty period and the commencement of the subsequent duty period.

(9) Notwithstanding paragraphs (b)(4), (b)(5), and (b)(6) of this section, if a certificate holder conducting domestic, flag, or supplemental operations elects to reduce the rest period to 10 hours as authorized by paragraph (b)(8) of this section, the certificate holder may not schedule a flight attendant for a duty period of more than 14 hours during the 24-hour period commencing after the beginning of the reduced rest period.

(10) No certificate holder conducting domestic, flag, or supplemental operations may assign a flight attendant any duty period with the certificate holder unless the flight attendant has had at least the minimum rest required under this section.

(11) No certificate holder conducting domestic, flag, or supplemental operations may assign a flight attendant to perform any duty with the certificate holder during any required rest period.

(12) Time spent in transportation, not local in character, that a certificate holder conducting domestic, flag, or supplemental operations requires of a flight attendant and provides to transport the flight attendant to an airport at which that flight attendant is to serve on a flight as a crewmember, or from an airport at

which the flight attendant was relieved from duty to return to the flight attendant's home station, is not considered part of a rest period.

(13) Each certificate holder conducting domestic, flag, or supplemental operations must relieve each flight attendant engaged in air transportation and each commercial operator must relieve each flight attendant engaged in air commerce from all further duty for at least 24 consecutive hours during any 7 consecutive calendar days.

(14) A flight attendant is not considered to be scheduled for duty in excess of duty period limitations if the flights to which the flight attendant is assigned are scheduled and normally terminate within the limitations but due to circumstances beyond the control of the certificate holder conducting domestic, flag, or supplemental operations (such as adverse weather conditions) are not at the time of departure expected to reach their destination within the scheduled time.

(c) Notwithstanding paragraph (b) of this section, a certificate holder conducting domestic, flag, or supplemental operations may apply the flight crewmember flight time and duty limitations and rest requirements of this part to flight attendants for all operations conducted under this part provided that—

(1) The certificate holder establishes written procedures that—

(i) Apply to all flight attendants used in the certificate holder's operation;

(ii) Include the flight crewmember requirements contained in subparts Q, R, or S of this part, as appropriate to the operation being conducted, except that rest facilities on board the aircraft are not required;

(iii) Include provisions to add one flight attendant to the minimum flight attendant complement for each flight crewmember who is in excess of the minimum number required in the aircraft type certificate data sheet and who is assigned to the aircraft under the provisions of subparts Q, R, and S, as applicable, of this part;

(iv) Are approved by the Administrator and are described or referenced in the certificate holder's operations specifications; and

(2) Whenever the Administrator finds that revisions are necessary for the continued adequacy of the written procedures that are required by paragraph (c)(1) of this section and that had been granted final approval, the certificate holder must, after notification by the Administrator, make any changes in the procedures that are found necessary by the Administrator. Within 30 days after the certificate holder receives such notice, it may file a petition to reconsider the notice with the certificate-holding district office. The filing of a petition to reconsider stays the notice, pending decision by the Administrator. However, if the Administrator finds that an emergency requires immediate action in the interest of safety, the Administrator may, upon a statement of the reasons, require a change effective without stay.

[Amdt. 121–241, 59 FR 42991, Aug. 19, 1994, as amended by Amdt. 121–253, 61 FR 2612, Jan. 26, 1996]

## Schedule Status Codes

| Code | Description |
|---|---|
| **ADV** | A-Day is advised of assignment |
| **ADV1** | Notification of 1st change of pairing |
| **ADV2** | Notification of 2nd change of pairing |
| **ADY6** | Block of 6 Access Days |
| **ADY3** | Block of 3 Access Days |
| **ADYX** | Unused Access Day |
| **@** | Symbol attached to pairing number indicating trip awarded/assigned in conjunction with Access Days |
| **AG** | Front-end deviation of deadhead "Already Gone" |
| **ALT** | Alternate assignment from availability |
| **ASBE** | Standby /yellow fever vaccination required–ATL E-concourse |
| **ASBJ** | Standby / yellow fever vaccination required – JFK |
| **AVL** | Availability when pay protection is offered |
| **AVLX** | Unused/paid availability day |
| **BENG** | Business Elite / Next Generation Trained |
| **CALL** | Must call Scheduling due to schedule change |
| **CFSM** | Must speak with FSM before flying again |
| **DRFT** | A Tripholder drafted into an off day (pays +4 hrs) |
| **ELOA** | Emergency Leave |
| **ESC** | Escalation to Flight Leader position |
| **ESCL** | Mid-rotation escalation to flight leader position |
| **FAOK** | Cleared to fly after failure to be available |
| **FCOK** | Cleared to fly after failure to cover |
| **FIOD** | An A-Day holder assigned into an OFF day (pays +4 hrs) |
| **FIVD** | F/A rerouted into vacation day |
| **FLCA** | Flight Leader comprehensive assessment |
| **FLTP** | Flight Leader training pay |
| **FMLA** | Family Medical Leave |
| **FOTS** | Food For Sale Trade Show |
| **IPY4** | Voluntary incentive pay (pays +4 hrs) |
| | |
| | |
| **JWT** | Jetway Trade |
| **MAVL** | Mandatory Availability |
| **MLOA** | Maternity Leave of Absence |
| **MTO** | Managed Time Out (unpaid) - Trip drop due to extenuating circumstances |
| **MTOP** | MTO with pick-up |
| **MTP** | MTO using PPT time |
| **M/U** | Move up |
| **NALT** | No alternate assignment required |
| **NAVL** | Availability assignment made |
| **OBP** | Out-of-base pick-up with the swap board |
| **OP/U** | Out-of-base pick-up with open time |
| **OT** | Open time swap |

| | |
|---|---|
| **OTHR** | Other types of leave |
| **PADJ** | Pay adjustment |
| **PREF** | A-Day preferenced rotation |
| **P/T** | Priority pick-up |
| **P/U** | Pick-up |
| **RLS** | A-Day released until report (release begins at duty day start time) |
| **RLSD** | Released for a period of time |
| **RR04** | Reroute pay (+4) |
| **RRST** | Scheduled 24 hr FAA required rest |
| **SAFT** | Safety Training |
| **SPT** | PPT used for day off or trip drop |
| **STBA** | Standby – ATL A-concourse |
| **STBE** | Standby – ATL E-concourse /standby – EWR |
| **STBJ** | Standby at JFK |
| **STBL** | Standby at LGA main |
| **STBY** | Standby – all bases except ATL/NYC |
| **SWP** | F/A to F/A swap |
| **TDOT** | Trip drop to open time |
| **UFF** | Unscheduled Family Leave absence and Paternity absence |
| **UFM** | Maternity absence approved for Family Leave |
| **UFO** | Family Leave OJI |
| **UFS** | Sick occurrence approved for Family Leave |
| **UPK** | Absence in conjunction with KinCare (California only) |
| **UPM** | Maternity absence approved for Family Leave |
| **UPO** | On-the-Job Injury |
| **UPS** | Unscheduled absence due to personal illness/injury |
| **UPV** | Unscheduled incremental Vacation Day – an option for you to use if your absence is certified and you have exhausted PPT before the 7 day waiting period is over |
| **USBE** | ultra long range standby – ATL E-concourse |
| **USBJ** | Ultra Long Range standby JFK |
| **USBY** | ultra long range standby – all bases except ATL/NYC |
| **VAC** | Vacation |
| **WSEG** | Workplace Safety and Ergonomic training |
| **+** | Rotation is holding its guarantee |
| **%** | F/A called in well |
| **$** | Follows code on schedule when no PPT time remains |
| **<** | First duty period starts on the previous calendar day; e.g. 2330 report for a 0030 departure, and the trip is dated by the departure time |
| **>** | Last duty period ends in the next calendar day; the duty period and/or last flight crosses midnight into the next calendar day |
| **&** | The last flight of a duty period begins after midnight into the next calendar day |

## Training Codes

| | |
|---|---|
| **AC** | ATLANTIC COORDINATOR |
| **AD** | DEFIBRILLATOR TRAINING |
| **AF** | CULTURAL TRAINING - AFRICA |
| **AI** | F/A IN CHARGE TRAINING |
| **AT** | ATLANTIC TRAINED |
| **AX** | A310 300 DIFFERENCES |
| **A3** | A-310 QUALIFIED |
| **A7** | SECURITY CODE FOR ID |
| **BE** | BUSINESS ELITE REDESIGN F/A TRAINING |
| **BF** | F/A BRIEFINGS |
| **B1** | BOMBAY BUSINESS ELITE SERVICE TRAINING |
| **CA** | CULTURAL AWARENESS |
| **CB** | COMPUTER BASED TRAINING |
| **CE** | CUSTOMER SERVICE EVALUATION |
| **CF** | CIVIL RESERVE AIR FLEET TRAINED |
| **CL** | OPERATION CLOCKWORK |
| **CM** | CUSTOMER SERVICE MANUAL PICKED UP |
| **CN** | CHINA DESTINATION TRAINING |
| **CR** | CHARTER QUALIFIED |
| **CS** | CUSTOMER SERVICE CORDINATOR TRAINING |
| **CT** | CERTIFICATION FAA |
| **CW** | CUSTOMER SERVICE WORKSHOP |
| **CX** | CBS E-LEARNING |
| **C7** | 777 COMPUTER BASED TRAINING |
| **DB** | CULTURAL TRAINING – DUBAI |
| **DC** | DOMESTIC COORDINATOR |
| **DD** | DELTA AIRBUS DIFFERENCES |
| **DT** | DRUG TRAINING VIDEO |
| **DV** | THE SESSION ON DVD |
| **EG** | ERGONOMICS TRAINING |
| **EP** | PRE EMPLOYMENT PHYSICAL |
| **ET** | ROCK-COLLINS ENTERTAINMENT TRAINING |
| **EX** | THE EXPERIENCE |
| **FA** | CUSTOMER CELEBRITY TOUR FOOD FOR PURCHASE |
| **FB** | CUSTOMER CELEBRITY TOUR LMS |
| **FF** | FOOD SALES IN CABIN |
| **FL** | FLIGHT LEADER COMPETENCY ASSESSMENT |
| **FP** | FIRST POINT OF CONTACT |
| **HD** | DUTY FREE HANDHELD |
| **ID** | CULTURAL TRAINING - INDIA |
| **IE** | IFS ENTERTAINMENT |
| **IF** | INTERNATIONAL FORMS |
| **IM** | INTERATIONAL MARKETING |
| **IN** | GLOBAL INTERNATIONAL |

| | |
|---|---|
| **IO** | INITIAL OPERATING EXPERIENCE |
| **IP** | INITIAL PARKING BDG |
| **JT** | ASIAN TRAINING |
| **J4** | TRAINING VIDEO |
| **LA** | LATIN AMERICA TRAINED |
| **LC** | LATIN AMERICAN – CD TRAINING |
| **LT** | LEADERSHIP TRAINING |
| **ME** | MIDDLE EAST TRAINING |
| **MI** | MATSUSHITA INFLIGHT ENTERTAINMENT |
| **MR** | MD11 RECURRENT TRAINING |
| **NG** | NEXT GENERATION |
| **OB** | ON BOARD MANUAL RECEIVED |
| **OF** | INTERNATIONAL ON BOARD LEADER FORMS |
| **OG** | OPTIMIZE GALLEY TRAINING |
| **OM** | ON BOARD MANUAL REVISION |
| **PC** | PACIFIC COORDINATOR TRAINED |
| **PN** | PANASONIC INFLIGHT ENTERTAINMENT TRAINED |
| **PT** | PACIFIC TRAINED |
| **S1** | SHUTTLE TRAINING |
| **SA** | INTERNATIONAL SERVICE SUMMIT |
| **SE** | CULTURAL TRAINING - SEOUL |
| **SF** | TSA SECURITY TRAINING |
| **SR** | SECURITY RECURRENT |
| **SX** | SAFETY TRAINING |
| **TI** | INTERNATIONAL TRAINING |
| **TR** | TRAVEL TIPS |
| **TV** | TEL AVIV TRAINING |
| **UL** | ULTRA LONG RANGE |
| **VL** | VELVET LIVE |
| **VR** | VELVET ROPE TOUR |
| **V1** | IN SEAT VIDEO I |
| **WV** | PREVENTING WORKPLACE VIOLENCE |
| **WY** | YELLOW FEVER WAIVER |
| **XG** | THE EXCHANGE |
| **YF** | YELLOW FEVER VACCINE |

## Day for Day Move-Ups

| Initial Trip | Trip F/A is trying to move-up to: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Dom/Int'l Regular | Dom/Int'l A | Dom/Int'l LOD | Trans-O Regular* | Trans-O A | Trans-O B | Trans-O LOD | Dom/Int'l LF (L) | Trans-O LF (Q) |
| Dom/Int'l Regular | NO | D4D | D4D | D4D | D4D | D4D | D4D | NO | NO |
| Dom/Int'l A | NO | NO | D4D | D4D | D4D | D4D | D4D | NO | NO |
| Dom/Int'l LOD | NO | NO | NO | NO | NO | NO | NO | NO | NO |
| Trans-O Regular* | NO | NO | NO | NO | D4D | D4D | D4D | NO | NO |
| Trans-O A | NO | NO | NO | NO | NO | NO | NO | NO | NO |
| Trans-O B | NO | NO | NO | NO | D4D | NO | NO | NO | NO |
| Trans-O LOD | NO | NO | NO | NO | NO | NO | NO | NO | NO |
| Dom/Int'l LF (L) | NO | D4D | D4D | D4D | D4D | D4D | D4D | NO | D4D |
| Trans-O LF (Q) | NO | NO | NO | NO | D4D | D4D | D4D | NO | NO |

**D4D** means that only Day for Day Move-Ups are allowed.

*Includes K pairings

## Alternate Day Move-Ups

| Initial Trip | Trip F/A is trying to move-up to: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Dom/Int'l Regular | Dom/Int'l A | Dom/Int'l LOD | Trans-O Regular* | Trans-O A | Trans-O B | Trans-O LOD | Dom/Int'l LF (L) | Trans-O LF (Q) |
| Dom/Int'l Regular | NO | BOTH | BOTH | ALT | ALT | ALT | ALT | NO | NO |
| Dom/Int'l A | NO | NO | BOTH | ALT | ALT | ALT | ALT | NO | NO |
| Dom/Int'l LOD | NO | NO | NO | NO | NO | NO | NO | NO | NO |
| Trans-O Regular* | NO | NO | NO | NO | BOTH | BOTH | BOTH | NO | NO |
| Trans-O A | NO | NO | NO | NO | NO | NO | NO | NO | NO |
| Trans-O B | NO | NO | NO | NO | BOTH | NO | NO | NO | NO |
| Trans-O LOD | NO | NO | NO | NO | NO | NO | NO | NO | NO |
| Dom/Int'l LF (L) | NO | BOTH | BOTH | ALT | ALT | ALT | ALT | NO | BOTH |
| Trans-O LF (Q) | NO | NO | NO | NO | BOTH | BOTH | BOTH | NO | NO |

**ALT** means that only Alternate Day Move-Ups are allowed.

**BOTH** means that Day for Day and Alternate Day Move-Up Requests are worked together in seniority order.

*Includes K pairings

*See Section 2.V Rerouted Into Off Day*

**Example #1**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10 | 5301 | 1000 | 2100 | 10 | 5301 | 1000 | 0730 |
| 11 | X | | | 11 | X > | | |
| 12 | | | | 12 | | | |
| 13 | | | | 13 | | | |
| 14 | 7001 | 0900 | 2130 | 14 | 7001 | 0900 | 2130 |

Rotation rerouted more than 10 hours and causes no conflict with a subsequent trip. Scheduled arrival at 2100/11 now at 0730/12 (10:30 late). RR04 would be paid.

**Example #2**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10 | 5301 | 1000 | 2100 | 10 | 5301 | 1000 | 0600 |
| 11 | X | | | 11 | X > | | |
| 12 | | | | 12 | | | |
| 13 | | | | 13 | | | |
| 14 | 7001 | 0900 | 2130 | 14 | 7001 | 0900 | 2130 |

Rotation rerouted **less** than 10 hours and causes no conflict with a subsequent trip. Scheduled arrival at 2100/11 now at 0600/12 (9:00 late). RR04 would **NOT** be paid.

**Example #3**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10 | 5301 | 1000 | 2100 | 10 | 5301 | 1000 | 0300 |
| 11 | X | | | 11 | X > | | |
| 12 | 3802 | 0900 | 2030 | 12 | CALL | | |
| 13 | X | | | 13 | CALL | | |
| 14 | | | | 14 | | | |

Rotation rerouted **less** than 10 hours and does not overlap subsequent trip but *does* cause a legality issue. Scheduled arrival at 2100/11 now at 0300/12 (6:00 late). RR04 would **NOT** be paid but pay protection options would be offered for next trip.

**Example #4**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10 | 5301 | 1000 | 2100 | 10 | 5301 | 1000 | 0730 |
| 11 | X | | | 11 | X > | | |
| 12 | 3802 | 0900 | 2030 | 12 | CALL | | |
| 13 | X | | | 13 | CALL | | |
| 14 | | | | 14 | | | |

Rotation rerouted more than 10 hours and does not overlap subsequent trip but *does* cause a legality issue. Scheduled arrival at 2100/11 now at 0730/12 (10:30 late). RR04 would be paid and pay protection options offered for next trip.

**Example #5**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10 | 5301 | 1000 | 2100 | 10 | 5301 | 1000 | 0930 |
| 11 | X | | | 11 | X > | | |
| 12 | 3802 | 0900 | 2030 | 12 | CALL | | |
| 13 | X | | | 13 | CALL | | |
| 14 | | | | 14 | | | |

Rotation rerouted more than 10 hours and overlaps subsequent trip. Scheduled arrival at 2100/11 now at 0930/12 (12:30 late). RR04 would be paid and pay protection options offered for next trip.

**Example #6**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10 | 5301 | 1000 | 2100 | 10 | 5301 | 1000 | 1200 |
| 11 | X | | | 11 | X | | |
| 12 | | | | 12 | X | | |
| 13 | | | | 13 | X | | |
| 14 | 7001 | 0900 | 2130 | 14 | 7001 | 0900 | 2130 |

Rotation rerouted more than 34 hours (10 hours + and additional 24 hours) and causes no conflict with a subsequent trip. Scheduled arrival at 2100/11 now at 0715/13 (34:15 late). **RR08** would be paid.

**Example #7**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10 | 5301 | 1000 | 2100 | 10 | 5301 | 1000 | 0500 |
| 11 | X | | | 11 | X | | |
| 12 | | | | 12 | X > | | |
| 13 | | | | 13 | | | |
| 14 | 7001 | 0900 | 2130 | 14 | 7001 | 0900 | 2130 |

Rotation rerouted **less** than 34 hours and causes no conflict with a subsequent trip. Scheduled arrival at 2100/11 now at 0500/13 (32:00 late). RR04 would be paid.

**Example #8**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10 | 5301 | 1000 | 2100 | 10 | 5301 | 1000 | 0300 |
| 11 | X | | | 11 | X | | |
| 12 | | | | 12 | X > | | |
| 13 | 3590 | 0800 | 1730 | 13 | CALL | | |
| 14 | X | | | 14 | CALL | | |

Rotation rerouted **less** than 34 hours and does not overlap subsequent trip but *does* cause a legality issue. Scheduled arrival at 2100/11 now at 0300/13 (30:00 late). RR04 would be paid and pay protection options would be offered for next trip.

**Example #9**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10 | 5301 | 1000 | 2100 | 10 | 5301 | 1000 | 0715 |
| 11 | X | | | 11 | X | | |
| 12 | | | | 12 | X | | |
| 13 | 3590 | 0800 | 1730 | 13 | X | | |
| 14 | X | | | 14 | CALL | | |

Rotation rerouted more than 34 hours and does not overlap subsequent trip but *does* cause a legality issue. Scheduled arrival at 2100/11 now at 0715/13 (34:15 late). **RR08** would be paid and pay protection options offered for next trip.

**Example #10**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10 | 5301 | 1000 | 2100 | 10 | 5301 | 1000 | 1400 |
| 11 | X | | | 11 | X | | |
| 12 | | | | 12 | X | | |
| 13 | 3590 | 0800 | 1730 | 13 | X | | |
| 14 | X | | | 14 | CALL | | |

Rotation rerouted more than 34 hours and overlaps subsequent trip. Scheduled arrival at 2100/11 now at 1400/13 (41:00 late). **RR08** would be paid and pay protection options offered for next trip.

Bid periods

**Bid Period Calendar**

| Bid Period Month | Bid Period Dates |
|---|---|
| January | January 1 – January 30 |
| February | January 31 – March 1 |
| March | March 2 – March 31 |
| April | April 1 - May 1 |
| May | May 2 - June 1 |
| June | June 2 - July 1 |
| July | July 2 - July 31 |
| August | August 1 - August 30 |
| September | August 31 - September 30 |
| October | October 1 – October 31 |
| November | November 1 – November 30 |
| December | December 1- December 31 |

Table of approximate protection time in base before release to all flight attendants and the approximate time available to out of base flight attendants prior to report.

**Bid Period Calendar**

| Hours Prior To Report | Time Protected In Base | Hours Available Out of Base Prior to Report | Hours Prior To Report | Time Protected In Base | Hours Available Out of Base Prior to Report |
|---|---|---|---|---|---|
| **90** | 60 | 30 | **65** | 44 | 21 |
| **89** | 60 | 29 | **64** | 43 | 21 |
| **88** | 60 | 28 | **63** | 42 | 21 |
| **87** | 60 | 27 | **62** | 41 | 21 |
| **86** | 60 | 26 | **61** | 40 | 21 |
| **85** | 60 | 25 | **60** | 39 | 21 |
| **84** | 60 | 24 | **59** | 38 | 21 |
| **83** | 60 | 23 | **58** | 37 | 21 |
| **82** | 60 | 22 | **57** | 36 | 21 |
| **81** | 60 | 21 | **56** | 35 | 21 |
| **80** | 59 | 21 | **55** | 34 | 21 |
| **79** | 58 | 21 | **54** | 33 | 21 |
| **78** | 57 | 21 | **53** | 32 | 21 |
| **77** | 56 | 21 | **52** | 31 | 21 |
| **76** | 55 | 21 | **51** | 30 | 21 |
| **75** | 54 | 21 | **50** | 29 | 21 |
| **74** | 53 | 21 | **49** | 28 | 21 |
| **73** | 52 | 21 | **48** | 27 | 21 |
| **72** | 51 | 21 | **46** | 25 | 21 |
| **71** | 50 | 21 | **45** | 24 | 21 |
| **70** | 49 | 21 | **44** | 23 | 21 |
| **69** | 48 | 21 | **43** | 22 | 21 |
| **68** | 47 | 21 | **42** | 21 | 21 |
| **67** | 46 | 21 | **41** | 20 | 21 |
| **66** | 45 | 21 | **40** | 19 | 21 |

| Hours Prior To Report | Time Protected In Base | Hours Available Out of Base Prior to Report | Hours Prior To Report | Time Protected In Base | Hours Available Out of Base Prior to Report |
|---|---|---|---|---|---|
| **39** | 18 | 21 | **8** | 3 | 5 |
| **38** | 17 | 21 | **7** | 3 | 4 |
| **37** | 16 | 21 | **6** | 3 | 3 |
| **36** | 15 | 21 | **5** | 3 | 2 |
| **35** | 14 | 21 | **4** | 3 | 1 |
| **34** | 13 | 21 | **3** | 3 | 0 |
| **33** | 12 | 21 | | | |
| **32** | 11 | 21 | | | |
| **31** | 10 | 20 | Less than 3 hours to Report, the trip is only available for In Base Pickup. | | |
| **30** | 9 | 21 | | | |
| **29** | 8 | 21 | | | |
| **28** | 7 | 21 | | | |
| **27** | 6 | 21 | | | |
| **26** | 5 | 21 | | | |
| **25** | 4 | 21 | | | |
| **24** | 3 | 21 | | | |
| **23** | 3 | 20 | | | |
| **22** | 3 | 19 | | | |
| **21** | 3 | 18 | | | |
| **20** | 3 | 17 | | | |
| **19** | 3 | 16 | | | |
| **18** | 3 | 15 | | | |
| **17** | 3 | 14 | | | |
| **16** | 3 | 13 | | | |
| **15** | 3 | 12 | | | |
| **14** | 3 | 11 | | | |
| **13** | 3 | 10 | | | |
| **12** | 3 | 9 | | | |
| **11** | 3 | 8 | | | |
| **10** | 3 | 7 | | | |
| **9** | 3 | 6 | | | |

## - A -

- ***ABORT:*** To terminate or discontinue an operation or procedure before its completion, such as take-off or landing.
- ***ACARS:*** Acronym which stands for Aircraft Communication and Reporting System. ACARS is an automated system on board that sends and receives relevant aircraft and crewmember information.
- ***ACCESS DAY (A-DAY):*** A ready status reserve day, scheduled in blocks of three or more days, on which a flight attendant is available to the company by phone or pager to be assigned an open trip or standby duty.
- ***A-DAY ASSIGNMENTS:*** The manual assigning of trips by a scheduler to qualified flight attendants, using reverse seniority.
- ***A-DAY GUARANTEE:*** A guarantee pay amount that ensures 4:45 flight pay per a-day.
- ***A-DAY PREFERENCES:*** A request for specific trips, types of trips, or standby duty periods to be awarded during the automated processing of the A-Day preference awards.
- ***A-DAY TRIP GUARANTEE:*** If a loss of time occurs on a trip which does not require trip holder availability, then any A-Day holders assigned to the same trip will be guaranteed the value of the trip at the time it was assigned.
- ***ACTIVE LOG:*** Current actual flying log created as rotation is flown with final update approximately six days after the pairing returns to base. Available for viewing after final update is complete.
- ***ACTUAL FLIGHT TIME (Block to Block):*** Period of time beginning when the beacon is on and the aircraft first moves for the purpose of flight, until the time the aircraft comes to a rest at an unloading point.
- ***ACTUAL REST:*** Period of time between rotations, between duty periods, or between a trip and a non-fly status. This term is commonly used in conjunction with a rest which has been reduced by virtue of a reroute (reschedule) or a delay.
- ***AFFECTED CREW(S):*** Crews directly involved in a cancellation or disruption, both inbound and outbound.
- ***AIRPORT CUSTOMER SERVICE (ACS):*** Department which includes gate agents, ticket agents, and ramp personnel. These personnel are responsible for passenger check-in and ticketing at the front terminal and flight departure gate. They also interact with all employees involved in ensuring on-time aircraft boarding and departure, including Flight Attendants.

- ***AIRPORT RELEASE:*** Prior to leaving the airport, an A-Day holder must obtain a release through the Automated Crew Scheduling telephone system (VRU). This must be completed within one hour after block-in time or the end of a non-fly duty period.
  ***EXCEPTION:*** You are exempt from obtaining an airport release under the following conditions:
  - you have been on duty more than 12 hours and are scheduled off the next day,
  - you are returning from a transoceanic trip,
  - following an approved deviation from deadhead into your off day

- ***AIRPORT STANDBY DUTY:*** Assignment which requires a flight attendant to be physically present at the airport for a specified period of time and available for any trip assignment required by the operation.

- ***ALL-NIGHTER:*** A pairing consisting of only non-transoceanic duty periods that report after 13:00 and release after 03:00. Transoceanic trips, and single duty periods with a scheduled hotel known as 'stand ups' are excluded.

- ***ALTERNATE FLYING PROGRAM (AFP):*** Virtual locations with no management personnel on-site. Flight attendants must qualify to bid an AFP. See IFS portal for program details.

- ***ATTEMPT:*** A flight that returns for any reason to its takeoff point. The plane must push back, yet may or may not have taken off. This time is considered as flight time for pay purposes.

- ***AUGMENTATION:*** Additional staffing, above FAA minimum crew dispatch required on each flight segment in a duty period. For FAA purposes, staffing will determine flight attendant scheduled duty time maximums by duty period.

- ***AVAILABILITY:*** A status given to a flight attendant for pay protection purposes, due to a change in their rotation, which indicates their accessibility to Scheduling for an assignment. This is a pay protection option for a tripholder who has lost time through no fault of their own.

- ***AVAILABLE SEAT MILE (ASM):*** An ASM equals one airplane seat flown one mile for passenger revenue purposes.

- ***AVL:*** Schedule code which indicates a flight attendant is on availability for pay protection.

- ***AVAILABILITY (AVL) NOTIFICATION PERIOD:*** The duration or time period for which flight attendants on availability for pay protection must be available for phone contact and notification of their alternate trip assignments.

## - B -

- ***BACK SIDE OF THE CLOCK PAIRING (BOC):*** A Back side of the Clock pairing must meet all of the following criteria:
  - a duty period reporting after 1600 local time, and ending after 1000 local time
  - a minimum 10 hour duty day
  - a minimum of 7 hours block time with more than 1 working segment.

- ***BASE/AFP:*** The airport(s) from which a flight attendant normally originates her/his work hours for Delta.

- ***BASE/LOCATION STAFFING:*** The number of flight attendants on active duty in a base or location, or the minimum number of flight attendants required for a base.

- ***BASE/LOCATION TRANSFER PROCESS:*** Transfers, when possible, are awarded based on flight attendant system seniority. Transfers are posted no later than the first of the month before the month the transfer become effective.

- ***BID ASSIST:*** Flight Attendants specially trained to assist other flight attendants in bidding with PBS.

- ***BID ERROR WARNING:*** A bid error warning will generate when a preference is entered that is not valid in the base for that bid period.

- ***BID PERIOD:*** The period of time designated by IFS Scheduling/Crew Planning for bidding monthly schedules. The bid period will usually be a 30-31 day period which may or may not be a calendar month.

- ***BID VALIDATION WARNING:*** A warning generated in PBS regarding the preference entered. Preference may be entered by accepting the validation warning. Validation warning will remain in the bid validation screen at the bottom of the bid window. Bid Validation Warning will only be generated during the bid window.

- ***BID WINDOW:*** The period of time when data from the bid period is available. It is usually available no later than the 6th of each month.

- ***BLOCK-IN:*** The time at the end of the flight when an aircraft stops at an unloading point. Scheduled block-in is the time published by the company.

- ***BLOCK-TO-BLOCK:*** Period of time beginning when the beacon is on and the aircraft first moves for the purpose of flight, until the time the aircraft comes to a rest at an unloading point; also sometimes called "actual flight time". Scheduled flight time (block to block) is the flight time published by the company.

## - C -

- ***CABIN JUMPSEAT AUTHORIZATION (CJA):*** Authorization to travel using an available non F.A.A. required cabin jumpseat.

- ***CALENDAR DAY:*** A day from 0000 to 2359, local base time.

- ***CALL:*** Schedule code indicating a requirement to contact Scheduling.

- ***CAPPED DAY:*** A day when swaps are denied because open trip and standby positions will exceed the number of A-Day holders available for the date. This process is managed by the trip trade balancer and Scheduling management.

- ***CARRY OUT:*** A pairing which begins in one bid period and ends in the next bid period. NOTE: If a change in the original spillover trip occurs, it then becomes defined as a Transition Pairing.

- ***CFSM:*** Schedule code indicating that a flight attendant must contact her/his Performance Field Service Manager.

- ***CHARTER FLIGHT:*** A flight segment which is created when a group or individual charters a Delta aircraft for a special purpose. Rotations containing charter flights are designated with a 'C' before the number, such as C201.

- ***CODE SHARE:*** A U.S. Department of Transportation approved marketing and operating arrangement between Delta and partner airline(s) which have underlying route authority. Each carrier has authorization to sell seats, either a specified number or variable number depending upon agreement with the other carrier.

- ***COMPANY TRANSFER:*** Delta employee who transfers from one department into another.

- ***CO-TERMINAL BASE:*** A base from which a flight attendant can bid or be assigned to fly from multiple airports. In NYC this includes JFK, LGA and EWR; in LAX it includes LAX, SNA, and ONT, and in the AFP FLM it includes FLL and MIA.

- ***CONTINUING QUALIFICATION (CQ) TRAINING CLASSES:*** (Continuing Qualifications) Annual training class required to maintain flight attendant qualifications. Flight attendants are automatically assigned the month they must attend (base month) and then can bid for a specific date in that month.

- ***CREDIT RIGS:*** Guaranteed flight credit to adjust or provide adequate compensation for specific situations. Current credit rigs are minimum duty period credit (MDC) of 4:45, one flight hour for every two hours on duty, and one flight hour for every three and half hours away from base.

- ***CREW COMPENSATION PAY:*** Additional pay per flight hour for any flight segment operated below Delta staffing guidelines. Also called short-staffing or understaffing pay.

- ***CREW TRACKING:*** This is the group in the OCC responsible for monitoring all operating pilot and flight attendant rotations (after report) for illegalities and operational disruptions. If a disruption occurs (i.e. cancellation, delay, misconnect, illegal rest break, etc.), it is their primary responsibility to repair all disrupted rotations through rerouting affected and unaffected crews, and/or the creation of originations.
  ***NOTE:*** Flight Attendant Scheduling & Pilot Scheduling are separate departments from the Crew Tracking (aka Reroute) group.

## - D -

- ***D–PAIRINGS:*** Letter indicator for a dedicated charter rotation, e.g. D101.
- ***DAILY OPERATIONS:*** The normal day-to-day running of Delta Air Lines inclusive of mechanical, weather, crew, or other causes of delays and cancellations resulting in rerouting of scheduled pairings.
- ***DEADHEAD FLIGHT:*** Flight segment within a crew member's pairing used to position the flight attendant to/from a flight assignment. The dead-heading flight attendant is not part of the working crew. When the dead-head flight is the last segment of the duty period; no debriefing or dep-laning time is added.
- ***DEBRIEFING/DEPLANING TIME:*** This is an additional 15 minute period added to the end of any duty period, following a working flight segment. The deplaning time is considered post flight safety-related duty time for both FAA and Delta rule purposes.
- ***DIVERSION:*** Unscheduled landing at an airport other than the original destination due to situations occurring once enroute such as weather, maintenance, medical emergency, need for fuel, etc.
- ***DOMESTIC (NORTH AMERICAN):*** Flights that operate within the 48 contiguous United States including the District of Columbia.
- ***DRAFTING:*** Process used to cover trips when staffing is insufficient and routine trip coverage procedures have been exhausted. The code DRFT is applied to the schedule.
- ***DRAFT PAY:*** Refers to additional pay applied to trips assigned during the drafting coverage process, which is paid at 4 flight hours per trip. For A-Days scheduled into off time, it is 4 additional hours for each calendar day flown into.
- ***DUAL QUALICATION:*** Flight attendant holding a qualification in more than one language of destination, or in both leadership and language.
- ***DUPE NUMBER (#):*** For each mid-rotation removal or split to add standby time, FACTS time, or legs not operated by all crew members on the original rotation, the position involved is split off from the other positions to create a separate rotation. The new rotations are referred to as 'dupes' and retain the original pairing number, but are also being assigned a 'dupe number' (e.g. a mid-rotation removal on 1300 creates 1300-01 and 1300-02).
- ***DUTY DIRECTOR:*** Position in the Operations Control Center designated to be in charge of Delta's entire daily operation and direct all operational elements of the OCC.
- ***DUTY DAY:*** The scheduled or actual length of duty on a pairing from report time to a release in base or to layover; the standard hours on duty of an A-Day holder in a specific base, e.g. 0001-2400, or 0100-0059.
- ***DUTY PERIOD:*** The period of time from scheduled or actual report time (whichever is later) to release in base or on a layover for a minimum required rest period.

## - E -

- ***EMERGENCY LEAVE OF ABSENCE (ELOA):*** Three days of paid leave (within a 5 day period) provided to an employee who is unable to be at work due to a death in the immediate family.

- ***EQUIPMENT SUBSTITUTION:*** When one aircraft is substituted for another, usually for mechanical reasons. For advance planning, it can also be for passenger load requirements.

- ***ESCALATION (ESC):*** When a flight attendant moves from a non-leadership position to a leadership position on the same pairing, either by request or assignment.

- ***EXTRA SECTION:*** A flight which is not a regularly scheduled flight but is operated to provide additional service.

- ***EXERCISING AN OPTION:*** The point when a flight attendant requests to not continue a duty period for legality reasons. This could result in a reroute to maintain a legal duty period or in being removed from the duty period/trip and replaced.

## - F -

- ***FLIGHT ATTENDANT INFORMATION REFERENCE (F.A.I.R.):*** Reference screen in iCrew which lists information concerning capped days, open time running, bid sheet data, including changes and corrections, base transfers/international slots, training, etc.

- ***F.A.R. 121.467:*** Federal Aviation Regulation 121.467 contains the FAA rules for flight attendants regarding duty period limits and required rest periods based on staffing levels. There are no block time limitations for flight attendants in FAR 121.467. The FAA also does not distinguish between scheduled and rescheduled/rerouted, or between domestic & international/transoceanic flying.

- ***FERRY FLIGHT:*** A non-revenue flight for the purpose of positioning an aircraft. All ferry flights are considered deadhead flights for pay purposes.

- ***(FIRST) 1st COME 1st SERVED OPEN TIME:*** On-demand, immediate open time pick-ups and swaps with the open trip pool each bid period. Closes at midnight 1 complete calendar day prior to trip operation.

- ***FLAG STOP:*** Unscheduled stop of a flight at an intermediate station normally for passenger protection or fuel.
- ***FLIGHT ADVISORY MESSAGE (FAM):*** Message issued by Flight Control to update the status of a flight (includes delays, cancellations, equipment changes, diversions, etc.).
- ***FLIGHT ATTENDANT COMMENT TRACKING SYSTEM (F.A.C.T.S):*** Used by flight attendants to enter information about a flight. Comments are then reviewed and trended to identify service, vendor, or process activities needing possible attention.
- ***FLIGHT ATTENDANT PAY LOG:*** A record (log) containing all the information necessary to accurately pay a flight attendant for a given rotation he/she has flown, including any applicable premium pay (i.e., leadership, language, international). This is viewable in 'MOTS', the Monthly Open Time Display.
- ***FLIGHT CONTROL:*** The flight dispatch positions, located within the OCC, responsible for all decisions relating to the operation of a flight.
- ***FLIGHT DELAY MESSAGE (F.D.M.):*** Primarily used by ACS to update departure times when there is a known delay of 45 minutes or less.
- ***FLIGHT LEADER:*** The lead flight attendant on a pairing. The Flight Leader is responsible for crew coordination, communication among crew and between other employee groups (pilots/agents), upholding Delta's service standards, implementing established serving procedures, and ensuring compliance with F.A.R.s and In-Flight policies for the safety and comfort of Delta customers.
- ***FLIGHT LEG (SEGMENT):*** The operation of an aircraft with a takeoff from one city and a landing in another city.
- ***FLIGHT PAY:*** Pay for each credit hour, or portion thereof. The flight pay rate is based on seniority and used to calculate the monetary value of accumulated flight time credit.
- ***FLIGHT PAY FOR GROUND TIME:*** Once an aircraft has blocked out from the gate at the station of origination, flight time for pay purposes shall continue unless or until the aircraft comes to a stop for the purpose of boarding or deplaning passengers or crew at the station of termination or any other station.
  ***NOTE:*** Ground holding time for pay purposes domestically, and for pay and credit purposes internationally, shall not be paid and / or credited simultaneously with flight time.
- ***FLIGHT TIME:*** The greater of actual or scheduled block time on a flight leg.
- ***FULL PAY BENEFITS:*** Benefits for which a flight attendant on full-time duty is eligible.

## - G -

## - H -

- ***HOLDING PAY:*** Pay for flights delayed at the gate for :30 minutes or more past scheduled departure time with passengers on board.

## - I -

- ***ILLEGAL:*** Status of a flight attendant who cannot operate a flight because training qualifications are not up to date, security clearances such as ID or fingerprinting have expired, or FAR legalities for rest are not met.

- ***IMMEDIATE FAMILY:*** For the purpose of emergency leave of absence (ELOA), immediate family includes employee's spouse, children, parents, parents-in-law, grandparents, grandparents-in-law, brothers/sisters, brothers/sisters-in-law, and wholly dependent relatives residing in the employee's house-hold.

- ***INTRA-THEATRE FLYING:*** Flight segments between airports located outside the contiguous 48 states of the United States. Rest parameters are determined by the block/flight total of the duty period.

- ***INACTIVE LOG:*** A record for a flight attendant who did not fly, but for whom pay is due; such as sick leave or vacation. The log can cover just a few minutes or an entire month.

- ***INCENTIVE PAY (IPY4):*** This pays an additional 4 hours of flight pay. Offered at times by IFS management during difficult operational periods when staffing is critical.

- ***INTERNATIONAL FLYING:*** All flying between points in the 48 contiguous United States, inclusive of the District of Columbia, and points in Alaska, Bermuda, Canada, the Caribbean, Central/South America, Hawaii, and Mexico. Certain South American destinations and long-range Hawaiian segments qualify as Transoceanic segments for rest purposes.

- ***INTERNATIONAL PAY:*** An hourly pay premium that applies to a flight attendant flying an international, transoceanic or intra-theatre flight legs.

- ***IRREGULAR OPERATIONS:*** A general term used to refer to disruptions to scheduled operations.

## - J -

- ***JETWAY TRADE:*** A one-way swap between flight attendants to divide the working portions (segments) of a trip. Jetway trades are limited to splits within base cities (DAL, DCA, DEN, DFW, LAS, MDW, MEM, OAK, PHX, SJC are allowable exceptions) or AFP locations, and cannot be combined with an existing duty period. No more than one split per rotation is allowed.

## - K -

- ***K-POSITION:***  Letter indicator for a variable staffer position located in the pre-month bid package.

## - L -

- ***LANGUAGE OF DESTINATION (LOD) COMMITMENT:***  Flight attendants hired for their language skills are committed to the LOD program for a two-year period from date of hire.  Flight attendants whose language tuition is reimbursed by the company are committed to the LOD program for one year.

- ***LANGUAGE OF DESTINATION (LOD) PROGRAM:***  Established to ensure foreign language-qualified flight attendants are assigned to designated flights with non-English speaking destinations.

- ***LANGUAGE-QUALIFIED (LOD):*** Flight attendant who meets the requirement set by Delta to be a qualified speaker of a language(s) of destination.

- ***LATE NOTIFICATION OF ILLNESS:***  Calling in less than three (3) hours prior to scheduled report time.  Flight attendant will be subject to Performance Development for late notification.

- ***LATE REPORT:***  Authorized reduction of the normal one hour report time to thirty (:30) minutes by Crew Tracking to restore required minimum rest on a layover. Does not affect pay.

- ***LAYOVER:***  A period of rest mid-rotation when a flight attendant is released from duty.

- ***LEG:***  *See Flight Segment.*

- ***LEGAL REST:***  The minimum scheduled rest period from scheduled release to scheduled report time.

- ***LOAD FACTOR:***  Additional flight attendant(s) that is added to a pairing when a pre-determined passenger count has been reached.

- ***LOAD FACTOR CONTROL:***  Load factor control in Scheduling Operations Support monitors the flights authorized for additional flight attendant staffing and covers segments as needed.   Scheduling personnel working Load Factors utilize an optimizer and/or manually create load factor pairings.

## - M -

- ***MANAGED TIME OUT (MTO):*** Approved removal from a trip or a portion of a trip due to a personal emergency or compelling, problematic circumstances that occur usually within 24 hours of scheduled report.
- ***MANDATORY AVAILABILITY (MAVL):*** Schedule code indicating, during severe operations, that a flight attendant has lost time and is required to be available for alternate assignment(s).
- ***MID-ROTATION REMOVAL:*** when a flight attendant is relieved of his/her duty and does not finish flying their rotation.
- ***MILITARY CHARTER:*** Charters for military troop transport. Can be domestic or international. Domestic charters will be staffed in the base of origination, but international military charters are open for system-wide pick-ups and move-ups. AFP locations are restricted to pick-ups only. Pick-ups and move-ups are worked together in seniority order.
- ***MINIMUM DUTY PERIOD CREDIT (MDC)***; (at times referred to as *Minimum Duty Period Guarantee):* A credit rig that guarantees a minimum of 4:45 for each duty period which contains at least one flight segment. MDC is calculated at the end of each duty period. See Compensation Section 2.J for additional information.
- ***MINIMUM REST:*** The amount of time from release to report necessary before a flight attendant is eligible to begin another duty period.
- ***MINIMUM STAFFING:*** The number of qualified flight attendants required by the FAA to legally operate a particular aircraft type.
- ***MINUTES UNDER SCHEDULE:*** This term is used when the actual flight time for a flight leg is less than its originally scheduled flight time. These minutes under schedule are reflected in the pairing display.
- ***MONTHLY ACTIVITY PAY STATEMENT (MAPS):*** The flight attendant Monthly Activity Pay Statement (MAPS) is an expanded version of the MOTS statement. It contains detailed pay information about both flying and non-flying activities for each bid period. It is published with the last paycheck of each month and covers the previous bid period. It is available through Employee Self Service (ESS) or via the IFS Portal by clicking on the 'PAY' banner located on the right side of the portal page.
- ***MONTHLY BID AWARD:*** The process of awarding trips, A-Day blocks, and days off in base seniority order.
- ***MONTHLY IMPROVEMENT/PICK-UP VACATION BID:*** Process by which a flight attendant can bid to pick up or to improve a vacation already awarded. All pickup and improvement requests are processed in seniority order.
- ***MONTHLY TIME DISPLAY (MOTS):*** Located in iCrew, this is a quick reference summary of all paid activity for each bid period. It includes projected hours, training pay, premium pay, special assignment pay, etc.
- ***MOVE UP (M/U):*** A move-up request is a swap into a leader, language, or transoceanic regular position in Open Time 1 calendar day or less in advance of the scheduled departure of the requested pairing. See Appendix C, the Move-Up Chart for a listing of allowable move-ups.

## - N -

- ***N-PAIRING:*** Letter indicator for an NBA/NHL charter rotation, e.g. N301.
- ***NO SHOW:*** See Failure to Cover Assignment.
- ***NON-FLY CREDIT:*** Flight time credit given when a flight attendant is on duty, but not actively flying (i.e., airport standby, 1 for 3.5 credit, etc).
- ***NON-SCHEDULED FLIGHT:*** Any flight not shown in the monthly bid packet (i.e., publicity flights, unscheduled stops, ferry flights).

## - O -

- ***OPERATIONS CUSTOMER CENTER (O.C.C.):*** The OCC monitors the status of the operation, maintains regular two-way contact with all stations, forecasts the operational outlook, provides leadership for operational reliability initiatives and centralized information during daily and irregular operations, establishes follow-up and operational check-points, assists in disseminating company safety and security information to stations, and communicates and coordinates emergency response and daily operational decisions. This area consists of Flight Control, Equipment Control, Maintenance Coordination, Crew Tracking, Atlanta Radio, Meteorology, and representatives from all operational areas (In-Flight Service, Flight Operations, and Airport Customer Service).
- ***OFF-LINE DEADHEAD:*** Deadhead travel on any carrier other than Delta Air Lines, Inc.
- ***(OBM) ON-BOARD MANUAL:*** Flight attendant manual containing safety and compliance procedures necessary to comply with Federal Aviation Regulations and company policy. Manual must be up-to-date at all times and accessible when performing duties.
- ***OUT-OF-BASE PICK-UP WITH THE SWAP BOARD (OBP):*** A pickup from another flight attendant that is based at a domicile that differs from yours.
- ***ONE-CALENDAR DAY CUTOFF:*** 1st Come 1st Served open time closes one complete calendar day prior to each day/date of operation. For example, at 0001 on Monday morning open time closes for all trips departing Tuesday. Scheduling then covers the Tuesday trips using the published trip coverage procedures.
- ***(ONE) 1-FOR-2 DUTY PERIOD CREDIT:*** A credit rig that pays one hour of flight pay for every two hours on duty in a single duty period.
- ***(ONE) 1-FOR-3.5 TRIP CREDIT*:** A credit rig that pays one hour of flight pay for every three and a half hours of time away from base (TAFB) on a rotation.
- ***OPEN PERIOD FOR BIDDING:*** The time during which the computer accepts bids for schedules, program participation, etc.
- ***OPEN TIME:*** Positions that are uncovered or vacated by a flight attendant on a particular rotation and may be obtained by a flight attendant qualified for the position on a first-come, first-served basis until one calendar day prior to the day of operation.
- ***OUT-OF-BASE PICK-UP WITH OPEN TIME (OP/U):*** an Open Time pick-up of a trip that originates in a base other than your own.

- ***OPERATIONS SUPPORT SYSTEM (OSS):*** The computer operating system in which pertinent flight information is found such as pairings, gate information, flight status, etc.

## - P -

- ***PAID PERSONAL TIME (PPT):*** Scheduled or unscheduled paid personal time off. Scheduled PPT can be bid in advance and unscheduled PPT is used for occurrences such as sickness or injury.
- ***PAIRING:*** One or more duty periods containing a series of one or more flight legs. Also can be called a rotation, trip, or pattern.
- ***PAY ANNIVERSARY DATE:*** The date a flight attendant is eligible for annual pay increases.
- ***PAY PERIOD:*** A 30-31 day period used to determine base and flight pay credits that usually (but not always) follows the calendar months.
- ***PERIOD OF AVAILABILITY:*** The period of time during which a tripholder on pay protection must be available for an alternate assignment. For a cancelled trip it is the entire duration of the original trip, from report time to release time. For partial trip cancellations, usually the 'back-end' of the pairing, it is the remaining duration of the original scheduled trip. See Pay Protection for details.
- ***PERSONAL LEAVE OF ABSENCE (PLOA):*** Unpaid leave of absence which may be available under circumstances in hardship situations. For example, unpaid leave of absence may be available following maternity leave if employee is unable to return to work due to the health of a new born or for breastfeeding.
- ***PERSONAL LEAVE OF CONVENIENCE (PLOC):*** A convenience leave granted on a month by month basis according to projected operational contingencies.
- ***PICK-UP (P/U):*** A request by a flight attendant to add an additional specified pairing(s) to her/his schedule, removing the position (pairing) from open time or from another flight attendant's schedule.
- ***PIGGYBACK FLYING:*** Legs added to the end of an A-Day rotation upon return to base.
- ***POSITION:*** Each pairing has a specified number of positions to be filled. For each position a flight attendant is required and an alpha character is added to the pairing number to denote a position for that crew member (e.g. 2367A, 2367B, etc.).
- ***PREFERENCE IN PBS:*** A bid for a specific rotation or duty type, or for a category of flying, A-Days, or time off from duty.
- ***PREFERENCE FOR A-DAY TRIP OR STANDBY:*** A request for specific trips, types of trips, or standby duty periods to be awarded during the processing of the A-Day preference awards.

- ***PREFERENTIAL BIDDING SYSTEM (PBS):*** A preference-based bidding system which affords flight attendants greater scheduling flexibility by allowing individual flight attendants to build their schedules by indicating and prioritizing their own off time and flying preferences.
- ***PREMIUM (SKILL BASED) PAY:*** Additional pay per flight hour authorized when a flight attendant is scheduled in the Purser, Flight Leader or LOD position.
- ***PRE-PROCESS:*** Any bid awards such as Personal Paid time (SPT) and non-standard A-Days that are awarded prior to PBS bids closing on the 13th.
- ***PROJECTED FLIGHT TIME:*** The planned times of legs yet to be flown.
- ***PURSER:*** The lead flight attendant on a transoceanic pairing. The Purser is responsible for crew coordination, communication among crew and between other employee groups (pilots/agents), upholding Delta's service standards, implementing established serving procedures, and ensuring compliance with F.A.R.s and In-Flight policies for the safety and comfort of Delta customers.

## - Q -

- ***QUALIFICATION(S) (QALS):*** A code which denotes the successful completion of training and/or testing of a specific skill such as an aircraft equipment type, international training, or cabin leadership. A flight attendant's qualifications are listed in the QALS file in DBMS accessible through iCrew.

## - R -

- ***REDUCED REST:*** A legal rest period as set forth in F.A.R. 121.467 which is less than the prescribed minimum rest for a specified scheduled duty period length. The reduced rest period can be scheduled in advance or can be a result of change(s) during daily operations. Whenever reduced rest is received, the next subsequent rest period has a greater (compensatory) minimum rest requirement. For duty periods scheduled 14 hours or less, a reduced rest is between 8:30 and 8:59, and for duty periods scheduled >14 hours, a reduced rest is between 10:00 and 11:59.
- ***REPLACEMENT FLYING:*** Replacement flying is new flying assigned by Crew Tracking to re-place all of a cancelled or disrupted pairing, i.e. the pairing is updated to contain no flight segments from your original pairing.
- ***REPORT TIME:*** The time a flight attendant must be present at the airport either for sign in or from a layover.
- ***REPORT PAY:*** Pay authorized when a flight attendant reports for duty at her/his home base and does not fly or receive other flight time pay credit due to pairing changes or cancellations.
- ***REQUIRED REST (RRST):*** A schedule code used, when necessary, to break duty periods and to designate a 24 hour release from duty. F.A.R. 121.467 requires a rest period of 24 hours in each 7 day period.

- ***REROUTED/RESCHEDULED:*** When a change in routing, flight itinerary, flight number (except stubouts) or cancellation occurs resulting in different flight segments than published (scheduled) for the duty period.
  ***NOTE:*** Delays, diversions, equipment changes, stubouts and attempts of a flight do not constitute a reschedule or reroute.

- ***RESCHEDULED DUTY PERIOD*:** When a trip is rescheduled, the maximum duty time limitation includes the following:
  – **Actual** flight/duty time for completed flight segments within the duty period at the time the trip is rescheduled, and
  – **Projected** flight/duty time for flight segments within the duty period either on delay or in progress, and
  – **Scheduled** (including re-timed segments) flight/duty time for segments not yet flown at the time the trip is rescheduled.

- ***RE-TIMED SEGMENT:*** *A* scheduled flight that is delayed and a new departure time is posted.

- ***REVERSE ASSIGNMENTS:*** The assignment of unbid positions (Leadership, LOD, etc.) to qualified flight attendants in reverse seniority order in the initial bid award process.

- ***ROTATION:*** *See Pairing.*

## - S -

- ***SAME DAY RELEASE/REPORT RULE:*** A PBS rule whereby you cannot be scheduled to be released from one trip and report for another trip on the same calendar day. In PBS, a waiver to this rule can be chosen for purposes of bidding.

- ***SCHEDULED:*** Applies to either flight time or duty time as published without any changes.

- ***SCHEDULED DEADHEAD:*** A deadhead segment which was scheduled (known) prior to departure from domicile.

- ***SCHEDULED FLIGHT TIME:*** The published flight (block) time for all scheduled flights and extra sections, used by the company for flight pay purposes.

- ***SCHEDULED PERSONAL TIME OFF (SPT):*** A Schedule code indicating Scheduled Personal Time off.

- ***SCHEDULED REST:*** The scheduled rest period between rotations, between duty periods, or between a trip and a non-fly status.

- ***SEVERE OPERATIONS*:** An extraordinary circumstance which substantially affects the operation and causes cancellations or airport closures. The Sr. Vice President of In-Flight Service (or designee) will declare the situation for the system, or by base, and will describe the cause and expected duration.

- ***SHIP NUMBER:*** A number on the aircraft tail used to track and identify the individual aircraft.

- ***SHORT STAFFING PAY:*** See Crew Compensation.

- ***SPECIAL ASSIGNMENT (S/A):*** An assignment to work for the company in a capacity different from one's normal job responsibilities.
- ***STANDBY:*** A duty period where a flight attendant is pre-positioned at the airport, awaiting potential assignment to a flight or to assist with boarding and preparing a flight for departure.
- ***STAND-UP TURN:*** An airline term referring to a one-duty period, all-night turnaround, usually with a hotel provided.
- ***STATION:*** A city to which Delta flies.
- ***STATUS CODE:*** A two to four letter code that indicates schedule and/or training activity on a flight attendants schedule. Specific information on individual status codes can be found in the status code table in Appendix B of the Work Rules Handbook.
- ***STUBBED FLIGHT (STUBOUT):*** A stubout replaces the outbound segment of a through flight when the inbound flight is late and the outbound flight will depart on time with another aircraft. A stubout is not a reroute or reschedule and is identified with a 9600 range number.
- ***SUBSEQUENT REST:*** The FAA mandated rest that must follow any reduced rest. For duty periods scheduled 14 hours or less, a reduced rest is between 8:30 and 8:59, and the subsequent rest must be at least 10 hours. For duty periods scheduled >14 hours, a reduced rest is between 10:00 and 11:59, and the subsequent rest must be at least 14 hours.
- ***SURFACE DEADHEAD PAY:*** Pay authorized to flight attendants for ground transportation between co-terminals or other stations.
- ***SWAP:*** Any exchange of pairings, training, meetings, or vacation between flight attendants or with open time. Also called trades.

## - T -

- ***T-PAIRINGS:*** Letter indicator for rotations created for the TFLA and one regular position on Trans-Pacific flying, e.g. T401.
- ***TERMINATING LEG:*** The final flight leg of a pairing.
- ***TIME AWAY FROM BASE (TAFB):*** The total elapsed time from the report time of a pairing or standby to the release time of the pairing or standby.
- ***TRADE:*** See Swap.
- ***TRANSITION REPLACEMENT PAIRING:*** A pairing with flight time scheduled on the last days of the bid period that changes for the purpose of transitioning to the flight schedule in the new month. These pairings can be either shortened or extended to have additional days of flying. They can also be cancelled if the equipment is changing for the entire rotation. In these cases, an origination will be activated with the new equipment and placed into open time.

- ***TRANSOCEANIC DUTY PERIOD:*** A duty period that contains trans-oceanic flying (including deadheading).

- ***TRANSOCEANIC FLYING:*** Flights between points within the 48 contiguous United States, inclusive of the District of Columbia, and points in Europe, Asia, Africa, Australia, and the Middle East. Includes ATL-HNL; and these long-range South American destinations: Rio De Janeiro, Brazil (GIG); Sao Paulo, Brazil (GRU); Santiago, Chile (SCL); Buenos Aires, Argentina (EZE); Lima, Peru (LIM); and Brasilia, Brazil (BSB).

- ***TRIP COVERAGE:*** The Scheduling process of assigning flight attendants to positions in open time within one calendar day of report time.

- ***TRIP DROP:*** Removal of a pairing from a schedule either by flight attendant request or to accommodate a training, meeting or special assignment. Trips dropped by flight attendant request for the purpose of additional time off will not be pay guaranteed. Pay for other trips dropped is specified by the company, dependent on the reason for the trip drop.

- ***TRIP DROP to OPEN TIME (TDOT):*** Schedule code for a trip dropped into open time without pay by request of the flight attendant based on operational availability. Requests are granted within one calendar day when staffing levels permit.

- ***TRIP GUARANTEE:*** An individual pairing guarantee ensuring flight pay credit for scheduled or actual flight time, whichever is greater.

- ***TRIP TRADE BALANCER:*** An automated program used to support efficient use of crew resources by balancing the number of open positions with the number of A-Day flight attendants.

- ***TURNAROUND:*** A pairing consisting of only one duty period.

## - U -

- ***UNAFFECTED CREW(S):*** Crews not directly affected by a disruption but at times needed to be rerouted to solve a routing problem.

- ***UNDERSTAFFING PAY:*** *See Crew Compensation.*

## - V -

- ***VACATION ASSIGNMENT:*** Vacation assigned to a flight attendant who has unbid earned vacation time.

- ***VARIABLE STAFFER PAIRING:*** Published pairing in the bid packet for a single flight attendant position and is available for bid during the initial bid process. These flight attendants are primarily to bring staffing to FAA minimum levels. Certain pre-month transoceanic loadfactors designated with the letter "K", as well as the non-transoceanic 7000 pairing numbers, are also considered Variable Staffer pairings for swapping and sign up purposes.

- ***VOICE RESPONSE UNIT (VRU):*** Automated telephone response system used to answer or direct calls, and/or to give information.

- ***VRU:*** Acronym for voice response unit which provides automated response to or call direction for telephone calls.

## - W -

- ***WAIVE:*** The ability to forego a certain policy or procedure such as a Delta Rest Requirement.
  ***NOTE:*** F.A.R. duty limitations and rest requirements cannot be waived.

## - SYMBOLS -

- **@** Designates A-Day responsibility concurrent to a trip awarded or assigned on an A-Day.

- > Greater than
- **<** Less than
- **≥** Greater than or equal to
- **≤** Less than or equal

- Pick-up / Swap / A-Day Preference Indicators:

  - Blank indicates a regular position
  * - Indicates leadership, then a regular position
  A - Indicates specific leader position
  B - Indicates specific leader position
  Z - Indicates regular then a leader position

## - ACRONYMS -

- **ACARS** – Automated communication and reporting system
- **COMAT** – company material
- **CQ** – Continuing Qualification Training
- **CRAF** – Civil Reserve Air Fleet
- **CFSM** – Schedule Status code indicating a Flight Attendant is to see their Field Service Manager
- **DBMS** – Data Base Management System
- **DEERS** – Delta's Expense Reimbursement System
-
- **DRFT** – Draft assignment, and draft pay of an additional 4 hours
- **FAA** – Federal Aviation Administration
- **FAM** – Flight advisory message
- **FAR** – Federal Aviation Regulation
- **FIOD** – Schedule status code indicating an A-Day Flight Attendant was Flown Into Off Day; pays and additional 4 hours pay
- **IPY4** – Incentive pay of an additional 4 hours pay
- **IROPS** – Irregular operations

- **MAC** – Military Airlift Charter (not a CRAF charter flight)
- **MAPS** – Monthly Activity Pay Statement
- **MDC** – Minimum Duty Period Credit
- **MLOA** – Maternity leave of absence
- **MOTS** – Monthly Time Display
- **OJI –** An on-the-job injury
- **OSS** – Operations support system
- **PPT** – Paid Personal Time
- **PBS** – Preferential Bidding System
- **PSY** – Positive space travel
- **RRO4** – Schedule status code denoting Rerouted into OFF Day; pays an additional 4 hours pay for each calendar day of a qualifying reroute
- **RRST** – FAA mandated required rest of 24 hours every 7 days
- **SPT** – Scheduled paid personal time (PPT)
- **TAFB** – Time away from base
- **UPS** – Unscheduled absence due to personal illness/injury
- **UPO** – Unscheduled absence due to on-the-job illness/injury
- **UPM** – Absence due to maternity
- **UPK** - (California only) – absence in conjunction with KinCare
- **UPV** – Unscheduled Incremental Vacation Day
- **UFF** – Unscheduled Family Leave absence and Paternity absence
- **UFS** – Sick occurrence approved for Family Leave
- **UFO** – OJI occurrence approved for Family Leave
- **UFM** – Maternity absence approved for Family Leave
- **UFV** - Vacation used in conjunction with a Family Leave-approved absence
- **VRU** – Voice response unit

1 for 2 Credit ............32, 36, 39
1 for 3.5 TRP.............32, 36, 48
1 in 7 Rule ...........................89
...*See PBS- Rules & Waivers*
10 Calendar Days Off Rule .....89
...*See PBS- Rules & Waivers*
10-Hour Guaranteed Layover
Rest Option .......................28
15 Minute Rule ................... 123
16 Hour Guaranteed Domicile
Rest Option .......................28
1st Come 1st Served Open Time
.................................... 122
After One Calendar Day Cutoff
................................ 123
Prior to the One Calendar Day
Cutoff......................... 122
24 in 7 Rest ..................... 6, 27
Delayed on Day 7................6
Jury Duty ...........................6
Last Opportunity ...............27
Volunteering to Fly ..............9
3 in 9 Rule ...........................89
...*See PBS- Rules & Waivers*
4:45 Minimum Duty Period
Credit ............. 32, 36, 37, 39
Deadhead Duty Period .......37
8:30 Rest 'Behind the Door' ...29
9:30 Rest 'Behind the Door' ...30

**A**

Absence Notification Policy ... 184
Access Days ....................... 101
A-Day Trip Interference with
Regular Trip ................ 115
A-Day Utilization ............. 107
ADOT - A-Day drop to Open
Time .......................... 150
Airport Release Requirements
................................ 112
Airport Standby Duty ..15, 110
Credit .............................45
24 in 7...............................6
Holiday Pay ......................52
Out-of-Base.................... 111
Back Side of the Clock Flying
(BOC)...........................86
Standby........................86
Back to Back Blocks......... 109
Block Drops to Open Time
(ADOT)....................... 150
Daily Guarantee ................44
Effect of Jetway Trade.45, 133
Effect of Swapping ............ 44
Transition Block ................ 45
Trip Guarantee ................120
Checking your schedule
at/after 2000 hours ......104
Checking your schedule
During Min Rest ...........105
Company Leave of Absence
(PLOC)........................116
Contact Requirements ......104
Recording....................103
Telephones..................103
Co-Terminal Indicator ......108
Crew Notification (CNO)....104
Deviation of Deadhead .....179
Draft Pay ........................116
Earliest you are required to
report .........................106
Equal Days......................145
Flown Into Off Day .... 47, 106,
116
Greater Days...................145
Holiday Pay ...................... 52
How Many per FA.............101
Initial Probation Pay .......... 35
Lesser Days ....................145
Move-Ups .......................140
Non-standard .......... 101, 117
Option for Off Day in Next Bid
Period .........................117
Out-of-Base Standby........111
Pairing Dates for Midnight
Departures .................. 11
Parameters .....................105
Partial A-Day Obligations
Jetway Trade..................119
Partial Month Bids............103
PBS Bid Award ................102
Phone Release.................113
Piggy-back Flying..... 114, 146
Preferences............. 102, 108
Awards & Assignments .....109
Equal Days ... 107, 142, 145
Greater Days 107, 142, 145
Lesser Days.. 107, 142, 145
Reassignments ................110
Released to Report...........110
Report Pay ...................... 39
Rest Requirements...........114
Waive Transoceanic Rest ..108
Short-Term Parking........... 58
Steps of Trip Coverage .....107
Swapping A-Days ............117
Backing Up A-Days.......118

Swaps.......................... 135
Telephones.................... 103
Transiting
Into Next Bid Period ........ 101
Midnight for A-Day Awards & Assignments ............... 144
Transitioning Between A-Days & Trips ....................... 115
Transoceanic Rest Waivers 114
Transportation Reimbursement ............. 57
Trip Coverage Preference Definitions .................. 145
Trip Guarantee................ 120
Trip Interference with A-Day Assignment................. 115
Trips that Exceed Block Length........................ 145
When Scheduling will call you ................................ 104
When Scheduling will NOT call you ........................... 104
A-Day Awards ............. 109, 144
A-Day Trip Guarantee.......... 120
A-Days ............ *See* Access Days
ADOT .............. *See* Access Days
Affected Crews ................... 157
Aircraft Staffing
Minimums ..........................5
Requirements .....................2
Aircraft Training Pay.............59
Airport Cancellations Assigning Trips...............................69
Airport Release Requirements ..................................... 112
Airport Standby ....................15
Credit .............................45
Duty ............................. 110
Out-of-Base Standby .........48
Alternate Assignment ............68
Replacement Flying ...........10
Severe Operations........... 176
Alternate Flying Program ..... 184
Annual Flying Requirement ....53
Credit .............................51
Attempt........................14, 156
Automated Crew Sign-in........81
Availability ..........................64
Additional Notification Parameters ...................67
Airport Cancellations
Assigning Trips .................69
Alternate Assignment.........68
Parameters.......................68
Contacting Scheduling .......63
Crew Notification (CNO)..... 64
Duration of Trip ................ 65
Notification Times & Procedures ..............64, 66
Phone Release.................. 70
Requirement .................... 62
Steps of Trip Coverage ....107, 142

**B**

Back Side of the Clock Flying (BOC)............................. 86
Pairing Indicator ............... 86
Base Transfers..................... 97
Awards........................... 99
Bidding........................... 97
Involuntary Transfers.......100
AFP ...............................100
Moving Expenses .............. 58
Purser Priority .................. 99
Relocation Policy............... 99
Responsibilities in New Base .................................100
Temporary Base/Location Transfer Bidding............ 98
Bid Resolution Process .......... 94
Bidding
Monthly Schedule ..... *See* PBS
Bidding for Special Programs
PLOC.............................. 95
Vacation Improvements..... 95
Black Out Dates for Swapping ....................................125
Block Out Time .................... 35

**C**

Calendar Day in 7 Rule ......... 89
CALL to AVL, Changing ......... 64
Cancellation of First Leg
Severe Operations ...........164
Cancellation of Trip.............164
Replacement Flying..........158
Charters............................. 87
Duty Time Limitations ....... 22
Ferry Pay......................... 38
Pay Protection .................. 75
Transition Trips ................ 76
Swaps ...........................134
Commuter Flight Trouble......151
Company Leave of Absence (PLOC) ........................... 95
Access Days....................116
Compensation...................... 32

1 for 2 Credit .............. 32, 36
1 for 3.5 TRP .............. 32, 38
4:45 Duty Period Credit 32, 37
Deadhead......................... 37
Crew Compensation........... 43
Deadhead
Pay.................................. 38
Draft Pay.......................... 46
Access Days ................... 116
Duty Period Extensions ...... 41
Earned Pay ....................... 34
Ferry Pay ......................... 38
Flight Leader .................... 43
Flight Pay ................... 32, 35
Chart ............................... 35
Flight Pay for Ground Time . 42
Flown Into Off Day ............ 46
Holding Pay ...................... 42
Holiday Pay ...................... 52
Holidays Approved............. 52
Pay Protection................... 52
International..................... 43
Training Pay ..................... 56
Jury Duty ......................... 54
Language of Destination..... 44
Mandatory Meeting Pay...... 56
Meal Expenses .................. 58
Minutes Under Pay ............ 39
Pay Discrepancies ............. 59
Pay for Incompleted Trip .... 41
Pay Increases ................... 33
Pay Periods ...................... 33
Purser.............................. 43
Training ........................... 56
Report Pay ....................... 39
Rerouted into Off Day ........ 48
Pay
Transoceanic Exception .. 48
Special Assignment ........... 55
Surface Deadhead ............. 38
Time Away from Base (TAFB)
.................................. 40
Training ........................... 55
Aircraft ............................ 56
Transportation
Reimbursement ............. 56
NYC Base ......................... 57
Tipping ............................ 57
Trip Credit .................. 32, 36
Vacation Pay..................... 53
Computer Based Training Pay. 56
Contact Requirements
Access Days ................... 104
Contacting Crew Tracking .... 169
Contacting Scheduling........... 63
Continuing Qualification ........ 55
Bids ................................ 95
CBT Pay........................... 56
Duty Time Limitations ....... 15
Swaps ............................ 134
Co-Terminal
Cities .............................. 22
Limo ................................. 4
Duty Time........................ 22
Rerouted ........................ 159
Surface Deadhead ............ 38
Taxi Fare Reimbursement .. 57
Court Appearances ...... 153, 155
On Behalf of Delta ..... 54, 155
On Behalf of Prosecution... 54, 157
Pay ................................. 54
CNO - *See* Crew Notification
CRAF & Military Charters ....... 87
Staffing .......................... 87
Swaps ............................ 129
Credit Rigs .......................... 36
Crew Compensation Pay........ 43
Crew Notification (CNO) ........ 10
Access Days .................... 104
Availability .................. 64, 65
Acknowledge .................... 64
Crew Rest
Back Side of the Clock Flying (BOC) .......................... 86
Crew Staffing
Charters .......................... 87
Crew Tracking..................... 169
Crew Transportation ............ 183

D

Daily Operation ...................... 1
Deadhead Procedures .......... 177
Attire ............................ 182
Back-End Deviations ........ 181
Credit ............................. 36
Deadhead to Base Sick ...... 41
Deviate
TAFB ............................... 38
Deviation from Deadhead . 179
Deviation Not Allowed ...... 180
Economy Comfort ............ 178
Front-End Deviations........ 181
General .......................... 177
Passes ........................... 178
Pay ................................. 38
Positive Space ................. 180
Procedures
Upgrade ......................... 178

Quick Reference Chart ..... 181
Rerouted to Work
Assigning Working Crew ... 158
Surface Deadhead Pay ....... 38
Transoceanic Bookings ..... 178
Death in Immediate Family .. 152
Debriefing Time .................... 15
Delta 24 in 7 Rest ................. 27
Delta Rest Requirement Chart 26
Deplaning Time .................... 15
Deadhead ....................... 177
Deviation from Deadhead
A-Day Holders ..................179
Back-End Deviations ........ 181
Front-End Deviations ....... 181
General .......................... 179
Not Allowed .................... 180
Severe Operations ........... 176
Swap ............................ 179
Deviation From Deadhead .... 176
Diversion ......................14, 156
Domestic ............................ 13
Scheduled Minimum Domicile
Rest ............................ 23
Scheduled Minimum Layover
Rest ............................ 23
Domicile
16 Hour Guaranteed Rest
Option .......................... 28
Scheduled Minimum Rest ... 23
Down-line Trades ................ 136
Draft Pay (DRFT) ...........46, 116
Mandatory Availability ........ 48
Pay Protection ................... 75
Drafting Procedures ............ 146
Examples ....................... 147
DRFT ................... *See* Draft Pay
Drops ................. *See* Trip Drops
Drops to Open Time ............ 136
Duration of Trip .................... 65
Duty Period
Credit ........................ 36, 39
Extensions ....................... 41
Minimum Credit .....36, 37, 39
Duty Time Limitations ........... 15
Chart ............................. 21
Charters .......................... 22
Co-Terminal Limo Time ...... 22
Debriefing Time ................ 15
Deplaning Time ................. 15
Domestic Trips .................. 16
Flight Segments >12 Block
Hours .......................... 18
Flight Segments >12 Hours
................................ 160
Military Charters ............... 21
Option-Off Points .............. 21
Options ..........................170
Projected toExceed 17 Hours
.................................170
Rescheduled ............. 16, 161
Training & Meetings Adjacent
to Duty ........................ 15
Transoceanic .................... 17

**E**

Earned Pay .......................... 34
ELOA ... *See* Emergency Leave of
Absence (ELOA)
Emergency Leave of Absence
(ELOA) ..........................152
Pay ................................ 54
Enroute Stopover ............... 2, 3
Minimum Staffing ............... 3
Equipment Substitution .. 14, 157
After Departure ...............168
Prior to Departure ...........167
Reduction in Staffing
Order of reduction ...........167
Escalations .........................138
Transoceanic Purser .........138
Expense Pay
Hotel .............................. 57
Non-Fly Meal Expenses ...... 58
Short-Term Parking ........... 58
Extended Trip ............. 165, 169

**F**

F.A.R. 121.467...1, 4, 14, 15, 22
Access Days Rest ............105
Bar .............................5, 31
Compliance ........................ 8
Responsibility ..................... 9
Duty Time Limitations ......... 4
Minimum Staffing ........... 2, 3
Rest Requirements ............. 4
FAA
Duty Time Limitations ......... 5
Reduced Rest & Subsequent
Rest ............................. 6
Ferry Pay ........................... 38
FIOD ..... *See* Flown Into Off Day
FIVD ..... *See* Flown Into Vacation
Day
Flagstops ...........................161
For non-revenue purposes 161
For revenue purposes .......161

Flagstops & Reroutes – All Trip Types ........................... 161
Flight Attendant Compensation ...................................... 32
Flight Category ..................... 13
Domestic ......................... 13
Flight Segements >12 Flight Hours ......................... 13
International ..................... 13
Intra-Theatre ..................... 13
Transoceanic ..................... 13
Ultra Long Range .............. 13
Flight Leader ...................... 126
8:30 Hours Rest Behind the Door ........................... 29
930 Rest Behind the Door .. 30
Bid Award ........................ 91
Block Out Time ................. 35
Draft Pay .......................... 46
Escalation ....................... 138
Pay ................................. 43
Reduction in Staffing ....... 167
Flight Pay ................. 32, 34, 35
Chart .............................. 35
Flight Pay for Ground Time..... 42
Flight Segments >12 Flight
Hours ....................... 13, 18
Option Off Point
>Scheduled +3 Hours........ 18
Flown Into Off Day (FIOD) 46, 47
Access Days ................... 116
Versus Option for Off Day in Next Bid Period.............. 47
Flown Into Vacation Day (FIVD) ...................................... 49
Jetway Trades................... 49
Out-of-Base Pick-Up .......... 49
Flying Category Definition ...... 13
Friends List ........................ 130

G

Ground Pay .......................... 42
Guarentee
Daily A-Day ..................... 44

H

Hawaiian Trips
Duty Time Limitations ........ 17
Holding Pay .......................... 42
Flight Pay for Ground Time . 42
Holiday Pay .......................... 52
Holidays Approved............. 52
Pay Protection................... 52
Standby.......................... 52
Hotel ................................169
Accommodations .............182
Airport vicinity or downtown78
'Day rooms' ....................182
Expenses ......................... 57
Load Factor Pairings.......... 85
More/Less Than 5 Hours ...182
Originations ....................159
Reoute ...........................159
Upon Request..................182
When available in domicile 'stopovers'...................183

I

Inaugurals
Swaps ............................129
Incentive Pay (IPY4)........ 46, 51
Authorization Criteria ........ 51
Pay Protection .................. 75
Pick-Ups .......................... 48
Initial Probation .................. 35
Insufficient Bid or No Bid for PBS ..................................... 94
Interference With Off Days
Access Days....................116
International........................ 13
Duty Time Limitations ....... 16
Pay ................................ 43
Scheduled Minimum Domicile Rest ........................... 23
Scheduled Minimum Layover Rest ........................... 23
Training Pay..................... 56
Intra-Theatre....................... 13
Pay ................................ 43
Scheduled Minimum Layover Rest ........................... 24
Involuntary Escalations 107, 142
Steps of Trip Coverage ....107, 142
Involuntary Transfers ..........100
IPY4 .... *See* Incentive Pay (IPY4)
Irregular Operations ............... 1

J

Jetway Trades.....................131
Obligation if rerouted .......133
Jury Duty ..........................153
Bidding & Swapping .........153
Jury and 24 in 7 Rest .......... 6
On Behalf of Prosecution.... 54
Pay ................................ 54

Pay Variances (MA & FL) .... 54
Summons & Proof of Service ................................ 153

**L**

Language of Destination (LOD) ............................. 126, 167
Bid Award ........................ 91
Converted to Regular Position .......................... 126, 143
Equipment Substitution .... 168
Escalation to Leader ........ 129
Pay ................................ 44
Reverse Assignment .......... 92
Pay Protection ............... 92
Swaps ........................... 129
Trip Coverage ................. 143
Last Opportunity ............... 27
Late Report ........................ 157
Layover ...................... 23, 24
Taxi Fare Reimbursement ... 56
Layover
10-Hour Guaranteed Rest Option .......................... 28
8:30 Hours Rest 'Behind the Door' ........................... 29
Actual Minimum Rest ......... 24
Hotels
Load Factor Pairings .......... 85
Late Report ................ 23, 24
Scheduled Minimum Rest ... 23
ULR Rest .......................... 20
Loadfactor .......................... 83
Rerouted ........................ 159
LOD ................ *See* Language of Desitination

**M**

Managed Time Out .............. 151
Severe Operations ........... 151
Mandatory Availability ......... 175
When Draft Pay Due .......... 48
Mandatory Meeting
Pay ................................. 56
MAPS ... *See* Monthly Activity Pay Statement
Marketing Changes ............... 10
MAVL *See* Mandatory Availability
Meal Expenses ...................... 58
Meetings
Adjacent to Duty ......... 15, 96
Swaps ........................... 134
Mid-Rotation
Duty Period Extensions ...... 41
Removal
Sick, OJI, or ELOA ............ 41
Military Charters
Deadhead ....................... 188
Domestic & International .. 185
Duty Time Limitations ....... 21
Reverse Assignments ....... 188
Swaps ........................... 129
Transoceanic ................... 186
Trip Coverage .................. 185
Wildcard Pairings ............. 189
Minimum Staffing Enroute
Stopover ........................... 3
Minutes Under Pay ............... 39
Monthly Activity Pay Statement ..................................... 33
Monthly Time Display ............ 33
Monthly Base Swaps .......... 100A
MOTS . *See* Monthly Time Display
Move-Ups ............ 107, 139, 142
Cutoff for Phone Contact ... 139
Examples ........................ 141
Exception Move-Up to a 6-Day or Greater Trip ............. 141
Military Charters ............. 140
Moving Expenses ................. 58
MTO ...... *See* Managed Time Out (MTO)

**N**

Non-Fly Credit Guarantees .... 36
Non-Stop >12 Flight Hour Duty ...... *See* Flight Segments >12 Flight Hours
Notification of Reroutes & Delays .............................. 10, 162
Marketing Changes ........... 10

**O**

Open Time ......................... 122
Language of Destination ... 126
Operational Delay ................ 156
Option for Off Day in Next Bid Period Versus FIOD ........... 47
Option-Off Points ................. 21
>Scheduled +3 Hours ....... 18
Out-of-Base pick up with the Swap board .................... 130A
Out-of-Base Pick-Ups with Opentime ........................ 144
Crew Notification (CNO) .... 144

Steps of Trip Coverage.... 107, 142
TAFB .............................. 40
Trip Coverage ................. 144
Out-of-Base Standby........... 111
Pay................................ 46

**P**

Paid Personal Time (PPT) 34, 53, 148
Pre-Month Award ............ 148
Scheduled (SPT) ........53, 148
Unscheduled.............53, 148
Pairing Dates for Midnight Departures...................... 11
Pairing Minutes-Under/Minutes-Over Pay ......................... 39
Pairings .............................. 78
Back Side of the Clock Flying (BOC)......................... 86
Crew Rest .................... 86
Qualifying .................... 86
Charters.......................... 87
General........................... 78
Hotels............................. 78
Loadfactor ....................... 85
Report Time .................... 81
Transition Pairings............ 83
Report Time Changes ..... 83
Trip Length...................... 78
Definition ..................... 78
Examples..................... 79
Variable Staffing .............. 83
Parking
A-Days.....................90, 155
Trips........................90, 155
Partial Month Bids................ 93
Access Days .............93, 103
Passports & Visas ................ 11
For PBS Bidding ............... 90
Renewing passports........... 12
Pay Discrepancies................ 59
Pay for Incompleted Trip........ 41
Pay Periods ......................... 33
Pay Protection .................... 60, *Also See* Availability
Alternate Assignment... 68, 70
Availability ...................... 64
Availability Chart............... 62
Charters.......................... 75
Contacting Scheduling ....... 63
Crew Notification (CNO) ..... 71
Draft & Incentive Pairings... 75
Duration of Trp ................ 65
Loss of Flight/Credit Time .. 62
Notification ................66, 70
Options .....................60, 62
For Single Pairing............. 61
Out-of-Base Pairings ......... 73
Policy ............................ 60
Scheduling Errors ............ 76
Severe Operations ........... 63
Trip Notification ............... 68
Trips Rescheduled Into Next Bid Period.................... 74
Trips Transiting Two Bid Periods ....................... 74
Interferring with Vacation .. 83
Two or More Assignments .. 70
A-Days ........................... 70
Examples........................ 71
PBS .................................. 92
Access Days....................102
Bid Resolution ................. 94
Bidding When Off the Payroll ................................. 93
Bids Close....................... 94
Bids Release ................... 94
Continuing Qualifications ... 95
Flight Leader Bid Award..... 91
Freeze ............................ 88
Insufficient Bid or No Bid ... 94
LOD Bid Award ................ 91
Pre-assignments............... 88
Purser Bid Award ............. 91
Rules & Waivers .............. 89
3 in 9 ............................. 89
1 in 7 ............................. 89
10 Days Off..................... 89
Same Day Release/Report . 89
Transoceanic Min Rest....... 89
Special Assignment Days ... 92
Transoceanic / International Flying ........................ 90
Transoceanic Minimum Rest Rule .......................... 25
Personal Paid Time (PPT)......148
Daily Award ...................149
Pay for Incompleted Trip.... 41
Unscheduled ..................149
Unused..........................148
Phone Contact
Move-Ups w/in 24 Hours...139
Pick-Ups w/in 24 Hours ....127
Phone Release ....................113
Pick-Ups
Awarded with Contact ......127
Awarded with No Contact..127
General .........................126

Incentive Pay....................48
Open Time .....................127
Priority...........................126
Piggy-back Flying................114
A-Days...........................146
PLOC...... *See* Company Leave of Absence (PLOC)
PPT .*See* Personal Paid Time, *See* Paid Personal Time
Premium Pay
LOD.................................44
Pre-Rest
ULR .................................20
Priority Pick-Ups
Q Pairings ......................126
Steps of Trip Coverage.... 107, 142
Projected/Actual ...................14
Purser
Bid Award ........................91
Escalations .....................138
Involuntary Escalations ... 107, 142
Training Pay .....................56
Transfers..........................99
Transoceanic Reroutes ..... 166
Purser Pay ...........................43

**Q**

Q Pairings.....................84, 130
Pick-Ups.........................122
Priority Pick-Ups.............126
Swaps} ..........................140
Quick Reference Deviation & PSY Authorization Chart .........181

**R**

Reassignments...................110
Reduction in Staffing
After Departure...............168
Language of Destination (LOD).........................168
Prior to Departure ...........167
Variable Staffing Positions 168
Released to Report
Access ...........................106
Back Side of the Clock Flying (BOC)...........................86
Relocation Policy...................99
Replacement Flying........10, 158
Report Pay...........................39
Report Time.........................81
Automated Crew Sign-in ....81
Reporting for Duty...........10, 12
Severe Operations ...........174
Rerouted......... 14, 21, 160, 162
24 Hour Rest...................158
Co-Terminal ....................159
Crew Notification (CNO)....162
Crew Tracking Options ....164, 165
Extended Trip.................165
Flown Into Vacation Day.... 49
Jetway Trades .................. 49
Out-of-Base Pick-Up.......... 49
Into Additional Days.........158
Into Off Day
Non Transoceanic Limitations .................................157
Transoceanic Limitations...157
Incentive Pay .................. 48
Pay ................................ 48
Qualifying ....................... 48
Subsequent Assignment .... 48
Jetway Trades .................133
Loadfactor ......................159
Maximum Duty Time Chart ............. *Also see* Legalities
Mid-Rotation ...................165
Pay Chart ........................ 50
Shortened Trip ................165
Trip Guidelines ................156
Rerouted / Rescheduled Into Vacation Day.................... 49
Rerouted Spillover / Transition Trip................................ 74
Rescheduled ..... 14, 21, 26, 157, 159, 161
24 Hour Rest...................158
Additional Staffing ...........167
Cancellation of Trip ..........164
Duty Time Limitiations.....159, 160
Equipment Substitution ...167, 168
Flight Segments >12 Hours .................................160
Maximum
Flight Segments >12 Flight Hours .......................... 18
Maximums
Domestic ......................... 16
Intra-Theatre .................. 17
Transoceanic.................... 17
Mid-Rotation ...................164
Minimum Staffing ............. 16

Notification of Rerouted Trip ................................ 162
Partial Crew .................... 166
Reduced Staffing ...... 167, 168
Rest Requirement
Chart .............................. 26
Rest Requirements
24 in 7 Rest ....................... 6
Access Days .................. 114
Alternate Assignments ....... 70
Options ........................... 28
10-Hour Guaranteed Layover Rest ............................ 30
16 Hour Guaranteed Domicile Rest ............................ 28
8:30 Hours Rest ‘Behind the Door’ ........................... 29
930 Rest Behind the Door .. 30
Scheduled Minimum Layover Rest ............................ 23
Intra-Theatre .................... 24
Transoceanic ................. 25
Scheduled Minimum Rest ... 23
Transoceanic ................. 25
Subsequent Rest .............. 5-6
Ultra Long Range .............. 19
RR04 .................. *See* Rerouted

**S**

Same Day Release/Report Rule ...................................... 89
Schedule Build ........ *See* Bidding
Schedule Changes ............. 122
1st Come 1st Served Open Time ......................... 122
Prior to the One Calendar Day Cutoff ........................ 122
Definitions ..................... 122
Open Time .................... 122
Language of Destination ... 143
Pick-Ups ........................ 126
Q Pairings ..................... 122
Swaps before Report ....... 131
Trip Trade Balancer ......... 124
Scheduled ........................... 14
Maximums .................. 16-21
Scheduling Errors ................. 76
Scheduling Review Request
Form .............................. 77
Severe Operations .................. 1
Advisory Message ............ 174
Alternate Assignment ....... 175
Cancellation of 1st Leg ...... 164
Deviation from Deadhead . 176

Expenses ......................... 59
Guidelines ....................... 174
Mandatory Availability 48, 175
Alternate Assignment
Parameters .................. 69
Reporting for Duty ........... 174
Window of Availability ...... 175

Short Call
Short-Term Parking ........... 58
Transportation
Reimbursement ............. 57
Short Term Parking Pay ........ 58
Shortened Trip .................... 165

Special Assignment
For Bid Purposes ............... 92
Pay ................................ 55
Travel ............................ 92
SPT *See* Personal Paid Time (PPT)
Standby (STBY)
Credit ............................. 45
Out-of-Base STBY Credit .... 46
Steps of Trip Coverage ......... 142
Stubout ........................ 14, 157
Subsequent Rest ............ 5-8, 26
Surface Deadhead ................ 38
Swaps
Access Days ..... 117, 135, 140
Backing Up A-Days. 118, 136
Before Report ................. 131
Blackout Dates ................ 125
Chart ............................ 137
Continuing Qualification .... 134
CRAF, Military, Inaugurals. 129
Dedicated & Regular Charter Swaps ........................ 134
Deviation from Deadhead . 179
Down-line Trades ............. 136
Friends List ..................... 130
General .......................... 128
Jetway Trades ................. 131
Language of Destination ... 129
Meetings ........................ 134
Open Time ...................... 130
Training ......................... 134
With Another Flight Attendant ................................. 130

**T**

TAFB ..*See* Time Away from Base (TAFB)
Taxi Fare Reimbursement ...... 56
Temporary Base/Location
  Transfer Bidding................ 97
Through Flights ....... 2, 3, 12, 26
Time Away from Base (TAFB) . 40
  Deviate Deadhead ............. 38
  Out-of-Base Pick-ups ......... 40
  Trip Credit ................. 32, 36
Tipping ............................... 57
Training
  Adjacent to Duty ............... 96
  Aircraft ........................... 56
  Bids................................ 95
  Delayed or Cancelled Flights .................................. 55
  Duty Time Limitations ........ 15
  International Training Pay .. 56
  Pay................................. 55
  Purser Pay........................ 56
  Swaps........................... 134
  Transition Pairings............. 83
  PLOC .............................. 83
  Replacement Pairings......... 74
  Report Time Changes......... 83
Transition Replacement Trips . 10
Transoceanic ........................ 13
  Duty Time Limitations ........ 17
  Escalations ..................... 138
  Exception Pairings ............. 13
  Q pairings ........................ 83
  Military Charters ...... 186, 187
  Minimum Rest Rule............ 89
  Access Days ................... 108
  Pay................................. 43
Transoceanic / International
  Flying ............................. 90
Transportation Reimbursement ...................................... 56
  NYC Base ......................... 57
Trip Coverage..................... 142
  15 Minute Rule................ 123
  Availability .............. 107, 142
  Involuntary Escalations .... 107
  Language of Destination... 143
  Military Charters ............. 185
  Move-Ups................ 107, 142
  Out-of-Base Pick-Ups...... 107, 142, 144
  Priority Pick-Ups....... 107, 142
  Steps............................ 107
Trip Credit...................... 32, 36
  1 for 3.5 TRP.................... 38
Trip Drops
  Manged Time Out (MTO)...*See* To Open Time (TDOT) .....143, 150
Trip Interference with A-Day
  Assignment.....................115
Trip Length.......................... 78
  Definition......................... 78
  Examples......................... 79
  Exception......................... 78
Trip Pay Credit Calculations ... 36
Trip Refusal ......................... 11
Trip Trade Balancer .............124
  Examples of Approved & Denied Swaps..............125
Trips Rescheduled Into Next Bid
  Period ............................. 74

**U**

Ultra Long Range ............13, 19
  Layover Rest .................... 20
  ULR Pre-Rest.................... 20
  ULR Rest Chart ................. 20
Unaffected Crews ................157
Understaffing Pay ................. 45
Unscheduled Personal Time (UPS)
  'Trips missed' rate ...........148

**V**

Vacation.............................. 53
  Rerouted Into.................. 49
Vacation Pay........................ 53
Variable Staffing .................. 83
Visas ................................. 11
Volunteering to Fly ................. 9

**W**

Wildcard Pairings.................189
Window of Availability
  Severe Operations ...........175

Flight Attendant Work Rule Revisions

***A vertical bar-line in the left margin on each revised page denotes the revised portion of text.***

| Rev # | Date | Section & Page |
|---|---|---|
| #11 | 4/1/15 | **Section 2 - Compensation**<br>34 – Corrected typo<br>35 – Updated Flight Pay rates with the 4/1/15 increases<br>37 – Removed the deadhead only exception from 4:45 MDC<br>42 – Removed redundant bullet for clarification<br>43 – Updated pay rates for Purser A and Domestic/International Flight Leader<br>44 – Clarified that LOD applies to working flight segments<br><br>**Section 4 – Pairings & Bidding**<br>82 – Updated report time for all Intra-theatre flights to 1:15<br>82 – Text Change for Non-Transoceanic<br><br>**Section 6 - Schedule Changes**<br>132 – Text correction – MDC removed from split duty period only<br>132 – Text correction – Updated AFP list<br><br>**Section 9 – General**<br>178 – Text Change for Delta Comfort+<br><br>**Glossary**<br>G10 – Removed the deadhead only exception from 4:45 MDC |
| #10 | 1/1/15 | **Introduction**<br>ii – Removed reference to printed document<br><br>**Section 1 – Legalities**<br>6 – Updated Note for Delta 24 in 7<br>6 – Removed example from bullet 2<br>8 – Text Change<br>10 – Updated notification times for NYC and LAX<br>19 – Removed Flight Ops from ULR language<br>21 – Updated Chart for Transoceanic Flying<br>27 – Delta 24 in 7 rule full re-write<br>28 – Removed Out of Base from 16 Hour Rest<br><br>**Section 2 – Compensation**<br>37 – Clarified 445 MDC pay for JWT<br>40 – Added OBP to TAFB Pay<br>41 – Clarified duty period extensions<br>42 – Holding Pay and FPGT full re-write<br>47 – Updated FIOD Example 4<br>49 – Added OBP to FIVD language<br>52 – Flights Crossing Mid-night now use rotation base<br>54 – ELOA length updated to reflect trip length from 4.B<br>54 – Jury Duty length updated to reflect trip length from 4.B<br>54 – Clarified C/A on behalf of the prosecution is for Delta matters only<br>55 – Updated CQ credit to 4:45, per diem to $35, and travel to $50<br>58 – Aligned meal expense language with Delta Corp Policy<br>59 – Replace MAPS with MOTS for pay discrepancies<br><br>**Section 3 – Trip Pay Protection**<br>60 – Out of base pay protection policy updated to cover OP/U<br>60 – Converted 3. to a bullet<br>73 – Aligned Pay Protection for all out of base rotations |

| | | |
|---|---|---|
| | | **Section 4 – Pairings & Bidding**<br>90 – Full update for Transoceanic / International Flying requirements<br>93 – Corrected text in chart<br>97 – Updated transfer requirements for Base Transfer Awards and Bids<br>98 – Clarified that you are still required to fulfill permanents transfer obligations, following temporary assignments<br>99A – Full re-write of the Relocation Policy and renamed to Base Transition Policy<br>100 – Moved Transfer Limit to 4.T<br><br>**Section 5 – Access Days**<br>109 – Removed reference to back-to-back blocks<br>110, 111 – Full re-write for standby and out-of-base standby<br>115 – Removed reference to A-Days that do not start at Mid-Night<br>117 – Updated the location of the FIOD form<br>117, 118 – Updated A-Day swapping language<br><br>**Section 6 – Schedule Changes**<br>126 – Added Delta 24 in 7<br>127 – Added Delta 24 in 7<br>131 – Clarified that JWT on A-Day must be from same base<br>131 – Updated JWT exception cities<br>135 – Removed reference to A-Days that do not start at Mid-Night<br>139, 140 – Full re-write for Move-Ups<br>143 – Removed Flight Leader from header<br>146, 147 – Full re-write of Drafting Procedures<br>148 – Updated PPT trip length to be calendar days touching<br>149 – Added charters to the restricted list for PPT awards<br>150 – Added charters to the restricted list for TDOT awards<br>150 – Updated TDOT trip length to be calendar days touching<br>152 – ELOA length updated to reflect trip length from 4.B<br>154, 155 – Clarified C/A on behalf of the prosecution is for Delta matters only<br><br>**Section 7 – Reroute**<br>158 – Added guideline for transoceanic trips that delay to the next day<br>159 – Removed Shuttle Pairings<br>162 – Updated notification times for NYC and LAX<br>163 – Removed to references to shuttle pairings<br><br>**Section 9 – General**<br>178 – Clarified DHD seat upgrade policy<br>179 – Updates to Deviation Policy<br>180 – Allowed FAs to deviate off of Ferry Flights<br>182 – Removed reference to Shuttle Flying<br><br>**Appendix**<br>B1, B2 – Updated Standby Status Codes<br><br>**Glossary**<br>G9 – Removed Last Chance |
| **#9** | **4/1/14** | **Introduction**<br>ii – Update definition for OCC<br>iv – Update name of the phone recording system<br>**Section 1 – Legalities**<br>1 – Updated example to reflect new duty limits<br>7 – FAR bar updated with 13.00 max scheduled Delta duty limit<br>8 – Verbiage change<br>12 – Minimum rest in Example B changed to 9:00 |

13 – Table updated with new definitions
15 – Example updated to reflect new duty limits
16, 17, 18 – Updated to reflect new duty limits
21 – Chart updated with new duty limits
22 – Verbiage change
23, 24 – Updated to reflect new layover rest requirements
26 – Chart updated to reflect new layover requirements
29 – Changed 8:00 behind the door to 8:30 behind the door
31 – FAR bar updated with 13.00 max scheduled Delta duty limit

**Section 2 – Compensation**
32 – Replace Duty Period Average with Minimum Duty Period Credit
34 – Removed **Note:**
35 – Updated flight pay rates effective 4/1/14
36 – Removed 2.E
36, 37, 38 – Replace Duty Period Average with Minimum Duty Period Credit
41 – Verbiage change
42 – Example updated
43 – 2.P Verbiage change
44, 45 – 2.R Updated with new 4:45 Daily A-Day Guarantee
46 – Verbiage changes and clarifications for DRFT and RR04
48 – Clarified processing of RR04 for flight attendants on AVL
50 – Table updated: FIVD does not require a call to Scheduling
51 – Updated verbiage for FMLA
53 – Updated the value of a vacation day from 3:00 to 3:15
54 – Removed **Note:**

**Section 3 – Trip Pay Protection**
60 – Added handling procedure for sick, MTO, etc while on AVL
65, 66 – Updated pay protection options when a trip cancels within the callout window
70 – Removed domestic from 14 hour rest following duty periods over 14 hours
77 – Verbiage change

**Section 4 – Pairings & Bidding**
85, 90 – Verbiage changes
100A, 100B – Added Monthly Base Swaps

**Section 5 – Access Days**
101 – Updated conditions for dropping remaining A-Days from an NSA block
110 – Updated process for STBY assignments
111 – Replaced duty limits with reference to Scheduled Duty Limits
111 – Clarified RLS process following STBYs that transit midnight
112 – Added 'All-Nighter' to A-Day assignments that do not require an airport release
114 – Moved 'All-Nighter' from 'piggy-back' flying to airport release section on page 112
116, 117 – Verbiage changes
120, 121 – Replaced Block Guarantee with Daily Guarantee

**Section 6 – Schedule Changes**
125 – Defined Blackout Days
130A-, 130B – Added Section 6.F.3 Out-of-Base Pickups
131 – Added 'deviated from deadhead' to the to the **NOTE:**
132 – Change DPA to MDC
136 – Verbiage change
138A – Updated Trip Escalation Process
144 – Updated layover rest in bullet 2 from 8:30 to 9:00
150 – Verbiage change

**Section 7 – Reroute**
157 – Updated Example E with new duty limits
160 – Updated Reroute/Reschedule duty limits to match scheduled duty

| | | |
|---|---|---|
| | | limits<br>171, 172, 173 – Option off flowchart removed<br><br>**Appendix**<br>B1 – Updated definition of OBP and OP/U<br>D1, D2 – Added OBP Sliding Scale Chart<br>E1 – Added a Bid Period Calendar<br><br>**Glossary**<br>G4 – Updated CREDIT RIGS with Minimum Duty Period Credit (MDC)<br>G6 – Removed DUTY PERIOD AVERAGE (DPA)<br>G10 – Added MINIMUM DUTY PERIOD CREDIT (MDC)<br>G11 – Update OPERATION CUSTOMER CENTER (O.C.C.)<br>G11 – ADDED OUT-OF-BASE PICK-UP WITH THE SWAP BOARD (OBP)<br>G11 – UPDATED OUT-OF-BASE PICK-UP WITH OPEN TIME (OP/U) |
| **#8** | **1/1/14** | **Section 2 – Compensation**<br>40 – Meal expense reimbursement increase on domestic and non-transoceanic trips from $2.10 to $2.20. Transoceanic trips from $2.60 to $2.70.<br>42 – You will receive holding pay for flight delayed at gate for 30 minutes or more.<br>43 –Transoceanic Service Leader ("B") will be paid $3.20 per hour flown.<br>44 – Increase in LOD pay to $1.80.<br>48 – Complete revision of 2.U Rerouted into Off Day.<br>49 – Delayed into your vacation time from 16 to >10 hours to qualify for FIVD – Transoceanic flights only.<br>50 – Chart update.<br>55 – CQ training increase to 3:45 flight time per day.<br><br>**Section 3 – Trip Pay Protection**<br>66 – Item #2 and 3 - Eliminated the 2-hour hold in base for reassignment when a reroute shortens a trip.<br><br>**Section 4 – Pairings & Bidding**<br>95 – CQ value of 3:45 per day applies to PBS monthly schedule build value.<br><br>**Section 7 – Reroute**<br>158 – Removed Eliminated the 2-hour hold in base for reassignment when a reroute shortens a trip<br><br>**Appendix D – RR04 Examples**<br>D1-D4 – Examples of Section 2.V Rerouted into Off Day<br><br>**Glossary**<br>G8 – Holding Pay – change for 1 hour to: 30 minutes. |
| **#7** | **10/1/13** | **Introduction**<br>iii – Update to electronic storage information.<br>i, 9, 11, 55, 64, 90, 112, 129, 155, 184, 189, G9 – the term Administrative Action is changed to Performance Development.<br><br>**Section 1 – Legalities**<br>1 – Added definition of Critical Operations / Critical Staffing<br>2 – Equipment table updates for the 717 and 739 aircraft.<br>13 – Reference added to the Glossary for a complete listing of the South American transoceanic exception pairings.<br>10, 33, 42, 43, 46, 63, 71, 90, 102, 103, 105, 109, 122, 124, 127, 130, 134, 140, 148, 162, 174, G6, G10, G13 – Removed the term eCrew.<br>28 – Typo, removed the word 'later'. |

| | | |
|---|---|---|
| | | **Section 2 – Compensation**<br>38 – Flight pay for Delta Connection and any off-line deadheads is for scheduled deadhead only.<br>41 – Updates to duty period extensions.<br>43 – Increases to Crew Compensation pay; removed the example.<br>50 – Correction: where to access the off day request in lieu of FIOD pay.<br>51 – Update to the application of IPY4 pay.<br>53 – Updates to PPT effective 10-1-13. PPT days valued at 6 hours for Tripholders and 4:45 for PPT taken on an A-Day.<br>54 – Removed references to the annual 15 day Jury maximum.<br>56 – Increases to hourly training pay for Aircraft, Purser and International training; from $12/hour to $20/hour.<br><br>**Section 3 – Trip Pay Protection**<br>71 – Removed unnecessary reference to CNO preferences.<br><br>**Section 4 – Pairings & Bidding**<br>82 – Updates to the Pairing Report Time Chart.<br><br>**Section 5 – Access Days**<br>101 – Clarification for dropping A-days from blocks >6 days.<br>106 – Removed reference to obsolete WI4 code; added a reference to Compensation 2.Z.7.<br>108 & 142 – Clarification regarding trip coverage and A-Days when experiencing critical staffing.<br>111 – Clarification: you cannot move-up to another trip from standby.<br>116 – Bullet regarding flying A-Days into Off Days moved from Draft (Section 6.T) to Interference with Off Days (Section 5.P).<br>117 – Update for where to find the Day Off Request Form; page also reformatted.<br>118, 119, 120 - Pages reformatted.<br><br>**Section 6 – Schedule Changes**<br>124 – Trip Trade Balancer description updated, i.e. '…will only award a swap that provides an overall *equal* or positive impact.'<br>125 – Updated Trip Trade Balancer Chart, adding a USED column; also removed examples.<br>131 – Added PHX & LAS to the JetWay Trade exception cities, removed ORD.<br><br>135 – Correction to the A-Day swap definition and Example B.<br>138 – Removed discontinued bullet about escalating in-base junior FL before sending a trip out-of-base.<br>139 – Removed NOTE from bullet 4; referred to new Move-Up Charts in Appendix C.<br>140 – Added a NOTE indicating an A-Day cannot move-up from a standby assignment.<br>146 – Revised the definition of Drafting; moved reference to A-Days to Section 5 under Interference with Off Days (FIOD).<br>147 – Removed two A-Day examples.<br>148, 149 – Updates for new PPT rates effective 10/1/13.<br>151 – MTO section moved to Section 9.<br>153, 154, 155 –Removed reference to the annual Jury Duty limit and updated the reference to increasing the schedule value once Jury dates are known.<br><br>**Section 7 – Reroute**<br>156 – Updates to Reroute definition.<br>157 – Page reformatted.<br>158 – Clarification on being rerouted through your domicile on an off day. Bullet 3 under Other Guidelines moved from page 157 to page |

| | | |
|---|---|---|
| | | 158.<br>159 - Added NOTE regarding rerouting flight attendants who have deviated from deadhead.<br>160, 161 – reformatted.<br><br>**Section 9 – General & Miscellaneous**<br>177 – Revision for rerouting flight attendants who have deviated from deadhead. Must be advised prior to the arrival of the last working segment.<br>178 – Reformatted page.<br>179 – Added NOTE; updated parameters for deviating from deadhead at the beginning of a charter.<br>180 – Added 'A flight attendant cannot deviate from deadhead onto a ferry flight'; also revised the parameters for a deviation from deadhead on an inaugural flight that begins with a double deadhead.<br>181 – Updated the PSY Authorization Chart.<br>184 – MTO Section moved to Section 9; added bullet stating MTO is an accountable absence.<br>185, 186, 187, 188 – pages reformatted<br>189 – Added a procedural bullet regarding trip coverage of Military Charter positions that become available after the original award.<br>190, 191 – pages reformatted<br><br>**Appendix C** – divided into two charts, one for Day for Day Move-Ups and one for Alternate Day Move-Ups<br><br>**Glossary**<br>G16 – Updated Transoceanic Flying with specific exception destinations.<br>G18 – Removed reference to the discontinued code WI4.<br><br>**Index**<br>1st page of the Index replaced. |
| **#6** | **4/1/13** | **Introduction**<br>i – Updated references to HRPM<br><br>**Section 1 – Legalities**<br>2, 3 – Equipment table updates<br><br>**Section 2 – Compensation**<br>48 – Lowered the RRO4 qualifying time for delayed transoceanic flights from 16 hours to 11 hours delay<br>51 – Verbiage clarification<br>53 – Updates to Vacation Pay and Paid Personal Time (PPT)<br>54 – Updated HRPM reference for ELOA<br>58 – Updated HRPM references for Meal Expenses and Moving Expenses.<br><br>**Section 4 – Pairings & Bidding**<br>90 – Updated references to HRPM<br><br>**Section 5 – Access Days**<br>111 – Removed the references to a phone release to 2200. This no longer applies.<br>117, 119 – Back-to-back A-Day blocks remain separate until 0200 two days prior to the start of the first block, at which time they are combined.<br>118 – Updates to A-Day swapping examples.<br><br>**Section 6 – Schedule Changes**<br>144 – Clarification for out of base pick-ups<br>148, 149 – Updates for the increase to PPT time |

| | | |
|---|---|---|
| | | 152 - Updated HRPM reference for ELOA<br>155 – Updated HRPM references for Jury and Parking Trips<br><br>**Section 9 – General & Miscellaneous**<br>178, 188 – transoceanic deadhead seats are now booked in economy<br>180 – removed reference to 'AU' category in TravelNet<br>181 – Updates to Deadhead deviation chart<br>182 - Updated HRPM reference to Attire for Deadheading |
| **#5** | **12/10/12** | **Section 1 - Legalities**<br>2 – Equipment updates.<br>10 – Update for Crew Notification (CNO).<br>11 – Updated terminology for trip refusal.<br>22 – Correction; co-terminal limo time is in addition to the 15 debrief time at the end of a duty period.<br><br>**Section 2 – Compensation**<br>33, 46, 48, 49, 51, 56, 59 - Updates adding information about the new Monthly Activity Pay Statement (MAPS).<br>35 – Updated flight pay rates effective 1/1/13.<br>40 – Updated per diem rates effective 1/1/13.<br>44 – Language pay for deadhead segments removed.<br>48, 49 – Updates to RRO4 policy.<br>52 – Holiday pay updated to include a 6th paid holiday, Christmas Eve, and new parameters involving time away from base ($5/hour) and a flat rate ($50) for A-Day Holders who do not fly.<br>55, 56 – Updated training pay rates.<br><br>**Section 3 – Trip Pay Protection**<br>63, 64, 65, 66, 67 – Updates for Crew Notification (CNO); removed redundant examples.<br>69, 70, 72 – Removed references to phone releases for Tripholders on availability.<br>71 – Update for Crew Notification (CNO).<br><br>**Section 4 – Pairings & Bidding**<br>89 – Added NOTE to Bid section repeating current policy regarding the 24 hour rest. See Section 6.F and G9 (glossary) for reference.<br>92 – Updated information about Purser pay protection when you are LOD reverse-assigned.<br>99 – Revision regarding Purser priority transfers. May be to a base as well as to an AFP location.<br><br>**Section 5 – Access Days**<br>103, 104 – Updates for Crew Notification (CNO). Removed defunct reference to PBS rule waivers.<br>108 – Added a reference to the Glossary noting the symbols which can be used to designate your position choices when preferencing A-Day trips. Also running preferences may be suspended for days when IPY4 is offered.<br>109, 110 - Clarifications on A-Day Awards & Assignments.<br>111 – Update to the release parameter after serving standby.<br>117 – Update regarding swapping non-standard A-Day blocks.<br>118 - Reference added noting that A-Days, once assigned a trip, may utilize the Move-Up process to a Leader, LOD, or transoceanic regular position. However, alternate day move-ups are not permitted.<br><br>**Section 6 – Schedule Changes**<br>123 - Added a reference to the Glossary noting the symbols used to designate your position preference when picking-up a trip.<br>125 – Note added regarding blackout day swapping. |

| | | |
|---|---|---|
| | | 126, 143 – Clarification regarding converting LOD positions to regular positions.<br>129 – Updates regarding escalating an LOD flight attendant into a vacant leader position.<br>131 – Note added clarifying signing-in if a swap is done and one flight attendant has already signed-in.<br>136 – Clarifications regarding Downline trades. The same 'role' must be swapped, e.g. regular position for regular, Purser B for Purser B, etc. Also updated parameters of contacting Scheduling.<br>140 – Re-added bullets regarding Access Day Holder Move-ups which were inadvertently removed from the 1/10/12 revision.<br>142 – Included the option to suspend A-Day preference runs for days when IPY4 is offered.<br>143 – Clarification regarding converting an LOD position to a regular position.<br>146, 147 – Correction to formatting only. No change to policy.<br>149 – Pre-month awarded PPT has a value of 6 hours per calendar day, regardless of how much time you actually have in your PPT bank.<br>154 – Added a reference to using MTO to travel to Jury or for a Court Appearance if you must attend in a city other than your own base.<br>155 – Reformatted page – no change.<br><br>**Section 7 - Reroute**<br>162, 164 – Updates for Crew Notification (CNO).<br><br>**Section 9 – General & MISC**<br>179, 181, 188 – Added information related to PSY Deviation of Deadhead flights returning to base from a transoceanic military charter.<br>186 – Clarification on the physical overlap when moving-up to a Transoceanic Military Charter.<br>187 – Change to coverage time for transoceanic military charters.<br><br>**Glossary**<br>G10, G11 (only reformatted), G-12, G18 – various definitional updates to glossary. |
| **#4** | **7/2/12** | **Section 1 - Legalities**<br>3 – Correction to A333 staffing.<br>11 – Added reference to carrying the FAA Flight Attendant Certificate of Demonstrated Proficiency.<br>19, 20 – A-Day flight attendants must have 24 hours free of all duty before being assigned a ULR pairing.<br><br>**Section 2 - Compensation**<br>35 – Updated Flight Pay Rates effective 7/1/12<br>40 – Increase in per diem rates effective 7/1/12<br>**Section 3 – Trip Pay Protection**<br>70 – Clarification regarding PBS waiver involving a specific trip involved in a Two-Rotation Pay Protection situation.<br>**Section 5 – Access Days**<br>115 – Clarification denoting the bullet pertains to a situation that is predicated on a PBS bid result.<br>119 – Clarification regarding a swap that follows an A-Day block and that it constitutes a waiver to the 24 hour rest rule if assigned a transoceanic trip on the A-Day block.<br>**Section 6 – Schedule Changes**<br>Table of Contents – updated to include Down-Line Trades<br>136 – Added Down-Line Trade parameters<br>138 – Added the phrases: departure 'of the trip'.<br>**Section 7 - Reroute** |

| | | |
|---|---|---|
| | | 166 – Correction to remove parenthetical reference. |
| **#3** | **5/1/12** | **Table(s) of Contents** – added separated Tables of Contents for each Section (1 through 9) of the Work Rules.<br>**Section 1**<br>2 & 3 – Added references to FAA requirements for deplaning staffing. Added to the last column header on pgs 2 & 3, and in the NOTE pointing to the OBM reference.<br>20 – Added a NOTE regarding Intra-Theatre rest requirements within ULR pairings.<br><br>**Section 4**<br>81 – Removed references to the arrival times at the gate, and added the reference to OBM 5.3.18 which details gate arrival and boarding times.<br>86 – Clarification regarding assigning a vacancy for a BOC (Back Side of the Clock) pairing to the BOC standby. Assigning the standby occurs at trip coverage step 7.<br>87 – Clarification regarding the rule applications for a Military Charter, i.e. FAA duty and rest rules within the pairing, and Delta rest rules prior to and after the pairing.<br>99 - typo correction, 'insufficient purser staffing'.<br><br>**Section 5**<br>103 - New bullet added noting that Scheduling will ensure a 24 hour rest within any non-standard block of seven A-Days or greater.<br>107 to 110 – Revised definition of 'Equal Day & Greater' preferences and assignments. Also clarifications of Equal Day, Lesser Day and Greater Day Preferences and Assignments.<br>**Section 6**<br>138 – Clarification of the coverage of purser vacancies, both in the trip coverage escalation process and during down-line operation.<br>142 – Corrected/relocated reference to Purser Escalations from Step 7 to page bottom.<br>145 - Removed redundant A-Day definitions, and added the reference to Section 5.I for the expanded definitions.<br><br>**Appendix B** – added codes UFO (Family Leave OJI) and UPO (On-the-Job Injury. |
| **#2** | **4/10/12** | **Introduction**<br>i – Correction: HRPM 1022.6.<br><br>**Section 1**<br>31 – Corrections to F.A.R. Bar explanation boxes.<br><br>**Section 2**<br>46 – Correction: PBS.<br><br>**Section 3**<br>70 – Transoceanic waiver also includes 'by PBS bid'.<br>76 – Correction: PBS.<br><br>**Section 4**<br>88 – Correction: 'to the close of the bid window'.<br>89 – Correction: '1 Calendar Day in 7' Rule<br>90 - Correction: HRPM 1022.6; and update to additional requirements for Transoceanic / International Flying.<br>91, 92 – Removed unnecessary requirements for Purser and LOD programs already covered under Section 4.I.<br>93 – Clarification regarding Partial Month bids, and update to the table. |

| | | |
|---|---|---|
| | | 94 – Removed NOTE under Section 4.O.<br>99 – Updates to Base Transfer seniority exceptions for Purser and Language of Destination (LOD).<br>100 – page reformatted<br><br>**Section 5**<br>101, 102, 103 – Updated with information related to PBS 4.1 and non-standard A-Days.<br><br>**Section 6**<br>155 – Correction: PBS; and HRPM 1022.6.<br><br>**Glossary**<br>G3, 4, 5, 6, 9, 10, 12, 13, 15 – Corrections and/or updates related to PBS bidding terminology. |
| **#1** | **3/19/12** | **Section 1**<br>13 – Added Hawaii to the category of gateway cities (i.e. Hawaii to Asia flying is considered transoceanic)<br>21 – NOTE added to Quick Reference Duty Limitation Chart directing Flight Attendants to Section 4.G regarding the Military Charter Option-Off Point.<br>26 – Information added (8) indicating that Domestic and Intra-Theatre duty periods can only be rescheduled >14 hours, never scheduled over 14 hours.<br><br>**Section 4**<br>82 – Correction to Pairing Report time Chart: Domestic Military Charters report time is 1:30 prior to departure.<br>99 – Updates to Base Transfer seniority exceptions for Purser and Language of Destination (LOD).<br>100 – page reformatted |

# EXHIBIT 2

# Flight Attendant

# Work Rules

Effective January 1, 2014

Includes:
Revision #1 – 3/19/12
Revision #2 – 4/10/12
Revision #3 – 5/01/12
Revision #4 – 7/02/12
Revision #5 – 12/10/12
Revision #6 – 4/1/13
Revision #7 – 9/19/13
Revision #8 – 1/01/14

**Contents and Introduction** i

**Section 1 - Legalities**

1.A Overview of the Daily Operation 1
1.B Aircraft Staffing Requirements 2
1.C F.A.R. 121.467 Duty Limitations & Rest Requirements 4
1.D FAA Duty Time Limitations 5
1.E FAA Duty Limitations & Rest Requirements Chart 5
1.F FAA Rest – The 'Rolling' 24 in 7 Rest 6
1.G FAA Reduced Rest & Subsequent Rest 6
1.H FAA Duty Requirements & Non-Flying Company Business 8
1.I Compliance 9
1.J Reporting for Duty - General 10
1.K Reporting for Variable Staffing, Load Factor Pairings, and Through Flights 12
1.L Reporting for Duty – Out-of-Base Trips 12
1.M Delta Flight Category Descriptions 13
1.N Delta Duty Limitations – Important Definitions 14
1.O Delta Duty Time Limitations - General 15
1.P Delta Domestic & Intra-Theatre Duty Limits 16
1.Q Delta Transoceanic & International Duty Limits 17
1.R Delta Transoceanic Non-Stop >12 Flight Hour Duty Limits 18
1.S Ultra Long Range Flying (ULR) 19
1.T Quick Reference for Delta Duty Limitations and Flight Attendant Option-Off Points 21
1.U Duty Time for Co-Terminal Limos 22
1.W Domicile Rest Requirements – Domestic/International 23
1.X Layover Rest Requirements – Domestic/International 23
1.Y Layover Rest Requirements – Intra-Theatre 24
1.Z Domicile Rest Requirements - Transoceanic 25
1.Z.1 Layover Rest Requirements - Transoceanic 25
1.Z.2 Delta Rest Requirements 26
1.Z.3 Delta 24 in 7 27
1.Z.4 Rest Options 28
1.Z.5 FAR Bar (Federal Aviation Regulations) 31

## Section 2 - Compensation

| | | |
|---|---|---|
| 2.A | Compensation Overview | 32 |
| 2.B | Pay Periods | 33 |
| 2.C | Earned Pay | 34 |
| 2.D | Flight Pay | 35 |
| 2.E | Trip Pay Credit Calculations | 36 |
| 2.F | Non-Fly Credit Guarantees | 36 |
| 2.F.1 | Duty Period Credit (1 for 2) | 36 |
| 2.F.2 | Duty Period Average (4:45- DPA) | 37 |
| 2.F.3 | Trip Credit (1 for 3.5 – TRP) | 38 |
| 2.F.4 | Deadhead / Ferry Pay | 38 |
| 2.G | Surface Deadhead | 38 |
| 2.H | Pairing Minutes-Under/Minutes-Over Pay | 39 |
| 2.I | Report Pay | 39 |
| 2.J | Time Away from Base Pay (TAFB) | 40 |
| 2.K | Duty Period Extensions | 41 |
| 2.L | Pay For Incompleted Trips | 41 |
| 2.M | Holding Pay | 42 |
| 2.N | Crew Compensation Pay | 43 |
| 2.O | International Pay | 43 |
| 2.P | Purser / Flight Leader Pay | 43 |
| 2.Q | Language of Destination (LOD) Pay | 44 |
| 2.R | A-Day Block Guarantee | 44 |
| 2.S | Airport Standby Credit | 45 |
| 2.T | Draft Pay (DRFT & FIOD) | 46 |
| 2.U | Rerouted Into OFF Day (RRO4) | 48 |
| 2.V | Rerouted / Rescheduled Into Vacation Day | 49 |
| 2.W | Reroute Pay Chart | 50 |
| 2.X | Incentive Pay (IPY4) | 51 |
| 2.Y | Holiday Pay | 52 |
| 2.Z | Vacation Pay | 53 |
| 2.Z.1 | Paid Personal Time (PPT) | 53 |
| 2.Z.2 | Emergency Leave of Absence (ELOA) Pay | 54 |
| 2.Z.3 | Jury Duty / Court Appearance Pay | 54 |
| 2.Z.4 | Special Assignment Pay | 55 |
| 2.Z.5 | Training Pay | 55 |
| 2.Z.6 | Mandatory Departmental Meeting Pay | 56 |

2.Z.7 Transportation Reimbursement 56
2.Z.8 Tipping 57
2.Z.9 Hotel Expenses 57
2.Z.10 Non-Fly Daily Meal Expenses 58
2.Z.11 Short-Term Parking 58
2.Z.12 Moving Expenses 58
2.Z.13 Severe Operations Expenses 59
2.Z.14 Pay Discrepancies 59

**Section 3 - Pay Protection**
3.A Pay Protection 60
3.B Pay Protection Options 60
3.C Pay Protection for Cancellation/Reroute on a Single Pairing 61
3.D Availability Chart When Opting for Pay Protection 62
3.E Contacting Scheduling 63
3.F Availability Notification Times & Procedures 64
3.G Alternate Assignments 68
3.H Pay Protection Involving Two Pairings Or More 70
3.I Pay Protection Options for Out-of-Base Pairings 73
3.J Pay Protection for Trips Transiting Two Bid Periods 74
3.K Pay Protection for Draft And Incentive Pairings 75
3.L Pay Protections for Charter Pairings 75
3.M Scheduling Errors 76

**Section 4 - Pairings/Bidding**
4.A General 78
4.B Trip Length Definition 78
4.C Pairing Report Time 81
4.D Transition Pairings 83
4.E Load Factor Pairings & Variable Staffing 83
4.F ‘Back Side of the Clock’ Flying Pairings 86
4.G CRAF & Military Charters 87
4.H Schedule Build / Bidding – General 88
4.I Transoceanic / International Flying 90
4.J Purser / Flight Leader Program 91
4.K Language of Destination (LOD) Program 91
4.L Special Assignment Days 92

| | | |
|---|---|---|
| 4.M | Partial Month Bids | 93 |
| 4.N | PBS Closing Date And Release of Schedules | 94 |
| 4.O | No Bid | 94 |
| 4.P | Bidding Resolution Process | 94 |
| 4.Q | Continuing Qualification (CQ) | 95 |
| 4.R | Bidding for Special Programs | 95 |
| 4.S | Other Training and Meetings Adjacent to Duty | 96 |
| 4.T | Base Transfers | 97 |
| 4.U | Base/Location Transfer Bidding | 97 |
| 4.V | Temporary Base/Location Transfer Bidding | 98 |
| 4.W | Base Transfer Awards / Denials | 99 |
| 4.X | Relocation Policy | 99 |
| 4.Y | Responsibilities in New Base/AFP Location | 100 |
| 4.Z | Involuntary Transfers | 100 |

**Section 5 - Access Days**

| | | |
|---|---|---|
| 5.A | General | 101 |
| 5.B | Schedule Build | 102 |
| 5.C | A-Day Holder – Partial Month on Duty | 103 |
| 5.D | Telephones | 103 |
| 5.E | Contact Requirements | 104 |
| 5.F | A-Day Parameters | 105 |
| 5.G | A-Day Utilization | 107 |
| 5.H | A-Day Holder & Preferencing Trips | 108 |
| 5.I | A-Day Awards & Assignments | 109 |
| 5.J | Airport Standby Duty | 110 |
| 5.K | Out-of-Base Standby | 111 |
| 5.L | Airport Release Requirements | 112 |
| 5.M | Phone Release | 113 |
| 5.N | A-Day Rest Requirements | 114 |
| 5.O | Transitioning Between A-Day and Trips / Leaves | 115 |
| 5.P | Interference With OFF Days (FIOD) | 116 |
| 5.Q | A-Day Swapping and Schedule Changes | 117 |
| 5.R | A-Day Trip Guarantee | 120 |

## Section 6 - Schedule Changes

| | | |
|---|---|---|
| 6.A | Schedule Changes - Definitions & Overview | 122 |
| 6.B | 1st Come 1st Served Open Time Process | 122 |
| 6.C | Trip Trade Balancer | 124 |
| 6.D | Open Time and Language of Destination Positions (LOD) | 126 |
| 6.E | Pick-Ups - General | 126 |
| 6.E.1 | Pick-Ups From Open Time | 127 |
| 6.F | Swaps - General | 128 |
| 6.F.1 | Swaps With Open Time (1st Come 1st Served) | 130 |
| 6.F.2 | Swaps With Another Flight Attendant | 130 |
| 6.G | Jetway Trades | 131 |
| 6.H | Training and Meeting Swaps | 134 |
| 6.I | Dedicated and Regular Charter Swaps | 134 |
| 6.J | Access Day Swapping | 135 |
| 6.J.1 | Down-Line Trades | 136 |
| 6.K | Swapping Chart | 137 |
| 6.L | Trip Escalations | 138 |
| 6.M | Move-Ups | 139 |
| 6.N | Trip Coverage | 142 |
| 6.O | Out-of-Base Pick-Ups | 144 |
| 6.P | Transiting Midnight & A-Day Awards/Assignments | 144 |
| 6.Q | Trip Coverage Preference Definitions for A-Day Holders | 145 |
| 6.R | A-Day Coverage of Trips that Exceed Block Length | 145 |
| 6.S | 'Piggybacking' of A-Days | 146 |
| 6.T | Drafting Procedures | 146 |
| 6.U | Paid Personal Time Off (PPT) | 148 |
| 6.V | Trip and A-Day Drops Without Pay (TDOT & ADOT) | 150 |
| 6.W | Managed Time Out (MTO) | 151 |
| 6.X | Emergency Leave of Absence (ELOA) | 152 |
| 6.Y | Jury Duty / Court Appearances | 153 |
| 6.Z | 'Parking Trips & A-Days | 155 |

## Section 7 - Reroutes

| | | |
|---|---|---|
| 7.A | Rerouted Trip Guidelines | 156 |
| 7.B | Rerouted / Rescheduled Duty Time Limitations | 159 |
| 7.C | Notification of Rerouted Trip | 162 |
| 7.D | Cancellation of Trip/Cancellation or Disruption of 1st Leg | 164 |

7.E Mid-Rotation Rerouted / Rescheduled Trip 165
7.F Rescheduling a Partial Crew 166
7.G Equipment Substitutions - Prior to Departure 167
7.H Equipment Substitutions - After Departure 168
7.I Extended Aircraft Maintenance 169
7.J Contacting Crew Tracking 169
7.K Duty Limitations Options 170
7.L Options Flowchart Explanation 171
Domestic/Intl/Transoceanic Duty Time Limitations Flow Chart 172
Severe Operations Flow Chart 173

**Section 8 - Severe Operations**
8.A Severe Operations Guidelines 174
8.B Reporting for Duty – Irregular & Severe Operations 174

**Section 9 - General & Miscellaneous**
9.A Deadheading Procedures - General 177
9.B Deadhead Flight Arrangements 178
9.C Deviation from Deadhead 179
9.D Quick Reference Deviation & PSY Authorization Chart 181
9.E Attire for Deadheading 182
9.F Hotel Accommodations 182
9.G Crew Transportation 183
9.H Absence Notification Policy 184
9.1 Alternate Flying Program 184
9.J Trip Coverage Procedures for Military Charters 185

Appendix A – F.A.R. 121.467
Appendix B – Schedule & Training Status Codes
Appendix C – Move-Up Chart
Appendix D – RR04/RR08 Examples

Glossary

Work Rules Index
PBS Reference Guide

## Purpose, Authority and Responsibility

- The Flight Attendant Work Rules manual is made available to each Delta Air Lines flight attendant. It contains all work rules and scheduling policies and its purpose is to provide the established work rules, policies and scheduling procedures for Delta flight attendants.
- The Vice President IFS Business Operations has the authority and the IFS Scheduling Management Team has the responsibility for the Flight Attendant Work Rules and all elements of quality and policies described herein. The policies are administered by Scheduling Operations, Schedule Planning, and the Operations Resource Management group (Crew Tracking/Reroute).

## Compliance & Ethics

- As a flight attendant, you are required to comply with federal regulations and company practices and procedures which govern your job including the In-Flight Service Standards of Performance, as listed in the On-Board Manual, and Delta's Human Resource Policies. Depending on the nature of the situation, more than one set of rules and regulations may apply.
- Delta has always followed a policy of conducting its business ethically and in compliance with the letter and the spirit of the law. The Delta Code of Ethics and Business Conduct contains a summary of Delta's standards of conduct so that each employee understands the basic rules that apply.
- Delta flight attendants are expected to utilize only Delta-approved computerized programs to access Delta systems. Use of any automated program to access a Delta scheduling system is strictly prohibited and may subject those involved in such activity to Performance Development up to and including possible termination.
- Any pattern of manipulation of schedules by activity such as 'parking trips or A-Days', or other misuse of the Swapping, Trade or A-Day Preference programs is also prohibited. This includes any exchange of monies, favors, or any other bartered commodity in return for the offering or obtaining of trips. See *Human Resource Policies / Pay / Hours of Work*, and the Flight Attendant Work Rules, Section 4.H, and Section 6.Z.
- Any document of this nature obviously cannot be all inclusive, and employees are expected to conduct themselves in accordance with the guidelines as published. If you have any questions regarding these issues, please contact your immediate manager or Human Resource professional.

## Revisions

- Revisions are to be numbered and each page dated so the correct revision date is applied to every page.  The revision record is kept on the IFS Portal and in the printed copy.  A list of revised pages is also accessible in the IFS Portal version.

## IFS Operations & Planning Organizational Overview

- In-Flight Service Operations and Planning consists of several work areas: Schedule Planning, Scheduling Operations, Scheduling Support, and Administration Support.  In addition, Crew Tracking in the Operations Control Center (OCC) handles all rerouting of crews.

- The In-Flight Service Crew Resources and Planning team is divided into three areas. Crew Resources forecasts flight attendant staffing levels, processes base transfers and Personal Leaves of Convenience (PLOC), vacation bids and provides operational data. The Crew Planning team is responsible for developing the monthly trip pairings and publishing the bid package. The PBS team administers the monthly flight attendant schedule bid and processes the bid award as well as pre-month schedule PPT.

- In-Flight Service Scheduling manages both the Mainline and Pacific day-to-day operations.  They oversee all daily trip coverage procedures including availability assignments, pick-ups, swaps, and Access Day (A-Day) preference awards and assignments. Scheduling monitors all crewmember legalities for Delta and FAA rule compliance using the automated SKDEX alert system, and corrects and resolves all potential rule infractions.  The Regional Managers of Scheduling collaborate with Planning on the distribution of access days in their assigned bases as well as interact frequently with flight attendants both from the General Office and in the bases.

- In-Flight Service Scheduling Support is comprised of IFS Business Management, Operations Support, Pay Support and Scheduling Training Support.  The Business Management Analysts partner with Information Technology to upgrade and monitor all automation systems related to In-Flight.  Operations Support personnel create all the system load factors and charters.  Pay Support personnel process pay-related items and audit flight pay for accuracy. Training Support personnel schedule all Continuing Qualification (CQ) and other training as well as maintain all Delta and FAA qualifications and records.

- In-Flight Service Administration Support is comprised of the In-Flight Service Call Center (ICC) and the Administrative Services Area. The ICC is a team of Field Service Managers who serve as a resource for all Delta flight attendants in every U.S. base. The Management Support Team (MST) within the ICC also helps solve or address operational and work/life issues including taking calls from flight attendants for needed schedule changes. They handle calls for Sick (UPS), Managed Time Out (MTO), On the Job Injury (OJI), Jury Duty (JURY) and Emergency Leave of Absence (ELOA). Additionally, the Administrative Services Area manages all leaves such as FMLA (Family Medical Leave's), Short/Long Term Disability, Maternity, Military and Personal Leaves of Absence. Coordinators in IFS Administrative Services answer all leave of absence policy questions and assist Flight Attendants currently on leave with return to work procedures.

## Scheduling and Reporting Compliance

- In compliance with FAR 121.467, In-Flight Service adheres to all FAA Duty and Rest Requirements.

- In compliance with FAR 121.135, In-Flight Service maintains automated trip, training and schedule records of all flight attendants. Past date records for all domestic, flag (transoceanic), and supplemental (charter) operations are stored by Delta's Information Technology group in various automation systems, i.e. DBMS, Data Impact and the CMS data tables.

- The Vice President In-Flight Service Business Operations and/or their designee(s) are responsible for all record maintenance. Designees are the General/Regional Managers of IFS Scheduling.

- In-Flight Service also complies with Operations Specifications:
  - A003 – Airplane Authorization

## Recording of Telephone Conversations

- All telephone contact with the Scheduling Operation and Scheduling Support is recorded.
- When the call is made through the Automated Crew Scheduling telephone system, you will hear an advisory message. A signal beep will be heard during the conversation, indicating the call is being recorded.
  **NOTE:** Calls directed to Scheduling without using the VRU will not give an advisory message that the call is being taped.

## Requests For and Review of Research

- Written or verbal research requests must be submitted through an IFS Manager/Field Service Manager or a Regional Scheduling Manager or Duty Supervisor.
- The following information is required to initiate a search:
  - The flight attendant's name, employee number, and base; the date and time of call; and the person spoken with.
- Research requested should be as soon as possible, but no later than 90 days after the situation.

## Review of Research

- Research will be conducted by a Regional Scheduling Manager or Duty Supervisor. An IFS Field Service Manager or Regional Scheduling Manager / Duty Supervisor will contact the person making the request to resolve the issue.

## Tape Security

- The tape storage unit along with the Witness Recording System is located in a secured storage area within In Flight Service at the General Office in Atlanta, Georgia. Access to the storage area is limited to authorized management personnel.
- Recordings are archived for a minimum 90-day period.

## Section 1 - Legalities

1.A Overview of the Daily Operation 1
1.B Aircraft Staffing Requirements 2
1.C F.A.R. 121.467 Duty Limitations & Rest Requirements 4
1.D FAA Duty Time Limitations 5
1.E FAA Duty Limitations & Rest Requirements Chart 5
1.F FAA Rest – The 'Rolling' 24 in 7 Rest 6
1.G FAA Reduced Rest & Subsequent Rest 6
1.H FAA Duty Requirements & Non-Flying Company Business 8
1.I Compliance 9
1.J Reporting for Duty - General 10
1.K Reporting for Variable Staffing, Load Factor Pairings, and Through Flights 12
1.L Reporting for Duty – Out-of-Base Trips 12
1.M Delta Flight Category Descriptions 13
1.N Delta Duty Limitations – Important Definitions 14
1.O Delta Duty Time Limitations - General 15
1.P Delta Domestic & Intra-Theatre Duty Limits 16
1.Q Delta Transoceanic & International Duty Limits 17
1.R Delta Transoceanic Non-Stop >12 Flight Hour Duty Limits 18
1.S Ultra Long Range Flying (ULR) 19
1.T Quick Reference for Delta Duty Limitations and Flight Attendant Option-Off Points 21
1.U Duty Time for Co-Terminal Limos 22
1.W Domicile Rest Requirements – Domestic/International 23
1.X Layover Rest Requirements – Domestic/International 23
1.Y Layover Rest Requirements – Intra-Theatre 24
1.Z Domicile Rest Requirements - Transoceanic 25
1.Z.1 Layover Rest Requirements - Transoceanic 25
1.Z.2 Delta Rest Requirements 26
1.Z.3 Delta 24 in 7 27
1.Z.4 Rest Options 28
1.Z.5 FAR Bar (Federal Aviation Regulations) 31

## 1.A Overview of the Daily Operation

- The FAA Duty Time Limitations and Rest Requirements and the Delta Duty Time Limitations and Delta Rest Requirements are used in both the construction of scheduled pairings and for the rescheduling / rerouting of pairings.
- The Legalities for Duty & Rest section contains all applicable FAA and Delta duty and rest requirements. The two sets of rules run concurrently and are monitored by internal computer systems to maintain legality compliance.
- **Daily Operations** refers to the normal day-to-day running of Delta Air Lines inclusive of mechanical, weather, crew, or other causes of delays and cancellations resulting in rerouting of scheduled pairings.
- **Irregular Operations** is a general term used to refer to an incr-eased or large volume of daily disruptions to scheduled operation.
- **Critical Operations / Critical Staffing** occurs when the A-day staffing in a base is projected to be insufficient to cover the operation and the net staffing in the Trip Trade Balancer (TTB) is designated as POOR for that base.
- **Severe Operations** refers to an extraordinary circumstance which substantially affects the operation and causes cancellations or airport closures. The Sr. Vice President of In-Flight Service (or designee) will declare the situation for the system, or by base, and will describe the cause and expected durations.
- During the daily operation, irregular operations and severe operations, you have **Duty Limitation Work Rule Options** based on the legalities outlined in this section and illustrated in detail in Section 7 – Reroute and Duty Limitation Options.
- A flight commences once the aircraft pushes back from the gate. Should a delay arise on the taxiway, the aircraft will not return to the gate even if this delay projects your duty time to exceed your maximum duty period.
  **Example:** An ATL-MIA-ATL-BOG duty day is scheduled at 13:20, but due to a delay for the ATL-BOG portion is projected at a 15:45 duty day. With the aircraft door closed and the flight departed from the gate and on the taxiway, an additional delay projects the duty day at 16:05. The flight is considered in rotation and will not return to the gate. The flight attendants will complete the duty period scheduled at 13:20 and projected at 16:05.
- You have the ability to waive the Delta projected/actual limitations and continue your trip as originally scheduled or rescheduled. You must call Crew Tracking if you want to exercise an option. **You may not waive F.A.R. 121.467 scheduled limitations or requirements *(see Appendix A).***
  **NOTE:** For option parameters, see Sections 1.P, 1.Q, 1.R, and 7.L.

## 1.B Aircraft Staffing Requirements

- The number of flight attendant positions which are available for bid and the minimum number of qualified flight attendants required by the F.A.R. for each aircraft are outlined below. *(NOTE: All aircraft types fly domestic, Latin America, and Caribbean except as noted under an aircraft type.)*

| Aircraft Type | DL EQP Code | DL Bid Pos. | FAR MIN Crew | MAX # of Jump-seats | FAR Deplaning (a) / Through-flight / Intermediate Stop |
|---|---|---|---|---|---|
| DC9-50 | D95 | 3 | 3 | 4 | 1 |
| MD88 | M88 | 3 | 3 | 5 | 1 |
| MD90 | M90 | 4 | 4 | 5 | 1 |
| A319-100 | 319 | 3 | 3 | 4 | 1 |
| A320-200 | 320 | 3 | 3 | 5 | 1 |
| B717-200 | 717 | 3 | 3 | 4 | 1 |
| B737-700 | 73W | 3 | 3 | 4 | 1 |
| B737-800 | 738<br>73Y<br>73H | 4 | 4 | 5 | 2 |
| B737-900 | 739 | 4 | 4 | 5 | 2 |
| B757-200 | 757 | 4 | 4 | 5 | 2 |
| B757-200 | 75X | 4 | 4 | 5 | 2 |
| B757-200 | 75E<br>75V | 4 | 4 | 7 | 2 |
| B757-200 | 75N | 4 | 4 | 6/7 | 2 |
| B757-200 | 75A | 4 | 4 | 7 | 2 |
| B757-200<br>Transoceanic | 75A<br>75E | 5 | 4 | 7 | 2 |
| B757-300 | 753 | 5 | 5 | 8 | 2 |
| B767-300 | 76P<br>76Q | 6 | 6 | 8 | 3 |
| B767-300ER | 76U<br>76L<br>76T<br>76Z | 6 | 5 | 9 | 2 |
| B767-300ER<br>Transoceanic | 76U<br>76L<br>76T<br>76Z | 7 | 5 | 9 | 2 |
| B767-300ER-G | 76G | 6 | 5 | 10 | 2 |
| B767-300ER-G<br>Transoceanic | 76G | 7 | 5 | 10 | 2 |
| B767-400 | 76D | 7 | 7 | 10 | 3 |
| B767-400<br>Transoceanic | 76D | 8 | 7 | 10 | 3 |
| B767-400 | 76C | 7 | 7 | 9 | 3 |
| B767-400<br>Transoceanic | 76C | 8 | 7 | 9 | 3 |
| A330-200 | 332<br>3L2 | 6 | 6 | 11 | 3 |
| A330-200<br>Transoceanic | 332<br>3L2 | 8 | 6 | 11 | 3 |

| | | | | | |
|---|---|---|---|---|---|
| **Aircraft Type** | **DL EQP Code** | **DL Bid Pos.** | **FAR MIN Crew** | **MAX # of Jump-seats** | **FAR Deplaning** (a) **/ Through-flight / Intermediate Stop** |
| A330-300 | 333 3L3 | 7 | 6 | 12 | 3 |
| A330-300 Transoceanic | 333 3L3 | 8 | 6 | 12 | 3 |
| B777-200ER | 777 | 8 | 8 | 12 | 4 |
| B777-200ER Transoceanic | 777 | 10 | 8 | 12 | 4 |
| B777-200LR | 77B | 8 | 8 | 12 | 4 |
| B777-200LR Transoceanic | 77B | 10 | 8 | 12 | 4 |
| B747-400 | 744 | 9 | 9 | 22 | 4 |
| B747-400 Transoceanic | 744 | 12 | 9 | 22 | 4 |

**NOTE**: For all originating & terminating flights, and during boarding of through flights, the F.A.R. minimum staffing number of flight attendants is required to be on board.
(a) The far-right column indicates the FAA required minimum number of flight attendants that must remain on the aircraft with passengers during deplaning, intermediate stops, through flights and between flights as crews are changed. However, it is Delta's policy that ALL FAs remain on board until all passengers deplane unless they are performing a safety related duty. See OBM 5.8.10 for detail.
(b) Staffing may be further augmented due to scheduled duty time. See the OBM for further information.

**NOTE:** Refer to the base bid packets for all additional staffing information.

## 1.C F.A.R. 121.467 Duty Limitations & Rest Requirements

- When determining duty time limitations and rest requirements under F.A.R. 121.467, deadheading, co-terminal limo time, meetings and training are not considered part of duty nor do they qualify as rest.
- Generally, Delta's scheduled duty day maximums are shorter than the FAA duty day maximums and Delta's rest requirements are longer than the FAA rest requirements.

**Duty Example:** A Delta transoceanic 777 crew of 10 is scheduled to a maximum 16 hour duty day. The FAA duty maximum for a 777 crew of 10 is 18 hours (FAA minimum crew for a 777 is 8, plus 2 additional crew allows for an 18 hour scheduled duty day). *See chart next page.*

**Rest Example:** Delta minimum scheduled rest at home base following a domestic trip is 11 hours. The FAA minimum scheduled rest is 9 hours from release to report.

- Minimum rest requirements are **actual**, release to report, and must be received to break a scheduled duty period.
- If a duty period is scheduled or rescheduled within limitations but the actual duty period exceeds the limitations because of circumstances beyond Delta's control, the requirements for minimum rest remain the same.

**Example:** A minimum staffed crew is scheduled for a 12 hour duty period. An ATC delay extends the actual duty period to 14:20. Since the minimum staffed crew was delayed, but **not rescheduled** over 14 hours the minimum rest requirement remains 9 hours in domicile.

- Delta will attempt to avoid interrupting a flight attendant while on rest, but contact by the company does not interrupt the FAA rest period for legality purposes. However, a flight attendant is never required to contact or be available to the Company during an FAA minimum rest.

**Example:** A crew at layover has a report at 0600, with minimum layover rest ending at 0500. Crew Tracking contacts the crew at 0400 to advise of a reroute and later report at 0900. The call at 0400 does not interrupt the crew's legal rest period as the crew was not required to be available for contact. Additionally, this call does not constitute a "resetting of the clock" for rest purposes for the crew members who may have answered the call.

## 1.D FAA Duty Time Limitations

- Staffing for the entire duty period determines the maximum scheduled duty time. If flight segments during the duty period have varying staffing levels, the flight segment with the lowest staffing level determines the maximum duty period allowed.
- All FAA duty limitations apply to scheduled/rescheduled duty periods. *See Section 1.E for more information.*
- Delays, diversions/flagstops, equipment substitutions, stubouts and attempts are not considered scheduled or rescheduled for the purposes of Delta and FAR scheduled Duty Times (as referenced under 'SKD' on the FAR Bar at the bottom of a rotation). These circumstances allow for projected/actual times (see 'ACT' on the FAR Bar) to exceed the scheduled times up to the point where flight attendants are allowed to option off, as described on the Quick Reference Delta Duty Limitation and Flight Attendant Option Off Points chart in Section 1.

  **Example:** A duty period is scheduled at 12:15. Due to an aborted flight attempt and related delay, the new projected duty period is now 15 hours. The duty period is not considered rescheduled, even though Flight Control posts new times for planned departure of the delayed flight.

  **NOTE:** Staffing problems which cause a delay are considered within Delta's control, e.g. a variable staffer no-show which delays a flight and extends the remaining crew duty day beyond maximums.

## 1.E FAA Duty Limitations & Rest Requirements Chart

**NOTE:** Refer to Section 1.Z.2 for the Delta Rest Requirements.

For FAA purposes, scheduled and rescheduled duty periods are the same and must adhere to the duty and rest requirements below in the chart. The chart outlines the duty time limitations based on staffing and the actual rest requirements, which are based on the scheduled or rescheduled duty times.

| DUTY | STAFFING | REST | | |
|---|---|---|---|---|
| **Scheduled Duty Period** | **F/As Required on Each Flight** | **Minimum Rest After Scheduled Duty Period** | **Airline can reduce rest* to no less than** | **If rest is reduced, subsequent rest must be at least** |
| 14 hours or less | F.A.R. minimum staffing | 9 hours | 8 hours | 10 hours |
| 14:01 - 16:00 hours | F.A.R. minimum staffing +1 | 12 hours | 10 hours | 14 hours |
| 16:01 - 18:00 hours | F.A.R. minimum staffing +2 | 12 hours | 10 hours | 14 hours |
| 18:01 - 20:00 hours** | F.A.R. minimum staffing +3 | 12 hours | 10 hours | 14 hours |

* For FAA purposes, the actual rest can be reduced by scheduling, rescheduling or by operational delay.

** Applies only to duty periods with one or more flights that land or take off outside the 48 contiguous states and the District of Columbia. Only international and transoceanic flying can be scheduled between 18:01–20:00.

## 1.F FAA Rest – The 'Rolling' 24 in 7 Rest

- You must receive 24 hours rest within any 7 consecutive days. This must be on a 'rolling' basis, i.e. Monday to Sunday, Tuesday to Monday, etc. Each 7 day period must have an actual 24 hour rest.
  **NOTE:** For Delta rule purposes, the 24 hour rest cannot be ***scheduled*** to be on a layover ***and*** the last opportunity for such rest in any 7-day period. *See Section 1.Z.3 for more details.*

- Your 24 hour rest period can be in domicile or on a layover. The rest period can be delayed by deadheading, or operational delays due to circumstances beyond Delta's control. A 24 hour rest can also be delayed on day 7, 8, etc. if due to training, meetings, office assignments, and co-terminal limo time, however, a scheduled 24 hour rest must occur prior to your next duty period that contains a flight segment.
  **NOTE:** Jury duty or testifying in a criminal case on behalf of the prosecution is civic duty and considered the same as rest for purposes of the 24 in 7 rule. Testifying on behalf of Delta Air Lines does not qualify as rest.

- In bases with A-Day duty times other than midnight, the 24 hour rest can commence on day 7 following the end of the scheduled A-Day times.
  **Example:** A base has an A-Day duty time of 0100-0059. A flight attendant has three turnarounds with report-release of 0600-1700 followed by three A-Days with flying on each, and is scheduled for release at 0030 on day 7. The 24 hour rest can start on day 7 at release time and satisfies the FAA rest requirement.

- For A-Day flight attendants airport standby is considered by the FAA as duty the same as a trip assignment for the calculation of the 24 hour rest requirement.

- RRST is placed on a schedule by Scheduling indicating that an FAA mandated 24 hour rest period must occur. This rest must be free of all duty, including training and meetings, etc. from release of duty to report for your next assignment.
  **NOTE:** You can not waive this rest requirement.

## 1.G FAA Reduced Rest & Subsequent Rest

- If you fall below 9 hours rest following a duty period scheduled for 14 hours or less, your next or subsequent rest must be at least 10 hours.

- If you fall below 12 hours rest following a duty period scheduled for greater than 14 hours your next or subsequent rest must be at least 14 hours.

*See FAA Duty & Rest Chart on the preceding page.*

**Legal Example**: In the trip below, due to a 30 minute delay in departing ATL, the layover rest in SFO is reduced to below 9 hours. The sub-sequent rest following the second duty period must be scheduled no less than 10 hours to satisfy the FAA subsequent rest rule.

```
  DAY  FLT   DEPARTS   ARRIVES    BLK   M/U    TURN
    1   1080 ATL 2140  SFO  0005  6.25

FAR ACT/SKD/MAX  8.10 / 7.40 / 14.00   ACT/SKD/MAX 8.10 / 7.40 / 14.00
       SFO      8.45 / HOL INN ARPT          (reduced rest of 8:45)

    2     543  SFO 1005  ATL 1727  4.22            1:00
          123  ATL 1827  LGA 2055  2.28

FAR ACT/SKD/MAX   9.12 / 9.12 / 14.00 ACT/SKD/MAX 9.12 / 9.12 / 14.00
     LGA     11.00 / COUNTRY INN              (subsequent rest must
    3     456  LGA 0910  ATL 1145  2.35          be 10 hrs or more)

FAR ACT/SKD/MAX   3.50 / 3.50 / 14.00 ACT/SKD/MAX 3.50 / 3.50 / 14.00

TOTALS  15.50      15.50BL   0.00CR                          TAFB 39.35
```

**Illegal Example**: In the trip below, due to a 16 minute delay in departing ATL, the layover rest in LAX is reduced to below 9 hours. The sub-sequent rest following the second duty period must be no less than 10 hours to satisfy the FAA subsequent rest rule. Since the rest is not 10 hours or more, Crew Tracking would receive an automated alert and would take action to either reroute the crew or delay the outbound flight to ensure FAA compliance.

```
  DAY  FLT  DEPARTS  ARRIVES    BLK    M/U    TURN
    8    922 ATL 2201  LAX  0001  6.00

FAR ACT/SKD/MAX  7.40 / 7.40 / 14.00   ACT/SKD/MAX 7.40 / 7.40 / 14.00
       LAX      8.59 / HOL INN ARPT          (reduced rest of 8:59)

    9    333  LAX 1015  ATL 1727  4.12            1:00
         678  ATL 1827  MIA 2055  2.28

FAR ACT/SKD/MAX   9.02 / 9.02 / 14.00 ACT/SKD/MAX 9.02 / 9.02 / 14.00
     MIA      9.15 / HILTON ARPT       (subsequent rest is SKD <10 hrs*)
   10    223  MIA 0725  ATL 1000  2.35

FAR ACT/SKD/MAX   3.50 / 3.50 / 14.00 ACT/SKD/MAX 3.50 / 3.50 / 14.00

TOTALS  15.25TL   15.25TL   0.00CR                          TAFB 37.14
```

***With the reduced rest in LAX, Crew Tracking would have to correct the illegal MIA layover with 1) a rerouted itinerary on B-day to a legal layover/rest, or 2) delay the MIA outbound flight on C-day.**

- As seen in the previous examples, subsequent rest can be required within a trip. Additionally, if the reduced rest occurred on the final layover of a rotation, subsequent rest is required in domicile before the next trip.

- Any duty period scheduled greater than 14 hours with a minimum 12 hour FAA rest which is then reduced to between 10:00 to 11:59, may not be followed by another duty period scheduled greater than 14 hours.

- When subsequent rest is required, it must be scheduled to begin no later than 24 hours from the beginning of the previous reduced rest. The rest must occur between the completion of the duty period that follows the reduced rest and the commencement of the next duty period.
  **Example:** If a reduced rest begins at 2200 on Monday, the following duty period must be completed in time to allow for the subsequent rest to begin no later than 2200 on Tuesday.

## 1.H FAA DUTY REQUIREMENTS & NON-FLYING COMPANY BUSINESS

- Any paid non-flying company business is not considered duty or rest by the FAA. However, if a flight attendant performs any such work without a minimum scheduled rest prior to flight duty, it is considered duty for all FAA purposes.

- Any paid non-flying company business immediately following flight duty is not considered continuing duty for FAA purposes, however a flight attendant must receive the minimum scheduled Delta rest prior to the next scheduled flight duty.

- The above requirements also apply to management personnel who are flight attendant-qualified and combine normal office duty with flight duty (e.g. volunteering to fly in a severe operation).
  **Example:** A field leader is scheduled to work in the office from 0900-1700. Due to a no-show, the field leader volunteers to work a turnaround with a scheduled duty day from 1300-2200. The office time from 0900-1300 must be considered as part of the duty day. The combined duty day length from 0900-2200 is scheduled at 13 hours, under the required 14 hour duty day limit for a minimum staffed flight/crew, and is legal for the field leader to work.

## 1.1 Compliance

- All flight attendants working under Delta's operating certificate must comply with F.A.R. 121.467. *The complete document regarding F.A.R. 121.467 can be found in Appendix A and on the Federal Aviation Administration website at www.faa.gov.*

- If you become aware of an actual or a potential violation, you must immediately contact Scheduling, Crew Tracking, or the IFS OCC Manager who will take appropriate action to resolve the situation.

- Delta's computer systems (OSS and DBMS) track all potential violations and are alerted in time to take preventative action.

- Before volunteering for additional flying, flight attendants must check with Scheduling to verify that they are legal.

- Delta is solely responsible for compliance to F.A.R. 121.467. You are not liable for violations; however you can never waive any of the scheduled or rescheduled FAA duty limitations or actual rest requirements. To do so would subject you to Performance Development.

## 1.J Reporting for Duty – General

- Generally, prior to sign-in time, any changes to a trip are handled by IFS Scheduling and after sign-in time any changes to a trip becomes the responsibility of Crew Tracking.

**Prior to Your Trip**

- Prior to each trip and before leaving for the airport, you should check your schedule and your report time as it may have changed.

1. **Notification of Reroutes & Delays** – If reroutes or delays change the report time, Scheduling will contact you using your primary contact preferences as noted in the Crew Notification (CNO) system.
   - All notification of report time changes made 2 hours or more prior to the original report time will be adjusted to the new later report time.
   - If notification of report time change is received less than 2 hours prior to the original report, Scheduling will contact you to advise you of the change. If advised, at your option Scheduling will update your rotation to the later report. If not advised the original report time will be left in place.

2. **Replacement Flying -** will not require you to report any earlier than your originally scheduled report time.

3. **Transition Replacement Trips** - can be scheduled to report up to 30 minutes earlier than originally scheduled. No call from Scheduling will be made.

4. **Marketing Changes** – can cause flights to be scheduled to report up to 15 minutes earlier than originally scheduled. No call from Scheduling will be made.

- You are responsible for checking the broadcast screen, your schedule and pairing prior to each assignment. The IFS portal and your email can also contain pertinent information.

- A-Day holders should regularly check their schedules through iCrew or the VRU*. If an assignment is posted to your schedule prior to 2000 local base time the evening before an A-Day, Scheduling will not call; if after 2000 Scheduling will call to advise of the assignment.
  ***NOTE:** If RRST (required rest) is on your schedule select the 'range of day' option.

- Tripholders on availability for pay protection (AVL) must check their schedules after 2000 local base time prior to each day they are on AVL for any alternate assignment. No call from Scheduling will be made for these assignments. If Scheduling assigns you a trip after 2000, you will be contacted via your Crew Notification preferences.

**Mid-Rotation / Mid-Duty Period Contact**

- During sit-times you must remain at the airport for possible contact from Crew Tracking. Flight attendants must be contactable at all times in the event of changes in flight times or routing.

**Pairing Dates for Midnight Departures**

- A pairing is dated by the scheduled departure time of the first flight segment. For example, a pairing that reports at 2310 on the 14th for a 0010 departure on the 15th, is dated the 15th.

**Passports & Visas**

- When reporting for duty you must have a valid passport, applicable visas, and your Delta ID card. Additionally, you are encouraged to carry the FAA Flight Attendant Certificate of Demonstrated Proficiency (see the OBM 5.3.1 for more detailed information).

- Failure to have a valid passport and applicable visas when reporting for any duty period including standby will necessitate your removal from the trip and can subject you to Performance Development.

- The bottom 50% of A-Day holders in each base will be required to obtain all necessary visas applicable to their base. *Reference A-Day Section 5.A.*

- When renewing your passport in a base with international or transoceanic flying, or if the passport must be sent away to obtain a visa, you must first swap your international or transoceanic trips for domestic trips. Upon doing so, contact Scheduling to temporarily remove your passport information. Once your passport is returned contact Scheduling to update the renewed passport or visa information.

- If you are a US resident alien, you are required to carry a valid Alien Registration Card in addition to a passport and applicable visa(s) on all trips.

**Trip Refusal**

- Once you have an assignment by bid, pick-up, swap, alternate assignment when on pay protection availability, escalation (incl. involuntary), move-up, award / assignment as an A-Day, or drafting, refusing the assignment could result in performance development up to and including termination of employment.

- Refusal to accept an assignment as directed by a representative of the company including a segment which, following appropriate measures has been deemed safe by the company (i.e. sabotage threat, mechanical incident, etc.) will result in removal from flight status.

## 1.K Reporting for Variable Staffing, Load Factor Pairings, and Through-Flights

- On through flights, all flight attendants assigned to such flights must be at the gate when the aircraft arrives and board the flight as soon as the in-bound crew has deplaned.

- Variable Staffer (VS) pairings and Load Factor (LF) pairings must adhere to all the same stipulations as regular crew members when reporting for duty.

- Variable Staffers / Load Factors should attend the initial crew briefing whenever possible; otherwise you should report to the aircraft.

## 1.L Reporting for Duty - Out-of-Base Trips

- If you are reporting for an out-of-base pick-up (including transoceanic military charter pick-ups and move-ups), you are responsible for your own transportation to the base or location where the trip originates.

- Scheduled report and release time of the out-of-base trip will be used to calculate minimum scheduled rest requirements between any adjacent trips on the schedule.

- Any out-of-base trips that layover in your actual domicile, whether scheduled or by reroute, will adhere to the scheduled layover rest requirements not domicile rest requirements.

   **Example A:**  A NYC based flight attendant picks up an out-of-base ATL trip with a minimum 9:15 scheduled layover in JFK.  This is not considered a 'domicile rest' (normally 11 hours), and is a legal scheduled minimum layover rest.

   **Example B:**  A CVG based flight attendant picks up an out-of-base 2-day ATL trip with a layover in MIA.  The trip is rerouted to layover in CVG and due to delays has a minimum 8:30 rest period.  This is not considered a 'domicile rest' (normally 11 hours), and is a legal rerouted layover rest.

## 1.M Delta Flight Category Descriptions

Domestic and international trips, as defined in the table below, adhere to Delta domestic rules for **rest** purposes. However, these same international trips use the expanded **duty** parameters of the transoceanic category.

| Flying Category | Definition | Maximum Scheduled Duty Period |
|---|---|---|
| **Domestic** | Between points in the 48 contiguous United States. | **14 Hours** |
| **International** | Between points in the 48 contiguous United States to/from points in Alaska, Bermuda, Canada, the Caribbean, Central/South America*, Hawaii*, and Mexico. | **16 Hours** |
| | **NOTE:** 1) Any duty period which includes both international and domestic working segments is considered domestic for all rule purposes. 2) International working segments combined with domestic deadhead segments maintains the international duty period status for rules. | |
| **Intra-Theatre** | Between airports located outside the 48 contiguous United States. | **14 Hours** |
| **Transoceanic** | Between any Atlantic/Pacific gate-way city (incl. Hawaii) and cities in Asia, Africa, Australia, Europe, and the Middle East, plus any domestic segments. | **16 Hours**** |
| **Non-Stop Flight Segments >12 Flight Hours** | Between any Atlantic/Pacific gate-way city and cities in Asia, Africa, Australia, Europe, and the Middle East and exceeds 12 flight hours | **Up to 20 hours; must be in accordance with FAA minimum staffing** |
| **Ultra Long Range** | A pairing that contains one or more flight segments that exceed 16 flight hours. | |

* Certain South American and long range Hawaiian destinations qualify as transoceanic pairings for legality purposes. *See the Glossary, Transoceanic Flying.*

** Exceptions are non-stop flight segments scheduled over 12 block hours (e.g. ATL-NRT, DTW-PVG, TLV-JFK, etc.).

## 1.N Delta Duty Limitations – Important Definitions

Scheduled and rescheduled / rerouted trips must adhere to all Delta duty limits and rest requirements. At times, these parameters are exceeded due to delays, diversions equipment changes, stubouts or attempts and are not considered illegal by either the FAA or Delta.
**NOTE:** All In-Flight Service personnel should know the differences between scheduled, rescheduled/rerouted, delayed, projected, and actual.

The following are definitions for these common terms:

A. **Attempt** - A flight that returns to its takeoff point. It can be due to a mechanical issue or for other reasons. The plane pushes back and may or may not have taken off.

B. **Diversion** - Unscheduled landing at an airport other than the original destination due to situations occurring once enroute such as weather, maintenance, medical emergency, need for fuel, etc.

C. **Equipment Substitution** - When one aircraft is substituted for another for mechanical reasons, or for Marketing advance planning in relation to passenger load requirements.

D. **F.A.R. 121.467** - Federal Aviation Regulation 121.467 contains the FAA rules for flight attendants regarding duty period limits and required rest periods based on staffing levels. There are no block time limitations for flight attendants in FAR 121.467. The FAA also does not distinguish between scheduled and rescheduled/ rerouted, or between domestic & international/transoceanic flying.

E. **Projected / Actual** - Flights are often re-timed by Flight Control due to delays and changing conditions. These new 'scheduled' times are used to calculate the projected duty period and reflect the actual times of completed segments plus the planned times of legs yet to be flown. Both projected and actual flight times result in variances that can exceed the scheduled block or scheduled duty period times.

F. **Rescheduled / Rerouted** - a change in routing, flight itinerary, flight number (except stubouts), or cancellations that result in different flight segment(s) than originally scheduled.
**NOTE:** Delays, diversions, equipment changes, stubouts and attempts of a flight do not constitute a reschedule or reroute.

G. **Scheduled** - applies to flight time and duty time as published.

## 1.O Delta Duty Time Limitations - General

- For purposes of rescheduling duty periods, the duty and flight time calculations are based on the actual flight time for completed segments, the projected flight time for segments on delay or in progress, and the scheduled times (re-timed if necessary) for segments not yet flown.
- You are considered on duty beginning at scheduled or actual report time (whichever is later) until released for a minimum rest period.
- Duty periods that end in a working segment include 15 minutes passenger deplaning time.
- Although F.A.R. 121.467 does not consider deadheading or co-terminal limo time as duty or rest, Delta does consider you on duty when deadheading for company scheduling purposes and when traveling on company-provided co-terminal limo transportation.
- A delayed flight may cause a legally scheduled duty period to exceed the duty period maximum, but the duty period maintains its scheduled and legal status for all FAA and Delta rule purposes. **Example:** A duty period with minimum staffing is scheduled for 12 hours, but due to a 3 hour delay prior to the last scheduled flight is now projected at 15 hours. Though the delayed flight is causing the duty period to exceed the 14 hour scheduled duty maximum, this remains a legal duty period for all FAA and Delta rule purposes.
- Airport standby time is considered duty time and subsequent flight assignments must adhere to Delta and F.A.R. scheduled duty time maximums inclusive of that standby time.
- No stand-alone training period such as Continuing Qualification will be scheduled to exceed 14 hours total duty time (including PSY travel to and from CQ). You can however, at your request, waive this to attend training in one day.
- The FAA does not consider meetings or training as duty. However, any meeting/training scheduled prior to a flight assignment must adhere to all FAR and Delta duty period limitations and rest requirements. *For more information, see Section 4.S, Other Training and Meetings Adjacent to Duty.*

## 1.P Delta Domestic & Intra-Theatre Duty Limits

### Scheduled & Rescheduled Maximums

- The maximum you will be **scheduled** on duty is 14 hours.
- The maximum you will be **rescheduled** to be on duty is 16 hours as long as the duty period is staffed with one or more flight attendants above minimum staffing for the aircraft type. *See Section 1.E for scheduled duty limitations & staffing requirements.*
- With minimum aircraft staffing a **rescheduled** duty period cannot exceed 14 hours. However, deadhead flights (or co-terminal limo time) at the beginning or end of a duty period allow for a re-schedule to 16 hours, as long as the working segments including report and debrief time do not exceed 14 hours.
- Delays, diversions, attempts, equipment changes and stubouts do not constitute a reschedule or a reroute of a flight. However, if a flight makes an unplanned stop for revenue purposes to load or unload passengers or cargo, it will be subject to the above scheduled duty maximums.
- Domestic segments mixed with working international segments such as SJU, MEX, etc. are governed by domestic duty time rules.

### Projected or Actual Maximums

- When delays occur, you are not required by Delta to remain on duty over 16 hours.
- If due to delay, the next flight segment to be flown causes the projected duty time to exceed 16 hours, you have the option to be released from that flight segment, prior to departure, by contacting Crew Tracking. **It is within the sole discretion of each individual flight attendant to decide in any given situation whether they will remain on duty beyond 16 hours.** However, you can volunteer to remain on duty to complete the flight segment/duty period with approval from the IFS OCC Manager. Contact the IFS OCC Manager at 1-800-233-4638.
**NOTE:** Once released from a flight segment, you are still subject to being rerouted to other flight segments within rescheduled duty time limitations.

  **Example:** A flight attendant is scheduled to work an ATL-SFO-ATL turn. Prior to departure out of ATL, the SFO-ATL segment is showing delayed and the duty period is projected to exceed 16 hours. All flight attendants must fly the ATL-SFO portion. However, once they arrive in SFO AND if the duty period is still projected over 16 hours, each individual flight attendant can exercise an option not to continue as scheduled.

## 1.Q Delta Transoceanic & International Duty Limits

**Scheduled & Rescheduled Maximums**

- The maximum you will be **scheduled or rescheduled** on duty is 16 hours, as long as there is minimum +1 crew staffing for the entire duty period. *See Section 1.E for scheduled and rescheduled duty limitations and staffing requirements.*
- With minimum aircraft staffing, if a deadhead flight begins or ends the duty period, the maximum **scheduled or rescheduled** duty period is 16 hours as long as the working segments including the report-debrief time does not exceed 14 hours.
- Delays, diversions, attempts, equipment changes and stubouts do not constitute a reschedule or reroute of a flight. However, if a flight makes an unplanned stop for revenue purposes to load or unload passengers or cargo, it will be subject to the above scheduled duty maximums.
- International segments such as SJU, MEX, etc. mixed with working domestic segments are governed by the domestic duty time rules. However, international segments mixed with a domestic deadhead segments maintain the international duty period status.

**Projected or Actual Maximums**

- When delays occur that extend your scheduled duty period the following will apply:
  - For duty periods scheduled 14 hours or less, you are not required by Delta to remain on duty over 16 hours.
  - For duty periods scheduled between 14:01 and 16:00 hours*, you are not required to remain on duty more than the scheduled duty period plus 2 hours (does not include Non-Stop >12 Flight Hour pairings and Ultra Long Range pairings). **See 5.L. for A-Day details.*
  - For Non-stop >12 Flight Hour pairings and Ultra Long Range pairings, you are not required to remain on duty more than the scheduled duty period plus 3 hours. *See Sections 1.R and 1.S.*
- If due to delay, the next flight segment will cause the projected duty time to exceed the applicable duty maximum, you have the option to be released from that flight segment prior to departure. Contact Crew Tracking to exercise an option. Those crewmembers will be either rescheduled legally under the limit, or released to Scheduling.
  **NOTE: It is within the sole discretion of each individual flight attendant to decide in any given situation whether they will remain on duty beyond the applicable option off point.**
- For duty periods scheduled for 14 hours or less, if the duty period is projected to exceed 17 hours you can only continue with the approval of the IFS OCC Manager (Contact 1-800-233-4638.)

## 1.R Delta Transoceanic Non-Stop >12 Flight Hour Duty Limits

**Scheduled & Rescheduled Maximums**

- For Delta rule purposes, all non-stop flight segments over 12 flight hours can operate with a **scheduled or rescheduled** duty period in excess of 16 hours and up to 20 hours if in accordance with FAA staffing requirements as follows:

  - the FAA minimum crew +1 scheduled duty maximum is 16 hours
  - the FAA minimum crew +2 scheduled duty maximum is 18 hours
  - the FAA minimum crew +3 scheduled duty maximum is 20 hours

- Delays, diversions, attempts, equipment changes and stubouts do not constitute a reschedule or reroute of a flight. However, if a flight makes an unplanned stop for revenue purposes to load or unload passengers or cargo, it will be subject to the above scheduled duty maximums.

**Projected or Actual Maximums**

- The projected or actual maximum duty period allowable is the scheduled duty period plus 3 additional hours.

  **Example:** A NRT trip has a scheduled duty period of 16:05. The projected maximum duty allowable is 19:05. The crew (or an individual flight attendant) can exercise an option to be removed from the trip when it is projected at 19:06 or higher.

- If the projected duty time of a delayed flight exceeds the actual maximum duty allowed, the crew will be:
  - rescheduled legally under the limit, or
  - released from duty, or
  - crew members can ***volunteer**** to remain on duty with approval from a designated member of IFS management. Contact the IFS OCC Manager at 1-800-233-4638.

  ***NOTE: It is within the sole discretion of each individual flight attendant to decide in any given situation whether they will remain on duty beyond the scheduled or rescheduled duty time plus 3 hours.**

- If the flight makes a stop for operational reasons, even if planned prior to departure, it will maintain its non-stop over-12-block-hour status for the duty period. This would occur for a flagstop or diversion for fuel. The maximum projected or actual duty period remains the original scheduled duty period plus 3 additional hours.

## 1.S Ultra Long Range Flying (ULR)

Ultra long range flying is defined as any trip with one or more flights scheduled to exceed 16 consecutive flight hours*. These trips must adhere to unique rest rules defined by Delta in the Fatigue Risk Management System, adopted by both Flight Operations and In-Flight Service.

***NOTE:** Due to variable wind and flight path patterns an ultra long range flight segment can be scheduled for 16 flight hours or less during certain seasons and months of the year. Such pairings will still be administered under the Ultra Long Range flying and rest rules for both flight attendants and pilots if the flights operate scheduled over 16 hours more than 10% of the year.

- Prior to flying an Ultra Long Range (ULR) pairing, trip holder flight attendants must have a 24 hour scheduled rest prior to report. Minimum actual rest prior to report is 18 hrs. Layover rest for all flight attendants is a scheduled/rescheduled minimum 24 hrs with a minimum actual rest of 20 hours if due to operational delays.
- The rest following an Ultra Long Range pairing for all flight attendants must be either:
  - -54 hours scheduled rest prior to any flying that operates outside of 3 time zones of the terminating city of the ULR pairing. The minimum actual rest is 48 hours.
  - -30 hours scheduled rest prior to any flying that operates within 3 time zones of the terminating city of the ULR pairing. The minimum actual rest is 24 hours.
- If a ULR segment cancels after report, either in-base or at layover, the scheduled crew must have a minimum 10 hour rest, release to report, before departing on a rescheduled (extra section) ULR segment. In these instances, hotels will be provided by the Company. If, when the crew reports again, a second cancellation occurs in the same city, either domestic or foreign, then an additional 24 hour rest is required before flying another rescheduled ULR segment.
- For flight delays of ULR segments, a new/later report time can be used if notification to the crew is prior to 6 hours before the initial scheduled report time. If the notification is received less than 6 hours to the original report time, the flight must take off no later than 4 hours after the initial scheduled departure time. Any deadhead time within the same duty period as a ULR segment counts as duty time for Delta rule purposes.
- The <u>projected</u> maximum duty period is the scheduled duty period <u>plus 3 hours</u>. The crew can only volunteer to remain on duty over that with the approval of the IFS OCC Manager (1-800-233-4638). ***NOTE: It is within the sole discretion of each individual flight attendant to decide in any given situation whether they will remain on duty beyond the scheduled or rescheduled duty time plus 3 hours**.

- If a reroute removes the ULR segment(s) from a pairing, then the post-trip rest requirements (54/48 or 30/24) are no longer required and default to the appropriate Delta and FAR 121.467 rest requirements.
  **NOTE:** The ULR segment(s) that normally fly over 16 block hours and are reduced seasonally to 16 hours or less are still considered the ULR segment for this rule purpose.
- When an ultra long range pairing is rescheduled or rerouted, the minimum layover rest remains 24 hours with an actual minimum of 20 hours if due to delay or late arrival.
- Prior to flying an Ultra Long Range (ULR) pairing, a flight attendant on an access day will receive 24 hours scheduled free from all duty (on-call time does not constitute duty).
  **NOTE:** When pre-assigned a ULR trip or ULR standby (the calendar day before the standby) the flight attendant is automatically released from the remaining portion of the A-Day until report time.
- All flight attendants must have 30 hours scheduled rest or 24 hours actual rest following a ULR trip and prior to any training event, meeting or scheduled office duty within 3 time zones of the terminating city of the ULR pairing.
  **NOTE:** Rest prior to training, meetings, etc. is not an FAA rule.

**At A Glance ULR Rest Chart**

| | Scheduled Rest | Actual Rest |
|---|---|---|
| Before the ULR trip* | **24** hours | **18** hours (actual & rescheduled) |
| Layover Rest | **24** hours (SKD & ReSKD) | **20** hours |
| Following the ULR trip and prior to any flying that operates outside of 3 time zones of the terminating city of the ULR trip | **54** hours | **48** hours (actual & rescheduled) |
| Following the ULR trip to any domestic / international flying within 3 time zones of the terminating city of the ULR trip (in either direction, east or west) | **30** hours | **24** hours (actual & rescheduled) |
| Following the ULR trip to any training, scheduled office duty, etc., within 3 time zones of the terminating city of the ULR trip. | **30** hours | **24** hours (actual & rescheduled) |

*24 hours free of all duty for Access Day holders is required.

**NOTE:** Rest following transoceanic exception trips to South America is 30 hours scheduled. These trips are within 3 time zones of Delta bases that fly ULR trips.
**NOTE:** Rest following Intra-Theatre segments embedded in a ULR pairing will adhere to Intra-Theatre rest rules unless a layover rest precedes a ULR flight segment. Layover rest preceding a ULR segment requires 24 hours scheduled.

## 1.T Quick Reference for Delta Duty Limitations and Flight Attendant Option-Off Points

- For quick reference, the below chart details commonly used scheduled and rescheduled limitations, and the crew 'option-off' points, according to each trip type. These are Delta duty limitations and do not necessarily coincide with FAA limitations, however they are always within the FAA duty limitations.

**Delta Duty Limitations Chart**

| Trip Type and Staffing ↓ | Scheduled | Rescheduled / Rerouted | Rerouted with 1st or last leg a Deadhead | F/A Option Off Point |
|---|---|---|---|---|
| **Domestic & Intra-Theatre minimum staffed** | 14 hours | 14 hours | 16 hours if the working portion is 14 hours or less | **>16:00** |
| **Domestic & Intra-Theatre minimum staffed +1** | 14 hours | 16 hours | 16 hours | **>16:00** |
| **International & Transoceanic** | If scheduled 14 hours or Less | 16 hours* | 16 hours | **>16:00** |
| **International & Transoceanic** | If scheduled 14:01 to 16 hours | 16 hours* | 16 hours | **Delta scheduled plus > 2 hours** |
| **Transoceanic Non-Stop Segments >12 Block hrs, Ultra Long Range & Military Charters** | Up to 20 hours / as scheduled by Delta* | Rescheduled maximum duty not to exceed 20 hours* | Rescheduled maximum duty not to exceed 20 hours* | **Delta scheduled plus > 3 hours**** |

***NOTE:** Must be in accordance with FAA minimum staffing requirements.
****NOTE:** See Section 4.G regarding optioning off a Military Charter.

## 1.U Duty Time for Co-Terminal Limos

- Although F.A.R. 121.467 does not consider co-terminal limo time as either duty or rest, Delta does consider Company-provided co-terminal limo time as duty time for flight attendants.
  **NOTE:** In a reroute, co-terminal limo time into day 7 can delay the start of a needed 24 hour rest in any 7 day period.

- When a duty period begins with a scheduled limo, the duty time begins at the report time specified in the published bid packet, or present in a rerouted pairing or origination.

- When a duty period ends with a limo, either at a layover or in domicile, the duty time is extended from release of the last flight as indicated below, in either direction. These times are in addition to the normal 15 minute debrief time.

| | | | |
|---|---|---|---|
| FLL-MIA | :45 | OAK-SJC | 1:30 |
| EWR-JFK | 1:20 | DCA-IAD | :45 |
| LGA-JFK | :45 | LGW-LHR | 2:00 |
| LGA-EWR | 1:20 | LAX-LGB | 1:00 |
| IAH-HOU | :45 | SEA-BFI | :30 |
| MDW-ORD | 1:10 | DAL-DFW | :25 |
| LAX-ONT | 1:30 | BUR-LGB | 1:30 |
| LAX-SNA | 1:30 | ONT-LGB | 2:00 |
| ONT-SNA | 1:15 | KIX-ITM | 1:15 |
| LAX-BUR | 1:15 | | |
| SNA-BUR | 2:00 | | |
| ONT-BUR | 2:00 | | |
| SFO-SJC | 1:00 | | |
| SFO-OAK | 1:00 | | |

- No domestic duty period will be scheduled to exceed 14 hours total duty time, including scheduled limo time. No international duty period will be scheduled to exceed 16 hours (with appropriate FAA minimum staffing) total duty time including scheduled limo time.

## 1.V Duty Time for Charters

- All charters are constructed according to Delta's duty period guide-lines, e.g. within domestic, international, and transoceanic duty limits. At times, exceptions can be made by IFS Management as long as they are within all FAA mandated guidelines.

- All military charters, including CRAF (Civil Reserve Air Fleet) char-ters are constructed in accordance with FAA regulations, allowing for greater duty period lengths determined by augmented staffing requirements. *See the FAA duty and rest chart-Section 1.E.*

## 1.W Domicile Rest Requirements - Domestic/International

**Rest Following Duty Periods Scheduled 14 Hours or Less**

- The minimum **scheduled** rest in domicile is 11 hours release to report following a duty period scheduled at 14 hours or less.
- The minimum **actual** rest in domicile is 9 hours release to report following a scheduled or rescheduled duty period at 14 hours or less. If your actual rest falls below 9 hours release to report you will be removed from the next assignment.

**Rest Following Duty Periods Scheduled >14 Hours**

- The minimum **scheduled** rest in domicile is 14 hours release to report following a duty period scheduled greater than 14 hours (includes duty periods that are scheduled greater than 14 hours which fall below an actual 14 hours).
- The minimum **actual** rest in domicile is 12 hours release to report following a scheduled or rescheduled duty period greater-than 14 hours (includes duty periods beginning or ending with deadhead time for all Delta rule purposes). If your actual rest falls below 12 hours release to report you will be removed from the next assignment

## 1.X Layover Rest Requirements - Domestic/International

**Rest Following Duty Periods Scheduled 14 Hours or Less**

- The minimum **scheduled or rescheduled** layover rest is 9:15 release to report following a duty period scheduled or rescheduled at 14 hours or less.
- If delayed, the minimum **actual** layover rest is 8:30 from release to report following a duty period scheduled at 14 hours or less.
- If due to a delay the actual layover is less than 8:30, release to report, Crew Tracking can authorize a late report of up to 30 minutes to meet the 8:30 actual minimum rest. Crew Tracking will advise the crew of the new report time. The new report time is at the airport.
  **NOTE:** If the scheduled crew transportation cannot be changed to allow for a 30 minute late report, you can pay for a taxi cab and submit your expenses and receipt via the DEERS reimbursement system to your Field Service Manager.
- Due to a delayed arrival at the hotel, a crew can also request from Crew Tracking to receive a minimum 8 hours 'behind the door' rest period. *See complete details later in this Section 1.Z.4.*
- Local crew transportation to or from the airport is considered part of the scheduled and actual rest requirements.

**Rest Following Duty Periods Scheduled >14 Hours**

- The minimum **scheduled or rescheduled** layover rest is 12 hours release to report following a duty period scheduled or rescheduled over 14 hours.
  **NOTE:** For purposes of reschedule / reroute this includes duty periods beginning or ending with deadhead time for all Delta rule purposes.

- If delayed, the minimum **actual** rest at a layover is 10 hours release to report following a duty period scheduled over 14 hours.

- If due to a delay the actual layover is less than 10 hours release to report, Crew Tracking can authorize a late report of up to 30 minutes to meet the 10 hours actual minimum rest. Crew Tracking will advise the crew of the new report time. The new report time is at the airport.
  **NOTE:** If the scheduled crew transportation cannot be changed to allow for a 30 minute late report, you can pay for a taxi cab and submit your expenses and receipt via the DEERS reimbursement system to your Field Service Manager.

- Local crew transportation to or from the airport is considered part of the scheduled and actual rest requirements.

## 1.Y Layover Rest Requirements – Intra-Theatre

**Rest Following Duty Periods Scheduled 14 Hours or Less**

- Following an intra-theatre duty period scheduled for 8 hours or less block/flight time, the minimum **scheduled** or **rescheduled** layover rest is 9:15 release to report. If delayed, the minimum **actual** layover rest is 8:30 from release to report.
  **Exception:** Prior to a transoceanic flight segment, the minimum scheduled and re-scheduled rest is 13 hours, or 11 hours actual rest if due to delay.

- Due to a delayed arrival at the hotel, a crew can also request from Crew Tracking to receive a minimum 8 hours 'behind the door' rest period. *See complete details later in this Section 1.Z.4.*

- Following an intra-theatre duty period scheduled to exceed 8 hours block/flight time, the minimum **scheduled** or **rescheduled** layover rest is 13:00 release to report. If delayed, the minimum **actual** rest at layover is 11 hours release to report.

**Rest Following Duty Periods Scheduled >14 Hours**

- For all intra-theatre flight segments, the minimum **scheduled** or **rescheduled** rest at layover is 18 hours release to report. The minimum **actual** rest at layover is 14 hours release to report.
  *See Section 1.E, the FAA Duty & Rest Chart for more information on FAA rest requirements for duty periods over 14 hours.*

## 1.Z Domicile Rest Requirements –Transoceanic

**Tripholder**

- The minimum **scheduled** rest in domicile following a transoceanic trip is 24 hours from release to report of the next assignment.
  **NOTE:** In PBS bidding, you may waive the 24 hour rest. See Section 4.H.

- If you pick-up or swap for a trip or A-Day(s) that follows a trans-oceanic trip, such trip placement, is considered a **waiver of the scheduled 24 hour rest** when it drops the rest below 24 hours. Following a transoceanic trip, if the last duty period of the trans-oceanic trip is scheduled at 14 hours or less, the waiver reduces the minimum scheduled rest to 11 hours release to report. If such duty period is scheduled greater than 14 hours the waiver reduces the minimum scheduled rest to 14 hours release to report.
  **NOTE:** Waivers are negated if it is the only 24 hours in 7 days rest.

- The minimum Delta **actual** rest in domicile is 9 hours release to report following a duty period scheduled or rescheduled at 14 hours or less, and 12 hours release to report following a duty period scheduled or rescheduled greater than 14 hours. If your rest is less than 9 hours or 12 hours as indicated above, you will be removed from the next assignment and offered your pay protection options.

**A-Day Holder**

- The minimum **scheduled and actual** rest for A-Day holders in domicile following any transoceanic trip is 24 hours from release to report of the next assignment.

- If you preference a specific trip or trip categories, including generic, such preferences are a waiver of the 24 hour transoceanic rest when the trip you preferenced (or moved-up to) follows a trans-oceanic trip. The applicable scheduled minimum rest is 11 hours release to report when the prior duty period is scheduled at 14 hours or less, or, a minimum rest of 14 hours release to report when the prior duty period is scheduled >14 hours. *See Sect. 5N*

## 1.Z.1 Layover Rest Requirements –Transoceanic

**Tripholders and A-Day Holders**

- The minimum **scheduled or rescheduled** layover rest is 13 hours release to report following a duty period scheduled at 14 hours or less.

- If delayed, the minimum **actual** layover rest is 11 hours release to report following a duty period scheduled at 14 hours or less.

- The minimum **scheduled or rescheduled** layover rest is 18 hrs release to report following a duty period scheduled >14 hours.

- The minimum **actual** rest at layover is 14 hours release to report following a duty period that is scheduled greater than 14 hours.
  *See Section 1.E, the FAA Duty & Rest Chart for more information on FAA rest requirements for duty periods >14 hours.*

## 1.Z.2 Delta Rest Requirements

**NOTE:** Refer to Section 1.E for the FAA Duty Limitations & Rest Requirements.

- All rest requirements are from release to report.

| Flight Type at Domicile | Scheduled | Actual / Rescheduled |
|---|---|---|
| **Following Duty Periods Scheduled 14 hours or less** | | |
| Domestic at Domicile | 11:00 (1) | 9:00 (2, 3) |
| International at Domicile | 11:00 (1) | 9:00 (2, 3) |
| Transoceanic at Domicile (5) | 24:00/11:00* | 9:00 (2, 3) |
| | | |
| **Following Duty Periods Scheduled >14 Hours** | | |
| Domestic at Domicile | 14:00 (1) | 12:00 (2) |
| International at Domicile | 14:00 (1) | 12:00 (2) |
| Transoceanic at Domicile (5) | 24:00/14:00* | 12:00 (2) |

| Flight Type at Layover | Scheduled / Rescheduled | Actual |
|---|---|---|
| **Following Duty Periods Scheduled 14 hours or less** | | |
| Domestic at Layover | 9:15 | 8:30 (4) |
| International at Layover | 9:15 | 8:30 (4) |
| Intra-Theatre at Layover following a duty period scheduled 8 block hours or less (7) | 9:15 | 8:30 (4) |
| Intra-Theatre at Layover following a duty period scheduled >8 block hours | 13:00 | 11:00 |
| Transoceanic at Layover | 13:00 | 11:00 |
| **Following Duty Periods Scheduled >14 hours** | | |
| Domestic at Layover (8) | 12:00 | 10:00 (6) |
| International at Layover | 12:00 | 10:00 (6) |
| Intra-Theatre at Layover following a duty period scheduled >8 block hrs (8) | 18:00 | 14:00 |
| Transoceanic at Layover | 18:00 | 14:00 |

***At Flight Attendant Option: via pick-up, swap or preference, can waive rest to 11 hrs scheduled following duty scheduled 14 hours or less; or can waive rest to 14 hours scheduled following duty scheduled >14 hrs.

(1) Deadhead time is considered part of the duty period for all Delta rule purposes. However, for FAA rule purposes, if the duty period begins or ends with a deadhead, the rest requirements are based only on the working segments of these duty periods, plus the report time of 1 hour and the debrief time of 15 minutes.

(2) When rest in domicile is less than the actual required minimum, you will be replaced.

(3) Actual rest for A-Day holders (as for tripholders) can reduce to 9 hrs before removal from trip

(4) For FAA purposes when actual rest is below 9 hours, a subsequent rest of 10 hours is required

(5) A-Day holders will receive scheduled minimum rest according to trip type; but through preferencing can waive to 11 hrs or 14 hrs as appropriate following transoceanic trips. (See "At flight attendant option" above.)

(6) For FAA purposes when actual rest is below 12 hours, a subsequent rest of 14 hours is required

(7) **Exception:** Prior to a transoceanic flight segment, the minimum scheduled and re-scheduled rest is 13 hours, or 11 hours actual rest if due to delay.

(8) These duty periods cannot be scheduled >14 hrs; can only be rescheduled >14 hrs.

## 1.Z.3 Delta 24 in 7 Rest

**Scheduled**

- You must have a **scheduled** 24 hour rest, free from all flight duty, within any 7 consecutive calendar days. This rest can be on a layover or at domicile.
- For schedule build, as well as all pick-ups and swaps, the 24 in 7 rest requirement can be on a layover provided there is a subsequent trip on your schedule departing within the same 7 days that can be dropped to satisfy this requirement, should your actual layover become less than a 24-hour period from release to report.
  **NOTE:** If actual times erode a 24 hour rest, and a subsequent trip on your schedule within a 7-day period has the only remaining 24 hour rest and it is at a layover, that trip will be removed if the layover is less than 25 hours, and you will be offered your pay protection options.

**Actual**

- You must receive an **actual** 24 consecutive hours free from duty within any 7 consecutive calendar days. To avoid an impending FAR violation, Scheduling can authorize up to a 30 minute late report at transoceanic layovers. In coordination with the Purser, separate transportation will be arranged.
- The start of the actual rest can be delayed by deadheading, co-terminal limo time, training, meetings and operational delays due to operational circumstances beyond Delta's control however, you must receive the rest prior to reporting for a duty period containing working flight segments.
  **NOTE**: Deadheading, training, and meetings do not qualify as rest or duty for FAA purposes. However, A-Day standby duty is considered as a trip assignment for calculation of the 24 hour rest requirement.

**Example A**: You are scheduled for 6 consecutive days of flying and are rerouted to deadhead home on day 7. Your 24 hour rest must commence on day 7 immediately upon arrival from the deadhead segment. There is no violation if you complete the needed 24 hour rest before reporting for a subsequent duty period that contains a working flight segment.

**Example B**: You are scheduled for release in your base at 2300 on your 6th day of flying with no other scheduled or actual 24 hour rest within the preceding 6 days, and your flight delays and arrives at 0100 on day 7. You must begin an immediate 24 hour rest before any subsequent duty period containing a working flight segment. There is no 24 in 7 violation if you complete the needed 24 hour rest before reporting for a duty period that contains a working flight segment.

**Example C**: If you fly for 6 consecutive days, you can be scheduled for training on the 7th and 8th days without a 24-hour rest period between any of the assignments. However, you must receive a 24 hour rest period after training and before reporting for a subsequent duty period that contains a working flight segment.

**Example D**: If you fly for 5 days and are scheduled for training on the 6th day, you cannot fly on day 7 since you did not receive the 24-hour period free from duty in 7 consecutive days (unless you have a 24 hour period scheduled off between training on day 6 and report time on day 7).

**Example E:** You are scheduled for training for 2 days followed by a 3-day trip with no scheduled 24 hour rest in any of the 5 days. You wish to pick up a 2-day trip with no scheduled 24 hour rest. This is an illegal swap and would be denied since you do not have a scheduled 24 hour rest in the 7 day period.

**Example F:** You are scheduled for 3 days of flying followed by 6 days of office work without a 24 hour rest. For the 9-day period there is no 24 in 7 violation as long as you have an actual 24 hour rest before flying again.

**Example G:** You are scheduled for 2 days of training followed by 4 days of flying without a 24 hour rest within any of the 6 days. You attempt to swap for a 2-day trip but it is denied. For the 8-day period there would be no 24 in 7 rest period and would therefore be an FAR violation and so the swap is denied.

**Example H:** You are scheduled for 4 days of flying with no 24 in 7 rest period in the 4 days. You desire to pick up a 3-day transoceanic trip with a scheduled 25 hour rest period on day 6. This is called a 'last opportunity for 24 hour rest' situation and would be denied.

## 1.Z.4 Rest Options

**10-Hour Guaranteed Layover Rest Option**

- If you are at a layover, and your duty period was scheduled for 14 hours or less, but **exceeded an actual 16 hour duty period**, you can request to receive a guaranteed minimum 10 hour rest from release to report. Contact Crew Tracking to request the guaranteed minimum 10 hour rest period.

- For duty periods scheduled greater than 14 hours that exceed 16 hours actual, the minimum FAA rest is 12 hours and supersedes the 10 hour guaranteed rest. If the scheduled rest of 12 hours is reduced during operations, it can go down to 10 hours, but must then be followed by a subsequent rest of 14 hours. *See the FAA Chart in Section 1.E.*

**16 Hour Guaranteed Domicile Rest Option**

- If you are at domicile, and the final duty period of the pairing was scheduled for 14 hours or less, but you have **exceeded an actual 16 hour duty period**, you have the option to receive a guaranteed minimum 16 hour rest period from release to report. This also applies at the terminating point of an Out-of-Base Pick-Up or JetWay Trade.

**8 Hours Rest 'Behind the Door'**

- A flight attendant who does not arrive at the layover hotel at least 8 hours before scheduled pickup time will be afforded a minimum 8 hours 'behind the door' at such hotel if,
  a) upon arrival at the hotel you inform Crew Tracking that you will be unable to report as scheduled, and
  b) your late arrival at the layover hotel was through no fault of your own

- When requested, the 8 hours behind the door guaranteed hotel rest will start from the arrival time at the hotel (See NOTE below). The new transportation pick-up time is the end of the 8 hours rest behind the door, and the expected travel time to the airport is added to the 8 hours rest by Crew Tracking to calculate the new report time at the airport, which also includes an authorized 30 minute late report.

  **Example:** A delayed crew arrives at their hotel at 2330 and requests 8 hours behind-the-door guaranteed rest. The new pick-up time at the hotel is set for 0730. With expected travel time to the airport of 15 minutes, the new report time is set for 0745, and with an authorized 30 minute late report, the new scheduled departure is set at 0815.

  **NOTE:** If there is a delay in procuring rooms for the crew, the 8 hours rest should be calculated using the Flight Leader's arrival time in the hotel room.

- The Flight Leader, or single position flight attendant if not with a crew, must:
  - contact Crew Tracking (1-800-DAL-CREW) to calculate the rest and set the report time for the next duty period.
  - arrange with the hotel for a new pick-up time. If a contract company provides the limo to the airport, Crew Tracking will arrange for the new pick-up time.

- Crew Tracking will authorize up to a 30 minute late report to accommodate the 8 hours rest but beyond that will also have to either delay the outbound flight or reroute the crew to other later-departing flights.

  **NOTE:** Crew Tracking will not delay a flight solely for a deadheading crewmember who requests 8 hours rest prior to a deadhead flight. The deadheading crewmember will be rerouted to a later deadhead.

**9:30 Rest 'Behind the Door'**

- If a duty period scheduled at 14 hours or less **exceeds 16 hours** then a flight attendant can inform Crew Tracking they want a 9:30 rest 'behind the door' at the layover point.

- A flight attendant who does not arrive at the layover hotel at least 9:30 before scheduled pickup time will be afforded a minimum 9:30 'behind the door' at such hotel if,
  a) upon arrival at the hotel you inform Crew Tracking that you will be unable to report as scheduled, and
  b) your late arrival at the layover hotel was through no fault of your own

- When requested, the 9:30 behind the door guaranteed hotel rest will start from the arrival time at the hotel (see **NOTE** below). The new transportation pick-up time is the end of the 9:30 rest behind the door, and the expected travel time to the airport is added to the 9:30 rest by Crew Tracking to calculate the new report time at the airport, which also includes an authorized 30 minute late report.
  **Example:** A delayed crew arrives at their hotel at 2200 and requests 9:30 behind-the-door guaranteed rest. The new pick-up time at the hotel is set for 0730. With expected travel time to the airport of 15 minutes, the new report time is set for 0745, and with an authorized 30 minute late report, the new scheduled departure is set at 0815.

  **NOTE:** If there is a delay in procuring rooms for the crew, the 9:30 rest should be calculated using the Flight Leader's arrival time in the hotel room.

- The Flight Leader, or single position flight attendant if not with a crew, must:
  - contact Crew Tracking (1-800-DAL-CREW) to calculate the rest and set the report time for the next duty period.
  - arrange with the hotel for a new pick-up time. If a contract company provides the limo to the airport, Crew Tracking will arrange for the new pick-up time.

- Crew Tracking will authorize up to a 30 minute late report to accommodate the 9:30 rest but beyond that will also have to either delay the outbound flight or reroute the crew to other later departing flights.
  **NOTE:** Crew Tracking will not delay a flight solely for a deadheading crewmember who requests 9:30 rest prior to a deadhead flight. The deadheading crewmember will be rerouted to a later deadhead.

## 1.Z.5 FAR Bar (Federal Aviation Regulations)

At the bottom of each duty period, the FAR bar reflects two sets of time values that pertain to each duty period. The 3 on the **left side are the FAA**-tracked legality time values, and the 3 on the **right side are Delta's** legality times. The two sets of time values, which track different parameters (e.g. deadheads are not considered duty by the FAA, but are considered part of a duty period at Delta) are tracked simultaneously. Each set of 3 time values are as follows:

1) the projected or **ACT**ual time flown,
2) the scheduled –**SKD-** duty day, and
3) the **MAX**imum <u>scheduled</u> duty day per the FAA and Delta

ATL F/A 757 *** ROTATION OPER
POS-ABCD EFFECTIVE 03FEB CHECK IN AT 8.00
4 F/A
FLT T DEPARTS ARRIVES BLK TURN
326 ATL 0900 LAX 1056 4.56 3.38 757 L/L
LAX 1434 ATL 2210 4.36 D/D
FAR ACT/SKD/MAX 14.25/11.50/14.00 ACT/SKD/MAX14.25/11.50/14.00
TOTALS--- 9.56TL TAFB 14.05CR
Projected/ACTual hours flown. In this case it is over 14 hours by delay and the crew remains legal to continue. Use this time value in determining the option-off point.
The scheduled / rescheduled* duty period, indicated by SKD. This must be equal to or below the MAX duty period limit.
*same as rerouted
This is the MAXimum scheduled duty period per the FAA for this minimum staffed crew on a 757.

**Summary:** Delta will always ensure the SKD (scheduled) duty day **never** exceeds the MAX (maximum) duty day allowed for both FAA and Delta rule purposes. However, due to ATC or weather delays or extended flying time, the ACT time (projected/actual) **can** exceed the maximum duty time and the crew remains legal to continue flying.

## Section 2 - Compensation

| | | |
|---|---|---|
| 2.A | Compensation Overview | 32 |
| 2.B | Pay Periods | 33 |
| 2.C | Earned Pay | 34 |
| 2.D | Flight Pay | 35 |
| 2.E | Trip Pay Credit Calculations | 36 |
| 2.F | Non-Fly Credit Guarantees | 36 |
| 2.F.1 | Duty Period Credit (1 for 2) | 36 |
| 2.F.2 | Duty Period Average (4:45- DPA) | 37 |
| 2.F.3 | Trip Credit (1 for 3.5 – TRP) | 38 |
| 2.F.4 | Deadhead / Ferry Pay | 38 |
| 2.G | Surface Deadhead | 38 |
| 2.H | Pairing Minutes-Under / Minutes-Over Pay | 39 |
| 2.I | Report Pay | 39 |
| 2.J | Time Away from Base Pay (TAFB) | 40 |
| 2.K | Duty Period Extensions | 41 |
| 2.L | Pay For Incompleted Trips | 41 |
| 2.M | Holding Pay | 42 |
| 2.N | Crew Compensation Pay | 43 |
| 2.O | International Pay | 43 |
| 2.P | Purser / Flight Leader Pay | 43 |
| 2.Q | Language of Destination (LOD) Pay | 44 |
| 2.R | A-Day Block Guarantee | 44 |
| 2.S | Airport Standby Credit | 45 |
| 2.T | Draft Pay (DRFT & FIOD) | 46 |
| 2.U | Rerouted Into OFF Day (RRO4) | 48 |
| 2.V | Rerouted / Rescheduled Into Vacation Day | 49 |
| 2.W | Reroute Pay Chart | 50 |
| 2.X | Incentive Pay (IPY4) | 51 |
| 2.Y | Holiday Pay | 52 |
| 2.Z | Vacation Pay | 53 |
| 2.Z.1 | Paid Personal Time (PPT) | 53 |
| 2.Z.2 | Emergency Leave of Absence (ELOA) Pay | 54 |
| 2.Z.3 | Jury Duty / Court Appearance Pay | 54 |
| 2.Z.4 | Special Assignment Pay | 55 |
| 2.Z.5 | Training Pay | 55 |
| 2.Z.6 | Mandatory Departmental Meeting Pay | 56 |

Flight Attendant Work Rules
Table of Contents – Compensation 5/01/12

2.Z.7 Transportation Reimbursement 56
2.Z.8 Tipping 57
2.Z.9 Hotel Expenses 57
2.Z.10 Non-Fly Daily Meal Expenses 58
2.Z.11 Short-Term Parking 58
2.Z.12 Moving Expenses 58
2.Z.13 Severe Operations Expenses 59
2.Z.14 Pay Discrepancies 59

CONFIDENTIAL DELTA 000550

## 2.A Compensation Overview

- Flight Attendant compensation is paid as an hourly rate for all hours flown or credited. Additional credit rig pay, Purser, Flight Leader or Language (LOD) premium pay, drafting pay, incentive pay, and expense reimbursements may also apply.
- A rotation pays the greatest of:
  1) flight pay (includes deadhead flight pay), or
  2) the 4:45 duty period average (DPA) by rotation, or
  3) 1 for 3.5 trip credit (TRP) - 1 hour pay for every 3.5 hours away from base, from report to release;

  **NOTE:** 1 for 2 duty period credit may also apply to an individual duty period. This duty credit pays 1 hour flight pay for every 2 hours on duty from report time to the release time.

  **Example A – Pays Flight Pay:** A three day trip with 18:10 flight time, is away from base for 60:00. The pay calculation compares the flight time of 18:10, to the duty period average (DPA) of 14:15 (4:45 X 3), and to the 1 for 3.5 trip credit (TRP) of 17:08 (60:00 divided by 3.5). The greatest and correct total pay for this trip is 18:10 flight / block time.

  **Example B – Pays Duty Period Average:** A three day ATL trip worth 15:00 flight time is rerouted and returns early the 4th morning from a BHM layover. The new time away from base (TAFB) is now 63:00. The final flight time of 17:00 is compared to the DPA of 19:00 (4:45 X 4) and the TRP credit of 17:00 (63:00 div. 3.5). The greatest paying credit is the DPA of 19:00. Additionally, this reroute from a 3 to a 4-day trip would pay +4 hours of RRO4 (rerouted into off day) pay to the flight attendants.

  **Example C – Pays Trip Credit:** A two day trip worth 11:00 is rerouted with a 24 hour layover on B-day and with no increase in flight time on the return on C-day. The two-duty period trip is away from base for 56:00. The pay calculation compares the flight time of 11:00 to the DPA of 9:30 (only 2 actual duty periods X 4:45) to the 1 for 3.5 TRP credit of 16:00 (56:00 TAFB divided by 3.5). The greatest is the trip credit of 16:00. Additionally, this reroute from a 2-day to a 3-day trip would be due +4 hours of RRO4 pay (rerouted into off day) for eligible flight attendants.

  **Example D – Pays 1 for 2 Duty Credit:** A two day 10:00 trip has 5:00 block time on each day. The first day is scheduled for a 9 hour duty period but due to a lengthy delay the duty day is extended to 14 hours with no change in block time. The 1 for 2 duty credit pays an additional 2:00 (14:00 div. by 2 = 7:00 minimum pay) for that duty period, comprised of 5:00 of block time and 2:00 of the 1 for 2 duty credit. The trip now pays 7:00 for the first duty period and 5:00 for the second duty period for a total pay for the trip of 12:00.
- All monthly compensation is automatically generated by the Scheduling and Payroll systems. You must however, submit claims for holding pay, crew compensation pay and transportation reimbursements such as surface deadhead pay and unexpected taxi fares during irregular operations.

- For a current on-screen accounting of your projected pay, see the Monthly Time Display (MOTS) in iCrew. To find 'MOTS' in iCrew, click on Rotation information, Pay Options, Monthly Time Display. **NOTE:** Pay information can continue to be updated into MOTS through the 7th of the following month.
- A final Monthly Activity Pay Statement (MAPS) for each bid period is available concurrent with the last paycheck of the following bid period. The tab 'Pay' is located on the main IFS portal page.

## 2.B Pay Periods

- You are paid twice monthly, once on the 15th and once on the last day of each month. Pay is based on a minimum 45 hour allotment per bid period (22:30 each pay period). In addition to the current pay of 22:30 per pay period, 50% of all earned flight/credit pay, premium pay, and time-away-from-base (TAFB) pay from the previous bid period is also paid. If you fly less than 45 hours in any bid period, adjustments will be subtracted in the subsequent bid period.

**EXAMPLE:** Your pay is comprised of:

| Pay Period Ending October 15 | | Pay Period Ending October 31 |
|---|---|---|
| 22:30 (half of the minimum average of 45 hours for the current month), plus.... | | 22:30 (half of the minimum average of 45 hours for the current month), plus.... |
| 50% of all flight/credit, premium pay, and TAFB earned in September | | 50% of all flight/credit, premium pay, and TAFB earned in September. |

- If a pay period ends on a weekend or on a company observed holiday, the payday for the pay period will be moved up to the last scheduled work day (Monday through Friday). For example, if OCT 15 is a Sunday, you will be paid on Friday OCT 13.

### Length of Service Pay Increases

- Pay increases are effective on the actual pay anniversary date and will be applied to flight/credit time that originates on or after the pay anniversary date.
- Pay increases for the minimum 45 pay hours per month become effective on the 1st or 16th of a month, depending on the date:

| If pay anniversary date is between… | Your current pay increase is effective.. |
|---|---|
| The 1st through the 8th of the month | On the 1st of that month |
| The 9th through the 23rd of the month | On the 16th of the month |
| The 24th through the 31st of the month | On the 1st of the following month |

## 2.C Earned Pay

- The following items apply toward your monthly salary though some items are earned after 6 months with the Company, or are accrued monthly as noted below. Refer to the IFS HR Handbook on the IFS Portal for more details on such items.

  - Flight pay, including credit time
  - Paid Personal Time (PPT) (accrued)
  - Deadhead pay
  - Standby pay
  - Report pay
  - Premium pay, i.e. Purser, Flight Leader and LOD
  - Vacation pay (accrued)
  - Holding pay
  - Draft / Incentive pay (IPY4)
  - Holiday pay
  - Meeting pay
  - Crew Compensation pay
  - International pay
  - A-Day Guarantee
  - Training pay
  - Special Assignment pay
  - Emergency leave pay (eligible after 6 months)
  - Surface Deadhead pay
  - Jury / Court pay
  - Rerouted in Off Day pay (RRO4)

**NOTE**: All compensation, except holding, crew compensation, flight pay for ground time, report pay for a 2nd trip to the airport, surface deadhead pay and taxi charges incurred during irregular operations will be automatically generated by the Scheduling & Payroll systems.

## 2.D Flight Pay

- Your flight pay is based on scheduled or actual flight time for each flight segment and/or the applicable credit time guarantee, whichever is greater.

- Actual flight pay and credit for a bid period over and above the 45 hour projected rate is paid in the subsequent month.

- Flights originating the last day of a bid period but spilling into the new bid period are credited entirely to the originating bid period for pay purposes. Scheduled, after-midnight departures (local time) are credited to the new bid period. Flights delayed into a new bid period will be credited in the bid period they were originally scheduled to depart.

- For purposes of pay your flight time begins at the block out time initiated by the captain, which can vary depending on the specific aircraft, ACARS equipment, use of tug, etc. This is the OUT time. If a Flight Leader thinks there is a discrepancy in the actual block time, they should contact the captain for the flight to confirm the discrepancy and request to change the block time. Should a flight attendant need help with contacting the Captain, they can ask their FSM for assistance.

- As a new hire or company transfer, you will receive full flight / credit pay and time away from base (TAFB) expenses during your Initial Probation period. You are also eligible for any form of premium pay for which you are qualified.

- Your pay anniversary date determines when you will receive incremental increases in your hourly flight pay. The pay rates effective 1/1/13 are as follows:

| Length of Service | Hourly Flight Pay | Length of Service | Hourly Flight Pay |
|---|---|---|---|
| | | After 6 Years | 36.77 |
| 0-1 Year | 21.94 | After 7 Years | 37.95 |
| After 1 Year | 22.80 | After 8 Years | 39.00 |
| After 2 Years | 24.36 | After 9 Years | 40.45 |
| After 3 Years | 26.36 | After 10 Years | 41.57 |
| After 4 Years | 29.04 | After 11 Years | 43.55 |
| After 5 Years | 31.23 | After 12 Years | 49.96 |

## 2.E Trip Pay Credit Calculations

- For every trip, a comparison is made between block time (including deadhead time and any 1 for 2 duty credit), the duty period average (DPA), and the 1 for 3.5 trip credit (TRP). After taking these into consideration, you will be paid the greatest total trip value.

## 2.F Non-Fly Credit Guarantees

- The following describes when credit guarantees will be applied to the duty period or pairing as appropriate:

  ◊ **Duty Period Credit (1 for 2):** credited at the end of the duty period in which it was earned and on the calendar day the last flight for that duty period was scheduled to depart.

  ◊ **Duty Period Average (4:45):** credited at the end of the last duty period of the trip on the calendar day the last flight for that duty period was scheduled to depart.

  ◊ **Trip Credit** (**1 for 3.5):** credited at the end of the last duty period of the trip on the calendar day the last flight for that duty period was scheduled to depart.

  ◊ **Deadhead:** credited on the calendar day the deadhead flight was scheduled to depart.

## 2.F.1 Duty Period Credit (1 for 2)

- You will be credited with 1 hour of flight pay for every 2 hours on duty for any given duty period.
  **Example:** You are scheduled for a turnaround worth 6:00 block time with a scheduled duty period length of 10:00. Due to an operational delay, your duty period is lengthened to 14:00. You will be paid 7:00 for the turnaround, comprised of 6:00 block time and 1:00 of 1 for 2 duty credit (14:00 divided by 2).

- At times the 1 for 2 duty credit is created in a single duty period, but the greatest paying credit for the entire trip is the duty period average (DPA) credit or the 1 for 3.5 trip credit. The 1 for 2 duty credit still is applied, but is superseded by the overall greatest paying trip credit.
  **Example**: You are scheduled for a one day trip with 4:00 block time and a 9:00 duty day. Using the 1 for 2 Duty Period Credit you would be paid 4:30 for this trip (9:00 divided by 2). However, the Duty Period Average (DPA) of 4:45 supersedes both the actual block time and the 1 for 2 Duty Period Credit. You will be paid 4:45 for this rotation.

- The 1 for 2 Duty Period Credit will be credited at the end of the duty period in which it was earned and on the calendar day the last flight for that duty period was scheduled to depart.

## 2.F.2  Duty Period Average (4:45- DPA)

- The 4:45 duty period average (DPA) will apply to all rotations. The 4:45 credit guarantee is an **average** guarantee that applies to each duty period of the trip that has at least one working flight segment.
  **Example:** A 3-day trip has daily block time scheduled of 3:00, 5:00, and 5:00 respectively for the three days for a total of 13:00 block time. Because the 4:45 daily average for 3 days would be 14:15 as a total for the trip, the pairing will generate 1:15 in DPA credit and you will be paid 14:15 for the trip (13:00 block time plus 1:15 DPA credit).

- Conversely, a trip with total block time that exceeds the 4:45 daily average will not pay any DPA credit at the end of the trip.
  **Example:** A two day trip has block time scheduled of 5:00 and 6:00 respectively. The 11:00 block time total for the two-day trip exceeds the 4:45 average (4:45 X 2) of 9:30, so no DPA is generated.

- The 4:45 DPA is credited and paid on the last duty period/calendar day of a trip.  Therefore, any trip that crosses a bid period into a new bid period will have any 4:45 DPA credit due paid in the new bid period.

- Duty periods consisting solely of deadhead flying or other non-working segments do not qualify for the 4:45 duty period average.
  **Example:**  An origination is created for a crew to fly ATL-BOS to layover and deadhead BOS-ATL the next day.  The DPA credit does not apply to the second day/duty period, but only to the first day / duty period of the trip. The trip will pay no less than 4:45 for the first day plus the deadhead time of the second day.

- You must complete the trip to be eligible for the 4:45 DPA credit, e.g. 4:45 does not apply for a jetway trade or if you call in sick mid-rotation. However, if a trip is cancelled any scheduled credit rig will pay under the normal trip guarantee policy.

- The 4:45 duty period average will only apply to a duty period in which a landing is made at another airport (except for segments flown between co-terminals).

## 2.F.3  Trip Credit (1 for 3.5 - TRP)

- You will receive credit and pay for 1 hour of flight time for each 3.5 hours you are away from base.  This credit is notated as TRP in the OSS pairing display in the credit and totals columns.
  **Example:** Your 3-day trip is away from base a total of 60 hours. The 1 for 3.5 hours trip credit is 17:08 hours.

- You must complete a trip to be eligible for the 1 for 3.5 trip credit, e.g. 1 for 3.5 does not apply for a jetway trade or if you call in sick mid-rotation.  However, if a trip is cancelled any scheduled credit rig will pay under the normal trip guarantee policy.

- The 1 for 3.5 Trip Credit is credited at the end of the last duty period of the trip on the calendar day the last flight for that duty period was scheduled to depart.

## 2.F.4  Deadhead / Ferry Pay

- You will receive full pay and full credit for deadhead and ferry flights.
  Deadhead flights are credited on the calendar day the deadhead flight was scheduled to depart.

- If you are approved to deviate deadhead at either the beginning or end of a trip, you will be credited with the flight time and TAFB expenses of the originally scheduled deadhead leg(s).

- If you are approved to deviate from deadhead at either the beginning or end of a trip, you will be credited with the flight time and TAFB (time away from base) expenses of the originally scheduled deadhead leg(s).
  **NOTE:** This also applies to deadhead legs on Delta Connection carriers and any off-line deadheads.

## 2.G  Surface Deadhead

- When deadhead (crew placement) is accomplished using ground (surface) transportation (i.e., bus or limo), flight attendants will be paid at the rate of $9.00 per hour prorated to the minute.
  **Example:** Due to an extreme operational irregularity a crew must be transported by bus from ATL to BHM to work an early morning flight.  The hours spent in ground (bus) transportation are paid at the rate of $9/hour.

- Flight attendants should contact IFS Pay Support or their Field Service Manager to ensure pay is appropriately provided for surface deadhead. Information submitted after 90 days will not be honored.
  **NOTE**:  This compensation does not apply to any transportation provided within the same city or between co-terminals for arriving/departing layover hotel accommodations.  It also does not apply when pairings begin and end in different co-terminals.

## 2.H Pairing Minutes-Under / Minutes-Over Pay

- You are paid the greater of actual or scheduled flight time for each flight segment.

- Any time gained on a flight segment as minutes-over is paid in addition to any minutes-under pay due on other flight segments.
  **Example:** A two-segment trip is scheduled for 3 hours on each segment. The first segment is completed at 2:50. Even though this flight comes in 10 'minutes-under', you will be paid 3:00 as originally scheduled. The second segment is completed at 3:15. The trip pays 6:15 total time.

- If a duty period or a rotation is paying a credit such as 1 for 2, 1 for 3.5, or the 4:45 duty period average, the minutes under/over can be superseded by the greater paying duty or trip credit.

- Minutes-under for a rerouted rotation will be based on the new rerouted trip segments.

- If you are on a trip with credit time, any minutes you make over scheduled flight time are absorbed into that credit time and paid at the end of the trip. If the trip transits two bid periods, any credit earned is paid in the following month.
  **Example:** A 3-day trip with the 3rd day ending in a new bid period is scheduled to pay 14:15. It is scheduled with 13:00 block time and 1:15 of DPA credit. During the trip, one segment paid 15 minutes-over the scheduled time making the final block time 13:15. Because this trip is already paying a credit, these 15 minutes are absorbed by the existing credit time leaving the DPA credit now paying 1:00 in the new bid.

## 2.I Report Pay

- If you are a tripholder and report for a trip but do not fly, you are paid $10.80, or the 1 for 2 duty credit if you do not choose to make yourself available for an alternate assignment for pay protection. If you do choose pay protection and make a 2nd trip to the airport you will be eligible for the report pay in addition to your new trip.

- Contact IFS Pay Support using the VRU phone system to ensure proper compensation is credited.

- If you are on an access day and report for a trip but do not fly, you will be paid $10.80 report pay or 1 for 2 duty credit for every hour you spend at the airport until you are released, whichever is greater.
  **NOTE:** After completing your A-Days the A-Day block guarantee may supersede the report pay or 1 for 2 duty credit.

## 2.J  Time Away from Base Pay (TAFB)

- Effective January 1, 2014 the time away from base meal expense reimbursement is **$2.20** per hour for all domestic and non-transoceanic international trips.

- Effective January 1, 2014 the time away from base meal expense reimbursement is **$2.70** per hour for all transoceanic trips (also applies to Hawaii flying).

- You will receive TAFB expenses beginning at scheduled report time of your trip and ending upon release at the end of your rotation. **NOTE:**  Scheduled limo time between co-terminals is included in TAFB.

- If you report but do not depart on your assigned flight due to a flight cancellation or irregularity, your TAFB expenses will continue until you are released from duty for a rest period.

- TAFB is not pay protected as it applies only to time flown.

- If you are rerouted and your trip includes a domicile layover, time away from base does not apply to such domicile layovers.

- Time away from base pay does not apply to any layover time within Out-of-Base Pick-ups or in portions of Jetway Trades that are scheduled or rerouted to layover in your domicile/location.

- If you are approved to deviate from deadhead at the beginning or end of trip, you will be credited with the flight time and TAFB expenses of the originally scheduled deadhead leg(s).

- When you are on airport standby duty, if you are not given an assignment, your TAFB expenses will continue until you are released from duty for a rest period.

- If you are unable to complete a trip due to illness or injury, you will be paid TAFB expenses until the scheduled arrival of the trip into your base or until you return, whichever occurs first. **NOTE:**  If due to extenuating circumstances such as an illness that requires hospitalization, you return later than your scheduled return, or you are unable to be shown routed back to base for any reason, these additional and/or subsequent expenses will be considered on an individual basis and are subject to your Base Director's approval.

## 2.K Duty Period Extensions

- Flight Attendants can contact Crew Tracking to extend a mid-rotation duty period when warranted. The request for an extension must be made at the conclusion of the duty period as it can potentially affect rest requirements or other FAA or Delta legalities.
- Flight Attendants can have their final duty period extended up to 1 hour if required to remain at work by Delta Airlines by contacting Scheduling. The request for an extension must be made at the conclusion of the duty period.
- Requests for duty period extensions to the final duty period of a pairing exceeding 1 hour past the original release time must be approved by a Scheduling Supervisor.

## 2.L Pay For Incompleted Trips

- If you are unable to complete a trip due to an illness or injury, you are paid for the actual flight time worked or flown, including scheduled deadhead time*. Any remaining trip time balance is paid at a 'trips-missed' rate from your PPT bank, if available. *See Section 2.J for details on the time-away-from-base expenses.*
- You can call in 'well' from your illness before the scheduled completion of the trip if you wish to conserve PPT time.
- If removed from your trip due to an ELOA, you will be paid for the portion of the trip flown and then have up to 3 ELOA days shown on your schedule. If you have subsequent trips as a tripholder within the 5 day period of your removal from the trip, the ELOA days can be applied to those trips as per normal ELOA policy.
- If you are unable to complete a trip for any reason other than illness, on-the-job injury or ELOA status, you have the option to be paid only for the completed/flown portion of the trip (in conjunction with MTO).

***NOTE:** You will not receive deadhead pay to return to base.

## 2.M Holding Pay

- The calculation of holding pay time for all crew members working the flight begins at either the scheduled departure time, the time the passengers are boarded, or when you arrive to a pre-boarded aircraft, whichever is later.
- You will receive holding pay for flights delayed at the gate for 30 minutes, or more, past scheduled departure time with passengers on board. You are paid at the rate of $15.00 per hour including the first 30 minutes, and any time thereafter.
- During mid-rotation, or at rotation end, when you are required to hold with passengers, holding pay begins at the scheduled departure time or the inbound arrival time plus the scheduled minimum ground time between the flights, whichever is later.
  **NOTE:** If you depart from the gate but are unable to takeoff and return to the gate (termed an attempt), the holding will begin at block-in of the attempt. Flight pay is paid for the duration of the attempt.
- The Flight Leader is responsible for entering the holding pay information in iCrew upon return from a trip, however ANY crew-member can make the entry. Those on variable staffing pairings, load factors, and originations should submit their own holding claims. Information submitted after 90 days will not be honored.

**Flight Pay for Ground Time**

- Once an aircraft has blocked out from the gate at the station of origination, flight time for pay purposes shall continue unless or until the aircraft comes to a stop for the purpose of boarding or deplaning passengers or crew at the station of termination or any other station.
- Ground holding time is not paid simultaneously with flight time.
- Flight pay for ground time is an unplanned post-flight or post-attempt coming to rest of an aircraft when the passengers and crew are unable to deplane. It does not apply to pre-flight holding at the gate even when the door is closed and the jetway is pulled (holding pay applies for this when the time is greater than 1 hour).
- If a rotation is paying a duty period average (4:45 DPA) or trip credit rig (1 for 3.5), only the time that supersedes the credit time will be paid. The same applies to any 1 for 2 duty credit when flight pay for ground time is added to that duty period.
  **Example:** A 2-day trip paying 9:30 with :15 of DPA has :45 of flight pay for ground time applied. With :15 applied against the DPA credit, and :30 that supersedes the DPA of 9:30, the total pay is 10:00.
- All premiums such as international, leadership and language will be applied to the additional flight pay for ground time.

## 2.N Crew Compensation Pay

- Flight attendants on each flight below Delta staffing *(See Section 1.B)*, including when load factor parameters are met but positions are not provided, will be paid an additional $7.25 per actual flight hour for each flight attendant below staffing.
- When crew compensation is due, the Flight Leader must enter the information in iCrew on the Crew Compensation template for the crew to receive the additional pay. Information submitted after 90 days will not be honored.

## 2.O International Pay

- International pay applies to the greater of actual or scheduled flight hours.

**Transoceanic & Intra-Theatre**

- You will be paid a $1.25 premium per flight hour flown, including minutes-under, for all transoceanic and intra-theatre flying, including transoceanic and intra-theatre deadheads, contained within a transoceanic pairing, as defined in Section 1.M.
- Additionally, you are paid the international premium for other credit time in the pairing, including 1 for 2 duty credit, 1 for 3.5 trip credit, and domestic deadhead flight time included in a trans-oceanic pairing.

**International**

- You will be paid a $1.25 premium per flight hour flown, including minutes-under, for all international flying, as defined in Section 1.M.
- Additionally, you are paid the international premium for inter-national deadhead flights.

## 2.P Purser / Flight Leader Pay

- Purser / Flight Leader pay applies to the greater of actual or scheduled flight hours.
- For each flight hour working in the Purser / Flight Leader position, leader premium pay will be paid, prorated to the minute as indicated below.
- Transoceanic Purser ("A") will be paid $5.40 per hour flown.
- Domestic and International Flight Leader will be paid $2.70 per hour flown.
- Transoceanic Service Leader ("B") will be paid at $3.20 per hour flown.

## 2.Q Language of Destination (LOD) Pay

- If you are a participant in the LOD program, you will be paid $1.35 per flight hour for each required language segment on a trip even if the specific language staffing requirement has already been met.

- Language of Destination pay applies to the greater of actual or scheduled flight hours on each required language segment.

- You do not have to hold the bid language position on a trip in order to receive language pay. If you are qualified in the specific language(s) of the trip, you will be paid the appropriate language pay as it is assumed you will be using the language for customer service purposes during the flight.

## 2.R A-Day Block Guarantee

- The A-Day block guarantee is no less than 14:15 for 3 days. If required to have 6 A-Days you will receive no less than 28:30.

- Any flight and credit time accrued on A-Days, including trips originating on A-Days but flying into off time by preference, assignment*, reroute*, or delay, offsets the guarantee.
  *__NOTE:__ DRFT and RRO4 pay is paid in addition to the guarantee.

  **Example A:** An A-day holder with a block of 3 A-Days, has STBY on the 1st day. They are not given an assignment, so they are credited with 2 flight hours for their 4 hour STBY. On their 2nd A-Day, they are assigned a 2-day trip worth 16 hours. Since the accrued flight time credit (2 hours for STBY and 16 hours for the 2-day trip) is greater than the A-Day block guarantee of 14:15, they would be paid the greater of the two for a total of 18 hours.

  **Example B:** An A-Day holder with 6 consecutive A-Days is assigned a 3-day trip on the 1st day worth 17 hours. They are not assigned any trips on the 4th and 5th A-Days of the block but are assigned a turn worth 5 hours on the 6th A-Day. Since the accumulated time flown (22:00) is less than their block guarantee of 28:30, they will be credited the difference of 6:30.

  **Example C:** An A-Day holder with a 3-day block is not assigned a trip on the 1st or 2nd day, but preferences a 10 hour all-night turnaround the 3rd evening with a duty period scheduled to arrive back in base on the 4th morning. The trip originating in the A-Day block is worth 10:00 hours, and they will be credited with the difference of 4:15 for the block guarantee.
  **NOTE:** No additional pay was given for flying into the 4th day, since the trip was 'preferenced'.

- A-Days can be swapped in complete blocks or in partial blocks after the first assignment. The block guarantee associated with the swapped days is 4:45 for ADY1, 9:30 for ADY2, etc.

- For A-Day blocks that transition into a new month (e.g. 31-01-02), any A-Day block guarantee due is paid in the new month at the end of the A-Day block.

- If the rescheduling of a trip that precedes an A-Day block interferes with the A-Day block, any originating flight time and trip credits accrued on the A-Day will offset the block guarantee in addition to any other earned time on the remaining A-Days.
**Example:** You are scheduled for a 3-day trip followed by 3 A-Days. Your trip is rerouted into a 4th day (your first A-Day) which has you working a flight from SLC-ATL worth 4:00. These 4:00 hours will be credited towards the 14:15 A-Day block guarantee.

- If an A-Day holder with an assignment executes a jetway trade with another flight attendant, the 4:45 A-Day guarantee is forfeited for the day on which the split occurs. In this case neither flight attendant is completing the entire duty period so the A-Day duty period guarantee is voided for both. However, both flight attendants will receive any actual earned flight time. Any other complete day(s) fulfilled by either A-Day holder does retain the 4:45 A-Day guarantee.
**Example:** An A-Day holder on a 3-day trip opts to jetway trade with another flight attendant splitting the trip on day 2. The original A-Day flight attendant receives no less than 4:45 for day 1, plus any actual block time flown on day 2. The second flight attendant receives block time only flown on day 2 and no less than 4:45 for day 3.

- If an A-Day trip is split through a jetway trade, and the split point is at a layover in a base city, then both flight attendants retain complete 4:45 A-Day guarantees as appropriate by duty period.
**Example:** An A-Day holder on a 2-day ATL trip that lays over in CVG jetway trades the 2nd duty period out of CVG to a CVG flight attendant. Both flight attendants fly a complete duty period with the accompanying A-Day obligations and both receive the benefit of the A-Day guarantee of 4:45 each for the two separate duty periods/days.

## 2.S Airport Standby Credit

- Airport standby duty time is paid as 1 for 2 duty credit plus any assigned flight time, if applicable. A normal standby period is 4 hours, but can at times be adjusted in or out of base to align with operational needs.

- Once assigned a trip, any standby time completed before trip sign-in, or point of notification whichever is later, will be paid at the 1 for 2 credit rate.
**Example:** You sit standby for 2 hours and 30 minutes prior to being assigned a trip worth 6 hours flight time. You receive 1:15 hours of 1 for 2 duty credit for the standby period plus 6 hours flight time for a total of 7:15.

- Standby pay credit is applied the same for both in-base and out-of-base standby.  For out-of-base standby (STBO), you will be paid the deadhead flight time required to position you out-of-base plus any standby time at the 1 for 2 rate, plus the segments flown, plus any applicable flight or deadhead segments to return to your base.

- All standby pay applies toward the A-Day block guarantee.

## 2.T  Draft Pay (DRFT & FIOD)

- Draft pay is an additional 4 hours flight pay above the value of the trip flown.  It does not include additional premium pay.  Draft pay (like RRO4 and IPY4 pay) does not count towards the annual 540 hour flying requirement to maintain full benefits.  When drafted, the acronym **DRFT** will appear on the schedule.

- Draft pay applies to:
    1. tripholders involuntarily assigned from one trip to another to ensure FAA minimum staffing is met
    2. tripholders involuntarily assigned to another trip in order to fill the TFLA position or LOD position
    3. tripholders on MAVL who are given an alternate assignment that releases more than 4 hours past their originally scheduled release time

- Draft pay does <u>not</u> apply to:
    1. reverse assignments to Purser or LOD pairings that are part of the PBS bid process
    2. a draft assignment for which you call in sick

- Draft pay will not show in your schedule display total but will be viewable in MOTS (monthly time display) located in iCrew, and in MAPS (monthly activity pay statement) once that statement is posted to the IFS portal under the main page tab titled 'Pay'.

- If you become illegal for your next scheduled trip as a tripholder due to a draft assignment, DRFT pay will still apply as well as Pay Protection Involving Two Pairings or More as outlined in Section 3.H.  This includes being illegal by virtue of trip overlap, insufficient rest or a 24 in 7 rest illegality.

**Tripholders**
- Flight attendants who are drafted for needed positions are paid the greater of the two trips plus 4 hours of draft pay.
    **Example:** You are an AC qualified flight attendant working a regular position on JFK-IST worth 18:00.  You are drafted to work the TFLA position on JFK-DUB worth 14:30.  You will be paid 22:00 (18:00 for the greater of the two trips plus an additional 4 hours).

- If you are drafted to fly a trip of greater length, according to the trip length definition in Section 4, in addition to DRFT pay, you will also be paid RRO4 pay for each additional day you are drafted into.

- During severe operations when on mandatory availability trip-holders given an alternate assignment scheduled for release more than 4 hours past the release of the original trip will be paid 4 hours draft pay. This is paid in addition to the value of the original trip or the trip flown, whichever is greater.
  **Example:** Your 3-day trip worth 17:00 cancels. You are assigned an alternate trip worth 15:30 and it is scheduled for release more than 4 hours past your original trip's scheduled release. You will be paid 21:00 (17:00 for the greater of the two trips plus an additional 4 hours).

**A-Day Holders Flown Into Off Day**

- If an A-Day holder is scheduled into an off day(s) which includes 'piggy-backing' into the off day, they qualify for **FIOD** pay (Flown Into Off Day) for each of the off periods they were scheduled into.

FIOD Pay Applies

**Example 1:** As an A-Day holder you have 2 A-Days remaining in your block and due to critical operations must be assigned a 3-day transoceanic trip. You will be paid 4 additional hours flight time for being scheduled or drafted into your first off period.

**Example 2:** On arriving back into base on your final A-Day at 1700, you are scheduled for additional piggyback flying that is scheduled to return at 0230 the following morning. Your base A-Day time ends at midnight. You are due draft (FIOD) pay of an additional 4 hours flight time for being scheduled / drafted into your first off period.

FIOD Pay Does Not Apply

**Example 3:** You are assigned a 3-day trip on your 3-day A-Day block that is scheduled for release at 2100 hours. Due to a lengthy delay on C-day, though you are not rescheduled, you are delayed and arrive back into base and released at 0030. No draft pay is due when simply delayed into off time.

**Example 4:** On your 3-day A-Day block your 3-day trip is scheduled for release at 2200 and is rerouted on C-day. Your rerouted 3-day trip is now scheduled to be released at 0100. No draft pay is due for a rerouted trip. However, if an additional duty period was added that originated on the off day, then RRO4 pay would be due.

**Option for Off Day vs. FIOD Pay**

- When FIOD (Flown Into Off Day) pay applies you have the option to choose an additional off day in the next bid period in lieu of the FIOD pay. *See Section 5.P for details.*

## 2.U Rerouted Into OFF Day (RRO4)

- If you are rerouted, and your trip is now scheduled to release more than 10 hours into your rest (off time), you are due 4 hours additional pay.
  **Note:** For A-Day holders to qualify for RR04, they must be rescheduled to release more than 10 hours past the end of their A-Day block

- In addition, you will receive 4 hours of RR04 pay for each full 24 hour period you are rerouted into your rest (off time) beyond the initial 10 hours.
  **Example:** You are rerouted due to mechanical issues, and you arrive back to base 36 hours late. You would receive RR08, since you arrived back to base more than 34 hours late (initial 10 hours + additional 24 hours).

- If a reroute causes your next assignment to be dropped due to insufficient break, 24 in 7 rest, or trip overlap, you will still be provided RR04 pay, provided the parameters above are met.

- To qualify for RR04 a trip must first be rerouted by virtue of an itinerary change (see Glossary p.G14).

- A scheduled duty period that is simply delayed into off time does not qualify for RR04 pay.
  **Exception:** If a returning transoceanic flight arrives >10 hours later than originally scheduled, RR04 will apply.

- During Severe Operations, when Mandatory Availability (MAVL) is in effect (see Sections 8.A and 8.B), if you are assigned an alternate trip that is scheduled to release more than 4 hours past your original trip's scheduled release, then draft (DRFT) pay is due. If the trip is subsequently rerouted and qualifies, RR04 will apply.

- If you are drafted for a trip or pick up a trip with incentive pay and the trip is subsequently rerouted and qualifies, RR04 pay will apply in addition to the DRFT or IPY4 pay.

- If a qualifying reroute is into a scheduled PPT day, you are due the RR04 pay. In addition, you can either keep the scheduled PPT day or request that it be returned to your PPT bank.

- If your trip is shortened by a reroute and you select priority pick-up as your pay protection option, you may still qualify for RR04 if your now shortened trip is subsequently rerouted into your new off time by more than 10 hours.

- RR04 pay does not show in your schedule display total, but is viewable in your Monthly Time Display (MOTS) and Monthly Activity Pay Statement (MAPS).

- RR04 does not count towards your annual flight hours requirement for benefits.

- If you are a tripholder on a trip that is rerouted and releases during an A-Day block, RR04 pay is due only if the parameters described above are met (i.e. – you are rerouted into more than 10 hours of off time before the start of your A-Day). A-Day block guarantee will be reduced by any originating flight/credit time accrued on the A-Day.

- If a qualifying reroute impacts a training day or other non-fly duties that must be rescheduled, you are due the RR04 pay.

**See Appendix D for examples of RR04/RR08.

## 2.V Rerouted / Rescheduled Into Vacation Day

- When you are rerouted or rescheduled into a vacation day you will be paid an additional 4 hours of flight pay. The code that will appear on your schedule is FIVD (Flown Into Vacation Day).

- Your trip must be rescheduled to be released into your vacation day to qualify for the FIVD pay. You can leave the vacation day where it is or you can opt to move the vacation day to the end of that specific vacation week. Any trip dropped as a result is not pay protected.
  **NOTE:** If the last duty period of the trip into the VAC day is not rerouted and you are only delayed into your vacation time, the FIVD will not apply, unless it is a transoceanic delay >10 hours. *See Section 2.U, bullet 3.*

- FIVD pay does not show in your schedule display total, but is viewable in MOTS (monthly time display), and in MAPS (monthly activity pay statement). The pay time also does not count towards your annual flight requirement for benefits.
  **NOTE:** If a trip qualifies for RRO4 pay in addition to FIVD, both will be paid.

- For Out-of-Base pick-ups and Jetway Trades, FIVD is determined using the time zone of the base where the trip originated.

## 2.W Reroute Pay Chart

The reroute pay chart clarifies several variations for Tripholders and A-Day holders that can occur when scheduled or rescheduled into an off day. The associated pay, accompanying codes and necessary flight attendant actions are noted below:

| Event | Who Qualifies | Pay | Pay Code | FA Action Required |
|---|---|---|---|---|
| **Delayed Into Off Day** | N/A (Not applicable) | N/A | N/A | N/A |
| **Rerouted/rescheduled Into more than 10 hours of off time** | Trip-holders & A-Day holders | +4 | RRO4 | None |
| | | | | |
| **Scheduled / Piggy-backed Into Off Day** | A-Day holders only | +4 | FIOD (or add-itional off day option in a sub-sequent bid period) | None for FIOD pay; If off day option is chosen, use the portal on-line form |
| **Rescheduled Into Vacation Day** | Trip-Holders & A-Day holders | +4 | FIVD | Call Sched-uling to add the FIVD code |

## 2.X Incentive Pay (IPY4)

- When staffing is critical or projected to be so, Scheduling can authorize the awarding of incentive pay for straight pick-ups from Open Time on certain days/dates and in certain bases as needed. This information, including the date and time it starts is posted on the broadcast screen.

- Incentive pay is an additional 4 hours of pay. The code IPY4 will appear next to the trip it is applied to but will not show in your schedule display total for the bid period. It will be viewable in MOTS (monthly time display) in iCrew, and in MAPS (monthly activity pay statement) on the IFS Portal under the tab 'Pay'.

- If a trip you picked-up with IPY4 pay cancels and you make yourself available for an alternate assignment, you will still be paid the IPY4 pay with the alternate assignment. If you are not assigned an alternate assignment you are still due the pay protection for the cancelled trip and the IPY4 pay.
  **NOTE:** If you choose a priority pick-up as your pay protection option to use on another date, you will not be paid the IPY4.

- If you pick-up multiple trips with incentive pay, e.g. two turn-arounds on SAT-SUN, and due to a reroute on the first trip, the second trip is dropped, you will receive pay for both IPY4 whether you go on availability for an alternate assignment or are paid the value of both the master rotations under the Two-Rotation Pay Protection policy parameters.

- IPY4 pay is authorized only for straight pick-ups. If you were previously scheduled to work a day on which IPY4 is being offered and subsequently came off your trip for any reason other than Family Medical Leave (UPS, UPO, MTO, CFSM, etc.), you can still pick-up from Open Time, but you will not qualify for IPY4.
  **Example:** You are scheduled to work a 3-Day trip on the 10th, 11th, and 12th. Due to a commuting issue, you are unable to make your trip and call in for an MTO. On the 11th, Scheduling offers IPY4 for pick-ups from Open Time. You pick-up a trip on the 11th, however, you do not qualify for IPY4 as you were originally scheduled to fly this day.

- If you volunteer for, or pick-up a trip for incentive pay and then subsequently swap the trip to another flight attendant, the incentive pay will not transfer to the receiving flight attendant.

- Incentive pay, like RRO4, DRFT, and FIOD pay, does not count towards the annual 540 hour flying requirement to maintain full benefits.

## 2.Y  Holiday Pay

- If you fly on an approved holiday you will be paid the greater of $20 per hour premium for each actual flight hour and fraction thereof worked on the approved holiday, or $5 per hour for time-away-from-base (TAFB) on the holiday (base local time).

- The six approved holidays are New Years Day, Independence Day, Thanksgiving Day, Christmas Eve, Christmas Day, and New Year's Eve.

- For flights crossing midnight and flights crossing different time zones, all holiday pay time will be based on the time zone of your base domicile, and only the actual flight time flown on the holiday will be paid the holiday premium.  Credit time does not apply.

    Example
    A    1623    CVG  2100  SFO    2251      4.51 BLK
                      SFO 22.24 / Hotel
    B      369    SFO  2230  CVG    0552      4.22 BLK

    - If day A is the holiday, 3:00 will be paid at the holiday rate (from 2100 to midnight CVG / EST time).

    - If day B is the holiday (starts at midnight out of CVG on flight 1623), 1:51 will be paid at the holiday rate (4:51 block minus the first 3 hours of the flight.

    - If day C is the holiday, 4:22 will be paid at the holiday rate (the entire flight is after midnight CVG/EST time).

- You will receive holiday pay for all scheduled (or actual if greater) deadhead hours on a holiday, even if you have deviated from the deadhead segment.

- If you are on availability for pay protection due to a cancellation or reroute that shortens your pairing, you will be paid holiday pay only for the actual flight time you work/deadhead on your alternate assignment.

- A-Day Holders will receive holiday pay in accordance with the guidelines above or $50 flat rate if not used on the holiday, whichever is greater.  For standby hours served, you will receive holiday pay on an hour for hour basis.  If assigned a trip during the standby time, the standby time is calculated and paid separately.
    **Example:** You are not used after 4 hours of standby on a holiday.  You will receive $80 in holiday pay in addition to your standby pay.

## 2.Z Vacation Pay

- Vacation is awarded in a minimum of 7 day increments unless you have and specify you are bidding for a partial week, which is 4 to 6 days. If you have a partial week of 1 to 3 days, those days have to be bid with a 7 day vacation for a total of 8 to 10 vacation days. Only one vacation period can be less than (or more than) 7 days.

- You will be paid 3 hours per day for each calendar day of vacation.

- There is no premium pay associated with vacation days. *For complete information on Vacation Benefits see the IFS Handbook–Benefits, located on the IFS Portal.*

## 2.Z.1 Paid Personal Time (PPT)

**Scheduled and Unscheduled PPT Days - All Flight Attendants**

- All flight attendants accrue PPT time at the rate of 2.05* hours per pay period, or 4.10* hours per month. You must be on active status at the end of each pay period in order to accrue the PPT. **NOTE:** There may be slight rounding adjustments for certain pay periods so you will earn the appropriate total annual allotment.

- Tripholders will be paid 6 hours per day for pre-month bid awards and additional daily awards or trips-missed for unscheduled use, e.g. when you call in sick, up to a maximum of 49 hours annually. If you qualify by maintaining the annual flying requirement of 540 hours in the previous year, the 49 hours are renewed annually on April 1st. The days can be used for sick time, OJI, or personal time off.

- A-Day Holders will be paid 4:45 per day for a PPT day used on an A-Day.

- The 'trips-missed' rate is for block and credit time only, and does not apply to any premium pay such as leadership, LOD or international time.

- Any unused time will roll-over to the next year unless you specify it to be paid out for the year. The maximum you can accumulate in your PPT bank is 147 hours. The annual payout for unused earned allotment of PPT will be no later than May 31 each year. The pay-out will be based on your flight pay rate as of March 31 of that year.

## 2.Z.2 Emergency Leave of Absence (ELOA) Pay

- All flight attendants who qualify for ELOA will be paid up to 3 days ELOA within a 5 day period for each qualifying deceased family member.
  **NOTE:** You must have completed 6 months continuous service with the company to qualify for ELOA pay.
- he pay rate for ELOA is 5:30 per calendar day, and each paid day must be plotted on a trip day or A-Day. ELOA can also be applied to other paid work statuses such as special assignments or training. *For more information see HR Policies / Absence / Death in the Immediate Family.*

## 2.Z.3 Jury Duty / Court Appearance Pay

### Jury Duty

- Jury duty will be paid at the rate of 6:00 per calendar day on a day for day basis for all affected trip days or access days. *See Section 6.Y for additional information.*
- Jury duty will be plotted when trips or A-Days interfere with such jury service and paid as appropriate each calendar year.
  **Example:** You have a 3-day trip on SUN-MON-TUE, but must report for Jury duty Monday through Friday. You have no other work assignments that week. JURY @6:00 per day will be plotted on your schedule for each of the 3 days, SUN-MON-TUE.

**NOTE:** In states or counties where pay variances exist, such as in the state of Massachusetts and certain counties in Florida, the respective state and county laws will determine pay for Jury Duty.

### Court Appearances on Behalf of the Prosecution

- If you are called for a court appearance on behalf of the prosecution, you will be paid at the rate of 6:00 per calendar day on a day for day basis for all affected trip days or access days. *See Section 6.Y for additional information.*
- Court appearances (C/A) on behalf of the prosecution will be plotted on your schedule when trips or A-Days interfere with such service and paid to a maximum of 15 days (cumulative for both Jury and Court Appearances) each calendar year. Pay for court appearances on behalf of the prosecution does not apply on your off days.

### Court Appearances on Behalf of Delta

- For court appearances at Delta's request and on Delta's behalf that interfere with a trip or A-Days, you are paid 6:00 per applicable calendar day or trips missed, whichever is greater. For single day appearances on behalf of Delta that occur on days off, you are also paid 6:00 per calendar day. *For more information on jury duty and court appearances, see Section 6.Y.*

## 2.Z.4  Special Assignment Pay

- The hourly rate for special assignments dependent on the specific assignment.

- A flight attendant working a full month on special assignment can opt to fly on non-office days (excluding access days).  All legal rest requirements will apply.
  **Example:**  You are scheduled to work 8 hours per day Monday through Friday at the General Office on special assignment.  You desire to pick-up and fly a turnaround on Saturday.  This is legal as long as you have a legal domicile rest before flying on Saturday and an actual 24 hour rest period before reporting to work again on Monday.

## 2.Z.5  Training Pay

**Continuing Qualification (Recurrent)**

- Effective 1/1/14 you are paid and credited with 3:45 flight time per day for CQ training.
  **NOTE:**  If your base is required to travel to attend CQ, and a travel day is either requested or necessary due to exceeding duty period limitations, overnight accommodations will be provided at company expense and you will be paid a flat rate of $50 for the travel day.

- Effective 1/1/13 you will be paid $20.00 per hour for CBT regulatory training. All FAA mandated training has a minimum hourly requirement for attendance which requires on-time registration and start times.  If you arrive late to training, you will be rescheduled and may be subject to Performance Development. Also, all return flights should be scheduled to depart no earlier than 1 hour after the class end time.

- If required to travel out of base for mandatory training and you subsequently miss training due to delayed or canceled flights, the following pay applications will apply:
  - If you report but do not travel to training, including delays, attempts or cancellations, you will be paid a flat rate report pay of $10.80, or 1 for 2 time, whichever is greater.
  - If you report and travel to training but the approved travel flight is late resulting in your missing the scheduled class, one of the following will occur:

    1. You will be rescheduled to attend a class with a later start time on the same day as long as the class can be completed with a legal rest break before any subsequent flying, or
    2. You will be rescheduled to attend a class on a later date. You will be paid a travel day rate of $50.

- In the event of a cancellation of your flight returning from training and you must return to your base the next day, the code TRVL will be put on your schedule, paying you for an additional travel day.

**Aircraft Training**
- You will be paid $20 per hour for required classroom training.

**Purser Training**
- You will be paid $20 per hour for Purser training.

**International Training**
- You will be paid $20 per hour for International Training.

**Computer Based Training Pay (CBT)**
- You will be paid $20 per hour for all computer-based training (CBT).

## 2.Z.6 Mandatory Departmental Meeting Pay

- You will be paid at the rate of $12 per hour for attending any mandatory departmental meeting. The Company calls for these meetings periodically for all flight attendants, and they are to communicate company goals and financial results, and/or program updates specific to In-Flight Service. Once scheduled, pay for such meetings will be viewable in MOTS (monthly time display) and in MAPS (monthly activity pay statement). This provision does not apply to individual or small group meetings.

## 2.Z.7 Transportation Reimbursement

**Fares**
- When cancellations or a delay make the use of a taxi service necessary, Delta pays for taxi fare between the airport and the hotel at scheduled or rerouted layover points. Operations will issue a Ground Transportation Authorization Form for such transportation. If none is available, pay for the cab, obtain a receipt and submit through the DEERS system for reimbursement.

- The normal time to wait for crew limo or shuttle transportation to the hotel should be no more than **20 minutes**. Beyond this time, call the hotel or transportation company regarding any additional wait. If more wait time is likely, either secure a voucher from operations for a cab or pay for the cab and submit an expense statement form with attached receipt in DEERS.

- If Crew Tracking authorizes a 30 minute late report and hotel or scheduled transportation is not available at the new report time, you can pay for a cab ride and submit an Expense Statement in DEERS for reimbursement.

- If you are rerouted into a co-terminal and no transportation has been provided, or wait time for scheduled transportation exceeds 20 minutes, you can pay for any available ground transportation (shuttle, taxi, etc.) and submit an expense statement in DEERS for reimbursement.

**A-Day Status**

- If notified to report for duty at your base less than **2 hours** before scheduled report time (3 hours in NYC & LAX), you are eligible for a taxi allowance of up to $20.00 each way from and to your residence.

- To claim taxi allowance expenses, complete the appropriate form via DEERS, attaching a paid receipt from the taxi company or a ticket stub from an approved bus/limo service, and submit in the computer.

**New York Base**

- You may be eligible for additional expenses or reimbursements. See your Field service Manager for information.

**NOTE:** Submit all transportation claims as soon as possible. Forms submitted after 90 days will not be honored.

## 2.Z.8 Tipping

- Tipping for transportation services is at the discretion of the individual crew members. There is no reimbursement for transportation tipping.

## 2.Z.9 Hotel Expenses

- Delta provides hotel accommodations at each scheduled layover point.

- If for any reason crew rooms are not available at a scheduled or unscheduled layover, contact the IFS OCC Manager or Crew Tracking / Crew Accommodations. Rooms will be booked at an alternate hotel and authorization will be sent to the hotel as necessary.

- If, during irregular operations, a layover occurs at an off-line point or if no hotel authorization can be facilitated due to communication problems, after waiting a reasonable amount of time but no more than 1 hour, flight attendants should pay for the room and claim the expense in the DEERS system. Explain the reason in the remarks section, attach the receipt, and submit through DEERS for reimbursement.

## 2.Z.10  Non-Fly Daily Meal Expenses

- If you are eligible for daily expenses due to special assignment, temporary duty, etc., you should submit your expenses using the DEERS Expense Reimbursement program under Self-Service on the portal. Domestic Expenses without receipts can not exceed the maximum amount per meal of:

  | | |
  |---|---|
  | Breakfast | $ 4.00 |
  | Lunch | $ 6.00 |
  | Dinner | $15.00 |

- For per diem meal expenses applicable to international destinations see the Employee Connection / HR Policies / Pay / Expense Allowances.

- You will be reimbursed through your specified Payroll options (Paycheck, Direct Deposit) or payment will be made to your AMEX Corporate Credit Card.  DEERS Reports must be submitted/faxed within 90 days.

- Under no circumstances will you receive both daily meal expenses and TAFB expenses.

## 2.Z.11  Short-Term Parking

**A-Day Holder**
- If given less than 2 hours notification to report (3 hours in LAX / NYC), you are eligible for reimbursement for cab fare or short-term parking expenses.

- You must submit your expenses using DEERS, with an attached receipt.

## 2.Z.12  Moving Expenses

- Delta does not pay moving expenses for a voluntary base transfer or job change.
  **NOTE:**  Delta may pay moving expenses in extraordinary cases such as an involuntary base transfer.

- For more information, see the Employee Connection / HR Policies / Pay / Expense Allowances or consult your Field Service Manager.

## 2.Z.13 Severe Operations Expenses

- In the event unusual circumstances result in extended delays, you can receive reimbursement for reasonable expenses incurred which are not normally covered (i.e. long distance call home, replacement of necessary incidentals, uniform cleaning, etc.).

- Complete and submit the expenses incurred into the DEERS system, along with appropriate receipts and explanation. These should be directed to your local Performance Field Service Manager for approval.

## 2.Z.14 Pay Discrepancies

- It is your responsibility, in a timely manner, to review your pay total in the Monthly Activity Pay Statement (MAPS) for accuracy. Should you find a discrepancy bring it to the attention of the proper department for handling.

- If there is a discrepancy in your flight pay (i.e., missing flight pay, holding pay, etc.), contact IFS Scheduling Pay Support using the VRU phone system.

- For all other paycheck related concerns, contact the Employee Service Center (ESC).

**Section 3 - Pay Protection**

| | | |
|---|---|---|
| 3.A | Pay Protection | 60 |
| 3.B | Pay Protection Options | 60 |
| 3.C | Pay Protection for Cancellation/Reroute on a Single Pairing | 61 |
| 3.D | Availability Chart When Opting for Pay Protection | 62 |
| 3.E | Contacting Scheduling | 63 |
| 3.F | Availability Notification Times & Procedures | 64 |
| 3.G | Alternate Assignments | 68 |
| 3.H | Pay Protection Involving Two Pairings Or More | 70 |
| 3.I | Pay Protection Options for Out-of-Base Pairings | 73 |
| 3.J | Pay Protection for Trips Transiting Two Bid Periods | 74 |
| 3.K | Pay Protection for Draft And Incentive Pairings | 75 |
| 3.L | Pay Protections for Charter Pairings | 75 |
| 3.M | Scheduling Errors | 76 |

## 3.A Pay Protection Policy

- The information in this section applies to tripholders. Pay protection information applying to A-Day flight attendants is defined in Section 5, Access Days.
- There are separate applications for the following situations:
  1. loss of time on a single pairing due to a cancellation or reroute
  2. pay protection involving two pairings or more which can be due to a trip overlap, or insufficient break between two pairings (i.e. domicile rest, or lack of a 24 in 7 rest)
  3. pay protection for trips transiting two bid periods.

**NOTE:** After trips are published in the bid packet, Marketing changes can re-time flights that increase/decrease the trip value. Original tripholders are guaranteed the original published value, but trips swapped from another flight attendant or taken from open time are only guaranteed the value of the trip at the time the trip is taken from open time.

## 3.B Pay Protection Options

- Pay protection is available for a tripholder to receive equivalent pay for a scheduled trip which has a loss of time through no fault of your own. The loss can be for a complete trip or portion of a trip and caused by weather, mechanical, misconnection, cancellation, equipment substitution, or scheduling error.
- You can choose one of the following two options:

1. Elect to take time off with no pay protection and be authorized for a Priority Pick-Up (P/T).
   **NOTE:** You are NOT obligated to use a P/T, however it will expire at the end of the calendar month for which it was authorized. If you lose time in the last 7 days of the month, you can opt to receive the P/T in the following month.

2. Be placed on availability with pay guarantee. Once on availability you must take the assignment(s) given.
   **NOTE:** To support the operation, the flight attendant and Scheduling can opt for a mutually agreeable date on which to plot the pay protection and availability period.

## 3.C Pay Protection for Cancellation/Reroute on a Single Pairing

- If you lose flight/credit time on a trip through no fault of your own, after schedules are released for that bid period, you will be paid as scheduled, including applicable premium pay, provided you make yourself available for an alternate assignment when required.
  **NOTE:** Only actual time-away from base (TAFB) pay will apply.

- The guarantee will be the originally published value of the trip on your schedule or the value of the pairing at the time it is added to your schedule.
  **Example:** A trip with 3 positions originally worth 10:00 has 2 positions covered and 1 position in Open Time. Before the open position is covered, the trip is changed and is now worth 9:30. The two flight attendants originally on the trip will be pay protected for the original value of 10:00. Any flight attendant who subsequently picks-up or swaps from open time or another flight attendant, or is assigned as an A-Day holder is guaranteed for 9:30.

- If you have a trip with the designator IPY4 (indicating incentive pay of an additional 4 hours pay) and your trip cancels, you are pay protected for the full value of the trip including the IPY4 pay, if you choose to go on availability for pay protection.

- Once you have chosen availability, if your alternate assignment cancels, you are placed back on availability using your original trip parameters. If however, your second alternate assignment (if day for day) is then subsequently shortened due to a reroute, you are not required to be available for additional flying.

## 3.D Availability Chart When Opting for Pay Protection

- Your requirements should you choose to be available for pay protection involving a single pairing are outlined below. Any time availability is required ("yes" answer in chart) and you opt not to go on availability, you will forfeit pay protection for the trip.

| Flight Credit Time Lost On A Single Pairing | Availability Required |
|---|---|
| 1. If your entire trip cancels, or is shortened by a calendar day/duty period... | Yes |
| 2. If your trip cancels on the first day and you report for duty at your home base on the next/subsequent calendar day... | Yes |
| 3. If your trip cancels on the first day and reroutes to deadhead only during first duty period to pick up balance of trip... | No |
| 4. If your trip cancels on the first day and has an attempt with no landing in another city, or the duty period consists of only non-fly duty... | Yes |
| 5. If you lose flight/credit time on a trip and arrive back into your home base <u>within the same duty period as scheduled</u> (requires a takeoff from point of origination and landing at another airport). | No |
| 6. If you lose flight/credit time on your trip and you return to your home base **prior** to the original scheduled report time* of the last duty period... | Yes |
| 7. If you lose flight/credit time on a trip which is extended an extra day... | No |

*If layover is in another time zone, convert times to local base time for availability determination.

## 3.E Contacting Scheduling

- The schedule code **CALL** will appear on your schedule whenever a trip cancels or loses portions of flight/credit time that requires you to contact Scheduling to discuss your pay protection options.  If a trip overlap has occurred due to a reroute or other illegality, Scheduling will also create a **CALL** window that needs your response.

- Flight attendants with **CALL** placed on their schedule will receive an advisory message in iCrew immediately after logging in.  The advisory message will contain the ability to preference one of two pay protection options for the original trip:

      - Availability
      - Drop the time and take a Priority Pick-up

- Flight attendants who choose their trip pay protection option using iCrew will not need to call IFS Scheduling.  The option they select in iCrew will be updated without the need for any further contact.
  **NOTE:** This iCrew application will not be monitored during Severe Operations as all affected flight attendants are required to be on Mandatory Availability.

- Flight attendants who prefer not to use the iCrew feature to select their pay protection option may bypass the advisory message without making a selection.  They will then need to call IFS Scheduling to advise of their desired option,
  **NOTE:** When Mandatory Availability is in effect, normal pay protection options do not apply.  *See Section 8 – Severe Operations for more information.*

### Call Scheduling to Change CALL to AVL

- Scheduling must assign flight attendants on availability prior to all other trip coverage procedures, including A-Day assignments. If you do not call Scheduling by the times indicated below, you will lose your pay protection options and forfeit pay.

| If your trip cancels… | You must contact Scheduling… |
|---|---|
| *2 calendar days or more prior to report | By 0600 local time **1** calendar day prior to report |
| 1 calendar day or less | As soon as possible, but no later than **6 hours** prior to original report time of the lost trip, or upon notification if less than 6 hours |

***NOTE:** Or upon release from a trip, if flying.

- If your trip is shortened mid-rotation, and you intend to choose pay protection, you are required to contact Scheduling immediately **upon your return** to your home base/location and before leaving the airport. Leaving the airport indicates you are not choosing to go on availability and the pay guarantee will be removed. Scheduling will assume you chose the option of time off without pay protection for lost time.

## 3.F Availability Notification Times & Procedures

### General

- Once Scheduling is contacted and you elect availability, Scheduling will change the schedule code **CALL** on your schedule to **AVL**. The time of cancellation or reroute affects the exact time you must be available for contact.
- You are responsible for any alternate trip assignments placed on your schedule prior to 2000 the day before each day of availability (AVL). **You will not be called or notified by Scheduling.**
- For any same-day departure while you are on AVL, or for any trip that is placed on your schedule at or after 2000 the day prior to each successive day of availability (AVL), **you will be notified by Scheduling via your CNO preferences.** It is your responsibility to acknowledge your assignment via CNO within 20 minutes of the initial contact attempt. If you do not respond within 20 minutes your schedule will be noted with the code CFSM, and you may be subject to Performance Development.

**Examples When On AVL**

- At 1500 on the 4th, your one-day trip for the 5th cancels and you choose AVL. At 1930 on the 4th, Scheduling places an alternate assignment on your schedule for the 5th. Scheduling will not contact you since it was placed on your schedule before 2000 on the 4th. It is your responsibility to check your schedule at or after 2000 for the assignment.

- At 0800, report time, your two-day trip on the 15th cancels and you choose AVL. With no alternate trips available, you are released for a domicile rest. You are on active AVL for the duration of the 2-day trip up until scheduled release time on B-day. If a trip for the 15th becomes available later that same day (after your domicile rest) you will be contacted via CNO for the trip after your scheduled rest. If a 1-day trip is placed on your schedule that reports on the 16th, and it is placed on your schedule prior to 2000 on the 15th, no call will be made by Scheduling, and it is your responsibility to check your schedule at or after 2000 on the 15th.

**Availability for the 'Duration of the Trip'**

- Notification times vary depending on the time of cancellation and if the loss of time is due to a reroute. The following examples indicate when you must be available for **notification**:

  1. For advance cancellations, you must be available for notification of an alternate assignment starting at the report time of the original pairing, and for the duration of the scheduled pairing.
     **Example:** You are notified in advance of a cancellation that was to report at 1300. You must be available for notification from 1300 until the scheduled release time of the original trip.
     **NOTE:** Once on availability, you will not be notified of trips placed on your schedule prior to **2000** the day prior to AVL days. It is your responsibility to check your schedule.

2. For at/after-report cancellations Scheduling can assign you an alternate trip if you have elected to go on availability for pay protection. If no alternate trip is assigned, you are given an 11 hour rest for trip assignment purposes. You must then be available for the remaining duration of your original trip.
**Example:** You report at 1100 for a 2-day trip and are notified of the trip cancellation at 1115. Scheduling can give you an alternate assignment or release you for an 11 hour rest.
You are next available for notification that evening from 2230 and for the remaining duration of your scheduled trip until release time.
**NOTE:** Once on availability, you will not be notified of trips placed on your schedule prior to **2000** the day prior to AVL days. It is your responsibility to check your schedule.

**If severe operations have been declared for your base, Crew Tracking and/or Scheduling has up to 4 hours to assign you replacement flying or an alternate assignment.**

3. For reroutes that shorten a trip and return to base, Scheduling can assign you an alternate trip if you have elected to go on availability for pay protection. If no alternate trip is assigned, you are given an 11 hour rest for trip assignment purposes. You must be available for the remaining duration of your original trip until release time.
**Example:** Your 3-day trip is rerouted and you are released in domicile on B-day at 1330. You can either be:
   a) assigned additional flying within that same duty period;
   b) given an alternate assignment the next day after a legal rest; or
   c) given a minimum 11 hr domicile rest. You must then be available for contact at 0030 on C-day and for the remaining duration of your scheduled trip until release on C-day.

**If severe operations have been declared for your base, Crew Tracking and/or Scheduling has up to 4 hours to assign you replacement flying or an alternate assignment.**

**Additional Notification Parameters**

- Once you have chosen availability for pay protection, you are required to be available for contact for the entire duration of the specified time and accept the alternate assignment. If you are not available for contact or do not report for your assigned trip you will be given a CFSM and you must see your Field Service Manager.
- For any alternate trip assignment received during your availability period, Scheduling will attempt to give you 2 hours notice from the first contact attempt to the scheduled departure of the flight (3 hours in LAX and NYC).
- In situations when you are notified with less than 2 hours (3 in NYC and LAX) to report (short call), you will still be given 2 hours (3 in NYC and LAX) to arrive at the gate or lounge.
- Reporting for an alternate assignment **later** than 2 hours (3 in LAX and NYC) from the first contact attempt by Scheduling (or after sign-in time, whichever is later) will result in CFSM being placed on your schedule.
- If requested to report for an alternate assignment with **less** than 2 hours to departure, you must make every attempt to report by the scheduled departure time of the flight. However, failure to report in less than 2 hours will not subject you to disciplinary action or forfeiture of pay.
- If you are released for a mandatory 24 hour rest for FAA purposes, and you are on availability, you are released from being available for that 24 hour period. The Company will attempt to avoid interrupting the FAA minimum rest break, but contact by either the flight attendant or the Company does not interrupt the FAA rest period for legality purposes. However, a flight attendant is not required to contact the Company, or be available to the Company during an FAA minimum rest period.
- An A-Day holder can be removed from a trip and it given to a tripholder on pay protection provided this is done either at the time the flight time is lost or when the tripholder flight attendant advises Scheduling they choose AVL. It will not be less than 2 hours before departure of the trip.

## 3.G Alternate Assignments

- Alternate assignments are made in reverse order of seniority and by specific qualification, when needed.  When on availability, you are used before all A-Day assignments, pick-ups, and move-ups.

- For advance cancellations (e.g. a trip cancels the entire month due to Marketing changes), and once you have chosen availability, Scheduling can place alternate trips on your schedule (during availability times) at any time.  When available for pay protection, you should check your schedule often for your alternate assignment.

### Notification Reminder

- If Scheduling places an alternate assignment on your schedule **prior to 2000 the day before your availability day(s)** you will not be notified.  It is your responsibility to check your schedule. After 2000 prior to each day of availability, Scheduling will notify you of any trip assignment for the next day or that same day, whichever applies.

### Alternate Assignment Parameters

- Alternate assignments will be **scheduled** to report no sooner than the report time of your original trip and to depart no later than the scheduled release of the original trip.

- Alternate assignments will be **scheduled** to return **no later than 4 hours** after the scheduled release of the original trip.  Normal reroute rules will still apply for any subsequent reroutes.

- Any alternate assignment will be a trip or trips as comparable to your original trip as possible (1-day for 1-day, 2 turnarounds for 2-day, etc), and it cannot interfere with your next trip when placed on your line.  You can be assigned any trip you are qualified to fly.

- You can be **assigned multiple trips** during the period you are required to be available.  The combination of trips can be assigned together or one at a time in succession as you work them. **Example:** Your 3-day trip cancels and you are assigned a turnaround on day one. On arrival, you check with Scheduling and are then assigned a two-day trip, thus fulfilling your availability obligation. You will be paid the greater of the original trip or the alternate assignments.

- During both daily and severe operations, if the alternate assignment(s) cancel prior to departure, you will be given other alternate assignment(s) if available and legal for your schedule.

- You are eligible for an alternate assignment to any co-terminal when on availability.

- The period of availability for trip assignment purposes ends at the scheduled release time of the original trip.
- Alternate assignments will adhere to all Delta duty limits and rest requirements. When at the airport following a cancellation or re-route and you receive an alternate assignment, it can depart within that same duty period, or following the applicable domicile rest.
- The legal rest prior to an alternate assignment is based on the actual duty period of the cancelled or rerouted trip.
  **Example:** A transoceanic trip cancels and the crew is released after an 'attempt' or a non-fly duty period. This crew, if they opted for availability, would have an 11 hour domicile rest prior to any alternate assignment.
- Once released for a legal rest, Scheduling will advise you when your availability period begins.
- When assigned an alternate trip(s), you will be paid for the greater of either the alternate assignment(s) or the original scheduled trip.
- If you choose to swap/move-up from an alternate assignment you forfeit any guarantee associated with the alternate assignment.

**NOTE: For alternate assignment parameters during Mandatory Availability (MAVL), please refer to Sect. 8–Severe Operations.**

**At the Airport Cancellations - Offering and Assigning Trips**

- When a trip cancels while a crew is at the airport, alternate assignments will be handled using the following procedures, as operationally feasible.
  **NOTE:** If there are multiple crews in the same situation, alternate assignments will be handled on a crew by crew basis.

  1. Open positions are first offered to the crew in seniority order. If you decline during the **offering** phase, you will not lose your pay protection, but must take a trip during the assignment phase noted in step 2 below.
  2. Any remaining open positions are then **assigned** in reverse seniority order. You cannot decline an assignment.
     **NOTE:** If there are not sufficient trips for the entire crew, those un-assigned will remain on availability for assignment of any subsequent trip that becomes available.

## 3.H Pay Protection Involving Two Pairings Or More

- Two-rotation pay protection is caused either by physical trip overlap or by an insufficient break between two pairings. (Examples on next page.)
- Alternate assignments for all Two-Rotation Pay Protection situations will always follow the applicable domicile rest break. Upon release in base from the 1st trip, your minimum rest break will be, in hours:
  - **11** following domestic/international duty scheduled at 14 or less
  - **14** following domestic/international duty scheduled >14 hours
  - **24** following transoceanic duty, unless you waived the specific 24 hour rest by virtue of your PBS bid, a pick-up, swap, or move-up; or you were re-routed to layover in a domestic/international city. In such cases, your applicable rest is a minimum 11 or 14 hours as noted above.
  - **30** following an Ultra Long Range trip if the alternate trip is within three (3) time zones of the local base
  - **54** following a completed Ultra Long Range trip if the alternate trip is another Ultra Long Range trip or a trip that operates outside three (3) time zones of the local base
- You must coordinate the details of your availability parameters with Scheduling before leaving the airport as you must be able to be contacted at the start of your new availability period. If you fail to do so, the pay protection is forfeited.
- At the time of release, Scheduling may give you an alternate assignment, or you will be released for the applicable legal rest for trip assignment purposes.
- If released by Scheduling for a legal rest, you must be available for notification of an alternate assignment at:
  - the end of your 11 hour rest following a duty period scheduled at 14 hours or less, or
  - the end of your 14 hour rest following a duty period scheduled for greater than 14 hours
- After your 11 hour or 14 hour scheduled rest as indicated above, you must be available for the remaining duration of your scheduled trip until the original scheduled release time. If your trip conflict was due to a needed 24 hour rest for 24 in 7 purposes, your scheduled rest is 24 hours in length.
- When the Two-Rotation Availability policy applies and it involves A-Days, the value of the A-Day block guarantee for the appropriate number of days will be used when calculating the value of one of the two 'master' pairings.

- For pay protection involving more than one trip (the 2nd trip is dropped) you will be paid the actual or scheduled time of the first trip, whichever is greater, and pay protected independently on the 2nd trip provided there is a period of availability of 8 hours or more.

- Availability and pay protection will be applied as follows:
  - If an 8 hour period (or more) of availability exists*, you must be available for an alternate assignment to be pay protected independently for the second trip.
  - If an 8 hour period (or more) of availability does **not** exist, you will not be on availability and will be paid the greater of either the actual time flown or the scheduled value of the two trips.

  ***NOTE:** If such a window of availability exists Scheduling will create it and the status **'CALL'** will appear on your schedule. Choose your pay protection option via iCrew or contact Scheduling directly as soon as possible.

### TWO-PAIRING EXAMPLES

**A. Example of OVERLAP With 8 HOUR PERIOD:**

You are scheduled to work two 2-day trips back to back, both with a report/release of 0800/1700. Both trips are originally worth 9:30. The first trip is rerouted to a 3-day now worth 16:00 and returns to home base at 1400 on 'C' day causing the second 2-day trip to be dropped. Calculating an 11 hour domicile rest, you would have a remaining availability period of 16 hours (from 0100 to 1700 on 'D' day), thus meeting the 8 hour minimum requirement. If you choose availability, you will be paid for the first trip as flown and pay protected for the lost two day trip independently. Based on a 1400 release on 'C' day, if no assignment was given and you are released for your 11 hour domicile rest, you must be available for phone contact beginning at 0100 on 'D' day and through the scheduled release time on 'D' day of 1700. If you are assigned a trip on 'D' day, you will be paid the greater of either the trip flown or the value of the original trip (9:30). If you are NOT assigned a trip on 'D' day, you will be pay protected for the value of your original trip (9:30).

| (Original Schedule) | (Actual/Rerouted Schedule) |
|---|---|
| **Trip 1** X (worth 9:30) | **Trip 1** X (now worth 16:00) |
| X | X |
| **Trip 2** X (worth 9:30) | X Block-in @ 1400 |
| X | **Trip 2** AVL (Availability) |
| | **TOTAL PAY:** 16:00 + 9:30 (or the value of the alternate trip, whichever is greater) |

**B. Example of OVERLAP - NO 8 HOUR PERIOD:**
You are scheduled to work two 2-day trips back to back, both with a report/release of 0730/1300. The first trip is rerouted into a 3-day and returns to home base at 2100 on 'C' day causing the second trip to be dropped. Calculating an 11 hour rest, the remaining AVL period of 5 hours (from 0800 to 1300 on D-day) does not meet the 8 hour minimum. Pay protection is for the greater of actual time flown or the scheduled value of the two original pairings.

| (Original Schedule) | (Actual/Rerouted Schedule) |
|---|---|
| **Trip 1** X (worth 9:30) | **Trip 1** X (now worth 16:00) |
| X | X |
| **Trip 2** X (worth 9:30) | X Block-in @ 2100 |
| X | **Trip 2** (AVAILABILITY IS NOT AN OPTION as there is no 8 Hour Window of Availability) |
| | **TOTAL PAY:** 19:00 (the value of the two original trips OR, the value of the rerouted trip, whichever is greater) |

**C. Example of INSUFFICIENT BREAK:**
You are scheduled to work two 2-day trips back to back, both with a report /release of 0800/1700. The first trip arrives late and is released at 2330, leaving only 8 hours and 30 minutes to next scheduled report (minimum actual rest in domicile is 9 hours). The 2nd pairing must be dropped to provide a legal rest. Calculating an 11 hour domicile rest, you would have a remaining availability period of 30:30 (from 1030 on C-day to 1700 on 'D' day) thus meeting the 8 hour minimum. If you choose AVL, you will be paid for the 1st trip as flown and pay protected for the lost two day trip independently. Based on a 2330 release on B-day, if no assignment was given and you are released for an 11 hour domicile rest, you must be available for contact beginning at 1030 on 'C' day and for the duration of your scheduled trip until release at 1700 on 'D' day.

| (Original Schedule) | (Actual/Rerouted Schedule) |
|---|---|
| **Trip 1** X (worth 9:30) | **Trip 1** X (now worth 12:00) |
| X | X (arrives late and now Blocks-in @ 2330) |
| **Trip 2** X (worth 9:30) | **Trip 2** AVL (begins 'C' Day @ 1030) |
| X | AVL |
| | **TOTAL PAY:** 12:00 + 9:30 (or the value of the alternate trip, whichever is greater.) |

**D. Example of <u>INSUFFICIENT REST (Due to 24 in 7)</u>:**
You are scheduled to work a 3-day domestic trip followed by one day off followed by another 3-day domestic trip during a 7 consecutive day period. The first 3-day trip is rerouted to a 4-day trip, leaving no 24 hour rest within the 7 day window (no 24 hour layover on either trip and less than 24 hours between the two trips). The second 3-day trip will be dropped due to no 24 hour rest in 7 consecutive days. Calculating a 24 hour domicile rest following the rerouted 4-day trip, you would have more than 2 days remaining for your AVL period, thus qualifying for independent pay protection for the dropped 3-day trip.

| (Original Schedule) | | | (Actual/Rerouted Schedule) | | |
|---|---|---|---|---|---|
| **Trip 1** | X | (worth 18:00) | **Trip 1** | X | (now worth 21:30) |
| | X | | | X | |
| | X | | | X | |
| **OFF DAY** | | | | X | (Block-in ‘D’ day @ 1030) |
| **Trip 2** | X | (worth 15:30) | **Trip 2** | AVL | (begins ‘E’ day @ 1030) |
| | X | | | AVL | |
| | X | | | AVL | |
| | | | **TOTAL PAY:** | 21:30 + 15:30 (or the value of the alternate trip, whichever is greater.) | |

## 3.I Pay Protection Options for Out-of-Base Pairings

- If an out-of-base pairing you picked up cancels or shortens by reroute, you have the pay protection options noted in Section 3.B. In each situation noted below, should you choose the availability option, you must serve the availability period in the base or location where the trip originated, unless by mutual agreement with Scheduling another base or location is chosen. Repositioning to the appropriate location will be the responsibility of the flight attendant and will not add pay/credit time to the alternate flying.

1. For a <u>canceled trip</u>, if you choose the availability option, the time parameters of the availability will be the scheduled parameters of the trip, as awarded to you.
2. For a <u>trip shortened by reroute</u>, or <u>extended by reroute</u> and the extension affects another trip on your schedule, if required, and you choose the availability option, the time parameters of the availability will be the scheduled parameters of the trip(s), as awarded to you.
3. If the canceled trip began with an approved deviation of deadhead to a non-base city, Scheduling will assist you in getting to the appropriate city using a PSY pass with the time parameters for the availability period adjusted accordingly.

## 3.J Pay Protection for Trips Transiting Two Bid Periods

- The application of pay protection for trips transiting two bid periods varies depending on the situation, of which there are three types as listed below.

**Transition Replacement Pairings**

- During the transition replacement process, only the current month is pay protected provided you make yourself available as applicable. Pay protection does not apply to any loss of time on a portion of a trip in the new month as a result of transition replacement process.
  **EXCEPTION**: If a replacement trip adds a calendar day but pays less than the original, you will be guaranteed the value of the original trip.

- However, once transition replacement has occurred, if you then lose time in either the current or new month due to cancellation or reroute, you are pay protected and can choose AVL if applicable due to cancellation or the trip shortens.

**Rerouted Spillover / Transition Trip**

- A trip scheduled to transit two bid periods that loses time due to cancellation, reroute or equipment substitution falls under the same guidelines as all other mid-month cancellations and reroutes.

- You are pay protected for the whole rotation value of any trip transiting two bid periods. If a reroute occurs and time shifts from one period to the other, the current month log is guaranteed, and any needed adjustments are made in the new month log to ensure the correct rotation value is paid.

**Trips Rescheduled Into A New Bid Period**

- If your pairing operates entirely in the current bid period and is rescheduled/extended into a new bid period, you are pay protected for the full value of your original trip in the current month.

- The paylog for the time flown/credited in the new month is then adjusted as needed so you are paid for the correct whole rotation value as scheduled or as flown, if greater.
  **NOTE:** If a flight is scheduled to depart on the last day of the bid period, but delays and departs after midnight ***(not rescheduled)***, the pay will be credited to the month in which it was originally scheduled to depart. Similarly, if a flight is scheduled to depart just after midnight on the first day of a bid period, and departs prior to midnight because of an early push-back the pay is credited to the month in which it was originally scheduled to depart.

## 3.K Pay Protection for Draft And Incentive Pairings

- The availability requirements for pay protection during normal operations or severe operations, remains the same when you are on a Draft (DRFT) or Incentive (IPY4) pairing.
- A flight attendant who was due draft (DRFT) or incentive (IPY4) pay will be pay protected for the additional 4 hours pay, providing you make yourself available for alternate flying as applicable.

## 3.L Pay Protection for Charter Pairings

### Non-Dedicated Charters

- The non-dedicated charter pairings operate under all normal scheduling work rules and pay protection policies.

### Dedicated Charters

- The dedicated charter pairings operate under all normal scheduling work rules and pay protection policies.
- Once a dedicated charter pairing is assigned, due to the possibility of report and release time changes to the flights, the following pay protection provisions will apply:

  **Changes to Report Time**
  **-** Any changes to the report time to report sooner than originally scheduled that causes a schedule conflict with a previous trip, will result in keeping the charter and dropping the affected conflicting trip(s) prior to the dedicated charter.
  - For any dropped trip(s) conflicting with the dedicated charter, you will receive pay protection under the two-rotation pay protection parameters as follows:

  1. Ensuring an 11 hour domicile rest prior to the report time of the dedicated charter, if there is not an 8-hour window of availability from the original report time of the conflicting trip and the beginning of the scheduled 11 hour domicile rest, you are guaranteed no less than the scheduled value of the two trips and do not have to be available for an alternate assignment.

  **Example 1:** You have a domestic 1-day trip on the 10th with a report / release time of 1200-2300 followed by a dedicated charter on the 11th reporting at 1300. The charter report time is changed to report at 0500 on the 11th. The 1-day trip on the 10th is dropped, as there is now an insufficient break between the two trips. In order for you to remain legal for the new charter report time, you must be scheduled to return to base no later than 1800 on the 10th. Because there is not an 8 hour window of availability from 1200 on the 10th (your original report) to 1800 on the 10th (the beginning of the required 11 hour domicile rest,) availability is not an option and you will be paid no less than the scheduled value of the two rotations.

2. Ensuring an 11 hour domicile rest prior to the report time of the dedicated charter, if there is an 8-hour window or more from the original report time of the conflicting trip and the beginning of the scheduled 11 hour domicile rest, in order to receive pay protection, you must go on availability (AVL) for an alternate assignment.

**Example 2:** You have a domestic 1-day trip on the 15th with a report / release time of 0900-2230 followed by a dedicated charter on the 16th reporting at 1200. The charter report time is changed to report at 0600 on the 16th. The 1-day trip on the 15th is dropped, as there is now an insufficient break between the two trips. In order for you to remain legal for the new charter report time, you must be scheduled to return to base no later than 1900 on the 15th. Because there is an 8 hour window of availability from 0900 on the 15th (your original report) to 1900 on the 15th (the beginning of the required 11 hour domicile rest,) availability is required in order to receive pay protection for your original trip.

**NOTE:** A transoceanic trip obtained by PBS bid award that is dropped because of an earlier report time for a dedicated charter, must have a minimum 24 hour scheduled domicile rest in determining the availability window. A transoceanic trip obtained by pick-up or swap that is dropped because of an earlier report time for a dedicated charter, waives the 24 hour rest, and only requires that a minimum 11 hour scheduled domicile rest is used in determining the window of availability.

### Transition Charter Pairings

- For dedicated charter pairings that transition bid periods, the return segment is initially noted as a scheduled Delta deadhead until the actual charter segment is known and inserted into the pairing. If the updated pairing causes a schedule conflict with a subsequent trip, the subsequent trip is dropped and the two-rotation pay protection parameters will apply as noted previously in Section 3.H.

## 3.M Scheduling Errors

- If you lose time due to a scheduling error, you are entitled to pay protection.
- In each case, a determination will be made regarding the crew or crew member who should be assigned a trip (e.g. the last one assigned if an over-coverage). Tripholders assigned in error will be offered normal pay protection options and A-Day holders will go back on duty into the A-Day holder pool.

- Notify Scheduling as soon as you are aware of an error, using the Scheduling Review Request Form located on the IFS portal under Operations & Planning/Forms. After verification of the error by Scheduling, you can choose one of the following two options:

    1. Elect to take time off with no pay protection and be authorized for a Priority Pick-Up (P/T).
    **NOTE:** You are NOT obligated to use a P/T, however it will expire at the end of the calendar month for which it was authorized. If you lose time in the last 7 days of the month, you can opt to receive the P/T in the following month.

    2. Be placed on availability with pay guarantee. Once on availability you must take the assignment(s) given.
    **NOTE:** To support the operation, the flight attendant and Scheduling can opt for a mutually agreeable date on which to plot the pay protection and availability period.

- If you pick-up or swap for a trip from open time that Scheduling placed there temporarily, you will not be pay protected for that trip. Scheduling will retrieve such trips, restore to the correct tripholder and will advise you accordingly.
**Example:** While processing a jetway trade (JWT), a Scheduler creates two originations for the two flight attendants involved. The originations briefly appear in Open Time. Before the Scheduler can place the rotations on the respective flight attendant schedules, another flight attendant picks up one of the rotations from Open Time using the 1st come 1st served process. As this rotation was originally intended for one of the flight attendants involved in the JWT, it will be removed from the schedule of the flight attendant who picked it up and no pay protection offered.

- Trips or A-Days inadvertently removed from your schedule will be restored to your schedule, when such errors are discovered.
**Example 1:** Flight Control enters an incorrect final arrival time/date on a flight which causes a trip to be dropped from a flight attendant's schedule into open time. Flight Control and Scheduling correct the error. Scheduling will retrieve the erroneously dropped trip and place it back on the original flight attendant's schedule.
**Example 2:** During the course of a schedule transaction, a scheduler inadvertently causes three A-Days to drop off your schedule. Upon double-checking the transaction the inadvertent error is discovered and the A-Days are immediately restored to the schedule. Though you may have viewed the schedule and temporarily did not see the A-Days, you are still responsible to work the assigned A-Days.

## Section 4 - Pairings/Bidding

| | | |
|---|---|---|
| 4.A | General | 78 |
| 4.B | Trip Length Definition | 78 |
| 4.C | Pairing Report Time | 81 |
| 4.D | Transition Pairings | 83 |
| 4.E | Load Factor Pairings & Variable Staffing | 83 |
| 4.F | ‘Back Side of the Clock’ Flying / Pairings | 86 |
| 4.G | CRAF & Military Charters | 87 |
| 4.H | Schedule Build / Bidding – General | 88 |
| 4.I | Transoceanic / International Flying | 90 |
| 4.J | Purser / Flight Leader Program | 91 |
| 4.K | Language of Destination (LOD) Program | 91 |
| 4.L | Special Assignment Days | 92 |
| 4.M | Partial Month Bids | 93 |
| 4.N | PBS Closing Date And Release of Schedules | 94 |
| 4.O | No Bid | 94 |
| 4.P | Bidding Resolution Process | 94 |
| 4.Q | Continuing Qualification (CQ) | 95 |
| 4.R | Bidding for Special Programs | 95 |
| 4.S | Other Training and Meetings Adjacent to Duty | 96 |
| 4.T | Base Transfers | 97 |
| 4.U | Base/Location Transfer Bidding | 97 |
| 4.V | Temporary Base/Location Transfer Bidding | 98 |
| 4.W | Base Transfer Awards / Denials | 99 |
| 4.X | Relocation Policy | 99 |
| 4.Y | Responsibilities in New Base/AFP Location | 100 |
| 4.Z | Involuntary Transfers | 100 |

## PAIRINGS

### 4.A General

- Pairings are constructed using defined parameters including:

  - Aircraft staffing requirements (Delta Bid Positions)
  - Delta Flight Time, Duty Time, and Rest Limitations
  - Minimum Connect Times
  - Consideration of trip quality issues as identified by Schedule Planning through input from the Employee Involvement Group
  - Cost effectiveness (reduced duty period credit, time away from base, and hotel costs)

- Pairings are classified by trip length as 1-day, 2-day, 3-day, etc.
- In pairing construction of multi-day trips, if the layover is 15 hours or less from release to report, airport vicinity hotels will be provided. For layovers greater than 15 hours from release to report, downtown or metropolitan area hotels will be provided.

### 4.B Trip Length Definition

- **Trip length** is defined as the **number of calendar days** over which a pairing operates, from the **scheduled departure** to the **scheduled release**.

  **Exception**: Trip length will be considered as 1 day less than the number of calendar days **only when both** the following criteria are met:
  1. the number of duty periods **is less than** the number of calendar days, and
  2. the last duty period, not including the time between report and departure, transits midnight

- For purposes of manual A-Day assignments, see Section 6.P.

**EXAMPLES**: (not to be considered as all inclusive)

**1-Day (Turnaround) Pairings**

| DAY | FLT | DEPARTS | ARRIVES | BLK. | |
|---|---|---|---|---|---|
| A | 571 | CVG 0850 | SLC 1031* | 3.41 | Regular Turn Example |
| | 922 | SLC1250 | CVG 1810 | 3.20 | |

| DAY | FLT | DEPARTS | ARRIVES | BLK. | Exception Turn Example without hotel (2 calendar days/1 duty period and transits midnight) |
|---|---|---|---|---|---|
| A | 703 | ATL 2000 | LAS 2114 | 4.14 | |
| B | 960 | LAS 0015 | ATL 0701 | 3.46 | |

| DAY | FLT | DEPARTS | ARRIVES | BLK | Exception Turn Example with hotel (2 calendar days / 1 duty period and transits midnight) The single duty period is not broken by a legal rest break. |
|---|---|---|---|---|---|
| A | 586 | *ATL 2200 | RSW 2339 | 1.39 | |
| | | 7.36/HOLIDAY INN SELECT | | | |
| B | 557 | RSW 0715 | ATL 0908* | 1.53 | |

**2-Day Pairings**

| DAY | FLT | DEPARTS | ARRIVES | BLK | |
|---|---|---|---|---|---|
| A | 697 | BOS 1315 | CVG 1534* | 2.19 | |
| | 076 | CVG 1635 | JFK 1835* | 2.00 | Regular 2-day Example |
| | | JFK 19.10/MILFORD PLAZA | | | (2 calendar days/2 duty periods) |
| B | 077 | JFK 1500 | CVG 1705 | 2.05 | |
| | 1010 | CVG 1925 | BOS 2147 | 2.22 | |

| DAY | FLT | DEPARTS | ARRIVES | BLK | 2-day Example (does not qualify for exception as duty periods are not less than calendar days) |
|---|---|---|---|---|---|
| A | 835 | ATL 0850 | SEA 1102 | 5.12 | |
| | | SEA 9.43/CLARION | | | |
| A | 1128 | SEA 2200 | ATL 0530* | 4.30 | |

| DAY | FLT | DEPARTS | ARRIVES | BLK | Exception 2-day Example (3 calendar days/2 duty periods and the duty period transits midnight) |
|---|---|---|---|---|---|
| A | 385 | ATL 2210 | SFO 0015 | 5.05 | |
| | | SFO 22.05/ST. FRANCIS | | | |
| B | 384 | SFO 2335 | ATL 0705 | 4.30 | |

| DAY | FLT | DEPARTS | ARRIVES | BLK | |
|---|---|---|---|---|---|
| A | 1229 | ATL 1340 | DFW 1500 | 2.20 | |
| | 739 | DFW 1600 | SFO 1750 | 3.50 | (Exception 2-day Example |
| | 1972 | SFO 1850 | SLC 2130 | 1.40 | 3 calendar days/2 duty periods and the duty period transits midnight) |
| | | SLC 20.15/OLYMPUS | | | |
| B | 493 | SLC 1900 | LAX 1954 | 1.54 | |
| | 1873 | LAX 2145 | LAS 2257 | 1.12 | |
| C | 960 | LAS 0020 | ATL 0700 | 3.40 | |

**3-Day Pairings**

| DAY | FLT | DEPARTS | ARRIVES | BLK | |
|---|---|---|---|---|---|
| A | 1629 | *CVG 1640 | PHX 1726 | 3.46 | |
| | | PHX 1830 | LAS 1935 | 1.05 | |
| | LAS 9.50/HOL INN CROWNE PLAZA | | | | |
| B | 796 | LAS 0640 | SLC 0858 | 1.18 | Regular 3-day Example |
| | 1609 | *SLC 1005 | IAD 1616 | 4.11 | |
| | IAD 14.14/HOL INN TYSON CORNER | | | | |
| C | 231 | IAD 0745 | SLC 1017* | 4.32 | |
| | 2170 | *SLC 1410 | CVG 1931 | 3.21 | |

| DAY | FLT | DEPARTS | ARRIVES | BLK | |
|---|---|---|---|---|---|
| A | 1777 | ATL 0835 | MCO 1003 | 1.28 | |
| | 1496 | MCO 1110 | ATL 1242 | 1.32 | |
| | 2125 | ATL 1400 | TPA 1527 | 1.27 | 3-day Example (Does not qualify for exception as the number of duty periods are not less than the number of calendar days.) |
| | TPA 13.18/DOUBLETREE WESTSHORE | | | | |
| B | 1400 | TPA 0600 | ATL 0729 | 1.29 | |
| | 1565 | ATL 0845 | LAX 1101* | 4.31 | |
| | LAX 11.04/CROWNE PLAZA AIRPORT | | | | |
| B | 188 | LAX 2235 | ATL 0538* | 4.03 | |

| DAY | FLT | DEPARTS | ARRIVES | BLK | |
|---|---|---|---|---|---|
| A | 1273 | ATL 0635 | MCO 0803 | 1.28 | |
| | 1496 | MCO 0910 | BOS 1210 | 3.00 | 3-day Example (Does not qualify for exception since the number of duty periods are not less than the number of calendar days.) |
| | BOS 9.15/DOUBLETREE INN | | | | |
| A | 1230 | BOS 2225 | SLC 0355 | 4.30 | |
| | 1341 | SLC 0440 | LAX 0600 | 2.00 | |
| | LAX 16.19/CROWNE PLAZA | | | | |
| B | 382 | LAX 2334 | ATL 0659* | 4.25 | |

| DAY | FLT | DEPARTS | ARRIVES | BLK | |
|---|---|---|---|---|---|
| A | 655 | CVG 1450 | ATL 1621 | 1.31 | |
| | 195 | ATL 1720 | DFW 1820 | 2.00 | 3-day Example (Does not qualify for exception since the last duty period does not transit midnight Into a new calendar day.) |
| | 1264 | DFW 1920 | ATL 2226 | 1.46 | |
| | 2007 | ATL 2315 | JAX 2340 | 1.01 | |
| | JAX 29.36/RADISSON RIVERWALK | | | | |
| C | 576 | JAX 0750 | ATL 0901 | 1.11 | |
| | 545 | ATL 1040 | DEN 1143 | 3.03 | |
| | 2120 | DEN 1310 | CVG 1743* | 2.33 | |

| DAY | FLT | DEPARTS | ARRIVES | BLK | Transoceanic 3-day example (Does not qualify for exception since the last duty period does not transit midnight into a new calendar day.) |
|---|---|---|---|---|---|
| A | 80 | *JFK 2020 | AMS 0940 | 7.20 | |
| | AMS 24.00/LE MERIDIEN | | | | |
| C | 81 | AMS 1125 | JFK 1325* | 8.00 | |

| DAY | FLT | DEPARTS | ARRIVES | BLK | Exception Transoceanic 3-day example (the trip fits the two exception criteria; so though touching 4 days the trip is considered a 3-day) |
|---|---|---|---|---|---|
| A | 74 | *ATL 2035 | MXP 1200 | 9.25 | |
| | MXP 32.00/HILTON | | | | |
| C | 75 | MXP 2200 | ATL 0235* | 10.35 | |

## 4.C Pairing Report Time

- Report time is the time you are scheduled to be at the airport. This includes duty periods that start at a layover station.
  - Reporting for a pairing, you should be at the designated crew briefing location (in the lounge) ready for briefing at the scheduled report time.
  - Reporting from a layover, you should report to the airport at the scheduled report time.
  - For report times to the gate or aircraft and boarding times for the specific aircraft see the OBM 5.3.18.
- When reporting for the first leg of a trip (including deadheading) or airport standby duty, you must sign in using the automated crew sign-in function in the computer.

**NOTE:** If the computer malfunctions, contact Scheduling via dedicated lounge phone (if available) or call 1-800-DAL CREW (1-800-325-2739).

| Pairing Report Time | |
|---|---|
| **Scenario** | **Report Time** |
| -Domestic Flights (A319/320, DC-9, MD88/90, 717, 737, 757, 767)<br>-West coast to/from Hawaii (including SLC)** | 1:00 prior to departure |
| -Domestic Flights (A330, 747, 777) Including ATL-Hawaii | 1:15 prior to departure |
| -International Flights Non-Business Elite (Except Puerto Rico, Alaska, and U.S. Virgin Islands )** | 1:15 prior to departure |
| -Transoceanic Flights*<br>-Transoceanic Charters (All)<br>-All Domestic Charters* (including Domestic Military Charters) | 1:30 prior to departure |
| Intra-theatre flights </= 8:00 scheduled flight time in the duty period | 1:00 prior to departure |
| Intra-theatre flights > 8:00 scheduled flight time in the duty period | 1:30 prior to departure |
| Inaugural flights (INCLUDING deadheading flights for positioning) | 2:00 prior to departure |
| Positive Space flights to attend training | :30 prior to departure (no need to sign-in or call Scheduling) |
| Surface Deadhead | The designated pick-up time of the limo |

*NOTE: If a transoceanic pairing, non-military domestic charter, or domestic military charter starts with a deadhead, the report is 1 hour.

**NOTE: These destinations are considered Domestic for Report Time purposes only but still qualify for International Pay

## 4.D Transition Pairings

- Pairings with flight time scheduled on the last day of a bid period are always subject to change for the purpose of transitioning to the next bid period schedule. Be aware of potential changes when bidding and be sure to check the next month's bid packet and F.A.I.R. for additional information on *Transition Replacement Pairings.*

- Transition replacement pairings can be scheduled to report up to and including 30 minutes earlier than the original pairing. You must work the transition replacement pairing as scheduled.

- If you are flying a trip from one bid period into the next, you must fly the trip to completion as scheduled, even if it transits your home base, or is into a month you have chosen a personal leave of convenience (PLOC).

- If a pairing operates flights that are flown by a different aircraft type in a new bid period, the pairing is no-oped (no-operation) and built as an originating pairing in the new fleet type. These are not considered transition <u>replacement</u> pairings and the original trip-holders will not be maintained on these no-oped/changed pairings.
  **NOTE:** Any tripholders on such trips will receive the applicable transition pay protection options.

- Transition replacement pairings at the end of the current bid period which conflict with vacation scheduled during the first week of the next bid period will be dropped.
  **NOTE:** There is no pay protection for transition pairings that are dropped in the current bid period due to interference with a vacation in the next bid period.

- If a transition replacement pairing extends into day 7 of a seven day period and there is no 24 hour rest, you will be contacted and offered your pay protection options, as well as receive a scheduled 24 hour rest period.

## 4.E Load Factor Pairings & Variable Staffing

- Pairings that reach a pre-determined passenger count will be provided with additional staffing based on the meal service and the total passenger count. The projected passenger count and type of catering that warrant load factors for each flight, based on aircraft type are located on DeltaNet (IFS > Ops & Planning > Resources > Staffing Grid).

- Variable Staffer pairings (K001 – K099 and 7000 - 7999) are available for bid during the bid process.

- Load Factor pairings are released no more than 5 days in advance of operation.

| TRIP RANGE | RELEASED | AWARDED |
|---|---|---|
| K001 – K099<br><br>7000 - 7999 | For Initial Bid Process | During Bid Award |
| L001 – L099<br><br>800 – 999 | 1200 ET<br><br>2 – 5 Days In Advance Of Operation | 1st Come, 1st Served |
| Q001* - Q199* | 0900 ET<br><br>5 Days In Advance Of Operation | 1200 ET<br><br>In Seniority Order During a One Time Pick-Up Process *(See Section 6.B)* |
| Q001 – Q199 | 1200 ET<br><br>2 – 5 Days In Advance Of Operation | 1st Come, 1st Served |
| L001 – L099<br>800 – 999<br>Q001 – Q199 | 1 Day In Advance Of Operation<br>-OR-<br>Same Day | During The Normal Trip Coverage Process *(See Section 6.N)* |

- In the chart above, a Q pairing with an asterisk (Q*) denotes a transoceanic load factor only available for the one-time seniority order pick-up process 5 days from the date of operation. Q pairings without an asterisk (Q) are available *after* the seniority pick-up process and are immediately available in 1st Come 1st Served Open Time.

- Load Factor Control monitors passenger counts on flights eligible for additional flight attendant staffing and operates the additional pairings as coverage is needed and available.

- You can swap a load factor for a regular, variable staffer or another load factor pairing; and a regular pairing for a variable staffer pairing. However, you cannot swap a regular or variable staffer pairing for a load factor in Open Time.

- Tripholders who have picked up load factors will not be removed if the passenger count falls below the authorized load factor level.

**Load Factor Reroutes**

- Reroutes of load factor pairings are managed by Load Factor Control in the Operations Support area of IFS Scheduling.

- The daily operation can require rerouting load factor pairings in one or more of the following ways.
  - deadhead leg changed to a working leg
  - routing change affecting segments flown and/or layover location
  - extending the duration of the trip, i.e., a 2 day becomes a 3-day

- Flight attendants should confirm load factor pairing reroute information by obtaining a printed copy of their pairing. Direct any questions about rerouted load factor pairings to Scheduling.

**Layover Hotels for Load Factor Pairings**

- If your load factor pairing requires a hotel, you will be given applicable hotel information prior to your departure.

- If you are awarded or assigned a load factor pairing and do not have hotel confirmation at the time of your sign-in, the following procedures should be followed:

  - Contact Scheduling at sign-in to advise that no hotel confirmation can be found in the pairing.
  - If a hotel room cannot be confirmed 20 minutes prior to departure and your trip has not been adjusted to eliminate the need for a hotel, you are not required to take the trip.
    **NOTE:** This policy does not apply to reroutes and originations.

- If you do not use the layover hotel, you must contact Scheduling, Crew Tracking, or Operations in that city and provide a local contact number.

## 4.F 'Back Side of the Clock' Flying / Pairings

- Certain pairings, most commonly domestic or non-transoceanic international all-night turnarounds, that originate late in the day or in the evening and meet other specific conditions listed below, are termed 'back-side-of-the-clock' (BOC) pairings.
- To qualify as a BOC pairing, the pairing must:
  - have a duty period that originates after 1600 hours local time, and ends after 1000 hours local time, and
  - be 10 hours or more in scheduled duty length, and
  - have more than 7 hours block time and more than one working segment
- Though BOC pairings are most often turnarounds, such a duty period can be built within a multi-day trip.
- A designated BOC pairing provides for the confirmed crew rest seat, and one additional flight attendant above normal staffing complement for the equipment type.
  **NOTE:** A BOC qualifying duty period that is **also** scheduled over 14 hours, but no more than 16 hours, will be augmented by only one additional flight attendant.
- A-Day holders, if awarded or assigned BOC pairings, should be notified and released as soon as possible for the assignment. If a designated standby period is set up in a base specifically to cover BOC pairing openings, then the designated standby should also be released as soon as possible for the assignment.
  **NOTE:** Designated standbys for BOC pairings will be identified in the base bid packet.
- If a BOC pairing comes available in open time less than 12 hours before the scheduled departure, and it must be assigned to an A-Day, the flight attendant currently assigned to the designated standby for the trip will be placed on the BOC pairing. The designated standby assignment will then be covered with a new A-Day flight attendant.
- Scheduling will make every attempt to pre-release an A-Day holder for a designated BOC pairing or standby for a BOC pairing. However, if such a pre-released A-Day holder is unavailable to be assigned, Scheduling will assign the BOC pairing to a regular A-Day holder or standby.
- The BOC pairing display will show the code 'R' before each qualifying segment and though the 'R' indicator is a working position, it books a confirmed crew rest seat for the crew to utilize for rest during the rotation at the direction of the Flight Leader.

## 4.G CRAF & Military Charters

- Delta Air Lines has an agreement with the U.S. government to provide aircraft and flight crews during an airlift emergency, national emergency or during time of war. This program is called the Civil Reserve Air Fleet Program (C.R.A.F.).
- Additionally, when CRAF is not in effect, the U.S. Military can still request domestic/international (e.g. SJU, MEX, etc.) and/or trans-oceanic Military Airlift Charter (MAC) flying.
- Crew staffing requirements for all such military flying and the duty and rest parameters will be in accordance with FAA regulations. All participants in the CRAF program, or who fly MAC pairings must have a valid passport and the appropriate training qualifications.
  **NOTE:** For all military charters, transoceanic, international and domestic, only the FAA rules apply within the pairing, and the FAA rules supersede all other Delta rules. However, Delta rest rules will apply before and after the pairing, e.g. ULR pre-rest if the Military Charter is a ULR pairing, etc.
- Domestic / international (e.g. SJU, MEX, etc.) military charters will be covered out of the base the charter originates from.
- Transoceanic military charters will be covered with flight attendants from any base/location. The coverage is by pick-up or move-up in seniority order and with A-Day holders as needed.
  **NOTE:** Once you obtain a transoceanic military charter, you cannot swap it with open time or with another flight attendant.
- Transoceanic military charters that are known far enough in advance may be placed in the bid package of the base in which they originate and covered through the base PBS bid award process. Transoceanic military charters not known in advance will continue to be covered through the Transoceanic Military Charter trip coverage procedures as noted in Section 9.J.
- An out-of-base flight attendant working a military charter must provide their own transportation to the origination point of the military charter.
- Military charters operate under the FAR 121.467 duty limits and rest requirements and do not have an 'option-off point' as other Delta flying does. Any request to be removed from the trip should be assessed and coordinated between the In-Flight Purser and the IFS OCC Manager.
- For more details on both the CRAF and Military Charter programs, and the 'Wild Card' program, see the In-Flight Service Portal. For specific information on the trip coverage procedures for Military Charter (CRAF or MAC) flying see Section 9.J.

## BIDDING

### 4.H Schedule Build / Bidding – General

- Your monthly schedule will be constructed according to the preferences you submit in the Preferential Bidding System (PBS). All preferences must be submitted by the due date. The due date is posted in each base or AFP location bid sheet.
- Any pre-month awards or assignments such as vacation, scheduled personal paid time (SPT), Continuing Qualifications (CQ), special assignments, and known absences will be plotted prior to the close of the bid window. In PBS, pre-assignments will be shown on the calendar as color-coded blocks and the total credit time will be displayed under the Bid Period Credit on the Home page.
- Every preference submitted is considered in the award process but there is no guarantee that all your preferences will be awarded.
- A preference is limited in time duration, meaning that all preferences have a validity period.
  **NOTE:** You can enter and keep a 'standing' or long term preference by indicating UFN (until further notice).
- Your bid result schedule will meet all FAA and Delta legalities. Minimum required rest breaks will be adhered to and can not be waived. This includes the month-to-month transition.
- From the time bids close until they are released in your base or location (time period known as the PBS Freeze), any swaps or pick ups that impact the end of the current bid period must meet the following criteria:
  - If swapping onto the last day of the month, the release time must be before 1300
  - If your trip releases on the last day of the month, the trip that you are swapping onto must release at the same time or earlier than the original trip
  - If your trip releases on any day in the next bid period, the trip that you are swapping onto must release at the same time or earlier than the original trip
- During the PBS Freeze, any changes you make to your schedule in the current bid period are subject to reversal if it causes an F.A.R. violation (e.g. no 24 in 7 rest), an insufficient minimum rest, or an overlap with trips awarded in the next bid period. The PBS rules Calendar Day in 7, Same Day Release/Report, the 10 Day Rule, and the 3 in 9 Rule do not constitute F.A.R. violations and will not be adjusted.
  **NOTE:** If a reversal is not possible, the trip(s) swapped for and/or picked up in the current bid period are subject to being replaced with a mutually agreed upon trip(s) that meet F.A.R. legalities. Pay protection will not apply.
- Schedule changes that result in conflicts with A-Days will be adjusted by either changing the trip that was swapped or picked up or reassigning the A-Day block to a different day.

### '3 Calendar Days off in 9' Rule

- For schedule build, you must have 3 calendar days off in any 9 day period. If you do not want to fly more than 6 days in a row, leaving this rule in effect will prevent this from happening.

- You have the ability to waive this rule in PBS. If waived, PBS defaults to **'1 Calendar Day in 7' Rule** which can also be waived. The '1 Calendar Day in 7' rule requires one calendar day off in any 7 day period. Waivers only apply to schedule build during the PBS bid process. Neither waiver is needed for trips greater than 6 days in length.

  **Example A:** You choose to waive the '3 Calendar days in 9' rule. PBS defaults to the '1 Calendar Day in 7' rule for schedule build and would only require one calendar day off in any 7 day period. PBS still ensures adherence to the '24 in 7' FAA and Delta rule.

  **Example B:** You choose to waive the '3 Calendar days in 9' and the '1 Calendar Day in 7' rules. While PBS still ensures adherence to the '24 in 7' FAA and Delta rule, you can preference and, if possible, be awarded more than 6 consecutive days in a row flying, while still maintaining the 24 in 7 rule.

  **NOTE:** The 24 hour rest in 7 days can be between trips or on a layover as long as the layover is not the last opportunity for a 24 hour rest break in the 7 day period.

### 'Same Day Release / Report' Rule

- For schedule build, the 'same day release / report' rule prevents you from completing a rotation and starting a subsequent rotation on the same calendar day.

  **Example:** You preference and are awarded a trip that ends at 0600 on the 15th. You will not be awarded any other trip that reports on the 15th.

- You have the ability to waive this rule in PBS. Waiver only applies to schedule build during the PBS bid process.

### '10 Calendar Days Off' Rule

- For schedule build, a minimum of 10 calendar days off per bid period is required and is the default. The 10 day off requirement is prorated for any partial month status (e.g. MLOA, UPS). Also for schedule build, Vacation and Scheduled PPT (SPT) do not count as off days.

- You have the ability to waive this rule in PBS. Waiver only applies to schedule build during the PBS bid process.

### Transoceanic Minimum Rest Rule

- For schedule build, a minimum rest of 24 hours is required after a transoceanic trip.

- You have the ability to waive this rule in PBS bidding and reduce the minimum rest after a transoceanic trip to 12 hours following duty periods scheduled 14 hours or less, or to 15 hours following duty periods scheduled greater than 14 hours.

**'Parking' Trips or A-Days**

- The temporary placement of a trip or A-Days on your schedule by PBS bid, swap, or pick-up (including 'Q' pairings), and the identifiable pattern of such activity, is strictly prohibited. Examples of such activity includes but is not limited to the following:

  - dropping the trip to another flight attendant whose seniority cannot hold it; or
  - dropping the trip or A-Days to a more senior flight attendant whose higher seniority can procure a trip drop (TDOT) or A-Day drop (ADOT) that your seniority cannot, or
  - dropping your A-Days to a more senior flight attendant for the A-Day preference process to obtain a specific or more desirable trip, or
  - dropping trips or A-Days to a flight attendant on known sick leave (UPS, OJI, etc.) whose schedule will be pulled through to drop such swapped trips

- You are also prohibited from paying someone to work your trips. *See HR Policies / Pay / Hours of Work for additional corporate information.* All such activity circumvents the IFS seniority system, is prohibited, and can subject the flight attendants involved to Performance Development.

## 4.I Transoceanic / International Flying

- Flying transoceanic or international trips is open to all flight attendants who have obtained the appropriate qualifications, training and specific requirements.

- To be awarded or assigned transoceanic trips, your passport and necessary visas must be current and valid in eCrew. During PBS schedule build, individual trips will be awarded only if scheduled to return at least 5 calendar days before the expiration date of any of these documents.
  **Example:** Your passport expires on June 25. The latest you can be scheduled to return is June 20; that is, you cannot be awarded a trip that returns on June 21 or later.
  **NOTE:** Flight attendants are responsible to ensure that all passport and visa information has been correctly entered into iCrew.

- Additionally, you may need destination specific visas, and/or vaccinations.
  **NOTE:** A yellow fever shot or waiver is required if you are based in ATL or NYC.

## 4.J Purser / Flight Leader Program

- To be awarded a Purser (TFLA/TFLB) or Domestic Flight Leader (FL) position, you must be qualified for the position, including international/transoceanic qualifications, if applicable, and submit a position preference.

## 4.K Language of Destination (LOD) Program

- The number of LOD positions on a trip is determined by equipment type and market. Passport data, passenger point of sale data and feedback from the field is also taken into consideration.

- To be awarded an LOD position, you must be qualified for the position, including international/transoceanic qualifications, if applicable.

**Purser Pay Protection / LOD Reverse Assignment**

- If you are reversed-assigned an LOD position(s), bid to avoid the LOD position(s), and bid for and could have held TFLA or TFLB, you will be pay protected for the TFLA or TFLB premium pay. The Leader premium pay protection (difference between TFLA or TFLB and LOD) will apply only to the LOD trips you were awarded and actually flew for the month.
- To be eligible for the TFLA/TFLB Purser pay protection the following requirements must be met:
  - ⇒ bid to avoid the LOD position(s) you are qualified for, and
  - ⇒ bid for the TFLA/TFLB position(s), and
  - ⇒ your seniority could have held the TFLA/TFLB position on a trip(s), and
  - ⇒ you work the LOD trip(s) to which you believe you were reversed assigned, and
  - ⇒ complete and submit the **LOD Reverse Assignment / Purser Pay Protection** form located on the PBS portal page

## 4.L Special Assignment Days

- Special assignment days must be pre-plotted before the preference due date each month when you have known work days or meetings, e.g. any EIG activities.
- If travel is necessary for the special assignment, you are eligible for one travel day for each special assignment.
  **Example:** You are required to travel to attend a 2-day meeting in ATL. You would receive one travel day and two special assignment days.
- Once schedule build is complete, requests to drop trips/A-Days for special assignment are only approved if operations permit.
- You can bid/work a maximum of 21-23 special assignment days per bid period depending on the number of weekdays in a bid period, and with holiday time off if applicable. The business unit you will work for will determine the specific needs of your assignment.
- In certain circumstances, e.g. for on-board service-testing, a trip can be ‘bought back’ (dropped and paid for) by the company, with no further obligation on the part of the flight attendant. When this occurs, the schedule is marked and blocked for the duration of the scheduled times of the dropped trip. For any subsequent schedule changes requested, all normal legalities will apply in relation to the scheduled times of the dropped trip, i.e. legal rest before and after the scheduled report and release of the dropped trip, 24 in 7 rest requirement, etc.

## 4.M Partial Month Bids

- If the scheduled return date to payroll or the start date available for assignment is known prior to the bid due date the month preceding the bid period:
  - if your seniority is required to have A-days, the number of A-Days will be awarded/assigned based on the number of days available for assignment and the minimum number of days off required based on the table below.
  -The schedule value is prorated based on the awarded schedule value and the number of days in the bid period. *See the PBS guide for the formula used to prorate the schedule value.*
  - If you are active for one day or more of the bid period, you should enter a bid.
- If you return to the payroll after bids are closed, a schedule will be constructed using the same table. IFS Bid Support will construct your schedule using any available Open Time and will assign A-Days. The following will apply to the extent possible:
  - The time placed on the schedule will be proportionate with the number of days of the bid period you will be available.
  - You can contact IFS Bid Support beginning on the date posted in the Bid Packet and F.A.I.R. for “Post Open Time - F/A to F/A Swaps.”
- No schedule will be awarded or assigned if you have been removed from the payroll for an indefinite period of time.

| Days Remaining in the Bid period | Minimum Days Off | Access Days for IFS seniority date prior to Jan. 6, 2008 | Access Days for IFS seniority date is to Jan. 6, 2008 or later |
|---|---|---|---|
| 1 | 0 | 1 | 1 |
| 2 | 0 | 2 | 2 |
| 3 | 0 | 3 | 3 |
| 4 | 1 | 3 | 4 |
| 5 | 1 | 3 | 4 |
| 6 | 1 | 3 | 5 |
| 7 | 2 | 3 | 5 |
| 8 – 9 | 2 | 3 | 6 |
| 10 - 12 | 3 | 3 | 6 |
| 13 - 14 | 4 | 3 | 6 |
| 15 | 5 | 3 | 6 |
| 16 - 18 | 6 | 3 | 6 |
| 19 - 21 | 7 | 3 | 6 |
| 22 - 24 | 8 | 3 | 6 |
| 25 - 27 | 9 | 3 | 6 |
| 28 - 30/31 | 10 | 3 | 6 |

**NOTE:** If there is an adjustment to the IFS seniority date and the new date is after January 6, 2008, however the original date was prior to January 6, 2008, then the column referencing prior to January 6, 2008 should be used.

## 4.N PBS Closing Date And Release of Schedules

- Schedule Preferences are due at the time published on the monthly bid sheet for each base or location, except in unusual circumstances.  In such circumstances, the new bid close date and time will be published on your base broadcast screen.

- Schedule bid results will be released on the date indicated on the bid packet and in F.A.I.R., except in unusual circumstances.

## 4.O No Bid

- If you fail to submit preferences by the due date, you will be awarded a schedule using the default schedule value and your schedule could be comprised of any positions that you are qualified to hold as well as with A-Days (if applicable) appropriate to your base demographics.

## 4.P Bidding Resolution Process

- Following the release of the bid result, there will be a 5 day resolution period to bring forward any potential discrepancies. Any issues, discrepancies or questions should be brought to the attention of the **PBS Support Desk** or local Operations and Planning Specialists.

- A system fault or automation entry error made by company representatives (e.g. failure to enter a training code or passport, etc.) will be rectified by using the Scheduling Error policies noted in Section 3.M, or by mutual agreement.

## 4.Q Continuing Qualification Bids (CQ)

- CQ training is required annually during your base month (every 12th month after completion of initial training). Base Director approval is needed for attending in the 13th month. Beyond the 13th month, you are required to attend re-qualification training and are illegal to fly after the last day of that 13th month.

- You will bid for CQ training, and the training will be pre-plotted on your schedule. The bids for CQ are due on the 3rd of each month at 0800 ET the month prior to your annual CQ month. If you fail to enter a bid for CQ, you will be assigned a date to attend.
  **NOTE:** The CQ value of 3:45 per day applies to the PBS monthly schedule build value.

- The CQ duty period length, including PSY travel to and from CQ, will adhere to Delta Duty Time Limitations.

- If your base is required to travel to attend CQ and a travel day is required due to exceeding duty period limitations, overnight accommodations will be provided at company expense.

## 4.R Bidding for Special Programs

- Bids for a **Company Leave of Absence (PLOC)** close at 0800 local base time on the 25th day of the month two months prior to the leave request month e.g. February 25th for an April 1-30 leave request. *For additional details, see IFS Handbook – Section 6, Leaves of Absence – Company Leave of Absence*.

- **Vacation** pickup-improvement bids close on the 3rd of each month at 0800 ET. *For more information or for annual vacation bid, see IFS Handbook – Section 8, Schedule Statuses-Vacation section, and/or contact the Vacation Desk.*

## 4.S Other Training and Meetings Adjacent to Duty

- Meetings and training sessions can be requested and scheduled adjacent to existing duty periods as follows:

  1. Training and meetings scheduled immediately prior to a flight assignment must be considered as duty for all FAA and Delta rule purposes. A maximum scheduled 14 hour day, or 16 hours if involving international or transoceanic flight, must be adhered to.

  **EXAMPLE:** A flight attendant desires to attend a 4 hour training class in-base from 0800-1200. They are scheduled to report for a trip at 1300 for a scheduled duty period of 8 hours. The total time from report to training through scheduled release at 2100 hours is 13 hours so this is a legal request and will be approved.

  2. Training and meetings scheduled immediately following a flight assignment do not need to adhere to a 14 or 16 (for international or transoceanic) hour day, as long as a legal uninterrupted Delta rest break of 11 hours (or 14 hours if the scheduled duty period plus training is >14 hours) occurs before the next scheduled duty period.

  **EXAMPLE:** A flight attendant is scheduled for release from an all-night 6 hour working duty period at 0800. A company sponsored personnel meeting from 1200-1700 is requested and scheduled by the flight attendant. The next trip report time for an actual working segment is the following day at 1300. The rest break following the meeting is 20 hours (from 1700 to 1300 the next day), therefore this is a legal request.

- If you must be scheduled by In-Flight Service Scheduling for training or meetings because you did not submit a bid, you will always be scheduled on an off day. You can however, bid and schedule other training and meetings adjacent to existing trips but at your request only. These are worked manually so contact with Scheduling Training is necessary.

## 4.T Base Transfers

- You are responsible for all moving expenses incurred as a result of a voluntary base transfer.
- If you are flying to your initial assignment at your new base or location, an S-1 pass will be issued from your current base / location to your new base / location.
- If you are awarded a voluntary transfer, you forfeit remaining vacation periods held in your original base and you must re-bid for vacation in your new base.
  **NOTE:** If the effective date of the transfer is during your vacation period, you can retain that vacation if at least 50% of it will be taken in your original base.
- If you are awarded a base transfer and are in the bottom 50% seniority of those who have A-Days in your new base, you are required to obtain all the applicable visas and qualifications within 60 days of your base transfer effective date. For example, for a transfer effective April 1st, you must obtain all visas and qualifications no later than June 1st.

## 4.U Base / Location Transfer Bidding

- You must enter base/location transfer requests in the computer no later than 0800 EST on the 25th of each month for transfers effective in 35/36 days. (For example, for a transfer effective May 1st, you must bid by 0800 on March 25th.) Advance notification will be given if it becomes necessary to change this deadline.
- A flight attendant who is on suspension cannot enter a request for a base/location transfer.
- If you transfer to a base or location and are in the bottom 50% seniority of those who have A-Days in the base or location, you must obtain all the applicable visas and qualifications needed for A-Days in that base or location.

## 4.V Temporary Base/Location Transfer Bidding

- In the event base or AFP openings exist due to a peak in seasonal flying or critical LOD needs, temporary transfers may be offered for a defined period of time. Flight attendants will be informed of the length for the temporary transfer at the time of the award. Temporary transfers may be offered to fulfill regular or LOD openings. At the end of the defined assignment, flight attendants awarded temporary transfers will return to their previously assigned base.

- Fulfillment of temporary transfers will be processed using the existing base transfer request list. Flight attendants awarded temporary transfers will be notified of their temporary award via company email. Any flight attendant wishing to rescind an award due to its temporary assignment must respond to the award notification email within 5 calendar days.
- Any flight attendant awarded a temporary transfer will have all currently held vacation weeks honored in their new temporary location as scheduled. In the event a Flight attendant is subsequently awarded a permanent transfer, whether in the temporary location or another location, all remaining vacation weeks will have to be rebid in their new base.
- If the temporary transfer is to an AFP location, all normal AFP performance requirements must be met and maintained during the assignment.

- If the temporary transfer is awarded based on a LOD qualification, the qualification must be maintained during the duration of the assignment.

## 4.W Base Transfer Awards / Denials

- Vacancies are awarded by flight attendant system seniority. Exceptions are:

  1. A Purser qualified flight attendant may be awarded a priority transfer due to insufficient purser staffing in any base or AFP. All Purser priority transfers will require a 12 month commitment to the Purser program. In addition, the commitment period may be extended if, at the end of the 12 month commitment period, the flight attendant's seniority is unable to hold the base/AFP location to which the Purser priority transfer was granted.

  2. An LOD-qualified flight attendant may be awarded a priority transfer due to insufficient language staffing in a base/AFP. All LOD priority transfers will require a 2-year commitment to the LOD program unless the LOD flight attendant's current commitment extends beyond 2 years. In that case, the LOD flight attendant's current commitment will be maintained. In addition, the current commitment period may be extended if, at the end of the 2 year period (or current commitment period), the flight attendant's seniority is unable to hold the base/AFP to which the LOD priority transfer was granted. In this event, the commitment period is extended until the flight attendant is able to hold the transfer based on their straight seniority. Transfer requests of LOD-qualified flight attendants can also be denied if staffing within their language category in their current base/AFP has been deemed insufficient.

  3. In the event of a base/location closure or downsizing, a flight attendant being involuntary transferred, will be given priority for bidding into bases with vacancies.

- If you bid more than one base, you will be awarded your first bid preference available.
- A transfer can be denied if it would cause the staffing of your current base/location to be reduced below the required level for normal operations.
- Monthly base transfer awards will be posted in the computer no later than 30 days prior to the effective date of the transfer.

## 4.X Relocation Policy

- You must complete your schedule in your existing base/location before being released to your new base/location. If you hold an A-Day on the last day of a bid period, you are released at 2359 of the last day of the bid period unless assigned a trip which transits into the next bid period. If so, A-Day holders are released at assignment completion.

- You should first attempt to bid a schedule to accommodate all necessary time needed to transfer/move. If bidding/swapping does not provide the specific and necessary time to facilitate your transfer / move, you can request schedule assistance of up to 3 days in your new base.
- Contact the Manager Support Team (MST) Desk to request removing your trip, or up to 3 A-Days (schedule is not marked as MTO).
- If the operation does not permit trip drops due to staffing, you will be referred to your local Performance Manager.
- There will be no pay protection for dropped trips or A-Days.

## 4.Y Responsibilities in New Base / AFP Location

- You are responsible for submitting any applicable vacation pick-up bids in your new base. You can do this as soon as your transfer request is awarded.
- If awarded a voluntary transfer, you are required to remain in your new base/location for a minimum of 3 full bid periods.
- You can only transfer once while on Initial probation.

## 4.Z Involuntary Transfers

- The normal 3 month commitment period in a new base or location is waived if you are involuntarily transferred from a Base/AFP.
- If within 6 months from the effective date of the involuntary transfer, the base/AFP opens up for transfers-in, you will have a priority to voluntarily transfer back into the base/AFP from which you were displaced, in system seniority order of those flight attendants who were so displaced.
- If involuntarily transferred out of an AFP, performance eligibility requirements must still be met. Additionally, as per the AFP policy, priority will be given to those flight attendants, in system seniority order, who live within 75 miles, followed by those flight attendants who live outside 75 miles in system seniority order.

**Section 5 - Access Days**

| | | |
|---|---|---|
| 5.A | General | 101 |
| 5.B | Schedule Build | 102 |
| 5.C | A-Day Holder – Partial Month on Duty | 103 |
| 5.D | Telephones | 103 |
| 5.E | Contact Requirements | 104 |
| 5.F | A-Day Parameters | 105 |
| 5.G | A-Day Utilization | 107 |
| 5.H | A-Day Holder & Preferencing Trips | 108 |
| 5.I | A-Day Awards & Assignments | 109 |
| 5.J | Airport Standby Duty | 110 |
| 5.K | Out-of-Base Standby | 111 |
| 5.L | Airport Release Requirements | 112 |
| 5.M | Phone Release | 113 |
| 5.N | A-Day Rest Requirements | 114 |
| 5.O | Transitioning Between A-Day and Trips / Leaves | 115 |
| 5.P | Interference With OFF Days (FIOD) | 116 |
| 5.Q | A-Day Swapping and Schedule Changes | 117 |
| 5.R | A-Day Trip Guarantee | 120 |

## 5.A Access Days - General Information

- Access days (A-Days) are ready status days designed to cover the operational requirements of each location. Standard A-Days are normally built in blocks of 3 days. Non-standard A-Days are built in longer blocks to mirror trips that do not match the common trip length of the location.

  - If your IFS seniority date is before 1/1/08, and you are required to have A-Days, you will have no less than the standard block length for the location awarded/assigned in the PBS bid award.
  - If your IFS seniority date is on or after 1/1/08, you will hold no less than 6 A-Days awarded/assigned in the bid award process.
  - Regardless of your IFS seniority date, any flight attendant has the option to bid for A-Days even in addition to the A-Days you are required to have based on your base seniority.
  - Non-standard A-Day blocks will be awarded/assigned in a pre-process based on bids submitted by the posted deadline. If no bids or an insufficient number of bids are submitted, non-standard A-Day blocks will be reverse assigned starting with the longest block and most junior flight attendant with the required qualifications to be awarded the block.

- If your A-Days (standard or non-standard) transit into the next bid period, you will still be awarded an A-Day start date in the next bid period regardless of how many A-Days carry in.

- A-Day blocks greater than 6 days in length may be built in bases to ensure coverage for transoceanic trips of 6 or more days. If you are awarded or assigned a block of A-Days greater than 6 days, you will have the option to have any days greater than 6 dropped from your schedule if the following conditions are met:
  1. The number of A-Days in excess of 6 have passed and you were available on all of those days (no UPS, OJI, MTO, etc…)
  2. You have not been assigned a transoceanic trip 6 days or greater in length

  **Example:** You are assigned an 8 day block on March 1st. You are not used on a transoceanic 8-day trip on the 1st or a transoceanic 7-day trip on the 2nd. You can now call Scheduling on the 3rd and we will remove the A-Day statuses on the 7th and 8th of March.
  **NOTE:** If you are on standby for a specific trip(s), all normal standby rules and usage will apply, i.e. you may be used for any assignment.

- If your A-Days transit into a new month you will have fewer days in one month and more in the next. For example, if you have a 3-day block on June 29th, 30th which carries over to July 1st and are awarded another 3-day block July 14th, 15th and 16th. You will have 2 A-Days in June (the 29th and 30th) and a total of 4 A-Days in July (the 1st, 14th, 15th and 16th).

- The schedule codes in iCrew are ADY3, ADY6, etc. indicating the number of days in an A-Day block. When assigned a trip operating fewer days than the A-day block, the remaining days in the block are indicated by the resulting code, e.g. if you have a 3-day block and are assigned a 2-day trip the remaining day is coded ADY1.
- An A-Day holder is **'on-call'** and available for each A-Day for a 24 hour period. Trip preference awards, assignments, releases and rest requirements may affect the time required to be available.
- When on A-Days you can submit preferences for the following:
  - specific trips and specific standby periods,
  - generic preferences for desired trip length, i.e. any 3-day, etc.
  - co-terminal preference(s) if applicable,
  - preferences for flight leader or language position,
  - preference the time of day you would like your trip award to report. Early (E) is for reporting from 0400-0959, Middle (M) is for reporting from 1000-1559, and Late (L) is for reporting from 1600-0359

  **NOTE:** Preferences can be updated at any time.
- At the beginning of every calendar year, Crew Resources and Planning will publish the seniority date of the bottom 50% of A-Day holders in each base. System wide communication, as well as an individual email will notify Flight attendants if they fall within this range. All flight attendants in the established 50% of A-Day holders will be responsible for obtaining all required visa and qualifications applicable to their base within the set deadline communicated in the annual announcement.

## 5.B Schedule Build

- A-Day duty or on-call hours are established for each base according to local flight schedules and are subject to change. The start times for local base A-Days are published in the bid packets.
- For schedule build purposes each A-Day is worth a value of 4:45 toward the monthly schedule.
- The greater of the actual flight time or applicable A-Day block guarantee credit applies to the annual requirement of 540 hours. This applies regardless of whether you are flown on your A-Days, not flown at all, or a combination of the two.
- Your schedule will be constructed in PBS with a combination of pre-assignments, trips and A-Days, if your seniority requires you hold them or if you bid them. You will be scheduled with at least 10 calendar days off, if you are available for the full bid period (unless you waive the 10 calendar day rule in PBS). *Reference the PBS manual for specific waivers for the 10 day off requirement.*

- Non-standard A-Days will be awarded in a pre-process before the bid award. The due date for non-standard A-Day bids will be posted in the base or AFP bid packages.
- The non-standard A-Day blocks will be awarded in seniority order. If necessary, they will be reverse-assigned with the longest blocks assigned to those who have the required qualifications for the block, if applicable. *Refer to the PBS section on the IFS Portal for more information on non-standard A-Days.*
- If you are only available to work a partial month, the '10 Day Off Rule' is subject to proration. *See Section 4.M for more details.*
- In bases with transoceanic flying your A-Day start date will be awarded with the appropriate rest breaks between trips. *See Sections 1.S and 1.Z for specific transoceanic and ULR rest rules.* **NOTE:** In PBS there is a waiver to the transoceanic rest rule. After schedule release the required 24 hour rest can be waived via swap to the applicable Delta waived minimum rest requirement. *See the PBS User Guide and Section 4 in this book for more information on rule waivers when bidding.*
- If you are awarded or assigned a non-standard block of A-Days greater than 6 days in length, Scheduling will ensure you have a scheduled 24 hour rest in the block of A-Days to satisfy the FAA requirement of 24 consecutive hours rest in every 7 day period.

## 5.C A-Day Holders - Partial Month On Duty

- If you are not on flight status on the first day of a bid period, e.g. after initial training, and your seniority number falls within the range of those who receive A-Days, you will be given up to 6 A-Days, as appropriate.

## 5.D Telephones

- When on A-Days, you are required to be accessible for contact. It is your responsibility to ensure your contact information is updated in iCrew and that your contact preferences are updated in CNO (Crew Notification). You can add, change, or delete these numbers through the 'update/display flight attendant address card' function in iCrew and then by updating CNO preferences.
- If your phone malfunctions, and **as a result you fail to contact Scheduling or be contactable by Scheduling**, you can be charged with a failure to be available and the status code CFSM will be placed on your schedule.
- Your phone contact with Scheduling and Crew Tracking is recorded. There is also a history trail of all contact made via the Crew Notification System (CNO), whether by phone, text, or email.

## 5.E Contact Requirements

- It is your responsibility to check your schedule at or after 2000 local base time the evening before each A-Day. Any assignment placed on the schedule before 2000, awarded or assigned, will be visible. You do not need to acknowledge such assignments.
  **Exception:** If you are off the calendar day prior to the start of your A-Day block, you are not required to check your schedule at or after 2000 hours that day. However, you must check for any assignment on your schedule **as soon as your A-Day commences.** You may have a report time as early as 0200 on your first A-Day (0300 in NYC and LAX).
  **NOTE:** A-Day holders checking their schedule using the VRU should utilize the *range of day* option for their A-Day block to ensure that all statuses on the schedule are read.
- If uncertain when an assignment was placed on your schedule, you can contact Scheduling to verify or acknowledge any assignment. If you are on a trip and flying at 2000, check your schedule on arrival back into base for your next assignment.
- You are responsible for A-Day awards and assignments placed on your schedule prior to 2000 the day before each A-Day. **You will not be called or notified by Scheduling.**
- For any same-day departure while you are on A-Days, or for any trip that is placed on your schedule at or after 2000 the day prior to each successive A-Day, **you will be notified by Scheduling via your CNO preferences.** It is your responsibility to acknowledge your assignment via CNO.
- Scheduling will contact you according to your Crew Notification (CNO) contact preferences. When you are on-call as an A-Day you must respond to Scheduling or acknowledge through CNO within 20 minutes of the first contact attempt. If necessary, call Scheduling toll-free at 1-800-DAL-CREW (1-800-325-2739).
  **NOTE:** The purpose of the **20 minute time limit** is to accommodate flight attendants who may not have immediate access to a phone, or whose phone/cell phone is in a messaging/alert mode.

**Checking Your Schedule During A Minimum Rest Period**

- Whether on duty as a Tripholder or as an A-Day holder, if you are on a required minimum F.A.R. 121.467 rest the day prior to an A-Day, you have the following options:
  1. You can always choose to check your schedule at or after 2000 hours to see your next scheduled trip as an A-Day holder; or
  2. As a Tripholder arriving from a trip the day prior to your A-Day block, you must check your schedule for your next day assignment at the end of the appropriate FAA minimum rest, or at 2000 hours or after, whichever is later.
  3. If you are an A-Day holder arriving from a previous A-Day assignment, you must check your schedule for your next day assignment at the end of the appropriate phone release, or at 2000 or after, whichever is later.
- Access day holders on a mandatory 24-in-7 required rest (RRST) for all or part of the day prior to another A-Day must check their schedules for the next day assignment at the end of the 24 hour rest, or at/after 2000 hours, whichever is later. You must be available to Scheduling at the end of the 24 hour rest period.
- Once you have completed your standby assignment, if you request the option to be released for the remainder of the calendar day, that request will be granted. However, you are still obligated to check your schedule at/after 2000 hours and before the start of the next A-Day to get your next assignment.
  **Example 1:** You are released from standby at 0900. You request and are granted the option to be released for the remainder of that calendar day, ending at 2359. At 1930, Scheduling places a trip on your schedule that signs in at 0700. Scheduling will not call you for this assignment and you must check your schedule at or after 2000 hours to be notified of your report time of 0700 on the following A-Day.

## 5.F A-Day Parameters

- A-Day duty times are set for each base according to trip demographics and operational needs. The A-Day duty times are posted in the bid packages, which can be found in iCrew → Bid Information → FAIR → Bid Packages. You must be available for contact during these time periods unless you are released by Scheduling.
- You will be given a minimum of 2 hours notice (3 in NYC/LAX) from the first attempted contact by Scheduling to the **scheduled departure time** of the flight or start of standby.
- If required to report for duty with less than 2 hours notice (3 hours in NYC/LAX), every attempt should be made to report by the scheduled departure time of the flight. Failure to report in less than 2 hours (3 hours in NYC/LAX) will not subject you to disciplinary action. However, reporting for duty **later** than two hours (3 hours in NYC/LAX) from the first attempted contact will result in a CFSM being placed on your schedule for possible disciplinary action.

- If given less than 2 hours notification (3 hours in NYC/LAX), you are eligible for reimbursement for cab fare or short-term parking expenses. *See Compensation, Section 2.Z.7 and 2.Z.11.*

- The earliest you will be required to report for a trip on your first A-Day is 2 hours after the start of the A-Day (3 in NYC/LAX). You can however, voluntarily report earlier, either by preferencing such a trip on your first A-Day, or by contacting Scheduling in advance. Trips that report within the first 2 hours of the A-Day period (the first 3 in NYC/LAX) will be assigned to A-Day holders already in an active on-call period, day for day to the extent possible.

- During daily operations:

  - If you preference a specific trip that is greater than your A-day block size(s), you are not eligible for incentive pay.
  - If you are assigned a trip by Scheduling (includes piggy-backing) which flys you into your OFF time, you are eligible for an additional 4 hours pay (FIOD).
  - If you are rescheduled / rerouted into your off day by Crew Tracking, you may be eligible for RRO4 pay if the RRO4 parameters are met.

- Once assigned a trip, Scheduling can release you, operations permitting, until the report time of your trip. The schedule code RLS or RLSD preceding an assignment indicates a release to report.

- Though you can be released, at times operations can require a reassignment. Reassignments will be done in reverse seniority of those assigned to the extent possible. Scheduling will contact you for any necessary changes. If unable to contact you prior to report, you can be advised of a different trip at report time but your original report time will be used for duty purposes for that day.

- Scheduling will not normally contact you during your phone release, which coincides with the FAA minimum rest, while on A-Days. You are not required to be available to the company during an FAA rest period (see phone release details in section 5.M). If however, contact is made by you or Scheduling regarding your next A-Day assignment, the FAA rest break is not interrupted for rule purposes.

## 5.G A-Day Utilization

- Utilization is based first on seniority preference and then reverse-order non-preference. The steps of trip coverage, including A-Day awards and assignments, are as follows:

**Steps of Trip Coverage**

1. Flight attendants on availability for pay protection (AVL)

2. Priority pick-ups, then pick-ups & escalation requests

3. Move-Ups
   - To same and greater number of days / same originating date

4. A-Day Preferences
   - Equal day, greater days into off time and STBY; in seniority order

5. Out-of-base Pick-Ups

6. Involuntary escalations to Purser positions
   - The most junior qualified, 1st to A, then to B
   - An A-Day who has preferenced a regular position can be escalated at this step

7. A-Day Assignments
   - Equal day; in reverse seniority order (STBYs assigned first followed by trips)

8. A-Day Preferences–Lesser Day; seniority order

9. A-Day Assignments–Lesser Day; in reverse seniority order

**NOTE:** For more information on A-Day awards and assignments see Section 5.I.

## 5.H A-Day Holders & Preferencing Open Trips

- A-Day flight attendants can submit preferences for trips and stand-by periods in open time. The preference can be for a specific trip or a generic request (e.g. any 3-day trip). Preferences can be submitted prior to and any time during the A-Day block. *(See the Symbols section in the Glossary, page G17 for a list of the specific symbols to use when preferencing leadership or regular, and/or the position order in which you wish them awarded.)*
  **NOTE:** If base staffing is critical, Scheduling may send trips out of base or split trips before running A-Day preferences. The Supervisor may direct that A-Day preferences be suspended in any base which is experiencing critical staffing and operating under Alternate Day Move-Ups.
- If your base/location has a trip with a scheduled release time past the normal A-Day hours (e.g. an 0130 release in a base with A-Day duty normally ending at midnight), a specific preference for this trip can be awarded. These awards do not qualify for draft pay. However if you did not preference a trip into off time and are manually assigned by Scheduling into your off time, you will qualify for draft pay for being scheduled into your off time.
- Within the one calendar day period prior to a date of operation (e.g. SAT for a SUN operation), trips and standby periods in open time not awarded through the preference process will be manually assigned in reverse seniority order to A-Day holders who did not preference or who submitted preferences but were not awarded.
- In bases with transoceanic flying, your A-Day assignments will be scheduled with legal rest breaks between trips. However, you can waive the 24 hour scheduled rest following a transoceanic trip to an 11 hour domicile rest following duty periods scheduled for 14 hours or less; or to 14 hours domicile rest following duty periods scheduled greater than 14 hours. These waivers are accomplished through successfully preferencing while on A-Days, or through picking-up or swapping for other trips or A-Days to follow the transoceanic trip you received as an A-Day holder.

**Co-Terminal Indicator**

- If you are in a co-terminal base, for purposes of your daily A-Day preferences, you can indicate in iCrew which airport you prefer to fly from. The co-terminal preference entries are only for the automated preference running.
  **NOTE:** A specific trip preference overrides any co-terminal preference when the specific trip departs from another co-terminal.
- Co-terminal preferences can be changed at any time however they must be re-submitted for each new bid period.
- During the manual A-Day assignment phase of trip coverage, the trips are assigned in reverse seniority order, and according to the number of days you are available. You can be assigned to fly from any of your base's co-terminals since the co-terminal preferences do not apply during the manual assignment phase.

## 5.I A-Day Awards & Assignments

- Daily trip coverage is in accordance with the procedures detailed in Section 6.N through 6.S. An explanation of the A-Day awards and assignments is outlined below.

- For purposes of manual assignments, back-to-back blocks will be considered within the silo of their total days on duty. For example, ADY3/ADY3 will be considered in the 6 day silo, ADY2/ADY3 will be considered in the 5-day silo, etc.
  **NOTE:** For preferencing and swapping purposes the A-Day List in iCrew will show the size of each individual block.

### Equal Day
**Preference**
- Any trip that is preferenced by an A-Day holder with an A-Day block length equal to the trip length.
- For purposes of Equal Day preferences, trips are awarded to the most senior flight attendant who has an A-Day block size equal to or less than the length of the trip (see also 'Greater Day').
  **NOTE:** A preference for a 6-day or greater trip will be considered an Equal Day preference, as long as the A-Day block size is at least 6 days, e.g. an A-Day holder with ADY7 requesting a 6-day trip would still be considered 'Equal Day'.

**Assignment**
- Any trip that is assigned to an A-Day holder with an A-Day block length equal to the trip length.
- For purposes of Equal Day assignments, trips are assigned in 'silos', i.e. a 1-day trip to an ADY1 block, a 2-day trip to an ADY2 block, etc. These are sequenced in reverse-seniority order.

### Lesser Day
**Preference**
- Any 1, 2, 3, 4 or 5 day trip preferenced by an A-Day holder with an A-Day block length greater than the trip length. For purposes of Lesser Day preference awards, the trips are assigned in ascending A-Day block size order, sequenced in seniority order within each A-Day block size, i.e. a 1-day trip is awarded to an ADY2 block before an ADY3 block, etc.

**Assignment**
- Any 1, 2, 3, 4, or 5 day trip assigned to an A-Day holder with a block length greater than the trip length.
- For purposes of Lesser Day A-Day assignments, trips are assigned in ascending A-Day block size order, sequenced in reverse-seniority order within each A-Day block size, e.g. a 1–day trip is assigned to an ADY2 block before an ADY3 block.
- If you are not released to report time for a preferenced or assigned trip that is shorter than your block length, you can be reassigned to a longer trip if necessary.

## Greater Day

**Preference**

- Any trip that is preferenced into OFF time. For example, an ADY1 A-Day holder preferences a 2-day trip (draft pay does not apply).
- Greater day preferences are worked concurrently with equal day preferences (see also 'Equal Day').

**Assignment**

- Any trip that is assigned into OFF time. For example, an ADY1 A-Day holder is *assigned* a 2-day trip (draft pay applies, the code is FIOD). See Section 6.T, Drafting Procedures.
- If the drafting of greater day assignments is necessary, they will be assigned in reverse order to the most junior available with the closest number of days available, e.g. a 7-day trip will be assigned to the most junior A-Day with a 6-day block, etc.

  **NOTE:** Trips can be split when necessary and possible to minimize drafting and/or to maximize A-Day utilization.

## 5.J Airport Standby Duty

- For standby duty, you are required to be present at the assigned airport in full uniform, and must remain accessible to Scheduling. You must be ready for immediate assignment at all times.
- The schedule status code for airport standby is STBY for domestic standby and ISBY for international standby. There are also specific codes to distinguish co-terminal standby in the three NYC locations.
  **NOTE:** You can be assigned any trip-type while on standby, e.g. a domestic trip while on ISBY, etc.
- Standby duty will normally not exceed 4 hours. However, standby periods can be extended to provide better sign-in coverage, to increase standby utilization for trip assignments, and to react to daily operational needs. The extended standby duty period can be a one time occurrence or for the entire month, at the discretion of Scheduling.

- A-Day airport standby time is considered duty time and included in duty time limitations. You will be scheduled legally according to the duty parameters of the trip type to which you are assigned. The trip combined with your standby time will be scheduled to a:
  1. maximum of 14 hours for domestic flying,
  2. maximum of 16 hours for transoceanic & international flying,
  3. maximum of 20 hours for Ultra Long Range, Non-Stops Greater than 12 Block Hours, and CRAF & Military charter flying (and if FAA minimum staffing is sufficient for the duty period length)

  **NOTE:** If standby time plus a trip assignment schedules a duty day to between 14:01 and 16:00 hours and results in a duty period that is greater than the other crewmembers, the option off point for the A-Day flight attendant will remain the same as the rest of the crew.

- You cannot move-up from an assigned standby period, even if you have already been given a trip assignment.

- Following a standby period, you can request a release for the remainder of that calendar day or you will default to the minimum required 11 hours rest. Contact Scheduling within 1 hour after the standby release time if you want to exercise this release option.
  **Example:** An A-Day holder released from a standby period at 0900 who requests this option will be released for the remainder of that calendar day.

- Out-of-base airport standby duty length can vary and be extended by Scheduling for operational need. Out-of-base airport standby time is credited at the 1 for 2 duty credit rate for the applicable duty period.

- Scheduling will try to assign standby no more than 1 time in a 3-day block, or 2 times in a 6-day block. However, this is subject to operational requirements and may not always be possible.

## 5.K Out-of-Base Standby

- You may be scheduled to cover a trip or standby for another base or location which requires you to remain overnight in that base either before or after the trip.

- If you are sent to another base to cover possible assignments, you will:
  1. be assigned a trip at that base; or
  2. remain at the airport for standby duty at that base; or
  3. be sent to a hotel at that base to await contact from Scheduling.

- If assigned airport standby at that base, Scheduling will inform you of the duration of your airport standby duty times. If assigned a trip the duty time will not exceed the maximum scheduled duty time limits for the specific trip-type.

## 5.L Airport Release Requirements

- You are exempt from obtaining an airport release under the following conditions:
  - You have been on duty more than 12 hours and are scheduled off the next day,
  - You are returning from a transoceanic trip,
  - Following an approved deviation from deadhead into your off day
- Upon your return to home base and after deplaning, you must use the Automated Crew Scheduling telephone system to obtain an airport release prior to leaving the terminal/lounge area.
  - Your call should be completed after your scheduled trip release time, e.g. after arrival and as soon as you complete any safety and customer related duties.
- If you arrive early you can be released up to 30 minutes before your scheduled arrival time.
- You must also obtain an airport release after standby duty. If released, the minimum rest period including a 9 hour phone release, begins following your release from standby.
- If you are released from a trip or standby assignment within 11 hours or less from the end of your last A-Day duty day, or within 16 hours following a transoceanic trip, you are released into your off time with no further phone contact obligation. Such release will apply for 24 in 7 rest considerations.
- If you **fail to call for an airport release within 1 hour** of your block-in time or end of your non-fly duty period, you can be subject to Performance Development.

## 5.M Phone Release

- The Company will attempt to avoid interrupting the FAA minimum rest break, but contact by either the flight attendant or the Company does not interrupt the FAA rest period for legality purposes. However, a flight attendant is never required to contact the company or be available to the Company during an FAA minimum rest period.
- The phone releases below apply to all A-Day holders. During severe operations, the phone release can be reduced to less than the times noted. However, phone release times will be no less than the appropriate F.A.R. minimum rest requirements of 9 hours for duty periods scheduled at 14 hours or less and 12 hours for duty periods scheduled greater than 14 hours.

| Phone Release: | Explanation |
|---|---|
| **9 hours** | • When released for an 11 hour rest in your base after a scheduled 14 hour or less duty period. |
| **10 hours** | • When released for a subsequent 11 hour rest in your base following a rest of less than 9 hours after a scheduled 14 hour or less duty period. |
| **12 hours** | • When released for a 14 hour rest period in base after a scheduled 14 hour or greater duty period. |
| **12 hours** | • When released for a subsequent 14 hour rest in base following a rest of less than 12 hours after a scheduled 14 hour or greater duty period. |
| **14 hours** | • When released from a domestic trip for a 16 hour rest in your base after exceeding a 16 hour duty period. |
| **16 hours** | • Upon completion of a transoceanic trip (includes certain International trips which qualify as Transoceanic due to length or service type). |
| **24 hours** | • When rest period in your home base is the FAA required minimum rest of 24 hours in 7 consecutive calendar days. This is designated on your schedule with the code RRST. |
| **24 Hours** | • When released from an Ultra Long Range Trip assignment. |

## 5.N A-Day Rest Requirements

- You are scheduled with a minimum 11 hour domicile rest between domestic and/or international trips. Due to actual operations, by reroute or delay, your rest can fall below 11 hours. You will not be removed or re-assigned from a subsequent preferenced award or tripholder assignment until your rest falls below 9 hours.
- If your next A-Day assignment was originally scheduled with an 11 hour or greater rest, and this rest was reduced, **you may request and will be granted** at least an 11 hour rest before your next assigned (but not preferenced) A-Day trip.
- A-Day holders will be scheduled with appropriate rest breaks between trip types as indicated in Section 1.Z.2. However, a specific A-Day trip preference (or move-up) following a preferenced or assigned trans-oceanic trip is understood as a waiver (for the 2nd trip) from the normal scheduled rest break of 24 hours following such transoceanic flying. The minimum rest is waived from 24 hours to no less than 11 hours.
  **Example:** On the first day of a 6-day block you fly a transoceanic trip that is scheduled for release on the 3rd day at 1700. You then submit a preference for a specific domestic trip for the 4th day that reports at 1300 (less than a 24 hour rest). The preference for the specific trip that reports at 1300 is understood as a waiver from receiving a full 24 hour rest following the transoceanic trip.
- Following a transoceanic trip, once you have preferenced another trip and received a waived rest of no less than 11 hours, actual operations can reduce your minimum rest to 9 hours following a duty period scheduled at 14 hours or less; or to a minimum 12 hours rest following a duty period scheduled greater than 14 hours. If your actual rest prior to the next trip is less than 9 hours or 12 hours respectively, you will be removed from that next scheduled trip. This applies before and after such a preferenced trip.
- If you preference or are assigned a transoceanic trip and then do not preference for your next trip (e.g. when you have a 6-day block), or enter a generic preference, Scheduling will ensure a 24 hour scheduled rest before your next assignment.
- All minimum scheduled rest is from release time to the next scheduled report time.
- At times, additional flight segments are given to A-Day holders on arrival back to base (termed **'piggy-back' flying)**. Such additional flying will not be assigned when arriving off an all-night duty period. 'All-nighters' are defined as duty reporting between 1500 and 0100 local time and releasing the next morning after 0500.

- For swapping purposes, if your base has A-Day times other than midnight to midnight, and your 6th day is an A-Day, a 24 hour rest on day 7 can commence following the end of your scheduled A-Day, fulfilling the 24 in 7 rest requirement.

## 5.O Transitioning Between A-Day and Trips / Leaves

- An **11 hour rest** must be scheduled between an A-Day and any subsequent trip. For example, when requesting a trip to follow an A-Day of 0000-2359, the trip cannot report sooner than 1100 the next day. This also applies to any training or special assignments. **NOTE:** Bases/locations with A-Day start times other than 0001 will have the same 11 hour break applied accordingly; e.g. in a base/location with an A-Day start time of 0100, any requested trip following the A-Day must report no earlier than 1200, thus maintaining the 11 hour break.

- To schedule a trip prior to an A-Day in a base with A-Day start times of midnight, the trip must have a scheduled release of **1700** or earlier the day prior to the A-Day. Adjusted times will apply if the A-day start time varies. These parameters apply to all bases to provide an 11 hour rest prior to the first expected A-Day trip report time.

- When you pick-up or swap to place A-Days to follow a transoceanic trip on the next calendar day, or when you pick-up, swap, or move-up to place a transoceanic trip to immediately precede any A-Days already on the schedule, such trip placement is considered a waiver of the 24 hour rest.

- Additionally, as a result of the PBS bid, when A-Day blocks precede regular trips as a tripholder, a preference for a transoceanic trip or transoceanic standby is also considered a waiver of the 24 hr rest.

- If you have A-Days scheduled before or after a ULR trip, or swap to place A-Days before or after a ULR trip, see the additional ULR rest parameters in Section 1.S.

**Trip Interference with an A-Day Assignment**

- If rescheduling or drafting causes a trip on your schedule to interfere with an A-Day block on your schedule, you will be given the appropriate domicile break before completing your remaining A-Day obligation.
  **NOTE:** If the rescheduling or drafting of a trip that precedes an A-Day block interferes with the A-Day block, any originating flight time and trip credits accrued on the A-Day will offset the block guarantee in addition to any other earned time on the remaining A-Days.

**A-Day Trip Interference with a Regular Trip**

- If your A-Day assignment is rerouted or extended by piggybacking and interferes with your next scheduled assignment as a tripholder, you will be pay protected for the dropped trip under the guidelines of Two-Rotation Pay Protection. *See Pay Protection Involving Two Pairings or More in Section 3.H.*

**A-Day Trip Completion into a PLOC Month**

- You must complete an A-Day award or assignment that transits into a bid period with an awarded PLOC.

## 5.P Interference With OFF Days (FIOD)

- As an A-Day holder you may be flown into your off time. This may be done at the time of your trip assignment or as a continuation of an assignment. The flown into OFF day code is FIOD.
- In trip coverage procedures, Scheduling will assign a trip that is equal to or less than your A-Day block. At times, circumstances can require assignment into off days due to operational needs. When this occurs, Scheduling will make every attempt to assign a trip flying you into the fewest amount of off days possible.
- You will receive draft pay of 4 additional hours for every off day you are scheduled into **OR** you have the option to take another day(s) off in the next or following bid period.
- When operations require, and Scheduling has to reassign A-Days to other assignments that release into OFF days, Scheduling has the option to skip over any A-Day flight attendants when such reassignments interfere with the next scheduled trip or assignment the flight attendant has as a tripholder. This is contingent on the state of the operation and lessens the need to cover additional trips that would be dropped in such cases. When reassigning, Scheduling will use reverse seniority to the extent possible, but in an irregular operation this may not be feasible.
- An OFF period is interfered with in the following ways:

**Draft (FIOD) Pay is Due**

1) by being manually scheduled into the off period (FIOD pay is due, or the option to take another day off in the next bid period)
2) you are either given a trip length greater than your A-Day block or on arrival into your base you are 'piggybacked' into additional flying into your off time.

**Example A:** You have 1 A-Day remaining and due to critical staffing Scheduling calls to assign you a 2-day trip, into your off time. You are due draft pay (FIOD) of an additional 4 hours.
**Example B:** You are scheduled for release at 1600 on your last A-Day, and on arrival Scheduling 'piggy-backs' you on additional flying that is scheduled for release at or after 0001 on your first off day. You are due draft pay (FIOD) because you were scheduled into your off time.

**No Draft (FIOD) Pay is Due**

1) by preferencing a specific trip with a release time that falls into the off period
2) by being delayed into the off period
3) by being rerouted into the off period; however **RRO4** pay may apply if you are rerouted into an off day and a duty period has been added according to the Delta trip definition in Section 4.B.
4) by being 'piggybacked' into remaining A-Day time

**Example C:** You are arriving in base on the second day of your block of 3 A-Days at 1530 and you have one more A-Day to serve the next day. On arrival you are 'piggybacked' with additional flying into the 3rd A-day. You do not qualify for draft pay because you were not flown into your off time.

**Option for Off Day in Next Bid Period Instead of FIOD Pay**

- If Scheduling assigns you into your off period or you are drafted into an off day, you will receive draft pay of +4 additional hours pay; or you can choose the option of taking an additional off day in the following bid period.

- If you choose to take an additional off day in a subsequent bid period, the following applies:
  - The off day request cannot be on a holiday or during a black-out period
  - If the day of the month your off day is affected is the 1st through the 13th, you can choose a day off for the next bid period which will be pre-plotted in PBS and prevent a trip or A-Day from being placed on that day.
  - If the day of the month your off day is affected is between the 14th and the end of the month, then the additional off day request must be for two bid periods away.

    **Example:** If you are flown into January 25th, and you want an additional off day, since the February bid is already processed, your choice of an additional day off has to be for the March bid period.
  - Submit your request using the 'Day Off Request Form' located on the IFS portal under Ops & Planning / Forms.

**NOTE:** If your seniority requires you to have A-Days in the following bid period, the number of A-Days assigned will not be reduced.

## 5.Q A-Day Swapping and Schedule Changes

- You can submit requests for A-Day swaps with other flight attendants any time during the current bid period and/or once schedules are released for a new bid period. Pre-plotted Non-Standard A-Day blocks may not be swapped until bids are released for the new bid period in which they are plotted.

- Swaps for an A-Day grouping must be for the complete awarded block (most bases have 3 A-Days, but some have fewer or more than 3). However, if by bid you are awarded back-to-back blocks, they will retain the individual block identifiers. One or both blocks can then be swapped as individual blocks until 0200 two days prior to the start of the first block, at which time the two blocks are combined into one continuous block of A-Days.
  **Example:** If two 3-day blocks are awarded or assigned by bid, they will appear as two separate 3-day blocks, and you can swap one or both as separate blocks. However, you can still be awarded a preference for, or assigned a trip for the total number of A-Days, i.e. a flight attendant with two consecutive 3-day blocks can be assigned a 4, 5, or 6 day trip.

- Once an A-Day block has been 'broken' by an A-Day preference, an assignment, or an inactive status, the remaining days can be swapped away.

- You can swap your block of A-Days with another flight attendant. The swap can be your A-Days for a trip, a block of A-Days for another block of A-Days, or a drop/pick-up of a block of A-Days. There is no minimum number of A-Days you must maintain for a bid period after the initial bid award.

- You cannot swap A-Days which results in being on A-Day status more than 6 consecutive days to ensure a 24 hour-in-7 day rest.
  **Exception:** If awarded or assigned a block greater than 6 days for specific trip coverage in a base, Scheduling will ensure you receive the appropriate 24 hour rests every 7 days.

- You can swap to combine trips and A-Days in any 7 consecutive calendar days but must have a scheduled 24 hour rest period within those 7 consecutive calendar days.

- If your base has A-Day times other than midnight to midnight, and your 6th day is an A-Day, a 24 hour rest on day 7 can commence following the end of your scheduled A-Day, fulfilling the 24 in 7 rest requirement.

- A flight attendant on standby (STBY) must complete the assignment and receive a phone release before any remaining A-Day can be swapped to another flight attendant.
  **Example:** You have 3 A-Days and are assigned STBY from 1100 to 1459. After standby is completed at 1500, and you are released for a domicile rest, you can swap the remaining A-Days to another flight attendant.

- Once an A-Day holder has a trip placed on their schedule, the trip can be swapped with another flight attendant up to report time. The access day indicator ('@') and all A-Day obligations remain with the trip according to the trip definition, i.e. 1-day, 2-day, etc. and are assumed by the receiving flight attendant.

**Example A:** You pick-up a trip from an A-Day Holder at 1500. Report time is 2100 and the A-Day was not released to report time. You are now 'on-call' at 1500 (the time of the swap) in the event Scheduling must contact you.
**Example B:** You pick-up an all-nighter 1-day turnaround from an A-Day holder that releases in domicile at 0730. Since this is a 1-day trip, the original A-Day holder retains the obligation for that 2nd day.
**Example C:** You pick up a 2-day trip from an A-Day holder that releases in domicile at 1130 on the 2nd day. You retain the obligation for the remainder of the 2nd A-Day, including any on-call time after a scheduled legal rest.
**NOTE:** If the A-day Holder who was originally assigned the trip had been released by Scheduling (RLS is showing on their schedule) the release will not automatically follow the trip with the swap/pickup to the receiving flight attendant. The receiving flight attendant must call Scheduling to ensure the RLS code is added to the trip.

- Flight attendants cannot swap A-Days for trips in open time. However, once you have a trip as an A-Day, you can use the Move-Up process to move to a higher category trip, i.e. regular to Leader or LOD, domestic/int'l regular or Leader to regular transoceanic. However, A-Days cannot move-up to an alternate-day trip. *See Section 6.M and Appendix C for more detail regarding Move-Ups.*
- If you swap to place an A-Day block adjacent to another A-Day block, the individual blocks will retain their separate block identity. They can be swapped as individual blocks until 2 days prior to the start of the first block. At this time they will be automatically combined before the first running of A-Day preferences for the date two calendar days away.
**Example:** You swap to place two 3-day blocks back-to-back, the 4-5-6 and 7-8-9. The blocks can be swapped as individual blocks until they are automatically combined into one 6-day block at 0200 on the 2nd.
- You can swap to place a block of A-Days before or after a scheduled trip. However, there must be an 11 hour buffer between the end of the A-Day and the trip or, if the trip precedes the A-Days the trip must release no later than 1700 the day before the A-Days.
**Example A:** You have a trip that reports at 1130 and desire to swap to place an A-Day block before the trip. This is a legal swap for all bases in which the A-Day duty day is set at 0000-2359, since more than an 11 hour buffer is present between the end of the A-DAY at 2359 and the report time at 1130.
**Example B:** You have a trip that is scheduled for release at 1630 and you desire to pick up an A-Day block the day following the trip. This is legal since the trip releases prior to 1700.
- If you swap to place a trip to immediately follow an A-Day block, it is considered a waiver for A-Day assignment purposes, of the 24 hour rest requirement following a transoceanic pairing.
- If an A-Day holder is assigned a trip that is subsequently jetway traded, both flight attendants in the swap retain partial A-Day obligations, ending or beginning at the split point. *See Section 6G Jetway Trades for more detailed information.*

- Operations permitting, within 1 calendar day of the date desired, A-Day holders can drop an A-Day (ADOT) using the TDOT (trip drop) procedures. A TDOT request is awarded in seniority order and can be for one, two or three days.

## 5.R A-Day Trip Guarantee

- Concurrent with the A-Day Block Guarantee, an A-Day holder is guaranteed the scheduled value of the trip if time is lost due to daily operations, after departure and with a landing at another airport provided there are no availability requirements for the tripholders.

- An A-Day trip guarantee applies to single rotations only, and will pay the greater of the value of the trip actually flown, or the scheduled value of the trip at the time it was placed on your schedule.

| Flight Time Lost | Trip Guarantee |
|---|---|
| 1. If your entire trip cancels at or after report, or is shortened by a calendar day or duty period.... | **No** - You are returned to A-Day status to receive another assignment, or be placed on Airport STBY, or be released for a domicile break. **NOTE:** If you are not released, any additional flying later that day/duty period will be calculated for legalities using your original report time of that day/duty period prior to the trip cancellation. |
| 2. If 'A' day cancels and the trip reports for duty at home base on the next calendar day... | **No** - You are returned to A-Day status and/or assigned another trip. |
| 3. If 'A' day reroutes to deadhead only during the first duty period to pick up the balance of the trip... | **Yes** - You are paid based on the value of the trip when put on your schedule or the value of the trip as actually flown, whichever is greater. |
| 4. If 'A' day has an attempt with no landing in another city or the duty period consists of only non-fly duty... | **No** - You are returned to A-Day status and/or assigned another trip. |
| 5. If you lose flight/credit time on a trip and arrive back into your home base within the same duty period as scheduled (requires a take-off from point of origination and landing at another airport)... | **Yes** - You are paid based on the value of the trip when put on your schedule or the value of the trip actually flown, whichever is greater. |
| 6. If you lose flight/credit time on your trip and you return to your home base **prior** to the original scheduled report time of the last duty period.. | **No** - You are paid the value of the trip actually flown and returned to A-Day status. |
| 7. If you lose flight/credit time on a trip which is extended an extra day... | **Yes** - You are paid based on the value of the trip when put on your schedule or the value of trip as actually flown, whichever is greater. |

- An A-Day trip guarantee, if applicable, plus any other A-Day assignments within the A-Day block are compared to the A-Day Block guarantee and the greater is paid. You will receive no less than the A-Day block guarantee for the number of A-Days on your schedule.

**Example A:** An A-Day holder on a 3-day block completes a 2-day trip worth 10 hours and does not fly the 3rd day. The A-day holder will be paid the 14:15 A-day block guarantee as it is the greater of the two (Trip Guarantee vs. 14:15 Block Guarantee).

**Example B:** An A-day holder on a 3-day block completes a 3-day trip worth 16 hours. The A-day holder will be paid the 16 hours Trip Guarantee as it is the greater of the two (Trip Guarantee vs. 14:15 Block Guarantee).

**Example C:** An A-Day holder on a 3-day block is assigned an 18 hour trip. The crew is rerouted on 'C' day and loses 5 hours block time. However the crew flies 1 segment on 'C' day, and arrives back in their base after their original report time, leaving no availability (AVL) requirements for the Tripholders. The trip is now only worth 13 hours. The A-Day holder is also paid 18 hours like the Tripholders under the trip guarantee policy. The A-day holder will be paid the 18 hours Trip Guarantee as it is the greater of the two (Trip Guarantee vs. 14:15 Block Guarantee).

**Example D:** An A-Day holder on a 6-day block completes a 3-day trip starting on day one worth 15 hours. They are assigned STBY on day four worth 2 hours but not used, which is followed by a 2-day trip worth 10 hours on days five and six. The A-day holder will be paid the 28:30 A-day block guarantee as it is the greater of the two (Trip Guarantee vs. 28:30 Block Guarantee).

## Section 6 - Schedule Changes

| | | |
|---|---|---|
| 6.A | Schedule Changes - Definitions & Overview | 122 |
| 6.B | 1st Come 1st Served Open Time Process | 122 |
| 6.C | Trip Trade Balancer | 124 |
| 6.D | Open Time and Language of Destination Positions (LOD) | 126 |
| 6.E | Pick-Ups - General | 126 |
| 6.E.1 | Pick-Ups From Open Time | 127 |
| 6.F | Swaps - General | 128 |
| 6.F.1 | Swaps With Open Time (1st Come 1st Served) | 130 |
| 6.F.2 | Swaps With Another Flight Attendant | 130 |
| 6.G | Jetway Trades | 131 |
| 6.H | Training and Meeting Swaps | 134 |
| 6.I | Dedicated and Regular Charter Swaps | 134 |
| 6.J | Access Day Swapping | 135 |
| 6.J.1 | Down-Line Trades | 136 |
| 6.K | Swapping Chart | 137 |
| 6.L | Trip Escalations | 138 |
| 6.M | Move-Ups | 139 |
| 6.N | Trip Coverage | 142 |
| 6.O | Out-of-Base Pick-Ups | 144 |
| 6.P | Transiting Midnight & A-Day Awards/Assignments | 144 |
| 6.Q | (Intentionally Blank) | 145 |
| 6.R | A-Day Coverage of Trips that Exceed Block Length | 145 |
| 6.S | ‘Piggybacking’ of A-Days | 146 |
| 6.T | Drafting Procedures | 146 |
| 6.U | Paid Personal Time Off (PPT) | 148 |
| 6.V | Trip and A-Day Drops Without Pay (TDOT & ADOT) | 150 |
| 6.W | Managed Time Out (MTO) | 151 |
| 6.X | Emergency Leave of Absence (ELOA) | 152 |
| 6.Y | Jury Duty / Court Appearances | 153 |
| 6.Z | ‘Parking Trips & A-Days | 155 |

## 6.A Schedule Changes - Definitions & Overview

### Overview

- Changes can be made to a flight attendant's schedule in a number of ways. Some of the processes used include, but are not limited to: pick ups, escalations, swaps, move-ups, drops of trips/A-Days, Paid Personal Time (PPT), Managed Time Out (MTO), Emergency Leave, Jury Duty, Court Appearances, and trip coverage awards or assignments by Scheduling.

- Schedule changes can be accomplished in a variety of ways. Some can be done by the flight attendant alone while others require Scheduling assistance.
  **Exception:** During the running of PBS for the next bid period, changes involving trips on the last day of the current bid period and changes involving trips which spill over into the new bid period are temporarily restricted. The restricted time period is from the close of the bid until the initial release of the bid results. The release times vary by base or location.

## 6.B 1st Come 1st Served Open Time Process

- 1st Come 1st Served Open Time is available up to midnight one calendar day prior to the day of departure. This is termed the One Calendar Day Cutoff. For example, on Monday at 0001, 1st Come 1st Served open time is no longer available for swapping for all trips departing on Tuesday.
  **Exception:** Transoceanic 'Q' pairings are awarded (one time run of priority & regular pick-ups) 5 days prior to a day of operation at 1200 ET in seniority order. *See Chart in Section 4.E for more details.*

### Prior to the One Calendar Day Cutoff

- Once schedules are released, you can enter open time requests for the current and next bid period.  Requests will be processed on a continuous basis beginning on the date and time posted in each base and in F.A.I.R. (Flight Attendant Information Reference, located in iCrew)
  **NOTE:**  Pick-ups do not have priority over swaps in 1st Come 1st Served.

- The **1st COME 1st SERVED** entry template is used for open time requests of swaps and pick-ups and is processed immediately. Trips are awarded to the first submitted request that would allow a legal award.
  **Exception:** Transoceanic 'Q' pairings are released 5 calendar days prior to a date of operation and there is a one time seniority pick-up process run at 1200 noon ET. In iCrew, use entry template **Q*LF P/U (5 DAYS OUT)**.

- Prior to one calendar day, if the leadership position is available on your trip, and you would like to escalate, you will need to use the swap template.

### After the One Calendar Day Cutoff

- One calendar day prior to the date of operation, 0001 local base time, '1st-Come-1st -Served' open time ceases for that date. For example, at 0001 on Monday, open time is no longer available for trips departing on Tuesday.
- Within the 1 calendar day period prior to the date of operation, Scheduling, **using system seniority**, will assign flight attendants to trips using the Trip Coverage Procedures as noted in Section 6.N.
- The entry template **PU/ESC (W/IN 1 CAL DAY)** is used for pick-ups and escalations that are to be worked after the 1 calendar day cut-off. Separate templates are used for move-ups and out-of-base pick-ups.
- The entry template **PU/ESC (W/IN 1 CAL DAY)** can also be used for requests that remain active to be worked at a later date. You must resubmit requests for trips that change pairing number via the transition replacement process. Also, trips that are split by position have a duplication number, e.g. 1401-1, 1401-2, etc. and all swap, pick-up, and move-up requests should indicate the correct 'dupe' number.
- All open time pick-ups, escalations and move-ups available within the one calendar day period will be processed by Scheduling. If you desire to pick-up, escalate on, or move-up to a trip within the one calendar day period prior to the trip operating, submit your request using the appropriate entry template. Requests submitted before 0900 local time will be included in the first automated Pick-Up/Escalation running. *(See the Symbols section in the Glossary, page G17 for a list of the specific symbols to use when requesting leadership or regular, and/or the position order in which you wish them awarded.)*

  **NOTE:** During irregular operations when staffing is critical Scheduling will at times take direct calls from volunteers to take open trips. This is after pick-ups have been run.

- An <u>escalation</u> allows a flight attendant to escalate to a purser or flight leader position on a trip in which they are occupying another position. A <u>move-up</u> is a swap processed by Scheduling 'moving' a flight attendant 'up' to a specific qualification *on a different trip* (to purser, flight leader, language, or transoceanic) within one calendar day prior to the day of departure.

### The '15 Minute' Rule

- After 1600 the day before departure, and up until 2:30 before a trip report time (3:30 in NYC & LAX), when positions come available in open time, Scheduling will wait at least 15 minutes before covering the trip using the standard trip coverage procedures.

  **NOTE:** Scheduling may suspend this process during IROPs or periods of otherwise high demand.

**Which Schedule Change Template to Use:**

- The following chart can be used as quick reference to determine what template to use when you are trying to adjust your schedule:

| To pick-up, or swap with: | Use: |
|---|---|
| Open Time outside 1 calendar day prior to the date of operation | 1st COME 1st SERVED |
| Another flight attendant | iCrew Swapboard |
| **To escalate:** | **Use:** |
| To leadership outside 1 calendar day….you must PICKUP or SWAP | 1st COME 1st SERVED |
| **To pick-up or escalate only:** | **Use:** |
| Within the 1 calendar day period prior to the date of operation | PU / ESC (W / IN 1 CAL DAY) |
| **To move-up** | **Use:** |
| A 'swap' to a specific qualification within 1 calendar day worked by Scheduling…. | MOVE-UP |
| **To pick-up:** | **Use:** |
| Out-of-base within 1 calendar day | OUT OF BASE P/U |
| Q* Load Factor - 5 Days Out | Q*LF P/U (5 DAYS OUT) |

## 6.C Trip Trade Balancer (TTB)

- The Trip Trade Balancer (TTB) is an automated program designed to support efficient use of crew resources by balancing the number of open positions with the number of A-Day flight attendants. The state of base staffing is reflected in the TTB. It tracks the number of trips in open time and the number of A-Day flight attendants that are available.
- The Trip Trade Balancer is used to govern and restrict the number of trips that can be swapped with open time on any given day. This is based on a pre-determined maximum number of duty periods allowable in open time and is based on known operational/ historical data. As Open Time fluctuates due to the continual swapping of trips, so will the number associated with each date on the TTB. The difference column reflects an overage or shortage of flight attendants necessary to support the operation.
- When days are capped and have reached their pre-determined limit, the computer will still award an equal day, same date swap(s). For example, a 3-day trip on the 10th can be swapped for another 3-day on the 10th.
- Additionally, when swapping for different days, the Trip Trade Balancer recognizes lesser and greater capped days and will only award a swap that provides an overall equal or positive impact.
  **NOTE:** When calculating the value of your trip vs. the trip you are trying to swap for, any days which have a positive value associated with them are not counted in the calculation. You ONLY ADD UP the days which have negative values associated with them in your calculation.

- The TTB can be found in iCrew by clicking on 'Bid Information', then by clicking on "FAIR", followed by clicking on 'Trip Balancer'.

**Example:**

| Day / Date | Available | Used | Required | Difference |
|---|---|---|---|---|
| SAT 25 MAY | 110 | 20 | 125 | 5 |
| SUN 26 MAY | 100 | 17 | 125 | -8 |
| MON 27 MAY | 80 | 0 | 95 | -15 |
| TUE 28 MAY | 90 | 6 | 80 | 16 |
| WED 29 MAY | 90 | 0 | 80 | 10 |
| THU 30 MAY | 90 | 0 | 85 | 5 |
| FRI 31 MAY | 90 | 0 | 105 | -15 |

In reference to the table above:

**Available** – The number of A-Day flight attendants available on a given day that have not yet been assigned, minus the number of trips in Open Time that touch that day.

**Used** – The number of flight attendants that have already been given an assignment that touches that day.

**Required** – The planned required number of A-day flight attendants for a given day.

**Difference** – The **available** A-Day flight attendants plus the **used** A-Day flight attendants, minus the **required** A-Day flight attendants.

- Certain days of the year will be blacked out for purposes of swapping off of them. Past examples are Christmas Day, Mothers Day, etc. Same day/date trades will however, continue to be awarded. **NOTE:** If the blackout date is not a negative number, swaps will still go through as long as all other parameters are met for swapping.

- When swapping with open time, for the purposes of the TTB, a duty period which transits midnight will be considered as operating totally on the date of the local departure time for that duty period.

  **Example:** The report time for the trip below is 2235. The duty period, originating and departing on day 'A' would be considered as operating totally on day 'A'.

| Day | Flight | Depart / Arrives | Block | Equipment |
|---|---|---|---|---|
| A | 589 | ATL 2335/BOS 0205 | 2:30 | 737 |
| | 500 | BOS 0300/ATL 0528 | 2:28 | |

## 6.D Open Time & Language of Destination Positions-LOD

- Every attempt will be made to staff all designated language positions, including sending them to another base for coverage if resources are available. Language positions are an important customer service provision for passengers in the local languages of all the destinations Delta serves, but they are not mandatory.

- In the event an LOD position is unable to be covered with an LOD flight attendant, any remaining open LOD positions for each specific language will be converted to regular positions. After 15 minutes, trip coverage will be processed again for the open regular position(s).

  - As additional LOD positions come into open time, the same procedure noted above will be applied.
  - If the last position comes into open time, the drafting of an LOD qualified flight attendant may be necessary.

## 6.E Pick-Ups - General

- You can pick up trips in accordance with F.A.R. and Delta duty time limitations and rest requirements. *See Section 6.O for information on Out-of-Base Pick-Ups.*

- Flight attendants can pick up any trips for which they are qualified and hold the necessary passport/visas.

- A pick-up that places an A-Day to follow a transoceanic pairing automatically waives the scheduled 24 hour rest to an 11 hour rest (or a 14 hour rest if the preceding transoceanic duty period is scheduled over 14 hours). This only waives the Delta 24 hour rest following a transoceanic trip but will never waive an FAA 24 in 7 rest requirement. The pick-up request will be denied if the FAA 24 in 7 rest requirement is not met.

- Priority pick-ups can be chosen as a pay protection option or given as a result of a Scheduling error and are always processed before regular pick-ups. They do not have any priority in the 1st Come 1st Served process but do maintain priority for transoceanic loadfactor pairings (Q* pairings) 5 days out, and during the day prior to, and the day of operation.

## 6.E.1 Pick-Ups From Open Time

**Submitting Pick-Up Requests – Immediate Results**

- You can enter pick-up requests for the current and next bid period once schedules are released using the **1st COME 1st SERVED** open time process. These requests are worked immediately in the computer. Additionally, requests in **1st COME 1st SERVED** open time cannot be stored in the computer in advance of the open time release date. Only one entry request at a time can be entered using 1st COME 1st SERVED open time.

**Submitting Pick-Up Requests – To Be Held for Future Dates**

- If you want a pick-up request held for a future date (sometimes called a 'blind request'), use the **PU / ESC (W / IN 1 CAL DAY)** template. For these requests, you can list multiple dates/trips on one request however, any award will void the remaining choices listed on the request. For all requests, the first trip worked or listed that is available and legal will be awarded.

**Pick-Up Awards**

- Before the one calendar day cutoff, prior to a date of operation, all pick-up requests are worked immediately as part of the 1st Come 1st Served process.

- After the one calendar day cutoff, all pick-ups are worked in the trip coverage process on a continuous basis in seniority order for every open position that becomes available.

- Once you are awarded a pick-up, trip coverage will not be reworked if a trip you originally preferred becomes available later in the pick-up process.

**Awarded with No Contact**

- After the one calendar day cutoff, if your request is entered to remain active and you are awarded a pick-up **prior to 1600** local base time the day before departure, the trip will be placed on your schedule. It is your responsibility to check your schedule for the award. Scheduling will not contact you regarding these awards.

**Awarded After Contact**

- Pick-ups awarded **after 1600** local base time the day before departure will be made with phone contact only. Once notified, you have the option to accept or decline. Only two calls will be made, one each to the first two phone numbers listed in iCrew and if you are not immediately reached Scheduling will proceed to the next request.

- If you are on a trip when awards are made after 1600 local base time the day before departure and the trip can be legally awarded to you, Scheduling will attempt to contact you and will hold the trip up to a maximum of 3 hours after your block-in.

## 6.F Swaps - General

- You can swap trips in accordance with applicable F.A.R. and Delta flight and duty time limitations and rest requirements.

- Flight attendants can swap any trips for which they are qualified and hold the necessary passport/visas. *See Section 4.H–Schedule Build/Bidding for swapping restrictions during the CBS Freeze.*

- A swap that places an A-Day to follow a transoceanic pairing automatically waives the scheduled 24 hour rest to a minimum 11 hour rest (or a minimum 14 hour rest if the preceding transoceanic duty period is scheduled over 14 hours). This only waives the Delta 24 hour rest following a transoceanic trip but will never waive a required FAA 24 in 7 rest requirement. The swap will be denied if the FAA 24 in 7 rest requirement is not met.

### Domestic Trips

- You can swap domestic trips for transoceanic trips in Open time and vice versa as long as you have the required qualifications.

- A domestic Flight Leader position can be swapped for any other position in Open Time subject only to the Trip Trade Balancer parameters. Or, a domestic Flight Leader position can be swapped with another Flight Leader-qualified flight attendant.

### Transoceanic Trips

- You can swap a Purser, Service Leader 'B' or transoceanic regular position for a transoceanic LOD position (if qualified), a domestic Flight Leader or a domestic regular position.

- Transoceanic trips can be scheduled back-to-back over a 7 day period (e.g. a 4-day followed by a 3-day) through swapping. There must be a scheduled 24 hour break, release to report, <u>either within the first trip or between the two trips</u>. The 24 hour rest cannot be the last layover opportunity preceding the 7th day. *See Section 1.Z.3 for more details.*

**Language of Destination (LOD)**

- An LOD qualified flight attendant can ONLY swap with another LOD flight attendant qualified in the same language.
- You can swap for a transoceanic LOD position if you are language qualified and have the required qualifications. If you are qualified in more than one language, you can swap in open time for language positions in those other languages.
- An LOD qualified flight attendant can swap an LOD position with open time for another LOD position as noted below. If the trip has:
  - 4 or 3 LOD bid positions it can drop to 2 LOD through open time;
  - 2 LOD bid positions it can drop to 1;
  - 1 LOD bid position can't swap off the last remaining LOD position
- You cannot swap LOD positions for Leadership or regular (non-LOD) positions on other trips in open time.
- You can voluntarily escalate to the Leader position (Purser A, B, or Flight Leader) on the same trip as long as you are not the only remaining LOD position-holder of a specific language, or the only LOD-qualified and there are other Leaders to escalate.
- You can be involuntarily escalated to the Leader position (Purser A, B, or FL) on the same trip as long as you are not the only remaining LOD position-holder of a specific language or the only LOD-qualified flight attendant. If you are the only remaining LOD position holder of a specific language and are Leader-qualified, you will be by-passed in the involuntary leader escalation process, and the next most junior Leader-qualified will be escalated.
  **NOTE:** The LOD-qualified holding regular positions will always be escalated in reverse-seniority order before a FA holding an LOD-bid position. If you are the only LOD and the only Leader you (or the junior if the trip has more than one bid position language) will be escalated.
- A flight attendant who has voluntarily escalated to the Leadership position from an LOD position on the same trip is said to be holding a dual qualified position. You can only swap with another FA who is qualified as both a Leader and in the same language.

**Military Charters, Inaugurals, & Trips with OAL Deadhead Seats**

- Once awarded you cannot swap a Transoceanic Military Charter. Transoceanic military charters are awarded as pick-ups and move-ups on a system-wide seniority basis. Any such swaps will be reversed and the flight attendants subject to Performance Development.
- Inaugural or other seasonal pairings which require advance OAL (other airline) bookings must be ticketed name specific and these tickets cannot be changed after they are purchased. The process of acquiring the OAL tickets begins as soon as schedules are released or the trip is taken from open time. Once the ticketing is complete, the trips are locked onto the schedules and all swapping will be blocked.

## 6.F.1 Swaps With Open Time (1st Come 1st Served)

**Continuous Daily Processing**

- You can only swap for trips with the same or greater trip length as defined by the Delta trip definition. Once awarded a trip through the 1st Come 1st Served process, the results are instantaneous and cannot be reversed. *For more information on trip length, see Section 4.B.*
- You can swap for pairings originating in different bid periods once schedules and open time are released for the new period. You can swap trips either into or out of the current bid period. You can submit choices for trips departing in either bid period on the same request.
- You can not swap with Open Time if your trip has an approved deviation from scheduled deadhead. You must notify Scheduling to reflect the original deadhead prior to submitting the swap.
- You can swap a load factor pairing for a regular pairing or another load factor pairing, but you cannot swap a regular pairing for a load factor pairing. Load factors are designated 'L', 'Q', and the 800-900 series, e.g. L012, Q013, 801, 902, etc.

## 6.F.2 Swaps With Another Flight Attendant

- Flight attendants can swap trips with any other flight attendant in their base, as long as they are qualified and hold the necessary passport/visas.
  **Exception:** You can Jetway Trade portions of trips, either drop or pick-up, with flight attendants from other bases. *See Section 6.J for more details on Jetway Trades.*
- Both flight attendants involved must agree with the swap request. The flight attendant who initiates the swap accepts all responsibility for ensuring agreement.
  **NOTE:** By posting on the iCrew swapboard, you are giving anyone permission to swap the posted trip assuming all the stated conditions have been met.
- When swapping with another flight attendant, all parties involved are equally responsible for verifying the swap award or denial in the computer. If there is a dispute about the swap, see your local base management. It is not the responsibility of Scheduling to reverse flight attendant to flight attendant swaps.
- The 'Friends List' allows you to authorize up to 50 flight attendants in your base to swap, drop, or pick-up trips from your schedule at any time. You are responsible for schedule changes made by anyone on your 'Friends List'.

- You can enter a swap request up until report time of the first trip or standby involved (includes trips while on A-Days). The requests are worked immediately in the computer. A pop-up screen will appear for you to acknowledge for a current day swap request.
  **NOTE:** If either or both of you have already signed-in, you will need to contact Scheduling to remove your sign-in(s) for a swap to be approved. Then you must both sign-in again for the swapped trips.
- If the swap involves A-Days, they must be swapped prior to the start time of the first A-Day.
- Flight attendants on known extended sick leave (UPS, OJI, etc.) cannot enact or accept trip or A-Day swaps to their schedule unless there is a signed doctor's release indicating the well-date, or the flight attendant has returned to work and has flown one trip.
  **NOTE:** Any such swapping or picking-up of trips or A-Day blocks onto a schedule that subsequently is extended sick, OJI, etc. will be subject to review. All such swaps will be reversed to the extent possible and all the flight attendants involved will be subject to performance development.

## 6.G Jetway Trades

- A jetway trade is a swap between flight attendants to divide the working segments of a trip into two portions. There can be only one 'split' to any rotation. Each flight attendant is individually responsible for their portion of the trip. Jetway trades must be submitted to Scheduling using the appropriate form in iCrew.
- Flight attendants can jetway trade portions of their trip with any other flight attendant, as long as they are qualified and hold the necessary passport/visas.
- Flight attendants in any base or AFP location can jetway trade portions of their trips **to** any other flight attendant, however, the split point must be in a base city or an approved exception location (DFW, DCA, MDW, LAS, PHX).
- A jetway trade involving an AFP trip or an exception location requires a physical handoff between the two flight attendants. If the receiving flight attendant does not report for the handoff, the flight attendant who started the trip is obligated to complete the remainder of the trip as scheduled.
- Jetway trades will be processed **no earlier than 2 calendar days** prior to report time of the trip involved, and **no later than 4 hours** prior to the report time of the trip or of the split-segment, e.g. the report time for the first flight of the 'back-end' of the trade. Flight attendants are responsible to check their schedules for all jetway trade awards.
  **Example:** An ATL F/A on a 3-day trip transits CVG on B-day with a departure out of CVG at 1800. She wishes to jetway trade the 1800 departure and the remaining portion of the trip to a CVG flight attendant. The trade request must be submitted by 1300 which is 4 hours prior to the report time of 1700.

- Jetway trades cannot be combined with any other rotation on a flight attendant's schedule.
- The 4:45 duty period average (DPA) and 1 for 3.5 trip credit (TRP) will not apply to any pairing involved in a jetway trade.
- If a jetway trade with no DPA or TRP credit time is subsequently swapped to another flight attendant or placed back into open time due to sick/OJI, etc., any eliminated credit time is not reinstated.
- No additional deadhead time will be added to the jetway trade for the purposes of getting to or from the split point.
- The two flight attendants involved in a jetway trade must ensure they have communicated clearly regarding the split point and coverage of the trip. No physical contact to 'hand-off' the trip from one to another is necessary, except a JWT involving an AFP trip or an exception location (DFW, DCA, ORD, MDW).
- The 'front-end' pairing will be scheduled for release 15 minutes after the final flight and the report time of the 'back-end' pairing will be 1 hour prior to the first departure leg.
- Scheduling will process a JWT request which leaves one of the split portions with only a deadhead segment(s), but such a deadhead-only segment(s) will be cancelled.
- Scheduling will not process a jetway trade request if you have a TDOT or PPT request in for the complete trip. Once you withdraw the request, the trade can be processed. You also cannot drop (TDOT or PPT) a jetway trade portion of a trip.
- A move-up will not be awarded for a jetway-traded portion of a trip.
- It is the responsibility of the flight attendant involved in the jetway trade to inform the Flight Leader about any split that will occur during a trip. If the Flight Leader is performing the jetway trade they should ensure a proper briefing is completed or that the crew is aware of the split.
- If either portion of a jetway trade cancels or is rerouted requiring pay protection, any pay protection will be based on the value of the trip portion at the time of the cancellation or reroute.
- If a jetway trade is rerouted, the rescheduled rotation is able to be split again as a 'new' rotation. Any DPA and 1 for 3.5 trip credit are again removed from the pairings.

- If the first trip portion of the jetway trade is rerouted prior to the split point of the trade, the originating flight attendant is required to complete the reroute. The second flight attendant is also obligated to any subsequent reroute or replacement flying given by Crew Tracking. If there is no reroute or replacement flying given to the second flight attendant, normal pay protection options will apply.

- If a JWT cancels or shortens by reroute, normal pay protection options apply as noted in Section 3.B. Should you choose availability, you must serve the availability period in the base or location where the trip originated, unless by mutual agreement with Scheduling another base or location is chosen. The repositioning will be the responsibility of the flight attendant and will not add pay/credit time to the alternate flying.

- If an A-Day holder is on a trip that is subsequently jetway-traded, both flight attendants in the trade retain partial A-Day obligations for that day, ending or beginning at the scheduled split point (i.e. the respective scheduled release and report times). All normal A-Day parameters apply to both flight attendants, such as the airport release and possible piggy-backing for the 'back-end' trip portion if time remains in the A-Day.

- Any A-Day trip that is jetway-traded loses the A-Day guarantee of 4:45 from the day on which the split is made. However, any intact and complete duty period days of either A-Day portion retains the 4:45 A-Day guarantee.
  **Example:** An A-Day flight attendant on a 3-day trip decides to Jetway trade with another flight attendant, splitting the flight segments on day two. The original A-Day flight attendant receives no less than 4:45 for day one, plus any actual block time flown on day two. The 2nd flight attendant receives block time only flown on day two and no less than 4:45 for day three.

- An A-Day holder who trades a portion of their trip away, and has remaining A-Days, is still responsible for any remaining A-Days in the block.

## 6.H Training and Meeting Swaps

- Continuing Qualification (CQ) training dates can be swapped for an open seat on an alternate date with the CQ Table under 'CQ Training Swap with Table'. This is found in iCrew under: Bid Information / Training / Continuing Qualification / CQ Training Swapping.
- Continuing Qualification training (CQ) dates can be swapped with other flight attendants under the category 'Status Swaps Between Flight Attendants' in iCrew.
- Swaps are immediately processed in the computer and must be swapped within the same month. An asterisk (*) next to a CQ date late in the month indicates dates restricted for bidding, for those flight attendants approved to attend in the 13th month.
- Aircraft Training and meeting dates can be swapped between flight attendants if the request contains the same training or meeting types. Use 'Status Swap' to complete this swap.
- A swap can place a training date on the 7th consecutive calendar day with no scheduled 24 in 7 rest, providing the flight attendant receives an actual 24 hour rest before any flying duty.
- A swap will be denied if a requested training date is on any part of a flight attendant's only scheduled 24 in 7 rest between trips.
- A swap will not be approved if a flight attendants only scheduled 24 in 7 rest is on a layover and there is no subsequent trip on the schedule that can be dropped if the actual rest on the layover subsequently drops below 24 hours during the operation.
- Training and meetings do not affect duty for FAA and Delta purposes, however training and meetings also do not qualify as rest.
  **Example:** A flight attendant requests to schedule a 4-hour meeting following a 12 hour domestic trip duty day. It is legal for duty purposes, as the meeting is not considered duty by the FAA, however, there must be an uninterrupted legal rest break following the meeting (e.g. 11 hour scheduled domicile rest before subsequent flying).

## 6.I Dedicated and Regular Charter Swaps

- Only flight attendants in the Dedicated Charter Program can swap their dedicated charter trips with other flight attendants in that same dedicated group. *See the Charter parameters in the IFS Operations Handbook on the portal for details.*
- Regular or Non-Dedicated charter trips may be swapped to any charter qualified flight attendant.
- You cannot swap a transoceanic military charter once awarded, but you can swap a domestic military charter.

## 6.J Access Day Swapping

- You can submit requests for A-Day swaps with other flight attendants for the next bid period once final schedules are released for the new month.
- You can swap your block of A-Days with another flight attendant. The swap can be your A-Days for a trip, a block of A-Days for another block of A-Days, or a drop/pick-up of a block of A-Days. There is no minimum number of A-Days you must maintain, or a maximum allowable number assuming legalities are met, for a bid period after the initial bid award.
- You can not swap A-Days which would result in your being on A-Day status more than 6 consecutive days without a scheduled 24 hour rest.
  **NOTE:** For blocks of greater than 6 days in bases that require them, Scheduling will ensure the 24 in 7 rest requirement is met in all assigned trips.
- You can swap to combine trips and A-Day(s) in any 7 consecutive calendar days but must have a scheduled 24 hour rest period within each 7 day period.
- For swapping purposes, if your base has A-Day times other than midnight to midnight, and your 6th day is an A-Day, a 24 hour rest on day 7 can commence following the end of your scheduled A-Day, fulfilling the 24 in 7 rest requirement.
- If an A-day block is broken by a trip or a non-flying status, then you can swap or drop A-Days that remain in the block. After a trip has been flown on an A-day, or after standby (STBY) is completed, any remaining A-Days can be swapped to another flight attendant as a smaller block of A-Days.
  **Example A:** You have 3 A-Days and fly a turnaround on the first A-Day arriving back in domicile at 1930 hours. If you are given no additional flying you can swap the two remaining A-Days to another flight attendant.
  **Example B:** You have 3 A-Days and are assigned standby (STBY) from 1000 to 1359. After standby is completed at 1400, and you have been released for a domicile rest, you can swap the remaining A-Days to another flight attendant.
- Once an A-Day holder has a trip placed on their schedule, the trip can be swapped with another flight attendant up to report time. A-Day obligations remain with the trip (according to the trip definition) and begin at the time the trip is swapped.
  **Example A:** You pick-up a trip from an A-Day holder at 1500. The report is 2100 and the A-Day was not released to report. You are now 'on-call' at 1500 (the time of the swap) in the event Scheduling must contact you.
  **Example B**: You pick-up an all-nighter turnaround trip from an A-Day holder on the first day of their 3-day block releasing in base at 0600 on the 2nd morning. Since it is a 1-day trip by trip definition, your obligation is completed after the trip is released and the 'giving' flight attendant is responsible for the two complete remaining A-Days.

- Flight attendants can not swap A-Days for trips in open time.

- If you swap to place an additional A-Day adjacent to other existing A-Days, all days are considered to be a single block; e.g. a 3-Day block with a swap that adds a 1-Day block becomes a 4-day block and you are now eligible for a 4-day trip.

- You can swap to place a block of A-Days before or after a scheduled trip. However, there must be an 11 hour buffer between the end of the A-Day and the scheduled report time of the trip or, if the trip precedes the A-Days, the trip must release no later than 1700 the day before the A-Days.
  **Example A:** You have a trip that reports at 1130 and desire to swap to place an A-Day block before the trip. This is a legal swap for all bases in which the duty day is set at 0000-2359 since more than an 11 hour buffer is present between the end of the A-DAY at 2359 and the report time at 1130.

- If an A-Day holder is assigned a trip that is subsequently jetway traded, both flight attendants in the swap retain partial A-Day obligations, ending or beginning at the split point.

## 6.J.1 Down-Line Trades

- Flight attendants on layovers in AMS or NRT, based in the same city, and performing the same role on their trips (e.g. Purser 'A' position trading with Purser 'A' position, 'B' with 'B', LOD with same LOD, regular with regular, regular with LF, K, or Q, etc.) can swap their return segment with each other. The status code 'DLT' will appear on each flight attendant's schedule.
  **NOTE:** For NRT down-line trades, Interport or 'South' flying can also be included in the trade.

- Down-line trades must be requested by phone by both flight attendants. The trade will not be completed until the second FA has spoken to Scheduling. Requests can be processed on arrival into AMS or NRT and no later than 4 hours prior to the report time of the first departing segment. There is a limit of one down-line trade per trip.

- All duty and trip rigs will apply to both trips, and the trips will pay the greater of the scheduled or actual block time of the completed down-line trade. Down-line trades that increase or reduce the guarantee value of a trip will be adjusted accordingly.

- The trade may involve an A-Day assignment, but the A-Day holder must return earlier than scheduled, unless the down-line trade involves their last A-Day.

## 6. K Swapping Chart

| Swap | For | Allowable Swap? |
|---|---|---|
| Regular or Variable Staffer (K and 7000 prs) | Regular – for same or greater trip length | Yes |
| Regular or Variable Staffer (K and 7000 prs) | Purser/Flight Leader – same or greater trip length | Yes |
| Regular or Variable Staffer (K and 7000 prs) | LOD – same or greater trip length | Yes |
| Regular or Variable Staffer (K and 7000 prs) | Variable Staffer (K and 7000 pairings) | Yes |
| Regular or Variable Staffer (K and 7000 prs) | Load Factor ( L, Q, and 800/900 pairings) | No |
| Load Factor (L, Q, and 800/900 pairings) | Regular or Variable Staffer (K and 7000 pairings) | Yes |
| Load Factor (L, Q, and 800/900 pairings) | Load Factor (L, Q, and 800/900 pairings) | Yes |
| Domestic | Transoceanic* | Yes |
| Transoceanic* | Domestic | Yes |
| Purser/Flight Leader | Purser/Flight Leader – same or greater trip length | Yes |
| Purser/Flight Leader | LOD – for same or greater trip length | Yes |
| Purser/Flight Leader | Regular - for same or greater trip length | Yes |
| Purser/Flight Leader or LOD | Load Factor | No |
| LOD | LOD | Yes (See Sect. 6.F for allowable LOD swap minimums) |
| LOD | Regular | No |
| LOD | Purser/Flight Leader | No |
| A-Days | Trips/A-Days *with other flight attendants* | Yes |
| A-Days | Trips in Open Time | No |

*Transoceanic includes Non-Stop Segments >12 Flight Hours and Ultra Long Range Pairings

## 6.L Trip Escalations

- An escalation is the awarding or assigning of the Purser/Flight Leader position on the same trip you are already flying, within the 1 calendar day time period prior to a date of operation. Submit a request to escalate within the 1 calendar day time frame using the **PU / ESC (W / IN 1 CAL DAY)** template.
- Outside of 1 calendar day an 'escalation' is worked as a swap or a pick-up using the **1st COME 1st SERVED** function. For example, to 'escalate' into an open leader position, submit a swap from the 'C' position to the 'A' position.
- At or near report time, Scheduling will accommodate an escalated Purser (A or B)/Flight Leader to swap positions with another qualified flight attendant on the pairing should they desire the position. Scheduling will also accommodate an escalated non-qualified flight attendant in the same way. However, scheduling will NOT allow a non-qualified flight attendant to swap for the leadership position with an escalated Purser/Flight Leader.
- A qualified Purser/Flight Leader in an LOD position can request to be escalated provided there is at least one other same-language LOD flight attendant on the trip at the time the process is initiated.
- You can list multiple dates/trips on one **PU/ESC (W/IN 1 CAL DAY**) request, however, any award on this request will void the remaining choices listed.
  **NOTE:** Outside of 1 calendar days, you must <u>swap</u> for a leader position using the **1st Come 1st Served** template, even when you are on the same trip. Inside the 1 calendar day time frame, a separate pick-up/escalation request must be entered using the **PU / ESC (W / IN 1 CAL DAY)** template. This request can be entered in advance for a specific date and it will be held in the system until the 1 calendar day timeframe commences for that specific date.
- Involuntary escalations to vacant purser positions <u>prior to departure of the trip</u> may include the escalation of flight attendants working the same flight segment but that are on a different rotation(s). IFS Scheduling will cover such vacancies.
- For a Purser <u>mid-rotation</u> vacancy such as SICK, OJI, ELOA, etc., Crew Tracking will:
  1) escalate the most senior AC-qualified volunteer,
  2) involuntarily escalate the most junior AC-qualified, or
  3) involuntarily escalate the most senior flight attendant.

## 6.M Move-Ups

- A move-up request is a swap into a leader, language, or trans-oceanic regular position in Open Time 1 calendar day or less in advance.
  **NOTE**: Move-ups cannot be requested within a single category of flying. For example, you cannot request to move from a domestic Leader 737 position to a domestic Leader 757 position.
- You can list multiple dates/trips on one request using the MOVE-UP template, however any award voids all other choices listed in the same request.
- You must move-up to a trip of the same length, or a greater trip length (# of days), and the move-up must originate on the same calendar day.
  **Exception:** For move-ups to 6 day and greater trips, multiple trips may be exchanged for the move-up (to a 6-day or greater trip) as indicated in the examples at the end of this section.
- When the operation or flight attendant staffing is critical, Scheduling Supervisors may suspend day for day move-ups and only process alternate day move-ups or, if necessary, completely suspend the move-up process. *See Appendix C for a comprehensive Move-Up Chart.*
- Move-up requests must list specific trips in order of preference and the first choice available will be awarded. The move-up must meet all scheduling parameters and limitations including trip trade balancer requirements, and all swapping rules except the 1 calendar day prior to departure requirement.
  **NOTE:** You cannot move-up from a jetway trade portion of a trip.
- When possible, submit move-up requests prior to 1 calendar day before the report time of the desired trip. You can however, continue to submit requests for move-ups within the 1 calendar day period as Scheduling generates request lists for coverage of additional openings as they occur. Requests submitted after a list is generated will not be considered.
- Once awarded a move-up it becomes part of your schedule and will not be reworked, even if a trip you preferred becomes available later in the process.

- If you elect to have your request remain active and are awarded a move-up prior to **2000** hours local time the day before departure, it becomes part of your schedule and you are required to work the trip. It is your responsibility to check for an award.
- Move-up awards made after **2000** hours local time the day before departure will be made with phone contact only. If contacted, you have the option to accept or decline the trip. Only **two calls** will be made, one each to your first two contact numbers as listed in iCrew. If you are not reached, the scheduler will proceed to the next request.
- If you are away on a trip and a move-up request you are legal for comes available after **2000** hours local time the day before departure, Scheduling will attempt to contact you and will hold the trip for up to **3 hours** after your block-in, provided you would still be legal to accept the trip.
- A move-up will NOT be processed within 3 hours of the earliest report time of the two pairings involved. For example, the pairing you are on reports at 1700 and you want to move-up to a pairing that reports at 2000. The move-up will not be processed after 1400, three hours before the earliest report.

**Access Day Holder Move-Ups**

- Once you have a trip assignment as an A-Day Holder you are eligible to move-up to a leader, language, or transoceanic regular position on an equal or greater day basis.
  **NOTE:** You cannot move-up from a standby assignment.
- The move-up must originate on the same calendar day. A-Day Holders are not eligible for alternate day move-ups, even within the A-Day block.
- You will retain your access day obligations and the access day indicator (‘@’) on the trip you move-up to.

**‘Q’ Transoceanic Load Factor Pairings**

- You can move-up from an ‘L’ pairing or an 800-900 series load factor pairing to a ‘Q’ pairing since the ‘Q’ pairing is a higher category load factor pairing. You cannot move-up from any regular pairing to a ‘Q’ pairing.

*See Appendix C for a comprehensive Move-Up Chart that illustrates all day-for-day and alternate day move-up choices and which are allowable in each circumstance.*

**Note: For move-ups involving Transoceanic Military Charters, please refer to Section 9.J.**

**Examples of Move-Ups:**

- There are two types of move-ups:
  1. **Regular Move-Up** - same originating date for equal or greater number of days.
  2. **Alternate Day Move-Up** – moving to equal or greater number of days from a later date.

| Move-Up Type | Examples: |
|---|---|
| **Regular Move-Up**<br>- same number of days and same originating date | Moving from a 3-day domestic trip to a 3-day Purser position, with both trips originating on the **15th** |
| **Regular Move-Up**<br>- any combination of trips to same number of days and same originating date | Moving from a 2-day domestic regular on the **15th** and a 1-day domestic regular on the **17th** to a 3-day Flight Leader on the **15th** |
| **Regular Move-Up**<br>- moving to a greater number of days on the same originating date | Moving from a 2-day domestic trip to a 3-day domestic flight leader position, with both trips originating on the **16th** |
| **Alternate Day Move-Up**<br>**-** same number of days and to an alternate date (always earlier) | Moving from a 3-day domestic trip on the **17th** to a 3-day LOD trip on the **16th** |
| **Alternate Day Move-Up**<br>**-** moving to a greater number of days and to an alternate date (always earlier) | Moving from a 2-day domestic trip on the **20th** to a 4-day Purser position on the **19th** |
| **Exception Move-Up to a 6-Day or Greater Trip**<br>- to same or to greater number of days; can move from multiple trips, from same or alternate dates but all trips you are wishing to move off of must touch the trip you are moving on to.<br>**NOTE:** If moving up from multiple trips, all must be moving to a higher category trip. You cannot M/U from a blackout date. | Moving from a 3-day domestic on the **2nd** and a 3-day transoceanic regular on the **6th** (total 6 days) up to a 6-day Purser position on the **1st**.<br><br>1 \| 2 \| 3 \| 4 \| 5 \| 6 \| 7 \| 8 \| 9<br>**x** \| **x** \| **x** \| **x** \| **x** \| **x** \| \| \| <br> \| **x** \| x \| x \| \| **x** \| x \| x \| |

## 6.N Trip Coverage

- The trip coverage process begins at **0900,** one (1) calendar day prior to the date of operation. It is then worked continuously as more positions come open, and consists of the following steps.

1. Flight attendants on availability for pay protection (AVL)
2. Priority pick-ups; then pick-ups and voluntary escalation requests to Purser/Flight Leader worked together in sen. order
3. Move-Ups
   - to same or greater number of days; same originating date
   *(See exception for 6-day and greater trips in Section 6.M.)*
4. A-Day Preferences
   - Equal day*, a greater day trip into off time, and STBY; seniority order
5. Out-of-base Pick-Ups
6. Involuntary escalations to Purser positions (A/B)
   - in reverse seniority order, escalate Purser-qualified on the same trip to cover 1st the A-position, then the B-position
7. A-Day Assignments
   - Equal day*; in reverse seniority order (STBYs are assigned first, followed by all trips)
8. A-Day Preferences – to lesser days*; seniority order
9. A-Day Assignments – to lesser days*; in reverse seniority order

**NOTE:** Following step #9, if a Purser 'A' position remains uncovered, utilize the Draft procedures in Section 6.T. If a Purser 'B' position remains uncovered, escalate the most senior non-AC qualified flight attendant on the same trip.

*See A-Day definitions for Equal, Greater, and Lesser in Section 5.I.

- The steps of trip coverage are strictly adhered to in each base for the original awarding and assigning of trips and for every subsequent need to fill open positions. However, some or all of the following can apply:

a) Move-ups from alternate dates will be worked if operationally necessary. It may be by individual base and by trip category as needed.
b) If base staffing is critical, Scheduling may send trips out of base or split trips before running A-Day preferences. The Supervisor may direct that A-Day preferences be suspended in any base which is experiencing critical staffing and operating under Alternate Day Move-Ups.
c) If less than 3 hours before departure, Scheduling can deviate from the specified order if operationally necessary.
d) It can also be necessary to use more experienced flight attendants if filling a trip with all new-hires having less than 4 months experience.
e) Purser escalations for trips involving Intra-Theatre flying may be accomplished using multiple pairings. See Section 6.L.

- Trip drop awards (TDOT) will be processed before trip coverage procedures begin. The status code ADOT will be used for dropping A-Days. All A-Day drops will normally be processed prior to the A-Day start time for legality purposes, but can at times be offered after the A-Day has commenced.
- After 1600 the day before departure, until 2:30 before trip report time (3:30 in NYC & LAX), when positions come available in open time, the '15 minute rule' applies to trips that fall into open time. *See Section 6.B for more details.*
  **NOTE:** Scheduling may suspend this process during IROPs.

**Purser / Flight Leader**

- If any open Purser (A or B) positions remain after trip coverage steps 1 through 5, in reverse seniority order, escalate Purser qualified flight attendants on the same trip to cover 1st the A-position, and 2nd, the B-position. Then complete trip coverage steps 7 through 9. For Purser Escalations to/from Asia see Section 6.L.
  **NOTE:** If drafting for a Purser-qualified position from the daily sign-in sheet is deemed necessary, it will occur after trip coverage step #9. *See Trip Coverage Section 6.Q and Drafting procedures Section 6.T.*
- Scheduling will escalate/assign a Purser-qualified LOD if there is at least one other same-language LOD on the trip.

**Language of Destination**

- During the A-Day assignment process, LOD A-Day holders can be removed from non-LOD trips they have already been assigned to fill the needed LOD position.
- If there are no LOD flight attendants or the LOD coverage doesn't meet published LOD parameters, Scheduling will attempt to contact LOD tripholders/speakers on other trips in non-LOD positions departing the same day to ask for volunteers to fly the LOD position.
- Qualified LOD A-Day holders can also be drafted into off time to cover the needed LOD position. Draft pay will apply.
- If trying to fill the last or only LOD position on a trip, Scheduling can remove/draft the most junior LOD-qualified tripholder from a non-LOD position trip and assign them to the needed LOD trip.
  **NOTE:** If drafting for an LOD-qualified flight attendant from the daily sign-in sheet is deemed necessary, it will occur after trip coverage step #8. *See Trip Coverage Section 6.N and Drafting procedures Section 6.T.*
- In the event an LOD position is unable to be covered with an LOD flight attendant, any remaining open LOD positions for each specific language will be converted to regular positions. After 15 minutes, trip coverage will be processed again for the open regular position(s).

## 6.O Out-of-Base Pick-ups

- Out-of-Base pick-ups (OP/U) are worked in system seniority order after in-base equal day A-Day preferences, and before in-base equal day A-Day assignments. There will be no phone contact for OP/U awards done prior to 1600 (your base time) the day prior to trip operation. It is your responsibility to check your schedule for the award.
  **NOTE:** Standby periods are not available for pick-up in another base.
- If the out-of-base trip is scheduled or rerouted to layover in your home base/location, all normal layover rest rules apply (e.g. 9:15 minimum scheduled rest, 8:30 actual, etc.).
- You are responsible to position yourself for the out of base pick-up. Company deadheads are not authorized or built into the pairing.
  **Exception:** As a last resort, Scheduling will send trips out of base with deadheads to be covered by A-Days in other bases. If such a trip is picked-up by a tripholder, the deadheads will remain in the pairing and deviations from the scheduled deadheads are permissible.

## 6.P Transiting Midnight & A-Day Awards/Assignments

- Section 4.B defines trip length as the number of calendar days over which a pairing operates. For most pairings with duty periods that operate fully within calendar days and do not transit midnight, the assignment of trips to A-Days is very straightforward, e.g. a 3-day trip reporting at 0700 and releasing on day 3 at 1800 is awarded or assigned to a 3-day A-Day holder.
- Pairings with first or last duty periods which transit midnight can, however, be exceptions.
  **Example 1:** A 1-duty period all-night turnaround reporting at 2100 hours and releasing at 0600 can be awarded to a 1-day A-Day holder who preferences it, but for assignment by Scheduling, a 2-day A-Day holder will be used since the trip touches or spans 2 days.
  **NOTE:** If operationally necessary the trip can be assigned to a 1-day A-Day holder who did not preference it, but draft/FIOD pay would apply since it would be an assignment into an off day.
  **Example 2:** A 3-day trip with the 3rd duty period transiting midnight can be awarded to a 3-day A-Day holder who preferences it, but it will be assigned to a 4-day A-day holder since the trip touches or spans 4 days.
  **NOTE:** If necessary the trip can be assigned to a 3-day A-Day holder who did not preference it, but draft/FIOD pay would apply since it would be an assignment into an off day.
- For pairings that report between 2300 and 2359, and depart after midnight, an A-Day holder just starting an A-Day block can preference such a trip that reports just prior to the start of their first A-Day of the block. However, Scheduling will not assign such a trip because it reports during the A-Day holder's OFF time.

## 6.Q (Intentionally Blank )

*(See Section 5.I for expanded definitions of A-Day awards and assignments.)*

## 6.R A-Day Coverage of Trips That Exceed Block Length

- For coverage of trips that exceed the block length in a base (e.g. a transition pairing), or when A-Day holders with equal or greater available days for the trip are exhausted, the following procedures will apply:

  1. Award to a qualified A-Day holder with fewer A-Days than the trip length (into off time) who has preferenced the specific trip. **Example**: An LAX 4-day transition trip is preferenced by a flight attendant with an ADY3 block. No draft pay applies.

  2. Time permitting, when assigning to a qualified out-of-base A-Day holder, the trip should be assigned to someone with A-Days equal to or greater than the trip length.

  3. Assign to a qualified in-base A-Day holder into OFF time. Draft pay applies. *See Section 5.P for parameters.*

## 6.S 'Piggybacking' of A-Days

- If immediate additional flying, termed 'piggybacking', is required, it will be prioritized as follows:
  1. A-Day holders into subsequent A-Days
  2. A-Day holders into OFF days (FIOD pay applies)

  **NOTE:** Factors that can impact this order include time of occurrence, legalities and qualifications.

## 6.T Drafting Procedures

- Drafting assignments include:

  - the involuntary reassignment of a Tripholder from one trip to fly a required position on another trip

  - the assignment of inbound terminating Tripholders to additional flight segments

  **NOTE:** These steps to cover trips would only occur during shortages of qualified staffing, or in critical or severe operational situations.

- If staffing is above FAA staffing minimums on a pairing, consideration is also given to dispatching flights at FAA minimums depending on customer count and service requirements at the discretion of In-Flight and Scheduling management.
  **NOTE:** During irregular operations or severe operations when staffing is critical, Scheduling will accept offers from volunteers who wish to fly on a first-come-first-served call-in basis.

- When drafting from the daily sign in sheet for an AC-qualified flight attendant, (or LOD, if applicable), after step #9 of trip coverage procedures (*See Section 6.N*), the following procedures apply:

  1. Draft the most junior-qualified tripholder not in an AC-qualified position (or LOD required position, as applicable) on a trip the same calendar day, of the same or greater length and with a similar report time of the scheduled report time of the trip to be covered. Pay the greater of the two trips +4 hours DRFT.

  2. Draft the most junior-qualified tripholder not in an AC-qualified position (or LOD required position, as applicable) on a trip of lesser length* (by 1 day, by 2 days, etc.), the same calendar day and with a similar report time of the scheduled report time of the trip to be covered. Pay the greater of the trips plus DRFT pay (+4 hours for each off day/days drafted into).
  *__NOTE:__ As a last resort only.

**Drafting Examples**

**Example A: Purser Drafted**
An AC-qualified flight attendant is flying a regular position 4-day trip and must be drafted to work an AC position on an open transoceanic pairing. The greater of the two pairings is paid; +4 hours DRFT pay applies.

**Example B: Purser Drafted from Multiple Trips**
An 7-day transoceanic pairing has no AC-qualified flight attendant. Due to the trip length, an AC-qualified flight attendant flying regular positions on two transoceanic pairings (a 4-day and a 3-day back to back) is drafted to fly the 7-day trip departing the same day as the 4-day trip. The greater of the pairing values is paid (the 7-day versus the two trips) +4 hours DRFT pay applies.

**Example C: LOD Drafted**
An LOD qualified flight attendant is flying a non-LOD 3-day trip and must be drafted to fill an LOD position on a transoceanic pairing to provide at least one LOD speaker on a critical language trip. The greater of the two pairings is paid +4 hours DRFT pay applies.

**Example D: Inbound Terminating Crew Drafted**
During severe operations, three ATL flight attendants arriving on the same flight are assigned (‘piggybacked’) a 737 origination flying ATL-BHM-ATL for which they are legal. +4 DRFT pay applies.

## 6.U Paid Personal Time Off (PPT)

- Flight attendants can submit requests for Scheduled PPT for paid days off in advance prior to the new month bid, and submit daily requests once schedules are released (except AFPs), or use them for unscheduled occurrences such as illnesses or injuries. A bank of 49 hours is allotted each APR 1 to all who meet the flying requirement of 540 hours the previous PPT year (APR1-MAR 31 annually).

- The Scheduled PPT days have a value of 6 hours each. Unscheduled PPT days are paid at a trips-missed rate and do not include any premium/international pay. PPT days taken on A-Days have a value of 4:45 each. All are drawn from the same PPT allotment bank. A scheduled PPT day will be indicated on your schedule by the code SPT and an unscheduled day by one of the various codes dependent on the circum-stance (UPS, UPO, etc.). *See the end of the Glossary for a listing of all acronyms.*

- Using unscheduled PPT at the 'trips-missed' rate does not preclude you from using your remaining PPT balance to request a scheduled pre-month PPT or Daily PPT award.
  **Example:** You only have 3:40 remaining in your bank. While a PPT day is normally awarded paying 6 hours, the remaining 3:40 can be used for a pre-month or daily 1 day request. Additionally, any remaining bank time can drop a trip in the daily award.

- PPT Awards are based on operational needs and available staffing. If one-day staffing is sufficient, but multi-day staffing is insufficient, multi-day requests can be denied and a limited number of one-day requests granted.
  **Example**: On SUN, SPT requests for MON are being processed. There is sufficient staffing for MON, however, TUE and WED are not well staffed, and inclement weather is expected on TUE afternoon. In this case, requests to drop 2 and 3 day trips will be denied, while a limited number of 1 day SPT requests for MON can be granted.

- Unused PPT time remaining in the bank is automatically rolled over to the next year unless you opt for a payout of such unused time. The payout will occur on May 31 for the unused time in a previous year, and is based on your hourly pay rate on March 31 of that same year.

### Scheduled PPT

- Scheduled PPT (SPT) allows for paid time away from work and is requested through iCrew. Awards are in IFS seniority order.

#### Pre-Month PPT Bids

- Pre-month bids are due at 0800 EST on the 3rd day of the month preceding the bid period for which you are requesting PPT days.
- If it is not awarded pre-month, it does not remain active. If you still desire SPT on that date, you must re-enter it as a daily request which can remain active if you choose.

- Pre-month awarded PPT is included in the Schedule Value for PBS at a value of 6 hours per day regardless of the total remaining in your actual PPT bank. Awarded SPT days are 'locked' for bid award and no trips are given on those days.

**Daily PPT Bids**

- Daily PPT requests will be considered 1 calendar day prior to the requested date. Daily PPT awards pay 6 hours per day used for Tripholders and 4:45 per day if used on an A-Day.
- Daily bids are due at 0700 EST on the day prior to the date requested and may be entered at any time for each desired date.
- For daily awards you must use the corresponding number of days for your trip, e.g. 3 days of SPT to drop a 3-day trip, 2 days to drop a 2-day, etc. If you previously used SPT time you may apply any remaining days or time to a greater-day/time trip.

  **NOTE:** If you are in an AFP location, see the AFP PPT guidelines in the IFS Operations Handbook on the IFS Portal. .

  **NOTE:** You cannot use PPT to drop a Jetway trade portion of a trip.

## Unscheduled PPT

- Unscheduled PPT is not bid for or awarded in advance of a bid period. It is typically requested within 24 hours of scheduled flying and is used for illnesses or injuries. *See Section 9.H for more information.*

- Numerous codes on your schedule will be used to indicate Unscheduled PPT and will depend on the specific reason. *A complete listing of all the unscheduled codes can be found on the IFS Portal or in the Glossary under acronyms.*

- When using Unscheduled PPT for an illness, you can call in 'well' prior to the end of a multi-day trip to conserve your PPT bank time.
  **Example:** You are sick for a 2-day trip on the 10th; you call in well for the 11th and only use one PPT day and the paid time associated with the first day of the trip.

- When using Unscheduled PPT for an illness or OJI, your bank will be decremented at a **'trips-missed' rate**. If only part of the trip time is available in the bank, the trip will be dropped and paid for with what remains in the bank.
  **Example 1:** You call in sick for a 4-day 22:00 hour trip. Your 49 hour bank is decremented by 22:00 and you will have 27 hours remaining.
  **Example 2:** During a subsequent month you call in sick for a 5-day 32:30 trip. Your schedule will reflect five unscheduled PPT days and paying the remaining 27 hours in your bank.
  **NOTE:** The 'trips-missed' rate is for block and credit time only, and does not apply to any premium pay such as leadership, LOD or international time.

- Unscheduled PPT is also used for mid-rotation illnesses to cover any remaining paid flight and credit time in your trip.

## 6.V Trip and A-Day Drops Without Pay (TDOT & ADOT)

- You can be awarded unlimited trip drops, operations permitting. However, trip drops can necessitate adjustments on a subsequent paycheck. The monthly 45 hours is based on $1/12^{th}$ of the 540 hours annual flying requirement.

- Trip or A-Day drops without pay are indicated on the schedule by the codes TDOT (trip drop to Open Time) and ADOT (A-Day drop). Trips are dropped to open time but A-Day drops are just removed from your schedule.
  **NOTE:** You cannot drop a Jetway trade portion of a trip.

- A-Day requests and drops can be for single days or multiple days (blocks of days) operations permitting.

- Flight Attendant TDOT/ADOT requests are submitted to Scheduling and retrieved and worked daily starting at 0700 ET. Requests can be entered up to 0700 one day prior to the date being requested, and are processed in seniority order.

- TDOT/ADOT requests are granted based on an assessment of staffing needs both locally and system wide. A day can be open locally, but system staffing needs can preclude the awarding of TDOT requests.

- TDOT/ADOT requests will be reviewed and awarded daily after processing PPT requests. Drops are normally processed one time within the 1 calendar day period preceding the date requested. However, they remain active until the date requested has passed. You can remove a request yourself up until the 1 calendar day period. After the 1 calendar day period prior to the date requested begins, you must contact Scheduling to delete the request by 0700 EST.

- Both TDOT and ADOT can be awarded within the 1 calendar day period prior to a requested date. Up until 1600 local time the day prior, you will not be notified of the trip or A-Day drop. After 1600, awards will only be made upon contact with you.

- At times, Scheduling will continue working additional TDOT/ADOT in the morning on the day of the requested drop. If you are an A-Day holder, the time of the drop will also be noted on your schedule with RLSD (time of release from A-Day status) for legality purposes.

- For all flight attendants, TDOT/ADOT requests are only processed within the 1 calendar day period prior to the date requested.

## 6.W (Intentionally Blank)

*(See Section 9.H.1 for Managed time Out.)*

## 6.X Emergency Leave of Absence (ELOA)

- For a death in your immediate family you will be granted time off of work to prepare for and attend the funeral. *See HR Policies / Absence / Death in the Immediate Family for complete details.*

- Flight attendants who qualify for ELOA will be paid up to 3 days ELOA within a 5 day period, at the rate of 5:30 per day. The 5 day period commences with the first trip or access day dropped, and each paid day must be plotted on a trip day or access day. **NOTE:** The trips dropped must be in conjunction with, or coincide with, the preparation for the funeral or the actual funeral.

**Example A:** A flight attendant has a 2-day trip on the 1st, and a 3-day trip on the 5th. Three days of ELOA are requested and plotted during the 5 day period from the 1st through the 5th. The trip on the 5th is dropped. The 6th and 7th are days off with no pay, though the flight attendant can then pick up on those days if they desire.

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| 3102 | X | | | 5344 | X | X |
| ELOA | ELOA | | | ELOA | | |

**Example B:** A flight attendant has three A-Days on the 2-3-4 and a one-day trip on the 7th. Three days of ELOA are requested for and plotted on the 2nd, 3rd, and 4th. The trip on the 7th must be flown as scheduled, MTO days requested, or swapped.

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| | ADY3 | ADY3 | ADY3 | | | 1400 |
| | ELOA | ELOA | ELOA | | | |

## 6.Y Jury Duty / Court Appearances

- If you are required to serve jury duty or make a court appearance when you are scheduled to work, you will be paid as outlined below. Your trip or A-Days will be dropped if they interfere with jury/court service and you will be paid 6 hours per day dropped in accordance with the trip definition as noted in Section 4.B.
  **NOTE:** Jury service (JURY) and court appearances (C/A) will not be plotted on vacation days, off days, or known national holidays, e.g. Christmas, New Years Day, Thanksgiving, July 4th, etc. when courts are not in session.

- JURY or C/A can include:
  - Jury selection process
  - Actual days served on a jury
  - Standby juror summoned to 'call-in' at a specific time
  - Court appearance i.e. subpoenaed to appear as a witness on behalf of the prosecution
  - Testify (TSF) at a deposition on behalf of Delta Air Lines, Inc.

**Jury Summons**

- Upon receipt of a jury summons, you must promptly FAX a copy of all pages (front and back if applicable) <u>including the envelope showing the postmark date</u>, to the In-Flight Call Center (ICC - fax 404-677-5918). Upon completion of the jury duty the original copy must be given to your Performance Field Service Manager for file placement.

**Jury Duty Proof of Service**

- You must obtain from the court clerk a certification of completion as proof of service when you are finished serving jury duty. A copy must be faxed to the In-Flight Call Center (ICC) within 14 days of the completion of service in order to receive pay credit for your jury duty. You will <u>not be paid</u> for jury service unless both the summons and the certificate of completion are received.
  **NOTE:** The code JURN will initially appear on your schedule, and after the In-Flight Call Center receives the certificate of completion the pay code JURY will be entered.

**Jury Continuation, Bidding and Swapping**

- You must advise the In-Flight Call Center (ICC) desk of each day served that is in conflict with any trip or A-Day on a day by day basis (if multiple trips and A-Days are on your schedule) since the duration of jury duty is often unpredictable. Each day is dropped only as necessary.

- Once you have received a summons or court order, you may not pick-up or swap over the jury duty assignment days increasing the value of the trip(s) to be dropped. You will not be paid for any such increase in trip or schedule value in relation to the jury days and may be subject to Performance Development.

- If you must serve jury or make a court appearance in a city other than your base, you may have to use MTO for travel purposes.
  **EXAMPLE:** An ATL commuter lives in Oregon, and receives a summons to appear in court on a Monday in Portland. They have 3 A-Days on SAT-SUN-MON. Jury is plotted on MON, they must work their A-Day in ATL on SAT, and may have to request MTO for travel purposes on SUN.

**Trial Juror**

- If you are to serve jury duty as a **Trial Juror** which conflicts with a trip or A-Day, contact the ICC as soon as you receive the summons and fax the summons document to the In-Flight Call Center desk (fax 404-677-5918).
- Each conflicting trip or A-Day dropped will be plotted with JURN.
  **EXAMPLE 1:** You have a 3-day trip on SUN-MON-TUE but must report for jury duty on Monday. JURN @ 6:00 will be plotted on SUN-MON-TUE. Jury will not be plotted beyond Tuesday unless there is an additional conflict.
  **NOTE:** Trips can also be split to accommodate reporting for jury service.

  **EXAMPLE 2:** You have 3 A-Days on SUN-MON-TUE but must report for Jury duty on Monday. JURN @ 6:00 will be plotted on MON. The A-Day on Sunday will remain, and any 1-day assignment will be scheduled to return with an 11 hour rest before Jury report. The rotation is remarked *'Do not reroute'*.
  **NOTE:** If a trip prior to jury duty is projected to return later than scheduled the Company is under no obligation to change or drop the trip, as jury duty is considered rest for Delta rule purposes.

**Standby Juror / Call-In Order**

- If you receive a summons to serve as a **Standby Juror** which conflicts with a trip or A-Day, contact the In-Flight Call Center as soon as you receive the summons and fax the complete summons document to the In-Flight Call Center.
- When a summons orders a 'call-in' to the court during a specific time period, complete your trip if it releases before the end of the specified time period and then make the required call. Trips can also be split to accommodate court ordered call-in times. If you are on A-Day status, notify Scheduling of your required call-in time so you can be given a trip (including a split-trip) that releases in-base before the call-in time period is over.
- Once you are required to report for jury duty, any conflicting trip or A-Day will be dropped and Jury or C/A will be plotted on your schedule as applicable. Trips will be dropped successively as needed, depending on the orders from the court.

**Court Appearances On Behalf of the Prosecution**

- If you are subpoenaed to appear as a witness on behalf of the prosecution in a criminal case which conflicts with a trip or A-Day, contact the ICC as soon as you receive the summons and fax the document to the In-Flight Call Center.

  **NOTE:** Trips can also be split to accommodate reporting for court service.

- For court appearances on behalf of the prosecution the trip is dropped and you are paid 6:00 per day.

**Court Appearances On Behalf of Delta**

- If you are called as a witness on behalf of Delta which conflicts with a scheduled trip or A-Day, contact the In-Flight Call Center to have your pairing or A-Day dropped and the TSF (Testify) code plotted on your schedule.

  **NOTE:** Trips can also be split to accommodate reporting for court service.

- For court appearances for Delta 6:00 per day or trips missed, whichever is greater, will be plotted on your schedule as applicable.
- At times court appearances / depositions on behalf of Delta are cancelled and rescheduled. If the new date is on an off day the original date's C/A code with accompanying pay will be moved to the new scheduled date.
- If there is a trip already scheduled on the new date the trip will be dropped and the C/A code applied. If the new date is in a future bid period that has not been awarded yet, the day will be pre-plotted with 6:00 compensation.
- If other situations require your presence in court as a witness (e.g. for the defense), you will be given an MTO drop without pay. *For information on jury duty or court appearances, see HR Policies / Absence / Jury Duty / Court Witness.*

## 6.Z 'Parking' of Trips or A-Days

- The temporary placement of a trip or A-Days on your schedule by PBS bid, swap, or pick-up (including 'Q' pairings), and the identifiable pattern of such activity, is strictly prohibited. Examples of such activity includes but is not limited to the following:
  - dropping the trip to another flight attendant whose seniority cannot hold it, or
  - dropping the trip or A-Days to a more senior flight attendant whose higher seniority can procure a trip drop (TDOT) or A-Day drop (ADOT) that your seniority cannot, or
  - dropping your A-Days to a more senior flight attendant for the A-Day preference process to obtain a specific or more desirable trip, or
  - dropping trips or A-Days to a flight attendant on known sick leave (UPS, OJI, etc.) whose schedule will be pulled through to drop such swapped trips
- You are also prohibited from paying someone to work your trips. *See HR Policies / Pay / Hours of Work for additional corporate information.* All such activity circumvents the IFS seniority system, is prohibited, and can subject the flight attendants involved to Performance Development.

**Section 7 - Reroutes**

| | | |
|---|---|---|
| 7.A | Rerouted Trip Guidelines | 156 |
| 7.B | Rerouted / Rescheduled Duty Time Limitations | 159 |
| 7.C | Notification of Rerouted Trip | 162 |
| 7.D | Cancellation of Trip/Cancellation or Disruption of 1st Leg | 164 |
| 7.E | Mid-Rotation Rerouted / Rescheduled Trip | 165 |
| 7.F | Rescheduling a Partial Crew | 166 |
| 7.G | Equipment Substitutions - Prior to Departure | 167 |
| 7.H | Equipment Substitutions - After Departure | 168 |
| 7.I | Extended Aircraft Maintenance | 169 |
| 7.J | Contacting Crew Tracking | 169 |
| 7.K | Duty Limitations Options | 170 |
| 7.L | Options Flowchart Explanation | 171 |
| | Domestic/Intl/Transoceanic Duty Time Limitations Flow Chart | 172 |
| | Severe Operations Flow Chart | 173 |

## 7.A Rerouted Trip Guidelines

- Generally, prior to sign-in time, any changes to a trip are handled by IFS Scheduling, and after sign-in time, any changes to a trip becomes the responsibility of Crew Tracking.
- All flight attendants are subject to being rerouted / rescheduled. A reroute is a change resulting in different flight legs other than your published (scheduled) rotation.
  **NOTE:** A reroute is not the same as being drafted. See Sections 2.T and 6.T for Drafting pay and parameters. If you are rerouted into additional off days, RRO4 pay may apply. See Sections 2.U, 2.V, and 2.W.
- A reroute to a pairing normally occurs after the departure of the first leg, unless:
  - it is the first leg that is cancelled or disrupted
  - it is a reroute involving an unaffected crew to prevent a cancellation *(See Other Guidelines later in this section for details.)*
- During daily operations, Crew Tracking is responsible for monitoring all operating pilot and flight attendant rotations for illegalities and operational disruptions. If a disruption occurs (i.e. cancellation, delay, misconnect, illegal rest break, etc.), it is their primary responsibility to repair all disrupted rotations through rerouting affected and unaffected crews, and/or the creation of originations.
- The following circumstances beyond the control of the Company do not constitute a reroute or rescheduling of a flight:
  A. operational delays
  B. diversions
  C. flagstops (if no revenue is involved
  D. attempts of a flight
  E. equipment substitution
  F. stubouts

**NOTE:** For these unplanned events (referenced above), if the duty period is not rerouted, the **original scheduled times** of the duty period are used for legality purposes for both Delta and the FAA. If, however, a subsequent reroute to the remainder of the duty period occurs, it is subject to all FAA and Delta rules as a **new rescheduled duty period**.

**Example A – Operational Delay:** A duty period with minimum staffing is scheduled at 13:10, but due to a lengthy delay the duty period is projected to be 14:30. The crew is legal to continue the scheduled rotation as there has been no reroute or reschedule of the duty period.

**Example B - Diversion:** A duty period with minimum staffing is scheduled at 12:00 with the last segment of the duty period flying from ATL-PDX. Due to an unplanned diversion for a medical emergency, the ATL-PDX segment diverts to STL adding an additional 3 hours to the duty period. The projected duty period is 15:00, but the crew is legal to continue as this is a diversion and not a reschedule / reroute.

**Example C – Flagstop:** Prior to departure it is determined that a scheduled flight from JFK-ACC must make a planned flagstop in DKR to refuel. This is not for revenue purposes so is not considered a rerouted or rescheduled flight.

**Example D - Attempt of a Flight:** A flight from JFK-FRA takes off but due to a possible mechanical malfunction returns to JFK for a maintenance check. Once cleared it again takes off and completes the scheduled flight and duty period. The rotation will show the duty period and flight number in two segments, JFK-JFK and JFK-FRA. The increased flight time and duty time is legal as there has been no reroute or reschedule of the duty period.

**Example E – Equipment Substitution:** Due to a mechanical, an aircraft must be substituted delaying the outbound departure by 2 hours. The scheduled duty day of 13:30 is projected to be 15:30. The pairing is legal for all Delta and FAA legalities as this does not constitute a reroute/reschedule.

**Example F – Stubout:** Flight 629 is a through flight from MCO-ATL-LGA but due to a mechanical in MCO a new aircraft must be used for flight 629 from ATL-LGA. The added or stubbed flight is designated flight 9629 ATL-LGA and does not constitute a reroute or reschedule of a flight.

- Due to necessary marketing changes, the company can advance (change to an earlier report / departure) the scheduled departure time of a first flight segment of a rotation by up to 15 minutes. No call from Scheduling will be made for these types of changes to an earlier report time.
- Prior to the scheduled/planned departure of a flight segment in a base city, if an open position(s) occurs, Crew Tracking will utilize:
  - -any affected crews and/or deadheading crews, or
  - -any available unaffected crew; including crews arriving for a layover, already on a layover, on an extended sit, or enroute; to avoid a delay or cancellation, or
  - -if there is sufficient call-out time, will notify Scheduling of the need to staff the flight segments
- Crew Tracking can authorize up to a 30 minute late report on layovers in order to provide a legal rest. You must accept the revised report time and **be at the airport** at the new report time.

### Rerouted Into-Off-Time Limitations – Domestic/Int'l

- Crew Tracking will make every attempt to return you to your base / location **within 10 hours** of the originally scheduled return.
- When an affected crew has to be rescheduled for an extended time period, Crew Tracking can utilize an unaffected crew to accommodate the return to base/location of the affected, extended crew.

### Rerouted Into-Off-Time Limitations - Transoceanic

- When rescheduling a transoceanic trip, Crew Tracking can involve more than one transoceanic trip in order to minimize the operational impact. The additional trips can involve an unaffected crew. Crew Tracking will make every attempt to return all affected crews within **1 additional calendar day** of the original scheduled return.

**Replacement Flying**

- Replacement flying is new flying assigned by Crew Tracking to replace all of a cancelled or disrupted pairing, i.e. the pairing is updated to contain no flight segments from your original pairing. The following also applies:
  - If the replacement flying is scheduled to report earlier than the original trip, a tripholder has the option to work the trip or to choose pay protection.
  - Crew Tracking can, if necessary, require a new departure time of no less than 30 minutes after the original report time. No pay protection options are available as the flight attendant must take the replacement trip.
  - The replacement flying must be scheduled to release no more than 4 hours past the original trip release time.

**Other Guidelines**

- If a reroute extends your original trip into an off day, you will not be flown through your domicile and out again on the extended day. This also applies to A-Days flown into an off day.
  **NOTE:** Being rerouted into your off time may qualify you for additional pay of 4 hours (RR04 Pay) if the rerouted trip meets the specified parameters. *See the Compensation Section 2.U for details.*

- When a reroute shortens a trip, upon return to your home base, Crew Tracking will release you to Scheduling. You must contact Scheduling prior to leaving the airport to indicate your pay protection option, if applicable.

- If a transoceanic crew is projected over the actual maximum for a duty period, and a crew option will cause a cancellation, an unaffected crew or individual crewmembers who have reported can be rerouted either at the base or the layover point, to prevent the cancellation. Such reroutes will be day-for-day to the extent possible. The unaffected crewmembers that are rerouted will receive the greater value of the two pairings plus DRFT pay.

- A reroute will not interfere with the required 24 hour rest period in 7 consecutive days except as follows:
  - If the 7th day consists solely of deadhead flights, the 24-hour rest can be delayed, but the rest must be received before further flight duty. *For more information see Section 1.Z.3.*
  - A subsequent trip can be dropped to satisfy the required F.A.R. 24-hour rest period in 7 days.

- After report time, if you need to be replaced for illness, injury, etc., call 1-800-325-2739 and choose the appropriate options.
  **NOTE:** In serious circumstances, if any assistance is needed for immediate medical care or transportation of the flight attendant or family members contact the IFS OCC Manager at 1-800-233-4638.

- When one or more of a crew of deadheading flight attendants is needed to work the flight the crew is deadheading on, they will be assigned the working position(s) in reverse seniority order.
  **NOTE:** Flight Attendants who have deviated from deadhead may also be used if they are advised prior to the arrival of the last working segment.

- You can receive a copy of your pairing on the aircraft via ACARS or from a computer at the gate by using the following entry: J*RFI/Base/Pairing¥Date[enter] or J*RFI/Employee#[enter].

- Hotels for reroutes and originations will be confirmed upon arrival in the layover city.

### Shuttle Pairings

- Shuttle Control in LGA handles shuttle reroutes and will attempt to reroute Shuttle crews on other Shuttle flights. However, to avoid a cancellation or delay, Delta Shuttle crews can be mixed or inter-changed with other non-Shuttle crews and vice versa. Both shuttle and non-shuttle crews will be returned to their scheduled flying type as soon as possible.

### Co-Terminals

- Flight attendants can be rescheduled to report to a different co-terminal provided the report time for a working segment is not earlier than the original scheduled report time.

- If the first leg of the rotation is a deadhead segment, you can be scheduled to depart up to 30 minutes after the original report time.

- If a Flight Attendant receives a reroute that involves a co-terminal change, they must receive at least 3 hours from the first attempt at contact to departure time.
  **NOTE:** Notification of a co-terminal change involving FLL/MIA is at least 2 hours from the first attempt at contact to departure time.

- Limo transportation between co-terminals will be provided at the end of the rotation.

### Load Factors

- Load factor pairings are rerouted by Load Factor personnel located in the Scheduling Operations Support area.

## 7.B Rerouted / Rescheduled Duty Time Limitations

### Rerouted Domestic, International and Transoceanic Trips

- The maximum rerouted/rescheduled duty period is **14** hours if you are part of a minimum staffed crew.

- The maximum rerouted/rescheduled duty period is **16** hours if your crew is one of the following:
  a) above minimum staffing for all working segments of the duty period;
  **Example 1**: A crew staffed at minimum +1 is scheduled for a 13:05 duty period. It is rescheduled to 15:10. The rescheduled duty period is over 14 hours but is legal for both the FAA and Delta.
  b) has dead-head and/or co-terminal limo time at either the beginning or end of the duty period, but **14** hours is the maximum from report of the first working flight segment to release after the last working flight segment.

  **Example 2**: You are on a minimum staffed crew scheduled for a 12 hour duty period. You are rescheduled to deadhead on the first segment followed by an itinerary change, and the duty period is now extended to 14:55. However, the working segments of the duty period plus debriefing time is only 11:40. The working segments are 14 hours or less, so this is legal for both the FAA and Delta and does not require augmented staffing or alter the minimum rest requirements.

- If the next flight segment to be flown causes the projected duty time to exceed 16 hours, the crew has the option to be released from duty prior to departure of that segment. However, the crew can volunteer to remain on duty with approval from the IFS OCC Manager. *See Section 1.P, Q, and R for more details.*

**Rerouted Non-Stop Segments >12 Flight Hours & ULR Pairings**

- The staffing for an extended rescheduled duty period must meet the F.A.R. requirement of minimum staffing plus the appropriate number of flight attendants as required by F.A.R. Duty Time Limitations. *See Section 1.E - F.A.R. Duty & Rest Chart.*

- The maximum **rerouted/rescheduled** duty period for both the Non-Stop Segments >12 Flight Hour trips and the Ultra Long Range pairings must not exceed **20 hours** and must be in accordance with appropriate minimum FAA staffing.

- When rerouted/rescheduled, the **projected/actual** maximum duty period for >12 flight hours and ULR trip-types is the value of the original scheduled or rescheduled duty period plus 3 hours.

  **Example A:** An Ultra Long Range BOM-JFK duty period is scheduled at 18:05 from report to release. The maximum legal duty period, if due to operational delay, etc. is 21:05 (18:05 plus 3 hours).

  **Example B:** An ATL-NRT duty period is scheduled at 15:45 from report to release. It is rerouted to ATL-PDX-NRT for fuel stop purposes and is now rescheduled to a projected 16:50 duty day. The maximum legal duty period, if further operational delay occurs, is still 18:45 (the originally scheduled duty plus 3 hours).

- If the next flight segment to be flown causes the projected duty time to exceed the scheduled duty period plus 3 hours, the crew has the option to be released from duty prior to departure of that segment, by contacting Crew Tracking. However, the crew can volunteer to remain on duty with approval from the IFS OCC Manager (1-800-233-4638).

**Reroute Duty Maximum Chart for All Trip-Types**

- The rerouted/rescheduled maximum duty period limitations are as follows:

| Pairing Type | Rescheduled | |
|---|---|---|
| | **Minimum A/C Staffing** | **Above Minimum A/C Staffing** |
| **Domestic International & Transoceanic** | 14:00 (or 16:00*) | 16:00 |
| **Non-Stop Flight Segments Over 12 Flight Hours & Ultra Long Range** | 14:00 (N/A for ULR) | 16:00 – 20:00 depending on staffing levels *(see Section 1.R for specific requirements).* |

*When at minimum staffing and a deadhead flight is at the beginning or end of the duty period, the maximum rescheduled duty period is 16 hours but the working portion cannot be rescheduled to exceed 14 hours.

**Flagstops & Reroutes – All Trip Types**

- If a flight makes a stop for revenue purposes (to board or deplane cargo or passengers), it is considered a reroute/reschedule and will be subject to the rerouted/rescheduled duty maximums noted in the chart above.

- If a flight makes a stop for operational reasons (mechanical, fuel, weather, or emergency), <u>even if planned prior to departure</u>, it does not constitute a reroute or reschedule.

  **NOTE:** For Non-Stop Segments Over 12 Flight Hours and Ultra Long Range pairings, if the flight makes a stop for operational reasons (mechanical, weather, fuel, or emergency), <u>even if planned prior to departure</u>, it will maintain Non-Stop Over 12 Flight Hour status and/or Ultra Long Range status for the duty period/limitations.

## 7.C Notification of Rerouted Trip

- Once it is known a disruption has occurred to your trip, you can call 1-800-DAL-CREW and select 'reroute information' to verify your next flight segment.

### Prior to Report or Departure / Changes at Domicile

- Prior to reporting for duty, flight attendants should contact Scheduling with any questions regarding rerouted or rescheduled trips. Scheduling will attempt to notify you of your rerouted trip when your report time is affected, and the new information will be reflected in iCrew.

- Notification of Reroutes & Delays – If reroutes or delays change the report time, Scheduling will contact you using your primary contact preferences as noted in the Crew Notification (CNO) system.

  - All notification of report time changes made <u>2 hours or more prior</u> to the original report time will be adjusted to the new <u>later</u> report time.

  - If notification of report time change is received <u>less than 2 hours prior</u> to the original report, Scheduling will contact you to advise you of the change. If advised, at your option, Scheduling will update your rotation to the later report. If not advised the original report time will be left in place.

### After Departure / Rotation Changes Mid-Rotation

- Crew Tracking will notify you of your rerouted trip via ACARS if in flight or by your CNO preferences, your cell phone, or hotel phone if you are between flights or on a layover. These changes include itinerary changes, or changes to the report time of your next duty period. Crew Tracking will also advise local Operations (if available) of reroute information.

- When **on a LAYOVER**, the following will apply:

  - You must remain reasonably available for the duration of your layover.
    **NOTE:** You may not non-rev or fly to another city while on a layover.

  - Crew Tracking will always attempt to contact the Purser/Flight Leader first, however, if the Purser/Flight Leader is unavailable, Crew Tracking will contact another crew member on the trip. Once contacted, they should assist to the extent possible in notifying all other crew members of an irregularity in the trip.

- When **AT THE AIRPORT**, the following will apply:
  - In the event of changes in times or routing Crew Tracking will always attempt to contact the Flight Leader first, however, if the Flight Leader is unavailable, Crew Tracking will contact another crew member on the trip. Once contacted, they should assist to the extent possible in notifying all other crew members of an irregularity in the trip.
  - It is not advisable to leave the airport between flights or while awaiting your next assignment.
  - Reroute confirmation must be verified through a printed copy of the trip, the VRU, or verbal contact with Crew Tracking.
  - Shuttle pairing crew members must confirm reroutes through Shuttle Operations if the pairing is **not** updated in the computer.
  - If your assignment is extended and you are required to remain on duty by Crew Tracking or Scheduling the rest period will not start until you are released from duty.
  - Release from duty can be confirmed only by receiving an updated rotation, or through verbal contact with Crew Tracking or Scheduling and must be obtained prior to leaving the airport. **NOTE:** Shuttle pairing crews must still make verbal contact with Scheduling, even when released by Shuttle Operations.
  - You must be available to assist with the handling of passengers and equipment assigned to your flight.
- When you are **MID-FLIGHT** the following will apply:
  - Crew Tracking will send a message to the Pilots via ACARS or radio, or the Ramp Tower can contact the Pilots directly.
  - Upon arrival of the flight, if needed, the Flight Leader should call 1-800-DAL-CREW and select the reroute information option. The VRU will indicate each flight attendant's next flight leg.
- Any reroute that affects the last leg of a trip, must occur <u>prior to the departure of the last leg</u> returning you to your home base. *See Section 7.E, Mid-Rotation Rerouted / Rescheduled Trip for additional information.*
- Any further questions should be directed through your Flight Leader to Crew Tracking or Scheduling.

## 7.D Cancellation of Trip/Cancellation or Disruption of 1st Leg

- If your entire trip cancels prior to report time, Scheduling will notify you of the cancellation via your Crew Notification (CNO) preferences. You will be offered your pay protection options.

- If the 1st leg cancels or is disrupted and the rerouted trip report time is more than 15 minutes earlier than the original report time of the trip when it was placed on the schedule, you have the option to work the rerouted trip or decline it. If declined, pay protection will apply provided you are available for an alternate assignment.

- Before departure of a trip, if your trip is canceled or the 1st leg is disrupted or causes a disruption due to delay, Crew Tracking will reroute you to do one of the following:
  a) pick up a portion of the remainder of your trip in your home base, or
  b) deadhead and/or work alternate flights that position you to pick up the remainder of the original trip, or
  c) be given replacement flying (all new segments), or
  d) be released to Scheduling

- If your trip is shortened mid-rotation, and you are choosing to be pay protected, you are required to contact Scheduling immediately **upon your return** to your home base/location and before leaving the airport. Leaving the airport indicates you are not choosing to go on availability and the pay guarantee will be removed. Scheduling will assume you did not choose to be placed on availability for pay protected.

- When giving replacement flying, Crew Tracking will schedule you to return to domicile **no more than 4 hours past** your original release time.
  **NOTE:** If the replacement flying is subsequently rerouted, Crew Tracking will make every attempt to return you within 10 hours after the scheduled release time of the replacement assignment (within 1 calendar day if it is a transoceanic trip).

**Severe Operations**

- During Severe Operations, and before departure of a trip, if your trip is canceled or the 1st leg is disrupted or causes a disruption due to delay, Crew Tracking will reroute you to do one of the following:
  a) pick up a portion of the remainder of your trip in your home base, or
  b) deadhead and/or work alternate flights that position you to pick up the remainder of the original trip, or
  c) be given replacement flying (all new segments), or
  d) be released to Scheduling

- During Severe Operations, Mandatory Availability can be implemented for the system or for specific bases and you are required to be available to Scheduling for assignment. You will be assigned to work an alternate trip or trips, as comparable to the original as possible (day for day), and will be scheduled to return no later than 24 hours past the original trip release time.

## 7.E Mid-Rotation Rerouted / Rescheduled Trip

- After departure of a pairing, Crew Tracking will notify you of your rerouted trip.

- You can be rerouted:
  - to pick up the remainder of your trip from your home base, or
  - to deadhead to pick up the remainder of your original trip, or
  - to flying that returns you to your original trip, or
  - to flying that returns you to domicile on the original return date, or
  - to flying that extends your trip past the original return and release time

- If a reroute shortens your original trip, you are subject to additional reroutes as long as:
  - the subsequent reroute(s) occur prior to the departure of the last leg returning you to your home base for a domicile rest, **AND**
  - the new routing returns to your domicile on the original trip return date.

- If a reroute extends your original trip an extra day, you will not be flown through your domicile and out again on the extended day. Additionally, Crew Tracking will make every attempt to return you to your home base within **10** hours of the original scheduled release time (or within 1 calendar day for transoceanic flying).
  **Legal Example:** An ATL 3-day trip is extended with flying originating on the 4th day from SFO-DTW-ATL. This is legal as it does not pass through your base until the trip terminates.
  **Illegal Example:** An ATL 3-day trip is extended with flying originating on the 4th day from CVG-ATL-DCA-ATL. This illegal as the extended day flying must terminate after the CVG-ATL segment.

- A rerouted trip can, however, transit your domicile base or location provided the new routing returns you to domicile or location on the same day as your original trip.
  **Legal Example:** An ATL 3-day trip scheduled to fly LAX-ATL on the 3rd day is rerouted to layover on the 2nd day in CVG. The rerouted duty period on the 3rd day is from CVG-ATL-LGA-ATL. The reroute transits the domicile on the original scheduled return date.

- If a reroute causes you to transit your home base for a domicile layover, the re-scheduled minimum rest between duty periods will be 11 hours from release to report time (9 hours actual if due to delay). Hotels are provided on request.

- When you are rescheduled, and you have unplanned sit-time within your duty period that is greater than 6:15 you can request a hotel. If the ground sit-time originates between the hours of 2100 – 0500, you can request a hotel if the sit-time is 5 hours or greater.

## 7.F Rescheduling a Partial Crew

- Crew Tracking will notify you of your rerouted trip involving a partial crew. You can be rerouted to cover the normal crew complement or to ensure FAA minimum staffing on another flight.

- The most junior flight attendant(s) on the trip excluding any required language (LOD) positions will be rerouted first.
  **Exception:** One flight attendant in an LOD position will be rerouted for any LOD required working segment(s). They can also be rerouted from a deadhead flight.

**Domestic/International Flight Leader**

- When it is necessary to split crews and a Flight Leader is needed, Crew Tracking will utilize qualified Flight Leaders as follows:
  - first, the most **junior** leader is rerouted whether in the working leader position or not;
  - if the leader is rerouted, the **junior** remaining leader on the original trip is escalated to complete the pairing

**Purser**

- If necessary to split a transoceanic crew on a layover, Crew Tracking will utilize AC-qualified leaders as follows:
  - first, the most **junior AC-qualified** leader(s) are rerouted whether in the working leader positions or not;
  - if only the A and B are qualified, the B position is rerouted so that each trip has a qualified leader;
  - if any pairing involved in the reroute does not have AC-qualified leaders, the most junior LT-qualified flight attendants will be rerouted with the most senior LT-qualified flight attendant on each pairing assuming the leader role.

- For a Purser mid-rotation vacancy such as SICK, OJI, ELOA, etc., Crew Tracking will:
  1) escalate the most senior AC-qualified volunteer,
  2) involuntarily escalate the most junior AC-qualified, or
  3) involuntarily escalate the most senior flight attendant.

## 7.G Equipment Substitutions - Prior to Departure

- Scheduling will notify you of all equipment type substitutions.

**Reduction in Staffing – Entire Rotation Reduced**

- If entire rotation is equipment downgraded, the following applies:
  1) The Flight Leader(s) will always remain on the trip
  2) A-Day holders are removed first in reverse seniority order
  3) The remaining flight attendant(s), including variable staffers whose pairings mirror the entire rotation, will be removed in reverse seniority order to attain the Delta bid staffing level of the equipment. *See Section 1.B, Aircraft Staffing.*
  4) Normal pay protection options will apply for all tripholders removed from a rotation.

**Reduction in Staffing – Partial Rotation Reduced**

- If the equipment substitution reduces staffing for only part of a rotation, the following applies:
  1) The **Flight Leader**(s) will remain on the original rotation regardless of seniority.
  2) All flight attendants including A-Day holders, and variable staffers whose rotations do not mirror the entire rotation, will work the affected legs of the rotation to the jumpseat capacity of the substituted equipment.
  3) Crew members over jumpseat capacity will deadhead on single segments. The deadhead option is offered in seniority order.
  4) If a double deadhead returns to the city where the dead-head originated, a 'sit' or expanded layover is permitted.
  5) If a double deadhead is at the beginning or end of a pairing, the crew is reduced to jumpseat capacity. All deadhead options are offered in seniority order and the pay protection options also apply.

**Language of Destination**

- Reductions in LOD staffing will be determined by the market (e.g. not reducing a 'critical' language complement) and equipment type. When necessary, this decision is made by Scheduling management.

- To the extent possible, there will be no reduction of LOD staffing if there is only one LOD flight attendant on the flight.

- When it is determined that LOD staffing can be reduced, Scheduling will remove the most junior LOD flight attendant in a language category position, and the displaced LOD flight attendant will be sequenced with the remainder of the regular flight attendants and the most junior will be removed.

**Increase in Staffing**

- If an equipment substitution increases staffing, normal trip coverage procedures will be used to provide the additional staffing.

## 7.H Equipment Substitutions - After Departure

- Crew Tracking will notify you of the equipment type substitution.

**Reduction in Staffing**
- If an equipment substitution reduces staffing, the **Flight Leader(s)** will remain on the reduced equipment, and Crew Tracking will automatically assign the most junior flight attendants to work the remaining positions on the trip.

- The number of flight attendants assigned to work the flight will be to the jumpseat capacity of the substituted equipment. Any remaining flight attendants will deadhead or be released to Scheduling as appropriate.

**Variable Staffing Positions**
- If a variable staffing pairing mirrors the regular pairing, the variable staffer is considered with all other flight attendants in seniority order and the most junior will work the remainder of the trip to the capacity of the jumpseats on the aircraft.

- If the pairing does not mirror the regular pairing, the variable staffer will either deadhead or be removed as operationally appropriate.

**Language of Destination**
- To the extent possible, there will be no reduction of LOD staffing if there is only one LOD flight attendant on the flight.

- Crew Tracking will not reduce LOD positions unnecessarily. If possible, a minimum must be kept on the flight(s) to maintain the language customer service. *See Section 6.F for minimum LOD requirements using the swapping guidelines.*

## 7.I Extended Aircraft Maintenance

- Crew Tracking will notify you of your rerouted trip due to extended aircraft maintenance. If the estimated ready time is 24 hours or less, you may be required to remain in the station assigned to the aircraft, unless Crew Tracking reroutes the crew.

- If the estimated ready time is greater than 24 hours but less than 36 hours, you will be relieved if operationally feasible.

- If the estimated ready time is greater than 36 hours, you will be rescheduled or deadheaded to your home base.

## 7.J Contacting Crew Tracking

- The Flight Crew VRU is designed to provide the most expedient manner to address concerns by routing calls to the appropriate area: Crew Tracking, IFS Scheduling, Load Factor Control, or the IFS OCC Manager.

- If currently flying a trip, you should call 1-800-DAL-CREW (1-800-325-2739) to receive information about your rerouted pairing. **NOTE: If the entire crew has been rerouted and/or instructed to call Crew Tracking please have only one flight attendant, preferably the Flight Leader, place the call.**

- After choosing "Crew Tracking Information", option #2 from the main menu, you can select from the following options:
  1. For rotation information or if you have been instructed to call Crew Tracking or Load Factor Control
  2. If you are calling in sick
  3. Exercise a duty time or flight time limitation
  4. Resolve a Crew Rest conflict
  5. If you must speak to someone

**Hotels**

- Hotel information can be found by retrieving a copy of your pairing, or for reroutes and originations, hotel information can be confirmed upon arrival in the destination city.

- If your origination or reroute pairing does not have a hotel upon arrival in your destination city, you should call 1-800-DAL-CREW and select "Crew Accommodations" information, option # 3 from the main menu, to speak with a crew accommodations representative.

## 7.K Duty Limitations Options

**General**

- You have the option to waive any of the duty limitations, excluding the scheduled or rescheduled F.A.R. duty limitations and rest requirements, and continue your trip. You do not need to call Crew Tracking or Scheduling.

- Your projected duty time and flight time will be based on the most up to date times shown in OSS for completed flights and scheduled and/or re-timed flights. Re-timed flights are updated by the Flight Control Dispatcher in communication with the Pilot in command of the flight.
  **NOTE:** To access your trip from a computer at the gate, use the following computer code: J*RFI/BASE/PAIRING No.¥ DATE (pairing origin)[enter].

- If you waive a duty limitation and a further delay is subsequently posted for your rotation, you again have the option of waiving the duty limitation or electing not to continue your trip. The Flight Leader should notify Crew Tracking when any or all crew members elect not to continue. The safety of the crew and passengers should be the foremost concern of the Flight Leader and crew-members.

- Once aware of exceeding a duty limitation and you do not wish to continue the trip, Crew Tracking or Scheduling should be called as soon as possible by the Flight Leader with the names of all who indicate they do not wish to continue.
  - If you are in your base/location at the beginning of a trip, you will either be rerouted or released to Scheduling
  - If you are not in your base/location, you will be rerouted to complete a legal duty period or be released to a layover

  **NOTE:** Individual crew members can call Scheduling or Crew Tracking regarding the duty day of a pairing which does not mirror the pairing of the Flight Leader and/or the rest of the crew.

- Once you have exercised a work rule limitation option, you must accept the updated rescheduled pairing as built by Crew Tracking. You cannot then request to remain on your original pairing.

- For duty periods scheduled for 14 hours or less, if the duty period is projected to exceed **17 hours**, you can only continue with the approval of the IFS OCC Manager. (Contact 1-800-233-4638).
  **NOTE:** The above does not include pairings with duty periods scheduled between 14:01 and 16 hours, duty periods for non-stop flights >12 block hours and Ultra Long Range pairings.

## 7.L Options Flowchart Explanation

- Each of the following flowcharts presents one or more work rule situations, along with differentiating criteria.
- Using the header on each page, locate the specific work rule related to your current situation.
- Then locate the appropriate criteria for your situation. Along the left side of the page in shaded boxes are additional criteria defining the situation.
- Once you have identified your work rule situation and criteria, the options are explained following the lines/arrows originating at the criteria (shaded) boxes from left to right across the page.
- The following symbols used within each flowchart and located along the lines/arrows indicate whether you or Crew Tracking are at a decision and/or action point.

- Written options for flight attendants are enclosed

within shaded boxes

- Explanations to flight attendants or options for Crew Tracking are enclosed

within unshaded boxes

## When PROJECTED / ACTUAL Duty Period Exceeds 16 Hours

- For duty periods scheduled for 14 hours or less, if the projected duty period exceeds 16 hours, see the options below. If the projected duty period exceeds 17 hours the crew can only continue with the approval of the IFS OCC Manager. The Flight Leader must contact the IFS OCC Manager at 1-800-233-4638.
- If the duty period is a non-stop >12 block hour duty period or is a designated ULR, the exercise option point is the scheduled duty period plus 3:01. Other duty periods scheduled between 14:01 and 16 hours have an option-off point of the scheduled duty period plus 2:01. (See Section 1.Q.)
- However, for each category noted above, flight attendants have the same options listed below.

F.A.R. Minimum Rest Cannot Be Waived
When **projected** rest is 10 hours or more, **F/A** must continue trip as scheduled. See **NOTE**.
When **projected** rest is <10 hrs., Crew Tracking will provide a minimum guaranteed 10 hour rest.
PROJECTED >16 hours
If F/A has additional legs remaining ...
**F/A elects to continue the trip**. There is no need to call Crew Tracking.
**F/A elects not to continue the trip**. Flight Leader advises Crew Tracking / IFS Scheduling
**Crew Tracking** will reschedule the trip to reduce duty period to 16 hours or less (14 hours if minimum staffing; 16 hours if augmented staffing, or w/DH at beginning or end of duty & working segments 14 or less).
**F/A** may be released to layover.
**Scheduled** minimum rest will be no less than the normal scheduled DL minimum or applicable FAA minimum rest, whichever is greater.
**Actual** minimum rest will be no less than 8 hours or an applicable F.A.R. 121.467 minimum rest, whichever is greater.
If **F/A** is in home base, they can be released to Scheduling. Upon release, F/A must call Scheduling to discuss pay protection options. See **NOTE**.
@Layover ACTUAL >16 hours
If F/A is at the end of duty period ...
When **actual** rest is 10 hours or more, **F/A** must continue trip as scheduled. See **NOTE.**
When **actual** rest is <10 hrs, on request Crew Tracking will provide a minimum guaranteed 10 hour rest
@Base ACTUAL > 16 hours
If F/A's last duty period exceeded 16 hours and rest in home base is less than 16 hrs...
**F/A** can continue on next trip as scheduled.
**F/A** can call Scheduling to receive 16 hr rest and discuss pay protection options if applicable.
Indicates a point where the F/A has options and needs to make a decision. The Flight Leader coordinates the individual F/A's decisions.
Indicates a point where Crew Tracking has options and needs to make a decision.

If you waive a limitation and a further delay is posted, you have the options of waiving the limitations or electing to NOT to continue your trip. The Flight Leader should notify Crew Tracking for any crewmember.

**NOTE:** After exceeding 16 hours on the final duty period of a trip, the F/A has the option to call Scheduling upon completion of their trip to receive a 16 hour domicile rest and discuss any applicable pay protection options if a trip is dropped as a result of the 16 hour domicile rest.

CONFIDENTIAL

DELTA 000696

## During Severe Operations When PROJECTED or ACTUAL Duty Time Exceeds 16 Hours

- For duty periods scheduled for 14 hours or less, if the projected duty period exceeds 16 hours, see the options below. If the projected duty period exceeds 17 hours the crew can only continue with the approval of the IFS OCC Manager. The Flight Leader must contact the IFS OCC Manager at 1-800-233-4638.
- If the duty period is a non-stop >12 block hour duty period or is a designated ULR, the exercise option point is the scheduled duty period plus 3:01. Other duty periods scheduled between 14:01 and 16 hours have an option-off point of the scheduled duty period plus 2:01. (See Section 1.Q.)
- However, for each category noted above, flight attendants have the same options listed below.

## F.A.R. Minimum Rest Cannot Be Waived

If F/A has additional legs remaining ...
**F/A elects to continue trip** as scheduled to layover or home base for required minimum rest. There is no need to call Crew Tracking.
**F/A elects not to continue** trip as scheduled. Flight Leader advises IFS Scheduling or Crew Tracking.
Crew Tracking will reschedule trip to reduce the duty period to 16 hours or less (dependant on staffing) or F/A will be released for a scheduled minimum rest and trip will be rescheduled.
**F/A** may be released to layover.
**Scheduled** minimum rest will be no less than the Delta scheduled minimum or an applicable F.A.R. 121.467 minimum rest, whichever is greater.
**Actual** minimum rest will be no less than 8 hours or an applicable F.A.R. 121.467 minimum rest, whichever is greater.
If **F/A** is in home base, they will receive a scheduled 11 hour rest and trip may be rescheduled or they may be released to Scheduling.
If F/A is at the end of duty period ...
**F/A** will be released to layover.
– **Scheduled** minimum rest will be no less than the Delta scheduled minimum or an applicable F.A.R. 121.467 minimum rest, whichever is greater.
– **Actual** minimum rest will be no less than 8:30 or an applicable F.A.R. 121.467 minimum rest, whichever is greater.
If F/A is at the end of the trip ...
**F/A** will be released for minimum rest.
– **Scheduled** minimum rest will be no less than the Delta scheduled minimum or an applicable F.A.R. 121.467 minimum rest, whichever is greater.
– **Actual** minimum rest will be no less than 9 hours or an applicable F.A.R. 121.467 minimum rest, whichever is greater.
F/A MAY CALL THE DELTA IFS VRU FOR VERIFICATION OF SEVERE OPERATIONS.
Indicates a point where the F/A has options and needs to make a decision. The Flight Leader coordinates the individual F/A's decisions.
Indicates a point where Crew Tracking has options and needs to make a decision.

**NOTE:** During severe operations, Delta will use F.A.R Minimum rest guidelines and the following options remain available to you for duty periods scheduled at 14 hours or less:

- To receive a minimum 10 hour guaranteed rest after exceeding a 16 hour duty period when not in home base; you can also request a minimum 9:30 'behind the door'. See Section 1.Z.4, Rest Options.
- To receive a minimum 16 hour rest between trips after exceeding duty time limitations.

Flight Attendant Work Rules
Table of Contents – Severe Operations 5/01/12

## Section 8 - Severe Operations

8.A Severe Operations Guidelines 174

8.B Reporting for Duty – Irregular & Severe Operations 174

CONFIDENTIAL DELTA 000698

## 8.A Severe Operations Guidelines

- Severe Operations is defined as an extraordinary circumstance which substantially affects the operation and causes cancellations or airport closures. The Sr. Vice President of In-Flight Service (or designee) will declare the situation for the system, or by base, and will describe the cause and expected duration.
- It can be necessary to deviate from daily operational policies during severe operations. This will be done only when necessary to continue the operation and with approval of In-Flight Service management. If the crisis or severe circumstances extend beyond the expected date, periodic updates will be given.
- An advisory message stating severe operation conditions are in effect will be sent out by the In-Flight Service Senior Vice President or their designated representative. This message will be relayed by the VRU phone system and the iCrew broadcast screen. Contents of the message will include some or all of the following: the type of situation, affected bases/locations, the expected duration of the crisis, and the IFS policies in effect. If the crisis or severe circumstances extend beyond the expected date, periodic updates will be given.
  **NOTE:** All trip pairings of the affected bases/locations will have the designation '**Severe Operations'** near the top of the pairing display.

## 8.B Reporting for Duty – Irregular & Severe Operations

- You should make advance preparations during inclement weather that will ensure your ability to cover your trip assignments.
- During severe weather operations your trip can cancel. However, unless you have been otherwise advised, it is imperative you make every attempt to report for duty at the scheduled report time. It can be necessary to assign you an alternate trip during severe operations.
- The following will help increase your chances of an on-time report:
  – Stay closely attuned to weather forecasts in your area.
  – Early preparations help ensure your safe arrival at the airport.
  – Take precautions when snow or ice is predicted, such as parking on the street versus on a steep or winding driveway.
  – Consider making plans to take public transportation, when hazardous road conditions are anticipated.
  – When public transportation is not an option, consider hotels near the airport to avoid driving during hazardous conditions.
  – If you are a commuter ensure you have sufficient back-up flights to your base. *See Managed Time Out policy in Section 6.W.*

- Regardless of the length of your trip, pack appropriately for a trip of longer duration.
- If the crisis or severe circumstances extend beyond the expected date, periodic updates will be given. Some or all of the following will be implemented:

  1. Crew Tracking may utilize unaffected crews in order to avoid flight cancellations. This can result in an increase in the number of trips rescheduled.

  2. When a trip cancels in a flight attendant's home base, Crew Tracking will either assign replacement flying or release a crew back to Scheduling for an alternate assignment. The crew must contact Scheduling prior to leaving the airport.

  3. If you lose flight time, or your trip cancels, a schedule code of **'CALL'** will appear on your schedule. If Severe Operations is then subsequently declared, all **CALL** and **AVL** codes will be changed to **MAVL**.
  4. Mandatory Availability can be implemented for the system or for specific bases/locations. A flight attendant will be advised upon contacting Scheduling that availability is mandatory. The code **MAVL** will be on the schedule, and you must accept any alternate assignment.
  5. During severe operations, when mandatory availability is in effect, Scheduling has up to 4 hours, while you remain at the airport, to assign your alternate trip. *See Availability Notification in Section 3.F.*
  6. If the assigned trip is scheduled to return within the normal period of availability, (no more than 4 hours past the original release time) you will be paid for the greater of the assigned trip or the original trip.
  7. If the assigned trip is scheduled to return outside the normal period of availability, that is, released more than 4 hours past the original scheduled release, you will be paid for the greater of the assigned trip or the original trip plus 4 hours draft pay. The pay notation **DRFT** will be placed on your schedule next to the applicable trip. *See Section 2.T – Draft Pay.*
  8. During severe operations, when mandatory availability is impl-emented, you can be subject to more than one alternate trip assignment during your window of availability. Scheduling can assign multiple trips at one time, or consecutively after each arrival and as trips become available. If assigned multiple

trips, and you qualify for draft pay, you will be paid draft pay one time only for the trip released more than four hours past the scheduled release time of your original trip. *For more information on alternate assignments, see Section 3.G – Trip Pay Protection Policy- Alternate Assignments.*

9. During severe operations, when mandatory availability is implemented, Scheduling can assign alternate trips to flight attendants off canceled trips in their domicile. When possible, the assignment of a comparable trip will be made, but an assignment can be for a greater number of days. An alternate trip assignment made during severe operations and mandatory availability will not be scheduled to return **more than 24 hours** past the original scheduled release time.
10. While on Mandatory Availability and within legal parameters you can be assigned 'piggy-back flying', i.e. legs added to the end of a rotation upon return to base.
11. Deviation from deadhead requests will be denied during severe operations.

- During declared severe operations system-wide, the rerouted-into off day pay policy (RRO4 pay) will continue to apply to all qualifying pairings, including draft assignments.
- If you have multiple assignments given while on MAVL, and Severe Operations is lifted for a future date assignment, you have the option to fly the future trip with pay protection (including Draft pay if applicable) or take a Priority Pick-Up and only be paid for the alternate assignments that you worked.
- If you have unused MAVL days on your schedule and Severe Operations is lifted for those days, you have the option to change MAVL to AVL with its attending parameters or take a Priority Pick-Up.

**If you have any questions during daily operations, irregular operations or during severe operations always contact the IFS OCC Manager (1-800-233-4638) or the Scheduling office for direction and guidance regarding any work rule or scheduling policy.**

Flight Attendant Work Rules
Table of Contents – General & Miscellaneous 5/01/12

## Section 9 - General & Miscellaneous

| | | |
|---|---|---|
| 9.A | Deadheading Procedures - General | 177 |
| 9.B | Deadhead Flight Arrangements | 178 |
| 9.C | Deviation from Deadhead | 179 |
| 9.D | Quick Reference Deviation & PSY Authorization Chart | 181 |
| 9.E | Attire for Deadheading | 182 |
| 9.F | Hotel Accommodations | 182 |
| 9.G | Crew Transportation | 183 |
| 9.H | Absence Notification Policy | 184 |
| 9.1 | Alternate Flying Program | 184 |
| 9.J | Trip Coverage Procedures for Military Charters | 185 |

CONFIDENTIAL DELTA 000702

## DEADHEADING PROCEDURES

### 9.A General

- Report time for deadhead flights is 1 hour prior to the scheduled departure unless notified otherwise. Be at the departure gate 40 minutes prior to scheduled departure.
- Report time for PSY flights to attend training is 30 minutes prior to scheduled departure.
- Report time for deadheads to position crews for inaugural flights is 2 hours. These deadheads are often on other airlines and the additional time is needed for ticketing, etc.
- When a deadhead leg is the last leg of a duty period, no debriefing/ deplaning time is added to the duty period.
- Deadheading is considered part of duty time by Delta.
- Flight attendants scheduled to deadhead, or those who have deviated from deadhead could be required to work. The change from a deadhead or a deviation from deadhead to a working segment can be done by Crew Tracking or Scheduling when the need arises.
  **NOTE:** Since multiple pairings may be involved and reroutes occur sequentially at varying times, to the extent practical the most junior flight attendant(s) will be rescheduled to work. A flight attendant who has deviated from deadhead must be advised prior to the arrival of the last working segment.
- All ferry flights (including segments of charter flights with no revenue passengers) are considered deadhead flights.
- If the outbound crew is not available due to delay or other circumstances, the deadheading crew should coordinate with the gate agent to check the emergency equipment and prepare the aircraft for boarding, board and complete on ground service, if necessary.
- Deadheading crew members will not be removed to accommodate an oversold flight or standby revenue customers. Flight attendants can *volunteer* to occupy the jumpseat to accommodate an oversold or standby customer.
  **NOTE**: You can also volunteer to be removed in an oversold situation if it does not impact your legalities or A-Day availability for duty. Contact Scheduling to update your trip if you DH on another flight.
- Sleeping while deadheading is permitted provided you are seated in a passenger seat.

## 9.B Deadhead Flight Arrangements

- Crew Booking makes reservations, designated as Positive Space Coach - "PSY", for all pre-month scheduled deadhead flight segments.
  - For domestic, international (non-transoceanic), and intra-theatre flights in Europe, Asia, and Africa deadhead seats are booked in economy class.
  - For transoceanic flights, including transoceanic Military Charters, deadhead seats are booked in economy class.

- For non-scheduled or rerouted DH flight segments occurring mid-rotation, PSY reservations are made by IFS Scheduling.

**Upgrade from Main Cabin**

- To upgrade, place yourself on the airport standby list. The gate agent can upgrade you at departure time, if first class/business seats are available and time permits.
- All upgrades are processed based on Company seniority.

**Economy Comfort Seating for DH flight attendants**

- The assignment of Economy Comfort seating to deadheading flight attendants will be handled in the following way:
  - 3-4 hours before departure time on applicable flights, IFS Scheduling will upgrade DH flight attendants holding YC seat assignments into open EC seats in seniority order until all seats are filled. All DH flight attendants, regardless of whether their seat assignment is in EC or YC, are then still eligible to request a PSUP upgrade to BusinessElite before flight.
  - In the event Economy Comfort seats become available at boarding time, the gate agent will manually try to accommodate dead-headers in the open Economy Comfort seats in company seniority order.
    **NOTE:** This won't always be possible until the automated upgrade technology is in place. Also note there is no change to the Business-Elite upgrade process, as it is fully automated.

## 9.C Deviation From Deadhead

**General**

- Deviations from scheduled deadheads prior to your first working segment or after your last working segment are commonly called 'front-end' or 'back-end' deviations, respectively.

- Enter requests to deviate from a scheduled deadhead leg in iCrew no later than 48 hours prior to trip departure to ensure approval and update.
  **NOTE:** You cannot deviate from a deadhead without prior approval from Scheduling, and during irregular or severe operations, deviation requests can be denied.

- You must use cabin jumpseat or non-revenue pass authorization for all deviations from deadhead unless you are authorized for PSY travel.  For reservation problems, call Scheduling for assistance.

- You must use cabin jumpseat or non-revenue pass authorization when deviating from deadhead to and/or from an alternate city.
  **NOTE:** see section 9.D 'Quick Reference Deviation and PSY Authorization Chart' for additional details/exceptions, e.g. Charters

- Once approved for deviation, a trip cannot be swapped.  You must contact Scheduling to return the trip to its originally scheduled deadhead status before a swap can be approved in the computer.

- Non-availability of seats on flights other than the scheduled dead-head is not accepted as an excuse for missing a working flight.

- If a deadhead at the beginning of a trip is to a layover, any deviation must be scheduled to arrive no later than 1 hour prior to departure of the first working segment.
  **NOTE:** Does not apply to front-end deviations of DH on dedicated or non-dedicated charter flights.

- Authorization for A-Day holders to deviate from a deadhead can be granted only after completion of the last working flight segment on the last day of the A-Day block, subject to operational requirements. Contact Scheduling for these deviation requests.

- You can deviate from the beginning of a dedicated or non-dedicated charter only if the following criteria are met:
  - the deadhead segment is not a ferry flight, and
  - you notify Scheduling you are in the originating city of the first live flight within <u>normal sign-in parameters</u> of the rotation (up to 3 hours before the original report time in the base station).
  **EX.** The DH leg of your charter rotation reports at 1405 ET.  You must contact Scheduling between 1105 ET and 1405 ET that you are in the city of the first live leg of the charter.

- You can deviate at the end of the charter once the last charter flight is completed.  Additionally, if the last leg of the trip is a ferry, you can deviate from the scheduled ferry flight if it has not changed to an extra section flight.  Flight Numbering: DL Extra Sections are 9856 – 9930; DL Charter flights are 8860 – 8969, and DL Ferry flights are 8820 – 8859, 9760 - 9769, and 9931 – 9979.
  **Exception:** Transoceanic Military Charters; see the Chart in Section 9.D.

**Positive Space**

- Positive space travel (PSY*) can only be authorized for deviations from deadhead under certain conditions:
  1. If the deadhead is the 1st leg of your trip and you deadhead directly from your home base or co-terminal earlier than scheduled on the same calendar day, or
  2. If the deadhead is the last leg of your trip and you deadhead directly to your home base or co-terminal earlier (can be a calendar day earlier) or later the same calendar day as originally scheduled.

  ***NOTE:** A PSY reservation for a deviation can only be made when flight availability allows in TravelNet under Company Business.

## Deviation Not Allowed

- When the deadhead is in the same duty period as the first working segment, you cannot deviate on a flight that is scheduled to arrive later than the original deadhead flight.

- If the first leg of your trip deadheads to a layover and you are requesting a deviation from deadhead, you cannot deviate to a flight that arrives less than 1 hour prior to the scheduled departure time of the first working segment.

- Flight attendants cannot deviate deadhead:
  - at the beginning of a Military or CRAF charter
  - onto a ferry flight
  - if a ferry flight precedes a charter flight
  - from a deadhead occurring in the middle of a trip
  - from a scheduled deadhead on trips involving interline flights or Intra-European/Asian flight connections
  - on an inaugural pairing

    **Exception:** If an inaugural begins with a double deadhead through a base city, and you notify Scheduling you are in the originating city of the second DH flight within normal sign-in parameters of the rotation (up to 3 hours before the original report time in the base station), you can request to deviate off the 1st DH segment and depart out of the 2nd city.

- Deviations can also be denied at the discretion of IFS management for operational circumstances such as during severe operations.

- If you are authorized to deviate from your scheduled deadhead at the end of a trip, but are notified of random drug or alcohol testing following the last working flight of the trip, you are **required** to deadhead back to your base domicile as originally scheduled.

- A-Day holders cannot deviate from a deadhead at the beginning of a trip.

  **Exception:** You are deviating from your base or a co-terminal (e.g. EWR instead of LGA) to PSY on an earlier flight that same calendar day. Must be with Scheduling approval.

## 9.D Quick Reference Deviation & PSY Authorization Chart

| **Front-End Deviation:** | **Deviation Allowed?** | **PSY Authorization** |
|---|---|---|
| From base or a co-terminal on an earlier flight (same calendar day) | Yes | Yes* |
| From other destination to 1st working segment | Yes | No |
| A-Day Holders | No | N/A |
| **Exception:** A-Day holders from base or co-terminal if to PSY on an earlier flight that same calendar day – must get approval from Scheduling. | Yes | Yes* |
| To a Military Charter, or inaugural flight (whether DH is on Delta service or OAL) | No | N/A |
| To a dedicated or non-dedicated charter flight | Yes, only if criteria noted in Section 9.C are met | No |
| **Back-End Deviation** | | **PSY Authorization** |
| To base or co-terminal earlier (can be up to one calendar day earlier) or later on the same calendar day as originally scheduled. | Yes | Yes* |
| To any other destination | Yes | No |
| A-Day holders to base or a co-terminal on that same calendar day and it is the final A-Day in the block | Yes | Yes*, but authorization is only given after the completion of the final working leg before the scheduled DH |
| From a dedicated or non-dedicated charter flight (includes domestic and international** military charters) | Yes, upon completion of final working leg | Yes*, only to base or co-terminal after completion of the final working leg |
| From a Transoceanic Military Charter flight | Yes, upon completion of final working leg | Yes*, to any base; must be a non-stop transoceanic flight; & requested in advance of charter award using online form. |

***NOTE:** In all cases the deviating flights for PSY must have seats authorized for use as indicated under Company Business in Travelnet.

**International flying as defined in Section 1.M.

## 9.E Attire for Deadheading

- You can wear your uniform or follow the business casual dress code for company business travel as noted in *HR Policies / Pass Travel / Company Business Travel via Delta.*

- When deadheading in uniform, you must adhere to uniform regulations throughout the flight. *See the IFS Operations Handbook – Uniforms Program section.*

- You should allow revenue customers seated in the same cabin an opportunity to deplane first. On Shuttle flights, you should sit in a window seat or in the last row of the aircraft, when possible.

## 9.F Hotel Accommodations

- Hotel selection to provide layover accommodations is completed by Corporate Travel Services using input from In-Flight Service and the Delta Employee Involvement Group (EIG). Corporate Travel reviews hotels prior to selection for a number of items, particularly safety and cleanliness.

- Hotels for reroutes and originations will be confirmed upon arrival in the layover city. *For additional Load factor Hotel information, see Load factor Staffing - Layover Hotel in Section 4.E.*

**Away from Base Domicile**

**Advance Reservations**

- Hotels are provided when prior to report, you are scheduled with 6:15 hours or more ground time from release of one flight to departure of the next flight. These accommodations are reserved in advance and direct-billed to Delta.

  **Exception:** 5 hours or more qualifies for a hotel when the ground time, scheduled or unscheduled, originates between 2100 – 0500.

**Upon Request**

- Hotel rooms that are not booked in advance will be provided upon request, when during daily operations (e.g. after report time), you are rescheduled with 6:15 hours or more ground time from release of one flight to departure of the next flight. These rooms will be booked by the OCC Crew Accommodations Desk or local operations if necessary.

- When the scheduled ground time is less than 6:15 hours, but due to daily operations, the next flight has an updated late departure with 6:15 hours or more ground time from release of one flight to departure of the next flight, hotel rooms will be provided upon request. These rooms will be booked by the OCC Crew Accommodations desk or local operations.
  **NOTE**: When the **scheduled** ground time from the block-in of one flight to departure of the next flight is less than 6:15 hours and your **inbound flight arrives earlier than scheduled**, hotel accommodations are **not authorized** even if this results in 6:15 hours or more ground time between block-in to departure.

  **Example:** An inbound flight is scheduled to arrive at 1100 but actually arrives at 1030. The departure time of the next scheduled flight is at 1700. Hotel accommodations are not authorized because the scheduled ground time is 6:00 even though with the early arrival it reflects as 6:30. However if the departure flight is then subsequently delayed to 1800 (and known in time/in advance), hotel accommodations will be provided upon request because the ground time from scheduled arrival to the delayed departure time is 7:00.

**In Base Domicile**

- Hotel rooms **are provided upon request** during daily operations, when you are rescheduled with ground time of 6:15 hours or more between block-in from one flight to departure for the next flight. This can be a 'domicile stopover 'occurring within one duty period or can be a 'domicile layover' consisting of a scheduled legal 11 hour domicile rest period or more.
  **Exception:** You can request a hotel if you have 5 hours or more unscheduled ground time and the ground time originates between 2100 – 0500. Hotels are also provided for Ultra Long Range pairing crews whose flight cancels and they are rescheduled to depart on a ULR segment after a minimum 10 hour domicile rest from release to report.

## 9.G Crew Transportation

- The normal time to wait for crew transportation to the hotel should be no more than **20 minutes**. Beyond that amount of time, make a phone call to the hotel. If an additional wait is anticipated, you can secure a taxi ride and submit your taxi expense via the DEERS reimbursement system.

- When your pairing has been updated by Crew Tracking with an authorized 30 minutes later report time at a layover point, if the scheduled crew transportation cannot be changed, you can pay for a taxi ride and submit your expenses via the DEERS reimbursement system.

## 9.H Absence Notification Policy

- You must notify the Management Support Team (MST) as soon as you are aware of your inability to cover an assignment, including a training assignment.

  **Trip Holder–**You must call 3 hours prior to scheduled report time. **NOTE:** If you call in less than 3 hours prior to report time your schedule will be marked CFSM and you may subject to Performance Development.

  **A-Day Holder–**The following will apply:
  a.) If you have not yet received a trip assignment, you will be marked sick for the appropriate date at the time you call.
  b.) If you have been assigned a trip but you call in the day prior to the trip you will be marked sick.
  c.) If you call in sick on the day of the assignment after accepting the assignment, or state that you are sick at the time you are contacted for the assignment, your schedule will be marked with CFSM and you will need to contact your Field Service Manager.

- You must provide the MST desk with a projected well date upon initial notification of the absence. If you remain sick and are unable to report for your next scheduled trip, you must notify the MST desk and provide a new projected well date.
  **NOTE:** Contact Sedgwick Claims Management at 877-67-DELTA to certify any absence of more than 7 consecutive days due to illness. Sedgwick will coordinate with your physician regarding the absence. Failure to contact Sedgwick can result in an unexcused absence. Also contact Sedgwick when an OJI absence extends beyond 7 consecutive days. An OJI should be initially reported to ESIS at 1-800-642-4462 within **24 hours** of the injury.

## 9.H.1 Managed Time Out (MTO)

- Managed Time Out (MTO) is an option for a trip or A-Day drop (in single day increments) without pay that is provided when unforeseen circumstances arise **within 24 hours of scheduled report**.
- An MTO (Managed Time Out) is an accountable absence. If you think the occasion warrants an exception to your reliability record, contact your PFSM to discuss.
- The MST Desk (Manager Support Team) should be contacted as soon as you are aware of a possible situation requiring MTO.

- Though not a comprehensive list, the general conditions for requesting MTO are:
  - Hazardous/impassable road conditions
  - Enroute mechanical problems
  - Severe weather conditions-be aware of Delta's procedures during inclement weather and winter operations. Ensure that you have proper back up flights and make advance preparations when needed. Pre-planning during expected adverse weather conditions is required to qualify for MTO.
  - Unexpected airport closure
  - Natural disasters
  - Sick family member; very ill and immediate in nature.
  - Unexpected child care problems
  - Funeral/death of a friend or non-immediate family member
  - **Commuter flight trouble** – As a commuter you are required to have a primary and a back-up flight (DL or OAL) with available seats. Available seats are noted in TravelNet as 'AV' seats (versus AU which are authorized for seat sale). These AV seats should be seats open when you list within 12 hours of departure. The back-up flight must also be scheduled to arrive at least 1 hour before sign-in. A cabin jumpseat can be secured for the primary or the back-up flight, but you cannot book or hold both simultaneously.

    **NOTE:** Retain all OAL documentation to present if needed.

- MST managers will facilitate your request as follows:
  1. Your trip will either be dropped and the day marked with MTO, or if the trip is a multi-day trip, you can be requested to fly the balance or deadhead into the balance of the trip* if it is operationally feasible to split it and do so. If this is not possible, you can be asked to pick-up a trip from open time the next day.

  2. For commuting problems which can be widespread if due to weather conditions, the trip will be dropped with the requirement that you be deadheaded into the balance of your trip* if operationally feasible; or Scheduling will assist you in picking up an alternate trip for the next or a subsequent day. The code used for a pick-up is MTOP.

     **Exception:** When A-Day staffing is good and you are on a multi-day trip you will not be asked to fly a remaining portion of your trip or to pick-up.

     **NOTE:** If you are a commuter, you can be required to fly an out-of-base/location trip out of your home location; e.g. if you live in the ATL vicinity but are based in NYC, when requesting MTO due to commuting problems due to weather conditions, you can be assigned an ATL trip.

*Original trip guarantees do not apply; duty/trip credits only as applicable.

## 9.I Alternate Flying Program (AFP)

- The alternate flying program in certain designated locations approved by IFS Management is open to qualified participants. *See the IFS Operations Handbook, Section 3.1, Alternate Flying Program.*
- The locations are designed to be self-sufficient and self-managed by the participants, however, all normal scheduling and reroute policies apply to AFP flying as necessary.
  **NOTE:** Trip coverage by Scheduling, if needed, will follow normal trip coverage procedures.
- Jetway trades involving AFP pairings can be done with any flight attendant in the system. *See Section 6.G for specific details on Jetway Trades.*

## 9.J Trip Coverage Procedures for Military Charters

- Military Airlift Charters (MAC) and Civil Reserve Air Fleet (CRAF) charters are available for charter (CR) qualified flight attendants to pick-up or to move-up to as indicated below.

**Pick-Up Eligibility**

- CR-qualified flight attendants from any base or AFP can pick-up a domestic, international, or transoceanic military charter.
  **NOTE: Domestic and non-transoceanic international military charters will be posted in the open time of the base or location they originate from.**

**Move-Up Eligibility**

- Flight attendants from any base, with the exception of AFPs, that meet the following criteria can move-up to a military charter as follows:
  - A CR-qualified flight attendant holding a domestic or international (e.g. SJU, MEX, etc.) trip (Flight Leader or regular) is eligible to move-up to a transoceanic military charter
  - A CR-qualified Purser/Flight Leader holding a Purser/Flight Leader or transoceanic regular position is eligible to move-up to a transoceanic military charter Purser or regular position
  - A CR-qualified flight attendant holding a regular transoceanic trip is eligible to move-up to a regular position on a transoceanic military charter
  - A CR-qualified flight attendant holding a domestic, international, or transoceanic LOD position is eligible to move-up to a transoceanic military charter as long as they are not the last LOD position on the pairing(s) they are vacating
  - A CR-qualified flight attendant holding any combination of the above indicated trips and A-Days (including all A-days) is eligible to move-up to any position on a military charter they qualify for.

- A CR-qualified A-Day flight attendant who has or has not been previously awarded/assigned a trip
- A charter-qualified flight attendant holding a non-dedicated charter trip (Flight Leader or regular) is eligible to move-up to a transoceanic military charter

**NOTE:** Charter-qualified flight attendants holding a dedicated charter trip (Flight Leader or regular) are not eligible to move-up to a transoceanic military charter.

**Awarding Domestic & International Military Charters**

- Domestic and international (e.g. SJU, etc.) military charters will be awarded in the local base from which the trip originates using the automated 1st Come 1st Served system and/or the normal trip coverage procedures within 1 calendar day of departure.

**Transoceanic Military Charters**

- Transoceanic military charter assignments will be awarded using system seniority of CR-qualified flight attendants who have submitted a pick-up/move-up request using the template designated for Military Charter pick-up/move-up requests.

  **NOTE:** Do not use the Out-of-Base Pick-Up screen, use the screen designated for transoceanic Military Charter pick-ups and move-ups.

- All pick-up/move-up requests are worked together in seniority order.
  - Tripholders are eligible to pick-up or move-up to a transoceanic military charter.
  - A-Day holders are only eligible to move-up to a transoceanic charter. It can be from a previously awarded or assigned trip or from unassigned A-Days.

    **NOTE:** An A-Day flight attendant can only move-up from an A-Day block already in progress if there is sufficient time and staffing to support the current day operation.

- For move-ups, the transoceanic military charter must overlap your original trip(s), and the charter must be equal to or a greater number of days than the original trip(s).

  **NOTE:** A physical overlap means the report time of your trip must overlap the military charter release time.

- Move-ups to a transoceanic military charter with the same originating date and those with alternate originating dates are worked together in seniority order.

- The Trip Trade Balancer and any other applicable legalities must be satisfied for all move-ups.

- Transoceanic military charters must be staffed with one Purser position. The Purser must be CR and AC qualified, and he/she must be able to complete appropriate transoceanic paperwork.

**Examples of Legal Move-Ups to Transoceanic Military Charters**

**Example A:** You are moving from a 3-day trip on DEC 5-7 and a 3-day trip on DEC 10-12 to a 7-day military charter departing DEC 5. This is permissible since:
1. You are moving to a charter of equal or greater number of days (6 days flying moving up to 7 days of flying)
2. The charter coincides/overlaps with both of your trip(s)

**Example B:** You are moving from a turnaround on DEC 2 and a 3-day A-Day block on DEC 5-7 to a 5-day military charter departing DEC 1. This is permissible since:
1. You are moving to a charter of equal or greater number of days (4 days flying moving up to 5 days of flying)
2. The charter overlaps your trip, and the charter overlaps the first day of the A-Day block.

**Example C:** You are moving from a 3-day trip on DEC 15, reporting at **1530** and releasing at 1800 on C-day to a 3-day military charter on DEC 13, reporting at 0800 on the 13th and releasing at **1600** on the 15th. This is permissible since:
1. You are moving to a charter of equal or greater number of days, and
2. The charter release time of 1600 is overlapped by your trip report time of 1530.

**Example D:** You are moving from a 3-day trip on DEC 10 to a 4-day military charter on DEC 11. This is permissible since:
1. You are moving to a charter of equal or greater number of days
2. The charter overlaps your trip

**NOTE:** There must be sufficient time and staffing to cover your trip (a minimum of 3 hours to the report time of your original trip, at the time your request is processed).

**Awarding Transoceanic Military Charters**

- The award process for transoceanic military charters will begin daily at 0700 ET for charters departing 2 calendar days later.

- Any transoceanic military charter created after 0500 **two** calendar days out and prior to 1600 hours **one** calendar day prior to operation will be posted as CRF pairings in open time for at least 2 hours before beginning trip coverage.

- Any transoceanic military charter created from 1600 one calendar day prior to operation and onward (and into the day of operation), will be posted for 15 minutes before beginning trip coverage. Any remaining positions will be covered in-base using the normal base trip coverage procedures.

- After the initial award of a transoceanic military charter, if any positions subsequently become open, Scheduling will return to the original system seniority list of pick-up/move-up requests for that trip. This will be done until the original system list is exhausted or until 6 hours prior to report of the MAC Charter, whichever comes first. Then the in-base pick-up/move-up process will be used, followed by A-Day coverage and reverse assignment if necessary.
- A priority pick-up can only be used for a domestic military charter that originates within 1 calendar day of departure in your local base. The priority pick-up cannot be used for transoceanic military charters since these charters are open to the entire system and the priority pick up authorization was obtained in your local base or location.
- Flight attendants are responsible for any military charter awarded prior to 1600 ET the day before the report of the charter. Scheduling will notify you of any awards processed after 1600 ET.
- If you are awarded or assigned a military charter, you are subject to changed report/departure times as requested by the U.S. military, and you cannot opt to come off the rotation due to the changed report/departure time.
- Once awarded, you cannot swap your transoceanic military charter to another flight attendant. Due to system-wide interest in the military charters and the possibility of negating seniority, such swaps are prohibited. You can swap a domestic military charter.
- If open positions remain after the 1 calendar day cutoff, then A-Day preferences and assignments can also be used to fill any remaining positions.
- If you are not based in the city from which the trip will depart, you are responsible to position yourself in the originating base city using your own pass privileges.

**Deadheading**

- Transoceanic deadhead segments will be booked in economy class.
- All seats booked as domestic deadhead segments will be booked in economy. Crewmembers can standby for first class.
- All seats are booked as the positions are filled.
- You may not deviate deadhead on the ‘front-end’ of a military charter.
- You may deviate on the ‘back-end’ to normally scheduled Delta service upon completing the last working segment. You must call Scheduling to coordinate the deviation request.
  **Exception:** Transoceanic Military Charters may request in advance; see the Chart in Section 9.D.

**NOTE:** If deviating on a ferry flight and the ferry flight has more than 19 deadheading or non-revenue passengers, one flight attendant must be designated to a working position. The working crewmember must be legal in accordance with all FAA duty and rest requirements.

**Reverse Assignment Procedures for Military Charters**

- If Scheduling is unable to staff a transoceanic military charter using the system CR seniority list 6 hours prior to report, then local A-Day flight attendants will be used. After the A-Days are exhausted, then the local base CR seniority list will be used for assigning remaining open positions in reverse seniority order.
- Reverse assignment procedures will be used under the following conditions:
  - if all steps noted in the award procedures have been exhausted and there are not sufficient volunteers or A-Day holders for an operating military charter, or
  - if Delta receives <4 hours notification to staff a military charter.
- Once reverse assignment procedures are activated, flight attendants cannot decline a military charter assignment. Delta is contractually bound by the U.S. government to staff and operate the charter. If a flight attendant refuses to accept the military charter in a reverse assignment process, he/she will be subject to Performance Development.

**Procedures Used 4 Hours or Less to Report**

1. First, the local base CR seniority list will be used to reverse-order assign the military charter.

2. If necessary, and after all attempts to assign CR-qualified flight attendants have been exhausted, reverse seniority assignments can be given to non CR-qualified flight attendants.

**Wildcard Pairings**

- Wildcard pairings are offered in accordance with the frequency of operation. With any startup of transoceanic military charter flying, In-Flight Service will publish details about the initiation of the wild card program.

- After the first designated wildcard charter, <u>every third</u> transoceanic military charter is designated a wildcard charter. A wildcard that is cancelled will not be replaced by another designated wildcard.

- Only those CR-qualified flight attendants who have not flown a transoceanic military charter within the previous 45 days are eligible for wildcard flying. This means 45 days *free of flying* a

previous transoceanic military charter, from the release date of the last scheduled or rescheduled duty period of the previous trans-oceanic military charter to the departure date of the next trans-oceanic military charter.

- The wildcard pairing will be awarded according to current transoceanic military charter procedures.
- If there is no transoceanic military charter activity for more than 45 days, the wildcard program will be discontinued.

***F.A.R. 121.467 Flight attendant duty period limitations and rest requirements: Domestic, flag, and supplemental operations.***

(a) For purposes of this section—
***Calendar day*** means the period of elapsed time, using Coordinated Universal Time or local time, that begins at midnight and ends 24 hours later at the next midnight.

***Duty period*** means the period of elapsed time between reporting for an assignment involving flight time and release from that assignment by the certificate holder conducting domestic, flag, or supplemental operations. The time is calculated using either Coordinated Universal Time or local time to reflect the total elapsed time.

***Flight attendant*** means an individual, other than a flight crewmember, who is assigned by a certificate holder conducting domestic, flag, or supplemental operations, in accordance with the required minimum crew complement under the certificate holder's operations specifications or in addition to that minimum complement, to duty in an aircraft during flight time and whose duties include but are not necessarily limited to cabin-safety-related responsibilities.

***Rest period*** means the period free of all restraint or duty for a certificate holder conducting domestic, flag, or supplemental operations and free of all responsibility for work or duty should the occasion arise.

(b) Except as provided in paragraph (c) of this section, a certificate holder conducting domestic, flag, or supplemental operations may assign a duty period to a flight attendant only when the applicable duty period limitations and rest requirements of this paragraph are met.

(1) Except as provided in paragraphs (b)(4), (b)(5), and (b)(6) of this section, no certificate holder conducting domestic, flag, or supplemental operations may assign a flight attendant to a scheduled duty period of more than 14 hours.

(2) Except as provided in paragraph (b)(3) of this section, a flight attendant scheduled to a duty period of 14 hours or less as provided under paragraph (b)(1) of this section must be given a scheduled rest period of at least 9 consecutive hours. This rest period must occur between the completion of the scheduled duty period and the commencement of the subsequent duty period.

(3) The rest period required under paragraph (b)(2) of this section may be scheduled or reduced to 8 consecutive hours if the flight attendant is provided a subsequent rest period of at least 10 consecutive hours; this subsequent rest period must be scheduled to begin no later than 24 hours after the beginning of the reduced rest period and must occur between the completion of the scheduled duty period and the commencement of the subsequent duty period.

(4) A certificate holder conducting domestic, flag, or supplemental operations may assign a flight attendant to a scheduled duty period of more than 14 hours, but no more than 16 hours, if the certificate holder has assigned to the flight or flights in that duty period at least one flight attendant in addition to the minimum

flight attendant complement required for the flight or flights in that duty period under the certificate holder's operations specifications.

(5) A certificate holder conducting domestic, flag, or supplemental operations may assign a flight attendant to a scheduled duty period of more than 16 hours, but no more than 18 hours, if the certificate holder has assigned to the flight or flights in that duty period at least two flight attendants in addition to the minimum flight attendant complement required for the flight or flights in that duty period under the certificate holder's operations specifications.

(6) A certificate holder conducting domestic, flag, or supplemental operations may assign a flight attendant to a scheduled duty period of more than 18 hours, but no more than 20 hours, if the scheduled duty period includes one or more flights that land or take off outside the 48 contiguous states and the District of Columbia, and if the certificate holder has assigned to the flight or flights in that duty period at least three flight attendants in addition to the minimum flight attendant complement required for the flight or flights in that duty period under the domestic certificate holder's operations specifications.

(7) Except as provided in paragraph (b)(8) of this section, a flight attendant scheduled to a duty period of more than 14 hours but no more than 20 hours, as provided in paragraphs (b)(4), (b)(5), and (b)(6) of this section, must be given a scheduled rest period of at least 12 consecutive hours. This rest period must occur between the completion of the scheduled duty period and the commencement of the subsequent duty period.

(8) The rest period required under paragraph (b)(7) of this section may be scheduled or reduced to 10 consecutive hours if the flight attendant is provided a subsequent rest period of at least 14 consecutive hours; this subsequent rest period must be scheduled to begin no later than 24 hours after the beginning of the reduced rest period and must occur between the completion of the scheduled duty period and the commencement of the subsequent duty period.

(9) Notwithstanding paragraphs (b)(4), (b)(5), and (b)(6) of this section, if a certificate holder conducting domestic, flag, or supplemental operations elects to reduce the rest period to 10 hours as authorized by paragraph (b)(8) of this section, the certificate holder may not schedule a flight attendant for a duty period of more than 14 hours during the 24-hour period commencing after the beginning of the reduced rest period.

(10) No certificate holder conducting domestic, flag, or supplemental operations may assign a flight attendant any duty period with the certificate holder unless the flight attendant has had at least the minimum rest required under this section.

(11) No certificate holder conducting domestic, flag, or supplemental operations may assign a flight attendant to perform any duty with the certificate holder during any required rest period.

(12) Time spent in transportation, not local in character, that a certificate holder conducting domestic, flag, or supplemental operations requires of a flight attendant and provides to transport the flight attendant to an airport at which that flight attendant is to serve on a flight as a crewmember, or from an airport at

which the flight attendant was relieved from duty to return to the flight attendant's home station, is not considered part of a rest period.

(13) Each certificate holder conducting domestic, flag, or supplemental operations must relieve each flight attendant engaged in air transportation and each commercial operator must relieve each flight attendant engaged in air commerce from all further duty for at least 24 consecutive hours during any 7 consecutive calendar days.

(14) A flight attendant is not considered to be scheduled for duty in excess of duty period limitations if the flights to which the flight attendant is assigned are scheduled and normally terminate within the limitations but due to circumstances beyond the control of the certificate holder conducting domestic, flag, or supplemental operations (such as adverse weather conditions) are not at the time of departure expected to reach their destination within the scheduled time.

(c) Notwithstanding paragraph (b) of this section, a certificate holder conducting domestic, flag, or supplemental operations may apply the flight crewmember flight time and duty limitations and rest requirements of this part to flight attendants for all operations conducted under this part provided that—

(1) The certificate holder establishes written procedures that—

(i) Apply to all flight attendants used in the certificate holder's operation;

(ii) Include the flight crewmember requirements contained in subparts Q, R, or S of this part, as appropriate to the operation being conducted, except that rest facilities on board the aircraft are not required;

(iii) Include provisions to add one flight attendant to the minimum flight attendant complement for each flight crewmember who is in excess of the minimum number required in the aircraft type certificate data sheet and who is assigned to the aircraft under the provisions of subparts Q, R, and S, as applicable, of this part;

(iv) Are approved by the Administrator and are described or referenced in the certificate holder's operations specifications; and

(2) Whenever the Administrator finds that revisions are necessary for the continued adequacy of the written procedures that are required by paragraph (c)(1) of this section and that had been granted final approval, the certificate holder must, after notification by the Administrator, make any changes in the procedures that are found necessary by the Administrator. Within 30 days after the certificate holder receives such notice, it may file a petition to reconsider the notice with the certificate-holding district office. The filing of a petition to reconsider stays the notice, pending decision by the Administrator. However, if the Administrator finds that an emergency requires immediate action in the interest of safety, the Administrator may, upon a statement of the reasons, require a change effective without stay.

[Amdt. 121–241, 59 FR 42991, Aug. 19, 1994, as amended by Amdt. 121–253, 61 FR 2612, Jan. 26, 1996]

## Schedule Status Codes

| | |
|---|---|
| **ADV** | A-Day is advised of assignment |
| **ADV1** | Notification of 1st change of pairing |
| **ADV2** | Notification of 2nd change of pairing |
| **ADY6** | Block of 6 Access Days |
| **ADY3** | Block of 3 Access Days |
| **ADYX** | Unused Access Day |
| **@** | Symbol attached to pairing number indicating trip awarded/assigned in conjunction with Access Days |
| **AG** | Front-end deviation of deadhead “Already Gone” |
| **ALT** | Alternate assignment from availability |
| **ASBJ** | Africa standby at JFK |
| **ASBY** | Africa standby |
| **AVL** | Availability when pay protection is offered |
| **BENG** | Business Elite / Next Generation Trained |
| **CALL** | Must call Scheduling due to schedule change |
| **CFSM** | Must speak with FSM before flying again |
| **DRFT** | A Tripholder drafted into an off day (pays +4 hrs) |
| **ELOA** | Emergency Leave |
| **ESC** | Escalation to Flight Leader position |
| **ESCL** | Mid-rotation escalation to flight leader position |
| **FAOK** | Cleared to fly after failure to be available |
| **FCOK** | Cleared to fly after failure to cover |
| **FIOD** | An A-Day holder assigned into an OFF day (pays +4 hrs) |
| **FIVD** | F/A rerouted into vacation day |
| **FLCA** | Flight Leader comprehensive assessment |
| **FLTP** | Flight Leader training pay |
| **FMLA** | Family Medical Leave |
| **FOTS** | Food For Sale Trade Show |
| **IPY4** | Voluntary incentive pay (pays +4 hrs) |
| **ISBJ** | International standby at JFK |
| **ISBY** | International standby |
| **JWT** | Jetway Trade |
| **MAVL** | Mandatory Availability |
| **MLOA** | Maternity Leave of Absence |
| **MTO** | Managed Time Out (unpaid) - Trip drop due to extenuating circumstances |
| **MTOP** | MTO with pick-up |
| **MTP** | MTO using PPT time |
| **M/U** | Move up |
| **NALT** | No alternate assignment required |
| **NAVL** | Availability assignment made |
| **OP/U** | Out-of-base pick-up |
| **OT** | Open time swap |

| **OTHR** | Other types of leave |
|---|---|
| **PADJ** | Pay adjustment |
| **PREF** | A-Day preferenced rotation |
| **P/T** | Priority pick-up |
| **P/U** | Pick-up |
| **RLS** | A-Day released until report (release begins at duty day start time) |
| **RLSD** | Released for a period of time |
| **RR04** | Reroute pay (+4) |
| **RRST** | Scheduled 24 hr FAA required rest |
| **SAFT** | Safety Training |
| **SPT** | PPT used for day off or trip drop |
| **STBA** | Standby at LGA shuttle |
| **STBE** | Standby at EWR |
| **STBJ** | Standby at JFK |
| **STBL** | Standby at LGA main |
| **STBY** | Domestic standby |
| **SWP** | F/A to F/A swap |
| **TDOT** | Trip drop to open time |
| **UFF** | Unscheduled Family Leave absence and Paternity absence |
| **UFM** | Maternity absence approved for Family Leave |
| **UFO** | Family Leave OJI |
| **UFS** | Sick occurrence approved for Family Leave |
| **UPK** | Absence in conjunction with KinCare (California only) |
| **UPM** | Maternity absence approved for Family Leave |
| **UPO** | On-the-Job Injury |
| **UPS** | Unscheduled absence due to personal illness/injury |
| **UPV** | Unscheduled incremental Vacation Day – an option for you to use if your absence is certified and you have exhausted PPT before the 7 day waiting period is over |
| **USBJ** | Ultra Long Range standby (JFK) |
| **USBY** | Ultra Long Range standby (ATL) |
| **VAC** | Vacation |
| **WSEG** | Workplace Safety and Ergonomic training |
| **+** | Rotation is holding its guarantee |
| **%** | F/A called in well |
| **$** | Follows code on schedule when no PPT time remains |
| **<** | First duty period starts on the previous calendar day; e.g. 2330 report for a 0030 departure, and the trip is dated by the departure time |
| **>** | Last duty period ends in the next calendar day; the duty period and/or last flight crosses midnight into the next calendar day |
| **&** | The last flight of a duty period begins after midnight into the next calendar day |

## Training Codes

| | |
|---|---|
| **AC** | ATLANTIC COORDINATOR |
| **AD** | DEFIBRILLATOR TRAINING |
| **AF** | CULTURAL TRAINING - AFRICA |
| **AI** | F/A IN CHARGE TRAINING |
| **AT** | ATLANTIC TRAINED |
| **AX** | A310 300 DIFFERENCES |
| **A3** | A-310 QUALIFIED |
| **A7** | SECURITY CODE FOR ID |
| **BE** | BUSINESS ELITE REDESIGN F/A TRAINING |
| **BF** | F/A BRIEFINGS |
| **B1** | BOMBAY BUSINESS ELITE SERVICE TRAINING |
| **CA** | CULTURAL AWARENESS |
| **CB** | COMPUTER BASED TRAINING |
| **CE** | CUSTOMER SERVICE EVALUATION |
| **CF** | CIVIL RESERVE AIR FLEET TRAINED |
| **CL** | OPERATION CLOCKWORK |
| **CM** | CUSTOMER SERVICE MANUAL PICKED UP |
| **CN** | CHINA DESTINATION TRAINING |
| **CR** | CHARTER QUALIFIED |
| **CS** | CUSTOMER SERVICE CORDINATOR TRAINING |
| **CT** | CERTIFICATION FAA |
| **CW** | CUSTOMER SERVICE WORKSHOP |
| **CX** | CBS E-LEARNING |
| **C7** | 777 COMPUTER BASED TRAINING |
| **DB** | CULTURAL TRAINING – DUBAI |
| **DC** | DOMESTIC COORDINATOR |
| **DD** | DELTA AIRBUS DIFFERENCES |
| **DT** | DRUG TRAINING VIDEO |
| **DV** | THE SESSION ON DVD |
| **EG** | ERGONOMICS TRAINING |
| **EP** | PRE EMPLOYMENT PHYSICAL |
| **ET** | ROCK-COLLINS ENTERTAINMENT TRAINING |
| **EX** | THE EXPERIENCE |
| **FA** | CUSTOMER CELEBRITY TOUR FOOD FOR PURCHASE |
| **FB** | CUSTOMER CELEBRITY TOUR LMS |
| **FF** | FOOD SALES IN CABIN |
| **FL** | FLIGHT LEADER COMPETENCY ASSESSMENT |
| **FP** | FIRST POINT OF CONTACT |
| **HD** | DUTY FREE HANDHELD |
| **ID** | CULTURAL TRAINING - INDIA |
| **IE** | IFS ENTERTAINMENT |
| **IF** | INTERNATIONAL FORMS |
| **IM** | INTERATIONAL MARKETING |
| **IN** | GLOBAL INTERNATIONAL |

| | |
|---|---|
| **IO** | INITIAL OPERATING EXPERIENCE |
| **IP** | INITIAL PARKING BDG |
| **JT** | ASIAN TRAINING |
| **J4** | TRAINING VIDEO |
| **LA** | LATIN AMERICA TRAINED |
| **LC** | LATIN AMERICAN – CD TRAINING |
| **LT** | LEADERSHIP TRAINING |
| **ME** | MIDDLE EAST TRAINING |
| **MI** | MATSUSHITA INFLIGHT ENTERTAINMENT |
| **MR** | MD11 RECURRENT TRAINING |
| **NG** | NEXT GENERATION |
| **OB** | ON BOARD MANUAL RECEIVED |
| **OF** | INTERNATIONAL ON BOARD LEADER FORMS |
| **OG** | OPTIMIZE GALLEY TRAINING |
| **OM** | ON BOARD MANUAL REVISION |
| **PC** | PACIFIC COORDINATOR TRAINED |
| **PN** | PANASONIC INFLIGHT ENTERTAINMENT TRAINED |
| **PT** | PACIFIC TRAINED |
| **S1** | SHUTTLE TRAINING |
| **SA** | INTERNATIONAL SERVICE SUMMIT |
| **SE** | CULTURAL TRAINING - SEOUL |
| **SF** | TSA SECURITY TRAINING |
| **SR** | SECURITY RECURRENT |
| **SX** | SAFETY TRAINING |
| **TI** | INTERNATIONAL TRAINING |
| **TR** | TRAVEL TIPS |
| **TV** | TEL AVIV TRAINING |
| **UL** | ULTRA LONG RANGE |
| **VL** | VELVET LIVE |
| **VR** | VELVET ROPE TOUR |
| **V1** | IN SEAT VIDEO I |
| **WV** | PREVENTING WORKPLACE VIOLENCE |
| **WY** | YELLOW FEVER WAIVER |
| **XG** | THE EXCHANGE |
| **YF** | YELLOW FEVER VACCINE |

## Day for Day Move-Ups

| | Trip F/A is trying to move-up to: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Initial Trip** | **Dom/Int'l Regular** | **Dom/Int'l A** | **Dom/Int'l LOD** | **Trans-O Regular*** | **Trans-O A** | **Trans-O B** | **Trans-O LOD** | **Dom/Int'l LF (L)** | **Trans-O LF (Q)** |
| **Dom/Int'l Regular** | NO | D4D | D4D | D4D | D4D | D4D | D4D | NO | NO |
| **Dom/Int'l A** | NO | NO | D4D | D4D | D4D | D4D | D4D | NO | NO |
| **Dom/Int'l LOD** | NO | NO | NO | NO | NO | NO | NO | NO | NO |
| **Trans-O Regular*** | NO | NO | NO | NO | D4D | D4D | D4D | NO | NO |
| **Trans-O A** | NO | NO | NO | NO | NO | NO | NO | NO | NO |
| **Trans-O B** | NO | NO | NO | NO | D4D | NO | NO | NO | NO |
| **Trans-O LOD** | NO | NO | NO | NO | NO | NO | NO | NO | NO |
| **Dom/Int'l LF (L)** | NO | D4D | D4D | D4D | D4D | D4D | D4D | NO | D4D |
| **Trans-O LF (Q)** | NO | NO | NO | NO | D4D | D4D | D4D | NO | NO |

**D4D** means that only Day for Day Move-Ups are allowed.

*Includes K pairings

# Alternate Day Move-Ups

| Initial Trip | Trip F/A is trying to move-up to: | Dom/Int'l Regular | Dom/Int'l A | Dom/Int'l LOD | Trans-O Regular* | Trans-O A | Trans-O B | Trans-O LOD | Dom/Int'l LF (L) | Trans-O LF (Q) |
|---|---|---|---|---|---|---|---|---|---|---|
| | Dom/Int'l Regular | NO | BOTH | BOTH | ALT | ALT | ALT | ALT | NO | NO |
| | Dom/Int'l A | NO | NO | BOTH | ALT | ALT | ALT | ALT | NO | NO |
| | Dom/Int'l LOD | NO | NO | NO | NO | NO | NO | NO | NO | NO |
| | Trans-O Regular* | NO | NO | NO | NO | BOTH | BOTH | BOTH | NO | NO |
| | Trans-O A | NO | NO | NO | NO | NO | NO | NO | NO | NO |
| | Trans-O B | NO | NO | NO | NO | BOTH | NO | NO | NO | NO |
| | Trans-O LOD | NO | NO | NO | NO | NO | NO | NO | NO | NO |
| | Dom/Int'l LF (L) | NO | BOTH | BOTH | ALT | ALT | ALT | ALT | NO | BOTH |
| | Trans-O LF (Q) | NO | NO | NO | NO | BOTH | BOTH | BOTH | NO | NO |

**ALT** means that only Alternate Day Move-Ups are allowed.

**BOTH** means that Day for Day and Alternate Day Move-Up Requests are worked together in seniority order.

*Includes K pairings

*See Section 2.V Rerouted Into Off Day*

**Example #1**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10 | 5301 | 1000 | 2100 | 10 | 5301 | 1000 | 0730 |
| 11 | X | | | 11 | X > | | |
| 12 | | | | 12 | | | |
| 13 | | | | 13 | | | |
| 14 | 7001 | 0900 | 2130 | 14 | 7001 | 0900 | 2130 |

Rotation rerouted more than 10 hours and causes no conflict with a subsequent trip. Scheduled arrival at 2100/11 now at 0730/12 (10:30 late). RR04 would be paid.

**Example #2**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10 | 5301 | 1000 | 2100 | 10 | 5301 | 1000 | 0600 |
| 11 | X | | | 11 | X > | | |
| 12 | | | | 12 | | | |
| 13 | | | | 13 | | | |
| 14 | 7001 | 0900 | 2130 | 14 | 7001 | 0900 | 2130 |

Rotation rerouted **less** than 10 hours and causes no conflict with a subsequent trip. Scheduled arrival at 2100/11 now at 0600/12 (9:00 late). RR04 would **NOT** be paid.

**Example #3**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10 | 5301 | 1000 | 2100 | 10 | 5301 | 1000 | 0300 |
| 11 | X | | | 11 | X > | | |
| 12 | 3802 | 0900 | 2030 | 12 | CALL | | |
| 13 | X | | | 13 | CALL | | |
| 14 | | | | 14 | | | |

Rotation rerouted **less** than 10 hours and does not overlap subsequent trip but *does* cause a legality issue. Scheduled arrival at 2100/11 now at 0300/12 (6:00 late). RR04 would **NOT** be paid but pay protection options would be offered for next trip.

**Example #4**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10 | 5301 | 1000 | 2100 | 10 | 5301 | 1000 | 0730 |
| 11 | X | | | 11 | X > | | |
| 12 | 3802 | 0900 | 2030 | 12 | CALL | | |
| 13 | X | | | 13 | CALL | | |
| 14 | | | | 14 | | | |

Rotation rerouted more than 10 hours and does not overlap subsequent trip but *does* cause a legality issue. Scheduled arrival at 2100/11 now at 0730/12 (10:30 late). RR04 would be paid and pay protection options offered for next trip.

**Example #5**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10 | 5301 | 1000 | 2100 | 10 | 5301 | 1000 | 0930 |
| 11 | X | | | 11 | X > | | |
| 12 | 3802 | 0900 | 2030 | 12 | CALL | | |
| 13 | X | | | 13 | CALL | | |
| 14 | | | | 14 | | | |

Rotation rerouted more than 10 hours and overlaps subsequent trip. Scheduled arrival at 2100/11 now at 0930/12 (12:30 late). RR04 would be paid and pay protection options offered for next trip.

**Example #6**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10 | 5301 | 1000 | 2100 | 10 | 5301 | 1000 | 1200 |
| 11 | X | | | 11 | X | | |
| 12 | | | | 12 | X | | |
| 13 | | | | 13 | X | | |
| 14 | 7001 | 0900 | 2130 | 14 | 7001 | 0900 | 2130 |

Rotation rerouted more than 34 hours (10 hours + and additional 24 hours) and causes no conflict with a subsequent trip. Scheduled arrival at 2100/11 now at 0715/13 (34:15 late). **RR08** would be paid.

**Example #7**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10 | 5301 | 1000 | 2100 | 10 | 5301 | 1000 | 0500 |
| 11 | X | | | 11 | X | | |
| 12 | | | | 12 | X > | | |
| 13 | | | | 13 | | | |
| 14 | 7001 | 0900 | 2130 | 14 | 7001 | 0900 | 2130 |

Rotation rerouted **less** than 34 hours and causes no conflict with a subsequent trip. Scheduled arrival at 2100/11 now at 0500/13 (32:00 late). RR04 would be paid.

**Example #8**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10 | 5301 | 1000 | 2100 | 10 | 5301 | 1000 | 0300 |
| 11 | X | | | 11 | X | | |
| 12 | | | | 12 | X > | | |
| 13 | 3590 | 0800 | 1730 | 13 | CALL | | |
| 14 | X | | | 14 | CALL | | |

Rotation rerouted **less** than 34 hours and does not overlap subsequent trip but *does* cause a legality issue. Scheduled arrival at 2100/11 now at 0300/13 (30:00 late). RR04 would be paid and pay protection options would be offered for next trip.

**Example #9**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10 | 5301 | 1000 | 2100 | 10 | 5301 | 1000 | 0715 |
| 11 | X | | | 11 | X | | |
| 12 | | | | 12 | X | | |
| 13 | 3590 | 0800 | 1730 | 13 | X | | |
| 14 | X | | | 14 | CALL | | |

Rotation rerouted more than 34 hours and does not overlap subsequent trip but *does* cause a legality issue. Scheduled arrival at 2100/11 now at 0715/13 (34:15 late). **RR08** would be paid and pay protection options offered for next trip.

**Example #10**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10 | 5301 | 1000 | 2100 | 10 | 5301 | 1000 | 1400 |
| 11 | X | | | 11 | X | | |
| 12 | | | | 12 | X | | |
| 13 | 3590 | 0800 | 1730 | 13 | X | | |
| 14 | X | | | 14 | CALL | | |

Rotation rerouted more than 34 hours and overlaps subsequent trip. Scheduled arrival at 2100/11 now at 1400/13 (41:00 late). **RR08** would be paid and pay protection options offered for next trip.

## - A -

- ***ABORT:*** To terminate or discontinue an operation or procedure before its completion, such as take-off or landing.
- ***ACARS:*** Acronym which stands for Aircraft Communication and Reporting System. ACARS is an automated system on board that sends and receives relevant aircraft and crewmember information.
- ***ACCESS DAY (A-DAY):*** A ready status reserve day, scheduled in blocks of three or more days, on which a flight attendant is available to the company by phone or pager to be assigned an open trip or standby duty.
- ***A-DAY ASSIGNMENTS:*** The manual assigning of trips by a scheduler to qualified flight attendants, using reverse seniority.
- ***A-DAY BLOCK GUARANTEE:*** A guarantee pay amount that ensures 4:45 flight pay per a-day averaged over the entire block
- ***A-DAY PREFERENCES:*** A request for specific trips, types of trips, or standby duty periods to be awarded during the automated processing of the A-Day preference awards.
- ***A-DAY TRIP GUARANTEE:*** If a loss of time occurs on a trip which does not require trip holder availability, then any A-Day holders assigned to the same trip will be guaranteed the value of the trip at the time it was assigned.
- ***ACTIVE LOG:*** Current actual flying log created as rotation is flown with final update approximately six days after the pairing returns to base. Available for viewing after final update is complete.
- ***ACTUAL FLIGHT TIME (Block to Block):*** Period of time beginning when the beacon is on and the aircraft first moves for the purpose of flight, until the time the aircraft comes to a rest at an unloading point.
- ***ACTUAL REST:*** Period of time between rotations, between duty periods, or between a trip and a non-fly status. This term is commonly used in conjunction with a rest which has been reduced by virtue of a reroute (reschedule) or a delay.
- ***AFFECTED CREW(S):*** Crews directly involved in a cancellation or disruption, both inbound and outbound.
- ***AIRPORT CUSTOMER SERVICE (ACS):*** Department which includes gate agents, ticket agents, and ramp personnel. These personnel are responsible for passenger check-in and ticketing at the front terminal and flight departure gate. They also interact with all employees involved in ensuring on-time aircraft boarding and departure, including Flight Attendants.

- ***AIRPORT RELEASE:*** Prior to leaving the airport, an A-Day holder must obtain a release through the Automated Crew Scheduling telephone system (VRU). This must be completed within one hour after block-in time or the end of a non-fly duty period.
  ***EXCEPTION:*** You are exempt from obtaining an airport release under the following conditions:
  - you have been on duty more than 12 hours and are scheduled off the next day,
  - you are returning from a transoceanic trip,
  - following an approved deviation from deadhead into your off day
- ***AIRPORT STANDBY DUTY:*** Assignment which requires a flight attendant to be physically present at the airport for a specified period of time and available for any trip assignment required by the operation.
- ***ALL-NIGHTER:*** A pairing consisting of only non-transoceanic duty periods that report after 13:00 and release after 03:00. Transoceanic trips, and single duty periods with a scheduled hotel known as 'stand ups' are excluded.
- ***ALTERNATE FLYING PROGRAM (AFP):*** Virtual locations such as SFS (SFO), FLM (FLL), etc. with no management personnel on-site. Flight attendants must qualify to bid an AFP. See IFS portal for program details.
- ***ATTEMPT:*** A flight that returns for any reason to its takeoff point. The plane must push back, yet may or may not have taken off. This time is considered as flight time for pay purposes.
- ***AUGMENTATION:*** Additional staffing, above FAA minimum crew dispatch required on each flight segment in a duty period. For FAA purposes, staffing will determine flight attendant scheduled duty time maximums by duty period.
- ***AVAILABILITY:*** A status given to a flight attendant for pay protection purposes, due to a change in their rotation, which indicates their accessibility to Scheduling for an assignment. This is a pay protection option for a tripholder who has lost time through no fault of their own.
- ***AVAILABLE SEAT MILE (ASM):*** An ASM equals one airplane seat flown one mile for passenger revenue purposes.
- ***AVL:*** Schedule code which indicates a flight attendant is on availability for pay protection.
- ***AVAILABILITY (AVL) NOTIFICATION PERIOD:*** The duration or time period for which flight attendants on availability for pay protection must be available for phone contact and notification of their alternate trip assignments.

## - B -

- ***BACK SIDE OF THE CLOCK PAIRING (BOC):*** A Back side of the Clock pairing must meet all of the following criteria:
  - a duty period reporting after 1600 local time, and ending after 1000 local time
  - a minimum 10 hour duty day
  - a minimum of 7 hours block time with more than 1 working segment.

- ***BASE/AFP:*** The airport(s) from which a flight attendant normally originates her/his work hours for Delta.

- ***BASE/LOCATION STAFFING:*** The number of flight attendants on active duty in a base or location, or the minimum number of flight attendants required for a base.

- ***BASE/LOCATION TRANSFER PROCESS:*** Transfers, when possible, are awarded based on flight attendant system seniority. Transfers are posted no later than the first of the month before the month the transfer become effective.

- ***BID ASSIST:*** Flight Attendants specially trained to assist other flight attendants in bidding with PBS.

- ***BID ERROR WARNING:*** A bid error warning will generate when a preference is entered that is not valid in the base for that bid period.

- ***BID PERIOD:*** The period of time designated by IFS Scheduling/Crew Planning for bidding monthly schedules. The bid period will usually be a 30-31 day period which may or may not be a calendar month.

- ***BID VALIDATION WARNING:*** A warning generated in PBS regarding the preference entered. Preference may be entered by accepting the validation warning. Validation warning will remain in the bid validation screen at the bottom of the bid window. Bid Validation Warning will only be generated during the bid window.

- ***BID WINDOW:*** The period of time when data from the bid period is available. It is usually available no later than the 6th of each month.

- ***BLOCK-IN:*** The time at the end of the flight when an aircraft stops at an unloading point. Scheduled block-in is the time published by the company.

- ***BLOCK-TO-BLOCK:*** Period of time beginning when the beacon is on and the aircraft first moves for the purpose of flight, until the time the aircraft comes to a rest at an unloading point; also sometimes called “actual flight time”. Scheduled flight time (block to block) is the flight time published by the company.

## - C -

- ***CABIN JUMPSEAT AUTHORIZATION (CJA):*** Authorization to travel using an available non F.A.A. required cabin jumpseat.

- ***CALENDAR DAY:*** A day from 0000 to 2359, local base time.

- ***CALL:*** Schedule code indicating a requirement to contact Scheduling.

- ***CAPPED DAY:*** A day when swaps are denied because open trip and standby positions will exceed the number of A-Day holders available for the date. This process is managed by the trip trade balancer and Scheduling management.

- ***CARRY OUT:*** A pairing which begins in one bid period and ends in the next bid period. NOTE: If a change in the original spillover trip occurs, it then becomes defined as a Transition Pairing.

- ***CFSM:*** Schedule code indicating that a flight attendant must contact her/his Performance Field Service Manager.

- ***CHARTER FLIGHT:*** A flight segment which is created when a group or individual charters a Delta aircraft for a special purpose. Rotations containing charter flights are designated with a 'C' before the number, such as C201.

- ***CODE SHARE:*** A U.S. Department of Transportation approved marketing and operating arrangement between Delta and partner airline(s) which have underlying route authority. Each carrier has authorization to sell seats, either a specified number or variable number depending upon agreement with the other carrier.

- ***COMPANY TRANSFER:*** Delta employee who transfers from one department into another.

- ***CO-TERMINAL BASE:*** A base from which a flight attendant can bid or be assigned to fly from multiple airports. In NYC this includes JFK, LGA and EWR; in LAX it includes LAX, SNA, and ONT, and in the AFP FLM it includes FLL and MIA.

- ***CONTINUING QUALIFICATION (CQ) TRAINING CLASSES:*** (Continuing Qualifications) Annual training class required to maintain flight attendant qualifications. Flight attendants are automatically assigned the month they must attend (base month) and then can bid for a specific date in that month.

- ***CREDIT RIGS:*** Guaranteed flight credit to adjust or provide adequate compensation for specific situations. Current credit rigs are daily duty period average (DPA) of 4:45, one flight hour for every two hours on duty, and one flight hour for every three and half hours away from base.

- ***CREW COMPENSATION PAY:*** Additional pay per flight hour for any flight segment operated below Delta staffing guidelines. Also called short-staffing or understaffing pay.

- ***CREW TRACKING:*** This is the group in the OCC responsible for monitoring all operating pilot and flight attendant rotations (after report) for illegalities and operational disruptions. If a disruption occurs (i.e. cancellation, delay, misconnect, illegal rest break, etc.), it is their primary responsibility to repair all disrupted rotations through rerouting affected and unaffected crews, and/or the creation of originations.
  ***NOTE:*** Flight Attendant Scheduling & Pilot Scheduling are separate departments from the Crew Tracking (aka Reroute) group.

## - D -

- ***D–PAIRINGS:*** Letter indicator for a dedicated charter rotation, e.g. D101.
- ***DAILY OPERATIONS:*** The normal day-to-day running of Delta Air Lines inclusive of mechanical, weather, crew, or other causes of delays and cancellations resulting in rerouting of scheduled pairings.
- ***DEADHEAD FLIGHT:*** Flight segment within a crew member's pairing used to position the flight attendant to/from a flight assignment. The dead-heading flight attendant is not part of the working crew. When the dead-head flight is the last segment of the duty period; no debriefing or dep-laning time is added.
- ***DEBRIEFING/DEPLANING TIME:*** This is an additional 15 minute period added to the end of any duty period, following a working flight segment. The deplaning time is considered post flight safety-related duty time for both FAA and Delta rule purposes.
- ***DIVERSION:*** Unscheduled landing at an airport other than the original destination due to situations occurring once enroute such as weather, maintenance, medical emergency, need for fuel, etc.
- ***DOMESTIC (NORTH AMERICAN):*** Flights that operate within the 48 contiguous United States including the District of Columbia.
- ***DRAFTING:*** Process used to cover trips when staffing is insufficient and routine trip coverage procedures have been exhausted. The code DRFT is applied to the schedule.
- ***DRAFT PAY:*** Refers to additional pay applied to trips assigned during the drafting coverage process, which is paid at 4 flight hours per trip. For A-Days scheduled into off time, it is 4 additional hours for each calendar day flown into.
- ***DUAL QUALICATION:*** Flight attendant holding a qualification in more than one language of destination, or in both leadership and language.
- ***DUPE NUMBER (#):*** For each mid-rotation removal or split to add standby time, FACTS time, or legs not operated by all crew members on the original rotation, the position involved is split off from the other positions to create a separate rotation. The new rotations are referred to as 'dupes' and retain the original pairing number, but are also being assigned a 'dupe number' (e.g. a mid-rotation removal on 1300 creates 1300-01 and 1300-02).
- ***DUTY DIRECTOR:*** Position in the Operations Control Center designated to be in charge of Delta's entire daily operation and direct all operational elements of the OCC.
- ***DUTY DAY:*** The scheduled or actual length of duty on a pairing from report time to a release in base or to layover; the standard hours on duty of an A-Day holder in a specific base, e.g. 0001-2400, or 0100-0059.
- ***DUTY PERIOD:*** The period of time from scheduled or actual report time (whichever is later) to release in base or on a layover for a minimum required rest period.

- ***DUTY PERIOD AVERAGE (DPA):*** A credit rig that guarantees an average of 4:45 flight pay for every duty period which contains at least one working flight leg. This DPA is calculated at the end of the trip and will be applied only if the total trip value is less than the 4:45 average. See Compensation, Section 2.J for additional information.

## - E -

- ***EMERGENCY LEAVE OF ABSENCE (ELOA):*** Three days of paid leave (within a 5 day period) provided to an employee who is unable to be at work due to a death in the immediate family.

- ***EQUIPMENT SUBSTITUTION:*** When one aircraft is substituted for another, usually for mechanical reasons. For advance planning, it can also be for passenger load requirements.

- ***ESCALATION (ESC):*** When a flight attendant moves from a non-leadership position to a leadership position on the same pairing, either by request or assignment.

- ***EXTRA SECTION:*** A flight which is not a regularly scheduled flight but is operated to provide additional service.

- ***EXERCISING AN OPTION:*** The point when a flight attendant requests to not continue a duty period for legality reasons. This could result in a reroute to maintain a legal duty period or in being removed from the duty period/trip and replaced.

## - F -

- ***FLIGHT ATTENDANT INFORMATION REFERENCE (F.A.I.R.):*** Reference screen in iCrew which lists information concerning capped days, open time running, bid sheet data, including changes and corrections, base transfers/international slots, training, etc.

- ***F.A.R. 121.467:*** Federal Aviation Regulation 121.467 contains the FAA rules for flight attendants regarding duty period limits and required rest periods based on staffing levels. There are no block time limitations for flight attendants in FAR 121.467. The FAA also does not distinguish between scheduled and rescheduled/rerouted, or between domestic & international/transoceanic flying.

- ***FERRY FLIGHT:*** A non-revenue flight for the purpose of positioning an aircraft. All ferry flights are considered deadhead flights for pay purposes.

- ***(FIRST) 1st COME 1st SERVED OPEN TIME:*** On-demand, immediate open time pick-ups and swaps with the open trip pool each bid period. Closes at midnight 1 complete calendar day prior to trip operation.

- ***FLAG STOP:*** Unscheduled stop of a flight at an intermediate station normally for passenger protection or fuel.

- ***FLIGHT ADVISORY MESSAGE (FAM):*** Message issued by Flight Control to update the status of a flight (includes delays, cancellations, equipment changes, diversions, etc.).

- ***FLIGHT ATTENDANT COMMENT TRACKING SYSTEM (F.A.C.T.S):*** Used by flight attendants to enter information about a flight. Comments are then reviewed and trended to identify service, vendor, or process activities needing possible attention.

- ***FLIGHT ATTENDANT PAY LOG:*** A record (log) containing all the information necessary to accurately pay a flight attendant for a given rotation he/she has flown, including any applicable premium pay (i.e., leadership, language, international). This is viewable in 'MOTS', the Monthly Open Time Display.

- ***FLIGHT CONTROL:*** The flight dispatch positions, located within the OCC, responsible for all decisions relating to the operation of a flight.

- ***FLIGHT DELAY MESSAGE (F.D.M.):*** Primarily used by ACS to update departure times when there is a known delay of 45 minutes or less.

- ***FLIGHT LEADER:*** The lead flight attendant on a pairing. The Flight Leader is responsible for crew coordination, communication among crew and between other employee groups (pilots/agents), upholding Delta's service standards, implementing established serving procedures, and ensuring compliance with F.A.R.s and In-Flight policies for the safety and comfort of Delta customers.

- ***FLIGHT LEG (SEGMENT):*** The operation of an aircraft with a takeoff from one city and a landing in another city.

- ***FLIGHT PAY:*** Pay for each credit hour, or portion thereof. The flight pay rate is based on seniority and used to calculate the monetary value of accumulated flight time credit.

- ***FLIGHT PAY FOR GROUND TIME:*** Once an aircraft has blocked out from the gate at the station of origination, flight time for pay purposes shall continue unless or until the aircraft comes to a stop for the purpose of boarding or deplaning passengers or crew at the station of termination or any other station.
  ***NOTE:*** Ground holding time for pay purposes domestically, and for pay and credit purposes internationally, shall not be paid and / or credited simultaneously with flight time.

- ***FLIGHT TIME:*** The greater of actual or scheduled block time on a flight leg.

- ***FULL PAY BENEFITS:*** Benefits for which a flight attendant on full-time duty is eligible.

## - G -

## - H -

- ***HOLDING PAY:*** Pay for flights delayed at the gate for :30 minutes or more past scheduled departure time with passengers on board.

## - I -

- ***ILLEGAL:*** Status of a flight attendant who cannot operate a flight because training qualifications are not up to date, security clearances such as ID or fingerprinting have expired, or FAR legalities for rest are not met.

- ***IMMEDIATE FAMILY:*** For the purpose of emergency leave of absence (ELOA), immediate family includes employee's spouse, children, parents, parents-in-law, grandparents, grandparents-in-law, brothers/sisters, brothers/sisters-in-law, and wholly dependent relatives residing in the employee's house-hold.

- ***INTRA-THEATRE FLYING:*** Flight segments between airports located outside the contiguous 48 states of the United States. Rest parameters are determined by the block/flight total of the duty period.

- ***INACTIVE LOG:*** A record for a flight attendant who did not fly, but for whom pay is due; such as sick leave or vacation. The log can cover just a few minutes or an entire month.

- ***INCENTIVE PAY (IPY4):*** This pays an additional 4 hours of flight pay. Offered at times by IFS management during difficult operational periods when staffing is critical.

- ***INTERNATIONAL FLYING:*** All flying between points in the 48 contiguous United States, inclusive of the District of Columbia, and points in Alaska, Bermuda, Canada, the Caribbean, Central/South America, Hawaii, and Mexico. Certain South American destinations and long-range Hawaiian segments qualify as Transoceanic segments for rest purposes.

- ***INTERNATIONAL PAY:*** An hourly pay premium that applies to a flight attendant flying an international, transoceanic or intra-theatre flight legs.

- ***IRREGULAR OPERATIONS:*** A general term used to refer to disruptions to scheduled operations.

## - J -

- ***JETWAY TRADE:*** A one-way swap between flight attendants to divide the working portions (segments) of a trip. Jetway trades are limited to splits within base cities (DFW, DCA, ORD, and MDW are allowable exceptions) or AFP locations, and cannot be combined with an existing duty period. No more than one split per rotation is allowed.

## - K -

- ***K-POSITION*:** Letter indicator for a variable staffer position located in the pre-month bid package.

## - L -

- ***LANGUAGE OF DESTINATION (LOD) COMMITMENT*:** Flight attendants hired for their language skills are committed to the LOD program for a two-year period from date of hire. Flight attendants whose language tuition is reimbursed by the company are committed to the LOD program for one year.

- ***LANGUAGE OF DESTINATION (LOD) PROGRAM*:** Established to ensure foreign language-qualified flight attendants are assigned to designated flights with non-English speaking destinations.

- ***LANGUAGE-QUALIFIED (LOD)*:** Flight attendant who meets the requirement set by Delta to be a qualified speaker of a language(s) of destination.

- ***'LAST OPPORTUNITY 24 in 7 REST'*:** You can not pick-up or swap for multiple trips over a 7 consecutive day period with your only 24 hour rest being the 'last opportunity' on day 6 unless the scheduled layover rest is 30 hours or more (this excludes the pairing construction process). *Automation to approve this swap is not yet available. Scheduling can be contacted for swap assistance prior to that time.*

- ***LATE NOTIFICATION OF ILLNESS*:** Calling in less than three (3) hours prior to scheduled report time. Flight attendant will be subject to Performance Development for late notification.

- ***LATE REPORT*:** Authorized reduction of the normal one hour report time to thirty (:30) minutes by Crew Tracking to restore required minimum rest on a layover. Does not affect pay.

- ***LAYOVER*:** A period of rest mid-rotation when a flight attendant is released from duty.

- ***LEG*:** *See Flight Segment.*

- ***LEGAL REST*:** The minimum scheduled rest period from scheduled release to scheduled report time.

- ***LOAD FACTOR*:** Additional flight attendant(s) that is added to a pairing when a pre-determined passenger count has been reached.

- ***LOAD FACTOR CONTROL*:** Load factor control in Scheduling Operations Support monitors the flights authorized for additional flight attendant staffing and covers segments as needed. Scheduling personnel working Load Factors utilize an optimizer and/or manually create load factor pairings.

## - M -

- ***MANAGED TIME OUT (MTO):*** Approved removal from a trip or a portion of a trip due to a personal emergency or compelling, problematic circumstances that occur usually within 24 hours of scheduled report.
- ***MANDATORY AVAILABILITY (MAVL):*** Schedule code indicating, during severe operations, that a flight attendant has lost time and is required to be available for alternate assignment(s).
- ***MID-ROTATION REMOVAL:*** when a flight attendant is relieved of his/her duty and does not finish flying their rotation.
- ***MILITARY CHARTER:*** Charters for military troop transport. Can be domestic or international. Domestic charters will be staffed in the base of origination, but international military charters are open for system-wide pick-ups and move-ups. AFP locations are restricted to pick-ups only. Pick-ups and move-ups are worked together in seniority order.
- ***MINIMUM REST:*** The amount of time from release to report necessary before a flight attendant is eligible to begin another duty period.
- ***MINIMUM STAFFING:*** The number of qualified flight attendants required by the FAA to legally operate a particular aircraft type.
- ***MINUTES UNDER SCHEDULE:*** This term is used when the actual flight time for a flight leg is less than its originally scheduled flight time. These minutes under schedule are reflected in the pairing display.
- ***MONTHLY ACTIVITY PAY STATEMENT (MAPS):*** The flight attendant Monthly Activity Pay Statement (MAPS) is an expanded version of the MOTS statement. It contains detailed pay information about both flying and non-flying activities for each bid period. It is published with the last paycheck of each month and covers the previous bid period. It is available through Employee Self Service (ESS) or via the IFS Portal by clicking on the 'PAY' banner located on the right side of the portal page.
- ***MONTHLY BID AWARD:*** The process of awarding trips, A-Day blocks, and days off in base seniority order.
- ***MONTHLY IMPROVEMENT/PICK-UP VACATION BID:*** Process by which a flight attendant can bid to pick up or to improve a vacation already awarded. All pickup and improvement requests are processed in seniority order.
- ***MONTHLY TIME DISPLAY (MOTS):*** Located in iCrew, this is a quick reference summary of all paid activity for each bid period. It includes projected hours, training pay, premium pay, special assignment pay, etc.
- ***MOVE UP (M/U):*** A move-up request is a swap into a leader, language, or transoceanic regular position in Open Time 1 calendar day or less in advance of the scheduled departure of the requested pairing. See Appendix C, the Move-Up Chart for a listing of allowable move-ups.

## - N -

- ***N-PAIRING:*** Letter indicator for an NBA/NHL charter rotation, e.g. N301.
- ***NO SHOW:*** See Failure to Cover Assignment.
- ***NON-FLY CREDIT:*** Flight time credit given when a flight attendant is on duty, but not actively flying (i.e., airport standby, 1 for 3.5 credit, etc).
- ***NON-SCHEDULED FLIGHT:*** Any flight not shown in the monthly bid packet (i.e., publicity flights, unscheduled stops, ferry flights).

## - O -

- ***OPERATIONS CONTROL CENTER (O.C.C.):*** The OCC monitors the status of the operation, maintains regular two-way contact with all stations, forecasts the operational outlook, provides leadership for operational reliability initiatives and centralized information during daily and irregular operations, establishes follow-up and operational check-points, assists in disseminating company safety and security information to stations, and communicates and coordinates emergency response and daily operational decisions. This area consists of Flight Control, Equipment Control, Maintenance Coordination, Crew Tracking, Atlanta Radio, Meteorology, and representatives from all operational areas (In-Flight Service, Flight Operations, and Airport Customer Service).
- ***OFF-LINE DEADHEAD:*** Deadhead travel on any carrier other than Delta Air Lines, Inc.
- ***ON-BOARD MANUAL(OBM):*** Flight attendant manual containing safety and compliance procedures necessary to comply with Federal Aviation Regulations and company policy. Manual must be up-to-date at all times and accessible when performing duties.
- ***ONE-CALENDAR DAY CUTOFF:*** 1st Come 1st Served open time closes one complete calendar day prior to each day/date of operation. For example, at 0001 on Monday morning open time closes for all trips departing Tuesday. Scheduling then covers the Tuesday trips using the published trip coverage procedures.
- ***(ONE) 1-FOR-2 DUTY PERIOD CREDIT:*** A credit rig that pays one hour of flight pay for every two hours on duty in a single duty period.
- ***(ONE) 1-FOR-3.5 TRIP CREDIT:*** A credit rig that pays one hour of flight pay for every three and a half hours of time away from base (TAFB) on a rotation.
- ***OPEN PERIOD FOR BIDDING:*** The time during which the computer accepts bids for schedules, program participation, etc.
- ***OPEN TIME:*** Positions that are uncovered or vacated by a flight attendant on a particular rotation and may be obtained by a flight attendant qualified for the position on a first-come, first-served basis until one calendar day prior to the day of operation.
- ***OUT-OF-BASE PICK-UP:*** an Open Time pick-up of a trip that originates in a base other than your own.

- ***OPERATIONS SUPPORT SYSTEM (OSS):*** The computer operating system in which pertinent flight information is found such as pairings, gate information, flight status, etc.

## - P -

- ***PAID PERSONAL TIME (PPT):*** Scheduled or unscheduled paid personal time off. Scheduled PPT can be bid in advance and unscheduled PPT is used for occurrences such as sickness or injury.
- ***PAIRING:*** One or more duty periods containing a series of one or more flight legs. Also can be called a rotation, trip, or pattern.
- ***PAY ANNIVERSARY DATE:*** The date a flight attendant is eligible for annual pay increases.
- ***PAY PERIOD:*** A 30-31 day period used to determine base and flight pay credits that usually (but not always) follows the calendar months.
- ***PERIOD OF AVAILABILITY:*** The period of time during which a tripholder on pay protection must be available for an alternate assignment. For a cancelled trip it is the entire duration of the original trip, from report time to release time. For partial trip cancellations, usually the 'back-end' of the pairing, it is the remaining duration of the original scheduled trip. See Pay Protection for details.
- ***PERSONAL LEAVE OF ABSENCE (PLOA):*** Unpaid leave of absence which may be available under circumstances in hardship situations. For example, unpaid leave of absence may be available following maternity leave if employee is unable to return to work due to the health of a new born or for breastfeeding.
- ***PERSONAL LEAVE OF CONVENIENCE (PLOC):*** A convenience leave granted on a month by month basis according to projected operational contingencies.
- ***PICK-UP (P/U):*** A request by a flight attendant to add an additional specified pairing(s) to her/his schedule, removing the position (pairing) from open time or from another flight attendant's schedule.
- ***PIGGYBACK FLYING:*** Legs added to the end of an A-Day rotation upon return to base.
- ***POSITION:*** Each pairing has a specified number of positions to be filled. For each position a flight attendant is required and an alpha character is added to the pairing number to denote a position for that crew member (e.g. 2367A, 2367B, etc.).
- ***PREFERENCE IN PBS:*** A bid for a specific rotation or duty type, or for a category of flying, A-Days, or time off from duty.
- ***PREFERENCE FOR A-DAY TRIP OR STANDBY:*** A request for specific trips, types of trips, or standby duty periods to be awarded during the processing of the A-Day preference awards.

- ***PREFERENTIAL BIDDING SYSTEM (PBS):*** A preference-based bidding system which affords flight attendants greater scheduling flexibility by allowing individual flight attendants to build their schedules by indicating and prioritizing their own off time and flying preferences.
- ***PREMIUM (SKILL BASED) PAY:*** Additional pay per flight hour authorized when a flight attendant is scheduled in the Purser, Flight Leader or LOD position.
- ***PRE-PROCESS:*** Any bid awards such as Personal Paid time (SPT) and non-standard A-Days that are awarded prior to PBS bids closing on the 13th.
- ***PROJECTED FLIGHT TIME:*** The planned times of legs yet to be flown.
- ***PURSER:*** The lead flight attendant on a transoceanic pairing. The Purser is responsible for crew coordination, communication among crew and between other employee groups (pilots/agents), upholding Delta's service standards, implementing established serving procedures, and ensuring compliance with F.A.R.s and In-Flight policies for the safety and comfort of Delta customers.

## - Q -

- ***QUALIFICATION(S) (QALS):*** A code which denotes the successful completion of training and/or testing of a specific skill such as an aircraft equipment type, international training, or cabin leadership. A flight attendant's qualifications are listed in the QALS file in DBMS accessible through iCrew.

## - R -

- ***REDUCED REST:*** A legal rest period as set forth in F.A.R. 121.467 which is less than the prescribed minimum rest for a specified scheduled duty period length. The reduced rest period can be scheduled in advance or can be a result of change(s) during daily operations. Whenever reduced rest is received, the next subsequent rest period has a greater (compensatory) minimum rest requirement. For duty periods scheduled 14 hours or less, a reduced rest is between 8:30 and 8:59, and for duty periods scheduled >14 hours, a reduced rest is between 10:00 and 11:59.
- ***REPLACEMENT FLYING:*** Replacement flying is new flying assigned by Crew Tracking to re-place all of a cancelled or disrupted pairing, i.e. the pairing is updated to contain no flight segments from your original pairing.
- ***REPORT TIME:*** The time a flight attendant must be present at the airport either for sign in or from a layover.
- ***REPORT PAY:*** Pay authorized when a flight attendant reports for duty at her/his home base and does not fly or receive other flight time pay credit due to pairing changes or cancellations.
- ***REQUIRED REST (RRST):*** A schedule code used, when necessary, to break duty periods and to designate a 24 hour release from duty. F.A.R. 121.467 requires a rest period of 24 hours in each 7 day period.

- ***REROUTED / RESCHEDULED:*** When a change in routing, flight itinerary, flight number (except stubouts) or cancellation occurs resulting in different flight segments than published (scheduled) for the duty period.
  ***NOTE:*** Delays, diversions, equipment changes, stubouts and attempts of a flight do not constitute a reschedule or reroute.

- ***RESCHEDULED DUTY PERIOD*:** When a trip is rescheduled, the maximum duty time limitation includes the following:
  – **Actual** flight/duty time for completed flight segments within the duty period at the time the trip is rescheduled, and
  – **Projected** flight/duty time for flight segments within the duty period either on delay or in progress, and
  – **Scheduled** (including re-timed segments) flight/duty time for segments not yet flown at the time the trip is rescheduled.

- ***RE-TIMED SEGMENT:*** *A* scheduled flight that is delayed and a new departure time is posted.

- ***REVERSE ASSIGNMENTS:*** The assignment of unbid positions (Leadership, LOD, etc.) to qualified flight attendants in reverse seniority order in the initial bid award process.

- ***ROTATION:*** *See Pairing.*

## - S -

- ***SAME DAY RELEASE / REPORT RULE:*** A PBS rule whereby you cannot be scheduled to be released from one trip and report for another trip on the same calendar day. In PBS, a waiver to this rule can be chosen for purposes of bidding.

- ***SCHEDULED:*** Applies to either flight time or duty time as published without any changes.

- ***SCHEDULED DEADHEAD:*** A deadhead segment which was scheduled (known) prior to departure from domicile.

- ***SCHEDULED FLIGHT TIME:*** The published flight (block) time for all scheduled flights and extra sections, used by the company for flight pay purposes.

- ***SCHEDULED PERSONAL TIME OFF (SPT):*** A Schedule code indicating Scheduled Personal Time off.

- ***SCHEDULED REST:*** The scheduled rest period between rotations, between duty periods, or between a trip and a non-fly status.

- ***SEVERE OPERATIONS*:** An extraordinary circumstance which substantially affects the operation and causes cancellations or airport closures. The Sr. Vice President of In-Flight Service (or designee) will declare the situation for the system, or by base, and will describe the cause and expected duration.

- ***SHIP NUMBER:*** A number on the aircraft tail used to track and identify the individual aircraft.

- ***SHORT STAFFING PAY:*** See Crew Compensation.

- ***SHUTTLE:*** Delta Shuttle. Hourly service between DCA, LGA, and BOS.

- ***SPECIAL ASSIGNMENT (S/A):*** An assignment to work for the company in a capacity different from one's normal job responsibilities.

- ***STANDBY:*** A duty period where a flight attendant is pre-positioned at the airport, awaiting potential assignment to a flight or to assist with boarding and preparing a flight for departure.

- ***STAND-UP TURN:*** An airline term referring to a one-duty period, all-night turnaround, usually with a hotel provided.

- ***STATION:*** A city to which Delta flies.

- ***STATUS CODE:*** A two to four letter code that indicates schedule and/or training activity on a flight attendants schedule. Specific information on individual status codes can be found in the status code table in Appendix B of the Work Rules Handbook.

- ***STUBBED FLIGHT (STUBOUT):*** A stubout replaces the outbound segment of a through flight when the inbound flight is late and the outbound flight will depart on time with another aircraft. A stubout is not a reroute or reschedule and is identified with a 9600 range number.

- ***SUBSEQUENT REST:*** The FAA mandated rest that must follow any reduced rest. For duty periods scheduled 14 hours or less, a reduced rest is between 8:30 and 8:59, and the subsequent rest must be at least 10 hours. For duty periods scheduled >14 hours, a reduced rest is between 10:00 and 11:59, and the subsequent rest must be at least 14 hours.

- ***SURFACE DEADHEAD PAY:*** Pay authorized to flight attendants for ground transportation between co-terminals or other stations.

- ***SWAP:*** Any exchange of pairings, training, meetings, or vacation between flight attendants or with open time. Also called trades.

## - T -

- ***T-PAIRINGS:*** Letter indicator for rotations created for the TFLA and one regular position on Trans-Pacific flying, e.g. T401.

- ***TERMINATING LEG:*** The final flight leg of a pairing.

- ***TIME AWAY FROM BASE (TAFB):*** The total elapsed time from the report time of a pairing or standby to the release time of the pairing or standby.

- ***TRADE:*** See Swap.

- ***TRANSITION REPLACEMENT PAIRING:*** A pairing with flight time scheduled on the last days of the bid period that changes for the purpose of transitioning to the flight schedule in the new month. These pairings can be either shortened or extended to have additional days of flying. They can also be cancelled if the equipment is changing for the entire rotation. In

- ***TRANSOCEANIC DUTY PERIOD:*** A duty period that contains trans-oceanic flying (including deadheading).

- ***TRANSOCEANIC FLYING:*** Flights between points within the 48 contiguous United States, inclusive of the District of Columbia, and points in Europe, Asia, Africa, Australia, and the Middle East. Includes ATL-HNL; and these long-range South American destinations: Rio De Janeiro, Brazil (GIG); Sao Paulo, Brazil (GRU); Santiago, Chile (SCL); Buenos Aires, Argentina (EZE); Lima, Peru (LIM); and Brasilia, Brazil (BSB).

- ***TRIP COVERAGE:*** The Scheduling process of assigning flight attendants to positions in open time within one calendar day of report time.

- ***TRIP DROP:*** Removal of a pairing from a schedule either by flight attendant request or to accommodate a training, meeting or special assignment. Trips dropped by flight attendant request for the purpose of additional time off will not be pay guaranteed. Pay for other trips dropped is specified by the company, dependent on the reason for the trip drop.

- ***TRIP DROP to OPEN TIME (TDOT):*** Schedule code for a trip dropped into open time without pay by request of the flight attendant based on operational availability. Requests are granted within one calendar day when staffing levels permit.

- ***TRIP GUARANTEE:*** An individual pairing guarantee ensuring flight pay credit for scheduled or actual flight time, whichever is greater.

- ***TRIP TRADE BALANCER:*** An automated program used to support efficient use of crew resources by balancing the number of open positions with the number of A-Day flight attendants.

- ***TURNAROUND:*** A pairing consisting of only one duty period.

## - U -

- ***UNAFFECTED CREW(S):*** Crews not directly affected by a disruption but at times needed to be rerouted to solve a routing problem.

- ***UNDERSTAFFING PAY:*** *See Crew Compensation.*

## - V -

- ***VACATION ASSIGNMENT:*** Vacation assigned to a flight attendant who has unbid earned vacation time.

- ***VARIABLE STAFFER PAIRING:*** Published pairing in the bid packet for a single flight attendant position and is available for bid during the initial bid process. These flight attendants are primarily to bring staffing to FAA minimum levels. Certain pre-month transoceanic loadfactors designated with the letter “K”, as well as the non-transoceanic 7000 pairing numbers, are also considered Variable Staffer pairings for swapping and sign up purposes.

- ***VOICE RESPONSE UNIT (VRU):*** Automated telephone response system used to answer or direct calls, and/or to give information.

- ***VRU:*** Acronym for voice response unit which provides automated response to or call direction for telephone calls.

## - W -

- ***WAIVE:*** The ability to forego a certain policy or procedure such as a Delta Rest Requirement.
  ***NOTE:*** F.A.R. duty limitations and rest requirements cannot be waived.

## - SYMBOLS -

- @ Designates A-Day responsibility concurrent to a trip awarded or assigned on an A-Day.

- > Greater than
- < Less than
- ≥ Greater than or equal to
- ≤ Less than or equal

- Pick-up / Swap / A-Day Preference Indicators:

  - Blank indicates a regular position
  * - Indicates leadership, then a regular position
  A - Indicates specific leader position
  B - Indicates specific leader position
  Z - Indicates regular then a leader position

## - ACRONYMS -

- **ACARS** – Automated communication and reporting system
- **COMAT** – company material
- **CQ** – Continuing Qualification Training
- **CRAF** – Civil Reserve Air Fleet
- **CFSM** – Schedule Status code indicating a Flight Attendant is to see their Field Service Manager
- **DBMS** – Data Base Management System
- **DEERS** – Delta's Expense Reimbursement System
- **DPA** – Duty period average
- **DRFT** – Draft assignment, and draft pay of an additional 4 hours
- **FAA** – Federal Aviation Administration
- **FAM** – Flight advisory message
- **FAR** – Federal Aviation Regulation
- **FIOD** – Schedule status code indicating an A-Day Flight Attendant was Flown Into Off Day; pays and additional 4 hours pay
- **IPY4** – Incentive pay of an additional 4 hours pay
- **IROPS** – Irregular operations

- **MAC** – Military Airlift Charter (not a CRAF charter flight)
- **MAPS** – Monthly Activity Pay Statement
- **MLOA** – Maternity leave of absence
- **MOTS** – Monthly Time Display
- **OJI –** An on-the-job injury
- **OSS** – Operations support system
- **PPT** – Paid Personal Time
- **PBS** – Preferential Bidding System
- **PSY** – Positive space travel
- **RRO4** – Schedule status code denoting Rerouted into OFF Day; pays an additional 4 hours pay for each calendar day of a qualifying reroute
- **RRST** – FAA mandated required rest of 24 hours every 7 days
- **SPT** – Scheduled paid personal time (PPT)
- **TAFB** – Time away from base
- **UPS** – Unscheduled absence due to personal illness/injury
- **UPO** – Unscheduled absence due to on-the-job illness/injury
- **UPM** – Absence due to maternity
- **UPK** - (California only) – absence in conjunction with KinCare
- **UPV** – Unscheduled Incremental Vacation Day
- **UFF** – Unscheduled Family Leave absence and Paternity absence
- **UFS** – Sick occurrence approved for Family Leave
- **UFO** – OJI occurrence approved for Family Leave
- **UFM** – Maternity absence approved for Family Leave
- **UFV** - Vacation used in conjunction with a Family Leave-approved absence
- **VRU** – Voice response unit

1 for 2 Credit ............32, 36, 39
1 for 3.5 TRP.............32, 36, 48
1 in 7 Rule ..........................89
...*See PBS- Rules & Waivers*
10 Calendar Days Off Rule .....89
...*See PBS- Rules & Waivers*
10-Hour Guaranteed Layover
Rest Option ......................28
15 Minute Rule ...................123
16 Hour Guaranteed Domicile
Rest Option ......................28
1st Come 1st Served Open Time
....................................122
After One Calendar Day Cutoff
................................123
Prior to the One Calendar Day
Cutoff........................122
24 in 7 Rest ....................6, 27
Delayed on Day 7...............6
Jury Duty ..........................6
Last Opportunity ...............27
Volunteering to Fly .............9
3 in 9 Rule ..........................89
...*See PBS- Rules & Waivers*
4:45 Duty Period Average32, 36,
37, 39
Deadhead Duty Period .......37
8:00 Rest 'Behind the Door' ...29
9:30 Rest 'Behind the Door' ...30

**A**

Absence Notification Policy...184
Access Days......................101
A-Day Trip Interference with
Regular Trip ................115
A-Day Utilization .............107
ADOT - A-Day drop to Open
Time .........................150
Airport Release Requirements
................................112
Airport Standby Duty..15, 110
Credit .............................45
24 in 7..............................6
Holiday Pay ......................52
Out-of-Base....................111
Back Side of the Clock Flying
(BOC)..........................86
Standby.......................86
Back to Back Blocks.........109
Block Drops to Open Time
(ADOT)......................150
Block Guarantee................44
Effect of Jetway Trade.45, 133
Effect of Swapping ............ 44
Transition Block ................ 45
Trip Guarantee ................120
Checking your schedule
at/after 2000 hours ......104
Checking your schedule
During Min Rest ...........105
Company Leave of Absence
(PLOC)........................116
Contact Requirements ......104
Recording....................103
Telephones..................103
Co-Terminal Indicator ......108
Crew Notification (CNO)....104
Deviation of Deadhead .....179
Draft Pay .......................116
Earliest you are required to
report ........................106
Equal Days.....................145
Flown Into Off Day.... 47, 106,
116
Greater Days..................145
Holiday Pay ..................... 52
How Many per FA.............101
Initial Probation Pay .......... 35
Lesser Days ....................145
Move-Ups .......................140
Non-standard .......... 101, 117
Option for Off Day in Next Bid
Period ........................117
Out-of-Base Standby........111
Pairing Dates for Midnight
Departures .................. 11
Parameters .....................105
Partial A-Day Obligations
Jetway Trade..................119
Partial Month Bids............103
PBS Bid Award ................102
Phone Release.................113
Piggy-back Flying..... 114, 146
Preferences............. 102, 108
Awards & Assignments .....109
Equal Days ... 107, 142, 145
Greater Days 107, 142, 145
Lesser Days.. 107, 142, 145
Reassignments ................110
Released to Report...........110
Report Pay ...................... 39
Rest Requirements...........114
Waive Transoceanic Rest ..108
Short-Term Parking........... 58
Steps of Trip Coverage .....107
Swapping A-Days ............117
Backing Up A-Days.......118

Swaps .......... 135
Telephones .......... 103
Transiting
Into Next Bid Period .......... 101
Midnight for A-Day Awards & Assignments .......... 144
Transitioning Between A-Days & Trips .......... 115
Transoceanic Rest Waivers 114
Transportation
Reimbursement .......... 57
Trip Coverage Preference
Definitions .......... 145
Trip Guarantee .......... 120
Trip Interference with A-Day Assignment .......... 115
Trips that Exceed Block Length .......... 145
When Scheduling will call you .......... 104
When Scheduling will NOT call you .......... 104

A-Day Awards .......... 109, 144
A-Day Trip Guarantee .......... 120
A-Days .......... *See* Access Days
ADOT .......... *See* Access Days
Affected Crews .......... 157
Aircraft Staffing
Minimums .......... 5
Requirements .......... 2
Aircraft Training Pay .......... 59
Airport Cancellations Assigning Trips .......... 69
Airport Release Requirements .......... 112
Airport Standby .......... 15
Credit .......... 45
Duty .......... 110
Out-of-Base Standby .......... 48
Alternate Assignment .......... 68
Replacement Flying .......... 10
Severe Operations .......... 176
Alternate Flying Program .......... 184
Annual Flying Requirement .......... 53
Credit .......... 51
Attempt .......... 14, 156
Automated Crew Sign-in .......... 81
Availability .......... 64
Additional Notification
Parameters .......... 67
Airport Cancellations
Assigning Trips .......... 69
Alternate Assignment .......... 68
Parameters .......... 68
Contacting Scheduling .......... 63
Crew Notification (CNO) .......... 64
Duration of Trip .......... 65
Notification Times &
Procedures .......... 64, 66
Phone Release .......... 70
Requirement .......... 62
Steps of Trip Coverage .......... 107, 142

**B**

Back Side of the Clock Flying (BOC) .......... 86
Pairing Indicator .......... 86
Base Transfers .......... 97
Awards .......... 99
Bidding .......... 97
Involuntary Transfers .......... 100
AFP .......... 100
Moving Expenses .......... 58
Purser Priority .......... 99
Relocation Policy .......... 99
Responsibilities in New Base .......... 100
Temporary Base/Location Transfer Bidding .......... 98
Bid Resolution Process .......... 94
Bidding
Monthly Schedule ..... *See* PBS
Bidding for Special Programs
PLOC .......... 95
Vacation Improvements .......... 95
Black Out Dates for Swapping .......... 125
Block Out Time .......... 35

**C**

Calendar Day in 7 Rule .......... 89
CALL to AVL, Changing .......... 64
Cancellation of First Leg
Severe Operations .......... 164
Cancellation of Trip .......... 164
Replacement Flying .......... 158
Charters .......... 87
Duty Time Limitations .......... 22
Ferry Pay .......... 38
Pay Protection .......... 75
Transition Trips .......... 76
Swaps .......... 134
Commuter Flight Trouble .......... 151
Company Leave of Absence (PLOC) .......... 95

Access Days .................. 116
Compensation ..................... 32
1 for 2 Credit ............. 32, 36
1 for 3.5 TRP ............. 32, 38
445 Duty Period Average... 32, 37
Deadhead........................ 37
Crew Compensation........... 43
Deadhead
Pay................................ 38
Draft Pay......................... 46
Access Days .................. 116
Duty Period Extensions ...... 41
Earned Pay ...................... 34
Ferry Pay ........................ 38
Flight Leader ................... 43
Flight Pay .................. 32, 35
Chart ............................. 35
Flight Pay for Ground Time . 42
Flown Into Off Day ........... 46
Holding Pay ..................... 42
Holiday Pay ..................... 52
Holidays Approved............ 52
Pay Protection.................. 52
International.................... 43
Training Pay .................... 56
Jury Duty ........................ 54
Language of Destination..... 44
Mandatory Meeting Pay ...... 56
Meal Expenses ................. 58
Minutes Under Pay ........... 39
Pay Discrepancies............. 59
Pay for Incompleted Trip .... 41
Pay Increases .................. 33
Pay Periods ..................... 33
Purser............................. 43
Training .......................... 56
Report Pay ...................... 39
Rerouted into Off Day ........ 48
Pay
Transoceanic Exception .. 48
Special Assignment ........... 55
Surface Deadhead ............. 38
Time Away from Base (TAFB) ................................. 40
Training .......................... 55
Aircraft ........................... 56
Transportation
Reimbursement ............. 56
NYC Base ........................ 57
Tipping ........................... 57
Trip Credit ................. 32, 36
Vacation Pay.................... 53
Computer Based Training Pay. 56
Contact Requirements
Access Days ....................104
Contacting Crew Tracking.....169
Contacting Scheduling .......... 63
Continuing Qualification ........ 55
Bids .............................. 95
CBT Pay.......................... 56
Duty Time Limitations ....... 15
Swaps ...........................134
Co-Terminal
Cities ............................ 22
Limo ............................... 4
Duty Time....................... 22
Rerouted ........................159
Surface Deadhead ............ 38
Taxi Fare Reimbursement .. 57
Court Appearances ...... 153, 155
On Behalf of Delta ..... 54, 155
On Behalf of Prosecution... 54, 157
Pay ............................... 54
CNO - *See* Crew Notification
CRAF & Military Charters ....... 87
Staffing .......................... 87
Swaps ...........................129
Credit Rigs ......................... 36
Crew Compensation Pay........ 43
Crew Notification (CNO) ........ 10
Access Days ....................104
Availability ................. 64, 65
Acknowledge ................... 64
Crew Rest
Back Side of the Clock Flying (BOC) .......................... 86
Crew Staffing
Charters ......................... 87
Crew Tracking....................169
Crew Transportation ............183

D

Daily Operation ...................... 1
Deadhead Procedures ..........177
Attire ............................182
Back-End Deviations ........181
Credit ............................. 36
Deadhead to Base Sick ...... 41
Deviate
TAFB .............................. 38
Deviation from Deadhead .179
Deviation Not Allowed ......180
Economy Comfort ............178
Front-End Deviations........181
General .........................177
Passes...........................178
Pay ............................... 38

Positive Space ................ 180
Procedures
Upgrade ......................... 178
Quick Reference Chart ..... 181
Rerouted to Work
Assigning Working Crew ... 158
Surface Deadhead Pay ....... 38
Transoceanic Bookings ..... 178
Death in Immediate Family .. 152
Debriefing Time .................... 15
Delta 24 in 7 Rest ................. 27
Delta Rest Requirement Chart 26
Deplaning Time .................... 15
Deadhead ....................... 177
Deviation from Deadhead
A-Day Holders ..................179
Back-End Deviations ........ 181
Front-End Deviations ....... 181
General ......................... 179
Not Allowed .................... 180
Severe Operations ........... 176
Swap ............................ 179
Deviation From Deadhead .... 176
Diversion ......................14, 156
Domestic ............................ 13
Scheduled Minimum Domicile
Rest ............................ 23
Scheduled Minimum Layover
Rest ............................ 23
Domicile
16 Hour Guaranteed Rest
Option .......................... 28
Scheduled Minimum Rest ... 23
Down-line Trades................ 136
Draft Pay (DRFT) ...........46, 116
Mandatory Availability ........ 48
Pay Protection................... 75
Drafting Procedures ............ 146
Examples ....................... 147
DRFT................... *See* Draft Pay
Drops.................*See* Trip Drops
Drops to Open Time ............ 136
Duration of Trip .................... 65
Duty Options Chart ............. 172
Duty Period
Average ................36, 37, 39
Credit ........................ 36, 39
Extensions........................ 41
Duty Time Limitations ........... 15
Chart .............................. 21
Charters.......................... 22
Co-Terminal Limo Time ...... 22
Debriefing Time ................ 15
Deplaning Time ................. 15
Domestic Trips .................. 16
Flight Segments >12 Block
Hours ......................... 18
Flight Segments >12 Hours
.................................160
Flowchart Explanation ......171
International, Transoceanic,
and Hawaiian Trips ........ 17
Military Charters ............... 21
Option-Off Points .............. 21
Options ..........................170
Chart ............................172
Projected toExceed 17 Hours
.................................170
Rescheduled.............. 16, 161
Training & Meetings Adjacent
to Duty ........................ 15

**E**

Earned Pay .......................... 34
ELOA ... *See* Emergency Leave of
Absence (ELOA)
Emergency Leave of Absence
(ELOA) ...........................152
Pay ................................ 54
Enroute Stopover ............... 2, 3
Minimum Staffing ............... 3
Equipment Substitution .. 14, 157
After Departure ...............168
Prior to Departure............167
Reduction in Staffing
Order of reduction ...........167
Escalations .........................138
Transoceanic Purser .........138
Expense Pay
Hotel .............................. 57
Non-Fly Meal Expenses ...... 58
Short-Term Parking........... 58
Extended Trip ............. 165, 169

**F**

F.A.R. 121.467 ..1, 4, 14, 15, 22
Access Days Rest.............105
Bar .............................5, 31
Compliance ........................ 8
Responsibility ..................... 9
Duty Time Limitations ......... 4
Minimum Staffing ........... 2, 3
Rest Requirements.............. 4
FAA
Duty Time Limitations ......... 5
Reduced Rest & Subsequent
Rest ............................. 6
Ferry Pay ........................... 38

FIOD ...... *See* Flown Into Off Day
FIVD .... *See* Flown Into Vacation Day
Flagstops .......................... 161
  For non-revenue purposes 161
  For revenue purposes ...... 161
Flagstops & Reroutes – All Trip Types .......................... 161
Flight Attendant Compensation .................................... 32
Flight Category .................... 13
  Domestic ........................ 13
  Flight Segements >12 Flight Hours .......................... 13
  International .................... 13
  Intra-Theatre ................... 13
  Transoceanic ................... 13
  Ultra Long Range ............. 13
Flight Leader ...................... 126
  8 Hours Rest Behind the Door ................................. 29
  930 Rest Behind the Door .. 30
  Bid Award ....................... 91
  Block Out Time ................ 35
  Draft Pay ......................... 46
  Escalation ...................... 138
  Pay ................................ 43
  Reduction in Staffing ....... 167
Flight Pay ................ 32, 34, 35
  Chart .............................. 35
Flight Pay for Ground Time .... 42
Flight Segments >12 Flight Hours ........................ 13, 18
  Option Off Point >Scheduled +3 Hours ........ 18
Flown Into Off Day (FIOD) 46, 47
  Access Days .................. 116
  Versus Option for Off Day in Next Bid Period ............. 47
Flown Into Vacation Day (FIVD) .................................... 49
  Jetway Trades .................. 49
  Out-of-Base Pick-Up .......... 49
Flying Category Definition ...... 13
Friends List ....................... 130

G

Ground Pay ......................... 42
Guarentee
  A-Day Block ..................... 44

H

Hawaiian Trips
  Duty Time Limitations ....... 17
Holding Pay ......................... 42
  Flight Pay for Ground Time. 42
Holiday Pay ......................... 52
  Holidays Approved ........... 52
  Pay Protection ................. 52
  Standby .......................... 52
Hotel ................................ 169
  Accommodations ............ 182
  Airport vicinity or downtown 78
  'Day rooms' ................... 182
  Expenses ........................ 57
  Load Factor Pairings .......... 85
  More/Less Than 5 Hours ... 182
  Originations ................... 159
  Reoute .......................... 159
  Upon Request ................. 182
  When available in domicile 'stopovers' ................... 183

I

Inaugurals
  Swaps ........................... 129
Incentive Pay (IPY4) ........ 46, 51
  Authorization Criteria ........ 51
  Pay Protection ................. 75
  Pick-Ups ......................... 48
Initial Probation .................. 35
Insufficient Bid or No Bid for PBS .................................... 94
Interference With Off Days
  Access Days ................... 116
International ...................... 13
  Duty Time Limitations ....... 17
  Pay ............................... 43
  Scheduled Minimum Domicile Rest ........................... 23
  Scheduled Minimum Layover Rest ........................... 23
  Training Pay .................... 56
Intra-Theatre ...................... 13
  Pay ............................... 43
  Scheduled Minimum Layover Rest ........................... 24
Involuntary Escalations 107, 142
  Steps of Trip Coverage .... 107, 142
Involuntary Transfers .......... 100
IPY4 .... *See* Incentive Pay (IPY4)
Irregular Operations ............... 1

J

Jetway Trades .................... 131

Obligation if rerouted ....... 133
Jury Duty .......................... 153
Bidding & Swapping ......... 153
Jury and 24 in 7 Rest ..........6
On Behalf of Prosecution .... 54
Pay ................................ 54
Pay Variances (MA & FL) .... 54
Summons & Proof of Service ................................ 153

**L**

Language of Destination (LOD) ............................. 126, 167
Bid Award ........................ 91
Converted to Regular Position ......................... 126, 143
Equipment Substitution .... 168
Escalation to Leader ........ 129
Pay ................................ 44
Reverse Assignment .......... 92
Pay Protection ............... 92
Swaps ........................... 129
Trip Coverage ................. 143
Last Opportunity ............... 27
Late Report ........................ 157
Layover ..................... 23, 24
Taxi Fare Reimbursement ... 56
Layover
10-Hour Guaranteed Rest
Option .......................... 28
8 Hours Rest 'Behind the
Door' ............................ 29
Actual Minimum Rest ......... 24
Hotels
Load Factor Pairings .......... 85
Late Report ............... 23, 24
Scheduled Minimum Rest ... 23
ULR Rest ......................... 20
Loadfactor .......................... 83
Rerouted ....................... 159
LOD ................ *See* Language of Desitination

**M**

Managed Time Out ............. 151
Severe Operations ........... 151
Mandatory Availability ......... 175
When Draft Pay Due .......... 48
Mandatory Meeting
Pay ................................ 56
MAPS ... *See* Monthly Activity Pay Statement
Marketing Changes ............... 10
MAVL . *See* Mandatory Availability
Meal Expenses ..................... 58
Meetings
Adjacent to Duty .......... 15, 96
Swaps ........................... 134
Mid-Rotation
Duty Period Extensions ...... 41
Removal
Sick, OJI, or ELOA ............ 41
Military Charters
Deadhead ....................... 188
Domestic & International .. 185
Duty Time Limitations ....... 21
Reverse Assignments ....... 188
Swaps ........................... 129
Transoceanic ................... 186
Trip Coverage .................. 185
Wildcard Pairings ............. 189
Minimum Staffing Enroute
Stopover .......................... 3
Minutes Under Pay ............... 39
Monthly Activity Pay Statement ...................................... 33
Monthly Time Display ............ 33
MOTS . *See* Monthly Time Display
Move-Ups ............ 107, 139, 142
Cutoff for Phone Contact ... 139
Examples ........................ 141
Exception Move-Up to a 6-Day or Greater Trip ............. 141
Military Charters ............. 140
Moving Expenses .................. 58
MTO ...... *See* Managed Time Out (MTO)

**N**

Non-Fly Credit Guarantees .... 36
Non-Stop >12 Flight Hour Duty ...... *See* Flight Segments >12 Flight Hours
Notification of Reroutes & Delays .............................. 10, 162
Marketing Changes ........... 10

**O**

Open Time ......................... 122
Language of Destination ... 126
Operational Delay ................ 156
Option for Off Day in Next Bid
Period Versus FIOD ........... 47
Option-Off Points .................. 21
>Scheduled +3 Hours ....... 18
Out-of-Base Pick-Ups

Crew Notification (CNO) ... 144
Steps of Trip Coverage.... 107, 142
TAFB ............................... 40
Trip Coverage ................. 144
Out-of-Base Standby........... 111
Pay................................. 46

**P**

Paid Personal Time (PPT) 34, 53, 148
Pre-Month Award ............ 148
Scheduled (SPT) ........53, 148
Unscheduled .............53, 148
Pairing Dates for Midnight Departures ....................... 11
Pairing Minutes-Under/Minutes-Over Pay .......................... 39
Pairings .............................. 78
Back Side of the Clock Flying (BOC)........................... 86
Crew Rest ..................... 86
Qualifying ..................... 86
Charters........................... 87
General ........................... 78
Hotels ............................. 78
Loadfactor ........................ 85
Report Time ..................... 81
Transition Pairings............. 83
Report Time Changes ..... 83
Trip Length....................... 78
Definition ...................... 78
Examples...................... 79
Variable Staffing ............... 83
Parking
A-Days......................90, 155
Trips.........................90, 155
Partial Month Bids................. 93
Access Days .............93, 103
Passports & Visas ................. 11
For PBS Bidding ................ 90
Renewing passports........... 12
Pay Discrepancies ................. 59
Pay for Incompleted Trip ....... 41
Pay Periods .......................... 33
Pay Protection ..................... 60,
*Also See* Availability
Alternate Assignment... 68, 70
Availability ....................... 64
Availability Chart ............... 62
Charters........................... 75
Contacting Scheduling ....... 63
Crew Notification (CNO) ..... 71
Draft & Incentive Pairings... 75
Duration of Trp ................. 65
Loss of Flight/Credit Time .. 62
Notification ................. 66, 70
Options ...................... 60, 62
For Single Pairing.............. 61
Out-of-Base Pairings ......... 73
Policy ............................. 60
Scheduling Errors ............. 76
Severe Operations ............ 63
Trip Notification ................ 68
Trips Rescheduled Into Next Bid Period..................... 74
Trips Transiting Two Bid Periods ........................ 74
Interferring with Vacation .. 83
Two or More Assignments .. 70
A-Days ........................... 70
Examples........................ 71
PBS .................................. 92
Access Days ....................102
Bid Resolution .................. 94
Bidding When Off the Payroll .................................. 93
Bids Close ........................ 94
Bids Release .................... 94
Continuing Qualifications ... 95
Flight Leader Bid Award ..... 91
Freeze ............................ 88
Insufficient Bid or No Bid ... 94
LOD Bid Award ................. 91
Pre-assignments............... 88
Purser Bid Award .............. 91
Rules & Waivers ............... 89
3 in 9 ............................. 89
1 in 7 ............................. 89
10 Days Off...................... 89
Same Day Release/Report . 89
Transoceanic Min Rest ....... 89
Special Assignment Days ... 92
Transoceanic / International Flying ......................... 90
Transoceanic Minimum Rest Rule ........................... 25
Personal Paid Time (PPT)......148
Daily Award ....................149
Pay for Incompleted Trip.... 41
Unscheduled ...................149
Unused ...........................148
Phone Contact
Move-Ups w/in 24 Hours...139
Pick-Ups w/in 24 Hours ....127
Phone Release ....................113
Pick-Ups
Awarded with Contact ......127
Awarded with No Contact..127

General .......................... 126
Incentive Pay .................... 48
Open Time ..................... 127
Priority .......................... 126
Piggy-back Flying ................ 114
A-Days .......................... 146
PLOC ...... *See* Company Leave of Absence (PLOC)
PPT .*See* Personal Paid Time, *See* Paid Personal Time
Premium Pay
LOD ................................ 44
Pre-Rest
ULR ................................ 20
Priority Pick-Ups
Q Pairings ...................... 126
Steps of Trip Coverage .... 107, 142
Projected / Actual ................ 14
Projected/Actual Duty Period
Exceeds 16 Hours ............ 172
Purser
Bid Award ........................ 91
Escalations ..................... 138
Involuntary Escalations ... 107, 142
Training Pay ..................... 56
Transfers ......................... 99
Transoceanic Reroutes ..... 166
Purser Pay .......................... 43

**Q**

Q Pairings ..................... 84, 130
Pick-Ups ........................ 122
Priority Pick-Ups ............. 126
Swaps} ......................... 140
Quick Reference Deviation & PSY Authorization Chart ......... 181

**R**

Reassignments ................... 110
Reduction in Staffing
After Departure ............... 168
Language of Destination (LOD) ......................... 168
Prior to Departure ........... 167
Variable Staffing Positions 168
Released to Report
Access ........................... 106
Back Side of the Clock Flying (BOC) .......................... 86
Relocation Policy ................... 99
Replacement Flying ........ 10, 158
Report Pay .......................... 39
Report Time ........................ 81
Automated Crew Sign-in .... 81
Reporting for Duty ........... 10, 12
Severe Operations ........... 174
Rerouted .. 14, 21, 159, 160, 162
24 Hour Rest ................... 158
Co-Terminal .................... 159
Crew Notification (CNO) .... 162
Crew Tracking Options .... 164, 165
Extended Trip .................. 165
Flown Into Vacation Day .... 49
Jetway Trades .................. 49
Out-of-Base Pick-Up .......... 49
Into Additional Days ......... 158
Into Off Day
Domestic Limitations ........ 157
Domestic Transoceanic ..... 157
Incentive Pay .................. 48
Pay ............................... 48
Qualifying ........................ 48
Subsequent Assignment .... 48
Jetway Trades ................. 133
Loadfactor ...................... 159
Maximum Duty Time Chart ............. *Also see* Legalities
Mid-Rotation ................... 165
Pay Chart ........................ 50
Shortened Trip ................ 165
Trip Guidelines ................ 156
Rerouted / Rescheduled Into Vacation Day .................... 49
Rerouted Spillover / Transition Trip ................................ 74
Rescheduled ..... 14, 21, 26, 157, 159, 161
24 Hour Rest ................... 158
Additional Staffing ........... 167
Cancellation of Trip .......... 164
Delta Shuttle ................... 163
Duty Time Limitiations ...... 159
Equipment Substitution ... 167, 168
Flight Segments >12 Hours ................................. 160
Maximum
Flight Segments >12 Flight Hours ......................... 18
Maximums
Domestic ......................... 16
Intra-Theatre .................. 17
Transoceanic .................... 17
Mid-Rotation ................... 164
Minimum Staffing ............. 16

Notification of Rerouted Trip ................................ 162
Partial Crew .................... 166
Reduced Staffing ...... 167, 168
Rest Requirement
Chart .............................. 26
Rest Requirements
24 in 7 Rest ........................ 6
Access Days .................. 114
Alternate Assignments ....... 70
Options ........................... 28
10-Hour Guaranteed Layover Rest ............................ 30
16 Hour Guaranteed Domicile Rest ............................ 28
8 Hours Rest ‘Behind the Door’ ........................... 29
930 Rest Behind the Door .. 30
Scheduled Minimum Layover Rest ............................ 23
Intra-Theatre .................... 24
Transoceanic ................. 25
Scheduled Minimum Rest ... 23
Transoceanic ................. 25
Subsequent Rest .............. 5-6
Ultra Long Range .............. 19
RR04 .................. *See* Rerouted

## S

Same Day Release/Report Rule ...................................... 89
Schedule Build ........ *See* Bidding
Schedule Changes ............. 122
1st Come 1st Served Open Time ......................... 122
Prior to the One Calendar Day Cutoff ........................ 122
Definitions ..................... 122
Open Time ..................... 122
Language of Destination ... 143
Pick-Ups ........................ 126
Q Pairings ..................... 122
Swaps before Report ....... 131
Trip Trade Balancer ......... 124
Scheduled ........................... 14
Maximums ....................... 16
Scheduling Errors ................. 76
Scheduling Review Request Form .............................. 77
Severe Operations .................. 1
Advisory Message ............ 174
Alternate Assignment ....... 175
Cancellation of 1st Leg ...... 164
Deviation from Deadhead . 176
Duty Limitations Chart ...... 173
Expenses ........................ 59
Guidelines ...................... 174
Mandatory Availability 48, 175
Alternate Assignment Parameters .................. 69
Reporting for Duty ........... 174
Window of Availability ...... 175
Severe Operations Duty Limitations Chart ............. 172
Short Call
Short-Term Parking ........... 58
Transportation Reimbursement ............. 57
Short Term Parking Pay ........ 58
Shortened Trip .................... 165
Shuttle
Release From Pairing ........ 163
Rescheduled .................... 159
Special Assignment
For Bid Purposes ............... 92
Pay ................................ 55
Travel ............................ 92
SPT *See* Personal Paid Time (PPT)
Standby (STBY)
Credit ............................. 45
Out-of-Base STBY Credit .... 46
Steps of Trip Coverage ......... 142
Stubout ....................... 14, 157
Subsequent Rest ............ 5-8, 26
Surface Deadhead ................ 38
Swaps
Access Days ..... 117, 135, 140
Backing Up A-Days. 118, 136
Before Report .................. 131
Blackout Dates ................ 125
Chart ............................ 137
Continuing Qualification .... 134
CRAF, Military, Inaugurals. 129
Dedicated & Regular Charter Swaps ........................ 134
Deviation from Deadhead . 179
Down-line Trades ............. 136
Friends List ..................... 130
General .......................... 128
Jetway Trades ................. 131
Language of Destination ... 129
Meetings ......................... 134
Open Time ...................... 130
Training .......................... 134
With Another Flight Attendant ................................ 130

**T**

TAFB ..*See* Time Away from Base (TAFB)
Taxi Fare Reimbursement ...... 56
Temporary Base/Location
  Transfer Bidding ................ 97
Through Flights ....... 2, 3, 12, 26
Time Away from Base (TAFB) . 40
  Deviate Deadhead ............. 38
  Out-of-Base Pick-ups ......... 40
  Trip Credit .................. 32, 36
Tipping ................................ 57
Training
  Adjacent to Duty ............... 96
  Aircraft ............................ 56
  Bids ................................. 95
  Delayed or Cancelled Flights .................................. 55
  Duty Time Limitations ........ 15
  International Training Pay .. 56
  Pay ................................. 55
  Purser Pay ........................ 56
  Swaps ........................... 134
  Transition Pairings ............. 83
  PLOC .............................. 83
  Replacement Pairings ......... 74
  Report Time Changes ......... 83
Transition Replacement Trips . 10
Transoceanic ........................ 13
  Duty Time Limitations ........ 17
  Escalations ..................... 138
  Exception Pairings ............. 13
  Q pairings ........................ 83
  Military Charters ...... 186, 187
  Minimum Rest Rule ............ 89
  Access Days ................... 108
  Pay ................................. 43
Transoceanic / International
  Flying ............................. 90
Transportation Reimbursement ...................................... 56
  NYC Base ......................... 57
Trip Coverage ..................... 142
  15 Minute Rule ................ 123
  Availability ............. 107, 142
  Involuntary Escalations ..... 107
  Language of Destination ... 143
  Military Charters ............. 185
  Move-Ups ................ 107, 142
  Out-of-Base Pick-Ups ...... 107, 142, 144
  Priority Pick-Ups ....... 107, 142
  Steps ............................ 107
Trip Credit ..................... 32, 36
  1 for 3.5 TRP .................... 38
Trip Drops
  Manged Time Out (MTO)...*See* To Open Time (TDOT) .....143, 150
Trip Interference with A-Day
  Assignment ..................... 115
Trip Length .......................... 78
  Definition ......................... 78
  Examples ......................... 79
  Exception ......................... 78
Trip Pay Credit Calculations ... 36
Trip Refusal ......................... 11
Trip Trade Balancer ............. 124
  Examples of Approved & Denied Swaps .............. 125
Trips Rescheduled Into Next Bid
  Period ............................ 74

**U**

Ultra Long Range ............ 13, 19
  Layover Rest .................... 20
  ULR Pre-Rest .................... 20
  ULR Rest Chart ................. 20
Unaffected Crews ................ 157
Understaffing Pay ................. 45
Unscheduled Personal Time (UPS)
  'Trips missed' rate ........... 148

**V**

Vacation ............................. 53
  Rerouted Into .................. 49
Vacation Pay ........................ 53
Variable Staffing .................. 83
Visas ................................. 11
Volunteering to Fly ................. 9

**W**

Wildcard Pairings ................. 189
Window of Availability
  Severe Operations ........... 175