# EXHIBIT 3



# Flight Attendant

# Work Rules

Assembly
1/12/11

**FLIGHT ATTENDANT WORK RULES**
**ASSEMBLY INSTRUCTIONS**

This packet contains the complete 2011 Flight Attendant Work Rules manual (through Revision #8) and is pre-assembled and in order, except for the 13 Section Tabs located in the back of the packet.  Place each of the Tabs in front of the appropriate section as indicated below.

The manual is organized as follows:

- Revision Record Sheet
- Contents and Introduction
- 1  Legalities
- 2  Compensation
- 3  Trip Pay Protection
- 4  Pairings & Bidding
- 5  Access Days
- 6  Schedule Changes
- 7  Reroute
- 8  Severe Operations
- 9  General & Misc.
- Appendix
- Glossary
- Index

The Contents & Introduction tab should be inserted following the Revision Record Sheet and in front of the complete master table of Contents & Introduction section.  Each of the nine labeled Sections then begins with its own Section table of contents.  The Appendix, Glossary, and Index follow the nine sections and complete the manual.

We hope you enjoy using and referencing the IFS Flight Attendant Work Rules manual.  It is also available on the IFS portal, and the portal version will always be the most current version, including any additional revisions or corrections until they are printed and made available.

Thank you.

**CONFIDENTIAL**                    **DELTA 002372**

Revision Record Sheet

Property of _____

Base/Location_____

Enter the revision date after the appropriate revision below.  Revised text is indicated by a vertical line in the left margin.  To receive a copy of the Flight Attendant Work Rules, contact Manual Services, Dept. 966, ATG.  The email address is ManualServices.ATG@delta.com.

**NOTE:** Revisions in the Flight Attendant Work Rules on the In-Flight Service portal are always the most up to date version and supersede the printed copy.

| Rev. No. | Effective Date | Rev. No. | Effective Date |
|---|---|---|---|
| 1 | 1/1/09 | 14 | |
| 2 | 3/2/09 | 15 | |
| 3 | 5/1/09 | 16 | |
| 4 | 11/9/09 | 17 | |
| 5 | 5/1/10 | 18 | |
| 6 | 8/12/10 | 19 | |
| 7 | 10/1/10 | 20 | |
| 8 | 1/12/11 | 21 | |
| 9 | | 22 | |
| 10 | | 23 | |
| 11 | | 24 | |
| 12 | | 25 | |
| 13 | | 26 | |

| Rev. No. | Effective Date | Rev. No. | Effective Date |
|---|---|---|---|
| 27 | | 48 | |
| 28 | | 49 | |
| 29 | | 50 | |
| 30 | | 51 | |
| 31 | | 52 | |
| 32 | | 53 | |
| 33 | | 54 | |
| 34 | | 55 | |
| 35 | | 56 | |
| 36 | | 57 | |
| 37 | | 58 | |
| 38 | | 59 | |
| 39 | | 60 | |
| 40 | | 61 | |
| 41 | | 62 | |
| 42 | | 63 | |
| 43 | | 64 | |
| 44 | | 65 | |
| 45 | | 66 | |
| 46 | | 67 | |
| 47 | | 68 | |

**CONFIDENTIAL**

**Introduction**

**Section 1 - Legalities**

Overview of the Daily Operation .......................................1
Aircraft Staffing Requirements...........................................2
F.A.R. 121.467 Duty Limitations & Rest Requirements .........3
FAA Duty Time Limitations ...............................................4
FAA Duty Limitations & Rest Requirements Chart ...............4
FAA Rest – The 'Rolling' 24 in 7 Rest .................................5
FAA Reduced Rest & Subsequent Rest ...............................5
Office Work/Duty & Flight Duty.........................................7
Compliance...................................................................7
Reporting for Duty – General............................................8
   Prior to Your Trip .....................................................8
   Mid-Rotation/Mid-Duty Period Contact ...........................8
   Pairing Dates for Midnight Departures............................9
   Passports & Visas ....................................................9
   Trip Refusal ............................................................9
Reporting for Variable Staffing, Load Factor Pairings, and
Through-Flights............................................................10
Reporting for Duty - Out-of-Base Trips ............................10
Reporting for Duty – Irregular & Severe Operations...........11
Delta Flight Category Descriptions ..................................12
Delta Duty Limitations - Important Definitions .................13
Delta Duty Time Limitations - General .............................14
Delta Domestic Duty Limits...........................................15
   Scheduled & Rescheduled Maximums...........................15
   Projected or Actual Maximums....................................15
Delta Transoceanic & International Duty Limits ................16
   Scheduled & Rescheduled Maximums...........................16
   Projected or Actual Maximums....................................16
Delta Transoceanic Non-Stop >12 Flight Hour Duty  Limits.17
   Scheduled & Rescheduled Maximums...........................17
   Projected or Actual Maximums....................................17
Ultra Long Range Flying................................................18
Quick Reference -Delta Duty Limitations Chart.................20
Duty Time for Co-Terminal Limos....................................21
Duty Time for Charters..................................................21
Domicile Rest Requirements - Domestic/International........22
Layover Rest Requirements -Domestic/International..........22
Domicile Rest Requirements -Transoceanic......................24

**CONFIDENTIAL**                    **DELTA 002375**

Flight Attendant Work Rules
Table of Contents                                         1/1/09

Tripholder.............................................................24
A-Day Holder .......................................................24
Layover Rest Requirements -Transoceanic ......................24
  Tripholders and A-Day Holders ..................................24
Delta Rest Requirements ...........................................25
Delta 24 in 7 Rest....................................................26
  Scheduled .........................................................26
  Actual ..............................................................26
Rest Options ..........................................................27
  10-Hour Guaranteed Layover Rest Option ....................27
  16 Hour Domicile Rest Option ...................................27
  8 Hours Rest 'Behind the Door'..................................28
FAR Bar (Federal Aviation Regulations) ..........................29

## Section 2 - Compensation

Overview...............................................................30
Pay Periods...........................................................31
  Length of Service Pay Increases.................................32
Earned Pay ...........................................................32
Flight Pay .............................................................33
Hourly Flight Pay ....................................................33
Pairing Minutes-Under/Minutes-Over Pay .......................34
Report Pay ............................................................34
Duty, Trip and Non-Fly Credit Time Payment ...................35
  1 for 2 Duty Credit: ..............................................35
  Duty Period Average (4:45): .....................................35
  1 for 3.5 Trip Credit: .............................................35
  Deadhead:..........................................................35
1 for 2 Duty Period Credit ..........................................35
4:45 Duty Period Average (DPA)....................................36
1 for 3.5 Trip Credit .................................................36
Deadhead / Deviation from Deadhead / Ferry Pay .............37
Surface Deadhead ....................................................37
Crew Compensation Pay .............................................37
Holding Pay ...........................................................38
  Flight Pay for Ground Time........................................38
A-Day Block Guarantee ..............................................39
Premium Pay ..........................................................40
  Skill-Based ........................................................40
Flight Leader Pay.....................................................40
International Pay......................................................41
Language of Destination (LOD) Pay ................................41

Flight Attendant Work Rules
Table of Contents                                        1/1/09

Holiday Pay ............................................................... 42
Time Away from Base Pay (TAFB) ................................... 43
Non-Fly Daily Meal Expenses.......................................... 44
Hotel Expenses ......................................................... 44
Transportation Reimbursement....................................... 45
    Fares ................................................................ 45
    A-Day Status ....................................................... 45
    New York Base ..................................................... 45
Tipping ................................................................... 46
Short-Term Parking ..................................................... 46
    A-DAY Holder ...................................................... 46
Moving Expenses......................................................... 46
Severe Operations Expenses .......................................... 46
Rerouted Into OFF Day (RRO4)........................................ 47
Rerouted / Rescheduled Into Vacation Day......................... 48
Reroute Pay Chart ...................................................... 48
    Flown Into/Scheduled Into Off Day.............................. 48
    Rerouted/rescheduled into Vacation Day ...................... 48
    Delayed Into Off Day.............................................. 48
Draft Pay.................................................................. 49
    Option for Off Day vs. DRFT Pay ................................ 50
    Tripholders ......................................................... 50
Draft Pay Chart .......................................................... 51
Incentive Pay (IPY4) .................................................... 52
Vacation Pay ............................................................. 52
Paid Personal Time (PPT) .............................................. 53
Mandatory Departmental Meeting Pay .............................. 53
Emergency Leave of Absence (ELOA) Pay........................... 53
Jury Duty / Court Appearance Pay ................................... 54
Training Pay .............................................................. 55
    Continuing Qualification (Recurrent) ............................ 55
    Aircraft Training ................................................... 55
    Flight Leader Training.............................................. 56
    International ......................................................... 56
Special Assignment Pay................................................. 56
    Daily Rate........................................................... 56
    Hourly Rate ......................................................... 56
Pay Discrepancies....................................................... 57
Pay For Incompleted Trips ............................................. 57
Airport Standby Credit.................................................. 58
Duty Period Extensions................................................. 58

**CONFIDENTIAL**                        **DELTA 002377**

## Section 3 – Trip Pay Protection Policy

Pay Protection Policy ................................................. 59
Pay Protection Options ............................................. 59
Loss of Time on a Single Pairing Due to CNX/Reroute ....... 59
Availability Chart ...................................................... 60
Contacting Scheduling ............................................... 61
Availability Notification Times & Procedures ................... 62
  General .............................................................. 62
  Details and Examples When On AVL ........................... 62
  Availability for the 'Duration of the Trip' & Examples ....... 63
  Additional Notification Parameters ............................. 65
Alternate Assignments ............................................... 66
  Notification Reminder ............................................. 66
  Alternate Assignment Parameters .............................. 66
  At the Airport Cancellations ..................................... 67
Pay Protection Involving Two Pairings Or More .............. 68
Pay Protection Options for Out-of-Base Pairings .............. 70
Pay Protection for Trips Transiting Two Bid Periods .......... 71
Pay Protection for Draft And Incentive Pairings ............... 72
Pay Protection for Charter Pairings .............................. 72
Scheduling Errors .................................................... 74

## Section 4 – Pairings & Bidding

PAIRINGS ............................................................... 75
  General ............................................................... 75
  Trip Length Definition ............................................. 75
  Pairing Report Time ............................................... 78
  Transition Pairings ................................................ 79
  Load Factor Pairings & Variable Staffing ...................... 80
    Load Factor Reroutes ......................................... 81
    Layover Hotels for Load Factor Pairings .................... 81
    One-Way Load Factor .......................................... 81
  'Back Side of the Clock' Flying / Pairings ..................... 82
  CRAF & Military Charters ......................................... 83
BIDDING................................................................ 84
  Schedule Build / Bidding – General............................. 84
    '3 Calendar Days Off in 9' Rule .............................. 85
    'Come In/Go Out' Rule......................................... 85
    10 Day Rule..................................................... 85
    'Parking' Trips or A-Days...................................... 86
  Flight Leader Program ............................................ 86
  International Program ............................................. 86
  Language of Destination (LOD) Program ....................... 87

Flight Attendant Work Rules
Table of Contents                                                    1/1/09

Special Assignment Days ............................................... 88
Partial Month Bids ..................................................... 89
CBS Closing Date And Release of Schedules ................... 90
No Bid ..................................................................... 90
Bidding Resolution Process ........................................... 90
Continuing Qualification Bids ........................................ 91
Bidding for Special Programs ........................................ 92
Other Training and Meetings Adjacent to Duty ................ 92
Base Transfers .......................................................... 93
Base/Location Transfer Bidding ..................................... 93
Base Transfer Awards / Denials ..................................... 93
Qualifications/Status in New Base .................................. 94
Relocation Policy ....................................................... 94
Responsibilities in New Base ......................................... 95

## Section 5 – Access Days

General Information .................................................... 96
Schedule Build .......................................................... 97
A-Day Holders - Partial Month On Duty ........................... 97
Co-Terminal Indicator ................................................. 97
A-Day Utilization ....................................................... 98
    Steps of Trip Coverage ........................................... 98
Telephone and Pagers ................................................. 98
Contact Requirements ................................................. 99
    Checking Your Schedule During Minimum Rest Period ... 100
A-Day Awards & Assignments ...................................... 100
A-Day Parameters ..................................................... 102
Transitioning Between A-Day and Trip ........................... 103
A-Day Rest Requirements ........................................... 103
    Minimum .............................................................. 104
    Domestic/International trip (non-transoceanic) ............ 104
    Transoceanic trip ................................................... 104
    Ultra Long Range .................................................... 104
    Training ............................................................... 104
    Airport Standby ..................................................... 104
Airport Standby Duty ................................................. 105
Phone Release .......................................................... 106
Airport Release Requirements ....................................... 107
    Airport Release Exemptions ...................................... 107
Interference With OFF Days .......................................... 108
    Option for Off Day in Next Bid Period ......................... 108
A-Day Holders & Preferencing Open Trips ....................... 110
A-Day Swapping with Other Flight Attendants ................. 111

Flight Attendant Work Rules
Table of Contents                                        1/1/09

Out-of-Base Standby .................................................. 113
Training Assignments / Bids ......................................... 113
A-Day Trip Guarantee ................................................ 114

## Section 6 – Schedule Changes

Schedule Changes - Definitions & Overview ................... 116
1st Come 1st Served Open Time Process ...................... 117
   Prior to the One Calendar Day Cutoff ......................... 117
   After the One Calendar Day Cutoff ............................ 118
Trip Trade Balancer (TTB) ........................................... 119
Open Time & Language of Destination Positions -LOD ..... 120
Pick-Ups - General ................................................... 121
Pick-Ups From Open Time ........................................... 121
Swaps - General ...................................................... 123
Swaps With Open Time (1st Come 1st Served) ................ 125
Swaps With Another Flight Attendant ........................... 125
Jetway Trades ......................................................... 126
Training and Meeting Swaps ........................................ 129
Access Day Swapping ................................................ 130
Swapping Chart ....................................................... 132
Trip Escalations ....................................................... 133
Move-Ups ............................................................... 134
Move-Up Chart ........................................................ 137
Trip Coverage ......................................................... 138
Transiting Midnight & A-Day Awards/Assignments ........... 140
Out-of-Base Pick-Ups ................................................ 140
'Piggybacking' of A-Days ........................................... 140
A-Day Coverage of Trips That Exceed Block Length ......... 141
Trip Coverage Definitions for A-Day Holders .................. 141
Drafting Procedures .................................................. 142
Paid Personal Time Off (PPT) ...................................... 144
Trip and A-Day Drops Without Pay (TDOT & ADOT) ......... 146
Managed Time Out (MTO) ........................................... 147
Emergency Leave of Absence (ELOA) ............................ 148
Jury Duty / Court Appearances .................................... 149
'Parking' of Trips or A-Days ........................................ 151

## Section 7 – Reroute

Operational Definitions .............................................. 152
Rerouted Trip Guidelines ............................................ 153
Rerouted / Rescheduled Duty Time Limitations ............. 157
Notification of Rerouted Trip ....................................... 159

**CONFIDENTIAL**                    **DELTA 002380**

　　　Prior to Report or Departure / Changes at Domicile....... 159
　　　After Departure / Rotation Changes Mid-Rotation ......... 159
　　Cancellation of Trip/Cancellation or Disruption of 1st Leg . 160
　　　Severe Operations ................................................. 161
　　Mid-Rotation Rerouted / Rescheduled Trip...................... 162
　　Rescheduling a Partial Crew ......................................... 163
　　Equipment Substitutions - Prior to Departure................. 163
　　　Reduction in Staffing – Entire Trip Reduced ................ 163
　　　Reduction in Staffing – Partial Trip Reduced................ 164
　　　Variable Staffing Pairings .......................................... 164
　　　Language of Destination ........................................... 164
　　　Increase in Staffing................................................. 164
　　Equipment Substitutions - After Departure .................... 165
　　　Reduction in Staffing ............................................... 165
　　　Variable Staffing Positions........................................ 165
　　　Language of Destination ........................................... 165
　　Extended Aircraft Maintenance ..................................... 166
　　Contacting Crew Tracking ........................................... 166
　　Duty Limitations Options ............................................. 167
　　Options Flowchart Explanation...................................... 168
　　Duty Time Limitations Work Rules Options Flowchart ............. 170
　　Severe Options Work Rules Options Flowchart  .............. 171

## Section 8 – Severe Operations

　　Severe Operations Guidelines....................................... 172
　　　Work Rules Options During Severe Operations ............. 174

## Section 9 – General and Miscellaneous

　　DEADHEADING PROCEDURES ......................................... 175
　　General................................................................... 175
　　Deadhead Flight Arrangements..................................... 176
　　Deviation From Deadhead............................................ 176
　　　General ................................................................. 176
　　　Positive Space........................................................ 177
　　　Deviation Not Allowed ............................................. 178
　　Quick Reference Deviation & PSY Authorization Chart ..... 179
　　Front-End Deviation................................................... 179
　　Attire for Deadheading ............................................... 180
　　MISCELLANEOUS ....................................................... 180
　　Hotel Accommodations............................................... 180
　　Crew Transportation .................................................. 181
　　Absence Notification Policy......................................... 182

**CONFIDENTIAL**                    **DELTA 002381**

Flight Attendant Work Rules
Table of Contents                                1/1/09

Alternate Flying Program (AFP)...................................... 182
Trip Coverage Procedures for Military Charters............... 183
Pick-Up Eligibility .................................................... 183
Move-Up Eligibility ................................................. 183
Deadheading.......................................................... 183
Reverse Assignment Procedures for Military Charters ... 186
Procedures Used 4 Hours or Less to Report ............... 187
Wildcard Pairings .................................................... 187

**Appendix A – F.A.R. 121.467**

**Appendix B – Scheduling & Training Codes**

**Glossary**

**Index**

## Purpose, Authority and Responsibility

- The Flight Attendant Work Rules manual is made available to each Delta Air Lines flight attendant. It contains all work rules and scheduling policies and its purpose is to provide the established work rules, policies and scheduling procedures for Delta flight attendants.

- The Vice President IFS Business Operations has the authority and the IFS Scheduling Management Team has the responsibility for the Flight Attendant Work Rules and all elements of quality and policies described herein. The policies are administered by Scheduling Operations, Schedule Planning, and the Operations Resource Management group (Crew Tracking/Reroute).

## Compliance & Ethics

- As a flight attendant, you are required to comply with federal regulations and company practices and procedures which govern your job including the In-Flight Service Standards of Performance, as listed in the On-Board Manual, and Delta's Human Resources Practices Manual (HRPM). Depending on the nature of the situation, more than one set of rules and regulations may apply.

- Delta has always followed a policy of conducting its business ethically and in compliance with the letter and the spirit of the law. The Delta Code of Ethics and Business Conduct contains a summary of Delta's standards of conduct so that each employee understands the basic rules that apply.

- Delta flight attendants are expected to utilize only Delta-approved computerized programs to access Delta systems. Use of any automated program to access a Delta scheduling system is strictly prohibited and may subject those involved in such activity to administrative action including possible termination.

- Any pattern of manipulation of schedules by activity such as 'parking trips or A-Days', or other misuse of the Swapping, Trade or A-Day Preference programs is also prohibited. This includes any exchange of monies, favors, or any other bartered commodity in return for the offering or obtaining of trips. See HRPM 1022.5, and the Flight Attendant Work Rules, Section 4.H, and Section 6.Z.

- Any document of this nature obviously cannot be all inclusive, and employees are expected to conduct themselves in accordance with the guidelines as published. If you have any questions regarding these issues, please contact your immediate manager or Human Resource professional.

## Revisions

- Revisions are to be numbered and each page dated so the correct revision date is applied to every page. A general revision record is kept on the IFS Portal (web) and in the printed copy. A list of revised pages will also be accessible on the IFS Portal version.

- A smaller operational version extracted from the complete manual is periodically made available to the flight attendant group. This is an easy-to-carry shorter version (not revisable) centered on key operational parameters such as the Legalities, Reroute, etc.

## IFS Operations & Planning Organizational Overview

- In-Flight Service Operations and Planning consists of several work areas: Schedule Planning, Scheduling Operations, and Scheduling Support. In addition, Crew Tracking in the Operations Control Center (OCC) handles all rerouting of crews, and Operations Analysis and Business Management provide manpower data and automation support respectively.

- The In-Flight Service Crew Resources and Planning team is divided into three areas. Crew Resources forecasts flight attendant staffing levels, processes base transfers and Personal Leaves of Convenience (PLOC) and provides operational data. In addition, under Crew Resources is an administration support group who provides pay scale and benefit processing, including all vacation bids and all off-payroll absences such as On the Job Injuries (OJI), sick, maternity and family medical leave. The Crew Planning team is responsible for developing the monthly trip pairings and publishing the bid package. The CBS team administers the monthly flight attendants schedule bid and processes the bid award.

- The Operations section of In-Flight Service Scheduling manages the day-to-day operation, overseeing all daily trip coverage procedures including availability assignments, pick-ups, swaps, access day preference awards, and drafting coverage. Scheduling monitors all crewmember legalities for Delta and FAA rule compliance using the automated SKDEX alert system, and corrects and resolves all potential rule infractions. A separate Manager Support Team composed of Field Service Managers handles all sick calls and managed time out requests.

Introduction                                                    iii
                                                            1/12/11

- Scheduling Support is comprised of Operations Support, Pay Support and Scheduling Training Support. Operations Support personnel handle load factor and all close-in re-fleeting changes. Pay Support personnel process pay-related items and audit flight pay for accuracy. Training Support personnel schedule all recurrent (CQ) and other training and maintain all Delta and FAA qualifications and records.

## Scheduling and Reporting Compliance

- In compliance with FAR 121.467, In-Flight Service adheres to all FAA Duty and Rest Requirements.

- In compliance with FAR 121.135, In-Flight Service maintains automated trip, training and schedule records of all flight attendants. Past date records for all domestic, flag (transoceanic), and supplemental (charter) operations are transferred monthly to compact discs for storage.

- The Vice President In-Flight Service Business Operations and/or their designee(s) are responsible for all record maintenance. Designees are the General/Regional Managers of IFS Scheduling.

- In-Flight Service also complies with Operations Specifications:

  - A003 – Airplane Authorization

## Recording of Telephone Conversations

- All telephone contact with the Scheduling Operation and Scheduling Support is recorded.

- When the call is made through the Automated Crew Scheduling telephone system, you will hear an advisory message. A signal beep will be heard during the conversation, indicating the call is being recorded.
  **NOTE:** Calls directed to Scheduling without using the VRU will not give an advisory message that the call is being taped.

**CONFIDENTIAL**                    **DELTA 002385**

Introduction                                             iv
                                                    11/09/09

**Requests For and Review of Research**

- Written or verbal research requests must be submitted through an IFS Manager/Field Service Manager or a Regional Scheduling Manager or Duty Supervisor.

- The following information is required to initiate a search:
  - The flight attendant's name, employee number, and base; the date and time of call; and the person spoken with.

- Research requested should be as soon as possible, but no later than 90 days after the situation.

**Review of Research**

- Research will be conducted by a Regional Scheduling Manager or Duty Supervisor. An IFS Field Service Manager or Regional Scheduling Manager / Duty Supervisor will contact the person making the request to resolve the issue.

**Tape Security**

- The tape storage unit along with the Witness Recording System is located in a secured storage area within In Flight Service at the General Office in Atlanta, Georgia. Access to the storage area is limited to authorized management personnel.

- Recordings are archived for a minimum 90-day period.

Flight Attendant Work Rules
Table of Contents                                          7/15/08

## Section 1 - Legalities

Overview of the Daily Operation .......................................1
Aircraft Staffing Requirements..........................................2
F.A.R. 121.467 Duty Limitations & Rest Requirements .........3
FAA Duty Time Limitations...............................................4
FAA Duty Limitations & Rest Requirements Chart ...............4
FAA Rest – The 'Rolling' 24 in 7 Rest .................................5
FAA Reduced Rest & Subsequent Rest ...............................5
Office Work/Duty & Flight Duty.........................................7
Compliance...................................................................7
Reporting for Duty – General............................................8
    Prior to Your Trip ......................................................8
    Mid-Rotation/Mid-Duty Period Contact ..........................8
    Pairing Dates for Midnight Departures............................9
    Passports & Visas ......................................................9
    Trip Refusal .............................................................9
Reporting for Variable Staffing, Load Factor Pairings, and
Through-Flights...........................................................10
Reporting for Duty - Out-of-Base Trips ............................10
Reporting for Duty – Irregular & Severe Operations...........11
Delta Flight Category Descriptions ..................................12
Delta Duty Limitations - Important Definitions ..................13
Delta Duty Time Limitations - General .............................14
Delta Domestic Duty Limits............................................15
    Scheduled & Rescheduled Maximums............................15
    Projected or Actual Maximums....................................15
Delta Transoceanic & International Duty Limits .................16
    Scheduled & Rescheduled Maximums............................16
    Projected or Actual Maximums....................................16
Delta Transoceanic Non-Stop >12 Flight Hour Duty  Limits .17
    Scheduled & Rescheduled Maximums............................17
    Projected or Actual Maximums....................................17
Ultra Long Range Flying.................................................18
Quick Reference -Delta Duty Limitations Chart..................20
Duty Time for Co-Terminal Limos.....................................21
Duty Time for Charters...................................................21
Domicile Rest Requirements - Domestic/International........22
Layover Rest Requirements -Domestic/International..........22
Domicile Rest Requirements -Transoceanic.......................24
    Tripholder................................................................24
    A-Day Holder ...........................................................24
Layover Rest Requirements -Transoceanic .......................24
    Tripholders and A-Day Holders ...................................24

**CONFIDENTIAL**                          **DELTA 002387**

Flight Attendant Work Rules
Table of Contents                                                7/15/08

Delta Rest Requirements ............................................... 25
Delta 24 in 7 Rest...................................................... 26
    Scheduled ............................................................ 26
    Actual ................................................................ 26
Rest Options............................................................. 27
    10-Hour Guaranteed Layover Rest Option ................... 27
    16 Hour Domicile Rest Option .................................... 27
    8 Hours Rest 'Behind the Door' .................................. 28
FAR Bar (Federal Aviation Regulations) ........................... 29

**CONFIDENTIAL**                    **DELTA 002388**

### 1.A Overview of the Daily Operation

- The FAA Duty Time Limitations and Rest Requirements and the Delta Duty Time Limitations and Delta Rest Requirements are used in both the construction of scheduled pairings and for the rescheduling / rerouting of pairings.

- The Legalities for Duty & Rest section contains all applicable FAA and Delta duty and rest requirements. The two sets of rules run concurrently and are monitored by internal computer systems to maintain legality compliance.

- **Daily Operations** refers to the normal day-to-day running of Delta Air Lines inclusive of mechanical, weather, crew, or other causes of delays and cancellations resulting in rerouting of scheduled pairings.

- **Irregular Operations** is a general term used to refer to an increased or large volume of daily disruptions to scheduled operations.

- **Severe Operations** is when a very high volume of cancellations occurs or the shutdown of one or more major hubs or airports occurs, or when there are extreme staffing shortages in one or more base locations. Severe Operations for In-Flight Service is specifically declared by IFS Senior Management. *See Section 8 for more detail.*

- During the daily operation, irregular operations and severe operations, you have **Duty Limitation Work Rule Options** based on the legalities outlined in this section and illustrated in detail in Section 7 – Reroute and Duty Limitation Options.

- For purposes of the projected duty day, a flight commences once the flight pushes back from the gate. If a delay ensues on the taxiway due to weather or ATC delays, the flight will not return to the gate even though the completion of the duty period is projected to exceed the maximum duty point.
  **Example:** An ATL-MIA-ATL-BOG duty day is scheduled at 13:20, but due to a delay for the ATL-BOG portion is projected at a 15:45 duty day. With the aircraft door closed and the flight departed from the gate and on the taxiway, an additional delay projects the duty day at 16:05. The flight is considered in rotation and will not return to the gate. The flight attendants will complete the duty period scheduled at 13:20 and projected at 16:05.

- You have the option to waive the Delta <u>actual/projected</u> limitations, but not the F.A.R. 121.467 <u>scheduled limitations / requirements,</u> and continue your trip as originally scheduled or rescheduled. You must call Crew Tracking if you want to exercise an option.
  **NOTE:** For option parameters, see Sections 1.P, 1.Q, 1.R, and 7.L.

**CONFIDENTIAL**                              **DELTA 002389**

## 1.B Aircraft Staffing Requirements

The number of flight attendant positions which are available for bid and the minimum number of qualified flight attendants required by the F.A.R. for each aircraft are outlined below.  *(NOTE: All aircraft types fly domestic, Latin America, and Caribbean except as noted under an aircraft type.)*

| Aircraft Type | DL EQP Code | DL Bid Pos. | FAR MIN Crew | MAX # of Jump-seats | FAR Enroute Stopover & Through flights(b) |
|---|---|---|---|---|---|
| DC9-30 | DC9 | 2 | 2 | 4 | 1 |
| DC9-40/50 | D94 D95 | 3 | 3 | 4 | 1 |
| MD88 | M88 | 3 | 3 | 5 | 1 |
| MD90 | M90 | 3 | 3 | 5 | 1 |
| MD90 | M9K | 4 | 4 | 5 | 2 |
| A319-100 | 319 | 3 | 3 | 4 | 1 |
| A320-200 | 320 | 3 | 3 | 5 | 1 |
| B737-700 | 73W | 3 | 3 | 4 | 1 |
| B737-800 | 738 73Y 73H | 4 | 4 | 5 | 2 |
| B757-200 | 757 | 4 | 4 | 5 | 2 |
| B757-200 | 75X | 4 | 4 | 5 | 2 |
| B757-200 | 75E 75V | 4 | 4 | 7 | 2 |
| B757-200 | 75N | 4 | 4 | 6/7 | 2 |
| B757-200 | 75J | 4 | 4 | 7 | 2 |
| B757-200 | 75A | 4 | 4 | 7 | 2 |
| B757-200 Transoceanic | 75A 75E | 5 | 4 | 7 | 2 |
| B757-300 | 753 | 5 | 5 | 8 | 2 |
| B767-300 | 76P 76Q | 6 | 6 | 8 | 3 |
| B767-300ER | 76U 76L 76T | 6 | 5 | 9 | 2 |
| B767-300ER Transoceanic | 76U 76L 76T | 7 | 5 | 9 | 2 |
| B767-300ER-G | 76G | 6 | 5 | 10 | 2 |
| B767-300ER-G Transoceanic | 76G | 7 | 5 | 10 | 2 |
| B767-400 | 76D | 7 | 7 | 10 | 3 |
| B767-400 Transoceanic | 76D | 8 | 7 | 10 | 3 |
| B767-400 | 76C | 7 | 7 | 9 | 3 |
| B767-400 Transoceanic | 76C | 8 | 7 | 9 | 3 |
| A330-200 | 332 | 6 | 6 | 11 | 3 |
| A330-200 Transoceanic | 332 | 8 | 6 | 11 | 3 |

Section 1                                                    2.1
Legalities                                                5/01/10

| Aircraft Type | DL EQP Code | DL Bid Pos. | FAR MIN Crew | MAX # of Jump-seats | Enroute Stopover and through flights(b) |
|---|---|---|---|---|---|
| A330-300 | 333 | 7 | 6 | 12 | 3 |
| A330-300 Transoceanic | 333 | 9 | 6 | 12 | 3 |
| B777-200ER | 777 | 8 | 8 | 12 | 4 |
| B777-200ER Transoceanic | 777 | 10 | 8 | 12 | 4 |
| B777-200LR | 77B | 8 | 8 | 12 | 4 |
| B777-200LR Transoceanic | 77B | 10 | 8 | 12 | 4 |
| B747-400 | 744 | 9 | 9 | 22 | 4 |
| B747-400 Transoceanic | 744 | 12 | 9 | 22 | 4 |

**NOTE**: For all underlined{originating} & underlined{terminating} flights, and during boarding & deplaning of underlined{through} flights, the F.A.R. minimum staffing number of flight attendants is required to be on board.
(a) Staffing may be further augmented due to scheduled duty time.  See OBM for further information.
(b) This column indicates the minimum number of flight attendants that must remain on the aircraft with passengers during stopovers, through flights and between flights as crews are changed.

**NOTE:**  Refer to the base bid packets for all additional staffing information.

This page left blank intentionally.

**CONFIDENTIAL**

**DELTA 002392**

## 1.C  F.A.R. 121.467 Duty Limitations & Rest Requirements

- When determining duty time limitations and rest requirements under F.A.R. 121.467, deadheading, co-terminal limo time, meetings and training are not considered part of duty nor do they qualify as rest.

- Generally, Delta's scheduled duty day maximums are shorter than the FAA duty day maximums and Delta's rest requirements are longer than the FAA rest requirements.

    **Duty Example:**  A Delta transoceanic 777 crew of 10 is scheduled to a maximum 16 hour duty day.  The FAA duty maximum for a 777 crew of 10 is 18 hours (FAA minimum crew for a 777 is 8, plus 2 additional crew allows for an 18 hour scheduled duty day). *See chart next page.*

    **Rest Example:** Delta minimum scheduled rest at home base following a domestic trip is 11 hours; the FAA minimum scheduled rest is 9 hours from release to report.
    **NOTE:** Unlike pilot FARs, flight attendant FARs do not include flight or block time limitations.

- Minimum rest requirements are **actual**, release to report, and must be received to break a scheduled duty period.  If a duty period is scheduled or rescheduled within limitations but the actual duty period exceeds the limitations because of circumstances beyond Delta's control, the requirements for minimum rest remain the same.

    **Example:**  A minimum staffed crew is scheduled for a 12 hour duty period. An <u>ATC delay</u> extends the actual duty period to 14:20.  Since the minimum staffed crew was <u>delayed</u>, but **not rescheduled** over 14 hours the minimum rest requirement remains 9 hours in domicile.

- Delta will attempt to avoid interrupting a flight attendant while on rest, but contact by the company does not interrupt the FAA rest period for legality purposes.  However, a flight attendant is <u>never required</u> to contact or be available to the Company during an FAA minimum rest.

    **Example:** A crew at layover has a report at 0600, with minimum layover rest ending at 0500.  Crew Tracking contacts the crew at 0400 to advise of a reroute and later report at 0900.  The call at 0400 does not interrupt the crew's legal rest period as it is a necessary operational call.

Section 1                                                       4
Legalities                                                1/12/11

## 1.D  FAA Duty Time Limitations

- Staffing for the entire duty period determines the maximum scheduled duty time.  If flight segments during the duty period have varying staffing levels, the flight segment with the <u>lowest</u> staffing level determines the maximum duty period allowed.

- All FAA duty limitations apply to both scheduled & rescheduled duty periods.  *See Section 1.E for more information.*

- Delays, diversions, equipment changes, stubouts and attempts are considered circumstances <u>beyond the control</u> of the airline.  They are <u>not</u> considered scheduled or rescheduled and allow for projected /actual times to exceed the published duty limitations.

  **Example:** A duty period is scheduled at 12:15.  Due to an aborted flight attempt and related delay, the new projected duty period is now 15 hours. The duty period is <u>not considered rescheduled</u>, even though Flight Control posts new times for planned departure of the delayed flights.

  **NOTE:** Staffing problems which cause a delay <u>are</u> considered within Delta's control, e.g. a variable staffer no-show which delays a flight and extends the remaining crew duty day beyond maximums.

## 1.E  FAA Duty Limitations & Rest Requirements Chart
### NOTE:  Refer to Section 1.Z.1 for the Delta Rest Requirements.

For FAA purposes, scheduled and rescheduled duty periods are the same and must adhere to the duty and rest guidelines below in the chart.  The chart outlines the duty time limitations based on staffing, and the actual rest requirements, which are based on the scheduled / rescheduled duty times.

| DUTY | STAFFING | REST | | |
|---|---|---|---|---|
| Scheduled Duty Period | F/As Required on Each Flight | Minimum Rest After Scheduled Duty Period | Airline can reduce rest* to no less than | If rest is reduced, <u>subsequent</u> rest must be at least |
| 14 hours or less | F.A.R. minimum staffing | 9 hours | 8 hours | 10 hours |
| 14:01 - 16:00 hours | F.A.R. minimum staffing +1 | 12 hours | 10 hours | 14 hours |
| 16:01 - 18:00 hours | F.A.R. minimum staffing +2 | 12 hours | 10 hours | 14 hours |
| 18:01 - 20:00 hours** | F.A.R. minimum staffing +3 | 12 hours | 10 hours | 14 hours |

\* For FAA purposes, the actual rest can be reduced by scheduling, rescheduling or by operational delay.
\*\* Applies only to duty periods with one or more flights that land or take off outside the 48 contiguous states and the District of Columbia.  Only international and transoceanic flying can be scheduled between 18:01–20:00.

**CONFIDENTIAL**                           **DELTA 002394**

## 1.F  FAA Rest – The 'Rolling' 24 in 7 Rest

- You must receive 24 hours rest within any 7 consecutive days.  This must be on a 'rolling' basis, i.e. Monday to Sunday, Tuesday to Monday, etc.  Each 7 day period must have an <u>actual</u> 24 hour rest.  **NOTE:** The 24 hour rest cannot be <u>scheduled</u> to be on a layover <u>and</u> the last opportunity for such rest in any 7-day period.  *See Section 6.A & 6.G for the swap exception.  See Section 1.Z.2 for details regarding Scheduling actions when this situation is created by late arrival times on a scheduled 24 hr rest.*

- Your 24 hour rest period can be in domicile or on a layover.  The rest period can be delayed by deadheading, or operational delays due to circumstances beyond Delta's control.  A 24 hour rest can also be delayed on day 7, 8, etc. if due to training, meetings, office assignments, and co-terminal limo time, however, a scheduled 24 hour rest must occur prior to your next duty period that contains a flight segment.

- In bases with A-Day duty times other than midnight, the 24 hour rest can commence on day 7 following the end of the scheduled A-Day times.
  **Example:**  A base has an A-Day duty time of 0100-0059.  A flight attendant has three turnarounds with report-release of 0600-1700 followed by three A-Days with flying on each, and is scheduled for release at 0030 on day 7.  The 24 hour rest can start on day 7 at release time and satisfies the FAA rest requirement.

- For A-Day (reserve status) flight attendants airport standby is considered by the FAA as duty the same as a trip assignment for the calculation of the 24 hour rest requirement.

- A flight attendant may see the code 'RRST' on their schedule.  This is placed on a schedule by Scheduling indicating that an FAA mandated 24 hour rest period must occur.  This rest must be free of all duty, including training and meetings, etc. from release of duty to report for your next assignment.
  **NOTE:**  You can not waive this rest requirement.

## 1.G  FAA Reduced Rest & Subsequent Rest

- If you fall below 9 hours rest following a duty period scheduled for 14 hours or less, or fall below 12 hours rest following a duty period scheduled for greater than 14 hours your next or subsequent rest must be as follows:

  - at least 10 hours subsequent rest following a duty period scheduled for 14 hours or less, or
  - at least 14 hours subsequent rest following a duty period scheduled for greater than 14 hours
  *See the FAA Duty & Rest Chart on the preceding page.*

**CONFIDENTIAL**                    **DELTA 002395**

**Legal Example**:  In the trip below, the reduced rest following the first duty period of the trip fell below 9 hours so the subsequent rest following the second duty period must be scheduled at least 10 hours to satisfy the FAA subsequent rest requirement.

```
A.  1080 ATL 2140  SFO  0005  6.25
             SFO   8.45 / HOL INN ARPT   (reduced rest of 8:45)
B.   543 SFO 1005  ATL 1727  4.22
     123 ATL 1830  LGA 2055  2.25
             LGA  11.00 / COUNTRY INN (subsequent rest must be sch-
C.   456 LGA 0855  ATL 0900  2.35      -eduled at least 10 hrs or more)
```

**Illegal Example**:  In the trip below, the reduced rest following the first duty period of the trip fell below 9 hours so the subsequent rest following the second duty period must be scheduled at least 10 hours to satisfy the FAA subsequent rest requirement.  Crew Tracking will receive an automated alert and must take action to reroute the crew or delay the outbound flight to ensure FAA legality for the subsequent rest rule.

```
A.  922 ATL 2201  LAX 0001  6.00
            LAX   8.59 / HILTON ARPT   (reduced rest of 8:59)
B.  333 LAX 1015  ATL 1727  4.22
    678 ATL 1830  MIA 2055  2.25
            MIA   9.15 / HILTON ARPT (subsequent rest is SKD <10
C.  223 MIA 0725  ATL 1000  2.35       hours – Reroute must correct
                                       with 1) a reroute or 30 minute late
                                       report, for B-day; or 2) delay the
                                       outbound flight from MIA on C-day)
```

- A subsequent rest can be required within a trip (see the above 2 examples) or between trips at domicile (e.g. if the reduced rest was the final layover of a trip.  In such cases the subsequent rest would be required before the next trip.

- Additionally, for any duty period scheduled >14 hours that has a scheduled 12 hour minimum FAA rest that is then reduced to between 10:00 - 11:59 hours, the duty period immediately following cannot be scheduled for >14 hours from report for the first working segment to release from the last working segment.

- The **subsequent** rest following a **reduced** rest (both the minimum reduced 8 and 10 hour rests) must be scheduled to begin no later than 24 hours after the beginning of the reduced rest period. The next or subsequent rest must occur between the completion of the duty period that follows the reduced rest and the commencement of the subsequent duty period.

**Example:**  If a reduced rest begins at 2200 on Monday, the following duty period must be completed in time to allow for the subsequent rest to begin no later than 2200 on Tuesday.

Section 1                                                          7
Legalities                                                   1/12/11

## 1.H  Office Work/Duty & Flight Duty

- Though office work is not considered duty by the FAA, it also does
  not qualify as rest.  If a flight attendant performs office duty for
  the company <u>immediately prior</u> to flight duty (e.g. acting FSM,
  substitute Training Facilitator, etc.), the office work immediately
  prior to flight (without a minimum scheduled rest period) must be
  considered as duty for all FAA purposes.

- Office duty immediately <u>following</u> flight duty is not considered
  continuing duty for FAA purposes, however a flight attendant must
  receive the minimum scheduled Delta rest prior to the next
  scheduled flight duty.

- The above requirements also apply to management personnel who
  are flight attendant-qualified and combine normal office duty with
  flight duty (e.g. as in volunteering to fly in a severe operation).
  **Example:**  An FSM is scheduled to work in the office from 0900-1700.  Due
  to a no-show on a minimum staffed flight, with no standby available, the
  FSM volunteers to work a turnaround with a scheduled duty day from
  1300-2200.  The office time from 0900-1300 must be considered as part of
  the duty day.  The combined duty day length from 0900-2200 is scheduled
  at 13 hours, under the required 14 hour duty day limit for a minimum
  staffed flight/crew, and is legal for the FSM to work.

## 1.I  Compliance

- All flight attendants working under Delta's operating certificate
  must comply with F.A.R. 121.467.  *The complete document regarding
  F.A.R. 121.467 can be found in Appendix A and on the Federal Aviation
  Administration website at www.faa.gov.*

- If you become aware of an actual or a potential violation, you
  must immediately contact <u>Scheduling</u>, <u>Crew Tracking</u>, or the <u>IFS
  OCC Manager</u> who will take appropriate action to resolve the
  situation.

- Delta's computer systems (OSS and DBMS) track all potential
  violating circumstances and are alerted in time to take prevent-
  ative action.  If a flight attendant volunteers for additional flying
  out of a domicile at the end of a working duty period, always check
  with Scheduling to verify that the flight attendant is legal for the
  additional flying.

- Delta is solely responsible for compliance to F.A.R. 121.467.  You
  are not liable for violations; however you can never waive any of
  the scheduled or rescheduled FAA duty limitations or actual rest
  requirements.  To do so would subject you to administrative
  and/or disciplinary action.

Section 1                                                                 8
Legalities                                                          1/12/11

## 1.J Reporting for Duty – General

**Prior to Your Trip**
- Prior to each trip and before leaving for the airport, you should check your <u>schedule</u> and your <u>report time</u> as it may have changed.

  1. **Notification of Reroutes & Delays** – If reroutes or delays change the report time, Scheduling will contact you (directly or via a voicemail message) using your two primary contact numbers.
  - All notification of report time changes made <u>2 hours or more prior</u> to the original report time will be adjusted to the new <u>later</u> report time.
  - If notification of report time change is received <u>less than 2 hours prior</u> to the original report, Scheduling will contact you to advise you of the change. If advised, at your option, Scheduling will update your rotation to the later report. If not advised the original report time will be left in place.

  2. **Replacement Flying -** can be scheduled to depart within 30 minutes of the original report time.

  3. **Transition Replacement Trips** - trips at the end of a bid period can be scheduled to report up to 30 minutes earlier than originally scheduled. No call from Scheduling will be made.

  4. **Marketing Changes** – Marketing changes can cause flights to be scheduled to report up to 15 minutes earlier than originally scheduled. No call from Scheduling will be made.

- You are responsible for checking the broadcast screen, your schedule and pairing prior to each assignment. The IFS portal and your email can also contain pertinent information.

- A-Day holders should regularly check their schedules electronically or through the VRU*. Assignments can be posted to your schedule any time prior to 2000 hours local base time the evening before each A-Day. If it is before 2000 hours Scheduling will <u>not</u> call; if after 2000 hours Scheduling will call to advise of the assignment.
  *If RRST (required rest) is on your schedule select the 'range of day' option.

- Tripholders on availability for pay protection (AVL) must check their schedules after 2000 local base time hours prior to each day they are on AVL for any alternate assignment posted to the schedule before 2000 hours. No call from Scheduling will be made for these assignments; after 2000 hours, Scheduling will call to advise.

**Mid-Rotation/Mid-Duty Period Contact**
- During sit-times you must remain at the airport for possible contact from Crew Tracking. The Flight Leader must be contactable at all times and able to locate all crew members in the event of changes in flight times or routing.

**Pairing Dates for Midnight Departures**
- A pairing is dated by the scheduled <u>departure time of the first flight segment</u>.  For example, a pairing that reports at 2310 on the 14th for a 0010 departure on the 15th, is dated the 15th.

- An A-Day flight attendant will not be required to report prior to midnight of their <u>first</u> A-Day on a pairing such as is noted above. The report time is on an off day, even though the pairing is dated the same as their first access day.

**Passports & Visas**
- When reporting for duty you must have a valid passport, applicable visas, and your Delta ID card.

- Failure to have a valid passport and applicable visas when reporting for any duty period including standby, will necessitate your removal from the trip and can subject you to administrative action.

- The bottom 50% of A-Day holders in each base will be required to obtain all necessary visas applicable to their base. *Reference A-Day Section 5.A.*

- When renewing your passport in a base with international or trans-oceanic flying, or if the passport must be sent away to obtain a visa, you must first swap your international or transoceanic trips for domestic trips and swap or first fulfill your A-Day obligations.  Upon doing so, contact Scheduling to temporarily remove your passport information.  Once your passport is returned contact Scheduling to update the renewed passport or visa information.

- If you are a US resident alien, you are required to carry a valid Alien Registration Card in addition to a passport and applicable visa(s) on all trips.

**Trip Refusal**
- Once you have an assignment by bid, pick-up, swap, alternate assignment when on pay protection availability, escalation (incl. involuntary), move-up, award / assignment as an A-Day, or drafting, you cannot refuse the assignment or you will be given a failure to cover and be subject to administrative action up to and including termination of employment.

- Refusal to accept an assignment as directed by a representative of the company including a segment which, following appropriate measures has been deemed safe by the company (i.e. sabotage threat, mechanical incident, etc.) will result in removal from flight status.

**CONFIDENTIAL**                            **DELTA 002399**

## 1.K Reporting for Variable Staffing, Load Factor Pairings, and Through-Flights

- On through flights, all flight attendants assigned to such flights must be at the gate when the aircraft arrives and board the flight as soon as the in-bound crew has deplaned.

- Variable Staffer (VS) pairings and Load Factor (LF) pairings must adhere to all the same stipulations as regular crew members when reporting for duty.

- Variable Staffers / Load Factors should attend the initial crew briefing whenever possible; otherwise you should report to the aircraft.

## 1.K.1 Reporting for Duty - Out-of-Base Trips

- If you are reporting for an out-of-base pick-up (including transoceanic military charter pick-ups and move-ups), you are responsible for your own transportation to the base or location where the trip originates.

- Scheduled report and release time of the out-of-base trip will be used to calculate minimum scheduled rest requirements between any adjacent trips on the schedule.
  **Example:** A BOS based flight attendant picks up a 2-day out-of-base ATL trip that reports at 1000 and releases on B-day at 2200. Both duty periods of the ATL trip are scheduled less than 14 hours. This would only be

allowed if any trip on the schedule preceding the out-of-base trip releases at or before 2300 (domicile rest 11 hours scheduled) the night before the trip originates, and any trip on the schedule after the out-of-base trip reports no earlier than 0900 the day after the out-of-base trip's scheduled release time.

- Any out-of-base trips that layover in your actual domicile, whether scheduled or by reroute, will adhere to the scheduled layover rest requirements not domicile rest requirements.

    **Example A:**  A NYC based flight attendant picks up an out-of-base ATL trip with a minimum 9:15 scheduled layover in JFK.  This is not considered a 'domicile rest' (normally 11 hours), and is a legal scheduled minimum layover rest.

    **Example B:**  A CVG based flight attendant picks up an out-of-base 2-day ATL trip with a layover in MIA.  The trip is rerouted to layover in CVG and due to delays has a minimum 8:30 rest period.  This is not considered a 'domicile rest' (normally 11 hours), and is a legal rerouted layover rest.

## 1.L Reporting for Duty – Irregular & Severe Operations

- You should make advance preparations during inclement weather that will ensure your ability to cover your trip assignments.

- During severe weather operations your trip can cancel.  However, unless you have been otherwise advised, it is imperative you make every attempt to report for duty at the scheduled report time.  It can be necessary to assign you an alternate trip during severe operations.

- The following will help increase your chances of an on-time report:

    - Stay closely attuned to weather forecasts in your area.
    - Early preparations help ensure your safe arrival at the airport.
    - Take precautions when snow or ice is predicted, such as parking on the street versus on a steep or winding driveway.
    - Consider making plans to take public transportation, such as Marta (ATL) or Massport (BOS), when hazardous road conditions are anticipated.
    - When public transportation is not an option, consider hotel accommodations near the airport to avoid driving during hazardous conditions.
    - If you are a commuter ensure you have sufficient back-up flights to your base. *See Managed Time Out policy in Section 6.W*

- Regardless of the length of your trip, pack appropriately for a trip of longer duration.

## 1.M  Delta Flight Category Descriptions

Domestic and international trips, as defined in the table below, adhere to Delta domestic rules for **rest** purposes.  However, these same international trips use the expanded **duty** parameters of the transoceanic category.

| Flying Category | Definition | Maximum Scheduled Duty Period |
|---|---|---|
| **Domestic** | Between points in the 48 contiguous United States. | **14 Hours** |
| **International** | Between points in the 48 contiguous United States and points in Alaska, Bermuda, Canada, the Caribbean, Central/South America\*, Hawaii\*, and Mexico. | **16 Hours** |
| | **NOTE:**<br>1) Any duty period which includes both international and domestic working segments is considered domestic for all rule purposes.<br>2) International working segments combined with <u>domestic deadhead</u> segments maintains the international duty period status for rules. | |
| **Intra-Theatre** | Between airports located outside the 48 contiguous United States. | **16 Hours** |
| **Transoceanic** | Between any Atlantic/Pacific gateway city and cities in Asia, Africa, Australia, Europe, and the Middle East, plus any domestic segments. | **16 Hours\*\*** |
| **Non-Stop Flight Segments >12 Flight Hours** | Between any Atlantic/Pacific gateway city and cities in Asia, Africa, Australia, Europe, and the Middle East and exceeds 12 flight hours | **Up to 20 hours; must be in accordance with FAA minimum staffing** |
| **Ultra Long Range** | A pairing that contains one or more flight segments that exceed 16 flight hours. | |

\* Certain South American and Hawaiian destinations qualify as transoceanic pairings, currently Sao Paulo (GRU), Santiago (SCL), Buenos Aires (EZE), Rio De Janeiro (GIG), Fortaleza (FOR) and Recife (REC), Brazil, Lima (LIM), and certain long range Hawaii flying, currently ATL-HNL and CVG-HNL.

\*\* Exceptions are non-stop flight segments scheduled over 12 block hours (e.g. ATL-NRT, DTW-PVG. TLV-JFK, etc.).

Section 1                                          13
Legalities                                    7/15/08

## 1.N Delta Duty Limitations - Important Definitions

Scheduled and rescheduled / rerouted trips must adhere to all Delta duty limits and rest requirements.  At times, these parameters are exceeded due to delays, diversions or attempts and are <u>not</u> considered illegal by either the FAA or Delta.

**NOTE:** All IFS personnel should know the differences between scheduled, rescheduled, delayed, projected, and actual so the operation can be facilitated at all times and to avoid unnecessary delays or disruptions in customer service.

The following are definitions for these common terms:
A. **Scheduled** - applies to flight time and duty time as published.
B. **Rescheduled / Rerouted** - a change in routing, flight itinerary, flight number (except stubouts), or cancellations that result in different flight segment(s) than originally scheduled.
   **NOTE:** Delays, diversions, equipment changes, stubouts and attempts of a flight <u>do not</u> constitute a reschedule or reroute.

C. **Projected / Actual** - Flights are often re-timed by Flight Control due to delays and changing conditions.  These new 'scheduled' times are used to calculate the <u>projected</u> duty period and reflect the actual times of completed segments plus the planned times of segments yet to be flown.  Both projected and actual flight times result in variances that can exceed the scheduled block or scheduled duty period times.
D. **F.A.R. 121.467** - Federal Aviation Regulation 121.467 contains the FAA rules for flight attendants regarding duty period limits and required rest periods based on staffing levels.  There are no block time limitations for flight attendants in FAR 121.467.  The FAA also does not distinguish between scheduled and rescheduled/ rerouted, or between domestic & international/transoceanic flying.
E. **Delays** – A <u>delayed</u> flight may cause a legally scheduled duty period to exceed the duty period maximum.  The duty period maintains its scheduled and legal status for all FAA and Delta rule purposes because a delay does not constitute rescheduling.
   **Example:** A duty period with minimum crew staffing is scheduled for 12 hours, but due to a 3 hour delay prior to the last scheduled flight is now projected at 15 hours.  Though the delayed flight is causing the duty period to exceed the 14 hour duty maximum, the duty period was not rescheduled over 14 hours and therefore maintains its scheduled status.
F. **Diversion** - Unscheduled landing at an airport other than the original destination due to situations occurring once enroute such as weather, maintenance, medical emergency, need for fuel, etc.
F. **Attempt** - A flight that returns to its takeoff point.  It can be due to a mechanical issue or for other reasons.  The plane pushes back and may or may not have taken off.
G. **Equipment Substitution** - When one aircraft is substituted for another for mechanical reasons, or for Marketing advance planning in relation to passenger load requirements.

**CONFIDENTIAL**                    **DELTA 002403**

## 1.O Delta Duty Time Limitations - General

- For purposes of rescheduling duty periods, the duty and flight time calculations are based on the actual flight time for completed segments, the projected flight time for segments on delay or in progress, and the scheduled times (re-timed if necessary) for segments not yet flown.

- You are considered on duty beginning at scheduled or actual report time (whichever is later) until released for a minimum rest period.

- Duty periods that end in a working segment include 15 minutes passenger deplaning time.

- Although F.A.R. 121.467 does not consider deadheading or co-terminal limo time as duty or rest, Delta does consider you on duty when deadheading for company scheduling purposes and when traveling on company-provided co-terminal limo transportation.

- A <u>delayed</u> flight may cause a legally scheduled duty period to exceed the duty period maximum, but the duty period maintains its scheduled and legal status for all FAA and Delta rule purposes. **Example:** A duty period with minimum staffing is scheduled for 12 hours, but due to a 3 hour delay prior to the last scheduled flight is now projected at 15 hours. Though the delayed flight is causing the duty period to exceed the 14 hour duty maximum, this remains a legal duty period for all FAA and Delta rule purposes. Delays do not cause duty period illegalities.

- Airport standby time is considered duty time and subsequent flight assignments must adhere to Delta and F.A.R. scheduled duty time maximums inclusive of that standby time.

- No stand-alone training period such as Continuing Qualification will be scheduled to exceed 14 hours total duty time (including dead-head time). You can however, at your request, waive this to attend training in one day.

- The FAA does not consider meetings or training as duty, so you can opt to schedule meetings or training of 4 hours duration or less adjacent to trip assignments. However, all rest requirements (uninterrupted rest) must be met <u>between</u> flying assignments. These requests must be submitted to the Scheduling Training Support group to be worked manually after the bids are released. **Example:** You are scheduled to be released from a trip at 1300 with a scheduled duty period of 8 hours. You wish to attend a 4 hour training session from 1400-1800 the same day. This is legal for FAA and Delta duty purposes as it does not affect your actual working duty period. However you must have had a legal uninterrupted rest period immediately <u>prior to the trip</u>, and also <u>following the training</u>, or before the next duty period that contains a working flight segment.

## 1.P  Delta Domestic Duty Limits

**Scheduled & Rescheduled Maximums**

- The maximum you will be **scheduled** on duty is 14 hours.

- The maximum you will be **rescheduled** to be on duty is 16 hours as long as the duty period is staffed with one or more flight attendants above minimum staffing for the aircraft type. *See Section 1.E for scheduled duty limitations and staffing requirements.*

- With <u>minimum</u> aircraft staffing a **rescheduled** duty period cannot exceed 14 hours.  However, deadhead flights (or co-terminal limo time) at the beginning or end of a duty period allow for a reschedule to 16 hours, as long as the working segments including report and debrief time do not exceed 14 hours.

- Delays, diversions, attempts, equipment changes and stubouts do not constitute a reschedule or a reroute of a flight.  However, if a flight makes an unplanned stop for revenue purposes to load or unload passengers or cargo, it will be subject to the above scheduled duty maximums.

- Domestic segments mixed with working international segments such as SJU, MEX, etc. are governed by domestic duty time rules.

**Projected or Actual Maximums**

- When delays occur, you are not required by Delta to remain on duty over 16 hours.

- If due to delay, the next flight segment to be flown causes the projected duty time to exceed 16 hours, you have the option to be released from that flight segment, prior to departure, by contacting Crew Tracking.  It is within the sole discretion of each individual flight attendant to decide in any given situation whether they will remain on duty beyond 16 hours.  However, you can volunteer to remain on duty to complete the flight segment/duty period with approval from the IFS OCC Manager.
  **NOTE:** Once released from a flight segment, you are still subject to being rerouted to other flight segments within rescheduled duty time limitations.

  **Example:** An ATL-SFO-ATL turn prior to departure out of ATL is delayed and the duty period is projected to exceed 16 hours.  A flight attendant can exercise an option once they have landed in SFO since the SFO-ATL flight segment is the segment that, if flown, exceeds 16 hours.

- If your duty period is projected to exceed 17 hours, you will be replaced.  However, you can still **_volunteer_** to remain on duty over 17 hours but only with approval from IFS management.  Contact the IFS OCC Manager at 1-800-233-4638.

**1.Q  Delta Transoceanic, Int'l & Intra-Theatre Duty Limits**

### Scheduled & Rescheduled Maximums

- The maximum you will be **scheduled or rescheduled** on duty is 16 hours, as long as there is <u>minimum +1</u> crew staffing for the entire duty period.  *See Section 1.E for scheduled and rescheduled duty limitations and staffing requirements.*

- With <u>minimum</u> aircraft staffing, if a deadhead flight begins or ends the duty period, the maximum **scheduled or rescheduled** duty period is 16 hours as long as the working segments including the report-debrief time does not exceed 14 hours.

- Delays, diversions, attempts, equipment changes and stubouts do not constitute a reschedule or reroute of a flight.  However, if a flight makes an unplanned stop for revenue purposes to load or unload passengers or cargo, it will be subject to the above scheduled duty maximums.

- International segments such as SJU, MEX, etc. mixed with working domestic segments are governed by the domestic duty time rules.  However, international segments mixed with a domestic <u>deadhead</u> segments maintain the international duty period status.

### Projected or Actual Maximums

- When delays occur that extend your scheduled duty period the following will apply:
  - For duty periods scheduled 14 hours or less, you are not required by Delta to remain on duty <u>over 16 hours</u>.
  - For duty periods scheduled between 14:01 and 16:00 hours, you are not required to remain on duty more than the scheduled duty period <u>plus 2 hours</u> (does not include Non-Stop >12 Flight Hour pairings and Ultra Long Range pairings).
  - For Non-Stop >12 Flight Hour pairings and Ultra Long Range pairings, you are not required to remain on duty more than the scheduled duty period <u>plus 3 hours</u>.  *See following Sections 1.R & 1.S.*

- If due to delay, the next flight segment will cause the projected duty time to exceed the applicable duty maximum, you have the option to be released from that flight segment prior to departure.  Contact Crew Tracking to exercise an option.  Those crewmembers will be either rescheduled legally under the limit, or released from duty to Scheduling.
  **NOTE:**  It is within the sole discretion of each individual flight attendant to decide in any given situation whether they will remain on duty beyond the scheduled or rescheduled duty time plus 3 hours.

- For duty periods scheduled for 14 hours or less, if the duty period is projected to exceed 17 hours you can only continue with the approval of the IFS OCC Manager (Contact 1-800-233-4638.)

## 1.R  Delta Transoceanic Non-Stop >12 Flight Hour Duty Limits

**Scheduled & Rescheduled Maximums**

- For Delta rule purposes, all non-stop flight segments over 12 flight hours can operate with a **scheduled or rescheduled** duty period in excess of 16 hours and up to 20 hours if in accordance with FAA staffing requirements as follows:

  - the FAA minimum crew +1 scheduled duty maximum is 16 hours
  - the FAA minimum crew +2 scheduled duty maximum is 18 hours
  - the FAA minimum crew +3 scheduled duty maximum is 20 hours

- Delays, diversions, attempts, equipment changes and stubouts do not constitute a reschedule or reroute of a flight.  However, if a flight makes an unplanned stop for <u>revenue</u> purposes to load or unload passengers or cargo, it will be subject to the above scheduled duty maximums.

**Projected or Actual Maximums**

- The <u>projected or actual</u> maximum duty period allowable is the scheduled duty period <u>plus 3 additional hours</u>.

  **Example:**  A NRT trip has a scheduled duty period of 16:05.  The projected maximum duty allowable is 19:05.  The crew (or an individual flight attendant) can exercise an option to be removed from the trip when it is projected at 19:06 or higher.

- If the projected duty time of a delayed flight exceeds the actual maximum duty allowed, the crew will be:
  - rescheduled legally under the limit, or
  - released from duty, or
  - crew members can **volunteer\*** to remain on duty with approval from a designated member of IFS management.  Contact the IFS OCC Manager at 1-800-233-4638.
  **\*NOTE:**  It is within the sole discretion of each individual flight attendant to decide in any given situation whether they will remain on duty beyond the scheduled or rescheduled duty time plus 3 hours.

- If the flight makes a stop for <u>operational</u> reasons, even if planned prior to departure, it will maintain its non-stop over-12-block-hour status for the duty period.  This would occur for a flagstop or diversion for fuel.  The maximum projected or actual duty period remains the original scheduled duty period plus 3 additional hours.

## 1.S  Ultra Long Range Flying

Ultra long range flying is defined as any trip with one or more flights scheduled to exceed 16 consecutive flight hours*.  These trips must adhere to unique rest rules defined by Delta in the Fatigue Risk Management System, adopted by both Flight Operations and In-Flight Service.

**\*NOTE:** Due to variable wind and flight path patterns an ultra long range flight segment can be scheduled for 16 flight hours or less during certain seasons and months of the year.  Such pairings will still be administered under the Ultra Long Range flying and rest rules for both flight attendants and pilots if the flights operate scheduled over 16 hours more than 10% of the year.

- Prior to flying an Ultra Long Range (ULR) pairing, flight attendants must have a 24 hour scheduled rest prior to report.  Minimum actual rest prior to report is 18 hours.  The layover rest is a scheduled minimum 24 hour rest, with minimum actual rest of 20 hours if due to operational delays.

- The rest following an Ultra Long Range pairing must be either:
  -54 hours scheduled rest prior to any flying that operates outside of 3 time zones of the terminating city of the ULR pairing. The minimum actual rest is 48 hours.
  -30 hours scheduled rest prior to any flying that operates within 3 time zones of the terminating city of the ULR pairing.  The minimum actual rest is 24 hours.

- If a ULR segment cancels, either in-base or at layover, the sched-uled crew must have a minimum 10 hour rest, release to report, before departing on a rescheduled (extra section) ULR segment. In these instances, hotels will be provided by the Company.  If, when the crew reports again, a second cancellation occurs in the same city, either domestic or foreign, then an additional 24 hour rest is required before flying another rescheduled ULR segment.

- For flight delays of ULR segments, a new / later report time can be used if notification to the crew is prior to 6 hours before the initial scheduled report time.  If the notification is received less than 6 hours to the original report time, the flight must take off no later than 4 hours after the initial scheduled departure time.  Any deadhead time within the same duty period as a ULR segment counts as duty time for Delta rule purposes.

- The projected maximum duty period is the scheduled duty period plus 3 hours.  The crew can only volunteer to remain on duty over that with the approval of the IFS OCC Manager (1-800-233-4638). **\*NOTE:** It is within the sole discretion of each individual flight attendant to decide in any given situation whether they will remain on duty beyond the scheduled or rescheduled duty time plus 3 hours.

- If a reroute removes the ULR segment(s) from a pairing, then the post-trip rest requirements (54/48 or 30/24) are no longer required and default to the appropriate Delta and FAR 121.467 rest requirements.
  **NOTE:** The ULR segment(s) that normally fly over 16 block hours and are reduced seasonally to 16 hours or less are still considered the ULR segment for this rule purpose.

- When an ultra long range pairing is rescheduled or rerouted, the minimum layover rest remains 24 hours with an actual minimum of 20 hours if due to delay or late arrival.

- A flight attendant on access day duty must also receive the minimum scheduled and/or actual rest prior to flying an Ultra Long Range pairing. A flight attendant who is assigned a ULR rotation while on A-Days will be pre-scheduled with a 24 hour rest, but 18 hours is the actual minimum required rest if operations require, (e.g. due to the late arrival of the preceding trip, etc.).
  **NOTE:** When pre-assigned a ULR trip or ULR standby (the calendar day before the standby) the flight attendant is automatically released from the remaining portion of the A-Day until report time.

- A flight attendant must have 30 hours scheduled rest or 24 hours actual rest following a ULR trip and prior to any training event, meeting or scheduled office duty within 3 time zones of the terminating city of the ULR pairing.
  **NOTE:** Rest prior to training, meetings, etc. is not an FAA rule.

**At A Glance ULR Rest Chart**

|  | **Scheduled Rest** | **Actual Rest** |
|---|---|---|
| Before the ULR trip | **24** hours | **18** hours |
| Layover Rest | **24** hours | **20** hours |
| Following the ULR trip and prior to any flying that operates outside of 3 time zones of the terminating city of the ULR trip | **54** hours | **48** hours |
| Following the ULR trip to any domestic / international flying within 3 time zones of the terminating city of the ULR trip (in either direction, east or west) | **30** hours | **24** hours |
| Following the ULR trip to any training, scheduled office duty, etc., within 3 time zones of the terminating city of the ULR trip. | **30** hours | **24** hours |

*Transoceanic exception trips to South America have 30 hours scheduled rest since they fall within 3 time zones of Delta base locations that fly ULR trips.

## 1.T  Quick Reference DELTA Duty Limitations Chart

For quick reference, the below chart details commonly used scheduled and rescheduled limitations, and the crew 'option-off' points, according to each trip type  These are <u>Delta duty limitations</u> and do not necessarily coincide with FAA limitations, however they are always within the FAA duty limitations.

### Delta Duty Limitations Chart

| Trip Type and Staffing ↓ | Scheduled | Rescheduled / Rerouted | Rerouted with 1st or last leg a Deadhead | F/A Option Off Point |
|---|---|---|---|---|
| **Domestic minimum staffed** | 14 hours | 14 hours | 16 hours if the working portion is 14 hours or less | **>16:00** |
| **Domestic minimum staffed + 1** | 14 hours | 16 hours | 16 hours | **>16:00** |
| **International, Intra-Theatre & Transoceanic** | 14 hours or Less | 16 hours* | 16 hours | **>16:00** |
| **International, Intra-Theatre & Transoceanic** | 14:01 to 16 hours | 16 hours* | 16 hours | **Delta scheduled plus > 2 hours** |
| **Transoceanic Non-Stop Segments >12 Block hours & Ultra Long Range** | Up to 20 hours / as scheduled by Delta* | Rescheduled maximum duty not to exceed 20 hours* | Rescheduled maximum duty not to exceed 20 hours* | **Delta scheduled plus > 3 hours** |

\* Must be in accordance with FAA minimum staffing requirements.

**CONFIDENTIAL**                          **DELTA 002410**

## 1.U  Duty Time for Co-Terminal Limos

- Although F.A.R. 121.467 does not consider co-terminal limo time as either duty or rest, Delta does consider Company-provided co-terminal limo time as duty time for flight attendants.
  **NOTE:** In a reroute, co-terminal limo time into day 7 can delay the start of a needed 24 hour rest in any 7 day period.

- When a duty period begins with a scheduled limo, the duty time begins at the report time specified in the published bid packet, or present in a rerouted pairing or origination.

- When a duty period ends with a limo, either at a layover or in domicile, the duty time is extended from release of the last flight as indicated below, in either direction.  These times include the normal 15 minute debrief time.

| FLL-MIA | :45 |
|---------|------|
| EWR-JFK | 1:20 |
| LGA-JFK | :45 |
| LGA-EWR | 1:20 |
| IAH-HOU | :45 |
| MDW-ORD | 1:10 |
| LAX-ONT | 1:30 |
| LAX-SNA | 1:30 |
| ONT-SNA | 1:15 |
| LAX-BUR | 1:15 |
| SNA-BUR | 2:00 |
| ONT-BUR | 2:00 |
| SFO-SJC | 1:00 |
| SFO-OAK | 1:00 |

- No domestic duty period will be scheduled to exceed 14 hours total duty time, including scheduled limo time.  No international duty period will be scheduled to exceed 16 hours (with appropriate FAA minimum staffing) total duty time including scheduled limo time.

## 1.V  Duty Time for Charters

- All charters will be constructed with Delta's normal duty period guidelines, e.g. within domestic, international, and transoceanic duty limits.  At times, exceptions can be made by IFS Management as long as they are within all FAA mandated guidelines.

- All military charters, including CRAF (Civil Reserve Air Fleet) charters will be constructed in accordance with FAA regulations, allowing for greater duty period lengths determined by augmented staffing requirements. *See the FAA duty and rest chart-Section 1.E.*

## 1.W Domicile Rest Requirements – Domestic/International

### Rest Following Duty Periods Scheduled 14 Hours or Less

- The minimum **scheduled** rest in domicile is 11 hours release to report following a duty period scheduled at 14 hours or less.

- The minimum **actual** rest in domicile is 9 hours release to report following a scheduled or rescheduled duty period at 14 hours or less. If your actual rest falls below 9 hours release to report you will be removed from the next assignment.

### Rest Following Duty Periods Scheduled >14 Hours

- The minimum **scheduled** rest in domicile is 14 hours release to report following a duty period scheduled greater than 14 hours (includes duty periods that are scheduled greater than 14 hours which fall below an actual 14 hours).

- The minimum **actual** rest in domicile is 12 hours release to report following a scheduled or rescheduled duty period greater-than 14 hours (includes duty periods beginning or ending with deadhead time for all Delta rule purposes). If your actual rest falls below 12 hours release to report you will be removed from the next assignment

## 1.X Layover Rest Requirements – Domestic/International

### Rest Following Duty Periods Scheduled 14 Hours or Less

- The minimum **scheduled or rescheduled** layover rest is 9:15 release to report following a duty period scheduled or rescheduled at 14 hours or less.

- If delayed, the minimum **actual** layover rest is 8:30 from release to report following a duty period scheduled at 14 hours or less.

- If due to a delay the <u>actual</u> layover is less than 8:30, release to report, Crew Tracking can authorize a <u>late report</u> of up to 30 minutes to meet the 8:30 actual minimum rest. Crew Tracking will advise the crew of the new report time. The new report time is <u>at the airport</u>.

   **NOTE:** If the scheduled crew transportation cannot be changed to allow for a 30 minute late report, you can pay for a taxi cab and submit your expenses and receipt via the DEERS reimbursement system to your Field Service Manager.

- Due to a delayed arrival at the hotel, a crew can also request from Crew Tracking to receive a minimum 8 hours 'behind the door' rest period. *See complete details later in this Section 1.Z.3.*

- Local crew transportation to or from the airport is considered part of the scheduled and actual rest requirements.

## Rest Following Duty Periods Scheduled >14 Hours

- The minimum **scheduled or rescheduled** layover rest is 12 hours following a duty period scheduled or rescheduled over 14 hours.
  **NOTE:** For purposes of reschedule / reroute this includes duty periods beginning or ending with deadhead time for all Delta rule purposes.

- If delayed, the minimum **actual** rest at a layover is 10 hours following a duty period scheduled over 14 hours.

- If due to a delay the <u>actual</u> layover is less than 10:00, release to report, Crew Tracking can authorize a <u>late report</u> of up to 30 minutes to meet the 10:00 actual minimum rest. Crew Tracking will advise the crew of the new report time. The new report time is <u>at the airport</u>.

  **NOTE:** If the scheduled crew transportation cannot be changed to allow for a 30 minute late report, you can pay for a taxi cab and submit your expenses and receipt via the DEERS reimbursement system to your Field Service Manager.

- Local crew transportation to or from the airport is considered part of the scheduled and actual rest requirements.

### 1.X.1 Layover Rest Requirements – Intra-Theatre

- Following an intra-theatre flight segment scheduled for 8 hours or less flight time, the minimum **scheduled** or **rescheduled** layover rest is 9:15 release to report following a duty period scheduled or rescheduled at 14 hours or less. If delayed, the minimum **actual** layover rest is 8:30 from release to report.
  **Exception:** Prior to a transoceanic flight segment, the minimum scheduled and re-scheduled rest is 13 hours, or 11 hours actual rest if due to delay.

- Following an intra-theatre flight segment scheduled to exceed 8 hours flight time, the minimum **scheduled** or **rescheduled** layover rest is 13:00 release to report following a duty period scheduled or rescheduled at 14 hours or less. If delayed, the minimum **actual** rest at layover is 11 hours release to report.

- For <u>all</u> intra-theatre flight segments, the minimum **scheduled** or **rescheduled** rest at layover is 18 hours following a duty period that is scheduled or rescheduled <u>greater than 14 hours</u>. The minimum **actual** rest at layover is 14 hours release to report.

  *See Section 1.E, the FAA Duty & Rest Chart for more information on FAA rest requirements for duty periods over 14 hours.*

## 1.Y  Domicile Rest Requirements –Transoceanic

**Tripholder**

- The minimum **scheduled** rest in domicile following a transoceanic trip is 24 hours from release to report of the next assignment.
  **NOTE:** In PBS bidding, you may waive the 24 hour rest.  See Section 4.H.

- If you pick-up or swap for a trip or A-Day(s) that follows a trans-oceanic trip, such trip placement, is considered a **waiver of the scheduled 24 hour rest** when it drops the rest below 24 hours. Following a transoceanic trip, if the last duty period of the transoceanic trip is scheduled at 14 hours or less, the waiver reduces the minimum scheduled rest to 11 hours release to report. If such duty period is scheduled greater than 14 hours the waiver reduces the minimum scheduled rest to 14 hours release to report.
  **NOTE:** Waivers are negated if it is the only 24 hours in 7 days rest.

- The minimum Delta **actual** rest in domicile is 9 hours release to report following a duty period scheduled or rescheduled at 14 hours or less, and 12 hours release to report following a duty period scheduled or rescheduled greater than 14 hours.  If your rest is less than 9 hours or 12 hours as indicated above, you will be removed from the next assignment and offered your pay protection options.

**A-Day Holder**

- The minimum **scheduled and actual** rest for A-Day holders in domicile following any transoceanic trip is 24 hours from release to report of the next assignment.

- If you preference a specific trip or trip categories, including generic, such preferences are considered a waiver of rest when the prefer-enced trip follows a transoceanic trip. In these cases, the applicable scheduled rest becomes 11 hours release to report when the prior duty period is scheduled at 14 hours or less, or 14 hours release to report when the prior duty period is scheduled over 14 hours. *See Section 5.K for more detail.*

## 1.Z  Layover Rest Requirements –Transoceanic

**Tripholders and A-Day Holders**

- The minimum **scheduled or rescheduled** layover rest is 13 hours release to report following a duty period scheduled at 14 hours or less.

- If delayed, the minimum **actual** layover rest is 11 hours release to report following a duty period scheduled at 14 hours or less.

- The minimum **scheduled or rescheduled** layover rest is 18 hrs release to report following a duty period scheduled >14 hours.

- The minimum **actual** rest at layover is 14 hours release to report following a duty period that is scheduled greater than 14 hours.
  *See Section 1.E, the FAA Duty & Rest Chart for more information on FAA rest requirements for duty periods over 14 hours.*

Section 1                                              25
Legalities                                         1/12/11

## 1.Z.1  Delta Rest Requirements
**NOTE:** Refer to Section 1.E for the FAA Duty Limitations & Rest Requirements.

- All rest requirements are from release to report.

| Flight Type at Domicile | Scheduled | Actual/ Rescheduled |
|---|---|---|
| **Following Duty Periods Scheduled 14 hours or less** | | |
| Domestic at Domicile | 11:00 (1) | 9:00 (2, 3) |
| International at Domicile | 11:00 (1) | 9:00 (2, 3) |
| Transoceanic at Domicile (5) | 24:00/11:00* | 9:00 (2, 3) |
| | | |
| **Following Duty Periods Scheduled >14 Hours** | | |
| Domestic at Domicile | 14:00 (1) | 12:00 (2) |
| International at Domicile | 14:00 (1) | 12:00 (2) |
| Transoceanic at Domicile (5) | 24:00/14:00* | 12:00 (2) |

| Flight Type at Layover | Scheduled / Rescheduled | Actual |
|---|---|---|
| **Following Duty Periods Scheduled 14 hours or less** | | |
| Domestic at Layover | 9:15 | 8:30 (4) |
| International at Layover | 9:15 | 8:30 (4) |
| Intra-Theatre at Layover following a flight scheduled 8 block hrs or less (7) | 9:15 | 8:30 (4) |
| Intra-Theatre at Layover following a flight scheduled >8 block hours | 13:00 | 11:00 |
| Transoceanic at Layover | 13:00 | 11:00 |
| **Following Duty Periods Scheduled >14 hours** | | |
| Domestic at Layover | 12:00 | 10:00 (6) |
| International at Layover | 12:00 | 10:00 (6) |
| Intra-Theatre at Layover following a flight scheduled >8 block hours | 18:00 | 14:00 |
| Transoceanic at Layover | 18:00 | 14:00 |

*At Flight Attendant Option: via pick-up, swap or preference, can waive rest to
   11 hrs scheduled following duty scheduled 14 hours or less; or can waive rest
   to 14 hours scheduled following duty scheduled >14 hrs.
(1)  Deadhead time is considered part of the duty period for all Delta rule purposes.
     However, for FAA rule purposes, if the duty period begins or ends with a deadhead,
     the rest requirements are based only on the working segments of these duty periods,
     plus the report time of 1 hour and the debrief time of 15 minutes.
(2)  When rest in domicile is less than the actual required minimum, you will be replaced.
(3)  Actual rest for A-Day holders (as for tripholders) can reduce to 9 hrs before removal
     from trip
(4)  For FAA purposes when actual rest is below 9 hours, a subsequent rest of 10 hours is
     required
(5)  A-Day holders will receive scheduled minimum rest according to trip type; but
     through preferencing can waive to 11 hrs or 14 hrs as appropriate following
     transoceanic trips. (See "At flight attendant option" above.)
(6)  For FAA purposes when actual rest is below 12 hours, a subsequent rest of 14 hours
     is required
(7)  **Exception:** Prior to a transoceanic flight segment, the minimum scheduled and re-
     scheduled rest is 13 hours, or 11 hours actual rest if due to delay.

## 1.Z.2  Delta 24 in 7 Rest

### Scheduled

- You must have a **scheduled** 24 hour rest, free from all flight duty, within any 7 consecutive calendar days.  This rest can be on a layover or at domicile.

- For schedule build, and all pick-ups and swaps with open time and other flight attendants, the rest requirement can be on a layover provided there is a subsequent trip on your schedule departing within the same 7 days that can be dropped to satisfy the 24 in 7 limitation, should your actual layover become less than a 24-hour period from release to report.
  **NOTE:** If actual times erode a 24 hour rest, and a subsequent trip on your schedule within a 7-day period has the only remaining 24 hour rest and it is at a layover, that trip will be removed if the layover is less than 25 hours, and you will be offered your pay protection options.

### Actual

- You must receive an **actual** 24 consecutive hours free from duty within any 7 consecutive calendar days.  To avoid an impending FAR violation, Scheduling can authorize up to a 30 minute late report at transoceanic layovers.  In coordination with the Flight Leader, separate transportation will be arranged.

- The start of the actual rest can be delayed by deadheading, co-terminal limo time, training, meetings and operational delays due to operational circumstances beyond Delta's control however, you must receive the rest prior to reporting for a duty period containing working flight segments.
  **NOTE:** Deadheading, training, and meetings do not qualify as rest or duty for FAA purposes.  However, A-Day standby duty is considered as a trip assignment for calculation of the 24 hour rest requirement.

**Example A**: You are scheduled for 6 consecutive days of flying and are rerouted to deadhead home on day 7.  Your 24 hour rest must commence on day 7 immediately upon arrival from the deadhead segment.  There is no violation if you complete the needed 24 hour rest before reporting for a subsequent duty period that contains a working flight segment.

**Example B**: You are scheduled for release in your base at 2300 on your 6th day of flying with no other scheduled or actual 24 hour rest within the preceding 6 days, and your flight delays and arrives at 0100 on day 7.  You must begin an immediate 24 hour rest before any subsequent duty period containing a working flight segment.  There is no 24 in 7 violation if you complete the needed 24 hour rest before reporting for a duty period that contains a working flight segment.

**Example C**: If you fly for 6 consecutive days, you can be scheduled for training on the 7th and 8th days without a 24-hour rest period between any of the assignments.  However, you must receive a 24 hour rest period after training and before reporting for a subsequent duty period that contains a working flight segment.

**Example D**:  If you fly for 5 days and are scheduled for training on the 6th day, you cannot fly on day 7 since you did not receive the 24-hour period free from duty in 7 consecutive days (unless you have a 24 hour period scheduled off between training on day 6 and report time on day 7).

**Example E:**  You are scheduled for training for 2 days followed by a 3-day trip with no scheduled 24 hour rest in any of the 5 days.  You wish to pick up a 2-day trip with no scheduled 24 hour rest.  This is an illegal swap and would be denied since you do not have a scheduled 24 hour rest in the 7 day period.

**Example F:**  You are scheduled for 3 days of flying followed by 6 days of office work without a 24 hour rest.  For the 9-day period there is no 24 in 7 violation as long as you have an actual 24 hour rest before flying again.

**Example G:**  You are scheduled for 2 days of training followed by 4 days of flying without a 24 hour rest within any of the 6 days.  You attempt to swap for a 2-day trip but it is denied.  For the 8-day period there would be no 24 in 7 rest period and would therefore be an FAR violation and so the swap is denied.

**Example H:**  You are scheduled for 4 days of flying with no 24 in 7 rest period in the 4 days.  You desire to pick up a 3-day transoceanic trip with a scheduled 25 hour rest period on day 6.  This is called a 'last opportunity' for 24 hour rest situation and for out-of-base operational reasons the swap would be denied.

## 1.Z.3  Rest Options

### 10-Hour Guaranteed Layover Rest Option

- If you are at a <u>layover</u>, and your duty period was scheduled less than 14 hours, but **exceeded an actual 16 hour duty period**, you can request to receive a guaranteed minimum 10 hour rest from release to report.  Contact Crew Tracking to request the minimum 10 hour rest period.

- For duty periods <u>scheduled</u> greater than 14 hours that exceed 16 hours actual, the minimum FAA rest is 12 hours and supersedes the 10 hour guaranteed rest.  If the scheduled rest of 12 hours is reduced during operations, it can go down to 10 hours, but must then be followed by a subsequent rest of 14 hours.  *See the FAA Chart later in this section.*

### 16 Hour Domicile Rest Option

- If you are at <u>domicile</u>, and the final duty period of the pairing was scheduled for 14 hours or less, but you have **exceeded an actual 16 hour duty period**, you have the option to receive a minimum 16 hour rest period from release to report.  This also applies at the terminating point of an Out-of-Base Pick-Up or JetWay Trade.
  **EXCEPTION**: Does not apply during severe operations.

## 8 Hours Rest 'Behind the Door'

- A flight attendant who does not arrive at the layover hotel at least 8 hours before scheduled pickup time will be afforded a minimum 8 hours 'behind the door' at such hotel if,
  - a) upon arrival at the hotel you inform Crew Tracking that you will be unable to report as scheduled, and
  - b) your late arrival at the layover hotel was through no fault of your own

- When requested, the 8 hours behind the door guaranteed hotel rest will start from the <u>arrival time</u> at the hotel (See NOTE below). The new transportation <u>pick-up time</u> is the end of the 8 hours rest behind the door, and the expected travel time to the airport is added to the 8 hours rest by Crew Tracking to calculate the new report time at the airport, which also includes an authorized 30 minute late report.

  **Example:** A delayed crew arrives at their hotel at 2330 and requests 8 hours behind-the-door guaranteed rest. The new pick-up time at the hotel is set for 0730. With expected travel time to the airport of 15 minutes, the new report time is set for 0745, and with an authorized 30 minute late report, the new scheduled departure is set at 0815.

  **NOTE:** If there is a delay in procuring rooms for the crew, the 8 hours rest should be calculated using the Flight Leader's arrival time in the hotel room.

- The Flight Leader or single position flight attendant if not with a crew, must:
  - contact Crew Tracking (1-800-DAL-CREW) to calculate the rest and set the report time for the next duty period.
  - arrange with the hotel for a new pick-up time. If a contract company provides the limo to the airport, Crew Tracking will arrange for the new pick-up time.

- Crew Tracking will authorize up to a 30 minute late report to accommodate the 8 hours rest but beyond that will also have to either delay the outbound flight or reroute the crew to other later-departing flights.

  **NOTE:** Crew Tracking will not delay a flight solely for a <u>deadheading</u> crewmember who requests 8 hours rest prior to a deadhead flight. The deadheading crewmember will be rerouted to a later deadhead.

## 1.Z.4 FAR Bar (Federal Aviation Regulations)

At the bottom of each duty period, the FAR bar reflects two sets of 3 different numbers pertaining to each duty period.  The 3 on the **left side are the FAA**-tracked legality numbers; and the 3 on the **right side are Delta's** legality numbers.  The two sets of rules, which track parameter variations (e.g. deadheads are not duty for the FAA, etc.) must be tracked simultaneously. Each set of 3 are as follows:

1) the projected or **ACT**ual time flown,
2) the scheduled –**SKD-** duty day, and
3) the **MAX**imum <u>scheduled</u> duty day per the FAA and Delta



```
      ATL   F/A 757        *** ROTATION OPER
POS-ABCD          EFFECTIVE 03FEB   CHECK IN AT   8.00
      4 F/A

LT  T  DEPARTS ARRIVES    BLK         TURN

326     ATL 0900 LAX 1056    4.56          3.38    757 L/L
        LAX 1434 ATL 2210    4.36                       D/D

   FAR ACT/SKD/MAX 14.25/11.50/14.00 ACT/SKD/MAX14.25/11.50/14.00


        TOTALS--- 9.56TL                   TAFB   14.05CR
```

| Projected/**ACT**ual hours flown.  In this case it is over 14 hours by delay but it is legal and the crew must continue. Use this number for the option-off point (>16 hrs). | The scheduled / rescheduled* duty day, indicated by **SKD**.  This must be below the *MAX* duty day limit. *same as rerouted | This is the **MAX**imum allowable duty day per the FAA for this minimum staffed crew on a 757.  It is also Delta's maximum domestic duty day limit. |

**Takeaway:**  Delta will always ensure the SKD (scheduled) duty day **never** exceeds the MAX (maximum) duty day allowed for both FAA and Delta rule purposes.  However, due to ATC or weather delays or extended flying time, the ACT time (projected/actual) **can** exceed the maximum duty time and the crew remains legal to continue flying. This is true for both pilots and flight attendants.  If you have specific questions about a rotation contact a Scheduling Duty Supervisor or Scheduler, a Crew Tracking Coordinator, or the IFS OCC Manager.

Section 1
Legalities

7/15/08

THIS PAGE LEFT INTENTIONALLY BLANK.

**CONFIDENTIAL**

**DELTA 002420**

## Section 2 - Compensation

Overview.................................................................30
Pay Periods............................................................31
   Length of Service Pay Increases...................................32
Earned Pay ...........................................................32
Flight Pay.............................................................33
Hourly Flight Pay ....................................................33
Pairing Minutes-Under/Minutes-Over Pay .......................34
Report Pay ...........................................................34
Duty, Trip and Non-Fly Credit Time Payment ..................35
   1 for 2 Duty Credit: .............................................35
   Duty Period Average (4:45): ....................................35
   1 for 3.5 Trip Credit: ...........................................35
   Deadhead:..........................................................35
1 for 2 Duty Period Credit ........................................35
4:45 Duty Period Average (DPA)..................................36
1 for 3.5 Trip Credit ...............................................36
Deadhead / Deviation from Deadhead / Ferry Pay ............37
Surface Deadhead ..................................................37
Crew Compensation Pay ...........................................37
Holding Pay ..........................................................38
   Flight Pay for Ground Time......................................38
A-Day Block Guarantee ............................................39
Premium Pay .........................................................40
   Skill-Based .........................................................40
Flight Leader Pay....................................................40
International Pay .....................................................41
Language of Destination (LOD) Pay ..............................41
Holiday Pay ...........................................................42
Time Away from Base Pay (TAFB) ................................43
Non-Fly Daily Meal Expenses......................................44
Hotel Expenses ......................................................44
Transportation Reimbursement....................................45
   Fares ................................................................45
   A-Day Status ......................................................45
   New York Base .....................................................45
Tipping ................................................................46
Short-Term Parking .................................................46
   A-DAY Holder ......................................................46
Moving Expenses.....................................................46
Severe Operations Expenses .......................................46
Rerouted Into OFF Day (RRO4)....................................47

**CONFIDENTIAL**                    **DELTA 002421**

Flight Attendant Work Rules
Table of Contents                                          7/15/08

Rerouted / Rescheduled Into Vacation Day ....................... 48
Reroute Pay Chart ...................................................... 48
   Flown Into/Scheduled Into Off Day ............................ 48
   Rerouted/rescheduled into Vacation Day ..................... 48
   Delayed Into Off Day ............................................. 48
Draft Pay ................................................................ 49
   Option for Off Day vs. DRFT Pay ............................... 50
   Tripholders ......................................................... 50
Draft Pay Chart ......................................................... 51
Incentive Pay (IPY4) ................................................... 52
Vacation Pay ............................................................. 52
Paid Personal Time (PPT) .............................................. 53
Mandatory Departmental Meeting Pay ............................... 53
Emergency Leave of Absence (ELOA) Pay .......................... 53
Jury Duty / Court Appearance Pay .................................. 54
Training Pay ............................................................. 55
   Continuing Qualification (Recurrent) ........................... 55
   Aircraft Training .................................................. 55
   Flight Leader Training ............................................ 56
   International ........................................................ 56
Special Assignment Pay ............................................... 56
   Daily Rate .......................................................... 56
   Hourly Rate ........................................................ 56
Pay Discrepancies ...................................................... 57
Pay For Incompleted Trips ............................................ 57
Airport Standby Credit ................................................. 58
Duty Period Extensions ................................................ 58

Section 2                                                                        30
Compensation                                                              7/15/08

## 2.A Overview

- Flight Attendant compensation is paid as an hourly rate for all
  hours flown or credited.   Additional credit rig pay, Flight Leader or
  Language (LOD) premium pay, drafting pay, incentive pay, and
  expense reimbursements may also apply.

- A rotation pays the greatest of:
  1) flight pay, including deadhead pay, or
  2) the 4:45 duty period average (DPA) by rotation, or
  3) 1 for 3.5 trip credit (TRP) - 1 hour pay for every 3.5 hours
     away from base report to release;
  4) 1 for 2 duty period credit may also apply to an individual duty
     period; 1 hour pay for every 2 hours on duty report to release

  **Example A:**  A three day trip with 18:10 flight time, is away from base for
  60 hours.  The pay calculation compares the flight time of 18:10, to the
  duty period average (DPA) of 14:15 (4:45 X 3), and to the 1 for 3.5 trip
  credit (TRP) of 17:08 hours (60 hours divided by 3.5).  The greatest and
  correct total pay for this trip is 18:10 flight / block time.

  **Example B:**  A two day trip worth 11 hours is rerouted with a 24 hour
  layover on B-day and with no increase in flight time on the return on C-
  day.  The two-duty period trip is away from base for 56 hours.  The pay
  calculation compares the flight time of 11 hours to the DPA of 9:30 (only 2
  actual duty periods X 4:45) to the 1 for 3.5 TRP credit of 16 hours (56
  hours time away from base divided by 3.5).  The rotation pays 16 hours,
  which is the trip credit.  Additionally, this reroute from a 2-day to a 3-day
  trip would be due +4 hours of RRO4 (rerouted into off day) pay for eligible
  flight attendants.

  **Example C:**  A three day ATL trip worth 15 hours flight time is rerouted
  and returns early the 4th morning from a BHM layover. The new time away
  from base (TAFB) is now 63 hours.  The final flight time of 17 hours is
  compared to the DPA of 19 hours (4:45 X 4) and the TRP credit of 17 hours
  (59:30 div. 3.5).  The greatest paying credit is the DPA of 19 hours.
  Additionally, this reroute from a 3-day to a 4-day trip would be due +4
  hours of RRO4 (rerouted into off day) pay for eligible flight attendants.

  **Example D:**  A two day 10 hour trip has 5 hours block time on each day.
  The first day is scheduled for a 9 hour duty period but due to a lengthy
  delay the duty day is extended to 14 hours with no change in block time.
  The 1 for 2 duty credit pays an additional 2 hours (14 hours div. by 2 = 7
  hours minimum pay) for that duty period, comprised of 5 hours of block
  time and 2 hours of the 1 for 2 duty credit.

- All monthly compensation is automatically generated by the
  Scheduling and Payroll systems.  You must however, submit claims
  for holding pay, crew compensation pay and transportation
  reimbursements such as unexpected taxi fares during irregular
  operation and surface deadhead pay.

- For the most accurate accounting of your projected pay, see the Monthly Time Display in eCrew / DBMS. This is commonly referred to as 'MOTS' and contains the closest projection of your actual pay. To find 'MOTS', in eCrew click on Rotation information, then Pay Options, then Monthly Time Display.

## 2.B Pay Periods

- You are paid twice monthly, once on the 15th and once on the last day of each month. Pay is based on a minimum 45 hour allotment per bid period (22:30 each pay period). In addition to the current pay of 22:30 per pay period, 50% of all earned flight/credit pay, premium pay, and time-away-from-base (TAFB) pay from the previous bid period is also paid. If you fly less than 45 hours in any bid period, adjustments will be subtracted in the subsequent bid period.

**EXAMPLE:** Your pay is comprised of:

| Pay Period Ending October 15 | Pay Period Ending October 31 |
|---|---|
| 22:30 (half of the minimum average of 45 hours for the current month), plus.... | 22:30 (half of the minimum average of 45 hours for the current month), plus.... |
| 50% of all flight/credit, premium pay, and TAFB earned in September | 50% of all flight/credit, premium pay, and TAFB earned in September. |

- If you are a new hire trainee, you are paid $1410 per month which is $5.85 per hour. You are paid 50% of the training pay prorated in accordance with your training start date for each pay period, then upon completion of training as indicated above once you start flying. Company transfers may have pay protection from their previous position so would have a pro-rated and later start-date-of-pay at the training pay rate.

- If a pay period ends on a weekend or on a company observed holiday, the payday for the pay period will be moved up to the last scheduled work day (Monday through Friday). For example, if OCT 15 is a Sunday, you will be paid on Friday OCT 13.

- Your pay anniversary date is the date you first became a Flight Attendant unless it was adjusted for any of the following reasons:
    - Extension to probation period to June 1, 1974,
    - An OJI, sick or maternity leave of absence for which you were off more than 1 year from the date your paid benefits began resulting in a day for day adjustment for each day over 1 year,
    - Any personal leave of absence is adjusted day for day,
    - You transferred to the Flight Attendant position from another permanent job classification within the company, which resulted in pay credit for 1/2 of your length of service with Delta.

**Length of Service Pay Increases**
- Pay increases are effective on the actual pay anniversary date and will be applied to flight/credit time that originates on or after the pay anniversary date.

- Pay increases for the minimum 45 pay hours per month become effective on the 1st or 16th of a month, depending on the date:

| If pay anniversary date is between... | Your current pay increase is effective.. |
|---|---|
| The 1st through the 8th of the month | On the 1st of that month |
| The 9th through the 23rd of the month | On the 16th of the month |
| The 24th through the 31st of the month | On the 1st of the following month |

## 2.C Earned Pay

- The following items apply toward your monthly salary though some items are earned after 6 months with the Company, or are accrued monthly as noted below.  Refer to the IFS HR Handbook on the IFS Portal for more details on such items.

  - Flight pay, including credit time
  - Paid Personal Time (PPT) (accrued)
  - Deadhead pay
  - Standby pay
  - Report pay
  - Premium pay, e.g. flight leader, LOD, international
  - Vacation pay (accrued)
  - Holding pay
  - Draft / Incentive pay (IPY4)

  - Holiday pay
  - Meeting pay
  - Crew Compensation pay

  - A-Day Guarantee
  - Training pay

  - Emergency leave pay (eligible after 6 months)

  - Surface Deadhead pay
  - Jury / Court pay
  - Rerouted in Off Day pay (RRO4)

**\*NOTE**: All compensation, except holding, crew compensation, flight pay for ground time, report pay for a 2nd trip to the airport, surface deadhead pay and taxi charges incurred during irregular operations will be automatically generated by the Scheduling & Payroll systems.

Section 2                                                         33
Compensation                                                10/1/10
_____

## 2.D Flight Pay

- Your flight pay is based on scheduled or actual flight time for each flight segment and/or the applicable credit time guarantee, whichever is greater.

- Actual flight pay and credit for a bid period over and above the 45 hour projected rate is paid in the subsequent month.

- Flights originating the last day of a bid period but spilling into the new bid period are credited entirely to the originating bid period for pay purposes. After-midnight departures (local time) are credited to the new bid period.

- For purposes of pay your flight time begins at the block out time initiated by the captain, which can vary depending on the specific aircraft, ACARS equipment, use of tug, etc. This is the OUT time. If a Flight Leader thinks there is a discrepancy in the actual block time, they should contact the captain for the flight to confirm the discrepancy and request to change the block time.

- As a new hire or company transfer, you will receive full flight / credit pay and time away from base (TAFB) expenses during your Initial Probation period. You are also eligible for any form of premium pay which you are qualified for.

## 2.E Hourly Flight Pay

- Your pay anniversary date determines when you will receive incremental increases in your hourly flight pay. The pay rates are as follows:

| Length of Service | Hourly Flight Pay | Length of Service | Hourly Flight Pay |
|---|---|---|---|
|  |  | After 6 Years | 34.65 |
| 0-1 Year | 20.67 | After 7 Years | 35.77 |
| After 1 Year | 21.49 | After 8 Years | 36.76 |
| After 2 Years | 22.96 | After 9 Years | 38.12 |
| After 3 Years | 24.84 | After 10 Years | 39.18 |
| After 4 Years | 27.37 | After 11 Years | 41.04 |
| After 5 Years | 29.43 | After 12 Years | 45.75 |

**CONFIDENTIAL**                    **DELTA 002426**

## 2.F Pairing Minutes-Under/Minutes-Over Pay

- You are paid the greater of actual or scheduled flight time for each flight segment.

- Any time gained on a flight segment as minutes-over is paid in addition to any minutes-under pay due on other flight segments.
  **Example:** A two-segment trip is scheduled for 3:00 on each segment. The first segment is completed at 2:50 and 10 'minutes-under' are due. The second segment is completed at 3:15. The trip pays 6:15 total time.

- If a duty period or a rotation is paying a credit such as 1 for 2, 1 for 3.5, or the 4:45 duty period average, the minutes under/over can be superseded by the greater paying duty or trip credit.

- Minutes-under for a rerouted rotation will be based on the new rerouted trip segments.

- For trips that transit two months, all necessary trip credit adjustments for rotation minutes-over are made in the paylog of the new bid period.
  **Example:** A 3-day trip with the 3rd day ending in a new bid period is scheduled to pay 14:15. It is scheduled with 13:00 hours block time and 1:15 hours of DPA credit. In addition to all segments that paid minutes-under, there is one segment that paid 15 minutes-over the scheduled time. Thus, the final block time is 13:15 and the DPA credit paying in the new bid period is now 1:00. The DPA credit pays on the last duty period of a rotation and in this case was reduced by the 15 minutes-over segment.

## 2.G Report Pay

- If you report for duty at a base location but do not fly, you can claim the greater of a flat rate of $10.80 report pay or any 1 for 2 credit accumulated while at the airport from report to release.

- If you are a tripholder you are paid $10.80, or the 1 for 2 duty credit if you do not choose to make yourself available for an alternate assignment for pay protection. If you do choose pay protection and make a 2nd trip to the airport you will be eligible for the report pay in addition to your new trip. Contact IFS Pay Support using the VRU phone system.

- If you are on an access day and report for a trip but do not fly, you will be paid $10.80 report pay or 1 for 2 duty credit for every hour you spend at the airport until you are released, whichever is greater.
  **NOTE:** After completing your A-Days the A-Day block guarantee may supersede the report pay or 1 for 2 duty credit.

## 2.H Duty, Trip and Non-Fly Credit Time Payment

- For every trip pairing, a comparison is made between block time (including deadhead time and any 1 for 2 duty credit), the duty period average (DPA), and the 1 for 3.5 trip credit (TRP), and the greatest total trip value is paid.

- The following describes <u>when</u> credit guarantees will be applied to the duty period or pairing as appropriate:

  ◊ **1 for 2 Duty Credit:** credited at the end of the duty period in which it was earned and on the calendar day the last flight for that duty period was scheduled to depart.

  ◊ **Duty Period Average (4:45):** credited at the end of the last duty period of the trip on the calendar day the last flight for that duty period was scheduled to depart.

  ◊ **1 for 3.5 Trip Credit:** extended duty is credited at the end of the last duty period of the trip on the calendar day the last flight for that duty period was scheduled to depart.

  ◊ **Deadhead:** credited on the calendar day the deadhead flight was scheduled to depart.

## 2.I 1 for 2 Duty Period Credit

- You will be credited with 1 hour of flight pay for every 2 hours on duty for any given duty period.

  **Example:** You are scheduled for a turnaround worth 6 flight hours with a scheduled duty period length of 10 hours. Due to an operational delay, your duty period is lengthened to 14 hours. You will be paid 7 hours for the turnaround, comprised of 6 hours block time and 1 hour of 1 for 2 duty credit (14 hours divided by 2).

- At times the 1 for 2 duty credit is created in a single duty period, but the greatest paying credit for the entire trip is the duty period average (DPA) credit or the 1 for 3.5 trip credit. The 1 for 2 duty credit still is applied, but is superseded by the overall greatest paying trip credit.

  **Example:** You are scheduled for a three day trip that is paying 14:15, the duty period average credit. Though you experience a delay similar to the above example on one of your duty periods creating 1 for 2 duty credit for that duty period, the overall greatest paying credit for the trip may still be the DPA credit or the 1 for 3.5 Trip Credit.

## 2.J 4:45 Duty Period Average (DPA)

- The 4:45 duty period average (DPA) will apply to all rotations. The 4:45 credit guarantee is an **average** guarantee that applies to each duty period of the trip that has at least one working flight segment.
  **Example:** A 3-day trip has daily block time scheduled of 3 hours, 5 hours, and 5 hours respectively for the three days for a total of 13 block hours. Because the 4:45 daily average for 3 days would be 14:15 as a total for the trip, the pairing will generate 1:15 in DPA credit and you will be paid 14:15 for the trip (13:00 hours block time plus 1:15 DPA credit).

- Conversely, a trip with total block time that exceeds the 4:45 daily average will not pay any DPA credit at the end of the trip.
  **Example:** A two day trip has block time scheduled of 5 hours and 6 hours respectively. The 11 hour block total for the two-day trip exceeds the 4:45 average (4:45 X 2) of 9:30, so no DPA is generated.

- The 4:45 DPA is credited and <u>paid on the last duty period/calendar day</u> of a trip. Therefore, any trip that crosses a bid period into a new bid period will have any 4:45 DPA credit due paid in the new bid period.

- Duty periods consisting solely of deadhead flying or other non-working segments do not qualify for the 4:45 duty period average.
  **Example:** An origination is created for a crew to fly ATL-BOS to layover and deadhead BOS-ATL the next day. The DPA credit does not apply to the second day/duty period, but only to the first day / duty period of the trip. The trip will pay no less than 4:45 for the first day plus the deadhead time of the second day.

- You must complete the trip to be eligible for the 4:45 DPA credit. Additionally the 4:45 duty period average will not apply to a duty period in which a landing is not made at another airport (except for segments flown between co-terminals).

## 2.K 1 for 3.5 Trip Credit

- You will receive credit and pay for 1 hour of flight time for each 3.5 hours you are away from base. This credit is notated as TRP in the OSS pairing display in the credit and totals columns.
  **Example:** Your 3-day trip is away from base a total of 60 hours. The 1 for 3.5 hours trip credit is 17:08 hours and may or may not be the greatest paying credit.

- You must complete a trip to be eligible for the 1 for 3.5 trip credit, e.g. 1 for 3.5 does not apply for a jetway trade or if you call in sick mid-rotation. However, if a trip is cancelled any scheduled credit rig will pay under the normal trip guarantee policy.

Section 2                                           37
Compensation                                      1/1/09

## 2.L Deadhead / Deviation from Deadhead / Ferry Pay

- You will receive full pay and full credit for deadhead and ferry flights.

- If you are approved to deviate deadhead at either the beginning or end of a trip, you will be credited with the flight time and TAFB expenses of the originally scheduled deadhead leg(s).

## 2.M Surface Deadhead

- When deadhead (crew placement) is accomplished using ground (surface) transportation (i.e., bus or limo), flight attendants will be paid at the rate of $9.00 per hour prorated to the minute.

  **Example:** Due to an extreme operational irregularity a crew must be transported by bus from ATL to BHM to work an early morning flight. The hours spent in ground (bus) transportation are paid at the rate of $9/hour.

- Flight attendants should contact IFS Pay Support or their Field Service Manager to ensure pay is appropriately provided for surface deadhead.

  **NOTE**: This compensation does not apply to any transportation provided within the same city or between co-terminals for reaching layover hotel accommodation. It also does not apply when pairings begin and end in different co-terminals.

## 2.N Crew Compensation Pay

- Flight attendants on each flight below Delta staffing (see section 1.B), including when load factors are not provided, will be paid an additional $5.73 per actual flight hour.

  **EXAMPLE**: If you work a turnaround worth 6 flight hours with a crew that is one flight attendant below Delta staffing (but with FAA minimum staffing), each flight attendant on the crew will receive $34.38 ($5.73 x 6).

- When crew compensation is due, the Flight Leader must enter the information in eCrew on the Crew Compensation template for the crew to receive the additional pay. Information submitted after 90 days will not be honored.

**CONFIDENTIAL**                    **DELTA 002430**

## 2.0 Holding Pay

- The calculation of holding pay time for all crew members working the flight begins at either the scheduled departure time, the time the passengers are boarded, or when you arrive to a pre-boarded aircraft, whichever is later.

- You will receive holding pay for flights delayed at the gate for 1 hour or more past scheduled departure time with passengers on board.  You are paid at the rate of $14.74 per hour including the first full hour and any fraction (in minutes) thereafter.

- During mid-rotation, or at rotation end, when you are required to hold with passengers, holding pay begins at the scheduled departure time or the inbound arrival time plus the scheduled minimum ground time between the flights, whichever is later.
  **NOTE:** If you depart from the gate but are unable to takeoff and return to the gate (termed an attempt), the holding will begin at block-in of the attempt.  Flight pay is paid for the duration of the attempt.

- The Flight Leader is responsible for entering the holding pay information in eCrew upon return from a trip. Those on variable staffing pairings, load factors, and originations should submit their own holding claims.

**Flight Pay for Ground Time**
- When holding on the ground at a diversion point or following an attempt and the plane does not go to a gate or deplane, you can claim flight pay for the turn time between the two actual flight segments.  This also applies to deadhead flights at a diversion point or following an attempt.

- Flight pay for ground time is an unplanned post-flight or post-attempt coming to rest of an aircraft when the passengers and crew are unable to deplane.  It does not apply to pre-flight holding at the gate even when the door is closed and the jetway is pulled (holding pay does apply for this when the time is greater than 1 hour).

- If a rotation is paying a duty period average (4:45 DPA) or trip credit rig (1 for 3.5), only the time that supersedes the credit time will be paid.  The same applies to any 1 for 2 duty credit when flight pay for ground time is added to that duty period.
  **Example:** A 2-day trip paying 9:30 with 15 minutes of DPA has 45 minutes of flight pay for ground time applied.  With 15 minutes applied against the DPA credit, and 30 minutes that supersede the DPA of 9:30, the total pay is 10:00.

- All premiums such as international, leadership and language will be applied to the additional flight pay for ground time.

**CONFIDENTIAL**                                    **DELTA 002431**

## 2.P A-Day Block Guarantee

- The A-Day block guarantee is no less than 14:15 for 3 days. If required to have 6 A-Days you will receive no less than 28:30.

- Any flight and credit time accrued on A-Days, including trips originating on A-Days but flying into off time by preference, assignment*, reroute*, or delay, offsets the guarantee.

  **Example A:** An A-day holder with a block of 3 A-Days, has STBY on the 1st day. They are not given an assignment, so they are credited with 2 flight hours for their 4 hour STBY. On their 2nd A-Day, they are assigned a 2-day trip worth 16 hours. Since the accrued flight time credit (2 hours for STBY and 16 hours for the 2-day trip) is greater than the A-Day block guarantee of 14:15, they would be paid the greater of the two for a total of 18 hours.

  **Example B:** An A-Day holder with 6 consecutive A-Days is assigned a 3-day trip on the 1st day worth 17 hours. They are not assigned any trips on the 4th and 5th A-Days of the block but are assigned a turn worth 5 hours on the 6th A-Day. Since the accumulated time flown (22:00) is less than their block guarantee of 28:30, they will be credited the difference of 6:30.

  **Example C:** An A-Day holder with a 3-day block is not assigned a trip on the 1st or 2nd day, but preferences a 10 hour all-night turnaround the 3rd evening with a duty period scheduled to arrive back in base on the 4th morning. The trip originating in the A-Day block is worth 10:00 hours, and they will be credited with the difference of 4:15 for the block guarantee.

  *\*NOTE:* DRFT and RRO4 pay is paid over and above the guarantee.

- A-Days can be swapped in complete blocks or in partial blocks after the first assignment. The block guarantee associated with the swapped days is 4:45 for ADY1, 9:30 for ADY2, etc.

- For A-Day blocks that transition into a new month (e.g. 31-01-02), any A-Day block guarantee due is paid in the new month at the end of the A-Day block.

- If the rescheduling of a trip that precedes an A-Day block inter-feres with the A-Day block, any originating flight time and trip credits accrued on the A-Day will offset the block guarantee in addition to any other earned time on the remaining A-Days.

- If an A-Day holder with an assignment executes a jetway trade with another flight attendant, the 4:45 A-Day guarantee is for-feited for the day on which the split occurs. In this case neither flight attendant is fulfilling the entire duty period so the A-Day duty period guarantee is voided for both. However, both flight attendants will receive any actual earned flight time. Any other complete day(s) fulfilled by either A-Day holder does retain the 4:45 A-Day guarantee.

**CONFIDENTIAL**                          **DELTA 002432**

Section 2                                                            40
Compensation                                                     1/1/09

> **Example:** An A-Day holder on a 3-day trip opts to jetway trade with
> another flight attendant splitting the itinerary on day 2. The original A-Day
> flight attendant receives no less than 4:45 for day 1, plus any actual block
> time flown on day 2. The second flight attendant receives block time only
> flown on day 2 and no less than 4:45 for day 3 (their 2nd A-day).

- If an A-Day trip is split through a jetway trade, and the split point
  is at a layover in a base city, then both flight attendants retain
  complete 4:45 A-Day guarantees as appropriate by duty period.
  **Example:** An A-Day holder on a 2-day ATL trip that lays over in CVG jetway trades
  the 2nd duty period out of CVG to a CVG flight attendant. Both flight attendants fly a
  complete duty period with the accompanying A-Day obligations and both receive the
  benefit of the A-Day guarantee of 4:45 each for the two separate duty periods/days.

## 2.Q Premium Pay

- Once Initial Training is completed, a flight attendant is eligible for
  any category of premium pay for which they are qualified.

- Premium pay applies to the greater of actual or scheduled flight
  hours. **EXCEPTION:** For pairings that mix premium category flying with
  non-premium segments, e.g. LOD or international with domestic, you will
  only be paid for the actual premium category time earned.

**Skill-Based Premium Pay**
- Skill-based premium pay includes Flight Leader and Language of
  Destination (LOD) pay.

## 2.R Flight Leader Pay

- For each **flight hour** working in the Flight Leader position, leader
  premium pay will be paid, prorated to the minute as indicated in
  the charts below.

| Domestic | Rate per Hour |
|---|---|
| B-737, MD-88, MD-90, B-757 B-767, B-777, B-767-400 | $2.70 |

| Transoceanic/Latin America | Rate per Hour |
|---|---|
| Transoceanic Flight Leader ("A") B-767ER, B-767-400, B-757, and B-777 ER/LR | $5.40 |
| Transoceanic Service Leader ("B") for B-767ER, B-777 ER/LR , and B-757 | $2.70 |
| B-777, B-737-800 (Latin America) | $2.70 |

## 2.S International Pay

- You will be paid a $1.00 per flight hour premium for all inter-national flying, increasing to $1.25 per hour *(Effective 1/1/09)*. The international premium applies to flight time, and includes international deadhead flight time.

- The international premium applies to block hours flown on all flights to/from points in the 48 contiguous United States to/from points in Alaska, Bermuda, Canada, the Caribbean, Central/South America, Hawaii, and Mexico, and between any Atlantic/Pacific gateway city and cities in Asia/Europe.  This also includes intra-theatre segments between Europe & Asia.

- The international premium also applies to international deadhead segments.

## 2.T Language of Destination (LOD) Pay

- If you are a participant in the LOD program, you will be paid $1.35 per flight hour for each required language segment on a trip even if the specific language staffing requirement has already been met.

- You do not have to hold the bid language position on a trip in order to receive language pay.  If you are qualified in the specific language(s) of the trip, you will be paid the appropriate language pay as it is assumed you will be using the language for customer service purposes during the flight.

- You will also receive language pay for any connecting deadhead segments to or from actual language segments.

## 2.U Holiday Pay

- If you fly on an approved holiday you will be paid a $20 per hour premium for each actual flight hour and fraction thereof worked on the approved holiday.

- The five approved holidays are New Years Day, Independence Day, Thanksgiving Day, Christmas Day, and New Year's Eve.

- For flights crossing midnight and flights crossing different time zones, all holiday pay time will be <u>based on the time zone of your base domicile</u>, and only the <u>actual flight time flown</u> on the holiday will be paid the holiday premium.  Credit time does not apply.

  <u>Example</u>
  | A | 1623 | CVG | 2100 | SFO | 2251 | 4.51 BLK |
  |---|------|-----|------|-----|------|----------|
  | | | SFO | 22.24 / Hotel | | | |
  | B | 369 | SFO | 2230 | CVG | 0552 | 4.22 BLK |

  - If day A is the holiday, 3:00 will be paid at the holiday rate (from 2100 to midnight CVG / EST time).

  - If day B is the holiday (starts at midnight out of CVG on flight <u>1623</u>), 1:51 will be paid at the holiday rate (4:51 block minus the first 3 hours of the flight.

  - If day C is the holiday, 4:22 will be paid at the holiday rate (the entire flight is after midnight CVG/EST time).

- You will receive holiday pay for all scheduled (or actual if greater) deadhead hours on a holiday, even if you have deviated from the deadhead segment.

- If you are on availability for pay protection due to a cancellation or reroute that shortens your pairing, you will be paid holiday pay only for the <u>actual flight time</u> you work/deadhead on your alternate assignment.

- You will receive holiday pay for all standby hours served on an hour for hour basis.  If assigned a trip, the standby time is calculated and paid separately.
  **Example:** You are not used after 4 hours of standby on a holiday.  You will receive $80 in holiday pay in addition to your standby pay.

**CONFIDENTIAL**                    **DELTA 002435**

Section 2                                                   43
Compensation                                          11/09/09

## 2.V Time Away from Base Pay (TAFB)

- The time away from base meal expense reimbursement is **$1.85** per hour for all domestic and non-transoceanic international trips.

- The time away from base meal expense reimbursement is **$2.40** per hour for all transoceanic trips (also applies to Hawaii flying).

- You will receive TAFB expenses beginning at scheduled report time of your trip and ending upon release at the end of your rotation.

  **NOTE:** Scheduled limo time between co-terminals is included in TAFB.

- If you report but do not depart on your assigned flight due to a flight cancellation or irregularity, your TAFB expenses will continue until you are released from duty for a rest period.

- If you are rerouted and your trip includes a domicile layover, time away from base does not apply to such domicile layovers.

- Time away from base pay does not apply to any layover time in Out-of-Base Pick-ups or in portions of Jetway Trades that are scheduled or rerouted to layover in your own home base/location.

- If you are approved to deviate from deadhead at the beginning or end of trip, you will be credited with the flight time and TAFB expenses of the originally scheduled deadhead leg(s).

- When you are on airport standby duty, if you are not given an assignment, your TAFB expenses will continue until you are released from duty for a rest period. This includes any training for which you are required to report in uniform and be available for duty.

- When assigned a pairing, A-Day flight attendants will be paid TAFB expenses from report time until released from duty.

- If released off a trip mid-rotation for extenuating circumstances such as an illness that requires hospitalization, and/or you are unable to be shown routed back to base for any reason, TAFB ceases at the release of the last working segment.

- If a trip is canceled, or is dropped for a special assignment, a court appearance for Delta, etc., time away from base pay (TAFB) does not apply. If a trip is shortened by a reroute, only the actual TAFB of the trip portion flown applies. If pay protection applies to a canceled trip or trip shortened by reroute, and an alternate assignment is flown, only the actual TAFB will apply.

**CONFIDENTIAL**                    **DELTA 002436**

## 2.W Non-Fly Daily Meal Expenses

- If you are eligible for daily expenses due to special assignment, temporary duty, etc., you should submit your expenses using the DEERS Expense Reimbursement program under Self-Service on the portal.   Expenses without receipts can not exceed the maximum amount per meal as indicated below:

|           | Domestic | International* |
|-----------|----------|---------------|
| Breakfast | $4.00    | $4.75         |
| Lunch     | $6.00    | $6.25         |
| Dinner    | $15.00   | $15.25        |

*International refers to destinations in Alaska, the Bahamas, Bermuda, Canada, Central/South America, Hawaii, Mexico, and Puerto Rico. *See the Human Resource Practices Manual for per diem meal expenses applicable to other international destinations.*

- You will be reimbursed in your regular paycheck, in either pay period.  Forms submitted after 90 days will not be honored.

- Under no circumstances will you receive both daily meal expenses and TAFB expenses.

## 2.X Hotel Expenses

- Delta provides hotel accommodations at each scheduled layover point.

- If for any reason crew rooms are not available at a scheduled or unscheduled layover, contact the IFS OCC Manager or Crew Tracking / Crew Accommodations.  Rooms will be booked at an alternate hotel and authorization will be sent to the hotel as necessary.

- If, during irregular operations, a layover occurs at an off-line point or if no hotel authorization can be facilitated due to communication problems, after waiting a reasonable amount of time but no more than 1 hour, flight attendants should pay for the room and claim the expense in the DEERS system.  Explain the reason in the remarks section, attach the receipt, and submit through DEERS for reimbursement.

## 2.Y Transportation Reimbursement

**Fares**
- When cancellations or a delay make the use of taxi service necessary, Delta pays for taxi fare between the airport and the hotel at scheduled or rerouted layover points.   Operations will issue a Ground Transportation Authorization Form for such transportation.  If none is available, pay for the cab, obtain a receipt and submit through the DEERS system for reimbursement.

- The normal time to wait for crew limo or shuttle transportation to the hotel should be no more than **20 minutes**.  Beyond this time, call the hotel or transportation company regarding any additional wait.  If more wait time is likely, either secure a voucher from operations for a cab or pay for the cab and submit an expense statement form with attached receipt in DEERS.

- If Crew Tracking authorizes a 30 minute late report and hotel or scheduled transportation is not available at the new report time, you can pay for a cab ride and submit an Expense Statement in DEERS for reimbursement.

- If you are rerouted into a co-terminal and no transportation has been provided, or wait time for scheduled transportation exceeds 20 minutes, you can pay for any available ground transportation (shuttle, taxi, etc.) and submit an expense statement in DEERS for reimbursement.

**A-Day Status**
- If notified to report for duty at your base less than **2 hours** before scheduled departure time (3 hours in NYC & LAX), you are eligible for a taxi allowance of up to $20.00 each way from and to your residence.

- To claim taxi allowance expenses, complete the appropriate form via DEERS, attaching a paid receipt from the taxi company or a ticket stub from an approved bus/limo service, and submit in the computer.

**New York Base**
- You may be eligible for additional expenses or reimbursements. See your Field service Manager for information.

**NOTE:** Submit all transportation claims as soon as possible.  Forms submitted after 90 days will not be honored.

**CONFIDENTIAL**                              **DELTA 002438**

Section 2                                                                      46
Compensation                                                            7/15/08

## 2.Z Tipping

- Tipping for transportation services is voluntary and is the responsibility of the individual crew members.  There is no reimbursement for transportation tipping.

## 2.Z.1 Short-Term Parking

**A-DAY Holder**
- If notified to report for duty less than 2 hours (3 hours in NYC and LAX) before scheduled departure time and authorized by Scheduling, you are eligible to request reimbursement for short-term parking expenses at the airport.

- You must submit your expenses using DEERS, with an attached receipt.

## 2.Z.2 Moving Expenses

- Delta does not pay moving expenses for a voluntary base transfer or job change.

  **NOTE:** Delta may pay moving expenses in extraordinary cases such as an involuntary base transfer.

*For more information, see the Human Resource Practices Manual (#1012) or consult your Field Service Manager.*

## 2.Z.3 Severe Operations Expenses

- In the event unusual circumstances result in extended delays, you can receive reimbursement for reasonable expenses incurred which are not normally covered (i.e. long distance call home, replacement of necessary incidentals, uniform cleaning, etc.)

- Complete and submit the expenses incurred via the DEERS system, along with appropriate receipts and explanation.  These should be directed to your local Performance Field Service Manager for approval.

**CONFIDENTIAL**                                    **DELTA 002439**

## 2.Z.4 Rerouted Into OFF Day (RRO4)

- If you are rerouted into an off day and a duty period has been added to your trip, e.g. a 2-day becomes a 3-day by trip definition standards found in Section 4, you are due 4 hours additional pay.

- If a qualifying reroute impacts a day on which you have another scheduled trip but you maintain a legal Delta minimum actual rest period before the next trip, the day will be considered an 'off' day and the additional RRO4 pay will apply.

- RRO4 pay does not show on your schedule total, but is viewable in the monthly time display (MOTS).  This pay time also does not count towards your annual flight requirement for benefits.

- A scheduled flight that is <u>delayed</u> into a new calendar day does not qualify for RRO4 pay.  A trip must be rerouted by virtue of a flight number or itinerary change.  Delays, attempts, diversions, equipment changes and stubouts do not qualify as a reroute.
  **NOTE:** Transoceanic trips may have the same return flight number, but if <u>rescheduled</u> to return a calendar day later, e.g. a 3-day becomes a 4 day, this qualifies for RRO4 pay.  Flights that simply delay past midnight into a new calendar day <u>do not</u> qualify for RRO4 pay.

- If you become illegal for your next scheduled trip due to the additional duty period, RRO4 does not apply.  Pay Protection Involving Two Pairings or More outlined in Section 3.H applies in these cases (includes being illegal by virtue of trip overlap or insufficient rest).
  **Exception:** If your next trip is dropped due to no 24 in 7 rest, then RRO4 <u>does</u> apply in addition to the two-rotation pay protection parameters.

- If as a Tripholder you are on a trip that is rerouted into an additional day(s) and releases during your scheduled A-Day block, your obligation for the remainder of the A-Day block is simply reduced and no RRO4 pay is due.  The block guarantee is also reduced by any <u>originating</u> flight and/or credit time on the A-Day.

- If a qualifying reroute impacts a training day or other non-fly duties that must be rescheduled, you are due the RR04 pay.

- If you are drafted for a trip or pick up a trip with incentive pay and the trip is subsequently rerouted and qualifies, RR04 pay will also apply in addition to the DRFT or the IPY4 pay.

- If a qualifying reroute is into a scheduled PPT day, you are due the RR04 pay.  In addition, you can either keep the scheduled PPT day or you can request that the PPT day be returned to your bank.

- During Severe Operations, when Mandatory Availability (MAVL) is in effect, if you are assigned an alternate trip that is <u>scheduled</u> to release more than 4 hours past your original trip's scheduled release, then draft pay is due.  If the trip is subsequently rerouted and qualifies, RRO4 will also apply.

**CONFIDENTIAL**                              **DELTA 002440**

## 2.Z.5 Rerouted / Rescheduled Into Vacation Day

- When you are rerouted / rescheduled into a vacation day you will be paid an additional +4 hours of flight pay.  The code that will appear on your schedule is FIVD (Flown Into Vacation Day).

- Your trip must be rerouted and must release into the vacation day to qualify for FIVD pay.  You can leave the vacation day where it is or you can opt to move the vacation day to the end of that specific vacation week.  Any trip dropped as a result is not pay protected. **NOTE:** Delays, diversions, attempts, equipment changes, and stubouts do not qualify as a reroute.  If your trip is delayed into the vacation day due to any of these, the FIVD will not apply.

- FIVD pay does not show on your schedule total, but is viewable in the monthly time display (MOTS).  The pay time also does not count towards your annual flight requirement for benefits.

## 2.Z.6 Reroute Pay Chart

The reroute pay chart clarifies several variations for Tripholders and A-Day holders that can occur when being rerouted or flown into an off day.  The associated pay and accompanying codes are noted below:

| Event | Who Qualifies | Pay | Pay Code | FA Action Required |
|---|---|---|---|---|
| **Rerouted/rescheduled Into Off Day with duty period added** | Trip holders & A-Day holders | +4 | RRO4 | None |
| **Rerouted/rescheduled into Off Day with duty period added AND deviating deadhead** | Trip holders & A-Day holders | +4 | RRO4 | Call Scheduling for deviation of DH |
| **Flown Into/Scheduled Into Off Day** | A-Day holders only | +4 | DRFT (or additional off day option in a subsequent bid period) | None for DRFT pay; If off day option is chosen, use the eCrew on-line form |
| **Rerouted/rescheduled into Vacation Day** | Trip Holders & A-Day holders | +4 | FIVD | Call Scheduling to add the FIVD code |
| **Delayed Into Off Day** | N/A (Not applicable) | N/A | N/A | N/A |

## 2.Z.7 Draft Pay

- Draft pay is an additional 4 hours flight pay above the value of the trip flown.  It does not include additional premium pay.  Draft pay (like RRO4 and IPY4 pay) does not count towards the annual 540 hour flying requirement to maintain full benefits.  When drafted, the acronym **DRFT** will appear on the schedule.

- Draft pay applies to:
    1. an A-Day holder scheduled into (in advance), or piggy-backed into (continuation flying) an off day or days;
    2. tripholders involuntarily assigned from another trip, to a TFLA, TFLB , or LOD position; or as an inbound terminating flight attendant to additional flight segments

- Draft pay does <u>not</u> apply to:
    1. required assignments to Flight Leader or LOD pairings that are part of the CBS bid process, or
    2. an A-Day if you preference a specific trip that schedules you into an off day, or
    3. a draft assignment for which you call in sick

- Draft pay will not show on your monthly schedule total but will be viewable in MOTS (monthly time display) in eCrew/DBMS.

- If you become illegal for your next scheduled trip as a tripholder due to a draft assignment, DRFT pay will not apply.  Pay Protection Involving Two Pairings or More as outlined in Section 3.H applies in these cases (includes illegal by virtue of insufficient rest, trip over-lap, or a 24 in 7 rest illegality).

**A-Day Holders**
- If an A-Day holder is <u>scheduled</u> into an off day(s) which includes 'piggy-backing' into the off day, they qualify for draft pay for <u>each</u> of the off periods they were scheduled into.  This does not apply when being <u>rerouted* or delayed</u> into the off periods.
  **\*NOTE:** RRO4 may apply if the reroute qualifies.

<u>Draft Pay Applies</u>
   **Example 1:** As an A-Day holder you have 2 A-Days remaining in your block and due to critical operations must be assigned a 3-day transoceanic trip. You will be paid 4 additional hours flight time for being scheduled/drafted into your first off period.

   **Example 2:** On arriving back into base on your final A-Day at 1700, you are scheduled for additional piggyback flying that is scheduled to return at 0230 the following morning.  Your base A-Day time ends at midnight.  You are due draft (DRFT) pay of an additional 4 hours flight time for being scheduled/drafted into your first off period.

| Section 2 | 50 |
| --- | --- |
| Compensation | 7/15/08 |

Draft Pay Does Not Apply

> **Example 3:** On the first day of your 3-day A-Day block, you are assigned a 2-day trip scheduled back into base at 1800 on the 2<u>nd</u> <u>day</u>. You are <u>scheduled</u> for additional piggyback flying that returns the 3<u>rd</u> day at 1800. No draft pay is due as you were extended / flown on your scheduled A-Day.

> **Example 4:** You are assigned a 3-day trip on your 3-day A-Day block that is scheduled for release at 2100 hours. Due to a lengthy delay on C-day, though you are not rerouted, you are delayed and arrive back into base and released at 0030. No draft pay is due when simply delayed into off time.

> **Example 5:** On your 3-day A-Day block your 3-day trip is scheduled for release at 2200 and is rerouted on C-day. Your rerouted 3-day trip is now scheduled to be released at 0100. No draft pay is due for a rerouted trip. However, if an additional duty period was added that originated on the off day, then RRO4 pay would be due.

## Option for Off Day vs. DRFT Pay

- When draft pay applies you have the option to choose an additional off day in a subsequent bid period in lieu of the draft pay. *See Section 5.O for details.*

## Tripholders

- Flight Leader and LOD qualified flight attendants who are drafted for needed positions are paid the greater of the two trips plus 4 hours of draft pay.   A flight attendant who is drafted off of an inbound terminating flight will be paid the additional segments / trip flown plus an additional 4 hours pay.
  **Example:** During severe operations you complete your trip and arrive in the ATL base at 1300, and are drafted as an inbound terminating crewmember to fly two additional segments that same day from ATL-BHM-ATL. You will be paid the additional segments plus 4 hours draft pay.

- During severe operations when on mandatory availability tripholders given an alternate trip will be paid draft pay if the alternate trip is scheduled for release more than 4 hours past the release of the original trip.
  **Example:** Your 3-day trip cancels. It was scheduled to release in base at 1500. You are on mandatory availability and are assigned an alternate assignment that releases on the third day at 2100. It is more than 4 hours past the original release so you are paid the greater of the original trip or the alternate trip, plus 4 hours.

- During severe operations when on mandatory availability if you are assigned a trip(s) of lesser value, you will be paid the value of the original trip plus 4 hours, if the alternate trip is scheduled for release more than 4 hours past the release of the original trip.
  **Example:** Your 3-day trip worth 15 hours cancels. You are assigned an alternate trip worth 14 hours and it is scheduled for release more than 4 hours past your original trip's scheduled release. You will be paid 15 hours plus 4 hours of draft pay.

Section 2                                                       51
Compensation                                              7/15/08

## 2.Z.8 Draft Pay Chart

- When crews are <u>rerouted, rescheduled or delayed</u> into their off time (both tripholders and A-Day holders), draft pay <u>does not</u> apply, however, RRO4 pay may apply if a qualifying reroute *(See Section 2.Z.4.for reroutes qualifying for RRO4 pay)*.

| If I am...... | I am paid as follows..... |
|---|---|
| An A-Day holder on a trip with an <u>assigned</u>*and <u>scheduled</u> release into my off time. <br> *not preferred | Trip flown plus 4 hours |
| An A-Day holder 'piggybacked' with additional segments into my off time (a scheduled release into off time). | Trip flown plus 4 hours |
| An A-Day holder and I am assigned additional segments within my normal base A-Day hours. | Additional segments only |
| A tripholder or A-Day holder who is rerouted/rescheduled or delayed into my off time. | Trip flown.  Draft pay does not apply.  However, RRO4 pay may apply if the reroute qualifies.  *See Section 2.Z.4.* |
| Drafted and it causes a conflict with my next trip.... | Pay protection under two-rotation guarantee parameters apply; draft pay does not apply. |
| A tripholder given an alternate assignment during severe operations that is scheduled for release more than 4 hours past, but no more than 24 hours past the original trip release time..... | Greater of trip(s) flown or the original trip value, plus 4 hours draft pay. |
| A tripholder (e.g. TFLA, TFLB, LOD) removed from another trip that same day and drafted for a needed assignment. | Greater of the two trips plus 4 hours.  If drafted for a <u>greater-day</u> trip +8 will apply (reverse-assignment DRFT, plus greater day trip into off time DRFT). <br> **NOTE:**  A trip of the same length, i.e. number of days, though scheduled to arrive later, does not qualify for DRFT. |
| A tripholder drafted from an inbound flight to fly additional segments. | The additional segments plus 4 hours. |

### 2.Z.9 Incentive Pay (IPY4)

- During critical irregular operations or declared severe operations when staffing is extremely critical or projected to be so, senior Scheduling management can authorize the awarding of incentive pay for certain days/dates. This information is posted on the broadcast screen.

- Incentive pay is an additional 4 hours of pay. The code IPY4 will appear next to the trip it is applied to but will not show in your schedule total for the bid period. It will display in your Monthly Time Display (MOTS) in eCrew.

- If a trip you volunteered for with IPY4 pay cancels and you make yourself available for an alternate assignment, you will still be paid the IPY4 pay with the alternate assignment. If you are not assigned an alternate assignment you are still due the pay protection for the cancelled trip and the IPY4 pay.
  **NOTE:** If you choose a priority pick-up as your pay protection option to use on another date, you will not be paid the IPY4.

- If you pick-up multiple trips with incentive pay, e.g. two turn-arounds on SAT-SUN, and due to a reroute on the first trip, the second trip is dropped, you will receive pay for both IPY4 whether you go on availability for an alternate assignment or are paid the value of both the master rotations under the Two-Rotation Pay Protection policy parameters.

- If you volunteer for, or pick-up a trip for incentive pay and then subsequently swap the trip to another flight attendant, the incentive pay will not transfer to the receiving flight attendant.

- Incentive pay, like RRO4 and DRFT pay, does not count towards the annual 540 hour flying requirement to maintain full benefits.

### 2.Z.10 Vacation Pay

- Vacation is awarded in a minimum of 7 day increments unless you have and specify you are bidding for a partial week, which is 4 to 6 days. If you have a partial week of 1 to 3 days, those days have to be bid with a 7 day vacation for a total of 8 to 10 vacation days. Only one vacation period can be less than (or more than) 7 days.

- You will be paid 2:45 per day for each calendar day of vacation.

- There is no premium pay associated with vacation days. *For complete information on the Vacation Benefits and program see the IFS Handbook- Benefits, located on the IFS Portal.*

Section 2                                              53
Compensation                                      1/12/11

## 2.Z.11 Paid Personal Time (PPT)

**Scheduled and Unscheduled PPT Days – All Flight Attendants**

- All flight attendants accrue PPT time at the rate of 1.75 hours per pay period, or 3.5 hours per month. You must be on active status at the end of each pay period in order to accrue the PPT.

- You will be paid 6 hours per day (for pre-month bid award and additional daily awards) or trips-missed (for unscheduled use, e.g. when you call in sick) up to a maximum of 42 hours or 7 days annually. If you qualify by maintaining the annual flying requirement of 540 hours in the previous year, the 7 days are renewed annually on April 1st. The days can be used for sick time, OJI, or personal time off..

- Paid Personal Time can be scheduled in advance (SPT, paying 6 hours per day) or unscheduled, e.g. UPS for sick, UPO for OJI, etc. which pays a trips-missed rate, or 6 hours per day for A-Days.

- The 'trips-missed' rate is for block and credit time only, and does not apply to any premium pay such as leadership, LOD or international time.

- Any unused time will roll-over to the next year unless you specify it to be paid out for the year. The maximum you can accumulate in your PPT bank is 14 days. The annual payout for unused earned allotment of PPT will be no later than May 31 each year. The payout will be based on your flight pay rate as of March 31 of that year.

## 2.Z.12 Mandatory Departmental Meeting Pay

- You will be paid at the rate of $12 per hour for attending any mandatory departmental meeting. The Company calls for these meetings periodically for all flight attendants, and they are to communicate company goals and financial results, and/or program updates specific to In-Flight Service. Once scheduled, pay for such meetings will automatically be on your monthly time display (MOTS) statement. This provision does not apply to individual or small group meetings.

## 2.Z.13 Emergency Leave of Absence (ELOA) Pay

- All flight attendants who qualify for ELOA will be paid up to 3 days ELOA within a 5 day period for each qualifying deceased family member.
  **NOTE:** You must have completed 6 months continuous service with the company to qualify for ELOA pay.



**CONFIDENTIAL**                    **DELTA 002446**

Section 2                                                54
Compensation                                          1/12/11

- The pay rate for ELOA is 5:30 per calendar day, and each paid day must be plotted on a trip day or A-Day.  ELOA can also be applied to other paid work statuses such as training or special assignments. *For more information on Bereavement Policy and ELOA, see Death in the Immediate Family in HRPM 1023.*

## 2.Z.14 Jury Duty / Court Appearance Pay

### Jury Duty
- If you qualify for jury duty pay, you will be paid at the rate of 6:00 per calendar day on a day for day basis for all affected trip days or access days.

- Jury duty will be plotted when trips or A-Days interfere with such service and paid to a maximum of 15 days (cumulative for both Jury and Court Appearances) each calendar year.
  **Example:** You have a 3-day trip on SUN-MON-TUE, but must report for Jury duty Monday through Friday.  You have no other work assignments that week.  JURY @6:00 per day will be plotted on your schedule for each of the 3 days, SUN-MON-TUE.

**NOTE:** In states or counties where pay variances exist, such as in the state of Massachusetts and certain counties in Florida, the respective state and county laws will determine pay for Jury Duty.

### Court Appearances on Behalf of the Prosecution
- If you qualify for court appearance on behalf of the prosecution, you will be paid at the rate of 6:00 per calendar day on a day for day basis for all underline{affected} trip days or access days.

- Court appearances (C/A) on behalf of the prosecution will be plotted on your schedule when trips or A-Days interfere with such service and paid to a maximum of 15 days (cumulative for both Jury and Court Appearances) each calendar year.  Pay for court appearances on behalf of the prosecution does not apply on your off days.

### Court Appearances on Behalf of Delta

- For court appearances at Delta's request and on Delta's behalf that interfere with a trip or A-Days, you are paid 6:00 per applicable calendar day or trips missed, whichever is greater.  For single day appearances on behalf of Delta that occur on days off, you are also paid 6:00 per calendar day.  These court appearances for Delta do not count towards the 15 day maximum. *For more information on jury duty and court appearances, see Section 6.Y.*

**CONFIDENTIAL**                          **DELTA 002447**

## 2.Z.15 Training Pay

- You are paid 2:45 per day for training or at a flat rate of $10 per hour for certain computer-based training (CBT).

**Continuing Qualification (Recurrent)**
- You are paid and credited with 2:45 flight time per day for CQ training.
  **NOTE:** If your base is required to travel to attend CQ, and a travel day is either requested or necessary due to exceeding duty period limitations, overnight accommodations will be provided at company expense and you will be paid a flat rate of $50 for the travel day.

- You will be paid $10.00 per hour for CBT regulatory training.

- All FAA mandated training has a minimum hourly requirement for attendance which requires on-time registration and start times. If you arrive late to training, you will be rescheduled and may be subject to administrative action. Also, all return flights should be scheduled after the class end time.

- If required to travel out of base for mandatory training and you subsequently miss training due to delayed or canceled flights, the following pay applications will apply:

  - If you report but do not travel to training, including delays, attempts or cancellations, you will be paid a flat rate report pay of $10.80, or 1 for 2 time, whichever is greater.
  - If you report and travel to training but the approved travel flight is late resulting in your missing the scheduled class, one of the following will occur:

    1. You will be rescheduled to attend a class with a later start time on the same day as long as the class can be completed with a legal rest break before any subsequent flying, or
    2. You will be rescheduled to attend a class on a later date. You will be paid a travel day rate of $50.

- In the event of a cancellation of your flight returning from training and you must return to your base the next day, the code TRVL will be put on your schedule, paying you for an additional travel day.

**Aircraft Training**
- You will be paid $12 per hour for required classroom training.

- If you attend In-Base Transition Aircraft Training, you will be credited with a 1 hour early report for your next scheduled trip.
  **NOTE:** This generally is a result of a differences bulletin and/or equipment training requiring hands-on review or operation.

**CONFIDENTIAL**                    **DELTA 002448**

### Flight Leader Training
- Pay for the Flight Leader training is $12 per hour.

### International Training
- You will not be paid for International Training as participation in this program is voluntary.

**NOTE:** Pay for other types of required training and meetings will be $12 per hour. You may be eligible for reimbursement for other reasonable expenditures. You must submit an Expense Statement in DEERS and attach applicable receipts. Forms submitted after 90 days will not be honored.

## 2.Z.16 Special Assignment Pay

### Hourly Rate
- The hourly rate for some special assignments is either $26 or $28 per hour, dependent on the specific assignment.
  **Example:** You are on a special assignment from 0800-1700 at the General Office and are offered and paid $26/per hour actually worked.

- There is no full-month guarantee, but a flight attendant working a full month on special assignment can opt to fly on non-office days (excluding access days). All legal rest requirements will apply.
  **Example:** You are scheduled to work 8 hours per day for a full 5-day week (MON-FRI) at the General Office on special assignment. You desire to pick-up and fly a turnaround on Saturday. This is legal as long as you have a full 24 hour rest period on Sunday.

## 2.Z.17 Pay Discrepancies

- It is your responsibility to review your paychecks and flight pay statements for accuracy in a timely manner.  Should you find a discrepancy bring it to the attention of the proper department for handling (i.e., Employee Accounts Receivable, the Credit Union, etc.).

- If you think there is a discrepancy in your flight pay (i.e., missing flight pay, holding pay, etc.), contact IFS Scheduling Pay Support using the VRU phone system.

- For all other paycheck related concerns, contact the Employee Service Center (ESC).

## 2.Z.18 Pay For Incompleted Trips

- If you are unable to complete a trip due to an illness or injury, you are paid for the actual flight time worked or flown, including scheduled deadhead time*.  Any remaining trip time balance is paid at a 'trips-missed' rate from your PPT bank, if available.

- You can call in 'well' from your illness before the scheduled completion of the trip if you wish to conserve PPT time.

- If removed from your trip due to an ELOA, you will be paid for the portion of the trip flown and then have up to 3 ELOA days shown on your schedule.  If you have subsequent trips as a tripholder within the 5 day period of your removal from the trip, the ELOA days can be applied to those trips as per normal ELOA policy.

- If you are unable to complete a trip for any reason other than illness, on-the-job injury or ELOA status, you have the option to be paid only for the completed/flown portion of the trip (in conjunction with MTO).

*You will not receive deadhead pay to return to base.

**CONFIDENTIAL**                          **DELTA 002450**

## 2.Z.19 Airport Standby Credit

- Airport standby duty time is paid as 1 for 2 duty credit plus any assigned flight time, if applicable. A normal standby period is 4 hours, but can at times be adjusted in or out of base to align with operational needs.

- Once assigned a trip, any standby time completed before trip sign-in, or point of notification whichever is later, will be paid at the 1 for 2 credit rate.

  **Example:** You sit standby for 2 hours and 30 minutes prior to being assigned a trip worth 6 hours flight time. You receive 1:15 hours of 1 for 2 duty credit for the standby period plus 6 hours flight time for a total of 7:15.

- Standby pay credit is applied the same for both in-base and out-of-base standby. For out-of-base standby (STBO), you will be paid the deadhead flight time required to position you out-of-base plus any standby time at the 1 for 2 rate, plus the segments flown, plus any applicable flight or deadhead segments to return to your base.

- All standby pay applies toward the A-Day block guarantee.

## 2.Z.20 Duty Period Extensions

- Flight attendants can request Scheduling to extend a final duty period up to 1 hour for required F.A.C.T.S. entries, substance testing, helping with unaccompanied minors, babysitting aircraft, etc.

- Requests for duty period extensions exceeding 1 hour past the original release time must be forwarded to, and be approved by a Scheduling Supervisor and/or local base management.

- Any mid-rotation duty period extension must be handled through Crew Tracking as it can affect duty period requirements and subsequent rest legalities.
  **Example:** Arriving at the layover point, a flight attendant crew assisted in deplaning numerous wheelchair passengers. They were engaged with this assistance for 45 minutes past the original arrival time. Crew Tracking was contacted to adjust the release time at the layover point.

**CONFIDENTIAL**                          **DELTA 002451**

Section 2
Compensation                                          7/15/08

THIS PAGE LEFT INTENTIONALLY BLANK.

**CONFIDENTIAL**            **DELTA 002452**

### Section 3 – Trip Pay Protection Policy

Pay Protection Policy .................................................. 59
Pay Protection Options ............................................... 59
Loss of Time on a Single Pairing Due to CNX/Reroute ....... 59
Availability Chart ....................................................... 60
Contacting Scheduling................................................ 61
Availability Notification Times & Procedures .................... 62
   General                                                        62
   Details and Examples When On AVL                               62
   Availability for the 'Duration of the Trip' & Examples          63
   Additional Notification Parameters                             65
Alternate Assignments ............................................... 66
   Notification Reminder                                          66
   Alternate Assignment Parameters                                66
   At the Airport Cancellations                                   67
Pay Protection Involving Two Pairings Or More................. 68
Pay Protection Options for Out-of-Base Pairings .............. 70
Pay Protection for Trips Transiting Two Bid Periods........... 71
Pay Protection for Draft And Incentive Pairings ................ 72
Pay Protection for Charter Pairings................................ 72
Scheduling Errors ..................................................... 74

**CONFIDENTIAL**                          **DELTA 002453**

Section 3
Trip Pay Protection Policy                                7/15/08

THIS PAGE LEFT INTENTIONALLY BLANK.

**CONFIDENTIAL**                        **DELTA 002454**

## 3.A Pay Protection Policy

- The information in this section applies to tripholders.  Pay protection information applying to A-Day flight attendants is defined in Section 5, Access Days.

- There are separate applications for the following situations:
  1. loss of time on a single pairing due to a cancellation or reroute
  2. pay protection involving <u>two pairings</u> or more which can be due to a trip <u>overlap</u>, or <u>insufficient break between two pairings</u> (domicile rest, or lack of a 24 in 7 rest)
  3. pay protection for trips transiting two bid periods.

**NOTE:** After trips are published in the bid packet, Marketing changes can re-time flights that increase/decrease the trip value.  Original tripholders are guaranteed the original published value, but trips taken from open time are only guaranteed the value of the trip at the time the trip is taken from open time.

## 3.B Pay Protection Options

- Pay protection is available for a tripholder to receive equivalent pay for a scheduled trip which has a loss of time through no fault of your own.  The loss can be for a complete trip or portion of a trip and caused by weather, mechanical, misconnection, cancellation, equipment substitution, or scheduling error.

- You can choose one of the following three options:
  1. Elect to take time off with no pay protection.
  2. Priority Pick-Up (for current bid period use within the 1 calendar day timeframe prior to a day of operation only)
     **NOTE:** If occurs in last 7 days of a bid period, can opt for next.
  3. Be placed on availability with pay protection guarantee.
     **NOTE:**  To support the operation, the flight attendant and Scheduling can opt for a mutually agreeable date on which to serve the pay protection and availability period.

## 3.C Loss of Time on a Single Pairing Due to CNX/Reroute

- If you lose flight/credit time on a trip through no fault of your own, after schedules are released for that bid period, you will be paid as scheduled, including applicable premium pay, provided you make yourself available for an alternate assignment when required.
  **NOTE:** Only <u>actual</u> time-away from base (TAFB) pay will apply.

- The guarantee will be the originally published value of the trip on your schedule or the <u>value of the pairing at the time it is placed on your schedule</u>.
  **Example:** A trip worth 10 hours is rerouted in advance of operation and is worth 9:30.  If the revised pairing is then picked-up or swapped from open time or another flight attendant, it is guaranteed for 9:30.

Section 3                                                      60
Trip Pay Protection Policy                              7/15/08

- If you have a trip with the designator IPY4, indicating incentive pay of an additional 4 hours pay, and your trip cancels, you are pay protected for the full value of the trip including the IPY4 pay, if you choose to go on availability for pay protection.

- Once you have chosen availability, if your alternate assignment cancels, you are placed back on availability using your original trip parameters.  If however, your second alternate assignment (if day for day) is then subsequently shortened due to a reroute, you are not required to be available for additional flying.

- Your requirements should you choose to be available for pay protection involving a single pairing are outlined below.

## 3.D Availability Chart

| Flight Credit Time Lost On A Single Pairing | Availability Required |
|---|---|
| 1. If your entire trip cancels, or is shortened by a calendar day/duty period... | Yes |
| 2. If 'A' day cancels and you report for duty at your home base on the next/subsequent calendar day... | Yes |
| 3. If "A" day reroutes to deadhead only during first duty period to pick up balance of trip... | No |
| 4. If 'A' day has an attempt with no landing in another city, or the duty period consists of only non-fly duty... | Yes |
| 5. If you lose flight/credit time on a trip and arrive back into your home base within the same duty period as scheduled (requires a takeoff from point of origination and landing at another airport). | No |
| 6. If you lose flight/credit time on your trip and you return to your home base **prior** to the original scheduled report time* of the last duty period... | Yes |
| 7. If you lose flight/credit time on a trip which is extended an extra day... | No |

**NOTE:** Any time availability is required ("yes" answer in chart) and you opt not to go on availability, you will forfeit pay protection for the trip.

*If layover is in another time zone, convert times to local base time for availability determination.

**CONFIDENTIAL**                        **DELTA 002456**

## 3.E Contacting Scheduling

- The schedule code **CALL** will appear on your schedule whenever a trip cancels or loses portions of flight/credit time that requires availability.  If a trip overlap has occurred due to a reroute or other illegality, Scheduling will also create a **CALL** window that needs your response.  A pop-up screen indicating '**CALL'** will appear when you next log on to the computer.  Call Scheduling as soon as possible to indicate your pay protection option.

- Scheduling will also attempt to make phone contact using your first two contact numbers (residence phone, cell phone, etc.).

**Call Scheduling to Change CALL to AVL**
- Scheduling must assign flight attendants on availability prior to all other trip coverage procedures, including A-Day assignments.  If you do not call Scheduling by the times indicated below, you will lose your pay protection options and forfeit pay.

| If your trip cancels... | You must contact Scheduling... |
|---|---|
| *2 calendar days or more prior to report | By 0600 local time **1** calendar day prior to report |
| 1 calendar day or less | As soon as possible, but no later than **6 hours** prior to original report time of the lost trip, or upon notification if less than 6 hours |

* Or upon release from a trip, if flying.

- If your trip is shortened mid-rotation, you are required to contact Scheduling immediately **upon your return** to your home base/location and before leaving the airport. <u>Leaving the airport indicates you are not choosing to go on availability</u> and the pay guarantee will be removed.  Scheduling will assume you chose the option of time off without pay protection for lost time.

- If severe operations have been declared, Scheduling can, at the time of notification, assign alternate assignments to flight attendants choosing availability.

**CONFIDENTIAL**                         **DELTA 002457**

Section 3                                                          62
Trip Pay Protection Policy                                   7/15/08

## 3.F Availability Notification Times & Procedures

### General
- Once Scheduling is contacted and you elect availability, Scheduling will change the schedule code **CALL** on your schedule to **AVL**. The time of cancellation or reroute affects the exact time you must be available for contact.

- Scheduling will or will not call you for your alternate assignment based on the following criteria:

| **No phone contact** from Scheduling...... | **Scheduling will call you...** |
|---|---|
| • For alternate trip assignments <u>placed on your schedule prior to 2000 hours</u> the day before each day of availability (AVL), **you will not be called or notified by Scheduling**. It is your responsibility to check your schedule for your next-day assignment. | • For any <u>same-day departure</u> while you are on AVL, or for any trip that is <u>placed on your schedule after 2000 hours</u> the day prior to each day of availability (AVL), **you will be called and notified by Scheduling.** |

### Details and Examples When On AVL
- The day before your availability day(s), if Scheduling places an alternate trip assignment on your schedule **PRIOR TO 2000 HOURS** <u>it is your responsibility to check your schedule after 2000 hours for the assignment</u>. Scheduling will <u>not</u> notify you of these assignments. If however, an alternate assignment is placed on your schedule <u>after</u> 2000 hours for the next day, Scheduling will contact you.

**Example 1:** At 1500 on the 4th, your one-day trip for the 5th cancels and you choose AVL. At 1930 on the 4th, Scheduling places an alternate assignment on your schedule for the 5th. Scheduling <u>will not contact</u> you since it was placed on your schedule before 2000 hours on the 4th. It is your responsibility to check your schedule after 2000 hours the day before for your assignment.

**Example 2:** At 1800 on the 9th, your one-day trip on the 10th cancels and you choose AVL. An alternate trip doesn't become available until 2130 on the 9th. Scheduling <u>will contact</u> you either immediately at 2130, or the next day no later than 2 hours prior to the alternate trip report time (3 hours prior in LAX and NYC).

**CONFIDENTIAL**                        **DELTA 002458**

**Example 3:** At 0800, report time, your two-day trip on the 15th cancels and you choose AVL. With no alternate trips available, you are released for a domicile rest. You are on active AVL for the duration of the 2-day trip up until scheduled release time on B-day. If a trip for the 15th becomes available later that same day (after your domicile rest) you will be called for the trip after your phone release. However, if a 1-day trip is placed on your schedule that reports on the 16th, and it is placed on your schedule prior to 2000 hours on the 15th, no call will be made and it is your responsibility to check your schedule after 2000 hours on the 15th.

## Availability for the 'Duration of the Trip' & Examples

- You must be available for phone contact starting on the calendar day of your scheduled trip that has cancelled or is shortened by reroute, and for the entire duration of your scheduled trip up until release time. This is in addition to the 2 hours prior to report when the cancellation is known in advance.

    **Example:** Your cancelled 3-day trip was originally scheduled to sign in at 0900 and be released at 1800 of C-day. You must be available for contact 2 hours prior to your original sign-in (from 0700-0900), and you are obligated to be available for contact from 0900 until 1800 of C-day.

- For cancellations at or after report time and for reroutes that return to the domicile early, Crew Tracking and Scheduling have up to 2 hours while you remain at the airport to assign you replacement flying or an alternate assignment. This applies once you are released to Scheduling and if you choose availability for pay protection. If severe operations have been declared for your base, Crew Tracking and/or Scheduling has up to 4 hours.

- Notification times vary depending on the time of cancellation and if the loss of time is due to a reroute. The following examples indicate when you must be available for **notification**:

    1. For <u>advance cancellations</u>, you must be available for notification of an alternate assignment during the 2 hour period prior to the report time of the original pairing, and for the duration of the scheduled pairing.

        **Example:** You are notified in advance of a cancellation that was to report at 1300. You must be available for notification from 1100 to 1300, and from 1300 until the scheduled release time of the original trip.

        **NOTE:** Once on availability, you <u>will not be notified</u> of trips placed on your schedule prior to **2000 hours** the day prior to AVL days. It is your responsibility to check your schedule.

Section 3                                             64
Trip Pay Protection Policy                       7/15/08

2.  For <u>at/after-report cancellations</u>, Scheduling has up to 2 hours while you remain at the airport, from report time or the time of notification of the cancellation, whichever is later, for assignment. If you are on a multi-day trip, you can be given a 9 hour phone release and an 11 hour rest for trip assignment purposes. You must then be available for the remaining duration of your original trip.

    **Example:** You report at 1100 for a 2-day trip and are notified of the trip cancellation at 1115. Scheduling can take up to 2 hours from 1115-1315, to assign but advises you at 1130 they have no comparable trip to assign. Scheduling will release you for a 9 hour phone release (11 hours until the earliest possible report). You are next available for notification that evening from 2030 and for the remaining duration of your scheduled trip until release time.

    **NOTE:** Once on availability, you <u>will not be notified</u> of trips placed on your schedule prior to **2000 hours** the day prior to AVL days. It is your responsibility to check your schedule.

3.  For <u>reroutes that shorten a trip</u> and return to base, Scheduling has up to 2 hours, while you remain at the airport, from the <u>release</u> time of the trip in base (or time you notify Scheduling of your pay option chosen, if later) to assign you an alternate assignment, or you are given a 9 hour phone release and an 11 hour rest for trip assignment purposes. You must be available for the remaining duration of your original trip until release time.

    **Example:** Your 3-day trip is rerouted and you are released in domicile on B-day at 1330. You can either be:
    a) assigned additional flying within that same duty period;
    b) given an alternate assignment the next day after a legal rest; or
    c) given a 9 hour phone release and minimum 11 hour domicile rest. You must then be available for contact at 2230 on B-day and for the remaining duration of your scheduled trip until release time on C-day.

**CONFIDENTIAL**                    **DELTA 002460**

Section 3                                                    65
Trip Pay Protection Policy                              7/15/08

## Additional Notification Parameters

- Once you have chosen availability for pay protection, you are required to be available for contact for the entire duration of the specified time and to accept the alternate assignment given. If you are not available for contact or do not report for your assigned trip you will be given a CFSM for a failure to be available (FTA) or failure to cover (FTC) as applicable.

- For any alternate trip assignment received during your avail-ability period, you are given a minimum of 2 hours from the first contact attempt by Scheduling to the scheduled departure of the flight (3 hours in LAX and NYC).

- Reporting for an alternate assignment **later** than 2 hours from the first contact attempt by Scheduling (or after sign-in time, which-ever is later) will result in being subject to forfeiture of pay protection (3 hours in LAX and NYC).

- If requested to report for an alternate assignment with **less** than 2 hours to departure, you must make every attempt to report by the scheduled departure time of the flight.  However, failure to report in less than 2 hours will not subject you to disciplinary action or forfeiture of pay.

- Scheduling will call your first two contact numbers in the computer and leave a message if applicable. You must contact Scheduling within 20 minutes from the time a message is left or the time you are paged (if applicable) to maintain pay protection.  If you do not respond within 20 minutes you will be given an FTA (failure to be available) and subject to administrative action.

- If you are released for a mandatory 24 hour rest for FAA purposes, and you are on availability, you are released from being available for that 24 hour period.  If contact is made however, by you or Scheduling regarding your alternate assignment, the rest is not considered interrupted.

- An A-Day holder can be removed from a trip and it given to a tripholder on pay protection provided this is done either at the time the flight time is lost or when the tripholder flight attendant advises Scheduling they choose AVL.  It will not be less than 2 hours before departure of the trip.

## 3.G Alternate Assignments

- Alternate assignments are made in reverse order of seniority and by specific qualification, when needed. When on availability, you are used before all A-Day assignments, pick-ups, and move-ups.

- For advance cancellations (e.g. a trip cancels the entire month due to Marketing changes), and once you have chosen availability, Scheduling can place alternate trips on your schedule (during availbility times) at any time. When available for pay protection, you should check your schedule often for your alternate assignment.

### Notification Reminder

- If Scheduling places an alternate assignment on your schedule **prior to 2000 hours the day before your availability day(s)** you <u>will not be notified</u>. It is your responsibility to check your schedule. After 2000 hours prior to each day of availability, Scheduling will notify you of any trip assignment for the next or that same day, whichever applies.

### Alternate Assignment Parameters

- Alternate assignments will be **scheduled** to report no sooner than the report time of your original trip and to <u>depart</u> no later than the <u>scheduled release</u> of the original trip.

- Alternate assignments will be **scheduled** to return **no later than 4 hours** after the <u>scheduled release</u> of the original trip. Normal reroute rules will still apply for any subsequent reroutes.

- Any alternate assignment will be a trip or trips as comparable to your original trip as possible (1-day for 1-day, 2 turnarounds for 2-day, etc), and it cannot interfere with your next trip when placed on your line. You can be assigned any trip you are qualified to fly.
  **Example:** Your 3-day transoceanic trip cancels at report. You are released for a minimum 11 hour domicile break and 9 hour phone release and are subsequently assigned a 2-day Flight Leader assignment the next day.

- You can be **<u>assigned multiple trips</u>** during the period you are required to be available. The combination of trips can be assigned together or one at a time in succession as you work them.
  **Example:** Your 3-day trip cancels and you are assigned a turnaround on day one. On arrival, you check with Scheduling and are then assigned a two-day trip, thus fulfilling your availability obligation. Scheduling will ensure that your total pay for the 3 days is correct, the greater of the original trip or the alternate assignments.
  **NOTE:** While on availability and within legal parameters you can be assigned 'piggy-back' flying.

- During both daily and severe operations, if the alternate assignment cancels prior to departure, you will be given another assignment if available and legal for your schedule. You are also eligible for an alternate assignment to any co-terminal when on availability.

- The period of availability for trip assignment purposes ends at the scheduled release time of the original trip.

- Alternate assignments will adhere to all Delta duty limits and rest requirements. When at the airport following a cancellation or re-route and you receive an alternate assignment, it can depart within that same duty period, or following the applicable domicile rest.

- The legal rest prior to an alternate assignment is based on the actual duty period of the cancelled or rerouted trip.
  **Example:** A transoceanic trip cancels and the crew is released after an 'attempt' or a non-fly duty period. This crew, if they opted for availability, would have an 11 hour domicile rest prior to any alternate assignment.

- Once released for a legal rest, Scheduling will advise you of the time your phone release ends and your remaining availability period begins.

- When assigned an alternate trip(s), you will be paid for the greater of either the alternate assignment(s) or the original scheduled trip.

- If you choose to swap/move-up from an alternate assignment you forfeit any guarantee associated with the alternate assignment.

- If your alternate trip cancels, you will be required to go back on availability and you can be required to take another alternate assignment(s).

**At the Airport Cancellations - Offering and Assigning Trips**
- When a trip cancels while a crew is at the airport, alternate assignments will be handled on a crew-by crew basis when there are multiple crews in the same situation. The procedure will be applied to each crew in the following manner, as operationally feasible:

  1. Open positions are first offered to the crew in seniority order. If you decline during the **offering** phase, you will not lose your pay protection, but must take a trip during the assignment phase noted in step 2 below.

  2. Any remaining open positions are then **assigned** in reverse seniority order. You cannot decline an assignment.
  **NOTE:** If there are not sufficient trips for the entire crew, those unassigned will remain on availability for assignment of any subsequent trip that becomes available.

**CONFIDENTIAL**                          **DELTA 002463**

Section 3                                                     68
Trip Pay Protection Policy                              1/12/11

## 3.H Pay Protection Involving Two Pairings Or More

- Two-rotation pay protection is caused either by physical <u>trip overlap</u> or by an <u>insufficient break</u> between two pairings. (Examples on next page.)

- Alternate assignments for all Two-Rotation Pay Protection situations will always follow the applicable domicile rest break.  Upon release in base from the 1st trip, your minimum rest break will be:
    - 11 hours following domestic/international duty scheduled at 14 hours or less
    - 14 hours following domestic/international duty scheduled >14 hours
    - 24 hours following transoceanic duty, unless you have waived the 24 hour rest by virtue of a pick-up, swap, or move-up; or you were rerouted to layover in a domestic/international city. In these cases, your applicable rest is a minimum 11 hours or 14 hours as noted above.
    - 30 hours following an Ultra Long Range trip if the alternate trip is within 3 time zones of the local base
    - 54 hours following a completed Ultra Long Range trip if the alternate trip is another Ultra Long Range trip

- You must coordinate the details of your availability parameters with Scheduling before leaving the airport as you must be able to be contacted <u>2 hours prior</u> to the start of your new availability period. If you fail to do so, the pay protection is forfeited.

- At the time of release, Scheduling may give you an alternate assignment, or you will be released for the applicable Delta rest for trip assignment purposes and accompanying phone release.

- If released by Scheduling for a legal rest, you must be available for <u>notification</u> of an alternate assignment at:
    - the <u>end of your 9 hour phone release</u> for a duty period scheduled at 14 hours or less, or
    - the <u>end of your 12 hour phone release</u> for a duty period scheduled for greater than 14 hours

- After your 9 hour or 12 hour phone release as indicated above, you must be available for the remaining duration of your scheduled trip until the original scheduled release time.  If your trip conflict was due to a needed 24 hour rest for 24 in 7 purposes, your phone release is 24 hours in length.

**CONFIDENTIAL**                          **DELTA 002464**

Section 3                                                       69
Trip Pay Protection Policy                                1/12/11

- Scheduling will also attempt to make phone contact using your first two contact numbers (residence phone, cell phone, etc.).

- For pay protection involving more than one trip (the 2nd trip is dropped) you will be paid the actual or scheduled time of the first trip, whichever is greater, and pay protected independently on the 2nd trip provided there is a period of availability of 8 hours or more.

- Availability and pay protection will be applied as follows:
  - If an 8 hour period (or more) of availability exists*, you must be available for an alternate assignment to be pay protected independently for the second trip.
  - If an 8 hour period (or more) of availability does **not** exist, you will not be on availability and will be paid either the actual time flown or the scheduled value of the two trips, whichever is greater.

  **\*NOTE:** If such a window of availability exists Scheduling will create it and the status **'CALL'** will appear on your schedule. Contact Scheduling as soon as possible to indicate your pay protection option.


**TWO-ROTATION EXAMPLES**
**A. Example of OVERLAP With 8 HOUR PERIOD:** You are scheduled to work two 2-day trips back to back, both with a report/release of 0800/1700. The first trip is rerouted into a 3-day and returns to home base and is released at 1400 on "C" day causing the second 2-day trip to be dropped.

*Calculating an 11 hour domicile rest, you would have a remaining availability period of 16 hours (from 0100 to 1700 on 'D' day), thus meeting the 8 hour minimum requirement. If you choose availability, you will be paid for the first trip as flown and pay protected for the lost two day trip independently. Based on a 1400 release on C-day, if no assignment was given and you are released for your 9 hour phone release (and 11 hour domicile rest), you must be available for phone contact beginning at 2300 on C-day and through the scheduled release time on D-day of 1700.*

**B. Example of OVERLAP - NO 8 HOUR PERIOD:** You are scheduled to work two 2-day trips back to back, both with a report/release of 0730/1300. The first trip is rerouted into a 3-day and returns to home base at 2100 on 'C' day causing the second trip to be dropped.

*Calculating an 11 hour rest, the remaining AVL period of 5 hours (from 0800 to 1300 on 'D' day) does not meet the 8 hour minimum. Pay protection is  for the greater of actual time flown or the scheduled value of*

**CONFIDENTIAL**                          **DELTA 002465**

**C. Example of <u>INSUFFICIENT BREAK</u>:** You are scheduled to work two 2-day trips back to back, both with a report /release of 0800/1700. The first trip arrives late and is released at 2330, leaving only 8 hours and 30 minutes to next scheduled report (minimum actual rest in domicile is 9 hours). The 2nd pairing must be dropped to provide a legal rest.
*Calculating an 11 hour domicile rest, you would have a remaining availability period of 30:30 (from 1030 on 'C' day to 1700 on 'D' day) thus meeting the 8 hour minimum. If you choose AVL, you will be paid for the 1st trip as flown and pay protected for the lost two day trip independently. Based on a 2330 release on B-day, if no assignment was given and you are released for a 9 hour phone release and 11 hour domicile rest, you must be available for phone contact beginning at 0830 on C-day and for the duration of your scheduled trip until release at 1700 on D-day.*

**D. Example of <u>INSUFFICIENT REST (Due to 24 in 7)</u>:** You are scheduled to work a 3-day domestic trip followed by one day off followed by another 3-day domestic trip for a 7 consecutive day period. The first 3-day trip is rerouted to a 4-day trip and causes the second 3-day trip to be dropped due to there was an insufficient rest – no 24 hour rest in 7 consecutive days.
*Calculating a 24 hour domicile rest following the rerouted 4-day trip, you would have at more than 2 days remaining for your AVL period, thus qualifying for independent pay protection for the dropped 3-day trip.*

## 3.I Pay Protection Options for Out-of-Base Pairings

- If an out-of-base pairing you picked up cancels or shortens by reroute, you have the pay protection options noted in Section 3.B. In each situation noted below, should you choose the availability option, you must serve the availability period in the base or location where the trip originated, unless by mutual agreement with Scheduling another base or location is chosen. Repositioning to the appropriate location will be the responsibility of the flight attendant and will not add pay/credit time to the alternate flying.

  1. For a <u>canceled trip</u>, if you choose the availability option, the time parameters of the availability will be the scheduled parameters of the trip, as awarded to you.
  2. For a <u>trip shortened by reroute</u>, or <u>extended by reroute</u> and the extension affects another pairing on your schedule, if required, and you choose the availability option, the time parameters of the availability will be the scheduled parameters of the trip(s), as awarded to you.
  3. If the canceled trip began with an approved deviation of deadhead to a non-base city, Scheduling will assist you in getting to the appropriate city using a PSY pass with the time parameters for the availability period adjusted accordingly.

**CONFIDENTIAL**                              **DELTA 002466**

Section 3                                                          71
Trip Pay Protection Policy                                    1/12/11

## 3.J Pay Protection for Trips Transiting Two Bid Periods

- The application of pay protection for trips transiting two bid periods varies depending on the situation:
    ◊ A transition replacement pairing (current month only is protected)
    ◊ a 'spillover'/transition that is subsequently cancelled/rerouted
    ◊ a trip scheduled entirely in one bid period but rescheduled and extended into a second bid period (pay protected).

**Transition Replacement Pairings**
- During the transition replacement process, only the current month is pay protected provided you make yourself available as applicable.  Pay protection does not apply to any loss of time on a portion of a trip in the new month as a result of transition replace-ment process.
**EXCEPTION**: If a replacement trip adds a calendar day but pays less than the original, you will be guaranteed the value of the original trip.

- However, once transition replacement has occurred, if you then lose time in either the current or new month due to cancellation or reroute, you are pay protected and can choose AVL if applicable due to cancellation or the trip shortens.

**Rerouted Spillover / Transition Trip**
- A trip scheduled to transit two bid periods that loses time due to cancellation, reroute or equipment substitution falls under the same guidelines as all other mid-month cancellations and reroutes.

- You are pay protected for the whole rotation value of any trip transiting two bid periods.  If a reroute occurs and time shifts from one period to the other, the current month log is guaranteed, and any needed adjustments are made in the new month log to ensure the correct rotation value is paid.

**Trips Rescheduled Into A New Bid Period**
- If your pairing operates entirely in the current bid period and is rescheduled/extended into a new bid period, you are pay protected for the full value of your original trip in the current month.

- The paylog for the time flown/credited in the new month is then adjusted as needed so you are paid for the correct whole rotation value as scheduled or as flown, if greater.
**NOTE:** If a flight is scheduled to depart on the last day of the bid period, but delays and departs after midnight (not rescheduled), the pay will be credited to the current month only. Similarly, if a flight is scheduled to depart just after midnight on the first day of a bid period, and departs prior to midnight because of an early push-back, the pay is credited to the new month only.

Section 3                                                72
Trip Pay Protection Policy                          7/15/08

## 3.K Pay Protection for Draft And Incentive Pairings

- The availability requirements (including mandatory availability during severe operations) for pay protection remain the same.

- A flight attendant who was due drafting (DRFT) or incentive (IPY4) pay will be pay protected for the additional 4 hours pay, providing you make yourself available for alternate flying as applicable.

## 3.L Pay Protection for Charter Pairings

### Non-Dedicated Charters
- The non-dedicated charter pairings operate under all normal scheduling work rules and pay protection policies.

### Dedicated Charters
- The dedicated charter pairings operate under all normal scheduling work rules and pay protection policies.

- Once a dedicated charter pairing is assigned, due to the possibility of report and release time changes to the flights, the following pay protection provisions will apply:

**Changes to Report Time**
- Any changes to the report time to report sooner than originally scheduled that causes a schedule conflict with a previous trip, will result in keeping the charter and dropping the affected conflicting trip(s) prior to the dedicated charter.
- For any dropped trip(s) conflicting with the dedicated charter, you will receive pay protection under the two-rotation pay protection parameters as follows:

1. Ensuring an 11 hour domicile rest prior to the report time of the dedicated charter, if there is not an 8-hour window of availability from the original report time of the conflicting trip and the beginning of the scheduled 11 hour domicile rest, you are guaranteed no less than the scheduled value of the two trips and do not have to be available for an alternate assignment.

**Example 1:** You have a domestic 1-day trip on the 10th with a report / release time of 0800-1800 followed by a dedicated charter on the 11th reporting at 1300. The charter report time is changed to report a day earlier on the 10th at 1300. The 1-day trip is dropped. From 0800 / 10th to 1300 (the new charter report) is only 5 hours. The availability window is less than 8 hours. No availability is required and you will be paid no less than the scheduled value of the two rotations.

2. Ensuring an 11 hour domicile rest prior to the report time of the dedicated charter, if there is an <u>8-hour window or more</u> from the original report time of the conflicting (dropped) trip and the beginning of the scheduled 11 hour domicile rest, in order to receive pay protection, you must go on availability (AVL) for an alternate assignment and pay protection.  You qualify for full and independent pay protection for the value of the dropped assignment.

**Example 2:**  You have a domestic 1-day trip on the 15th with a report and release time of 0900-2230 followed by a dedicated charter on the 16th reporting at 1200.  The charter report time is changed to report earlier on the 16th at 0600.  The time between the scheduled trips would only be 7:30 (from 2230/15[th] until 0600/16[th]) so the 1-day trip on the 15th must be dropped.  You must be scheduled for release no later than 1900/15[th].  To accomplish the 11 hour domicile rest, you must be scheduled for release no later than 1900/15[th].  From 0900 until 1900 is a 10 hour window of availability and qualifies you for independent pay protection.  You must be available for an alternate assignment that reports from 0900-1900/15th, and that assignment must be scheduled to return you no later than 1900/15[th].

**NOTE:**  A transoceanic trip obtained by CBS bid award that is dropped because of an earlier report time for a dedicated charter, must have a minimum 24 hour scheduled domicile rest in determining the availability window.  A transoceanic trip obtained by pick-up or swap that is dropped because of an earlier report time for a dedicated charter, waives the 24 hour rest, and only requires that a minimum 11 hour scheduled domicile rest is used in determining the window of availability.

**Changes to Release Time**
 - If a dedicated charter pairing reroutes or delays and extends causing a conflict with a subsequent trip, normal two-rotation pay protection parameters will apply as noted previously in section 3H.

## Transition Charter Pairings
•    For dedicated charter pairings that transition bid periods, the return segment is initially noted as a scheduled Delta deadhead until the actual charter segment is known and inserted into the pairing.  If the updated pairing causes a schedule conflict with a subsequent trip, the subsequent trip is dropped and the two-rotation pay protection parameters will apply as noted previously in section 3.H.

Section 3                                                      74
Trip Pay Protection Policy                           11/01/09

## 3.M Scheduling Errors

- If you lose time due to trip over-coverage or a scheduling error, you are entitled to pay protection.

- In each case, a determination will be made regarding the crew or crew member who should be assigned a trip (e.g. the last one assigned if an over-coverage). Tripholders assigned in error will be offered normal pay protection options and A-Day holders will go back on duty into the A-Day holder pool.

- Notify Scheduling as soon as you become aware of the error, using the Scheduling Review Request Form located on the IFS portal under Operations & Planning/Forms. After verification by Scheduling, you can elect one of the following options:
    1. Take the time off with no pay protection.
    2. Priority Pick-Up (for use within the 1 calendar day timeframe prior to a day of operation only)
    3. If applicable, make yourself available for an alternate assignment with trip guarantee.
       **NOTE:** If operationally permissible, the flight attendant and Scheduling can opt for a mutually agreeable date on which to plot the pay protection and availability period.

- If you pick-up or swap for a trip from open time that Scheduling placed there inadvertently and/or temporarily, you will not be pay protected for that trip. Scheduling will retrieve such trips, restore to the correct tripholder and will advise you accordingly.
  **Example:** Flight control temporarily enters an incorrect final arrival time/date on a flight which causes a trip to be temporarily dropped from a flight attendant's schedule into open time. Flight Control and Scheduling correct the error. Scheduling will retrieve the trip dropped off the schedule in error and place it back on the original flight attendant's schedule.

- Conversely, trips or A-Days inadvertently removed from your schedule will be restored to your schedule, when such errors are discovered.
  **Example:** During the course of a schedule transaction, a scheduler inadvertently causes three A-Days to drop off your schedule. Upon double-checking the transaction the inadvertent error is discovered and the A-Days are immediately restored to the schedule. Though you may have viewed the schedule and temporarily did not see the A-Days, you are still responsible to work the assigned A-Days.

  **NOTE:** Any swap transaction for a schedule change is always verified by email.

Flight Attendant Work Rules
Table of Contents                                    1/12/11

## Section 4 – Pairings & Bidding

PAIRINGS ................................................................. 75
  General.................................................................. 75
  Trip Length Definition.................................................. 75
  Pairing Report Time ................................................... 78
  Transition Pairings ................................................... 79
  Load Factor Pairings & Variable Staffing ........................ 80
    Load Factor Reroutes ............................................. 81
    Layover Hotels for Load Factor Pairings........................ 81
    One-Way Load Factor ............................................. 81
  'Back Side of the Clock' Flying / Pairings ...................... 82
  CRAF & Military Charters ........................................... 83
BIDDING.................................................................. 84
  Schedule Build / Bidding – General............................... 84
    '3 Calendar Days Off in 9' Rule ................................ 85
    'Same Day Release/Report' Rule ................................ 85
    '10 Calendar Days Off' Rule..................................... 85
    Transoceanic Minimum Rest Rule ............................... 85
    'Parking' Trips or A-Days........................................ 86
  Flight Leader Program .............................................. 86
  International Program ............................................... 86
  Language of Destination (LOD) Program ........................ 87
  Special Assignment Days........................................... 88
  Partial Month Bids.................................................. 89
  PBS Closing Date And Release of Schedules ................... 90
  No Bid ................................................................ 90
  Bidding Resolution Process......................................... 90
  Continuing Qualification Bids...................................... 91
  Bidding for Special Programs...................................... 92
  Other Training and Meetings Adjacent to Duty ................ 92
  Base Transfers ...................................................... 93
  Base/Location Transfer Bidding................................... 93
  Base Transfer Awards / Denials .................................. 93
  Qualifications/Status in New Base ............................... 94
  Relocation Policy ................................................... 94
  Responsibilities in New Base ..................................... 95

**CONFIDENTIAL**                    **DELTA 002471**

Flight Attendant Work Rules
Table of Contents                                    1/12/11

THIS PAGE LEFT INTENTIONALLY BLANK.

**CONFIDENTIAL**               **DELTA 002472**

| Section 4 | 75 |
|-----------|------|
| Pairings & Bidding | 1/1/09 |

## PAIRINGS

### 4.A General

- Pairings are constructed using defined parameters including:

  - Aircraft staffing requirements (Delta Bid Positions)
  - Delta Flight Time, Duty Time, and Rest Limitations
  - Minimum Connect Times
  - Consideration of trip quality issues as identified by Schedule Planning through input from the Employee Involvement Group
  - Cost effectiveness (reduced duty period credit, time away from base, and hotel costs)

- Pairings are classified by trip length as 1-day, 2-day, 3-day, etc.

### 4.B Trip Length Definition

- **Trip length** is defined as the number of calendar days over which a scheduled pairing operates from report to release.

  **Exception**: Trip length will be considered as 1 day less than the number of calendar days **only when both** the following criteria are met:

  1. the number of duty periods **is less than** the number of calendar days, and
  2. the first duty period or the last duty period transits midnight

  **NOTE A:** Duty period is defined as report time to release time. For duty periods transiting midnight, use domicile time for the first duty period and local departure time for the last duty period.

  **NOTE B:** The exception does not apply to transoceanic pairings unless the last flight of the duty period returning to domicile transits midnight.

  **NOTE C:** A pairing is dated by the scheduled departure time of the first flight segment. For example, a pairing dated the 15th with a scheduled departure at 0005 of the 15th actually reports at 2305 on the 14th.

**CONFIDENTIAL**                    **DELTA 002473**

Section 4                                                    76
Pairings & Bidding                                        7/15/08

**EXAMPLES**:   (not to be considered as all inclusive)

## 1-Day (Turnaround) Pairings

| DAY | FLT | DEPARTS | ARRIVES | BLK. | |
|-----|-----|---------|---------|------|--|
| A | 571 | CVG 0850 | SLC 1031* | 3.41 | Regular Turn Example |
|   | 922 | SLC1250 | CVG 1810 | 3.20 | |

| DAY | FLT | DEPARTS | ARRIVES | BLK. | |
|-----|-----|---------|---------|------|--|
|   |   |   |   |   | Exception Turn Example without hotel |
| A | 703 | ATL 2000 | LAS 2114 | 4.14 | (2 calendar days/1 duty period |
| B | 960 | LAS 0015 | ATL 0701 | 3.46 | and transits midnight) |

| DAY | FLT | DEPARTS | ARRIVES | BLK | |
|-----|-----|---------|---------|-----|--|
|   |   |   |   |   | Exception Turn Example with hotel (2 calendar days / 1 duty |
| A | 586 | *ATL 2200 | RSW 2339 | 1.39 | period and transits midnight) |
|   | 7.36/HOLIDAY INN SELECT | | | | The single duty period is not |
| B | 557 | RSW 0715 | ATL 0908* | 1.53 | broken by a legal rest break. |

## 2-Day Pairings

| DAY | FLT | DEPARTS | ARRIVES | BLK | |
|-----|-----|---------|---------|-----|--|
| A | 697 | BOS 1315 | CVG 1534* | 2.19 | |
|   | 076 | CVG 1635 | JFK 1835* | 2.00 | Regular 2-day Example |
|   | JFK 19.10/MILFORD PLAZA | | | | (2 calendar days/2 duty periods) |
| B | 077 | JFK 1500 | CVG 1705 | 2.05 | |
|   | 1010 | CVG 1925 | BOS 2147 | 2.22 | |

| DAY | FLT | DEPARTS | ARRIVES | BLK | |
|-----|-----|---------|---------|-----|--|
| A | 835 | ATL 0850 | SEA 1102 | 5.12 | 2-day Example |
|   | SEA 9.43/CLARION | | | | (does not qualify for exception as duty periods are not less |
|   | 1128 | SEA 2200 | ATL 0530* | 4.30 | than calendar days) |

| DAY | FLT | DEPARTS | ARRIVES | BLK | |
|-----|-----|---------|---------|-----|--|
| A | 385 | ATL 2210 | SFO 0015 | 5.05 | Exception 2-day Example (3 calendar days/2 duty periods |
|   |   |   |   |   | and the duty |
|   | SFO 22.05/ST. FRANCIS | | | | period transits midnight) |
| B | 384 | SFO 2335 | ATL 0705 | 4.30 | |

| DAY | FLT | DEPARTS | ARRIVES | BLK | |
|-----|-----|---------|---------|-----|--|
| A | 1229 | ATL 1340 | DFW 1500 | 2.20 | |
|   | 739 | DFW 1600 | SFO 1750 | 3.50 | (Exception 2-day Example |
|   | 1972 | SFO 1850 | SLC 2130 | 1.40 | 3 calendar days/2 duty periods |
|   |   |   |   |   | and the duty |
|   | SLC 20.15/OLYMPUS | | | | period transits midnight) |
| B | 493 | SLC 1900 | LAX 1954 | 1.54 | |
|   | 1873 | LAX 2145 | LAS 2257 | 1.12 | |
| C | 960 | LAS 0020 | ATL 0700 | 3.40 | |

**CONFIDENTIAL**                      **DELTA 002474**

| Section 4 | 77 |
|---|---|
| Pairings & Bidding | 7/15/08 |

## 3-Day Pairings

| DAY | FLT | DEPARTS | ARRIVES | BLK | |
|---|---|---|---|---|---|
| A | 1629 | *CVG 1640 | PHX 1726 | 3.46 | |
| | | PHX 1830 | LAS 1935 | 1.05 | |
| | LAS 9.50/HOL INN CROWNE PLAZA | | | | |
| B | 796 | LAS 0640 | SLC 0858 | 1.18 | Regular 3-day Example |
| | 1609 | *SLC 1005 | IAD 1616 | 4.11 | |
| | IAD 14.14/HOL INN TYSON CORNER | | | | |
| C | 231 | IAD 0745 | SLC 1017* | 4.32 | |
| | 2170 | *SLC 1410 | CVG 1931 | 3.21 | |

| DAY | FLT | DEPARTS | ARRIVES | BLK | |
|---|---|---|---|---|---|
| A | 1777 | ATL 0835 | MCO 1003 | 1.28 | |
| | 1496 | MCO 1110 | ATL 1242 | 1.32 | |
| | 2125 | ATL 1400 | TPA 1527 | 1.27 | 3-day Example |
| | TPA 13.18/DOUBLETREE WESTSHORE | | | | (does not qualify for exception as |
| | | | | | the number of duty |
| B | 1400 | TPA 0600 | ATL 0729 | 1.29 | periods are not less than |
| | 1565 | ATL 0845 | LAX 1101* | 4.31 | the number of calendar  days) |
| | LAX 11.04/CROWNE PLAZA AIRPORT | | | | |
| | 188 | LAX 2235 | ATL 0538* | 4.03 | |

| DAY | FLT | DEPARTS | ARRIVES | BLK | |
|---|---|---|---|---|---|
| A | 1273 | ATL 0635 | MCO 0803 | 1.28 | |
| | 1496 | MCO 0910 | BOS 1210 | 3.00 | 3-day Example |
| | BOS 9.15/DOUBLETREE INN | | | | (does not qualify for exception as |
| | | | | | the number of duty |
| A | 1230 | BOS 2225 | SLC 0355 | 4.30 | periods is equal to |
| | 1341 | SLC 0440 | DFW 0600 | 2.00 | the number of calendar days) |
| | DFW 15.04/CROWNE PLAZA | | | | |
| B | 382 | DFW 2334 | ATL 0135* | 2.01 | |

| DAY | FLT | DEPARTS | ARRIVES | BLK | |
|---|---|---|---|---|---|
| A | 655 | CVG 1450 | ATL 1621 | 1.31 | |
| | 195 | ATL 1720 | DFW 1820 | 2.00 | |
| | 1264 | DFW 1920 | ATL 2226 | 1.46 | 3-day Example |
| | 2007 | ATL 2315 | JAX 2340 | 1.01 | (does not qualify for exception |
| | JAX 29.36/RADISSON RIVERWALK | | | | as duty periods do not |
| C | 576 | JAX 0750 | ATL 0901 | 1.11 | transit midnight) |
| | 545 | ATL 1040 | DEN 1143 | 3.03 | |
| | 2120 | DEN 1310 | CVG 1743* | 2.33 | |

| DAY | FLT | DEPARTS | ARRIVES | BLK | |
|---|---|---|---|---|---|
| A | 80 | *JFK 2020 | AMS 0940 | 7.20 | Transoceanic 3-day example (does not qualify for exception as the |
| | | | | | **Last** duty period does not |
| | AMS 24.00/LE MERIDIEN | | | | |
| C | 81 | AMS 1125 | JFK 1325* | 8.00 | transit midnight) |

| DAY | FLT | DEPARTS | ARRIVES | BLK | |
|---|---|---|---|---|---|
| A | 74 | *ATL 2035 | MXP 1200 | 9.25 | Exception Transoceanic 3-day example (4 calendar days but the **last** |
| | MXP 32.00/HILTON | | | | duty period transits midnight, |
| C | 75 | MXP 2200 | ATL 0235* | 10.35 | so trip is considered a 3-day) |

## 4.C Pairing Report Time

- Report time is the time you are scheduled to <u>be at the airport</u>. This includes duty periods that start at a layover station.

  - Reporting for a pairing, you should be at the designated crew briefing location (in the lounge) ready for briefing at the <u>scheduled report time</u>.

  - Reporting from a layover, you should report to the airport at the <u>scheduled report time</u>.

  - Arrive at the gate no later than 40 minutes before departure for flights/duty periods with 1 hour report times, and 1 hour before departure for flights/duty periods with 1:30 report times.
    **NOTE:** If you are not at the gate at the above noted times for the originating segment of a trip, you can removed from the trip and will be subject to administrative action.

- When reporting for the first leg of a trip (including deadheading) or airport standby duty, you must sign in using the automated crew sign-in function in the computer.
  **NOTE:** If the computer malfunctions, contact Scheduling via dedicated lounge phone (if available) or call 1-800-DAL CREW (1-800-325-2739)

Section 4                                        78.1
Pairings & Bidding                             1/12/11

| Pairing Report Time | |
|---|---|
| **Scenario** | **Report Time** |
| -Domestic Flights (A319/320, DC-9, MD88/90, 737, 757, 767) -West coast to Hawaii (including SLC based flight attendants)** -Domestic Military Charters | 1:00 prior to departure |
| -Domestic Flights (A330, 747, 777) Including ATL-Hawaii; and HNL-LAX (for HNL based flight attendants) | 1:15 prior to departure |
| -International Flights Non-Business Elite (Except Puerto Rico, Alaska, and U.S. Virgin Islands )** | 1:15 prior to departure |
| -Transoceanic Flights* -Transoceanic Charters (All) -Domestic Non-Military Charters* | 1:30 prior to departure |
| Intra-theatre flights </= 8:00 scheduled flight time | 1:00 prior to departure |
| Intra-theatre flights > 8:00 scheduled flight time | 1:30 prior to departure |
| Inaugural flights (INCLUDING deadheading flights for positioning) | 2:00 prior to departure |
| Positive Space flights to attend training | :30 prior to departure (no need to sign-in or call Scheduling) |
| Surface Deadhead | The designated pick-up time of the limo |
| * NOTE:  If a transoceanic pairing or non-military domestic charter starts with a deadhead, the report is only 1 hour.  ** NOTE:  These destinations are considered Domestic for Report Time purposes only and still qualify for International Pay | |

This page left blank intentionally.

**CONFIDENTIAL**                    **DELTA 002478**

## 4.D Transition Pairings

- Pairings with flight time scheduled on the last day of a bid period
  are always subject to change for the purpose of transitioning to
  the next bid period schedule.  Be aware of potential changes when
  bidding and be sure to check the next month's bid packet and
  F.A.I.R. for additional information on *transition replacement
  pairings.*

- Transition replacement pairings can be scheduled to report up to
  and including 30 minutes earlier than the original pairing.  You
  must work the transition replacement pairing as scheduled.

- If you are flying a trip from one bid period into the next, you must
  fly the trip to completion as scheduled, even if it transits your
  home base, or is into a month you have chosen a personal leave of
  convenience (PLOC).

- If a pairing operates flights that are flown by a different aircraft
  type in a new bid period, the pairing is no-oped (no-operation) and
  built as an originating pairing in the new fleet type.  These are not
  considered transition <u>replacement</u> pairings and the original trip-
  holders will not be maintained on these no-oped/changed pairings.
  **NOTE:**  Any tripholders on such trips will receive the applicable transition
  pay protection options.

- Transition replacement pairings at the end of the current bid
  period which conflict with vacation scheduled during the first week
  of the next bid period will be dropped.
  **NOTE:**  There is no pay protection for transition pairings that are dropped
  in the current bid period due to interference with a vacation in the next bid
  period.

- If a transition replacement pairing extends into day 7 of a seven
  day period and there is no 24 hour rest, you will be contacted and
  offered your pay protection options, as well as receive a scheduled
  24 hour rest period.

**CONFIDENTIAL**                          **DELTA 002479**

## 4.E Load Factor Pairings & Variable Staffing

- Pairings that reach a pre-determined passenger count will be pro-
  vided with additional staffing based on the meal service and the
  total count. The projected count and type of catering that warrant
  load factors for each flight, based on aircraft type, is indicated in
  the bid packet. Some of the pairings (variable staffing) are built
  pre-month and designated as 'K' pairings (e.g. K009, K010, etc.).

- Load Factor Control monitors passenger loads on flights authorized
  for additional flight attendant staffing and builds the additional
  pairings as coverage is needed. The load factor or variable staffing
  (VS) pairing types include transoceanic, Latin American and
  domestic.

- LF and/or additional VS pairings are released starting 5 calendar
  days in advance of the report time. Pairings are released into 1st
  Come 1st Served open time starting at 1200 noon EST each day.
  **Exception:** Additional transoceanic variable staffer pairings, designated as
  'Q' pairings with an asterisk, (e.g. Q007*, etc.) are awarded in seniority
  order in a one time pick-up process (P/P & P/U) 5 days out at 1200 noon
  ET. The asterisk (*) designates the pairing specifically for the 5-days out
  process. If a 'Q*' pairing isn't picked up 5 days out, or a 'Q' pairing comes
  available after the one-time seniority run (e.g. the 4th day, 3rd day, etc.),
  the asterisk is dropped and the resulting 'Q' (with no asterisk) pairings will
  be released and available the next day at 1200 for pick-up or swap.

- All additional load factor or VS pairings that become needed are
  activated and released starting at 1200 noon each day.

- You can swap a load factor for a regular or VS pairing, and a
  regular pairing for a VS pairing. However, you cannot swap a
  regular or VS pairing for a load factor in Open Time.

### Tripholder
- Tripholders who have picked up load factors will not be removed if
  the passenger count falls below the authorized load factor level.

### A-Day Holders
- If an actual passenger count falls below the authorized level, A-
  Day holders on load factors will be removed in base at departure
  unless down-line legs require load factor staffing. Remarks in the
  pairing indicate when an A-Day holder must contact Scheduling.
  **Example:** A B-757 flight is authorized for a load factor at 125 actual
  passengers. However, a load factor will not be scheduled until the booked
  count reaches 138 because of the forecasted 10% no-show factor. If, at
  departure, (in base) the passenger count falls below 125, the A-Day holder
  should call Scheduling and can be advised by Scheduling to deplane.

| Section 4 | 81 |
|---|---|
| Pairings & Bidding | 7/15/08 |

## Load Factor Reroutes
- Reroutes of load factor pairings are managed by Load Factor Control in the Operations Support area of IFS Scheduling.

- The daily operation can require rerouting load factor pairings in one or more of the following ways.
  - deadhead leg changed to a working leg
  - routing change affecting segments flown and/or layover location
  - extending the duration of the trip, i.e., a 2 day becomes a 3-day

- Flight attendants should confirm Load Factor pairing reroute information by obtaining a printed copy of their pairing.  Direct any questions about rerouted LF pairings to Scheduling.

## Layover Hotels for Load Factor Pairings
- If your load factor pairing requires a hotel, you will be given applicable hotel information prior to your departure.

- If you are awarded or assigned a load factor pairing and do not have hotel confirmation at the time of your sign-in, the following procedures should be followed:
  - Contact Scheduling at sign-in to advise that no hotel confirmation can be found in the pairing.
  - If a hotel room cannot be confirmed 20 minutes prior to departure and your trip has not been adjusted to eliminate the need for a hotel, you are not required to take the trip
    **NOTE:** This policy does not apply to reroutes and originations.

- If you do not use the layover hotel, you must contact Scheduling, Crew Tracking, or Operations in that city and provide a local contact number.

## One-Way Load Factor
- If you are traveling to/from work, you can request to work as a one-way load factor if the flight is full and you are unable to get on the flight with a pass.  All the following criteria must be met:
  - You are qualified on the aircraft type
  - The flight is an authorized LF which Scheduling cannot cover
  - You are on active flight status (not on VAC, PLOC, etc.)

- Requests will be handled by Load Factor Control on a first come, first served basis.  Paid One-Way Load Factor requests will be given priority over Cabin Jumpseat Authority requests.

- You will not be given a PSY Company-business pass in conjunction with a one-way load factor assignment, and no hotel is provided.

- If approved to work a one-way load factor that cancels, you will have the normal pay protection options.  If you choose to be on availability (AVL), take into consideration whether or not you are in your base.  Alternate assignments will originate from your base/location and if AVL is chosen you will be required to accept the alternate assignment.

### 4.F 'Back Side of the Clock' Flying / Pairings

- Certain pairings, most commonly domestic or non-transoceanic international all-night turnarounds, that originate late in the day or in the evening and meet other specific conditions listed below, are termed 'back-side-of-the-clock' (BOC) pairings.

- To qualify as a BOC pairing, the pairing must:
  - have a duty period that originates after 1600 hours local time, and ends after 1000 hours local time, and
  - be 10 hours or more in scheduled duty length, and
  - have more than 7 hours block time and more than one working segment

- Though BOC pairings are most often turnarounds, such a duty period can be built within a multi-day trip.

- A designated BOC pairing provides for the confirmed crew rest seat, and one additional flight attendant above normal staffing complement for the equipment type.
  **NOTE:**  A BOC qualifying duty period that is **also** scheduled over 14 hours, but no more than 16 hours, will be augmented by only one additional flight attendant.

- A-Day holders, if awarded or assigned BOC pairings, should be notified and released as soon as possible for the assignment.  If a standby period is set up in a base specifically to cover possible BOC pairing openings, then the standby should always be released to report time to ensure sufficient rest.

- Scheduling will make every attempt to pre-release an A-Day holder for a designated BOC pairing or standby for a BOC pairing.  However, if such a pre-released A-Day holder is unavailable to be assigned, Scheduling will assign the BOC pairing to a regular A-Day holder or standby.

- The BOC pairing display will show the code 'R' before each qualifying segment and though the 'R' indicator is a working position, it books a confirmed crew rest seat for the crew to utilize for rest during the rotation at the direction of the Flight Leader.

## 4.G CRAF & Military Charters

- Delta Air Lines has an agreement with the U.S. government to provide aircraft and flight crews during an airlift emergency, national emergency or during time of war. This program is called the Civil Reserve Air Fleet Program (C.R.A.F.).

- Additionally, when CRAF is not in effect, the U.S. Military can still request domestic/international (e.g. SJU, etc.) and/or transoceanic Military Airlift Charter (MAC) flying.

- Crew staffing requirements for all such military flying and the duty and rest parameters will be in accordance with FAA regulations. All participants must have a valid passport and have the appropriate training qualifications.

- Domestic / international (e.g. SJU, MEX, etc.) military charters will be covered out of the base the charter originates from.

- Transoceanic military charters will be covered with flight attendants from any base/location.  The coverage is by pick-up or move-up in seniority order and with A-Day holders as needed. **NOTE:** Once you obtain a transoceanic military charter, you cannot swap it with open time or with another flight attendant.

- An out-of-base flight attendant working a military charter must provide their own transportation to the origination point of the military charter.

- For more details on both the CRAF and Military Charter programs, and the 'Wild Card' program, see the In-Flight Service Portal.  For specific information on the trip coverage procedures for Military Charter (CRAF or MAC) flying see Section 9.K.

**BIDDING**

## 4.H Schedule Build / Bidding – General

- Your monthly schedule will be constructed according to the preferences you submit in the Preferential Bidding System (PBS). All preferences must be submitted by the due date. The due date is posted in each base or AFP location bid sheet.

- Any pre-month awards or assignments such as vacation, personal paid time (SPT), Continuing Qualifications (CQ), special assignments, and known absences will be plotted prior to opening the bid window. In PBS, pre-assignments will be shown on the calendar as color-coded blocks and the total credit time will be displayed under the Bid Period Credit on the Home page.

- Every preference submitted is considered in the award process but there is no guarantee that all your preferences will be awarded.

- A preference is limited in time duration, meaning that all preferences have a validity period.
  **NOTE:** You can enter and keep a 'standing' or long term preference by indicating UFN (until further notice).

- Your bid result schedule will meet all FAA and Delta legalities. Minimum required rest breaks will be adhered to and can not be waived. This includes the month-to-month transition.

- From the time bids close until they are released in your base or location (time period known as the PBS Freeze), any swaps or pick ups that impact the end of the current bid period must meet the following criteria:
  - If swapping onto the last day of the month, the release time must be before 1300
  - If your trip releases on the last day of the month, the trip that you are swapping onto must release at the same time or earlier than the original trip
  - If your trip releases on any day in the next bid period, the trip that you are swapping onto must release at the same time or earlier than the original trip

- During the PBS Freeze, any changes you make to your schedule in the current bid period are subject to reversal if it causes an F.A.R. violation (e.g. no 24 in 7 rest), an insufficient minimum rest, or an overlap with trips awarded in the next bid period. The PBS rules Calendar Day in 7, Same Day Release/Report, the 10 Day Rule, and the 3 in 9 Rule do not constitute F.A.R. violations and will not be adjusted.
  **NOTE:** If a reversal is not possible, the trip(s) swapped for and/or picked up in the current bid period are subject to being replaced with trip(s) that meet F.A.R. legalities. Pay protection will not apply.

- Schedule changes that result in conflicts with A-Days will be adjusted by either changing the trip that was swapped or picked up or reassigning the A-Day block to a different day.

## '3 Calendar Days off in 9' Rule

- For schedule build, you must have 3 calendar days off in any 9 day period.
  **Example:** You do not want to fly more than 6 days in a row, so you leave the default '3 days in 9' rule in force.  You will not be scheduled for more than 6 consecutive days flying.

- You have the ability to waive this rule in PBS. If waived, PBS defaults to **'Calendar Day in 7' Rule** which can also be waived. The 'Calendar day in 7' rule requires one calendar day off in any 7 day period. Waivers only apply to schedule build during the PBS bid process. Neither waiver is needed for trips greater than 6 days in length.
  **Example A:** You activate the waiver for the '3 Calendar days in 9' rule. PBS defaults to the 'Calendar day in 7' rule for schedule build and would only require one calendar day off in any 7 day period.  PBS still ensures adherence to the '24 in 7' FAA and Delta rule.
  **Example B:** You activate the waiver for both the '3 Calendar days in 9' and the 'Calendar day in 7' rules.  While PBS still ensures adherence to the '24 in 7' FAA and Delta rule, you can preference and, if possible, be awarded more than 6 consecutive days in a row flying, while still maintaining the 24 in 7 rule.
  **NOTE:** The 24 hour rest in 7 days can be on a scheduled layover or between trips.

## 'Same Day Release/Report' Rule

- For schedule build, the 'same day release / report' rule prevents you from completing a rotation and starting a subsequent rotation on the same calendar day.
  **Example:** You preference and are awarded a trip that ends at 0600 on the 15th, you will not be awarded any other trip that reports on the 15th.

- You have the ability to waive this rule in PBS. Waiver only applies to schedule build during the PBS bid process.

## '10 Calendar Days Off' Rule

- For schedule build, a minimum of 10 calendar days off per bid period is required and is the default.   The 10 day off requirement is prorated for any partial month status (e.g. MLOA, UPS). Also for schedule build, Vacation and Scheduled PPT (SPT) do not count as off days.

- You have the ability to waive this rule in PBS.  Waiver only applies to schedule build during the PBS bid process.

## Transoceanic Minimum Rest Rule

- For schedule build, a minimum rest of 24 hours is required after a transoceanic trip.

- You have the ability to waive this rule in PBS bidding and reduce the minimum rest after a transoceanic trip to 12 hours following duty periods scheduled 14 hours or less, or to 15 hours following duty periods scheduled greater than 14 hours.

| Section 4 | 86 |
|---|---|
| Pairings & Bidding | 1/1/09 |

## 'Parking' Trips or A-Days

- The temporary placement of a trip or A-Days on your schedule by PBS bid, swap, or pick-up (including 'Q' pairings), and the identifiable pattern of such activity, is strictly prohibited. Examples of such activity includes but is not limited to the following:
    - dropping the trip to another flight attendant whose seniority cannot hold it; or
    - dropping the trip or A-Days to a more senior flight attendant whose higher seniority can procure a trip drop (TDOT) or A-Day drop (ADOT) that your seniority cannot, or
    - dropping your A-Days to a more senior flight attendant for the A-Day preference process to obtain a specific or more desirable trip, or
    - dropping trips or A-Days to a flight attendant on known sick leave (UPS, OJI, etc.) whose schedule will be pulled through to drop such swapped trips

You are also prohibited from paying someone to work your trips. *See HRPM 1022.5 for additional corporate information.* All such activity circumvents the IFS seniority system, is prohibited, and can subject the flight attendants involved to administrative action.

## 4.I Flight Leader Program

- To be awarded a Transoceanic Flight Leader (TFLA/TFLB) or Domestic Flight Leader (FL) position, you must be qualified for the position, including international/transoceanic qualifications, if applicable, and submit a position preference.

- To be awarded TFLA, TFLB, or FL trips for a given bid period, your Leader qualification in that category must be valid and current through the first 5 days of the <u>following</u> bid period.
**Example:** When bidding for a TFLA, TFLB, or FL position for June, your TFLA, TFLB, or FL qualification must be current and valid through at least July 5 in order for you to be awarded TFLA, TFLB, or FL positions in June.

- Additionally, for a TFLA or TFLB position to be awarded or assigned your passport and necessary visas must be current and valid in eCrew through the first 5 days of the <u>following</u> bid period.
**NOTE:** During PBS schedule build, transition trips will be awarded only if scheduled to **return at least 5 calendar days** before the expiration date of any of these documents.
**Example:** Your passport expires on July 6. The latest you can be scheduled to return is July 1st; that is, you cannot be awarded a transition trip that returns on July 2nd or later.
**NOTE:** Flight attendants are responsible to ensure that all passport and visa information has been correctly entered into eCrew.

- If all TFLA, TFLB, or FL positions are not covered by flight attendants preferencing these leadership positions, PBS will identify all eligible leadership qualified flight attendants and assign the appropriate number of flight attendants in reverse seniority.

**CONFIDENTIAL**                    **DELTA 002486**

- When you submit a position preference for a TFLA, TFLB, or FL position, if awarded, your bid result will consist solely of trips requiring that specific position.

## 4.J International Program

- Participation in the International Program is open to all flight attendants who have obtained the appropriate qualifications, training and specific requirements.

- To be awarded transoceanic trips, you must have the appropriate international qualifications including International Training (IN), Latin American (LA) training, and Transocean Training (AT/PT/NG). Cultural awareness training and other specific requirements, such as vaccinations are also required for specific destinations.
  **NOTE:** A Yellow fever shot or waiver is required for ATL and NYC.

- Additionally, to be awarded or assigned transoceanic trips, your passport and necessary visas must be current and valid in eCrew.
  **NOTE:** During PBS schedule build, individual trips will be awarded only if scheduled to <u>return at least 5 calendar days</u> before the expiration date of any of these documents.
  **Example:** Your passport expires on June 25. The latest you can be scheduled to return is June 20; that is, you cannot be awarded a trip that returns on June 21 or later.
  **NOTE:** Flight attendants are responsible to ensure that all passport and visa information has been correctly entered into eCrew.

- If awarded a regular position, an International program participant could have a schedule bid result compromised solely of trans-oceanic trips or a combination of transoceanic and domestic trips. All scheduled trips will be in the regular position.

## 4.K Language of Destination (LOD) Program

- The number of LOD positions on a trip is determined by equipment type and market. Passport data, passenger point of sale data and feedback from the field is also taken into consideration.

- To be awarded an LOD position, you must be qualified for the position, including international/transoceanic qualifications, if applicable, and submit a position preference.

- Additionally, to be awarded or assigned an LOD position, your language of destination qualification and passport must be valid and current through the first 5 days of the following bid period.

  **Example:** When bidding for an SP-LOD position for June, your SP/IS LOD qualification and passport must be current and valid through at least July 5th in order for you to be awarded a SP/IS LOD position in June.
  **NOTE:** During PBS schedule build, transition trips will be awarded only if scheduled to **return at least 5 calendar days** before the expiration date of any of these documents.

**CONFIDENTIAL**                    **DELTA 002487**

**Example:** Your passport expires on July 6th. The latest you can be scheduled to return is July 1st; that is, you cannot be awarded a transition trip that returns on July 2nd or later.
**NOTE:** Flight attendants are responsible to ensure that all passport and visa information has been correctly entered into eCrew.

- If all LOD positions in a specific category are not covered by flight attendants preferencing that LOD position, PBS will identify all eligible LOD qualified flight attendants and assign the appropriate number of flight attendants to the position in reverse seniority.

- Whether awarded or assigned to an LOD position, your bid result will consist solely of trips requiring that LOD.

- If you are reverse-assigned an LOD position by PBS and you bid TFLA or TFLB as a priority over LOD, and could have held either the TFLA or TFLB position in your base, you will be pay protected for the TFLA/TFLB premium pay. The Leader premium pay protection (the difference between TFLA or TFLB and LOD) will apply only to the LOD trips you were awarded and actually flew for the month.

- If assignment of LOD trips is necessary, an LOD qualified flight attendant in the A-Day group can be assigned LOD trips instead of A-Days. In the event this is necessary, A-Days will be removed in seniority order until all flying can be covered.

## 4.L Special Assignment Days

- Special assignment days must be pre-plotted before the preference due date each month when you have known work days or meetings, e.g. any EIG activities.

- If travel is necessary for the special assignment, you are eligible for one travel day for each special assignment.
  **Example:** You are required to travel to attend a 2-day meeting in ATL. You would receive one travel day and two special assignment days.

- Once schedule build is complete, requests to drop trips/A-Days for special assignment are only approved if operations permit.

- You can bid/work a maximum of 21-23 special assignment days per bid period depending on the number of weekdays in a bid period, and with holiday time off if applicable. The business unit you will work for will determine the specific needs of your assignment.

- In certain circumstances, e.g. for on-board service-testing, a trip can be 'bought back' (dropped and paid for) by the company, with no further obligation on the part of the flight attendant. When this occurs, the schedule is marked and blocked for the duration of the scheduled times of the dropped trip. For any subsequent schedule changes requested, all normal legalities will apply in relation to the scheduled times of the dropped trip, i.e. legal rest before and after the scheduled report and release of the dropped trip, 24 in 7 rest requirement, etc.

## 4.M Partial Month Bids

- If the scheduled return date to payroll is known prior to the bid due date the month preceding the bid period, the default schedule value, and number of A-Days (if applicable) is pro-rated according to the table below.  If you are active for one day or more, you should bid.

- If you return to the payroll after bids are closed, a schedule will be constructed using the same table. Scheduling Support will construct your schedule using any available Open Time and will assign A-Days.  The following will apply to the extent possible:

  - The time placed on the schedule will be proportionate with the number of days of the bid period you will be available.

  - You can contact Scheduling Support beginning on the date posted in the Bid Packet and F.A.I.R. for "Post Open Time - F/A to F/A Swaps."

- No schedule will be awarded or assigned if you have been removed from the payroll for an indefinite period of time.

| Days Remaining in the Bid Period | Minimum Days Off | Medium Schedule Value | Access Days for IFS seniority date prior to Jan. 6, 2008 | Access Days for IFS seniority date is to Jan. 6, 2008 or later |
|---|---|---|---|---|
| 0 - 3 | 0 | 10 hours | 2 or the # days avail if less than 2 | 2 or the # days avail if less than 2 |
| 4 - 6 | 1 | 15 hours | 3 | 3 |
| 7 - 9 | 2 | 20 hours | 3 | 4 |
| 10 - 12 | 3 | 25 hours | 3 | 5 |
| 13 - 14 | 4 | 30 hours | 3 | 6 |
| 15 | 5 | 32 hours | 3 | 6 |
| 16 - 18 | 6 | 40 hours | 3 | 6 |
| 19 - 21 | 7 | 50 hours | 3 | 6 |
| 22 - 24 | 8 | 60 hours | 3 | 6 |
| 25 - 27 | 9 | 70 hours | 3 | 6 |
| 28 - 30/31 | 10 | 75 hours | 3 | 6 |

**NOTE:** If there is an adjustment to the IFS seniority date and the new date is after January 6, 2008, however the original date was prior to January 6, 2008, then the column referencing prior to January 6, 2008 should be used.

## 4.N PBS Closing Date And Release of Schedules

- Schedule Preferences are due at the time published on the monthly bid sheet for each base or location, except in unusual circumstances.  In such circumstances, the new bid close date and time will be published on your base broadcast screen.

- Schedule bid results will be released on the date indicated on the bid packet and in F.A.I.R., except in unusual circumstances.

## 4.O No Bid

- If you fail to submit preferences by the due date, you will be awarded a schedule using the default schedule value and in the regular position comprised of trips and A-Days (if applicable) appropriate to your base demographics and your individual qualifications.

  **NOTE:** If any Leader or LOD trip distribution is necessary because of insufficient Leader or LOD trip bids, you can be scheduled to fly such trips if you are Leader or LOD qualified respectively.

## 4.P Bidding Resolution Process

- Following the release of the bid result, there will be a 5 day resolution period to bring forward any potential discrepancies. Any issues, discrepancies or questions should be brought to the attention of the **PBS Support Desk** or local Operations and Planning Specialists.

- A system fault or automation entry error made by company representatives (e.g. failure to enter a training code or passport, etc.) will be rectified by using the Scheduling Error policies noted in Section 3.M; or by mutual agreement.

**CONFIDENTIAL**

**DELTA 002490**

Section 4                                            91
Pairings & Bidding                              1/12/11

## 4.Q Continuing Qualification Bids

- CQ (Recurrent) training is required annually during your <u>base month</u> (every 12th month after completion of initial training). Base Director approval is required to attend CQ training during the 11 month. Your Performance Field Service Manager will also seek approval from the Base Director for you to attend in the 13th month, when extenuating circumstances exist such as a death in the family, or in the event of surgery for yourself. Beyond the 13th month, you are required to attend re-qualification training and are illegal to fly after the last day of that 13th month.

- You will bid for CQ training, and the training will be pre-plotted on your schedule. The bids for CQ are due on the 3rd of each month at 0800 ET the month prior to your annual CQ month. If you fail to enter a bid for CQ, you will be assigned a date to attend. **NOTE:** The CQ value of 2:45 per day applies to the PBS monthly schedule build value.

- The CQ duty period length, including PSY travel to and from CQ, will adhere to Delta Duty Time Limitations.

- If your base is required to travel to attend CQ and a travel day is required due to exceeding duty period limitations, overnight accommodations will be provided at company expense.

**CONFIDENTIAL**                          **DELTA 002491**

## 4.R Bidding for Special Programs

- Bids for a **Company Leave of Absence (PLOC)** close at 0800 local base time on the 25th day of the month two months prior to the leave request month e.g. February 25th for an April 1-30 leave request. *For additional details, see IFS Handbook – Section 6, Leaves of Absence – Company Leave of Absence.*

- **Vacation** pickup-improvement bids close on the 3rd of each month at 0800 ET. *For more information or for annual vacation bid, see IFS Handbook – Section 8, Schedule Statuses-Vacation section, and/or contact the Vacation Desk.*

## 4.S Other Training and Meetings Adjacent to Duty

- Meetings and training sessions can be requested and scheduled adjacent to existing duty periods as follows:

  1. Training and meetings scheduled immediately <u>prior</u> to a flight assignment must be considered as duty for all FAA and Delta rule purposes. A maximum scheduled 14 hour day, or 16 hours if involving international or transoceanic flight, must be adhered to.

  **EXAMPLE:** A flight attendant desires to attend a 4 hour training class in-base from 0800-1200. They are scheduled to report for a trip at 1300 for a scheduled duty period of 8 hours. The total time from report to training through scheduled release at 2100 hours is 13 hours so this is a legal request and will be approved.

  2. Training and meetings scheduled immediately <u>following</u> a flight assignment do not need to adhere to a 14 or 16 (for international or transoceanic) hour day, as long as a legal uninterrupted Delta rest break of 11 hours (or 14 hours if the scheduled duty period plus training is >14 hours) occurs before the next scheduled duty period.

  **EXAMPLE:** A flight attendant is scheduled for release from an all-night 6 hour working duty period at 0800. A company sponsored personnel meeting from 1200-1700 is requested and scheduled by the flight attendant. The next report time for an actual working segment is the following day at 1300. The rest break following the meeting is 20 hours (from 1700 to 1300 the next day), therefore this is a legal request.

- If you must be scheduled by In-Flight Service Scheduling for training or meetings because you did not submit a bid, you will always be scheduled on an off day. You can however, bid and schedule other training and meetings adjacent to existing trips but at your request only. These are worked manually so contact with Scheduling Training is necessary.

**CONFIDENTIAL**                          **DELTA 002492**

## 4.T Base Transfers

- You are responsible for all moving expenses incurred as a result of a voluntary base transfer.

- If you are flying to your initial assignment at your new base or location, an S-1 pass will be issued from your current base / location to your new base / location.

- If you are awarded a voluntary transfer, you forfeit remaining vacation periods held in your original base and you must re-bid for vacation in your new base.
  **NOTE:** If the effective date of the transfer is during your vacation period, you can retain that vacation if at least 50% of it will be taken in your original base.

- If you are awarded a base transfer and are in the bottom 50% seniority of those who have A-Days in your new base, you are required to obtain all the applicable visas and qualifications within 60 days of your base transfer effective date. For example, for a transfer effective April 1st, you must obtain all visas and qualifications no later than June 1st.

## 4.U Base/Location Transfer Bidding

- You must enter base/location transfer requests in the computer no later than 0800 EST on the 25th of each month for transfers effective in 35/36 days. (For example, for a transfer effective May 1st, you must bid by 0800 on March 25th.) Advance notification will be given if it becomes necessary to change this deadline.

- A flight attendant who is on an indefinite suspension cannot enter a request for a base/location transfer.

- If you transfer to a base or location and are in the bottom 50% seniority of those who have A-Days in the base or location, you must obtain all the applicable visas and qualifications needed for A-Days in that base or location.

## 4.U.1 Temporary Base/Location Transfer Bidding

- In the event base or AFP openings exist due to a peak in seasonal flying or critical LOD needs, temporary transfers may be offered for a defined period of time. Flight attendants will be informed of the length for the temporary transfer at the time of the award. Temporary transfers may be offered to fulfill regular or LOD openings. At the end of the defined assignment, flight attendants awarded temporary transfers will return to their previously assigned base.

**CONFIDENTIAL**                          **DELTA 002493**

- Fulfillment of temporary transfers will be processed using the existing base transfer request list. Flight attendants awarded temporary transfers will be notified of their temporary award via company email. Any flight attendant wishing to rescind an award due to its temporary assignment must respond to the award notification email within 5 calendar days.

- Any flight attendant awarded a temporary transfer will have all currently held vacation weeks honored in their new temporary location as scheduled. In the event a Flight attendant is subsequently awarded a permanent transfer, whether in the temporary location or another location, all remaining vacation weeks will have to be rebid in their new base.

- If the temporary transfer is to an AFP location, all normal AFP performance requirements must be met and maintained during the assignment.

- If the temporary transfer is awarded based on a LOD qualification, the qualification must be maintained during the duration of the assignment.

## 4.V Base Transfer Awards / Denials

- Vacancies are awarded by flight attendant system seniority. Exceptions are:

  1. An LOD qualified flight attendant may be awarded a priority transfer due to insufficient language staffing in a base. All LOD priority transfers will require a 2-year commitment to the LOD program. Transfer requests of LOD qualified flight attendants can also be denied if staffing within their language category, in their current base has been deemed insufficient.
  2. In the event of a base/location closure or downsizing, a flight attendant being involuntary transferred, will be given priority for bidding into bases with vacancies.

- If you bid more than one base, you will be awarded your first bid preference available.

- A transfer can be denied if it would cause the staffing of your current base/location to be reduced below the required level for normal operations.

- Monthly base transfer awards will be posted in the computer no later than 30 days prior to the effective date of the transfer.

## 4.W Qualifications/Status in New Base

- All training, leadership and language qualifications will be retained in the new base.

- Exemption: In order to fly International in your new base, you must comply with all the International Program requirements specific to your base.  For example, vaccinations, LMS courses, and 777 equipment.

## 4.X Relocation Policy

- You must complete your schedule in your existing base/location before being released to your new base/location.  If you hold an A-Day on the last day of a bid period, you are released at 2359 of the last day of the bid period unless assigned a trip which transits into the next bid period.  If so, A-Day holders are released at assignment completion.

- You should first attempt to bid a schedule to accommodate all necessary time needed to transfer/move.  If bidding/swapping does not provide the specific and necessary time to facilitate your transfer/move, you can request schedule assistance of up to 3 days *in your new base* as follows:

   **All Flight Attendants**
   ◊ Contact the Manager Support Team (MST) Desk to request removing your trip, or up to 3 A-Days (schedule is not marked as MTO).

   ◊ If the operation does not permit trip drops due to staffing availability, holidays, etc. you will be referred to your local Performance Manager.

   ◊ No pay protection for dropped trips or A-Days applies.

   ◊ If dropped below 45 hours, you are subject to subsequent pay adjustment.

## 4.Y Responsibilities in New Base/AFP Location

- You are responsible for submitting any applicable vacation pick-up bids in your new base.  You can do this as soon as your transfer request is awarded.

**CONFIDENTIAL**                         **DELTA 002495**

- If awarded a voluntary transfer, you are required to remain in your new base/location for a minimum of 3 full bid periods.

- You can only transfer once while on Initial probation.

## 4.Z Involuntary Transfers

- The normal 3 month commitment period in a new base or location is waived if you are involuntarily transferred from a Base/AFP. Additionally, if within 6 months from the effective date of the involuntary transfer, the base/AFP opens up for transfers-in, you will have a priority to voluntarily transfer back into the base/AFP from which you were displaced, in system seniority order of those flight attendants who were so displaced. If involuntarily transferred out of an AFP, performance eligibility requirements must still be met and as per the AFP policy, priority will be given to those flight attendants, in system seniority order, who live within 75 miles, followed by those flight attendants who live outside 75 miles in system seniority order.

**CONFIDENTIAL**                    **DELTA 002496**

### Section 5 – Access Days

General Information....................................................96
Schedule Build ........................................................97
A-Day Holders - Partial Month On Duty ...........................97
Co-Terminal Indicator ................................................97
A-Day Utilization ......................................................98
   Steps of Trip Coverage ............................................98
Telephone and Pagers ...............................................98
Contact Requirements ...............................................99
   Checking Your Schedule During Minimum Rest Period ... 100
A-Day Awards & Assignments...................................... 100
A-Day Parameters .................................................... 102
Transitioning Between A-Day and Trip .......................... 103
A-Day Rest Requirements .......................................... 103
   Minimum .......................................................... 104
   Domestic/International trip (non-transoceanic) ........... 104
   Transoceanic trip ................................................ 104
   Ultra Long Range ................................................ 104
   Training............................................................ 104
   Airport Standby .................................................. 104
Airport Standby Duty ................................................ 105
Phone Release ........................................................ 106
Airport Release Requirements...................................... 107
   Airport Release Exemptions ..................................... 107
Interference With OFF Days ........................................ 108
   Option for Off Day in Next Bid Period ......................... 108
A-Day Holders & Preferencing Open Trips...................... 110
A-Day Swapping with Other Flight Attendants................ 111
Out-of-Base Standby ................................................ 113
Training Assignments / Bids........................................ 113
A-Day Trip Guarantee ............................................... 114

**CONFIDENTIAL**                          **DELTA 002497**

Section 5
Access Days                                              7/15/08

THIS PAGE LEFT INTENTIONALLY BLANK.

**CONFIDENTIAL**                    **DELTA 002498**

## 5.A General Information

- Access days (A-Days) are ready status days designed to cover the operational requirements of each base. A-Days are normally awarded or assigned in blocks of 3 or 6 days, but can be aligned in length by base according to the trip demographics of that base. If hired before 1/1/08 you can be assigned a 3-day block of days and if hired on or after 1/1/08 you will be assigned 6 A-Days in either a single 6-day block or two 3-day blocks.

- A-Day blocks of greater lengths may be built in bases as needed for specific trip lengths. When on standby or on-call, once the standby period is completed or the trip has departed, whichever is later, you can opt to call Scheduling to have any days greater than your normal required block length dropped from your schedule.
  **Example:** You have 6 A-days each month, but bid for a 9-day block to possibly cover a 9-day trip to CPT. After the trip departure on the first day of your block, and upon the completion of that standby period you can contact Scheduling to drop the last 3 days of the block.
  **NOTE:** In addition to standing by for a specific trip(s), all normal standby rules and usage will apply.

- If your A-Days transit into a new month you will have fewer days in one month and more in the next. For example, if you have a 3-day block starting on June 29 and are awarded another 3-day block in July, you will have 2 A-Days in June and a total of 4 A-Days in July.

- The schedule codes in DBMS are ADY3, ADY6, etc. indicating the number of days in an A-Day block. When assigned a trip operating fewer days than the A-day block, the remaining days in the block are indicated by the resulting code, e.g. if you have a 3-day block and are assigned a 2-day trip the remaining day is coded ADY1.

- An A-Day holder is 'on-call' and available for each A-Day for a 24 hour period, though trip preference awards, assignments, releases and rest requirements will reduce the ready-available time.

- When on A-Days you can submit preferences for the following:
  - specific trips and specific standby periods,
  - generic preferences for desired trip length, e.g. any 3-day, any 2-day,
  - co-terminal preference(s) if applicable,
  - preferences for flight leader or language position,
  - preference the time of day you would like your trip award to report. Early (E) is for reporting from 0400-0959, Middle (M) is for reporting from 1000-1559, and Late (L) is for reporting from 1600-0359
  **NOTE:** Preferences can be updated as the block progresses.

- At the beginning of every calendar year, Crew Resources and Planning will publish the seniority date of the bottom 50% of A-Day holders in each base. System wide communication, as well as an individual email will notify Flight attendants if they fall within this range. All flight attendants in the established 50% of A-Day holders will be responsible for obtaining all required visa and qualifications applicable to their base within the set deadline communicated in the annual announcement.

Section 5                                          97
Access Days                                      1/12/11

## 5.B Schedule Build

- A-Day duty day hours are established for each base according to local flight schedules and are subject to change. The start times for local base A-Days are published in the bid packets.

- For schedule build purposes each A-Day is worth a value of 4:45 toward the monthly schedule value and toward the annual minimum flying requirement of 540 hours. If you are not used on the A-Day, the 4:45 value counts towards the annual requirement. When flown, the greater of the actual flight time or applicable block guarantee credit applies to the annual requirement.

- Your schedule will be constructed in PBS with a combination of trips and A-Days. You will be scheduled with at least 10 calendar days off per bid period, subject to pro-ration for any pre-plotted status with no associated block time such as a mandatory training or personnel meetings.   Reference the PBS manual for specific waivers to the 10 day off requirement.

- For bidding purposes, a 24 hour rest must follow all transoceanic trips. In bases with transoceanic flying your A-Day start date will be awarded with the appropriate rest breaks between trips.
  **NOTE:** In PBS there is a waiver to the transoceanic rest rule. See the PBS User Guide for more information. After schedule release the required 24 hour rest can be waived via a swap to the applicable Delta waived minimum rest requirements.

- You must have 1 calendar day rest in every 7 day period. You can however waive this calendar day rest requirement. See the PBS manual for details on waiving the 1 calendar day rest requirement.

## 5.C A-Day Holders - Partial Month On Duty

- If you are not on flight status on the first day of a bid period, e.g. after initial training or returning from a leave status, and your seniority number falls within the range of those who receive A-Days, you will be given up to 6 A-Days, as appropriate.

## 5.D Co-Terminal Indicator

- If you are in a co-terminal base, for purposes of your daily A-Day preferences, you can indicate in eCrew which airport you prefer to fly from. The co-terminal preference entries are only for the automated preference running.
  **NOTE:** A specific trip preference overrides any co-terminal preference when the specific trip departs from another co-terminal.

- During the manual A-Day assignment phase of trip coverage, the trips are assigned in reverse seniority order, and according to the number of days you are available. You can be assigned to fly from any of your base's co-terminals since the co-terminal preferences do not apply during the manual assignment phase.

Section 5                                                98
Access Days                                         1/12/11

- If you do not enter a co-terminal preference, that will indicate you are willing to fly out of any of the co-terminals of your base.

- Co-terminal preferences can be changed at any time however they must be re-submitted for each new bid period.

## 5.E A-Day Utilization

- Utilization is based first on seniority preference and then reverse-order non-preference.  The steps of trip coverage, including A-Day awards and assignments, are as follows:

**Steps of Trip Coverage**
1. Flight attendants on availability for pay protection (AVL)
2. Priority pick-ups, then pick-ups & escalation requests
3. Move-Ups
   - to same and greater number of days / same originating date
4. A-Day Preferences
   - Equal day*(a), greater days into off time and STBY; in seniority order
5. Out-of-base Pick-Ups
6. Involuntary escalations to AC-qualified leader positions
   - the most junior qualified, 1st to A, then to B
7. A-Day Assignments
   - Equal day*(a); in reverse seniority order (STBYs assigned first followed by trips)
8. A-Day Preferences–Lesser Day*(b); seniority order
9. A-Day Assignments–Lesser Day*(b); in reverse seniority order

*NOTE: (a) – A-Day <u>blocks of 3-days and greater</u> can preference a <u>3-day or greater day</u> trip of any length and are processed <u>together in seniority order</u>; an ADY1 block is limited to preferencing a maximum 2-day trip and an ADY2 block is limited to a maximum 3-day trip preference.
(b) – The processing of Lesser Day preferences and assignments is by incre-ments of one-less day, grouped by block length and each block processed / worked in seniority order; e.g. a 1-day trip is awarded/assigned to an ADY2 block before an ADY3 block; a 2-day trip to an ADY3 before an ADY4, etc.

**NOTE:** If greater day assignments are needed (FIOD) – they are assigned in reverse order to the most junior available with the closest number of days available, e.g. a 7-day trip will be assigned to the most junior A-Day with a 6-day block.

## 5.F Telephones and Pagers

- When on A-Days, you are required to be accessible by phone.  The only authorized contact numbers are a residence phones, cell phones, or a pager.  Any device used must be able to receive a verbal message, or a text or numeric message as applicable.

- It is your responsibility to ensure your telephone/cell/pager number is updated in eCrew.  You can add/change the number through the 'update/display flight attendant address card' function in eCrew.
  **NOTE:** Telephone blocking service against company contact is not allowed.

- You are responsible for having an operable cell phone/pager. You must stay within the effective range of cell towers or paging transmitters; additionally, some building structures can inhibit reception.
  **NOTE:** If your cell phone/pager malfunctions, you can be charged with a Failure to be Available (FTA).

- Your phone contact with Scheduling, the IFS OCC Manager and Crew Tracking is recorded.

## 5.G Contact Requirements

- It is your responsibility to <u>check your schedule after 2000 hours (local base time) the evening before each A-Day</u>.  Any assignment placed on the schedule by 2000 hours, (awarded or assigned) will be noted.  You do not need to acknowledge such assignment.
  **NOTE:** A-Day holders checking their schedule using the VRU should utilize the range of day option for their A-Day block to ensure that all statuses on the schedule are read.

- Scheduling will or will not call you for your A-Day assignment based on the following criteria:

| No phone contact from Scheduling...... | Scheduling will call you... |
|---|---|
| • For A-Day awards and assignments <u>placed on your schedule prior to 2000 hours</u> the day before each A-Day, **you will not be called or notified by Scheduling**.  It is your responsibility to check your schedule for your next-day assignment. | • For any <u>same-day departure</u> while you are on an A-Day, or for any trip that is <u>placed on your schedule after 2000 hours</u> the day prior to each A-Day, **you will be called and notified by Scheduling.** |

- Scheduling will make 2 contact attempts making one call to each of the first two numbers listed in your flight attendant address card, whether home, cell, or pager. Contact numbers should be listed in order of contact preference.

- When you are on-call as an A-Day holder, <u>you must respond within 20 minutes of the first attempted contact</u> when you are called by Scheduling.  Use the published number for Scheduling on the front of the bid packet when responding.
  **NOTE:** The purpose of the **20 minute time limit** is to accommodate flight attendants who may not have immediate access to a phone, or whose phone/cell phone is in a messaging/alert mode.

Section 5                                                          100
Access Days                                                   7/15/08

**Checking Your Schedule During Minimum Rest Period**
- If you are on a required minimum F.A.R. 121.467 rest at or after 2000 hours local base time, you have the following options:
  1. You can check your schedule at or after 2000 hours to see your next scheduled trip as an A-Day holder, or
  2. You <u>must</u> check your schedule for your assignment for the next day when your minimum rest and phone release is ended.
  **Example:** You are released from a domestic trip at 1430 and you have additional A-Days to work. You can check your schedule at or after 2000 hours that evening during your minimum rest period (it does not interrupt the minimum rest). If you choose not to check your schedule at 2000 hours, you <u>must</u> check your schedule at or after 2330, the end of your 9 hour phone release, for the next day's assignment.

- Access day holders on a mandatory 24-in-7 required rest (RRST) can check their schedules after 2000 hours local base time the day before an A-Day for their next assignment. They must be available for contact and assignment at the end of the 24 hour rest period.

- Once released from standby, if you request and are granted the option to be released for the remainder of the calendar day, you are still obligated to check your schedule at/after 2000 hours and before the start of the next A-Day to get your next assignment.
  **Example 1:** You are released from standby at 0900. You request and are granted the option to be released for the remainder of that calendar day, ending at 2359. Your phone release ends at 1800. At 1930, Scheduling places a trip on your schedule that signs in at 0030. Scheduling will not call you for this assignment and you must check your schedule at or after 2000 hours to be notified of your report time of 0030 on the following A-Day.

- If uncertain when an assignment was placed on your schedule, call Scheduling to acknowledge the new assignment. If you are on a trip and flying at 2000 hours, check your schedule on arrival back into base, and call Scheduling to acknowledge the assignment.

| **5.H A-Day Awards & Assignments** |

- Daily trip coverage is in accordance with the procedures detailed in Section 6.Q through 6.S. The A-Day portion, consisting of awards and assignments, is noted below.

- For purposes of <u>preferences</u> for 3-day and greater trips, A-Day blocks of 3-days and greater are considered as being 'equal day' and are worked together in seniority order. For purposes of <u>assignments</u> for 3-day and greater trips, A-Day blocks of 3-days and greater are considered as being 'equal day' and 3-day and greater trips are assigned in reverse seniority order. Two day and one-day trips are assigned to ADY2 and ADY1 blocks respectively.

- Trips awarded and assigned to A-Day holders as follows:
  **\*NOTE:** See definitions of equal, lesser and greater day below.
  1. **A-Day preference <u>awards</u>**
     - in seniority order: equal day, greater day into off time, and STBY (standby), awarded together
  2. **A-Day <u>assignments</u>**
     - reverse seniority order: first, STBY, then equal day, then greater day into off time (i.e. drafting, only if necessary)
  3. **A-Day <u>awards</u> for lesser day trips**
     - in seniority order: within ascending block size; for 1 and 2 day trips only
  4. **A-Day <u>assignments</u> for lesser day trips**
     - reverse seniority order: within ascending block size; for 1 and 2 day trips only

- Trips are awarded and assigned to A-Day holders who are on call the required number of A-Days.  The following definitions apply:
  a) **Equal Days -** For purposes of all preferences and assignments, a 3-day or greater A-Day block (ADY3, ADY4, ADY5, etc.) will be considered as an 'equal day' preference when preferencing for a 3-day or greater trip.  These are sequenced in seniority order for preferences and in reverse-seniority order for assignments.

  b) **Lesser Days –** Any 1 or 2 day trip preferenced or assigned to an A-Day holder with a greater length A-Day block.
  **NOTE:** The processing of lesser day preferences or assignments is by incre-ments of <u>one-less day</u>, grouped by block length and each block processed / worked in seniority order, e.g. a 1-day trip is awarded/assigned to an ADY2 block before an ADY3 block; a 2-day given to an ADY3 before an ADY4, etc.

  c) **Greater Days -** A greater day preference or assignment is one that is preferenced or assigned <u>into off time</u>.  For example, an ADY1 block holder preferences a 2-day trip (draft pay does not apply), or if necessary, an ADY1 block holder is assigned a 2-day trip (draft pay applies).
  **NOTE:** Greater day preferences for ADY1 and ADY2 blocks are limited to <u>one additional day</u>, e.g. an ADY1 block is limited to preferencing a maxi-mum 2-day trip; an ADY2 block is limited to a maximum 3-day trip.

- If you are not released to report time for a preferenced/assigned trip that is shorter than your block length, you can be reassigned to a longer trip if necessary.

- If the drafting of greater day assignments is necessary, they will be assigned in reverse order to the most junior available with the closest number of days available, e.g. a 7-day trip will be assigned to the most junior A-Day with a 6-day block, etc..
  **NOTE:** Trips can be split when necessary and possible to minimize drafting and/or to maximize A-Day utilization.


**CONFIDENTIAL**                        **DELTA 002504**

Section 5                                              102
Access Days                                         1/12/11

## 5.I A-Day Parameters

- A-Day duty times are set for each base/location according to trip demographics and operational needs. The A-Day duty times are posted in the bid packages. You must be available for contact during these time periods unless you are released by Scheduling.

- You will be given a minimum of 2 hours notice (3 in NYC & LAX) to report for work/duty from the <u>first attempted contact</u> by Scheduling to the **scheduled departure time** of the flight or start of standby. **NOTE:** The above equates to 1 hour to report time of the trip (2 hours to departure) or in NYC & LAX 2 hours to report time (3 hours to departure).

- If required to report for duty with **less** than 2 hours notice (3 hours in LAX/NYC), every attempt should be made to report by the scheduled departure time of the flight, however, failure to report in less than 2 hours will not subject you to disciplinary action.

- Whenever you have been advised by Scheduling to report within 4 hours to report time, your schedule will be updated with the code WI4 (advised **W**ith**I**n **4** hours). If given less than 2 hours notification (3 hours in LAX / NYC), you are eligible for reimbursement for cab fare or short-term parking expenses. *See Section 2-Compensation.*

- During daily operations, if you <u>preference a specific trip</u> that falls outside your normal base A-day limits, you are not eligible for draft pay. If you are <u>rescheduled / rerouted</u> by Crew Tracking to return past your normal base duty day times, you may be eligible for RRO4 pay if the RRO4 parameters are met. If you are <u>manually assigned</u> a trip by Scheduling (includes piggybacking) into your OFF time), you are eligible for the additional 4 hours draft pay.

- Once assigned a trip, Scheduling can release you, operations permitting, until the report time of your trip. The schedule code RLS or RLSD preceding an assignment indicates a release to sign-in.

- Though you can be released, at times operations can require a reassignment. Reassignments will be done in reverse seniority of those assigned to the extent possible. Scheduling will contact you for any necessary changes. If unable to contact you prior to report, you can be advised of a different trip at report time but your original report time will be used for duty purposes for that day.

- Scheduling will not normally contact you during your phone release, which coincides with the FAA minimum rest, while on A-Days. You are not required to be available to the company during an FAA rest period (see phone release details in section 5.M). If however, contact is made by you or Scheduling regarding your next A-Day assignment, the FAA rest break is not interrupted for rule purposes.

**CONFIDENTIAL**                              **DELTA 002505**

| Section 5 | 103 |
|-----------|-----|
| Access Days | 1/1/09 |

## 5.J Transitioning Between A-Day and Trip

- An **11 hour rest** must be scheduled between an <u>A-Day and any subsequent trip.</u> For example, when requesting a trip to follow an A-Day of 0000-2359, the trip cannot report sooner than 1100 the next day. This also applies to any training or special assignments. **NOTE:** Bases/locations with A-Day start times other than 0001 will have the same 11 hour break applied accordingly; e.g. in a base/location with an A-Day start time of 0100, any requested trip following the A-Day must report no earlier than 1200, thus maintaining the 11 hour break.

- To schedule a <u>trip prior to an A-Day in a base with A-Day start times of midnight,</u> the trip must have a scheduled <u>release</u> of **1700** the day prior to the A-Day. Adjusted times will apply if the A-day start time varies. These parameters apply to all bases to provide an 11 hour rest prior to the first expected A-Day trip report time.

- The 24 hour rest following a CBS-awarded transoceanic trip can be waived to 11 hours after schedule release, by a pick-up or swap for A-Days to follow the transoceanic trip; or by pick-up, swap, or move-up to a transoceanic trip preceding any awarded A-Days.

- If you have A-Days scheduled before or after an Ultra Long Range (ULR) trip, or desire to swap to place A-Days before or after a ULR trip, the additional rest rules surrounding ULR trips must be adhered to. *See the ULR rest parameters in Section 1.S.*

## 5.K A-Day Rest Requirements

- You are scheduled with a minimum 11 hour domicile rest between domestic and/or international trips. Due to actual operations, by reroute or delay, your rest can fall below 11 hours. You will not be removed or re-assigned from a subsequent <u>preferred</u> award or tripholder assignment until your rest falls below 9 hours. You can however, request and be granted an 11 hour rest before your next <u>assigned</u> (but not preferred) A-Day trip.

- A-Day holders will be scheduled with appropriate rest breaks between trip types as indicated in the chart on the next page. However, a specific A-Day trip preference <u>following</u> a preferred or assigned transoceanic trip is understood as a waiver (for the 2nd trip) from the normal scheduled rest break of 24 hours following such transoceanic flying. The minimum rest is waived from 24 hours to a minimum of 11 hours.
**Example:** On the first day of a 6-day block you fly a transoceanic trip that is scheduled for release on the 3rd day at 1700. You then submit a preference for a specific domestic trip for the 4th day that reports at 1300 (less than a 24 hour rest). The preference for the specific trip that reports at 1300 is understood as a waiver from receiving a full 24 hour rest following the transoceanic trip.

**CONFIDENTIAL**            **DELTA 002506**

- Following a <u>transoceanic</u> trip, once you have preferenced another trip and received a waived rest of 11 hours, actual operations can reduce your minimum rest to 9 hours following a duty period scheduled at 14 hours or less; or to a minimum 12 hours rest following a duty period scheduled greater than 14 hours.  If your <u>actual</u> rest prior to the next trip is less than 9 hours or 12 hours respectively, you will be removed from that next scheduled trip. This applies before and after such a preferenced trip.

- If you preference or are assigned a transoceanic trip and then do not preference for your next trip (e.g. when you have a 6-day block), or enter a generic preference, Scheduling will ensure a 24 hour scheduled rest before your next assignment.

**DELTA REST BREAKS FOR ACCESS DAY FLIGHT ATTENDANTS**

| From ... | Minimum <u>Scheduled Rest Period is...</u> | To ... |
|---|---|---|
| **Domestic/International trip (non-transoceanic)** | 11 hours* | Any trip, standby, or training |
| **Transoceanic trip** | 24 hours | Any trip, standby or training |
| **Ultra Long Range** | 54 or 30 hours – see ULR rest rules in Sec. 1.S | Any trip, standby or training |
| **Training** (duty day includes deadhead time if traveling out of base to training) | 11 hours* | Any trip, standby, or training |
| **Airport Standby** | 11 hours* | Any trip, standby or training |

*\*NOTE*: Minimum rest is 14 hrs following a duty period scheduled greater than 14 hours.

- All minimum scheduled rest is from release time to the next scheduled report time.

- At times, additional flight segments are given to A-Day flight attendants on arrival back to base (termed **'piggy-back' flying)**. Such additional flying will not be assigned when arriving off an all-night duty period.  All-nighters are defined as duty periods reporting between 1700 and 0100 local time and releasing the following morning after 0500.

**CONFIDENTIAL**                    **DELTA 002507**

## 5.L Airport Standby Duty

- For standby duty, you are required to be present at the assigned airport in full uniform, and must remain accessible to Scheduling. You must be ready for immediate assignment at all times.

- The schedule status code for airport standby is STBY for domestic standby and ISBY for international standby. There are also specific codes to distinguish co-terminal standby in the three NYC locations. **NOTE:** You can be assigned any trip-type while on standby, e.g. a domestic trip while on ISBY, etc.

- Standby duty will normally not exceed 4 hours. However, standby periods can be extended to provide better sign-in coverage, to increase standby utilization for trip assignments, and to react to daily operational needs. The extended standby duty period can be a one time occurrence or for the entire month, at the discretion of Scheduling.

- A-Day airport standby time is considered duty time and included in duty time limitations. You will be scheduled legally according to the duty parameters of the trip type to which you are assigned. The trip combined with your standby time will be scheduled to a:
    1. maximum of 14 hours for domestic flying,
    2. maximum of 16 hours for transoceanic and international flying,
    3. maximum of 20 hours for Ultra Long Range, Non-Stops Greater than 12 Block Hours, and CRAF & Military charter flying (and if FAA minimum staffing is sufficient for the duty period length)

- Following a standby period, you can request a release for the remainder of that calendar day or you will default to the minimum required 11 hours rest. Contact Scheduling and speak to a Scheduler if you want to exercise this release option. Depending on the standby release time, your phone release is 9 hours or until 2200 hours, whichever is later. **Example:** An A-Day holder released from a standby period at 0900 who requests this option will be released for the remainder of that calendar day. The phone release is until 2200 hours.

- Out-of-base airport standby duty length can vary and be extended by Scheduling according to operational need. Out-of-base airport standby time is credited at the 1 for 2 duty credit rate for the applicable duty period.

- Scheduling will try to assign standby no more than 1 time in a 3-day block, or 2 times in a 6-day block. However, this is subject to operational requirements and may not always be possible.

**CONFIDENTIAL**                    **DELTA 002508**

## 5.M Phone Release

- The phone releases below apply to all A-Day holders.  During severe operations, the phone release can be reduced to less than the times noted.  However, phone release times will be no less than the appropriate F.A.R. minimum rest requirements of 9 hours for duty periods scheduled at 14 hours or less and 12 hours for duty periods scheduled greater than 14 hours.

- The Company will attempt to avoid interrupting the FAA minimum rest break, but contact by either the flight attendant or the Company does not interrupt the FAA rest period for legality purposes.  However, a flight attendant is never required to contact the company or be available to the Company during an FAA minimum rest period.

| Phone Release: | Explanation |
|---|---|
| 9 hours | • When released for an 11 hour rest in your base after a scheduled 14 hour or less duty period. |
| 10 hours | • When released for an 11 hour rest period in your home base and the rest is the next / subsequent rest following a layover of less than 9 hours release to report after a scheduled 14 hour or less duty period. |
| 12 hours | • When released for a 14 hour rest period in your home base after a scheduled over-14 hour duty period. (see note below*) |
| 12 hours | • When released for a subsequent 14 hour rest following a layover of less than 12 hours release to report after a scheduled over 14 hour duty period. (see note below*) |
| 14 hours | • When released from a domestic trip for a 16 hour rest in your base after exceeding a 16 hour duty period. |
| 16 hours | • Upon completion of a transoceanic trip (includes transoceanic exception pairings) |
| 24 hours | • When rest period in your home base is the FAA required minimum rest of 24 hours in 7 consecutive calendar days. This is designated on your schedule with the code RRST. |
| 24 Hours | • When released from an Ultra Long Range Trip assignment. |

*NOTE: A scheduled over-14 hour duty period is calculated from scheduled report for the first working flight or report for STBY until the scheduled release of the last working flight.

### 5.N Airport Release Requirements

- Upon your return to home base and after deplaning, you must use the Automated Crew Scheduling telephone system to <u>obtain an airport release prior to leaving the terminal/lounge area.</u>
  - Your call should be completed after your scheduled trip release time, e.g. after arrival and as soon as you complete any safety and customer related duties.
    **EXCEPTION:** The airport release requirement does not apply to LAX.

- If you arrive early you can be released up to 30 minutes before your scheduled arrival time.

- You must also obtain an airport release after standby duty.  If released, the minimum rest period including a 9 hour phone release, begins following your release from standby.

- Following a standby period, you can request a release for the remainder of that calendar day or you will default to the minimum required 11 hours rest.  Contact Scheduling and speak to a Scheduler if you want to exercise this release option.  Depending on the standby release time, your phone release is 9 hours or until 2200 hours, whichever is later.
  **Example:** An A-Day holder released from a standby period at 0900 who requests this option will be released for the remainder of that calendar day. The phone release is until 2200 hours.

- If you are released from a trip or standby assignment within 11 hours or less from the end of your last A-Day duty day, or within 16 hours following a transoceanic trip, you are released into your off time with no further phone contact obligation.  Such release will apply for 24 in 7 rest considerations.

- If you **fail to call for an airport release within 1 hour** of your block-in time or end of your non-fly duty period, you can be subject to administrative action.

### Airport Release Exemptions
- You are exempt from obtaining an airport release under the following  conditions:
  - You have been on duty more than 12 hours and are scheduled off the next day,
  - You are returning from a transoceanic trip,
  - Following an approved deviation from deadhead into your off day

## 5.O Interference With OFF Days

- As an A-Day holder you can be drafted into your off time. This can be done at the time of your trip assignment or as a continuation of an assignment.

- An OFF period is interfered with in the following ways:

### Draft Pay is Due
1) by being manually <u>scheduled</u> into the off period (DRFT pay is due, or the option to take another day off in the next bid period);
2) you are either given a trip length greater than your A-Day block or on arrival into your base you are 'piggybacked' into additional flying into your off time.

**Example A:** You have 1 A-Day remaining and due to critical staffing Scheduling calls to assign you a 2-day trip, into your off time. You are due draft pay of an additional 4 hours.

**Example B:** You are scheduled for release at 1600 on your last A-Day, and on arrival Scheduling 'piggy-backs' you on additional flying that is scheduled for release at or after 0001 on your first off day. You are due draft pay because you were <u>scheduled</u> into your off time.

### No Draft Pay is Due
1) by preferencing a specific trip with a release time that falls into the off period
2) by being delayed into the off period
3) by being rerouted into the off period; however **RRO4** pay may apply if the reroute increases the trip by a day according to the Delta trip definition in Section 4.
4) by being piggybacked into remaining A-Day time

**Example C:** You are arriving in base on the second day of your block of 3 A-Days at 1530 and you have one more A-Day to serve the next day. On arrival you are 'piggybacked' with additional flying into the 3rd A-day. You do not qualify for draft pay because you were not flown into your off time.

### Option for Off Day in Next Bid Period Instead of Draft Pay
- If Scheduling assigns you into your off period or you are drafted into an off day, you will receive draft pay (DRFT) of +4 additional hours pay; or you can choose the option of taking an additional off day in a subsequent bid period.

- If you choose to take an additional off day in a subsequent bid period, the following applies:
  - the off day request cannot be on a holiday or during a blackout period

**CONFIDENTIAL**                                    **DELTA 002511**

- to be processed during the running of PBS in a timely manner: if the day of the month your off day is affected is the 1st through the 13th, you can choose a day off for the next bid period, however, if the day of the month your off day is affected is between the 14th and the end of the month, then the additional off day request must be for two bid periods away.

**Example:** If you are flown into January 25th, and you want an additional off day, since the February bid is already processed, your choice of an additional day off has to be for the March bid period.

- A block will appear on the pre-assignment calendar in PBS indicating that the day is blocked to prevent a trip or A-Day from impacting the day.
- Submit your request using the eCrew on-line form

**NOTE:** If your seniority requires you to have A-Days in a subsequent bid period, the number of A-Days assigned will not be reduced.

- According to your trip-type you can be scheduled into off time as follows:

**For Domestic / International Trip**
◊   In trip coverage procedures, you can be assigned a trip into your off time. If so, every attempt will be made to <u>schedule</u> you into no more than 1 additional off day, though at times exceptional circumstances can require more.

◊   You will receive draft pay of 4 additional hours for every off day you are scheduled into. You also have the option to take another day off in the next bid period.

**For Transoceanic Trip**
◊   In trip coverage procedures, you can be assigned a trip into your off time. If so, every attempt will be made to <u>schedule</u> you into no more than 2 additional off days, though at times exceptional circumstances can require more.

◊   You will receive draft pay of 4 additional hours for every off day you are scheduled into. You also have the option to take another day off in the next or a subsequent bid period.

**Example:** You are an international standby on day 1 of a 3-day A-Day block. Due to a no-show you are dispatched on a 5-day transoceanic pairing. You will receive normal pay for the standby and pairing. You will have a choice of one of the following 3 options:
- 8 hours of DRFT pay for being scheduled into 2 off periods; or
- 2 additional days off in the next or subsequent bid period; or
- 4 hours of DRFT pay and 1 day off in a subsequent bid period.

Section 5                                    110
Access Days                              7/15/08

**Trip Interference with A-Day Assignment**
- If rescheduling or drafting causes a trip on your schedule to interfere with an A-Day block on your schedule, you will be given the appropriate domicile break before completing your remaining A-Day obligation.
  **NOTE:** If the rescheduling or drafting of a trip that precedes an A-Day block interferes with the A-Day block, any originating flight time and trip credits accrued on the A-Day will offset the block guarantee in addition to any other earned time on the remaining A-Days.

**A-Day Trip Interference with Regular Trip**
- If your A-Day assignment is rerouted or extended by piggybacking and interferes with your next scheduled assignment as a tripholder, you will be pay protected for the dropped trip under the guidelines of Two-Rotation Pay Protection.   *See Pay Protection Involving Two Pairings or More in Section 3 on Trip Pay Protection Policy.*

**A-Day Trip Completion Into a PLOC Month**
- You must complete an A-Day award or assignment that transits into a bid period with an awarded PLOC.

## 5.P A-Day Holders & Preferencing Open Trips

- A-Day flight attendants can submit preferences for trips and standby periods in open time. The preference can be for a specific trip or a generic request (e.g. any 3-day trip).  Preferences can be submitted prior to and any time during the A-Day block.

- If your base/location has a trip with a scheduled release time past the normal A-Day hours (e.g. an 0130 release in a base with A-Day duty normally ending at midnight), a specific preference for this trip can be awarded.  These awards do not qualify for draft pay, however if you did not preference a trip into off time and are manually assigned by Scheduling into your off time, you will qualify for draft pay for being scheduled into your off time.

- Within the one calendar day period prior to a date of operation (e.g. Saturday for a Sunday operation), trips and standby periods in open time not awarded through the preference process will be manually assigned in reverse seniority order to A-Day holders who did not preference or who submitted preferences but were not awarded.

**CONFIDENTIAL**                    **DELTA 002513**

- In bases with transoceanic flying, your A-Day assignments will be scheduled with legal rest breaks between trips. However, you can waive the 24 hour scheduled rest following a transoceanic trip to an 11 hour domicile rest following duty periods scheduled for 14 hours or less; or to 14 hours domicile rest following duty periods scheduled greater than 14 hours. These waivers are accomplished through successfully preferencing a transoceanic trip, or through picking-up or swapping for other trips or A-Days to follow the transoceanic trip you received as an A-Day holder.

## 5.Q A-Day Swapping with Other Flight Attendants

- You can submit requests for A-Day swaps with other flight attendants any time during the month and/or once schedules are released for a new bid period.

- Swaps for an A-Day grouping must be for the complete awarded block (most bases have 3 A-Days, but some have fewer or more than 3). However, if by <u>bid you are awarded back-to-back blocks</u>, they will retain the individual block identifiers and one or both blocks can be swapped as individual blocks.
  **Example:** If two 3-day blocks are awarded or assigned by bid, they appear as two separate 3-day blocks, and you can swap one or both as separate blocks. However, you can still be awarded a preference for, or assigned a trip for the total number of A-Days, i.e. a flight attendant with two consecutive 3-day blocks can be assigned a 4, 5, or 6 day trip.

- Once any block has been 'broken' by an A-Day preference award or assignment, the remaining days in the block can be swapped away.

- You can swap your block of A-Days with another flight attendant. The swap can be your A-Days for a trip, a block of A-Days for another block of A-Days, or a drop/pick-up of a block of A-Days. There is no minimum number of A-Days you must maintain for a bid period after the initial bid award.

- You cannot swap A-Days which results in being on A-Day status more than 6 consecutive days to ensure a 24 hour-in-7 day rest.
  **Exception:** If awarded or assigned a block greater than 6 days for specific trip coverage in a base, Scheduling will ensure you receive the appropriate 24 hour rests every 7 days.

- You can swap to combine trips and A-Day(s) in any 7 consecutive calendar days but must have a scheduled 24 hour rest period within that 7 days. You can also swap A-Day(s) with other flight attendants provided the swap does not place you on A-Day status more than 6 consecutive days.

- If your base has A-Day times other than midnight to midnight, and your 6th day is an A-Day, a 24 hour rest on day 7 can commence following the end of your scheduled A-Day, fulfilling the 24 in 7 rest requirement.

- You can swap or drop A-Days that remain in a block if the block has been broken by a trip or an inactive status.  After a trip has been flown on an A-Day, or after standby (STBY) is completed, any remaining A-Day(s) can be swapped to another flight attendant as a smaller block of A-Days.

  **Example A:** You have 3 A-Days and fly a turnaround on the first A-Day arriving back in domicile at 1930 hours.  If you are given no additional flying, and after release for a domicile rest, you can swap the two remaining A-Days to another flight attendant.
  **Example B:** You have 3 A-Days and are assigned standby (STBY) from 1000 to 1359.  Underline{After standby is completed} at 1400, and you have been released for a domicile rest, you can swap the remaining A-Days to another flight attendant.

- Once an A-Day holder has a trip placed on their schedule, the trip can be swapped with another flight attendant up to report time.  The access day indicator ('@') and all A-Day obligations remain with the trip and are assumed by the receiving flight attendant.

  **Example A:** You pick-up a trip from an A-Day holder at 1500.  Report time is 2100 and the A-Day was not released to report time.  You are now 'on-call' at 1500 (the time of the swap) in the event Scheduling must contact you.
  **Example B:** You pick-up an all-nighter turnaround from an A-Day holder that arrives in domicile at 0730.  You are obligated for the remainder of the A-Day following your legal domicile rest.  Unless released by Scheduling, you are back on-call after the appropriate phone release until the A-Day expires.

- Flight attendants cannot swap A-Days for trips in open time.

- If you swap to place additional A-Days adjacent to other existing A-Days, all days are considered to be a single block.  For example, swapping an ADY3 block adjacent to another ADY3 block auto-matically becomes an ADY6 block.  The new 6-day block cannot then be broken except after receiving the first assignment.  You can then swap away any remaining A-Days following the assignment.

- You can swap to place a block of A-Days before or after a scheduled trip.  However, there must be an 11 hour buffer between the end of the A-Day and the trip or, if the trip precedes the A-Days the trip must release no later than 1700 the day before the A-Days.

  **Example 1.** You have a trip that reports at 1130 and desire to swap to place an A-Day block before the trip.  This is a legal swap for all bases in which duty day is set at 0000-2359 since more than an 11 hour buffer is present between the end of the A-DAY at 2359 and the report time at 1130.
  **Example 2.** You have a trip that is scheduled for release at 1630 and you desire to pick up an A-Day block the day following the trip.  This is legal since the trip releases prior to 1700.

**CONFIDENTIAL**                    **DELTA 002515**

Section 5                                113
Access Days                              7/15/08

- For annual and monthly projection purposes, each unused A-Day is worth a value of 4:45 per day.

- If an A-Day holder is assigned a trip that is subsequently jetway traded, both flight attendants in the swap retain partial A-Day obligations, ending or beginning at the split point.

- Operations permitting, within 1 calendar day of the date desired, A-Day holders can drop an A-Day (ADOT) using the TDOT (trip drop) procedures.  A TDOT request is awarded in seniority order and can be for one, two or three days.

- Once an A-Day block is broken by a STBY assignment, the remainder of the block cannot be swapped until the STBY assignment has been completed.  You will complete any trip assigned while on standby.

### 5.R Out-of-Base Standby

- At times you are scheduled to cover a trip or standby for another base/location which requires you to remain overnight in that base either before or after the trip prior to returning to your home base.

- If you are sent to another base to cover possible assignments, you will:
    1. be assigned a trip at that base; or
    2. remain at the airport for standby duty at that base; or
    3. be sent to a hotel at that base to await contact from Scheduling.

- If assigned airport standby at that base, Scheduling will inform you of the duration of your airport standby duty times.  If assigned a trip the duty time will not exceed the maximum scheduled duty time limits for the specific trip-type.

### 5.S Training Assignments / Bids

- Flight attendants requiring any mandatory training will be assigned such training on their off days, and not on A-Days.

- An A-Day holder can request to attend non-mandatory training, or training or meetings of 4 hours or less in length on A-Days.  Such attendance will be allowed if operations permit.  To determine if an A-Day holder is able to attend such training or meeting, an FSM or the A-Day holder should coordinate with Scheduling.  Additionally, an FSM or A-Day holder should coordinate with Scheduling the release and/or assignment status of A-Day holders from meetings.
  **NOTE:** An A-Day holder can be required to work a trip or STBY period following meetings or training attended on an A-Day.

## 5.T A-Day Trip Guarantee

- Concurrent with the A-Day Block Guarantee, an A-Day holder is guaranteed the scheduled value of the trip if time is lost due to daily operations, after departure and with a landing at another airport <u>provided there are no availability requirements for the tripholders</u>.

- An A-Day trip guarantee applies to single rotations only, and will pay the greater of the value of the trip actually flown, or the scheduled value of the trip at the time it was placed on your schedule.

| Flight Time Lost | Trip Guarantee |
|---|---|
| 1. If your entire trip cancels at or after report, or is shortened by a calendar day or duty period.... | **No** - You are returned to A-Day status to receive another assignment, or be placed on Airport STBY, or be released for a domicile break. **NOTE:** If you are not released, any additional flying later that day/duty period will be calculated for legalities using your original report time of that day/duty period prior to the trip cancellation. |
| 2. If 'A' day cancels and the trip reports for duty at home base on the next calendar day... | **No** - You are returned to A-Day status and/or assigned another trip. |
| 3. If 'A' day reroutes to deadhead only during the first duty period to pick up the balance of the trip... | **Yes** - You are paid based on the value of the trip when put on your schedule or the value of the trip as actually flown, whichever is greater. |
| 4. If 'A' day has an attempt with no landing in another city or the duty period consists of only non-fly duty... | **No** - You are returned to A-Day status and/or assigned another trip. |
| 5. If you lose flight time on a trip and return to your base **after** the original scheduled report time of the last duty period (requires a take-off from one city and a landing in another city)... | **Yes** - You are paid based on the value of the trip when put on your schedule or the value of the trip actually flown, whichever is greater. |
| 6. If you lose flight/credit time on your trip and you return to your home base **prior** to the original scheduled report time of the last duty period.. | **No** - You are paid the value of the trip actually flown and returned to A-Day status. |
| 7. If you lose flight/credit time on a trip which is extended an extra day... | **Yes** - You are paid based on the value of the trip when put on your schedule or the value of trip as actually flown, whichever is greater. |

*For more on trip pay guarantee, see Pay Protection in the Compensation section*

**CONFIDENTIAL**                    **DELTA 002517**

- An A-Day trip guarantee, if applicable, plus any other A-Day assignments within the A-Day block are compared to the A-Day Block guarantee and the greater is paid. You will receive no less than the A-Day block guarantee for the number of A-Days on your schedule.

**Example A:** An A-Day on a 3-day block completes a 2-day trip worth 10 hours and does not fly the 3rd day. The total pay for the 3-day block is the 14:15 A-day block guarantee.

**Example B:** An A-day on a 3-day block completes a 3-day trip worth 16 hours. The total pay for the 3-day block is 16 hours.

**Example C:** An A-Day on a 3-day block completes an 18 hour trip that is rerouted and loses 5 hours block time on C-day only. However the crew also flew 1 segment on C-day so there are no availability (AVL) requirements for the tripholders. The truncated trip is only worth 13 hours, but the A-Day holder is also guaranteed/paid 18 hours like the tripholders under the trip guarantee policy and the A-Day trip guarantee supersedes the A-Day block guarantee.

**Example D:** An A-Day on a 6-day block completes a 3-day trip starting on day one worth 15 hours, has STBY on day four worth 2 hours but is not used, then that is followed by a 2-day trip worth 10 hours on days five and six. The total pay of 27 hours for the 6-day block is superseded by the A-day block guarantee of 28:30.

**CONFIDENTIAL**                          **DELTA 002518**

## Section 6 – Schedule Changes

Schedule Changes - Definitions & Overview ............................ 116
1st Come 1st Served Open Time Process ................................ 117
    Prior to the One Calendar Day Cutoff ................................... 117
    After the One Calendar Day Cutoff..................................... 118
Trip Trade Balancer (TTB) .................................................... 119
Open Time & Language of Destination Positions -LOD .............. 120
Pick-Ups - General ........................................................... 121
Pick-Ups From Open Time .................................................. 121
Swaps - General .............................................................. 123
Swaps With Open Time (1st Come 1st Served) ......................... 125
Swaps With Another Flight Attendant ..................................... 125
Jetway Trades ................................................................. 126
Training and Meeting Swaps ................................................ 129
Access Day Swapping ........................................................ 130
Swapping Chart ............................................................... 132
Trip Escalations .............................................................. 133
Move-Ups ...................................................................... 134
Move-Up Chart ............................................................... 137
Trip Coverage.................................................................. 138
Transiting Midnight & A-Day Awards/Assignments.................... 140
'Piggybacking' of A-Days .................................................... 140
A-Day Coverage of Trips That Exceed Block Length .................. 141
Trip Coverage Definitions for A-Day Holders........................... 141
Drafting Procedures........................................................... 142
Paid Personal Time Off (PPT) .............................................. 144
Trip and A-Day Drops Without Pay (TDOT & ADOT).................. 146
Managed Time Out (MTO) .................................................. 147
Emergency Leave of Absence (ELOA) ..................................... 148
Jury Duty / Court Appearances..............................................149

**CONFIDENTIAL**                    **DELTA 002519**

This page left blank intentionally.

**CONFIDENTIAL**                    **DELTA 002520**

## 6.A Schedule Changes – Definitions & Overview

A. **1st Come 1st Served Open time** – on-demand, immediate open time pick-ups and swaps with the open trip pool each bid period. Closes at midnight 1 complete calendar day prior to trip operation.
B. **One-Calendar Day Cutoff** – 1st Come 1st Served open time closes one complete calendar day prior to each day/date of operation. For example, at 0001 on Monday morning open time closes for all trips departing Tuesday. Scheduling then covers the Tuesday trips using the published trip coverage procedures.
C. **Pick-up** – a pick-up of a trip from open time or another flight attendant.
D. **Escalation** – moving to the leadership position of a trip.
E. **A-Day Preferences** – the automated award of an A-Day holder's preferenced trip or standby in seniority order.
F. **A-Day Assignments** – the manual assigning of trips by a scheduler, using reverse seniority.
G. **Jetway Trade** – a one-time split of any trip in a base-city or AFP location and awarding one portion to another flight attendant as a pick-up.
H. **Move-Up** – on the day before or day of a trip a move-up means moving to a leader, language, or international position from another trip.
I. **Managed Time Out (MTO)** – the ability to drop a trip due to circumstances other than personal illness such as child care issues, car problems, etc.
J. **Paid Personal Time (PPT)** – can be bid and scheduled pre-month, or requested on a daily basis mid-month; unscheduled PPT is used for sick and on the job injury (OJI) purposes.
K. Swap – a trip trade of one trip to another, either with open time or with another flight attendant.
L. **Trip Coverage Procedures** – the steps Scheduling uses to cover the next day's trips starting at 0900 local time. A-Day preferences are run shortly after 0900 local time dependent on the number of AVL flight attendants to assign and the number of move-ups. The same steps are used for every subsequent open position. See Section 6.Q for the specific steps of trip coverage.
M. **Trip Trade Balancer** – a computer program that controls the amount of open time that can be swapped on any given day. Days are capped or un-capped based on A-Day holder availability. Capped days can be swapped off of if the swap improves a capped day with a more negative number associated with it.
N. **'Last Opportunity 24 in 7 Rest'** – You can not pick-up or swap for multiple trips over a 7 consecutive day period with your only 24 hour rest being the 'last opportunity' on day 6 unless the sched-uled layover rest is 30 hours or more (this excludes the pairing construction process). *Automation for this is not expected until 2011. Scheduling can be contacted for swap assistance prior to that time.*

| Section 6 | 117 |
| Schedule Changes | 7/15/08 |

### Overview

- Schedule changes include pick ups, escalations, swaps, move-ups, drops of trips/A-Days, Paid Personal Time (PPT), Managed Time Out (MTO), Emergency Leave, Jury Duty, Court Appearances, and trip coverage awards and assignments by Scheduling.

- Schedule changes can be accomplished using eCrew to swap trips with either the open time pool or with other flight attendants. The open time pool is termed 1st Come 1st Served open time and yields immediate awards or denials. When swapping with other flight attendants you can either swap specifically with those on your designated friends list or post your swaps on the eCrew swap-board.

    **Exception:** During the running of CBS for the next bid period, changes involving trips on the last day of the current bid period and changes involving trips which spill over into the new bid period are temporarily restricted. The restricted time period is from the close of the bid until the initial release of the bid results. The release times vary by base or location.

### 6.B 1st Come 1st Served Open Time Process

- 1st Come 1st Served Open Time is available up to midnight one calendar day prior to a day/date of operation. This is termed the One Calendar Day Cutoff. For example, on Monday at 0001, 1st Come 1st Served open time is no longer available for swapping for all trips departing on Tuesday. There are specific templates to use in eCrew for entering your schedule change requests. They are described, along with the time cutoffs below.
    **Exception:** Transoceanic variable staffer pairings ('Q' pairings) are awarded (one time run of priority & regular pick-ups) 5 days prior to a day of operation at 1200 ET in seniority order. *See Section 4.E for more details.*

### Prior to the One Calendar Day Cutoff

- Once schedules are released, you can enter open time requests for the current and next bid period. Requests will be processed on a continuous basis beginning on the date and time posted in each base and in F.A.I.R. (Flight Attendant Information Reference, located in eCrew)
    **NOTE:** Pick-ups do not have priority over swaps in 1st Come 1st Served.

- The entry template **1st COME 1st SERVED** is used for open time requests and is processed on a **first-come-first-served** basis. This applies for all pick-ups and swaps (escalations are transacted as a swap prior to the 1 calendar day period). Trips are awarded to the first legally submitted request that would allow a legal award.
    **Exception:** Transoceanic variable staffer pairings are released 5 calendar days prior to a date of operation and there is a one time seniority pick-up process run at 1200 noon ET. In eCrew, use entry template **Q*VS P/U (5 DAYS OUT)**.

## After the One Calendar Day Cutoff

- One calendar day, local base time, prior to a date of operation at midnight (0000) 1st-Come-1st-Served' open time ceases for that date.  So for example, at 0001 on Monday, open time is no longer available for trips departing on Tuesday.

- At that point, and within the 1 calendar day period prior to a date of operation, Scheduling, **using system seniority**, will assign flight attendants on availability for pay protection, award pick-ups, both in-base and out-of-base, administer the working of move-ups and escalations, and award/assign all remaining trips for A-Day holders.  *For more information, see the Trip Coverage Procedures later in this section.*

- The entry template **PU/ESC (W/IN 1 CAL DAY)** is used for pick-ups and escalations that are to be worked after the 1 calendar day cut-off.  Separate templates are used for move-ups and out-of-base pick-ups.

- The entry template **PU/ESC (W/IN 1 CAL DAY)** can also be used for requests that remain active to be worked at a later date.  You must resubmit requests for trips that change pairing number via the transition replacement process.  Also, trips that are split by position have a duplication number, e.g. 1401-1, 1401-2, etc. and all swap, pick-up, and move-up requests should indicate the correct 'dupe' number.

- All open time available within the 1 calendar day period (pick-ups and move-ups) will be processed by Scheduling.  If you desire to pick-up a trip within the one calendar day period prior to trip operation, submit your pick-up requests in a timely manner, using the appropriate entry template. (Requests submitted before 0900 local time will be included in the first automated P/U running.) **NOTE:** During irregular operations when staffing is critical Scheduling will at times take direct calls from volunteers to take open trips.  This is after pick-ups have been run.

- Move-ups are swaps completed within 1 calendar day prior to the day of departure, to a specific qualification.  Prior to the award of move-ups, an escalations-only process will be worked allowing flight attendants to escalate to flight leader on trips on which they are occupying another position.  This provides for escalation requests to be processed within the 1 day prior to operation when additional positions can become open due to trip drop awards, sick calls, and personal emergencies (MTO, ELOA).

**CONFIDENTIAL**                              **DELTA 002523**

**Quick Reference Schedule Change Template to Use:**

| To pick-up, or swap with: | Use: |
|---|---|
| Open Time outside 1 calendar day prior to the date of operation | 1st COME 1st SERVED |
| Another flight attendant outside 1 calendar day…. | eCrew Swapboard |
| Another flight attendant within the 1 calendar day period…. | eCrew Swapboard |
| **To escalate:** | **Use:** |
| To leadership outside 1 calendar day….you must PICKUP or SWAP | 1st COME 1st SERVED |
| **To pick-up or escalate only:** | **Use:** |
| <u>Within</u> the 1 calendar day period prior to the date of operation | PU / ESC (W / IN 1 CAL DAY) |
| **To move-up** | **Use:** |
| A 'swap' to a specific qualification within 1 calendar day worked by Scheduling…. | MOVE-UP |
| **To pick-up:** | **Use:** |
| Out-of-base within 1 calendar day | F/A OUT OF BASE PICKUP |
| Q* Variable Staffing - 5 Days Out | Q*VS P/U (5 DAYS OUT) |

## 6.C Trip Trade Balancer (TTB)

- The state of base/location staffing is reflected in the Trip Trade Balancer. It tracks the number of 1-day, 2-day, etc. trips in open time, and the number of A-Day flight attendants that are available.

- The trip trade balancer is not used to regulate the working of pick-ups, but is used to govern and restrict the number of trips that can be placed <u>into</u> open time on any given day through the processing of swaps with open time. This is based on a pre-determined maximum number of duty periods allowable in open time and is based on known operational and historical data.

- When days are capped and have reached their pre-determined limit, the computer will still award same day/date swaps. For example, a 3-day trip on the 10th for another 3-day on the 10th. Additionally, the balancer recognizes lesser and greater capped days and will award a swap that provides an overall positive impact to how severely capped the days involved are.
  **Example:** A day with a TTB value of -10 can be swapped to a day of greater negative value, i.e. -15, making the two days after the swap valued at -11 and -14 respectively (the worse day at -15 was improved to -14).

- Certain days of the year will be blacked out for purposes of swapping off of them. Same day/date trades will however continue to be awarded. Past examples are Christmas Day, Mothers Day, etc.

Section 6                                                    120
Schedule Changes                                         11/09/09

- For the purposes of <u>swaps with open time</u>, a duty period which transits midnight will be considered as operating totally on the date of the local departure time for that duty period.

  **Example A:** The report time for the trip below is 2235. The duty period, originating and departing on day 'A' would be considered as operating totally on day 'A'.

| Day | Flight | Depart/Arrives | Block | Equipment |
|-----|--------|----------------|-------|-----------|
| A | 589 | ATL 2335/BOS 0205 | 2:30 | 737 |
|  | 500 | BOS 0300/ATL 0528 | 2:28 |  |

  **Example B:** In this example the report time is 2340 on the 13th and the departure is 0040 on the 14th. Although the trip reports prior to midnight on the 13th the trip and the first duty period is considered originating on the departure date of the 14th.

| Day | Flight | Depart/Arrives | Block | Equipment |
|-----|--------|----------------|-------|-----------|
| 14th | 1092 | LAX 0040/ATL 0205 | 5:30 | 757 |
|  |  | layover |  |  |
| 14th | 701 | ATL 1400/LAX2100 | 4:40 |  |

### 6.D Open Time & Language of Destination Positions –LOD

- Every attempt will be made to staff all designated language positions, but they are not mandatory. Language positions are a customer service provision for passengers in the local languages of all the destinations Delta serves.

- Open LOD positions will not be converted to regular positions prior to the 1 calendar day cut-off prior to the date of trip origination. <u>After</u> the trip coverage process at 0900 local time one calendar day in advance of trip origination, open LOD positions will then be converted to regular positions. After 15 minutes, trip coverage will be processed again for the open regular position(s).

  - As additional LOD positions come into open time, the same procedure noted above will be applied; and
  - if the last position comes into open time, the drafting of an LOD-qualified flight attendant may be necessary.

- When a flight attendant is dual qualified and serves as both the Flight Leader and the language position on a trip and that position is vacated, it is placed in open time as a language (LOD) position.

Section 6                                                              121
Schedule Changes                                                    1/1/09

## 6.E Pick-Ups - General

- You can pick up trips in accordance with F.A.R. and Delta duty time limitations and rest requirements. Any tripholder can pick up domestic trips and international trips (e.g. MEX, YUL, etc.), and any trip holder with the required international qualifications and the appropriate visas can pick-up transoceanic trips.

- If qualified, you can pick up Flight Leader or language pairings from other flight attendants or from open time. To pick up Shuttle trips, you must have the S1 training code, and for any other trip with specific training or cultural requirements, you must have the appropriate training qualifications. *See Section 6.Q.2 for information on Out-of-Base Pick-Ups.*

- A pick-up that places an A-Day to follow a transoceanic pairing automatically waives the scheduled 24 hour rest to an 11 hour rest, (or a 14 hour rest if the preceding transoceanic duty period is scheduled over 14 hours). This only waives the Delta 24 hour rest following a transoceanic trip but will never waive an FAA 24 in 7 rest requirement. The pick-up request will be denied if the FAA 24 in 7 rest requirement is not met.

- Priority pick-ups can be chosen as a pay protection option or given as a result of a Scheduling error and are always processed before regular pick-ups. They do not have any priority in the 1st Come 1st Served process but do maintain priority for transoceanic variable staffing pairings (Q* pairings) 5 days out, and during the day prior to, and day of operation.

## 6.F Pick-Ups From Open Time

### Submitting Pick-Up Requests – Immediate Results
- You can enter pick-up requests for the current and next bid period once schedules are released using the **1st COME 1st SERVED** open time process. These requests are worked immediately in the computer. Additionally, requests in **1st COME 1st SERVED** open time cannot be stored in the computer in advance of the open time release date. Only one entry request at a time can be entered using 1st COME 1st SERVED open time.

### Submitting Pick-Up Requests – To Be Held for Future Dates
- If you want a pick-up request held for a future date (sometimes called a 'blind request'), use the **PU / ESC (W / IN 1 CAL DAY)** template. For these requests, you can list multiple dates/trips on one request however, any award will void the remaining choices listed on the request. For all requests, the first trip worked or listed that is available and legal will be awarded.

Section 6                                                            122
Schedule Changes                                               7/15/08

**Continuous Daily Processing of Pick-Ups**
- Pick-up requests for the remainder of the current bid period and the subsequent bid period, once released, will be processed continuously after open time is released until one calendar day prior to a specific date of operation.

- If you request a pick-up for a load factor or variable staffing trip that mirrors a regular trip (and vice versa), you will be awarded whichever is available first.  It is not necessary to specifically request the mirroring load factor or variable staffing trip.

**Pick-Up Awards**
- <u>Before</u> the one calendar day cutoff, prior to a date of operation, all pick-up requests are worked immediately as part of the 1st Come 1st Served process.  Care should be taken for every pick-up entry, since the results are instantaneous and cannot be reversed.
  **NOTE:**  Use the **1st COME 1st SERVED** template to enter requests with immediate results.

- <u>After</u> the one calendar day cutoff, all pick-ups are worked in the trip coverage process on a continuous basis in seniority order for every open position that becomes available.
  **NOTE:**  Use the **PU / ESC (W / IN 1 CAL DAY)** template for 'remain active' requests to be worked within the 1 calendar day period prior to a date of operation.

- Once you are awarded a pick-up, trip coverage will not be reworked if a trip you originally preferred becomes available later in the pick-up process.

**Awarded with No Contact**
- After the one calendar day cutoff, if your request is entered to remain active and you are awarded a pick-up **prior to 1600** local base time the day before departure, the trip will be placed on your schedule.  <u>It is your responsibility to check your schedule for the award.</u>  Scheduling will <u>not</u> contact you regarding these awards.

**Awarded After Contact**
- Pick-ups awarded **after 1600** local base time the day before departure will be made with phone contact only.  Once notified, you have the option to accept or decline.  Only two calls will be made, one each to the first two phone numbers listed in eCrew and if you are not immediately reached Scheduling will proceed to the next request.

- If you are on a trip when awards are made after 1600 local base time the day before departure and the trip can be legally awarded to you, Scheduling will attempt to contact you and will hold the trip up to a maximum of 3 hours after your block-in.

**CONFIDENTIAL**                         **DELTA 002527**

Section 6                                            123
Schedule Changes                                    1/1/09

### 6.G Swaps - General

- You can swap trips in accordance with applicable F.A.R. and Delta flight and duty time limitations and rest requirements.  You can swap for domestic trips and international trips (e.g. MEX, YUL, etc.), and if you have the required international qualifications and the appropriate visas you can swap for transoceanic trips. *See Section 4.H – Schedule Build/Bidding for swapping restrictions during the CBS Freeze.*

- A swap that places an A-Day to follow a transoceanic pairing automatically waives the scheduled 24 hour rest to an 11 hour rest, (or a 14 hour rest if the preceding transoceanic duty period is scheduled over 14 hours).  This only waives the Delta 24 hour rest following a transoceanic trip but will never waive a required FAA 24 in 7 rest requirement.  The swap will be denied if the FAA 24 in 7 rest requirement is not met.

**Domestic Trips**
- You can swap domestic trips for transoceanic trips in Open Time and vice versa as long you have the required qualifications.

- A Flight Leader can swap the position for any other position they are qualified to fly with open time (subject only to the trip-trade balancer parameters) or another Leader-qualified flight attendant.

- A Leader qualified flight attendant can swap a non-Leader position on one trip (excluding LOD) for a Leader position on another trip through the swap process.
  **NOTE**:  A Leader position occupied by an LOD flight attendant that has voluntarily <u>escalated</u> from a LOD position is considered a dual qualified position.  Dual qualified positions can only be swapped with another flight attendant who holds the required leadership and language qualifications.

- An LOD qualified flight attendant can swap an LOD position with another flight attendant qualified in the same language.

- An LOD qualified flight attendant can swap an LOD position with open time for another LOD position as noted below.  A trip scheduled with:
      - 4 LOD or 3 LOD can drop to 2 LOD through open time;
      - 2 LOD can drop to 1; however
      - 1 LOD cannot swap off the single position

- You cannot swap LOD positions for Leader positions on other trips in open time.

**CONFIDENTIAL**                          **DELTA 002528**

**Transoceanic Trips**
- You can swap for transoceanic trips provided you have the required International qualifications.  You must be qualified for transoceanic Flight Leader to swap for the Leader position on a transoceanic trip.

- You can swap an international Leader position for an international regular position, an international LOD position (if qualified), a domestic Flight Leader position, and a domestic regular position.
  **NOTE**: A flight attendant who has voluntarily <u>escalated</u> to transoceanic Leader from an LOD position on the same trip is said to be holding a dual qualified position.  You can only swap with another flight attendant who is qualified as both a transoceanic Leader and in the same language.

- You can swap for a transoceanic LOD position if you are language-qualified and have the required qualifications. If you are qualified in more than one language, you can swap in open time for language positions in those other languages.

- You cannot swap an LOD position for an international Leader position or for a regular (non-LOD) position in open time.
  **NOTE:** You can voluntarily <u>escalate</u> to the Leader position on the same trip as long as you are not the only remaining LOD position.

- Transoceanic trips can be scheduled back-to-back over a 7 day period (e.g. a 4-day followed by a 3-day) through swapping.  There must be a scheduled 24 hour break, release to report, <u>either within the first trip or between the two trips</u>.  The 24 hour rest cannot be the last layover opportunity preceding the 7th day. *(Effective in 2011, when automation is completed, the last opportunity swap will be approved if the scheduled layover is 30 hrs or greater.)*

- Transoceanic variable staffing trips are designated with a letter 'Q' and are released 5 days prior to the date of operation.  Five days out at 1200 ET, a one-time seniority process is run (P/P & P/U).

**Military Charters, Inaugurals, & Trips with OAL Deadhead Seats**
- Once awarded you cannot swap an international Military Charter.  The international military charters are awarded as pick-ups and move-ups on a system-wide seniority basis.  Any such swaps will be reversed and the flight attendants subject to administrative action.

- Inaugural or other seasonal pairings which require advance OAL (other airline) bookings must be ticketed name specific and these tickets cannot be changed after they are purchased.  Once the ticketing is complete, the trips are locked onto the schedules and all swapping will be blocked.  Scheduling personnel will contact you regarding the time after which all swaps will be blocked.

## 6.H Swaps With Open Time (1st Come 1st Served)

**Continuous Daily Processing**

- You can only swap for trips with the same or greater trip length as defined by the Delta trip definition. Care should be taken for every swap entry, since the results are instantaneous and cannot be reversed. *For more information on trip length, see Section 4.B.*

- You can swap for pairings originating in different bid periods once schedules and open time are released for the new period. You can swap trips either into or out of the current bid period, (e.g. swap your trip in the current bid period for a trip in the new bid period or vice versa).

- You can not swap with Open Time if your trip has an approved deviation from scheduled deadhead. You must notify Scheduling to reflect the original deadhead prior to submitting the swap.

- You can swap a load factor pairing for a regular pairing, but you cannot a regular pairing for a load factor pairing.

- You can enter trip swap requests for the next bid period after open time is released for that bid period. You can then submit choices for trips departing in either bid period on the same request.

## 6.I Swaps With Another Flight Attendant

- Both flight attendants involved must agree with the swap request. The originating flight attendant accepts all responsibility for ensuring agreement.
  **NOTE:** Using eCrew, anyone can transact what you post on eCrew. Additionally, the 'Friends List' allows you to authorize 1-to-50 flight attendants to swap, drop, or pick-up trips from your schedule at any time. You are responsible for any trades a friend makes, so only authorize those you know and trust.

- You can enter a swap request in the computer up until report time of the first trip involved (includes trips assigned while on A-Days).

- If the swap involves A-Day blocks you must swap the block prior to the start time of the first duty day of the A-Day block. The requests are worked immediately in the computer. A pop-up screen will appear for your acknowledgment for a current day swap request.
  **NOTE:** Both flight attendants are equally responsible for verifying the swap award or denial in the computer. If there is a dispute about the swap, see your local base management. Scheduling cannot entertain requests for reversals of flight attendant to flight attendant swaps.

**CONFIDENTIAL**                          **DELTA 002530**

- You can swap or drop a trip to another flight attendant in your home base. If the position has qualification requirements, the other flight attendant must have all of the necessary qualifications. Both flight attendants involved must agree with the request. The originating flight attendant accepts all responsibility for entering the request.
  **NOTE:** You can jetway trade portions of trips to flight attendants from other domiciles or locations. *See Section 6.J for more details on Jetway Trades.*

- Flight attendants on known extended sick leave (UPS, OJI, etc.) cannot enact or accept trip or A-Day swaps to their schedule unless there is a signed doctor's release indicating the well-date; or the flight attendant has returned to work and has flown one trip.
  **NOTE:** Any such swapping or picking-up of trips or A-Day blocks onto a schedule that subsequently is extended sick, OJI, etc. will be subject to review. All such swaps will be reversed to the extent possible and all the flight attendants involved will be subject to administrative action.

## 6.J Jetway Trades

- A jetway trade is a swap between flight attendants to divide the working segments of a trip into two portions. There can be only one 'split' to any rotation. Jetway trades must be submitted to Scheduling using the appropriate form in eCrew.

- Flight attendants in any base or AFP location can jetway trade portions of their trips **to** any other flight attendant, however, the split point must be in a base city or an approved exception location (DFW, DCA, ORD, MDW).

- A jetway trade involving an <u>AFP trip or an exception location</u> requires a physical handoff between the two flight attendants. If the second, receiving flight attendant does not report for the handoff, the <u>first flight attendant is obligated</u> to complete the remainder of the trip as scheduled.

- All required qualifications must be held by the flight attendant accepting the jetway trade portion.

- Jetway trades will be processed **no earlier than 2 calendar days** prior to report time of the trip involved, and **no later than 4 hours** prior to the report time of the trip or of the split-segment, e.g. the report time for the first flight of the 'back-end' of the trade. Flight attendants are responsible to check their schedules for all jetway trade awards.

**Example:** An ATL F/A on a 3-day trip transits CVG on B-day with a departure out of CVG at 1800. She wishes to jetway trade the 1800 departure and the remaining portion of the trip to a CVG flight attendant. The trade request must be submitted by 1300 which is 4 hours prior to the report time of 1700.

- Jetway trades can not be combined by either flight attendant with previously existing duty periods on the schedule. The 4:45 DPA and 1 for 3.5 trip credit (TRP) will not apply to any pairing involved in a jetway trade. No additional deadhead time will be added to the pairing. Also, if a jetway trade with no DPA or TRP credit time is subsequently swapped to another flight attendant or placed back into open time due to sick/OJI, etc., any <u>eliminated credit time is not reinstated.</u>

- The two flight attendants involved in a jetway trade must ensure they have communicated clearly regarding the split point and coverage of the trip. No physical contact to 'hand-off' the trip from one to another is necessary (except in DFW, PDX, and DCN). The 'front-end' pairing will be scheduled for release 15 minutes after the final flight and the report time of the 'back-end' pairing will be 1 hour prior to the first departure leg. An overlap of time may or may not occur depending on the flight connection time or if the split is at a base city which is also a layover point.

- The original trip is split into two individual jetway traded trips and each flight attendant is individually responsible for their portion of the trip.
  **NOTE:** For any split that leaves only a deadhead segment(s), that portion consisting only of deadheads will be cancelled and no pay is due the flight attendant with such a remaining DH-only trip portion.

- Scheduling will not process a jetway trade request if you have a TDOT or PPT request in for the complete trip. Once you withdraw the request, the trade can be processed. You also cannot drop (TDOT or PPT) a jetway trade portion of a trip, nor can you move-up off of a jetway trade portion of a trip.

- If the split point is in a base city and a layover hotel is involved, then you must either indicate to Scheduling which flight attendant will take the hotel, or advise Scheduling to cancel the hotel.

- It is the responsibility of the flight attendant who initiated the jetway trade to inform the Flight Leader about any jetway trade that will occur during a trip. If the Flight Leader is performing the jetway trade then the leader should ensure that a proper turnover or briefing is completed.

**CONFIDENTIAL**                              **DELTA 002532**

Section 6                                              128
Schedule Changes                                    1/1/09

- If the first trip portion of the jetway trade is rerouted prior to the split point of the trade, the originating flight attendant is required to complete the reroute.  The second flight attendant is also obligated to any subsequent reroute or replacement flying given by Crew Tracking.  If there is no reroute or replacement flying given to the second flight attendant, normal pay protection options will apply.
  **NOTE:** If the second flight attendant is in another base city and they choose the availability pay protection option, Scheduling will have the option of giving an alternate assignment out of either that base city or the domicile base city.  The flight attendant can be required to reposition themselves in their domicile city for any alternate flying.  The repositioning will be the responsibility of the flight attendant and will not add pay/credit time to the alternate flying.

- If an A-Day holder is on a trip that is subsequently jetway-traded, <u>both flight attendants in the trade retain partial A-Day obligations for that day</u>, ending or beginning at the scheduled split point (e.g. the respective scheduled release and report times).  All normal A-Day parameters apply to <u>both</u> flight attendants, such as the airport release and possible piggy backing for the 'back-end' trip portion if time remains in the A-Day, etc.
  **Example:**  A trip received as an A-Day in a base with A-Day times of 0000-2359 is split and the 'back-end' portion given to another flight attendant. The flight attendant receiving the 'back-end' portion assumes any subsequent A-Day obligations, such as being 'piggy-backed' and given additional flying upon arrival and during the remainder of the A-Day.

- The <u>split point day</u> of any A-Day trip that is jetway-traded loses the A-Day guarantee of 4:45.  However, any intact and complete duty period days of either A-Day portion retains the 4:45 A-Day guarantee.
  **Example:**  An A-Day on a 3-day trip decides to Jetway trade with another flight attendant splitting the flight segments on day two. The original A-Day flight attendant receives no less than 4:45 for day one, plus any actual block time flown on day two.  The second flight attendant receives block time only flown on day two and no less than 4:45 for day 3 (now their second day).

- An A-Day holder who trades the back-end portion of a trip away, that is shorter than their block, is responsible for any remaining <u>complete</u> A-Days in the block.

- If either portion of a jetway trade cancels or is rerouted requiring pay protection, any pay protection will be based on the value of the trip portion at the time of the cancellation or reroute.

- If a jetway trade is rerouted, the rescheduled rotation is able to be split again as a 'new' rotation.  Any DPA and 1 for 3.5 trip credits are again removed from the pairings.

**CONFIDENTIAL**                          **DELTA 002533**

## 6.K Training and Meeting Swaps

- Continuing Qualification training (CQ) dates can be swapped with other flight attendants under the category 'Status Swaps' in eCrew.  CQ ('Recurrent') training dates can be swapped for an open seat on an alternate date under 'Swap Recurrent Training with Available Seats'.  They are immediately processed in the computer and must be swapped within the same month.

  **NOTE**:  'Status Swap' and 'Swap Recurrent Training with Available Seat' are under 'Swap/Pick-up' on the DBMS/eCrew main menu.

- Aircraft Training and meeting dates can be swapped between flight attendants if the request contains the same training or meeting types.  Use 'Status Swap' to effect this swap.

- A swap can place a training date on the 7th consecutive calendar day with no scheduled 24 in 7 rest, providing the flight attendant receives an actual 24 hour rest before any flying duty.

- A swap will be denied if a requested training date is on any part of a flight attendant's only scheduled 24 in 7 rest between trips.

- A swap will not be approved if a flight attendant's only scheduled 24 in 7 rest is on a layover and there is no subsequent trip on the schedule that can be dropped if the actual rest on the layover subsequently drops below 24 hours during the operation.

- Training and meetings do not affect duty for FAA and Delta purposes, however training and meetings also do <u>not qualify as rest</u>.

  **Example:** A flight attendant requests to schedule a 4-hour meeting following a 12 hour domestic trip duty day.  It is legal for duty purposes, as the meeting is not considered duty by the FAA however, there must be an uninterrupted legal rest break following the meeting (e.g. 11 hour scheduled domicile rest before subsequent flying).

Section 6                                                            130
Schedule Changes                                                 7/15/08

## 6.L Access Day Swapping

- You can submit requests for A-Day swaps with other flight attendants for the next bid period once final schedules are released for the new month.

- You can swap your block of A-Days with another flight attendant. The swap can be your A-Days for a trip, a block of A-Days for another block of A-Days, or a drop/pick-up of a block of A-Days. There is no minimum number of A-Days you must maintain for a bid period after the initial bid award.

- You can not swap A-Days which would result in your being on A-Day status more than 6 consecutive days without a scheduled 24 hour rest.
  **NOTE:** For blocks of greater than 6 days built in bases that require them, Scheduling will ensure the 24 in 7 rest requirement is met in the trip(s) assigned.

- You can swap to combine trips and A-Day(s) in any 7 consecutive calendar days but must have a scheduled 24 hour rest period within that 7 days. You can also swap A-Day(s) with other flight attendants provided the swap does not place you on A-Day status more than 6 consecutive days.

- If your base has A-Day times other than midnight to midnight, and your 6th day is an A-Day, a 24 hour rest on day 7 can commence following the end of your scheduled A-Day, fulfilling the 24 in 7 rest requirement.

- You can swap or drop A-Days that remain in a block if the block has been broken by a trip or an inactive status. After a trip has been flown on an A-Day, or after standby (STBY) is completed, any remaining A-Day(s) can be swapped to another flight attendant as a smaller block of A-Days.

  **Example A:** You have 3 A-Days and fly a turnaround on the first A-Day arriving back in domicile at 1930 hours. If you are given no additional flying, and after release for a domicile rest, you can swap the two remaining A-Days to another flight attendant.

  **Example B:** You have 3 A-Days and are assigned standby (STBY) from 1000 to 1359. <u>After standby is completed</u> at 1400, and you have been released for a domicile rest, you can swap the remaining A-Days to another flight attendant.

- Once an A-Day holder has a trip placed on their schedule, the trip can be swapped with another flight attendant up to report time. The access day indicator (@) and all A-Day obligations remain with the trip and are assumed by the receiving flight attendant.

**CONFIDENTIAL**                          **DELTA 002535**

**Example A:** You pick-up a trip from an A-Day holder at 1500. Report time is 2100 and the A-Day was <u>not</u> released to report time. You are now 'on-call' at 1500 (the time of the swap) in the event Scheduling must contact you.

**Example B:** You pick-up an all-nighter turnaround from an A-Day holder that arrives in domicile at 0730. You are obligated for the remainder of the A-Day following your legal domicile rest. Unless released by Scheduling, you are back on-call after the appropriate phone release until the A-Day expires.

- Flight attendants can not swap A-Days for trips in open time.

- If you swap to place an additional A-Day adjacent to other existing A-Days, all days are considered to be a single block; e.g. a 3-Day block with a swap that adds a 1-Day block becomes a 4-day block (ADY4).

- You can swap to place a block of A-Days before or after a scheduled trip. However, there must be an 11 hour buffer between the end of the A-Day and the scheduled report time of the trip or, if the trip precedes the A-Days, the trip must release no later than 1700 the day before the A-Days.

**Example A:** You have a trip that reports at 1130 and desire to swap to place an A-Day block before the trip. This is a legal swap for all bases in which the duty day is set at 0000-2359 since more than an 11 hour buffer is present between the end of the A-DAY at 2359 and the report time at 1130.

**Example B:** You have a trip that is scheduled for release at 1630 and you desire to pick up an A-Day block the day following the trip. This is legal since the trip releases prior to 1700.

- If an A-Day holder is assigned a trip that is subsequently jetway traded, both flight attendants in the swap retain partial A-Day obligations, ending or beginning at the split point.

- If operations permit, within 1 calendar day of the date involved, A-Day holders can drop an A-Day, using the TDOT procedures. The TDOT request can be for one, two or three days.

## 6. M Swapping Chart

| Swap | For | Allowable Swap? |
|------|-----|-----------------|
| Regular | Regular – for same or greater trip length | Yes |
| Regular | Flight Leader – same or greater trip length | Yes |
| Regular | LOD | Yes |
| Regular | Load Factor | No |
| Load Factor | Regular | Yes |
| Domestic | Transoceanic* | Yes |
| Transoceanic* | Domestic | Yes |
| Flight Leader | Flight Leader – same or greater trip length | Yes |
| Flight Leader | LOD or regular – for same or greater trip length | Yes |
| LOD | LOD | Yes (See Section 6.G for allowable LOD swap minimums) |
| LOD | Regular, Flight Leader | No |
| A-Days | Trips/A-Days *with other flight attendants* | Yes |
| A-Days | Trips in Open Time | No |

*Transoceanic includes Non-Stop Segments >12 Flight Hours
 and Ultra Long Range Pairings

**CONFIDENTIAL**                    **DELTA 002537**

## 6.N Trip Escalations

- An escalation is the awarding or assigning of the Flight Leader position on the same trip you are already flying, within the 1 calendar day time period prior to a date of operation. Submit these requests to escalate within the 1 calendar time frame using the **PU / ESC (W / IN 1 CAL DAY)** template.

- Outside of 1 calendar day an 'escalation' is worked as a swap or a pick-up using the **1st COME 1st SERVED** function. For example, to 'escalate' into the leader position, submit a swap from the 'F' position to the 'A' position.

- Scheduling will accommodate any escalated Leader if another Leader on the pairing desires the position. Scheduling will also accommodate any escalated non-qualified flight attendant if another non-qualified crew member wants the leadership position.

- A qualified leader in an LOD position can request to be escalated provided there is at least one other same-language LOD flight attendant on the trip at the time the process is initiated.

- Within the 1 calendar day timeframe prior to trip operation, a Flight Leader wishing to pick up the Leader position from open time will not be awarded if a more senior Leader on the trip has requested to escalate.

- If an out-of-base A-Day holder is sent to cover a trip, the most junior in-base leader qualified flight attendant on the trip will be escalated to any open leader position.

- Flight attendants can use the Automated Crew Scheduling phone system to obtain advance notification of Flight Leader escalations.

- You can list multiple dates/trips on one **PU / ESC (W / IN 1 CAL DAY)** request, however any award on this request will void the remaining choices listed.
  **NOTE:** Outside of 1 calendar days, you must swap for a leader position using the **1st Come 1st Served** template, even when you are on the same trip. Inside the 1 calendar day time frame, a separate pick-up/escalation request must be entered using the **PU / ESC (W / IN 1 CAL DAY)** template. This request can be entered in advance for a specific date and it will be held in the system until the 1 calendar day timeframe commences for that specific date.

- For a transoceanic mid-rotation vacancy (SICK, ELOA, etc.) Crew Tracking will 1) escalate B to A, 2) escalate the most senior AC-qualified volunteer, 3) involuntarily escalate the most junior AC-qualified, or 4) involuntarily escalate the most senior flight attendant

Section 6                                                      134
Schedule Changes                                            1/12/11

---

## 6.O Move-Ups

- A move-up is a swap into a leader, language or international regular position in Open Time 1 calendar day or less in advance.
  **NOTE**: Move-ups <u>can not be requested within a single category</u> of flying. For example, requesting to move from a domestic Leader 737 position to a domestic Leader 757 position.

- You can list multiple dates/trips on one request using the MOVE-UP template, however any award voids all other choices listed in the same request. Enter separate requests for additional move-ups.

- You must move-up to a trip of the same length, or a greater trip length (# of days), and the move-up must originate on the same calendar day.
  **Exception:** For move-ups to 6 day and greater trips, multiple trips may be exchanged for the move-up (to a 6-day or greater trip) as indicated in the examples at the end of this Section 6.O.

- When operations or staffing is critical, the Scheduling Supervisor may direct that individual bases work **alternate day move-ups** (to the same number of days or to a greater-day trip, but moving from a later date to the current date) or completely **suspend the move-up process**.
  **NOTE:** Alternate day move-ups may be initiated by base and by trip category. When alternate day move-ups are initiated for transoceanic trips, then <u>day-for-day</u> and <u>alternate day</u> M/U from regular positions to domestic / international / transoceanic flight leader and to domestic / international / transoceanic LOD positions may continue to be worked, <u>together</u> in seniority order.

- Move-up requests must list specific trips in order of preference and the first choice available will be awarded. The move-up must meet all scheduling parameters and limitations including trip trade balancer requirements, and all swapping rules except the 1 calendar day prior to departure requirement.
  **NOTE:** You cannot move-up from a jetway trade portion of a trip.

- When possible, submit move-up requests prior to 1 calendar day before the report time of the desired trip. You can however, continue to submit requests for move-ups within the 1 calendar day period as Scheduling generates request lists for coverage of additional openings as they occur. Requests submitted after a list is generated will not be considered.

- Once awarded a move-up, it becomes part of your schedule and will not be reworked even if a trip you preferred becomes available later in the process.

- If you elect to have your request remain active and are awarded a move-up prior to **2000** hours local time the day before departure, it becomes part of your schedule and you are required to work the trip. It is your responsibility to check for an award.

**CONFIDENTIAL**                            **DELTA 002539**

- Move-up awards made after **2000** hours local time the day before departure will be made with phone contact only. If contacted, you have the option to accept or decline the trip. Only **Two calls** will be made, one each to your first two contact numbers. If you are not reached, the scheduler will proceed to the next request.

- If you are away on a trip and a move-up request you are legal for comes available after **2000** hours local time the day before departure, Scheduling will attempt to contact you and will hold the trip for **3 hours** after your block-in, provided you would still be legal to accept the trip.

- A move-up will <u>NOT be processed within 3 hours</u> of the earliest report time of the two pairings involved. For example, the pairing you are on reports at 1700 and you want to move-up to a pairing that reports at 2000 hours. The move-up will not be processed after 1400 hours, three hours before the earliest report.

**Flight Leader**
◊ Available Leader positions will be awarded to Leader-qualified flight attendants on trips where they aren't holding the leader position and who have requested to move up.
◊ International LOD qualified flight attendants holding domestic Leader positions can move up to international LOD positions.
◊ LOD qualified flight attendants holding domestic Leader positions cannot move up to domestic LOD positions.

**Language of Destination**
◊ LOD-qualified flight attendants holding regular positions can move up to LOD positions on other trips.
◊ LOD-qualified flight attendants holding LOD positions cannot move up to <u>any</u> other positions (Leader, LOD, regular) <u>on other trips</u>.
◊ LOD-qualified flight attendants holding LOD positions on domestic trips can not move up to LOD positions on transoceanic pairings.

**Access Day Holder**
◊ Once you have a trip assignment you are eligible to move-up to a higher category qualification on a day for day, date for date basis.
◊ You will retain your access day obligations (and the access day indicator '(@') on the trip you move-up to.
◊ You can not move-up to a greater-day trip if you have remaining access days in the A-Day block.

**CONFIDENTIAL**                    **DELTA 002540**

## Examples of Move-Ups:

- There are two types of move-ups:
  1. **Regular Move-Up** - same number of days / same originating date for same number of days / same originating date; or to a greater day trip with the same originating date.
  2. **Alternate Day Move-Up** – moving from a later date (usually the next day) and fulfilling the normal parameters of the move-up, e.g. to equal number of days or greater.

| Move-Up Type | Examples: |
|---|---|
| **Regular Move-Up** <br> - same number of days and same originating date | **A.** Moving from a 3-day domestic trip to a 3-day transoceanic leader position, with both trips originating on Sunday the **15th** |
| **Regular Move-Up** <br> - any combination of trips to same number of days and same originating date | **B.** Moving from a 2-day domestic regular on the **15th** and a 1-day domestic regular on the **17th** to a 3-day Flight Leader on the **15th** |
| **Regular Move-Up** <br> - moving to a greater number of days on the same originating date | **C.** Moving from a 2-day domestic trip to a 3-day domestic flight leader position, with both trips originating on Monday the **16th** |
| **Alternate Day Move-Up\*** <br> – same number of days and to an alternate date (always earlier) | Moving from a 3-day domestic trip on Tuesday the **17th** to a 3-day language trip on the **16th** |
| **Alternate Day Move-Up\*** <br> – moving to a greater number of days and to an alternate date (always earlier) | Moving from a 2-day domestic trip on Friday the **20th** to a 4-day transoceanic leader position on Thursday the **19th** |
| **Exception Move-Up to a 6-Day or Greater Trip** <br> - to same or to greater number of days; can move from multiple trips, from same or alternate dates but trips must overlap (with originating flight segments). **NOTE:** If moving up from multiple trips, all must be moving to a <u>higher category</u> trip. You cannot M/U from a blackout date. | Moving from a 3-day domestic on the **2nd** and a 3-day transoceanic regular on the **6th** (total 6 days) up to a 6-day transoceanic TFLA position on the **1st**. **NOTE:** Trips may but do not have to overlap on the 1st day of the trip you are moving to. <br><br> **table below** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| x | x | x | x | x | x |   |   |   |
|   | x | x | x |   | x | x | x |   |

**\*NOTE:** For alternate day move-ups, only moving from a blackout day in the Trip Trade Balancer will deny an alternate day move-up.

Section 6                                    137
Schedule Changes                           1/1/09

### 6.P Move-Up Chart

| Move-Up From | To | Allowable Move-Up? |
|---|---|---|
| Regular | LOD | Yes |
| Regular | Flight Leader | Yes |
| Domestic* regular | Transoceanic regular / Transoceanic Flight Leader | Yes |
| Domestic* Flight Leader | Transoceanic Flight Leader | Yes |
| Domestic* Flight Leader | Transoceanic LOD | Yes |
| Domestic* Flight Leader | Domestic* Flight Leader | No |
| Transoceanic Flight Leader (A or B) | Transoceanic Flight Leader (A or B) | No |
| Domestic* Flight Leader | Transoceanic regular | Yes |
| Domestic* Flight Leader | Domestic* LOD | No |
| Any LOD | Leader on another trip (an escalation on your own trip is permitted) | No |
| Any LOD | Any other LOD | No |
| Transoceanic Flight Leader (A or B) | Transoceanic LOD | No |
| Transoceanic Flight Leader (A or B) | Domestic* Leader | No |
| A Jetway Trade portion of a trip | Any trip | No |

*References in this chart to <u>domestic include international pairings</u> as defined in Section 1, e.g. destinations such as MEX, YUL, LIM, etc.

**NOTE:** If you move-up as an access day holder, you retain your access day obligations on the trip you move up to.

## 6.Q Trip Coverage

- The trip coverage process begins at **0900,** one (1) calendar day prior to the date of operation.  It is then worked continuously as more positions come open, and consists of the following steps.

> 1.  Flight attendants on availability for pay protection (AVL)
>
> 2.  Priority pick-ups; then pick-ups and voluntary escalation requests worked together in seniority order
>
> 3.  Move-Ups
>     - to same or greater number of days; same originating date
>     *(See exception for 6-day and greater trips in Section 6.O.)*
>
> 4.  A-Day Preferences
>     - Equal day*, to greater days into off time, and STBY; seniority order
>
> 5.  Out-of-base Pick-Ups
>
> 6.  Involuntary escalations to AC-qualified leader positions (A/B)
>     - in reverse seniority order, escalate AC qualified on the same trip to cover 1st the A-position, then the B-position
>
> 7.  A-Day Assignments
>     - Equal day*; in reverse seniority order
>     (STBYs are assigned first, followed by all trips)
>
> 8.  A-Day Preferences – to lesser days*; seniority order
>
> 9.  A-Day Assignments – to lesser days*; in reverse seniority order
>
> **NOTE:** Following step #9, if a TFLA position remains uncovered, utilize the Draft procedures in Section 6.T.  If a TFLB position remains uncovered, escalate the most senior non-AC qualified flight attendant on the same trip.
>
> *See Equal Day definition for A-Days in Section 6.S.1

- The steps of trip coverage are strictly adhered to in each base for the original awarding and assigning of trips and for every subsequent need to fill open positions.  However, some or all of the following can apply:
  a) Move-ups from alternate dates will be worked if operationally necessary. It may be by individual base and by trip category as needed.
  b) If base staffing is critical, Scheduling will send trips out of base, split trips before running the A-Day preferences, and use any volunteers
  c) If less than 3 hours before departure, Scheduling can deviate from the specified order if operationally necessary;
  d) It can also be necessary to use more experienced flight attendants if filling a trip with all new-hires having less than 4 months experience.

- Trip drop awards (TDOT) will be processed before trip coverage procedures begin. The status code ADOT will be used for dropping A-Days. All A-Day drops will normally be processed prior to the A-Day start time for legality purposes, but can at times be offered after the A-Day has commenced.

**Flight Leader**
- For domestic and non-transoceanic international trips, after trip coverage steps 1 through 5 on the previous page, any open leader position is always filled using A-Day assignments.
  **Exception:** If an open flight leader position must be filled by an out-of-base A-Day, Scheduling will first escalate the most junior in-base flight leader to the position, and the out-of-base A-Day will fill a regular position.

- If any open transoceanic 'A' or 'B' Flight Leader positions remain after trip coverage steps 1 through 5, in reverse seniority order, escalate AC qualified flight attendants on the same trip to cover 1st the A-position, and 2nd, the B-position. Then complete the trip coverage steps 7 through 9.
  **NOTE:** If drafting for an AC-qualified leader from the daily sign-in sheet is deemed necessary, it will occur after trip coverage step #9. *See Trip Coverage Section 6.Q and Drafting procedures Section 6.T.*

- Scheduling will escalate/assign a transoceanic Leader-qualified LOD if there is at least one other same-language LOD on the trip.

**Language of Destination**
- During the A-Day assignment process, LOD A-Day holders can be removed from non-LOD trips to fill the needed LOD position.

- If there are no LOD flight attendants on a trip or it is deemed low for a specific trip, Scheduling will attempt to contact LOD trip-holders / speakers on other trips in non-LOD positions departing the same day to ask for volunteers to fly a needed LOD position.

- Qualified LOD A-Day holders can also be drafted into off time to cover the needed LOD position. Draft pay will apply.

- If the uncovered LOD position is above the minimum needed, Scheduling will convert the LOD position to a regular position, within 1 calendar day, and beginning after the initial 0900 trip coverage process as detailed in Section 6.D.

- If trying to fill the last or only LOD position on a trip, Scheduling can remove/draft the most junior LOD-qualified tripholder from a non-LOD position trip and assign them the needed LOD trip.
  **NOTE:** If drafting for an LOD-qualified flight attendant from the daily sign-in sheet is deemed necessary, it will occur after trip coverage step #7. *See Trip Coverage Section 6.Q and Drafting procedures Section 6.T.*

**CONFIDENTIAL**                          **DELTA 002544**

Section 6                                                140
Schedule Changes                                      1/12/11

## 6.Q.1 Transiting Midnight & A-Day Awards/Assignments

- Section 4.A defines trip length as the number of calendar days over which a pairing operates.   For most pairings with duty periods that operate fully within calendar days and do not transit midnight, the assignment of trips to A-Days is very straightforward, e.g. a 3-day trip reporting at 0700 and releasing on day 3 at 1800 is awarded or assigned to a 3-day A-Day holder.

- Pairings with first or last duty periods which transit midnight can however, be exceptions.
  **Example 1:** A 1-duty period all-night turnaround reporting at 2100 hours and releasing at 0600 can be <u>awarded</u> to a 1-day A-Day holder who preferences it, but it will normally be <u>assigned</u> by Scheduling to a 2-day A-Day holder since the trip touches or spans 2 days.
  **NOTE:** If necessary the trip can be assigned to a 1-day A-Day holder who did not preference it, and draft pay would apply since it would be an assignment into an off day.
  **Example 2:**  A 3-day trip with the 3rd duty period transiting midnight can be <u>awarded</u> to a 3-day A-Day holder who preferences it, but it will normally be <u>assigned</u> to a 4-day A-day holder since the trip touches or spans 4 days.
   **NOTE:**  If necessary the trip can be assigned to a 3-day A-Day holder who did not preference it, and draft pay would apply since it would be an assignment into an off day.

## 6.Q.2 Out-of-Base Pick-ups

- Out-of-Base pick-ups (OP/U) are worked in system seniority order after in-base equal day A-Day preferences, and before in-base equal day A-Day assignments.  There will be no phone contact for OP/U awards done prior to 1600 (your base time) the day prior to trip operation.
  **NOTE:** Standby periods are not available for pick-up in another base.

- If the out-of-base trip is scheduled or rerouted to layover in your home base/location, all normal <u>layover</u> rest rules apply (e.g. 9:15 minimum scheduled rest, 8:30 actual, etc.).

- You are responsible to position yourself for the out of base pick-up. Company deadheads are not authorized or built into the pairing.
  **Exception:** As a last resort, Scheduling will send trips out of base with deadheads to be covered by A-Days in other bases.  If such a trip is picked-up by a tripholder, the deadheads will remain in the pairing and deviations from the scheduled deadheads are permissible.

## 6.R 'Piggybacking' of A-Days

- If immediate additional flying, termed 'piggybacking', is required, it will be prioritized as follows:
  1. A-Day holders into subsequent A-Days
  2. A-Day holders into OFF days (Draft pay applies)
  **NOTE:** Factors that can impact this order include time of occurrence, legalities and qualifications.

## 6.S  A-Day Coverage of Trips That Exceed Block Length

- For coverage of trips that exceed the block length in a base (e.g. a transition pairing, holiday pairing, etc.), or when A-Day holders with equal or greater available days for the trip are exhausted, the following procedures will apply:

1. Award to a qualified A-Day holder with lesser A-Days than the trip length (into off time) who has <u>preferenced</u> the specific trip.
   **Example:** An LAX 4-day transition trip is preferenced by a flight attendant with an ADY3 block.  No draft pay applies.

2. Time permitting, assign to a qualified out-of-base A-Day holder with A-Days equal to or greater than the trip length, day for day, then as a lesser day trip.

3. Assign to a qualified in-base A-Day holder into OFF time.  Draft pay applies.  *See Section 5.O for parameters.*

## 6.S.1 Trip Coverage Preference Definitions for A-Day Holders

### Equal Days
- For purposes of A-Day preferences and A-Day assignments, a 3-day or greater A-Day block (ADY3, ADY4, ADY5, etc.) will be considered as an 'equal day' preference when preferencing for a 3-day or greater trip.  These are sequenced together in seniority order for preferences and in reverse-seniority order for assignments.

### Lesser Days
- Any 1 or 2 day trip preferenced or assigned to an A-Day holder with a greater length A-Day block.
  **NOTE:** The processing of lesser day preferences or assignments is by incre-ments of <u>one-less day</u>, grouped by block length and each block processed / worked in seniority order, e.g. a 1-day trip is awarded/assigned to an ADY2 block before an ADY3 block; a 2-day given to an ADY3 before an ADY4, etc.

### Greater Days
- A greater day preference or assignment is one that is preferenced or assigned <u>into off time.</u>  For example, an ADY1 block holder preferences a 2-day trip (draft pay does not apply), or if necessary, an ADY1 block holder is assigned a 2-day trip (draft pay applies).
  **NOTE:** Greater day preferences for ADY1 and ADY2 blocks are limited to <u>one additional day</u>, e.g. an ADY1 block is limited to preferencing a maxi-mum 2-day trip; an ADY2 block is limited to a maximum 3-day trip.

**CONFIDENTIAL**                            **DELTA 002546**

## 6.T Drafting Procedures

- Drafting assignments are the involuntary assignments of flight
  attendants to staff uncovered flying.  Drafting includes:

  - flying A-Day holders into off time, or
  - the same-day drafting for a Transoceanic Leader position, LOD
    position (if deemed necessary), or regular position, from
    another trip using the daily trip sign-in sheet, or
  - the assignment of inbound terminating crew members for any
    positions needed for open flights

  **NOTE:** Drafting flight attendants off the daily sign-in sheet or assigning
  inbound terminating crew members are infrequently used measures.  These
  steps to cover trips would only occur during critical operational situations,
  shortages of qualified staffing, or severe operations.

- A-Day holders will always be drafted first into <u>off time</u>.  They can
  be assigned to report for a trip that is scheduled into off time,
  'piggybacked' with additional flying into off time, removed from
  previously awarded/assigned trips and given earlier departures,
  and removed from load factor or non-required positions (above
  FAA staffing) and reassigned to open positions.

- When operations require, and Scheduling has to re-assign A-Days
  to other assignments that release outside the A-Day block,
  Scheduling has the option to skip over any A-Day flight attendants
  when such reassignments interfere with the next scheduled trip or
  assignment the flight attendant has as a tripholder.  This is
  contingent on the state of the operation and lessens the need to
  cover additional trips that would be dropped in such cases.  When
  reassigning, Scheduling will use reverse seniority to the extent
  possible, but in an irregular operation this may not be feasible.

- Tripholders can be reassigned from the daily sign-in sheet for
  Transoceanic Flight Leader positions (and for LOD positions if
  deemed necessary).

- If staffing is above FAA staffing minimums on a trip pairing,
  consideration is also given to dispatching flights at FAA minimums
  depending on customer count and service requirements at the
  discretion of In-Flight and Scheduling management.

  **NOTE:** During irregular operations or severe operations when staffing is
  critical, Scheduling will accept offers from volunteers who wish to fly on a
  first-come-first-served call-in basis.

- When drafting from the daily sign in sheet for an AC-qualified flight
  attendant, (or LOD, if applicable), after step #9 of trip coverage
  procedures (See Section 6.Q), the following procedures apply:

**CONFIDENTIAL**                              **DELTA 002547**

1. Draft the most-junior qualified tripholder not in an AC-qualified position (or LOD required position, as applicable) on a trip the same calendar day, of the <u>same or greater length</u> and with a similar report time of the scheduled report time of the trip to be covered.  Pay the greater of the two trips plus DRFT pay (+4 hours)

2. Draft the most junior-qualified tripholder not in an AC-qualified position (or LOD <u>required</u> position, as applicable) on a trip of lesser length* (by 1 day, by 2 days, etc.), the same calendar day and with a similar report time of the scheduled report time of the trip to be covered. Pay the greater of the trips plus DRFT pay (+4 hours for each off day/days drafted into.)
   ***NOTE:** As a last resort only.

## Drafting Examples

### Example A: A-Day Holder Scheduled into OFF time
An A-day holder has only one A-Day remaining but must be drafted for a two-day domestic trip into their first off day.  Draft pay applies.

### Example B: A-Day Holder piggybacked into OFF time
An A-day holder arrives in-base on their final A-Day but is piggy- backed (drafted) into additional flying that is scheduled for release on their first off day.  Draft pay applies.

### Example C: Transoceanic Flight Leader Drafted
An AC-qualified flight attendant is flying a regular position 4-day trip and must be drafted to work an AC position on an open transoceanic pairing. The greater of the two pairings is paid plus Draft pay also applies.

### Example D: Transoceanic Flight Leader Drafted from Multiple Trips
An 7-day transoceanic pairing has no AC-qualified flight attendant. Due to the trip length, an AC-qualified flight attendant flying regular positions on two transoceanic pairings (a 4-day and a 3-day back to back) is drafted to fly the 7-day trip departing the same day as the 4-day trip.  The greater of the pairing values is paid (8-day versus the two trips) and Draft pay also applies.

### Example E: LOD Drafted
An LOD qualified flight attendant is flying a non-LOD 3-day trip and must be drafted to fill an LOD position on a transoceanic pairing to provide at least one LOD speaker on a critical language trip.   The greater of the two pairings is paid plus Draft pay also applies.

### Example F:  Inbound Terminating Crew Drafted
With severe operations in effect, three ATL flight attendants arriving on the same flight are assigned ('piggybacked') a 737 origination flying ATL-BHM-ATL for which they are legal.   Draft pay applies.

## 6.U Paid Personal Time Off (PPT)

- Flight attendants can submit requests for Scheduled PPT for paid days off in advance prior to the new month bid, and submit daily requests once schedules are released (except AFPs), or use them for unscheduled occurrences such as illnesses or injuries. A bank of 42 hours is allotted each APR 1 to all who meet the flying requirement of 540 hours the previous PPT year (APR1-MAR 31 annually).

- The Scheduled PPT days have a value of 6 hours each and Unscheduled PPT days are paid at a trips-missed rate. Both are drawn from the same PPT allotment bank. A scheduled PPT day will be indicated on your schedule by the code SPT and an unscheduled day by one of various codes dependent on the circumstance (UPS, UPO, etc. , *see end of the glossary for a listing of all acronyms*).

- PPT Awards are based on operational needs and available staffing. If one-day staffing is sufficient, but multi-day staffing is insufficient, multi-day requests can be denied and a limited number of one-day requests granted.
  **Example**: On SUN, SPT requests for MON are being processed. There is sufficient staffing for MON, however, TUE and WED are not well staffed, and inclement weather is expected on TUE afternoon. In this case, requests to drop 2 and 3 day trips will be denied, while a limited number of 1 day SPT requests for MON can be granted.

- Unused PPT time remaining in the bank is automatically rolled over to the next year, unless you opt for a payout of such unused time. The payout will occur on May 31 for the unused time in a previous year, and is based on your hourly pay rate on March 31 of that same year.

### Scheduled PPT
- Scheduled PPT (SPT) allows for paid time away from work and is requested through eCrew. Awards are in IFS seniority order.

  **Pre-Month PPT Bids**
  - Pre-month bids are due at 0800 EST on the 3rd day of the month preceding the bid period for which you are requesting PPT days, e.g. FEB 3 for the MAR bid period.
  - If it is not awarded pre-month, it does not remain active. If you still desire SPT on that date, you must re-enter it as a daily request which can remain active if you choose.
  - Pre-month awarded PPT is included in the Schedule Value for CBS. Awarded SPT days are "locked" for bid award and no trips are given on those days.

**CONFIDENTIAL**                          **DELTA 002549**

**Daily PPT Bids**
  - Daily PPT requests will be considered 1 calendar day prior to the requested date.  Daily PPT awards pay 6 hours per day used.
  - Daily bids are due at 0700 EST on the day prior to the date requested and may be entered at any time for each desired date.
  - For daily awards you must use the corresponding number of days for your trip, e.g. 3 days of SPT to drop a 3-day trip, 2 days to drop a 2-day, etc. If you previously used SPT time you may apply any remaining days or time to a greater-day/time trip.
  **NOTE:** If you are in an AFP location, see the AFP PPT guidelines.
  **NOTE:** You cannot use PPT to drop a Jetway trade portion of a trip.

## Unscheduled PPT

- Unscheduled PPT is not bid for or awarded in advance of a bid period.  It is typically requested within 24 hours of scheduled flying and is used for illnesses or injuries.

- Tripholders calling in sick must notify Scheduling at least 3 hours prior to the report time of the trip and A-Day holders must notify Scheduling as soon as they are aware of their inability to cover an assignment.  *See Section 9.H for details.*

- Once 'trips-missed' for unscheduled PPT has been used, your remaining PPT balance can also be used to request a pre-month PPT day, e.g. 3:40 remaining in your bank can be used for a pre-month 1 day request.  Additionally, any remaining bank time can drop a trip in the daily award.

- Numerous codes on your schedule will be used to indicate Un-scheduled PPT and will depend on the specific reason.  *A complete listing of all the unscheduled codes can be found on the IFS Portal or in the glossary under acronyms.*

- When using Unscheduled PPT for an illness, you can call in 'well' prior to the end of a multi-day trip to conserve your PPT bank time.
  **Example:** You are sick for a 2-day trip on the 10th, and you call in well for the 11th and only use one PPT day and the paid time associated with the first day of the trip.

- When using Unscheduled PPT for an illness or OJI, your bank will be decremented at a **'trips-missed' rate**.  If only part of the trip time is available in the bank, the trip will be dropped and paid for with what remains in the bank.
  **Example A1:** You call in sick for a 4-day 22:00 hour trip.  Your 42 hour bank is decremented by 22:00 and you will have 20 hours remaining.
  **Example A2:**  During a subsequent month you call in sick for a 5-day 23:30 trip.  Your schedule will reflect five unscheduled PPT days and paying the remaining 20 hours in your bank.
  **NOTE:** The 'trips-missed' rate is for block and credit time only, and does not apply to any premium pay such as leadership, LOD or international time.

- Unscheduled PPT is also used for mid-rotation illnesses to cover any remaining paid flight and credit time in your trip.

**CONFIDENTIAL**                    **DELTA 002550**

Section 6                                      146
Schedule Changes                           1/1/09

## 6.V Trip and A-Day Drops Without Pay (TDOT & ADOT)

- You can be awarded unlimited trip drops, operations permitting. However, trip drops can necessitate adjustments on a subsequent paycheck.  The monthly 45 hours is based on 1/12th of the 540 hours annual flying requirement.

- Trip or A-Day drops without pay are indicated on the schedule by the codes TDOT (trip drop to Open Time) and ADOT (A-Day drop). Trips are dropped to open time but A-Day drops are just removed from your schedule.
  **NOTE:**  You cannot drop a Jetway trade portion of a trip.

- A-Day requests and drops can be for single days or multiple days (blocks of days) operations permitting.

- Flight Attendant TDOT/ADOT requests are submitted to Scheduling and retrieved and worked daily starting at 0700 ET.  Requests can be entered up to 0700 one day prior to the date being requested, and are processed in seniority order.

- TDOT/ADOT requests are granted based on an assessment of staffing needs both locally and system wide.  A day can be open locally, but system staffing needs can preclude the awarding of TDOT requests.

- TDOT/ADOT requests will be reviewed and awarded daily after processing PPT requests.  Drops are normally processed one time within the 1 calendar day period preceding the date requested. However, they remain active until the date requested has passed. You can remove a request yourself up until the 1 calendar day period.  After the 1 calendar day period prior to the date requested begins, you must contact Scheduling to delete the request by 0700 EST.

- Both TDOT and ADOT can be awarded within the 1 calendar day period prior to a requested date.  Up until 1600 local time the day prior, you will not be notified of the trip or A-Day drop.  After 1600, awards will only be made upon contact with you.

- At times, Scheduling will continue working additional TDOT/ADOT in the morning on the day of the requested drop.  If you are an A-Day holder, the time of the drop will also be noted on your schedule with RLSD (time of release from A-Day status) for legality purposes.

- For all flight attendants, TDOT/ADOT requests are only processed within the 1 calendar day period prior to the date requested.

Section 6                                                    147
Schedule Changes                                        11/09/09

| 6.W Managed Time Out (MTO) |
| --- |

- Managed Time Out (MTO) is an option for a trip or A-Day drop (in single day increments) without pay that is provided when unforeseen circumstances arise **within 24 hours of scheduled report**.

- The MST Desk (Manager Support Team) should be contacted as soon as you are aware of a possible situation requiring MTO.

- Though not a comprehensive list, the general conditions for requesting MTO are:
  1. Hazardous/impassable road conditions
  2. Enroute mechanical problems
  3. Severe weather conditions - be mindful of Delta's procedures during inclement weather and winter operations.  Ensure that you have proper back up flights and make advance preparations when needed. Pre-planning during expected adverse weather conditions is required to qualify for MTO.
  4. Unexpected airport closure
  5. Natural disasters
  6. Sick family member - very ill and immediate in nature.
  7. Unexpected child care problems
  8. **Commuter flight trouble** – As a commuter you are <u>required</u> to have a primary and a back-up flight (DL or OAL) with available seats. Available seats are noted in TravelNet as 'AV' seats (versus AU which are authorized for seat sale).  These AV seats should be seats open when you list within 12 hours of departure.  The back-up flight must also be scheduled to arrive at least 1 hour before sign-in.  A cabin jumpseat can be secured for the primary but NOT the back-up flight. **NOTE:**  Retain all OAL documentation to present if needed.

- MST managers will facilitate your request as follows:
  A. Your trip will either be dropped and the day marked with MTO, or if the trip is a multi-day trip, you can be requested to fly the balance or deadhead into the balance of the trip* if it is operationally feasible to split it and do so.  If this is not possible, you can be asked to pick-up a trip from open time the next day.

  B. For commuting problems which can be widespread if due to weather conditions, the trip will be dropped with the requirement that you be deadheaded into the balance of your trip* if operationally feasible; or Scheduling will assist you in picking up an alternate trip for the next or a subsequent day.  The code used for a pick-up is MTOP.
     **Exception:**  When A-Day staffing is good and you are on a multi-day trip you will not be asked to fly a remaining portion of your trip or to pick-up.
     **NOTE:**  If you are a commuter, you can be required to fly an out-of-base/location trip out of your home location; e.g. if you live in the ATL vicinity but are based in NYC, when requesting MTO due to commuting problems due to weather conditions, you can be assigned an ATL trip.

*Original trip guarantees do not apply; duty/trip credits only as applicable.

## 6.X Emergency Leave of Absence (ELOA)

- For a death in your immediate *family (see HRPM 1023 for complete details)*, you will be granted time off of work to prepare for and attend the funeral.

- Flight attendants who qualify for ELOA will be paid up to 3 days ELOA within a 5 day period, at the rate of 5:30 per day. The 5 day period commences with the first trip or access day dropped, and each paid day must be plotted on a trip day or access day. **NOTE:** The trips dropped must be in conjunction with, or coincide with, the preparation for the funeral or the actual funeral.

   **Example A:** A flight attendant has a 2-day trip on the 1st, and a 3-day trip on the 5th. Three days of ELOA are requested for and plotted during the 5 day period from the 1st through the 5th. The trip on the 5th is dropped. The 6th and 7th are days off with no pay though the flight attendant can then pick up on those days if they desire.

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|------|------|---|---|------|---|---|
| 3102 | X | | | 5344 | X | X |
| ELOA | ELOA | | | ELOA | | |

   **Example B:** A flight attendant has three A-Days on the 2-3-4 and a one-day trip on the 7th. Three days of ELOA are requested for and plotted on the 2nd, 3rd, and 4th. The trip on the 7th must be flown as scheduled, MTO days requested, or swapped.

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|------|------|------|---|---|------|
| | ADY3 | ADY3 | ADY3 | | | 1400 |
| | ELOA | ELOA | ELOA | | | |

Section 6                                    149
Schedule Changes                          3/2/09

## 6.Y Jury Duty / Court Appearances

- If you are required to serve jury duty or make a court appearance when you are scheduled to work, you can be paid to a maximum of **15 days** each calendar year.  Your trip or A-Days will be dropped if they interfere with Jury / Court service and you will be paid 6:00 per calendar day dropped in accordance with the trip definition as noted in Section 4.B.
  **NOTE:**  Jury service (JURY) and court appearances (C/A) will not be plotted on vacation days, off days, or known national holidays, e.g. Christmas, New Years Day, Thanksgiving, July 4th, etc. when courts are not in session.

- JURY or C/A can include:
  ◊  Jury selection process
  ◊  Actual days served on a jury
  ◊  Standby Juror - summons to 'call-in' at a specific time
  ◊  Court Appearance – subpoenaed to appear as a witness on behalf of the prosecution
  ◊  Testify (TSF) at a deposition for Delta Air Lines, Inc.

**Jury Summons**
- Upon receiving a summons, a copy of all pages, front and back if applicable, must be faxed to the IFS Pay support Desk (fax 404-677-5918).  The original copy must be given to your Performance Field Service Manager for file placement.

**Jury Duty Proof of Service**
- You must obtain from the court clerk a certification of completion as proof of service when you are finished serving jury duty.  A copy must be faxed to the IFS Pay Support Desk within 14 days of the completion of service in order to receive pay credit for your jury duty.  You will not be paid for jury service unless both the summons and the certificate of completion are received.
  **NOTE:**  The code JURN will initially appear on your schedule, and after the Pay Support Desk receives the certificate of completion the pay code JURY will be entered.

**Jury Continuation, Bidding and Swapping**
- You must advise the Management Support Team (MST) desk of each day served that is in conflict with any trip or A-Day on a day by day basis (if multiple trips and A-Days are on your schedule) since the duration of Jury Duty is often unpredictable.  Each day is dropped only as necessary.

- Once you have received a summons or court order, you should not deviate from normal bidding patterns or pick-up or swap to increase the number of days to be dropped for the purpose of inflating pay.  Doing so can subject you to administrative action.

- If you must serve Jury/make a Court Appearance in a city other than your base, you may have to use MTO for travel purposes. **EXAMPLE:** An ATL based commuter lives in Oregon, and receives a summons to appear in court on a Monday in Portland.  They have 3 A-Days on SAT-SUN-MON.  Jury is plotted on MON, they must work their A-Day in ATL on SAT, and may have to request MTO for travel purposes on SUN.

**Trial Juror**
- If you are to serve jury duty as a **Trial Juror** which conflicts with a trip or A-Day, contact the MST desk as soon as you receive the summons and fax the summons document to the IFS Pay Support desk (fax 404-677-5918).

- Each conflicting trip or A-Day dropped will be plotted with JURN. **EXAMPLE 1:** You have a 3-day trip on SUN-MON-TUE but must report for jury duty on Monday.  JURN @ 6:00 will be plotted on SUN-MON-TUE.  Jury will not be plotted beyond Tuesday unless there is a conflict with another existing trip or A-Day.
  **NOTE:** Trips can also be split to accommodate reporting for jury service.

  **EXAMPLE 2:** You have 3 A-Days on SUN-MON-TUE but must report for Jury duty on Monday.  JURN @ 6:00 will be plotted on MON.  The A-Day on Sunday will remain, and any 1-day assignment will be scheduled to return with an 11 hour rest before Jury report.  Any rotation will note in remarks *'Do not reroute due Jury duty'*.  Tuesday remains as an A-Day until you contact the MST desk to advise them of your status for Tuesday.

**Standby Juror / Call-In Order**
- If you receive a summons to serve as a **Standby Juror** which conflicts with a trip or A-Day, contact the MST desk as soon as you receive the summons and fax the complete summons document to the Pay Support desk.

- When a summons orders a 'call-in' to the court during a specific time period, complete your trip if it releases before the end of the specified time period and then make the required call.  Trips can also be split to accommodate court ordered call-in times.  If you are on A-Day status, notify Scheduling of your required call-in time so you can be given a trip (including a split-trip) that releases in-base before the call-in time period is over.

- Once you are required to report for jury duty, any conflicting trip or A-Day will be dropped and Jury or C/A will be plotted on your schedule as applicable.  Trips will be dropped successively as needed, depending on the orders from the court.

**Court Appearances On Behalf of the Prosecution**
- If you are subpoenaed to appear as a witness on behalf of the prosecution in a criminal case which conflicts with a trip or A-Day, contact the MST desk as soon as you receive the summons and fax the document to the MST desk.  Court appearances for the prosecution accrue towards the 15 day maximum along with Jury duty. **NOTE:** Trips can also be split to accommodate reporting for court service.

- For court appearances on behalf of the prosecution the trip is dropped and you are paid 6:00 per day.

**Court Appearances On Behalf of Delta**
- If you are called as a witness on behalf of Delta which conflicts with a scheduled trip or A-Day, contact the MST desk to have your pairing or A-Day dropped and the TSF (Testify) code plotted on your schedule.  Appearances on behalf of Delta <u>do not</u> accrue towards the 15 day yearly maximum.
  **NOTE:** Trips can also be split to accommodate reporting for court service.

- For court appearances for Delta, 6:00 per day or trips missed, whichever is greater, is plotted on your schedule as applicable.

- At times court appearances / depositions on behalf of Delta are cancelled and rescheduled.  If the new date is on an off day the original date's C/A code with accompanying pay will be moved to the new scheduled date.  If there is a trip already scheduled on the new date the trip will be dropped and the C/A code applied.  If the new date is in a future bid period that has not been awarded yet, the day will be pre-plotted with 6:00 compensation.

- If other situations require your presence in court as a witness (e.g. for the defense), you will be given an MTO drop without pay. *For information on jury duty or court appearances, see the Human Resources Practices Manual - 1029, Jury Duty/Court Witnesses.*

## 6.Z 'Parking' of Trips or A-Days

- The temporary placement of a trip or A-Days on your schedule by CBS bid, swap, or pick-up (including 'Q' pairings), and the identifiable pattern of such activity, is strictly prohibited.  Examples of such activity includes but is not limited to the following:
  - dropping the trip to another flight attendant whose seniority cannot hold it; or
  - dropping the trip or A-Days to a more senior flight attendant whose higher seniority can procure a trip drop (TDOT) or A-Day drop (ADOT) that your seniority cannot, or
  - dropping your A-Days to a more senior flight attendant for the A-Day preference process to obtain a specific or more desirable trip, or
  - dropping trips or A-Days to a flight attendant on known sick leave (UPS, OJI, etc.) whose schedule will be pulled through to drop such swapped trips

- You are also prohibited from paying someone to work your trips. *See HRPM 1022.5 for additional corporate information.*  All such activity circumvents the IFS seniority system, is prohibited, and can subject the flight attendants involved to administrative action.

**CONFIDENTIAL**                    **DELTA 002556**

### Section 7 – Reroute

Operational Definitions .............................................. 152
Rerouted Trip Guidelines............................................. 153
Rerouted / Rescheduled Duty Time Limitations ............. 157
Notification of Rerouted Trip........................................ 159
  Prior to Report or Departure / Changes at Domicile....... 159
  After Departure / Rotation Changes Mid-Rotation ......... 159
Cancellation of Trip/Cancellation or Disruption of 1st Leg . 160
  Severe Operations ................................................. 161
Mid-Rotation Rerouted / Rescheduled Trip..................... 162
Rescheduling a Partial Crew ....................................... 163
Equipment Substitutions - Prior to Departure................. 163
  Reduction in Staffing – Entire Trip Reduced ................ 163
  Reduction in Staffing – Partial Trip Reduced................ 164
  Variable Staffing Pairings ........................................ 164
  Language of Destination .......................................... 164
  Increase in Staffing................................................ 164
Equipment Substitutions - After Departure .................... 165
  Reduction in Staffing .............................................. 165
  Variable Staffing Positions........................................ 165
  Language of Destination .......................................... 165
Extended Aircraft Maintenance .................................... 166
Contacting Crew Tracking .......................................... 166
Duty Limitations Options ........................................... 167
Options Flowchart Explanation..................................... 168
Duty Time Limitations Work Rules Options Flowchart....... 170
Severe Options Work Rules Options Flowchart .............. 171

Section 7
Reroute                                                                7/15/08

THIS PAGE LEFT INTENTIONALLY BLANK.

**CONFIDENTIAL**                              **DELTA 002558**

## 7.A Operational Definitions

A. **Reroute or reschedule** – a change in routing, itinerary, flight number (except stubouts), or cancellation that results in different flight segments or destinations than originally scheduled for the duty period.  The terms reroute & reschedule are interchangeable.
B. **Re-timed segments** – a scheduled flight that is delayed and re-timed to depart later.
C. **Crew Tracking** – the group in the OCC responsible for repairing both the pilot and flight attendant trips when disruptions such as, but not limited to; delays, flight cancellations, or diversions occur. **NOTE:** Flight Attendant Scheduling & Pilot Scheduling are separate departments from the Crew Tracking (aka Reroute) group.
D. **Delay** – delay of a scheduled departure time.  Possibly due to weather, mechanicals, or Air Traffic Control (ATC) measures.
E. **Diversion** – unscheduled landing at an airport other than the originating point or the original destination due to enroute conditions such as medical emergency, maintenance, weather, need for fuel, etc.  A diversion does not constitute a reroute.
F. **Equipment Sub** – the substitution of another aircraft type for the scheduled aircraft.
G. **Exercising an Option** – the point in time when a flight attendant requests to not continue a duty period.  If for most pairings, the projected duty period is 16:01 or greater, or is 3:01 and greater than the scheduled duty day for long range transoceanic pairings such as Non-Stops >12 Block Hours, and Ultra Long Range flying, the flight attendants may exercise the option not to continue.  This could result in a reroute to maintain a legal duty period or in being removed from the duty period or trip and replaced.
H. **Extra Section** - A flight which is not regularly scheduled, but is operated to provide additional service.
I. **Flagstop** – unscheduled but pre-planned stop of a flight at an inter-mediate station.   A flagstop to board or deplane passengers or cargo for company benefit is considered rescheduled for legality purposes.   However, a flagstop for operational reasons (fuel, mechanical, weather, medical emergency, etc.) beyond the control of the Company is not considered rescheduled or rerouted.
J. **Attempt** – a flight that blocks out but returns to a gate at the same airport without completing its scheduled flight itinerary.  Though adding block time to the pairing under the same flight number, it is not considered a reroute.
K. **'Will Need'** – common term used for originating crewmember(s) on a newly created pairing as the result of a cancellation or disruption in other pairings, or a needed extra section.
L. **Stubout (Stubbed Flight)** - Replaces the outbound segment of a through flight when the inbound flight is still in flight and the outbound flight will depart using another aircraft.  A stubout is not a reroute or reschedule and is identified with a 9600 range number.

Section 7                                              153
Reroute                                            7/15/08

M. **Affected Crew(s)** – crews directly involved in a cancellation or disruption, both inbound and outbound.
N. **Unaffected Crew(s)** – crews not directly affected by a disruption but at times needed to be rerouted to solve a routing problem.
O. **RRO4** – acronym indicating when a crew is rerouted into a new calendar day/off time and an additional duty period(s) is added to the pairing, qualifying for additional pay. See parameters Sect. 2.Z.4.
P. **Rescheduled Duty Period** - When a trip is rescheduled, the maximum duty time limitation includes the following:
   – **Actual** flight/duty time for completed flight segments within the duty period at the time the trip is rescheduled, and
   – **Projected** flight/duty time for flight segments within the duty period either on delay or in progress, and
   – **Scheduled** (including re-timed segments) flight/duty time for segments not yet flown at the time the trip is rescheduled.

## 7.B Reroute Trip Guidelines

• All flight attendants are subject to being rerouted / rescheduled. A reroute is a change in routing, flight itinerary, flight number (except stubouts), or cancellation that results in different flight segment(s) than scheduled for the duty period.

• During daily operations, Crew Tracking is responsible for monitoring all operating pilot and flight attendant rotations for illegalities and operational disruptions. If a disruption occurs (i.e. cancellation, delay, misconnect, illegal rest break, etc.), it is their primary responsibility to repair all disrupted rotations through rerouting affected and unaffected crews, and/ or the creation of originations.

• The following circumstances beyond the control of the Company do not constitute a reroute or rescheduling of a flight:
   A. operational delays,
   B. diversions,
   C. flagstops (if no revenue is involved),
   D. attempts of a flight,
   E. equipment substitution, and
   F. stubouts
**NOTE:** For these unplanned events beyond the control of the Company, if the duty period is not rerouted, the **original scheduled times** of the duty period are used for legality purposes for both Delta and the FAA. If, however, a subsequent reroute to the remainder of the duty period occurs, it is subject to all FAA and Delta rules as a new rescheduled duty period.

**Example A – Operational Delay:** A duty period with minimum staffing is scheduled at 13:10, but due to a lengthy delay the duty period is projected to be 14:30 when the crew is released at the layover point. The crew is legal to continue the scheduled rotation as there has been no reroute or reschedule of the duty period.

**CONFIDENTIAL**                          **DELTA 002560**

**Example B - Diversion:**  A duty period with minimum staffing is scheduled at 12:00 with the last segment of the duty period flying from ATL-PDX.  Due to an unplanned diversion for a medical emergency, the ATL-PDX segment diverts to STL adding an additional 3 hours to the duty period.  The projected duty period is 15:00, but the crew is legal to continue as this is a diversion and not a reschedule / reroute.

**Example C – Flagstop:**  Prior to departure it is determined that a scheduled flight from JFK-ACC must make a planned flagstop in DKR to refuel.  This is not for revenue purposes so is not considered a rerouted or rescheduled flight.  If the planned flagstop was to take on passengers or cargo for revenue, then it would be considered a rescheduled flight.

**Example D - Attempt of a Flight:**  A flight from JFK-FRA takes off but due to a possible mechanical malfunction returns to JFK for a maintenance check.  Once cleared it again takes off and completes the scheduled flight and duty period.  The rotation will show the duty period and flight number in two segments, JFK-JFK and JFK-FRA.  The increased flight time and duty time is legal but there has been no reroute or reschedule of the duty period.

**Example E – Equipment Substitution:**  Due to a mechanical, an aircraft must be substituted delaying the outbound departure by 2 hours.  The scheduled duty day of 13:30 is projected to be 15:30.  The pairing is legal for all Delta and FAA legalities as this does not constitute a reroute/reschedule.

**Example F – Stubout:**  Flight 659 is a through flight from MCO-ATL-LGA but due to a mechanical in MCO a new aircraft must be used for flight 629 from ATL-LGA.  The added or stubbed flight is designated flight 9629 ATL-LGA and does not constitute a reroute or reschedule of a flight.

- Due to necessary marketing changes, the company can advance (change to an earlier report / departure) the scheduled departure time of a first flight segment of a rotation by up to 15 minutes.  No call from Scheduling will be made for these types of changes to an earlier report time.

- Prior to the scheduled/planned departure of a flight segment in a base city, if an open position(s) occurs, Crew Tracking will utilize:
  – any affected crews and/or deadheading crews, or
  – any available unaffected crew; including crews arriving for a layover, already on a layover, on an extended sit, or enroute; to avoid a delay or cancellation, or
  – if there is sufficient call-out time, will notify Scheduling of the need to staff the flight segments

- Crew Tracking can authorize up to a 30 minute late report on layovers in order to provide a legal rest.  You must accept the revised report time and **be at the airport** at the new report time.

**CONFIDENTIAL**                                    **DELTA 002561**

## Rerouted Into-Off-Time Limitations – Domestic/Int'l

- Crew Tracking <u>will make every attempt</u> to return you to your base / location **within 10 hours** of the originally scheduled return.

- When an affected crew has to be rescheduled for an extended time period, Crew Tracking can utilize an unaffected crew to accommodate the return to base/location of the affected, extended crew.

## Rerouted Into-Off-Time Limitations - Transoceanic

- When rescheduling a transoceanic trip, Crew Tracking can involve more than one transoceanic trip in order to minimize the operational impact. The additional trips can involve an unaffected crew. Crew Tracking <u>will make every attempt</u> to return all affected crews within **1 additional calendar day** of the original scheduled return.

## Replacement Flying

- Replacement flying is new flying assigned by Crew Tracking to replace all of a cancelled or disrupted pairing. The following applies:
  - If the replacement flying is scheduled to report earlier than the original trip, a tripholder has the option to work the trip or to choose pay protection.
  - For replacement flying at the beginning of a rotation, Crew Tracking can, if necessary, require a new departure time of no less than 30 minutes after the original report time.
  - The replacement flying must be scheduled to release no more than 4 hours past the original trip release time.

## Other Guidelines

- You can be rerouted into additional days, however, if a rescheduled routing passes through your base/location on the day you were originally scheduled to return to base/location, you will not be extended beyond that original day/date of return.
  **NOTE:** Being rerouted into your off time may qualify you for additional pay of 4 hours (RR04 Pay) if the rerouted trip meets the specified parameters. *See the Compensation Section 2.Z.4 for details.*

- When a reroute shortens a trip, Crew Tracking can release you to Scheduling. If so, upon return to your home domicile, <u>you must contact Scheduling prior to leaving the airport</u> to indicate your pay protection option, if applicable. However, if necessary, Crew Tracking and Scheduling have up to 2 hours* while you remain at the airport to assign you additional flying or an alternate assignment if pay protection availability applies.
  ***NOTE:** 4 hours during severe operations.

- A reroute will not interfere with the required 24 hour rest period in 7 consecutive days except as follows:
  - If the 7th day consists solely of deadhead flights, the 24-hour rest can be delayed, but the rest must be received before further flight duty. *For more information see Section 1.Z.2.*

- A subsequent trip can be dropped to satisfy the required F.A.R. 24-hour rest period in 7 days.

- After report time, contact Crew Tracking if you need to be replaced for illness or injury.  If, however, your trip is passing through your base / location, and you need to be removed from your trip for illness or injury, you should contact <u>Scheduling</u> at 1-800-325-2739.  For any mid-rotation conflict due to personal reasons other than illness or injury, you should contact the Manager Support Team (MST) desk.
  **NOTE:** In serious circumstances, if any assistance is needed for immediate medical care or transportation of the flight attendant or family members contact the IFS OCC Manager at 1-800-233-4638.

- When one or more of a crew of deadheading flight attendants is needed to work the flight the crew is deadheading on, they will be assigned the working position(s) in reverse seniority order.

- You can obtain a copy of your rescheduled (rerouted) pairing on the aircraft via ACARS or from a computer at the gate by using the following entry:  J*RFI/Base/Pairing No.¥Date[enter].

- Hotels for reroutes and originations will be confirmed upon arrival in the layover city.

## Shuttle Pairings
- Shuttle Control in LGA handles shuttle reroutes and will attempt to reroute Shuttle crews on other Shuttle flights.  However, to avoid a cancellation or delay, Delta Shuttle crews can be mixed or inter-changed with other non-Shuttle crews, and vice versa.  Both shuttle and non-shuttle crews will be returned to their scheduled flying type as soon as possible.

## Co-Terminals
- Flight attendants can be rescheduled to report to a different co-terminal provided the report time for a <u>working segment</u> is not earlier than the original scheduled report time.  A <u>deadhead segment</u> can be scheduled to depart 30 minutes after the original report time.

- If a Flight Attendant receives a reroute that involves a co-terminal change, they must be notified of this change at least two hours or more prior to the original report time.

- Limo transportation between co-terminals will be provided at the end of the rotation.

## Load Factors
- Load factor pairings are rerouted by Load Factor personnel located in the Scheduling Operations Support area.

## 7.C Rerouted / Rescheduled Duty Time Limitations

**Rerouted Domestic, International and Transoceanic Trips**
- The maximum rerouted/rescheduled duty period is **14** hours if you are part of a <u>minimum staffed crew</u>.

- The maximum rerouted/rescheduled duty period is **16** hours if your crew is one of the following:
  a) <u>above minimum staffing</u> for all working segments of the duty period;
  **Example 1**: A crew staffed at minimum +1 is scheduled for a 13:05 duty period. It is rescheduled to 15:10. The rescheduled duty period is over 14 hours but is legal for both the FAA and Delta.

  b) has dead-head and/or co-terminal limo time at either the beginning or end of the duty period, but **14** hours is the maximum from report of the first <u>working</u> flight segment to release after the last <u>working</u> flight segment.
  **Example 2**: You are on a minimum staffed crew scheduled for a 12 hour duty period. You are rescheduled to deadhead on the first segment followed by an itinerary change, and the duty period is now extended to 14:55. However, the working segments of the duty period plus debriefing time is only 11:40. The working segments are 14 hours or less, so this is legal for both the FAA and Delta and does not require augmented staffing or alter the minimum rest requirements.

- If due to delay, the next flight segment to be flown causes the projected duty time to exceed 16 hours, the crew has the option to be released from duty, prior to departure of that segment, by contacting Crew Tracking. However, the crew can volunteer to remain on duty with approval from the IFS OCC Manager.

**Rerouted Non-Stop Segments >12 Flight Hours & ULR Pairings**
- The staffing for an extended rescheduled duty period must meet the F.A.R. requirement of minimum staffing plus the appropriate number of flight attendants as required by F.A.R. Duty Time Limitations. *See Section 1.E - F.A.R. Duty & Rest Chart.*

- The maximum **rerouted/rescheduled** duty period for both the Non-Stop Segments >12 Flight Hour trips and the Ultra Long Range pairings must not exceed **20 hours** and must be in accordance with appropriate minimum FAA staffing.

- The **projected/actual** maximum rerouted/rescheduled duty period for both trip-types is the value of the original scheduled or rescheduled duty period plus 3 hours.
  **Example A:** An Ultra Long Range BOM-JFK duty period is scheduled at 18:05 from report to release. The maximum legal duty period, if due to operational delay, etc. is 21:05 (18:05 plus 3 hours).

**Example B:** An ATL-NRT duty period is scheduled at 15:45 from report to release. It is rerouted to ATL-PDX-NRT for revenue purposes and is now rescheduled to a 16:50 duty day. The maximum legal duty period, if further operational delay occurs, is 19:50 (16:50 plus 3 hours).

- If due to delay, the next flight segment to be flown causes the projected duty time to exceed the scheduled duty period plus 3 hours, the crew has the option to be released from duty, prior to departure of that segment, by contacting Crew Tracking. However, the crew can volunteer to remain on duty with approval from the IFS OCC Manager.

**Reroute Duty Maximum Chart for All Trip-Types**
- The rerouted/rescheduled maximum duty period limitations are as follows:

| Pairing Type | Rescheduled | |
|---|---|---|
| | **Minimum Staffing** | **Above Minimum Staffing** |
| **Domestic** | 14:00 or 16:00* | 16:00 |
| **International & Transoceanic** | 14:00 or 16:00* | 16:00 |
| **Non-Stop Flight Segments Over 12 Flight Hours & Ultra Long Range** | N/A | Rescheduled duty maximum not to exceed 20 hours** |

*When at minimum staffing and a deadhead flight is at the beginning or end of the duty period, the maximum rescheduled duty period is 16 hours but the working portion cannot be rescheduled to exceed 14 hours.

**In accordance with appropriate FAA minimum staffing

**Flagstops & Reroutes – All Trip Types**
- If a flight makes a stop for revenue purposes (to board or deplane cargo or passengers), it is considered a reroute/reschedule and will be subject to the rerouted/rescheduled duty maximums noted in the chart above.

- If a flight makes a stop for operational reasons (mechanical, fuel, weather, or emergency), even if planned prior to departure, it does not constitute a reroute or reschedule.

**NOTE:** For Non-Stop Segments Over 12 Flight Hours and Ultra Long Range pairings, if the flight makes a stop for operational reasons (mechanical, weather, fuel, or emergency), even if planned prior to departure, it will maintain Non-Stop Over 12 Flight Hour status and/or Ultra Long Range status for the duty period/limitations.

## 7.D Notification of Rerouted Trip

- Once it is known a disruption has occurred to your trip, you can call 1-800-DAL-CREW and select 'reroute information' to verify your next flight segment.

### Prior to Report or Departure / Changes at Domicile

- Prior to reporting for duty, flight attendants should contact Scheduling with any questions regarding rerouted or rescheduled trips.  Scheduling will attempt to notify you of your rerouted trip when your report time is affected, and the new information will be reflected in the computer.

- Notification of Reroutes & Delays – If reroutes or delays change the report time, Scheduling will contact you (directly or via a voicemail message) using your two primary contact numbers.
  - All notification of report time changes made 2 hours or more prior to the original report time will be adjusted to the new later report time.
  - If notification of report time change is received less than 2 hours prior to the original report, Scheduling will contact you to advise you of the change.  If advised, at your option, Scheduling will update your rotation to the later report.  If not advised the original report time will be left in place.

### After Departure / Rotation Changes Mid-Rotation

- Crew Tracking will notify you of your rerouted trip via ACARS if in flight or by phone contact (your cell phone or hotel phone) if you are between flights or on a layover.  These changes include itinerary changes, or changes to the report time of your next duty period.  Crew Tracking will also advise local Operations (if available) of reroute information.

- When **on a LAYOVER**, the following will apply:

  - Crew Tracking will always attempt to contact the Flight Leader first, however, if the Flight Leader is unavailable, Crew Tracking will contact another crew member on the trip.  Once contacted, they should assist in notifying all other crew members of an irregularity in the trip.

  - If you are notified of a reroute and are a single crew member (variable staff, load factor, split-rotation positions), it is your responsibility to notify the Flight Leader of the regular pairing of the change to your pairing.

**CONFIDENTIAL**                          **DELTA 002566**

- When **AT THE AIRPORT**, the following will apply:

  - The Flight Leader must be able to locate all crew members in the event of changes in times or routing.  It is not advisable to leave the airport between flights or while awaiting your next assignment.  If necessary, the Flight Leader should keep Crew Tracking  or Operations advised of the crew's whereabouts (crew lounge, coffee shop, etc.) at all times.
  - Reroute confirmation must be verified through a printed copy of the trip, the VRU, or verbal contact with Crew Tracking.
  - Shuttle pairing crew members must confirm reroutes through Shuttle Operations if the pairing is **not** updated in the computer.
  - If your assignment is extended and you are required to remain on duty by Crew Tracking or Scheduling the rest period will not start until you are released from duty.
  - Release from duty can be confirmed only by receiving an updated rotation, or through verbal contact with Crew Tracking or Scheduling and must be obtained prior to leaving the airport. **NOTE:** Shuttle pairing crews must still make verbal contact with Scheduling, even when released by Shuttle Operations.
  - You must be available to assist with the handling of passengers and equipment assigned to your flight.

- When you are **MID-FLIGHT** the following will apply:
  - Crew Tracking will send a message to the Pilots via ACARS or radio, or the Ramp Tower can contact the Pilots directly.
  - Upon arrival of the flight, if needed, the Flight Leader should call 1-800-DAL-CREW and select the reroute information option. The VRU will indicate each flight attendant's next flight leg.

- Any reroute that affects the last leg of a trip, must occur <u>prior to the departure of the last leg</u> returning you to your home base.

- Any further questions should be directed through your Flight Leader to Crew Tracking or Scheduling.

**7.E Cancellation of Trip/Cancellation or Disruption of 1st Leg**

- If your entire trip cancels prior to report time, Scheduling will make every attempt to notify you of the cancellation.  Once contacted you will be offered your pay protection options.

- If the 1st leg cancels or is disrupted and the rerouted trip report time is <u>more than 15 minutes earlier</u> than the original report time of the trip when it was placed on the schedule, you have the option to work the rerouted trip or decline it.  If declined, pay protection will apply provided you are available for an alternate assignment.

- Before departure of a trip, if your trip is canceled or the 1st leg is disrupted or causes a disruption due to delay, Crew Tracking will reroute you to do one of the following:
    a) pick up a portion of the remainder of your trip in your home base, or
    b) deadhead and/or work alternate flights that position you to pick up the remainder of the original trip, or
    c) be given replacement flying (all new segments); or
    d) be released to Scheduling

- If you are released to Scheduling, <u>you are required to contact Scheduling prior to leaving the airport</u>.  Scheduling will offer your pay protection options.  If you leave the airport prior to calling Scheduling, you forfeit pay protection for any remaining flight segments or credit time.

- When giving <u>replacement flying</u>, Crew Tracking will schedule you to return to domicile **no more than 4 hours past** your original release time.
  **NOTE:** If the replacement flying is subsequently rerouted, Crew Tracking will make every attempt to return you within 10 hours after the scheduled release time of the replacement assignment (within 1 calendar day if it is a transoceanic trip).

**Severe Operations**
- During Severe Operations, and before departure of a trip, if your trip is canceled or the 1st leg is disrupted or causes a disruption due to delay, Crew Tracking will reroute you to do one of the following:
    a) pick up a portion of the remainder of your trip in your home base, or
    b) deadhead and/or work alternate flights that position you to pick up the remainder of the original trip, or
    c) be given replacement flying (all new segments); or
    d) be released to Scheduling

- During Severe Operations, Mandatory Availability can be implemented for the system or for specific bases and you are required to be available to Scheduling for assignment.  You will be assigned to work an alternate trip or trips, as comparable to the original as possible (day for day), and will be scheduled to return no later than 24 hours past the original trip release time.

**CONFIDENTIAL**                    **DELTA 002568**

## 7.F Mid-Rotation Rerouted / Rescheduled Trip

- After departure of a pairing, Crew Tracking will notify you of your rerouted trip.

- You can be rerouted:
    - to pick up the remainder of your trip from your home base, or
    - to deadhead to pick up the remainder of your original trip, or
    - to flying that returns you to your original trip, or
    - to flying that returns you to domicile on the original return date, or
    - to flying that extends your trip past the original return and release time

- If a reroute shortens your original trip, you are subject to additional reroutes as long as the subsequent reroute(s) occur prior to the departure of the last leg returning you to your home base for a domicile rest and provided the new routing returns you to your domicile on the original trip return date.

- If a reroute extends your original trip an extra day, you will not be flown through your domicile and out again on the extended day. Additionally, Crew Tracking will make every attempt to return you to your home base within **10** hours of the original scheduled release time (or within 1 calendar day for transoceanic flying). **Legal Example:** An ATL 3-day trip is extended with flying originating on the 4th day from SFO to ATL.
**Illegal Example:** An ATL 3-day trip is extended with flying originating on the 4th day from CVG-ATL-DCA-ATL. The extended day flying must terminate after the CVG-ATL segment.

- A rerouted trip can, however, transit your domicile base or location provided the new routing returns you to domicile or location on the same day as your original trip. **Legal Example:** An ATL 3-day trip scheduled to fly LAX-ATL on the 3rd day is rerouted to layover on the 2nd day in CVG. The rerouted duty period on the 3rd day is from CVG-ATL-LGA-ATL. The reroute transits the domicile / location on the original scheduled return date.

- If a reroute causes you to transit your home base for a domicile layover, the re-scheduled minimum rest between duty periods will be 11 hours from release to report time (9 hours actual if due to delay).   Hotels are provided on request.

- When you are rescheduled, and you have unplanned sit-time within your duty period that is greater than 6:15 you can request a hotel. If the ground sit-time originates between the hours of 2100 – 0500, you can request a hotel if the sit-time is 5 hours or greater.

### 7.G Rescheduling a Partial Crew

- Crew Tracking will notify you of your rerouted trip involving a partial crew.  You can be rerouted to cover the normal crew complement or to ensure FAA minimum staffing on another flight.

- The most junior flight attendant(s) on the trip <u>excluding</u> any required language (LOD) positions will be rerouted first.
  **Exception:** One flight attendant in an LOD position will be rerouted for any LOD required working segment(s).  They can also be rerouted from a deadhead flight.

**Domestic/International Flight Leader**
- When it is necessary to split crews and a Flight Leader is needed, Crew Tracking will utilize qualified Flight Leaders as follows:
  - first, the most **junior** leader is rerouted whether in the working leader position or not;
  - if the leader is rerouted, the **junior** remaining leader on the original trip is escalated to complete the pairing

**Transoceanic Flight Leader**
- If necessary to split a transoceanic crew on a layover, Crew Tracking will utilize AC-qualified leaders as follows:
  - first, the most **junior AC-qualified** leader(s) are rerouted whether in the working leader positions or not;
  - if only the A and B are qualified, the B position is rerouted so that each trip has a qualified leader;
  - if any pairing involved in the reroute does not have AC-qualified leaders, the most junior LT-qualified flight attendants will be rerouted with the most <u>senior</u> LT-qualified flight attendant on each pairing assuming the leader role. *(Section 6.Q–Flight Leader.)*

- For any transoceanic mid-rotation vacancy (SICK, ELOA, etc), Crew Tracking will 1) automatically escalate B to A; 2) escalate the most senior AC-qualified volunteer; 3) involuntarily escalate the most junior AC-qualified; 4) involuntarily escalate the most senior flight attendant.

### 7.H Equipment Substitutions - Prior to Departure

- Scheduling will notify you of all equipment type substitutions.

**Reduction in Staffing – Entire Rotation Reduced**
- If <u>entire rotation</u> is equipment downgraded, the following applies:
  1) the **Flight Leader(s)** will remain on the rotation regardless of seniority
  2) A-Day holders are removed first in reverse seniority order
  3) the remaining flight attendant(s), including variable staffers whose pairings <u>mirror</u> the entire rotation, will be removed in reverse seniority order to attain the Delta bid staffing level of the equipment . *See Section 1.B, Aircraft Staffing.*
  4) normal pay protection options will apply for all tripholders removed from a rotation.

**Reduction in Staffing – Partial Rotation Reduced**
- If the equipment substitution reduces staffing for only <u>part of a rotation</u>, the following applies:

  1) The **Flight Leader**(s) will remain on the original rotation regardless of seniority.
  2) All flight attendants including A-Day holders, and variable staffers whose rotations <u>do not mirror</u> the entire rotation, will work the affected legs of the rotation to the jumpseat capacity of the substituted equipment.
  3) Crew members over jumpseat capacity will deadhead on single segments. The deadhead option is offered in seniority order.
  4) If a double deadhead returns to the city where the deadhead originated, a 'sit' or expanded layover is permitted.
  5) If a double deadhead is at the beginning or end of a pairing, the crew is reduced to jumpseat capacity. All deadhead options are offered in seniority order and the pay protection options also apply.

**Language of Destination**
- Reductions in LOD staffing will be determined by the market (e.g. not reducing a 'critical' language complement) and equipment type. When necessary, this decision is made by Scheduling management.

- To the extent possible, there will be no reduction of LOD staffing if there is only one LOD flight attendant on the flight.

- When it is determined that LOD staffing can be reduced, Scheduling will remove the most junior LOD flight attendant in a language category position, and the displaced LOD flight attendant will be sequenced with the remainder of the regular flight attendants and the most junior will be removed.

**Increase in Staffing**
- If an equipment substitution increases staffing, normal trip coverage procedures will be used to provide the additional staffing.

**CONFIDENTIAL**                    **DELTA 002571**

## 7.I Equipment Substitutions - After Departure

- Crew Tracking will notify you of the equipment type substitution.

**Reduction in Staffing**
- If an equipment substitution reduces staffing, the **Flight Leader**(s) will remain on the reduced equipment, and Crew Tracking will automatically assign the most junior flight attendants to work the trip.

- The number of flight attendants assigned to work the flight will be to the jumpseat capacity of the substituted equipment.  Any remaining flight attendants will deadhead or be released to Scheduling as appropriate.

**Variable Staffing Positions**
- If a variable staffing pairing mirrors the regular pairing, the variable staffer is considered with all other flight attendants in seniority order and the most junior will work the remainder of the trip to the capacity of the jumpseats on the aircraft.

- If the pairing does not mirror the regular pairing, the variable staffer will either deadhead or be removed as operationally appropriate.

**Language of Destination**
- To the extent possible, there will be no reduction of LOD staffing if there is only one LOD flight attendant on the flight.

- Crew Tracking will not reduce LOD positions unnecessarily.  If possible, a minimum must be kept on the flight(s) to maintain the language customer service.  *See Section 6.G for minimum LOD requirements using the swapping guidelines.*

Section 7                                                166
Reroute                                               7/15/08

## 7.J Extended Aircraft Maintenance

- Crew Tracking will notify you of your rerouted trip due to extended aircraft maintenance.  If the estimated ready time is 24 hours or less, you may be required to remain in the station assigned to the aircraft, unless Crew Tracking reroutes the crew.

- If the estimated ready time is greater than 24 hours but less than 36 hours, you will be relieved if Crew Tracking has done the following:
  - Consulted with the Flight Control Sector Manager,
  - Verified A-Day coverage, and
  - Verified available flights for double deadheading (deadheading two crews in and out of the city).

- If the estimated ready time is greater than 36 hours, you will be rescheduled or deadheaded to your home base.

## 7.K Contacting Crew Tracking

- The Flight Crew VRU is designed to provide the most expedient manner to address concerns by routing calls to the appropriate area:  Crew Tracking, IFS Scheduling, Load Factor Control, or the IFS OCC Manager.

- If currently flying a trip, you should call 1-800-DAL-CREW (1-800-325-2739) to receive information about your rerouted pairing.

- After choosing "Crew Tracking Information", option # 2 from the main menu, you can select from the following options:
  1. For rotation information or if you have been instructed to call Crew Tracking or Load Factor Control
  2. If you are calling in sick
  3. Exercise a duty time or flight time limitation
  4. Resolve a Crew Rest conflict
  5. If you must speak to someone

**Hotels**
- Hotel information can be found by retrieving a copy of your pairing, or for reroutes and originations, hotel information can be confirmed upon arrival in the destination city.  *For information on Load Factor hotels, see the Section 4 – Pairings- Load Factor Staffing, Layover Hotel.*

- If your origination or reroute pairing does not have a hotel upon arrival in your destination city, you should call 1-800-DAL-CREW and select "Crew Accommodations" information, option # 3 from the main menu, to speak with a crew accommodations representative.

**CONFIDENTIAL**                     **DELTA 002573**

## 7.L Duty Limitations Options

**General**
- You have the option to waive any of the duty limitations, <u>excluding the scheduled or rescheduled F.A.R. duty limitations and rest requirements</u>, and continue your trip.  You do not need to call Crew Tracking or Scheduling.

- Your projected duty time and flight time will be based on the most up to date times shown in OSS for completed flights and scheduled and/or re-timed flights.  Re-timed flights are updated by the Flight Control Dispatcher in communication with the Pilot in command of the flight.
  **NOTE:**  To access your trip from a computer at the gate, use the following computer code:  J*RFI/BASE/PAIRING No.ʏ DATE (pairing origin)[enter].

- If you waive a duty limitation and a further delay is subsequently posted for your rotation, you again have the option of waiving the duty limitation or electing not to continue your trip.  The Flight Leader should notify Crew Tracking when any or all crew members elect not to continue.  The safety of the crew and passengers should be the foremost concern of the Flight Leader and crewmembers.

- Once aware of exceeding a duty limitation and you <u>do not wish to continue</u> the trip, Crew Tracking / Scheduling should be called as soon as possible by the Flight Leader with the names of all who indicate they do not wish to continue.
    - If you are in your base/location at the beginning of a trip, you will either be rerouted or released to Scheduling
    - If you are not in your base/location, you will be rerouted to complete a legal duty period or be released to a layover

  **NOTE:**  Individual crew members can call Scheduling or Crew Tracking regarding the duty day of a pairing which does not mirror the pairing of the Flight Leader and/or the rest of the crew.

- Once you have exercised a work rule limitation option, you must accept the updated rescheduled pairing as built by Crew Tracking.  You cannot then request to remain on your original pairing.

- For duty periods scheduled for 14 hours or less, if the duty period is projected to exceed **17 hours**, you can only continue with the approval of the IFS OCC Manager.  (Contact 1-800-233-4638).
  **NOTE:** The above does not include pairings with duty periods scheduled between 14:01 and 16 hours, duty periods for non-stop flights >12 block hours and Ultra Long Range pairings.

**CONFIDENTIAL**                          **DELTA 002574**

## 7.M Options Flowchart Explanation

- Each of the following flowcharts presents one or more work rule situations, along with differentiating criteria.

- Using the header on each page, locate the <u>specific work rule</u> related to your current situation.

- Then locate the <u>appropriate criteria</u> for your situation.  Along the left side of the page in shaded boxes are additional criteria defining the situation.

- Once you have identified your work rule situation and criteria, the options are explained following the lines/arrows originating at the criteria (shaded) boxes from left to right across the page.

- The following symbols used within each flowchart and located along the lines/arrows indicate whether you or Crew Tracking are at a decision and/or action point.



- Written options for flight attendants are enclosed

within shaded boxes

- Explanations to flight attendants or options for Crew Tracking are enclosed

within unshaded boxes

Section 7                                          169
Reroute                                      7/15/08

This page left intentionally blank.

**CONFIDENTIAL**                    **DELTA 002576**

# DOMESTIC/INTL/TRANSOCEANIC DUTY TIME LIMITATIONS
## FLOWCHART A

170   Work Rule Options   11/09/09

## When PROJECTED / ACTUAL Duty Period Exceeds 16 Hours

- For duty periods scheduled for 14 hours or less, if the duty period is projected to exceed 17 hours the crew can only continue with the approval of the IFS OCC Manager. The Flight Leader must contact the IFS OCC Manager at 1-800-233-4638.
- If the duty period is a non-stop >12 block hour duty period or is a designated ULR, the exercise option point is the scheduled duty period plus 3:01. Other duty periods scheduled between 14:01 and 16 hours have an option-off point of the scheduled duty period plus 2:01. (See Section 1.Q.) However, for each category noted above, flight attendants have the same options listed below.

### F.A.R. Minimum Rest Cannot Be Waived



**PROJECTED**

**IF F/A has additional legs remaining ...**

**ACTUAL**

**IF F/A is at the end of duty period ...**

**IF F/A's last duty period exceeded 16 hours and rest in home base is less than 16 hrs ...**

F/A elects to continue the trip. Flight Leader advises Crew Tracking / IFS Scheduling

F/A elects not to continue the trip. Flight Leader or F/A must provide a minimum guaranteed 10 hour rest.

When **actual** rest is 10 hours or more, **F/A** must request Crew Tracking. Will provide a minimum guaranteed 10 hour rest.

When **projected** rest is <10 hrs, Crew Tracking will provide a minimum guaranteed 10 hour rest.

When **projected** rest is 10 hours or more, **F/A** must continue trip as scheduled. See **NOTE**.

F/A can continue on next trip as scheduled.

F/A can call Scheduling to receive 16 hr rest and discuss any pay protection options if applicable.

F/A can call Scheduling to receive 16 hr rest in home base and discuss any pay protection options if applicable.

**Crew Tracking** will reschedule the trip to reduce duty period to 16 hours or less (14 hours if minimum staffing; 16 hours if augmented w/DH at beginning or end of duty & working segments 14 or less).

**F/A** may be released to layover.

**Scheduled** minimum rest will be no less than the normal scheduled DL minimum or applicable FAA minimum rest, whichever is greater.

**Actual** minimum rest will be no less than 8 hours or an applicable F.A.R. 121.467 minimum rest, whichever is greater.

If **F/A** is in home base, they can be released to Scheduling. Upon release, F/A must call Scheduling to discuss pay protection options. See **NOTE**.

◆ Indicates a point where the F/A has options and needs to make a decision. The Flight Leader coordinates the individual F/A's decisions.

○ Indicates a point where Crew Tracking has options and needs to make a decision.

**NOTE:** After exceeding 16 hours on the final duty period of a trip, the F/A has the option to call Scheduling upon completion of their trip to receive a 16 hour domicile rest and discuss any applicable pay protection options if a trip is dropped as a result of the 16 hour domicile rest.

If you waive a limitation and a further delay is posted, you have the options of waiving the limitations or electing to NOT to continue your trip. The Flight Leader should notify Crew Tracking for any crewmember.

CONFIDENTIAL

## SEVERE OPERATIONS
## FLOWCHART B

### During Severe Operations When PROJECTED or ACTUAL Duty Time Exceeds 16 Hours

- For duty periods scheduled for 14 hours or less, if the duty period is projected to exceed 17 hours the crew can only continue with the approval of the IFS OCC Manager. The Flight Leader must contact the IFS OCC Manager at 1-800-223-4638.
- If the duty period is a non-stop >12 block hour duty period or is a designated ULR, the exercise option point is the scheduled duty period plus 3:01. Other duty periods scheduled between 14:01 and 16 hours have an option-off point of the scheduled duty period plus 2:01. (See Section 1.Q.)
- However, for each category noted above, flight attendants have the same options listed below.

### F.A.R. Minimum Rest Cannot Be Waived



**If F/A has additional legs remaining …**

F/A elects to continue trip as scheduled to layover or home base for required minimum rest. There is no need to call Crew Tracking.

F/A elects not to continue trip as scheduled. Flight Leader advises IFS Scheduling or Crew Tracking.

F/A will be released to layover.

Scheduled minimum rest will be no less than the Delta scheduled minimum or an applicable F.A.R. 121.467 minimum rest, whichever is greater.

Actual minimum rest will be no less than 8:30 or an applicable F.A.R. 121.467 minimum rest, whichever is greater.

**If F/A is at the end of duty period …**

F/A will be released for minimum rest.

Scheduled minimum rest will be no less than the Delta scheduled minimum or an applicable F.A.R. 121.467 minimum rest, whichever is greater.

Actual minimum rest will be no less than 9 hours or an applicable F.A.R. 121.467 minimum rest, whichever is greater.

**If F/A is at the end of the trip …**

Crew Tracking will reschedule trip to reduce the duty period to 16 hours or less (dependant on staffing) or F/A will be released for a scheduled minimum rest and trip will be rescheduled.

F/A may be released to layover.

Scheduled minimum rest will be no less than the Delta scheduled minimum or an applicable F.A.R. 121.467 minimum rest, whichever is greater.

Actual minimum rest will be no less than 8 hours or an applicable F.A.R. 121.467 minimum rest, whichever is greater.

If F/A is in home base, they will receive a scheduled 11 hour rest and trip may be rescheduled or they may be released to Scheduling.

### F/A MAY CALL THE DELTA IFS VRU FOR VERIFICATION OF SEVERE OPERATIONS.

Indicates a point where the F/A has options and needs to make a decision. The Flight Leader coordinates the individual F/A's decisions.

Indicates a point where Crew Tracking has options and needs to make a decision.

**NOTE:** During severe operations, Delta will use F.A.R Minimum rest guidelines and the Following options are not available:
- To receive a minimum 10 hour guaranteed rest after exceeding a 16 hour duty period, when not in home base;
- To receive a minimum 16 hour rest between trips after exceeding flight or duty time limitations.

## Severe Operations

Severe Operations Guidelines ........................................ 172
Work Rules Options During Severe Operations ............. 174

**CONFIDENTIAL**                          **DELTA 002579**

Section 8
Severe Operations                                    7/15/08

THIS PAGE LEFT INTENTIONALLY BLANK.

**CONFIDENTIAL**                    **DELTA 002580**

## Severe Operations Guidelines

- Severe Operations is defined as an adverse situation (e.g. severe snowstorm) which critically affects one or more major hubs, causing a high volume of cancellations and/or airport shutdowns. It will be declared in affected base/location cities or system-wide, as determined by Senior In-Flight Service Management.

- It can be necessary to deviate from daily operational policies during severe operations. This will be done only when necessary to continue the operation to the best of our resources and with approval of In-Flight Service management.

- An advisory message stating severe operation conditions are in effect will be sent out by the In-Flight Service Senior Vice President or their designated representative. This message will be relayed by the VRU phone system and the eCrew/DBMS broadcast screen. Contents of the message will include some or all of the following: the type of situation, affected bases/locations, the expected duration of the crisis, and the IFS policies in effect.
  **NOTE:** All trip pairings of the affected bases/locations will have the designation '**Severe Operations**' near the top of the pairing display.

- If the crisis or severe circumstances extend beyond the expected date, periodic updates will be given.

- Some or all of the following will be implemented:
  1. Crew Tracking can utilize unaffected crews in order to avoid flight cancellations. This may result in an increase in the number of trips rescheduled.

  2. Crew Tracking will release a crew back to Scheduling for an alternate assignment when their trip has canceled in their home base. The crew must contact Scheduling prior to leaving the airport.

  3. If you lose flight time, or your trip cancels, a schedule code of '**CALL**' will appear on your schedule. This code indicates you are required to contact Scheduling as soon as possible, and <u>prior to leaving the airport</u>.

  4. Mandatory Availability can be implemented for the system or for specific bases/locations. A flight attendant will be advised upon contacting Scheduling that availability is mandatory. The code **MAVL** will be on the schedule, and <u>you must accept any alternate assignment</u>.

**CONFIDENTIAL**                          **DELTA 002581**

5. During severe operations, when mandatory availability is in effect, <u>Scheduling has up to 4 hours, while you remain at the airport,</u> to assign your alternate trip. *See Availability Notification in Section 3.F.*

6. If the assigned trip is scheduled to <u>return within the normal period</u> of availability, (no more than 4 hours past the original release time) you will be paid for the <u>greater of the assigned trip or the original trip</u>.

7. If the assigned trip is scheduled to <u>return outside the normal period</u> of availability, that is, released <u>more than 4 hours past</u> the original scheduled release, you will be paid for the greater of the assigned trip or the original trip <u>plus 4 hours draft pay</u>. The pay notation **DRFT** will be placed on your schedule next to the applicable trip. *See Section 2.Z.7 and 2.Z.8 – Draft Pay.*

8. During severe operations, when mandatory availability is implemented, you can be subject to more than one alternate trip assignment during your window of availability. Scheduling can assign multiple trips at one time, or consecutively after each arrival and as trips become available. If assigned multiple trips, and you qualify for drafting pay, you will be paid drafting pay one time only for the trip released more than four hours past the scheduled release time of your original trip. *For more information on alternate assignments, see Section 3.G – Trip Pay Protection Policy- Alternate Assignment Procedures.*

9. During severe operations, when mandatory availability is implemented, Scheduling can assign alternate trips to flight attendants off canceled trips in their domicile. When possible, the assignment of a comparable trip will be made, but an assignment can be for a greater number of days. An alternate trip assignment made during severe operations and mandatory availability will not be scheduled to return **more than 24 hours** past the original scheduled release time. *For assignment of trips with greater number of days or into off days, see Section 3 – Trip Pay Protection Policy - Pay Protection Options.*

10. While on Mandatory Availability and within legal parameters you can be assigned 'piggy-back flying', i.e. legs added to the end of a rotation upon return to base.

11. Deviation from deadhead requests will be denied during severe operations.

• During declared severe operations system-wide, the rerouted-into off day pay policy (RRO4 pay) will continue to apply to all qualifying pairings, including draft assignments.

**CONFIDENTIAL**                              **DELTA 002582**

Section 8                                                    174
Severe Operations                                        7/15/08

## Work Rules Options During Severe Operations

> **F.A.R. minimum rests cannot be waived.  The following options are NOT available at any time during severe operations:**
>
> 1. To receive a minimum 10 hour rest at a layover after exceeding a 16 hour duty period,
>
> 2. To receive a 16 hour rest at domicile after exceeding the 16 hour duty time limitation.

**FAR 121.467 Duty Time Limitations & Rest Requirements**

| DUTY | STAFFING | REST | | |
|---|---|---|---|---|
| Scheduled Duty Period | F/As Required on Each Flight | Minimum Rest After Scheduled Duty Period | Airline can reduce rest* to no less than | If rest is reduced, subsequent rest must be at least |
| 14 hours or less | F.A.R. minimum staffing | 9 hours | 8 hours | 10 hours |
| 14:01 - 16:00 hours | F.A.R. minimum staffing +1 | 12 hours | 10 hours | 14 hours |
| 16:01 - 18:00 hours | F.A.R. minimum staffing +2 | 12 hours | 10 hours | 14 hours |
| 18:01 - 20:00 hours** | F.A.R. minimum staffing +3 | 12 hours | 10 hours | 14 hours |

  * For FAA purposes, the actual rest can be reduced by scheduling, rescheduling or by operational delay.
 **Applies only to duty periods with one or more flights that land or take off outside the 48 contiguous states and the District of Columbia.  Only international and transoceanic flying can be scheduled between 18:01–20:00.

**\*\*If you have any questions during either daily / irregular operations or during severe operations always contact the IFS OCC Manager (1-800-233-4638) or the Scheduling office for direction and guidance regarding any work rule or scheduling policy.**

Section 8
Severe Operations                                    7/15/08

THIS PAGE LEFT INTENTIONALLY BLANK.

**CONFIDENTIAL**                          **DELTA 002584**

**Section 9 – General and Miscellaneous**

DEADHEADING PROCEDURES...................................... 175
General.............................................................. 175
Deadhead Flight Arrangements..................................... 176
Deviation From Deadhead.......................................... 176
    General ............................................................... 176
    Positive Space ....................................................... 177
    Deviation Not Allowed ............................................. 178
Quick Reference Deviation & PSY Authorization Chart ..... 179
Front-End Deviation .................................................. 179
Attire for Deadheading .............................................. 180

MISCELLANEOUS...................................................... 180

Hotel Accommodations ............................................. 180
Crew Transportation ................................................ 181
Absence Notification Policy......................................... 182
Alternate Flying Program (AFP).................................... 182
Trip Coverage Procedures for Military Charters............... 183
    Pick-Up Eligibility ................................................... 183
    Move-Up Eligibility ................................................. 183
    Deadheading.......................................................... 183
    Reverse Assignment Procedures for Military Charters ... 186
    Procedures Used 4 Hours or Less to Report ............... 187
    Wildcard Pairings ................................................... 187

**CONFIDENTIAL**                    **DELTA 002585**

Section 9
General & Miscellaneous                                    7/15/08

THIS PAGE LEFT INTENTIONALLY BLANK.

**CONFIDENTIAL**                        **DELTA 002586**

## DEADHEADING PROCEDURES

### 9.A General

- Report time for deadhead flights is 1 hour prior to scheduled departure unless notified otherwise.  Be at the departure gate 40 minutes prior to scheduled departure for originating flights or at the scheduled arrival time for through flights.

- Report time for deadhead flights to attend training, including Continuing Qualifications, is 30 minutes prior to scheduled departure.

- Report time for deadheads to position crews for inaugural flights is 2 hours.  These deadheads are often on other airlines and the additional time is needed for ticketing, etc.

- Deadheading is considered part of duty time by Delta.

- Flight attendants scheduled to deadhead could be required to work. The change from deadhead to working segment can be done by Crew Tracking or Scheduling when the need arises.
  **NOTE:** The most junior flight attendant(s) will be rescheduled to work.

- All ferry flights (including segments of charter flights with no revenue passengers) are considered deadhead flights.

- If the outbound crew is not available due to delay or other circum-stances, the deadheading crew should coordinate with the gate agent to check the emergency equipment and prepare the aircraft for boarding, board and complete on ground service, if necessary.

- Deadheading crew members will not be removed to accommodate an oversold flight or standby revenue customers.  Flight attendants can *volunteer* to occupy the jumpseat to accommodate an oversold or standby customer.
  **NOTE**: You can also volunteer to be removed in an oversold situation if it does not impact your legalities or A-Day availability for duty.  Contact Scheduling to update your trip if you DH on another flight.

- Sleeping while deadheading is permitted provided you are seated in a passenger seat.

## 9.B Deadhead Flight Arrangements

- Crew Booking makes reservations, designated as Positive Space Coach - "PSY", for all pre-month scheduled deadhead flight segments.
  - For domestic, international (non-transoceanic), and intra-theatre flights in Europe, Asia, and Africa are booked in the main cabin section.
  - For transoceanic flights deadhead seats are booked in business class to the capacity of the reservations parameters (see NOTE below), or if business class is full, the main cabin.
    **NOTE:** See HRPM 1056.2 for the specific class inventory of seats that can be booked. For example, though TravelNet shows revenue seats available or authorized in Business, 'D' class seats must be available in order to book in Business. If there are no 'D' class seats available, you would have to be booked in economy in an 'M' class seat.

- For non-scheduled or rerouted DH flight segments occurring mid-rotation, PSY reservations are made by IFS Scheduling.

**Upgrade from Main Cabin**
- To upgrade, place yourself on the airport standby list. The gate agent can upgrade you at departure time, if first class/business seats are available and time permits.

- All upgrades are processed based on Company seniority.

## 9.C Deviation From Deadhead

**General**
- Deviations from scheduled deadheads prior to your first working segment or after your last working segment are commonly called 'front-end' or 'back-end' deviations, respectively.

- Enter requests to deviate from a scheduled deadhead leg in eCrew no later than 48 hours prior to trip departure to ensure approval and update.
  **NOTE:** You cannot deviate from a deadhead without prior approval from Scheduling, and during irregular or severe operations, deviation requests can be denied.

- You must use cabin jumpseat or non-revenue pass authorization for all deviations from deadhead unless you are authorized for PSY travel. For reservation problems, you can contact Scheduling for assistance.

Section 9                                                                  177
General & Miscellaneous                                              1/1/09

- For front-end deviations when traveling <u>from an alternate city</u> to your first working segment of your pairing, you must use cabin jumpseat or non-revenue pass authorization.

- For back-end deviations when deadheading <u>to an alternate city</u>, you can deviate from your scheduled dead-head using cabin jumpseat authorization or non-revenue pass privileges.

- Once approved for deviation, a trip cannot be swapped.  You must contact Scheduling to return the trip to its originally scheduled deadhead status before a swap can be approved in the computer.

- Non-availability of seats on flights other than the scheduled dead-head is not accepted as an excuse for missing a working flight.

- If a deadhead at the beginning of a trip is to a layover, any deviation must be scheduled to arrive no later than 1 hour prior to departure of the first working segment.

- Authorization for A-Day holders to deviate from a deadhead at the end of trip can be granted only after completion of the last working flight segment, subject to operational requirements.  Contact Scheduling for these deviation requests.

- You can deviate from the beginning of a dedicated or non-dedicated charter only if the following criteria are met:
  - the charter originates in the city in which you reside according to the address noted in DBMS, and
  - the deadhead segment is not a ferry flight

- You can deviate at the end of the charter once the last charter flight is completed.  Additionally, if the last leg of the trip is a ferry, you can deviate from the scheduled ferry flight if it has not changed to an extra section flight.  Flight Numbering: DL Extra Sections are 9575 – 9649 and 9655 – 9774; DL Charter flights are 9775 – 9899, and DL Ferry flights are 9900 – 9959.

**Positive Space**
- Positive space travel (PSY*) can only be authorized for deviations from deadhead under certain conditions:

  1. If the deadhead is the 1st leg of your trip and you deadhead directly <u>from</u> your home base or co-terminal <u>earlier</u> than scheduled on the same calendar day, or

**CONFIDENTIAL**                           **DELTA 002589**

2. If the deadhead is the last leg of your trip and you deadhead directly <u>to</u> your home base or co-terminal earlier (can be a calendar day earlier) or later the same calendar day as originally scheduled.

**\*NOTE:** A PSY reservation for a deviation can only be made when flight availability allows. This is noted as 'AU' (authorized) under <u>Company Business</u> in TravelNet.

## Deviation Not Allowed

- When the deadhead is in the same duty period as the first working segment, you cannot deviate on a flight that is scheduled to arrive <u>later</u> than the original deadhead flight.

- If you deviate from a deadhead to a layover and prior to the first working segment, you cannot deviate to a flight that arrives less than 1 hour prior to the scheduled departure time of the first working segment.

- Flight attendants cannot deviate deadhead:
  - at the beginning of a Military or CRAF charter, or
  - if a ferry flight precedes a charter flight, or
  - from a deadhead occurring in the middle of a trip, or
  - from a scheduled deadhead on trips involving interline flights or Intra-European/Asian flight connections, or
  - on an inaugural pairing

  **Exception:** If an inaugural begins with a double deadhead through a base city, and you live in the base city of the 2nd deadhead, you can request to deviate off of the 1st segment and depart out of the 2nd city.

- Deviations can also be denied at the discretion of IFS management for operational circumstances such as during severe operations.

- If you are authorized to deviate from your scheduled deadhead at the end of a trip, but are notified of random drug or alcohol testing following the last working flight of the trip, you are **required** to deadhead back to your base domicile as originally scheduled.

- <u>A-Day holders cannot deviate from a deadhead at the beginning of a trip.</u>

  **Exception:** You are deviating <u>from</u> your base or a co-terminal (e.g. EWR instead of LGA) on an <u>earlier</u> flight that same calendar day. Must be with Scheduling approval.

Section 9                                              179
General & Miscellaneous                          1/12/11

## 9.D Quick Reference Deviation & PSY Authorization Chart

| Front-End Deviation: | Deviation Allowed? | PSY Authorization |
|---|---|---|
| From base or a co-terminal on an earlier flight (same calendar day) | Yes | Yes* |
| From other destination to 1st working segment | Yes | No |
| A-Day holders from base or a co-terminal if an earlier flight that same calendar day – must get approval from Scheduling | Yes | Yes* |
| To a Military Charter, or inaugural flight (whether DH is on Delta service or OAL) | No | N/A |
| To a dedicated or non-dedicated charter flight | Yes, (only if criteria noted in Section 9.C are met) | N/A |
| **Back-End Deviation** | | **PSY Authorization** |
| To base or a co-terminal on any earlier flight or that same calendar day | Yes | Yes* |
| To any other destination | Yes | No |
| A-Day holders to base or a co-terminal on that same calendar day and it is the final A-Day in the block | Yes | Yes*, but author-ization is only given after the completion of the final working leg before the scheduled DH |
| From a charter flight (dedicated and non-dedicated) | Yes, upon completion of final working leg | Yes*, only to base or co-terminal after completion of the final working leg |
| From a Military Charter flight | Yes, upon completion of final working leg | No |

*NOTE: In all cases the deviating flights for PSY must have seats authorized for sale (Indicated as 'AU' under Company Business in Travelnet).

**CONFIDENTIAL**                          **DELTA 002591**

Section 9                                                   180
General & Miscellaneous                                1/12/11

## 9.E Attire for Deadheading

- You can wear your uniform or follow the business casual dress code for company business travel as noted in HRPM 1056.1.

- When deadheading in uniform, you must adhere to uniform regulations throughout the flight. *See the IFS Operations Handbook – Uniforms Program section.*

- You should allow revenue customers seated in the same cabin an opportunity to deplane first. On Shuttle flights, you should sit in a window seat or in the last row of the aircraft, when possible.

## 9.F Hotel Accommodations

- Hotel selection to provide layover accommodations is completed by Corporate Travel Services using input from In-Flight Service and the Delta Employee Involvement Group (EIG). Corporate Travel reviews hotels prior to selection for a number of items, particularly safety and cleanliness.

- Hotels for reroutes and originations will be confirmed upon arrival in the layover city. *For additional Load factor Hotel information, see Load factor Staffing - Layover Hotel in Section 4.*

**Away from Base Domicile**
  **Advance Reservations**
- Hotels are provided when <u>prior to report</u>, you are scheduled with 6:15 hours or more ground time from release of one flight to departure of the next flight. These accommodations are reserved in advance and direct-billed to Delta.

  **Exception:** <u>5 hours</u> or more qualifies for a hotel when the ground time, scheduled or unscheduled, originates between 2100 – 0500.

  **Upon Request**
- Hotel rooms that are not booked in advance will be provided upon request, when during daily operations (e.g. <u>after report time</u>), you are rescheduled with 6:15 hours or more ground time from release of one flight to departure of the next flight. These rooms will be booked by the OCC Crew Accommodations Desk or local operations if necessary.

- When the <u>scheduled</u> ground time is less than 6:15 hours, but due to daily operations, the next flight has an updated late departure with 6:15 hours or more ground time from release of one flight to departure of the next flight, hotel rooms will be provided upon request.  These rooms will be booked by the OCC Crew Accommodations desk or local operations.
  **NOTE**: When the scheduled ground time from release of one flight to departure of the next flight is less than 6:15 hours and the **inbound flight arrives earlier than scheduled**, hotel accommodations are **not authorized** even if this results in 6:15 hours or more ground time between release to departure.

  **Example:** An inbound flight is scheduled to arrive at 1100 but actually arrives at 1030.  The departure time of the next scheduled flight is at 1700.  Hotel accommodations are not authorized because the scheduled ground time is 6:00 even though with the early arrival it reflects as 6:30. However, if the departure flight is then subsequently delayed to 1800 (and known in time/in advance), hotel accommodations will be provided upon request because the ground time from scheduled arrival to the delayed departure time is 7:00.

### In Base Domicile

- Hotel rooms **are provided upon request** during daily operations, when you are rescheduled with ground time of 6:15 hours or more between release from one flight to departure for the next flight. This can be a 'domicile stopover' occurring within one duty period or can be a 'domicile layover' consisting of a legal 11 hour domicile rest period or more.
  **Exception:** You can request a hotel if you have 5 hours or more un-scheduled ground time <u>and</u> the ground time originates between 2100 – 0500.   Hotels are also provided for Ultra Long Range pairing crews whose flight cancels and they are rescheduled to depart on a ULR segment after a minimum 10 hour domicile rest from release to report.

### 9.G Crew Transportation

- The normal time to wait for crew transportation to the hotel should be no more than **20 minutes**.  Beyond that amount of time, make a phone call to the hotel.  If an additional wait is anticipated, you can secure a taxi ride and submit your taxi expense via the DEERS reimbursement system.

- When your pairing has been updated by Crew Tracking with an authorized 30 minutes later report time at a layover point, if the scheduled crew transportation cannot be changed, you can pay for a taxi ride and submit your expenses via the DEERS reimbursement system.

**CONFIDENTIAL**                    **DELTA 002593**

## 9.H Absence Notification Policy

- You must notify the Management Support Team (MST) as soon as you are aware of your inability to cover an assignment, including a training assignment.
  **Trip Holder–**You must call 3 hours prior to scheduled report time.
  **NOTE:** If you call in less than 3 hours prior to report time your schedule will be marked CFSM and you may subject to administrative action.
  **A-Day Holder–**The following will apply:
  a.) If you have not yet received a trip assignment, you will be marked sick for the appropriate date at the time you call.
  b.) If you have been assigned a trip but you call in the <u>day prior</u> to the trip you will be marked sick.
  c.) If you call in sick on the day of the assignment after accepting the assignment, or state that you are sick at the time you are contacted for the assignment, your schedule will be marked with CFSM and you will need to contact your Field Service Manager.

- You must provide the MST desk with a projected well date upon initial notification of the absence. If you remain sick and are unable to report for your next scheduled trip, you must notify the MST desk and provide a new projected well date.
  **NOTE:** Contact Sedgwick Claims Management at 877-67-DELTA to certify any absence of more than 7 consecutive days due to illness. Sedgwick will coordinate with your physician regarding the absence. Failure to contact Sedgwick can result in an unexcused absence. Also contact Sedgwick when an OJI absence extends beyond 7 consecutive days. An OJI should be initially reported to ESIS at 1-800-642-4462 within **24 hours** of the injury.

## 9.I Alternate Flying Program (AFP)

- The alternate flying program in certain designated locations approved by IFS Management is open to qualified participants.

- The locations are designed to be self-sufficient and self-managed by the participants, however, all normal scheduling and reroute policies apply to AFP flying as necessary.
  **NOTE:** Trip coverage by Scheduling, if needed, will follow normal trip coverage procedures.

- Open time swaps are in-base only, and swaps with other flight attendants for complete trips can only be done with other flight attendants within the same AFP location.

- Jetway trades involving <u>AFP pairings</u> can be done with any flight attendant in the system. *See Section 6.J for specific details on Jetway Trades.*

## 9.J Trip Coverage Procedures for Military Charters

- Military Airlift Charters (MAC) and Civil Reserve Air Fleet (CRAF) charters are available for charter (CR) qualified flight attendants to pick-up or to move-up to as indicated below.

**Pick-Up Eligibility**
- CR-qualified flight attendants from any base can pick-up a domestic, international, or trans-oceanic military charter.

- CR-qualified AFP participants are <u>only eligible to pick up</u> military charters.

**Move-Up Eligibility**
- Flight attendants in bases meeting the following criteria can move-up to a military charter as follows:
  - A CR-qualified flight attendant holding a domestic or international (e.g. SJU, MEX, etc.) trip (Flight Leader or regular) is eligible to move-up to a transoceanic military charter
  - A CR-qualified Flight Leader holding a transoceanic Flight Leader or transoceanic regular position is eligible to move-up to a trans-oceanic military charter Flight Leader or regular position
  - A CR-qualified flight attendant holding a regular transoceanic trip is eligible to move-up to a regular position on a transoceanic military charter
  - A CR-qualified flight attendant holding a domestic, international, or transoceanic LOD position is eligible to move-up to a trans-oceanic military charter as long as they are not the last LOD position on the pairing(s) they are vacating
  - A CR-qualified flight attendant holding any combination of the above indicated trips and A-Days (including all A-days) is eligible to move-up to any position on a military charter they qualify for.
  - A CR-qualified A-Day flight attendant who has or has not been previously awarded/assigned a trip
  - A charter-qualified flight attendant holding a non-dedicated charter trip (Flight Leader or regular) is eligible to move-up to a transoceanic military charter

  **NOTE:** Charter-qualified flight attendants holding a dedicated charter trip (Flight Leader or regular) are <u>not eligible</u> to move-up to a transoceanic military charter.

**Awarding Domestic & International Military Charters**
- Domestic and international (e.g. SJU, etc.) military charters will be awarded in the local base from which the trip originates using the automated 1st Come 1st Served system and/or the normal trip coverage procedures within 1 calendar day of departure.

- Domestic and international military charters must be staffed with a domestic Flight Leader.  The Flight Leader must be CR and LT qualified.

**Transoceanic Military Charters**
- Transoceanic military charter assignments will be awarded using system seniority of CR-qualified flight attendants who have submitted a pick-up/move-up request using the template designated for <u>Military Charter pick-up/move-up requests</u>.
  **NOTE:** Do not use the Out-of-Base Pick-Up screen, use the screen designated for transoceanic Military Charter pick-ups and move-ups.

- All pick-up/move-up requests are worked <u>together</u> in seniority order.
  - Tripholders are eligible to pick-up or move-up to a transoceanic military charter.
  - A-Day holders are only eligible to move-up to a transoceanic charter.  It can be from a previously awarded or assigned trip or from unassigned A-Days.
    **NOTE:** An A-Day flight attendant cannot move-up to a transoceanic military charter from an A-Day block that is already in-progress, i.e. an A-Day block that starts prior to the originating date of the charter.

- For move-ups, the transoceanic military charter must overlap and/or touch your original trip(s), and the charter must be equal to or to a greater number of days than the original trip(s).

- Move-ups to a transoceanic military charter with the same originating date and those with alternate originating dates are worked together in seniority order.

- The Trip Trade Balancer and any other applicable legalities must be satisfied for all move-ups.

- Transoceanic military charters must be staffed with one trans-oceanic Flight Leader position.  The Flight Leader must be CR and AC qualified, and he/she must be able to complete appropriate transoceanic paperwork.

**Examples of Legal Move-Ups to Transoceanic Military Charters**
**Example A:** You are moving from a 3-day trip on DEC 5-7 and a 3-day trip on DEC 10-12 to a 7-day military charter departing DEC 5.  This is permissible since:
1. You are moving to a charter of equal or greater number of days (6 days flying moving up to 7 days of flying)
2. The charter coincides/overlaps with both of your trip(s)

**Example B:** You are moving from a turnaround on DEC 2 and a 3-day A-Day block on DEC 5-7 to a 5-day military charter departing DEC 1. This is permissible since:
1. You are moving to a charter of equal or greater number of days (4 days flying moving up to 5 days of flying)

2. The charter overlaps your trip, and the charter overlaps the first day of the A-Day block.
**Example C:** You are moving from a 3-day trip on DEC 15 to a 3-day military charter on DEC 13. This is permissible since:
1. You are moving to a charter of equal or greater number of days
2. The charter overlaps your trip
**Example D:** You are moving from a 3-day trip on DEC 10 to a 4-day military charter on DEC 11. This is permissible since:
1. You are moving to a charter of equal of greater number of days
2. The charter overlaps your trip
**NOTE:** There must be sufficient time and staffing to cover your trip (a minimum of 3 hours to the report time of your original trip, at the time your request is processed).

**Awarding Transoceanic Military Charters**

- The award process for transoceanic military charters will begin daily at 0700 Eastern Time for charters departing 1 calendar day later.
  **NOTE:** Any transoceanic military charter created after 0500 and prior to 1600 hours the day prior to operation will be covered using a system seniority pick-up and move-up process (both worked together in system seniority order). Scheduling will post these as CRF pairings in open time for at least 2 hours before beginning trip coverage. Any transoceanic military charter created from 1600 onward (and into the day of operation), will be covered as follows:

  1. the charter will be posted for 15 minutes and then covered using the system seniority pick-up and move-up process, then
  2. any remaining positions will be covered in-base using the normal base trip coverage procedures.

- A priority pick-up can only be used for a domestic military charter that originates within 1 calendar day of departure in your local base. The priority pick-up cannot be used for transoceanic military charters since these charters are open to the entire system and the priority pick up authorization was obtained in your local base or location.

- Flight attendants are responsible for any military charter awarded prior to 1600 ET the day before the report of the charter. Scheduling will notify you of any awards processed after 1600 ET.

- If you are awarded or assigned a military charter, you are subject to changed report/departure times as requested by the U.S. military, and you can not opt to come off the rotation due to the changed report/departure time.

- Once awarded, you cannot swap your transoceanic military charter to another flight attendant. Due to system-wide interest in the military charters and the possibility of negating seniority, such swaps are prohibited. You can swap a domestic military charter.

- If open positions remain after the 1 calendar day cutoff, then A-Day preferences and assignments can also be used to fill any remaining positions.
- If you are not based in the city from which the trip will depart, you are responsible to position yourself in the originating base city using your own pass privileges.

**Deadheading**

- Transoceanic deadhead segments will be booked in business class (to the capacity of the Reservations seat class parameters; *see HRPM 1056.2*).
  **NOTE:** If business class is full, seats will be booked in economy with standby for business.

- All seats booked as domestic deadhead segments will be booked in economy with standby for first class.

- All seats are booked as the positions are filled.

- You may not deviate deadhead on the 'front-end' of a military charter.

- You may deviate on the 'back-end' to normally scheduled Delta service <u>upon completing</u> the last working segment. You must call Scheduling to coordinate the deviation request. However, there is no PSY authorization for any back-end deviation on a military charter.

  **NOTE:** If deviating on a ferry flight and the ferry flight has more than 19 deadheading or non-revenue passengers, one flight attendant must be designated to a working position. The working crewmember must be legal in accordance with all FAA duty and rest requirements.

**Reverse Assignment Procedures for Military Charters**

- If Scheduling is unable to staff a transoceanic military charter using the system CR seniority list 6 hours prior to report, then local A-Day flight attendants will be used. After the A-Days are exhausted, then the local base CR seniority list will be used for assigning remaining open positions in reverse seniority order.

- Reverse assignment procedures will be used under the following conditions:
  - if all steps noted in the award procedures have been exhausted and there are not sufficient volunteers or A-Day holders for an operating military charter, or
  - if Delta receives less than 4 hours notification to staff a military charter.

Section 9                                          187
General & Miscellaneous                        1/12/11

- Once reverse assignment procedures are activated, flight attendants can not decline a military charter assignment. Delta is contractually bound by the U.S. government to staff and operate the charter. If a flight attendant refuses to accept the military charter in a reverse assignment process, he/she will be subject to administrative action.

**Procedures Used 4 Hours or Less to Report**
1. First, the local base CR seniority list will be used to reverse-order assign the military charter.

2. If necessary, and after all attempts to assign CR-qualified flight attendants have been exhausted, reverse seniority assignments can be given to non CR-qualified flight attendants.

**Wildcard Pairings**
- Wildcard pairings are offered in accordance with the frequency of operation. With any startup of transoceanic military charter flying, In-Flight Service will publish details about the initiation of the wild card program.

- After the first designated wildcard charter, <u>every third</u> transoceanic military charter is designated a wildcard charter. A wildcard that is cancelled will not be replaced by another designated wildcard.

- Only those CR-qualified flight attendants who have not flown a transoceanic military charter within the previous 45 days are eligible for wildcard flying.

- The wildcard pairing will be awarded according to current transoceanic military charter procedures.

- If there is no transoceanic military charter activity for more than 45 days, the wildcard program will be discontinued.

**CONFIDENTIAL**                    **DELTA 002599**

Section 9
General & Miscellaneous                                      7/15/08

THIS PAGE LEFT INTENTIONALLY BLANK.

**CONFIDENTIAL**                    **DELTA 002600**

### F.A.R. 121.467   *Flight attendant duty period limitations and rest requirements: Domestic, flag, and supplemental operations.*

(a) For purposes of this section—
*Calendar day* means the period of elapsed time, using Coordinated Universal Time or local time, that begins at midnight and ends 24 hours later at the next midnight.

*Duty period* means the period of elapsed time between reporting for an assignment involving flight time and release from that assignment by the certificate holder conducting domestic, flag, or supplemental operations. The time is calculated using either Coordinated Universal Time or local time to reflect the total elapsed time.

*Flight attendant* means an individual, other than a flight crewmember, who is assigned by a certificate holder conducting domestic, flag, or supplemental operations, in accordance with the required minimum crew complement under the certificate holder's operations specifications or in addition to that minimum complement, to duty in an aircraft during flight time and whose duties include but are not necessarily limited to cabin-safety-related responsibilities.

*Rest period* means the period free of all restraint or duty for a certificate holder conducting domestic, flag, or supplemental operations and free of all responsibility for work or duty should the occasion arise.

(b) Except as provided in paragraph (c) of this section, a certificate holder conducting domestic, flag, or supplemental operations may assign a duty period to a flight attendant only when the applicable duty period limitations and rest requirements of this paragraph are met.

(1) Except as provided in paragraphs (b)(4), (b)(5), and (b)(6) of this section, no certificate holder conducting domestic, flag, or supplemental operations may assign a flight attendant to a scheduled duty period of more than 14 hours.

(2) Except as provided in paragraph (b)(3) of this section, a flight attendant scheduled to a duty period of 14 hours or less as provided under paragraph (b)(1) of this section must be given a scheduled rest period of at least 9 consecutive hours. This rest period must occur between the completion of the scheduled duty period and the commencement of the subsequent duty period.

(3) The rest period required under paragraph (b)(2) of this section may be scheduled or reduced to 8 consecutive hours if the flight attendant is provided a subsequent rest period of at least 10 consecutive hours; this subsequent rest period must be scheduled to begin no later than 24 hours after the beginning of the reduced rest period and must occur between the completion of the scheduled duty period and the commencement of the subsequent duty period.

(4) A certificate holder conducting domestic, flag, or supplemental operations may assign a flight attendant to a scheduled duty period of more than 14 hours, but no more than 16 hours, if the certificate holder has assigned to the flight or flights in that duty period at least one flight attendant in addition to the minimum

flight attendant complement required for the flight or flights in that duty period under the certificate holder's operations specifications.

(5) A certificate holder conducting domestic, flag, or supplemental operations may assign a flight attendant to a scheduled duty period of more than 16 hours, but no more than 18 hours, if the certificate holder has assigned to the flight or flights in that duty period at least two flight attendants in addition to the minimum flight attendant complement required for the flight or flights in that duty period under the certificate holder's operations specifications.

(6) A certificate holder conducting domestic, flag, or supplemental operations may assign a flight attendant to a scheduled duty period of more than 18 hours, but no more than 20 hours, if the scheduled duty period includes one or more flights that land or take off outside the 48 contiguous states and the District of Columbia, and if the certificate holder has assigned to the flight or flights in that duty period at least three flight attendants in addition to the minimum flight attendant complement required for the flight or flights in that duty period under the domestic certificate holder's operations specifications.

(7) Except as provided in paragraph (b)(8) of this section, a flight attendant scheduled to a duty period of more than 14 hours but no more than 20 hours, as provided in paragraphs (b)(4), (b)(5), and (b)(6) of this section, must be given a scheduled rest period of at least 12 consecutive hours. This rest period must occur between the completion of the scheduled duty period and the commencement of the subsequent duty period.

(8) The rest period required under paragraph (b)(7) of this section may be scheduled or reduced to 10 consecutive hours if the flight attendant is provided a subsequent rest period of at least 14 consecutive hours; this subsequent rest period must be scheduled to begin no later than 24 hours after the beginning of the reduced rest period and must occur between the completion of the scheduled duty period and the commencement of the subsequent duty period.

(9) Notwithstanding paragraphs (b)(4), (b)(5), and (b)(6) of this section, if a certificate holder conducting domestic, flag, or supplemental operations elects to reduce the rest period to 10 hours as authorized by paragraph (b)(8) of this section, the certificate holder may not schedule a flight attendant for a duty period of more than 14 hours during the 24-hour period commencing after the beginning of the reduced rest period.

(10) No certificate holder conducting domestic, flag, or supplemental operations may assign a flight attendant any duty period with the certificate holder unless the flight attendant has had at least the minimum rest required under this section.

(11) No certificate holder conducting domestic, flag, or supplemental operations may assign a flight attendant to perform any duty with the certificate holder during any required rest period.

(12) Time spent in transportation, not local in character, that a certificate holder conducting domestic, flag, or supplemental operations requires of a flight attendant and provides to transport the flight attendant to an airport at which that flight attendant is to serve on a flight as a crewmember, or from an airport at

**CONFIDENTIAL**                      **DELTA 002602**

which the flight attendant was relieved from duty to return to the flight attendant's home station, is not considered part of a rest period.

(13) Each certificate holder conducting domestic, flag, or supplemental operations must relieve each flight attendant engaged in air transportation and each commercial operator must relieve each flight attendant engaged in air commerce from all further duty for at least 24 consecutive hours during any 7 consecutive calendar days.

(14) A flight attendant is not considered to be scheduled for duty in excess of duty period limitations if the flights to which the flight attendant is assigned are scheduled and normally terminate within the limitations but due to circumstances beyond the control of the certificate holder conducting domestic, flag, or supplemental operations (such as adverse weather conditions) are not at the time of departure expected to reach their destination within the scheduled time.

(c) Notwithstanding paragraph (b) of this section, a certificate holder conducting domestic, flag, or supplemental operations may apply the flight crewmember flight time and duty limitations and rest requirements of this part to flight attendants for all operations conducted under this part provided that—

(1) The certificate holder establishes written procedures that—

(i) Apply to all flight attendants used in the certificate holder's operation;

(ii) Include the flight crewmember requirements contained in subparts Q, R, or S of this part, as appropriate to the operation being conducted, except that rest facilities on board the aircraft are not required;

(iii) Include provisions to add one flight attendant to the minimum flight attendant complement for each flight crewmember who is in excess of the minimum number required in the aircraft type certificate data sheet and who is assigned to the aircraft under the provisions of subparts Q, R, and S, as applicable, of this part;

(iv) Are approved by the Administrator and are described or referenced in the certificate holder's operations specifications; and

(2) Whenever the Administrator finds that revisions are necessary for the continued adequacy of the written procedures that are required by paragraph (c)(1) of this section and that had been granted final approval, the certificate holder must, after notification by the Administrator, make any changes in the procedures that are found necessary by the Administrator. Within 30 days after the certificate holder receives such notice, it may file a petition to reconsider the notice with the certificate-holding district office. The filing of a petition to reconsider stays the notice, pending decision by the Administrator. However, if the Administrator finds that an emergency requires immediate action in the interest of safety, the Administrator may, upon a statement of the reasons, require a change effective without stay.

[Amdt. 121–241, 59 FR 42991, Aug. 19, 1994, as amended by Amdt. 121–253, 61 FR 2612, Jan. 26, 1996]

**CONFIDENTIAL**                    **DELTA 002603**

Appendix A
F.A.R. 121.467                                              7/15/08

THIS PAGE LEFT INTENTIONALLY BLANK.

**CONFIDENTIAL**                    **DELTA 002604**

## Schedule Status Codes

| | |
|---|---|
| ADV | A-Day is advised of assignment |
| ADV1 | Notification of 1st change of pairing |
| ADV2 | Notification of 2nd change of pairing |
| ADY6 | Block of 6 Access Days |
| ADY3 | Block of 3 Access Days |
| ADYX | Unused Access Day |
| @ | Symbol attached to pairing number indicating trip awarded/assigned in conjunction with Access Days |
| AG | Front-end deviation of deadhead "Already Gone" |
| ALT | Alternate assignment from availability |
| ASBJ | Africa standby at JFK |
| ASBY | Africa standby |
| AVL | Availability when pay protection is offered |
| BENG | Business Elite / Next Generation Trained |
| CALL | Must call Scheduling due to schedule change |
| CFSM | Must speak with FSM before flying again |
| DRFT | Assigned A-Day into off day (pays +4 hrs) |
| ELOA | Emergency Leave |
| ESC | Escalation to Flight Leader position |
| ESCL | Mid-rotation escalation to flight leader position |
| FAOK | Cleared to fly after failure to be available |
| FCOK | Cleared to fly after failure to cover |
| FIVD | F/A rerouted into vacation day |
| FLCA | Flight Leader comprehensive assessment |
| FLTP | Flight Leader training pay |
| FMLA | Family Medical Leave |
| FOTS | Food For Sale Trade Show |
| IPY4 | Voluntary incentive pay (+4) |
| ISBJ | International standby at JFK |
| ISBY | International standby |
| JWT | Jetway Trade |
| MAVL | Mandatory Availability |
| MLOA | Maternity Leave of Absence |
| MTO | Managed Time Out (unpaid) - Trip drop due to extenuating circumstances |
| MTOP | MTO with pick-up |
| MTP | MTO using PPT time |
| M/U | Move up |
| NALT | No alternate assignment required |
| NAVL | Availability assignment made |
| OP/U | Out-of-base pick-up |
| OT | Open time swap |
| OTHR | Other types of leave |

| | |
|---|---|
| **PADJ** | Pay adjustment |
| **PREF** | A-Day preferenced rotation |
| **P/T** | Priority pick-up |
| **P/U** | Pick-up |
| **RLS** | A-Day released until report (release begins at duty day start time) |
| **RLSD** | Released for a period of time |
| **RR04** | Reroute pay (+4) |
| **RRST** | Scheduled 24 hr FAA required rest |
| **SAFT** | Safety Training |
| **SPT** | PPT used for day off or trip drop |
| **STBA** | Standby at LGA shuttle |
| **STBE** | Standby at EWR |
| **STBJ** | Standby at JFK |
| **STBL** | Standby at LGA main |
| **STBY** | Domestic standby |
| **SWP** | F/A to F/A swap |
| **TDOT** | Trip drop to open time |
| **UFF** | Unscheduled Family Leave absence and Paternity absence |
| **UFM** | Maternity absence approved for Family Leave |
| **UFS** | Sick occurrence approved for Family Leave |
| **UPK** | Absence in conjunction with KinCare (California only) |
| **UPM** | Maternity absence approved for Family Leave |
| **UPS** | Unscheduled absence due to personal illness/injury |
| **UPV** | Unscheduled incremental Vacation Day – an option for you to use if your absence is certified and you have exhausted PPT before the 7 day waiting period is over |
| **USBJ** | Ultra Long Range standby (JFK) |
| **USBY** | Ultra Long Range standby (ATL) |
| **VAC** | Vacation |
| **WI4** | A-Day holder who has been advised of assignment within 4 hours of report and released to report |
| **WSEG** | Workplace Safety and Ergonomic training |
| **+** | Rotation is holding its guarantee |
| **%** | F/A called in well |
| **$** | Follows code on schedule when no PPT time remains |
| **<** | First duty period starts on the previous calendar day; e.g. 2330 report for a 0030 departure, and the trip is dated by the departure time |
| **>** | Last duty period ends in the next calendar day; the duty period and/or last flight crosses midnight into the next calendar day |
| **&** | The last flight of a duty period begins after midnight into the next calendar day |

Appendix B                                                   B3
Schedule & Training Status Codes                      7/15/08

## Training Codes

| AC | ATLANTIC COORDINATOR |
|----|----------------------|
| AD | DEFIBRILLATOR TRAINING |
| AF | CULTURAL TRAINING - AFRICA |
| AI | F/A IN CHARGE TRAINING |
| AT | ATLANTIC TRAINED |
| AX | A310 300 DIFFERENCES |
| A3 | A-310 QUALIFIED |
| A7 | SECURITY CODE FOR ID |
| BE | BUSINESS ELITE REDESIGN F/A TRAINING |
| BF | F/A BRIEFINGS |
| B1 | BOMBAY BUSINESS ELITE SERVICE TRAINING |
| CA | CULTURAL AWARENESS |
| CB | COMPUTER BASED TRAINING |
| CE | CUSTOMER SERVICE EVALUATION |
| CF | CIVIL RESERVE AIR FLEET TRAINED |
| CL | OPERATION CLOCKWORK |
| CM | CUSTOMER SERVICE MANUAL PICKED UP |
| CN | CHINA DESTINATION TRAINING |
| CR | CHARTER QUALIFIED |
| CS | CUSTOMER SERVICE CORDINATOR TRAINING |
| CT | CERTIFICATION FAA |
| CW | CUSTOMER SERVICE WORKSHOP |
| CX | CBS E-LEARNING |
| C7 | 777 COMPUTER BASED TRAINING |
| DB | CULTURAL TRAINING – DUBAI |
| DC | DOMESTIC COORDINATOR |
| DD | DELTA AIRBUS DIFFERENCES |
| DT | DRUG TRAINING VIDEO |
| DV | THE SESSION ON DVD |
| EG | ERGONOMICS TRAINING |
| EP | PRE EMPLOYMENT PHYSICAL |
| ET | ROCK-COLLINS ENTERTAINMENT TRAINING |
| EX | THE EXPERIENCE |
| FA | CUSTOMER CELEBRITY TOUR FOOD FOR PURCHASE |
| FB | CUSTOMER CELEBRITY TOUR LMS |
| FF | FOOD SALES IN CABIN |
| FL | FLIGHT LEADER COMPETENCY ASSESSMENT |
| FP | FIRST POINT OF CONTACT |
| HD | DUTY FREE HANDHELD |
| ID | CULTURAL TRAINING - INDIA |
| IE | IFS ENTERTAINMENT |
| IF | INTERNATIONAL FORMS |
| IM | INTERNATIONAL MARKETING |
| IN | GLOBAL INTERNATIONAL |

**CONFIDENTIAL**                          **DELTA 002607**

Appendix B                                                    B4
Schedule & Training Status Codes                      7/15/08

| IO | INITIAL OPERATING EXPERIENCE |
|----|------------------------------|
| IP | INITIAL PARKING BDG |
| JT | ASIAN TRAINING |
| J4 | TRAINING VIDEO |
| LA | LATIN AMERICA TRAINED |
| LC | LATIN AMERICAN – CD TRAINING |
| LT | LEADERSHIP TRAINING |
| ME | MIDDLE EAST TRAINING |
| MI | MATSUSHITA INFLIGHT ENTERTAINMENT |
| MR | MD11 RECURRENT TRAINING |
| NG | NEXT GENERATION |
| OB | ON BOARD MANUAL RECEIVED |
| OF | INTERNATIONAL ON BOARD LEADER FORMS |
| OG | OPTIMIZE GALLEY TRAINING |
| OM | ON BOARD MANUAL REVISION |
| PC | PACIFIC COORDINATOR TRAINED |
| PN | PANASONIC INFLIGHT ENTERTAINMENT TRAINED |
| PT | PACIFIC TRAINED |
| S1 | SHUTTLE TRAINING |
| SA | INTERNATIONAL SERVICE SUMMIT |
| SE | CULTURAL TRAINING - SEOUL |
| SF | TSA SECURITY TRAINING |
| SR | SECURITY RECURRENT |
| SX | SAFETY TRAINING |
| TI | INTERNATIONAL TRAINING |
| TR | TRAVEL TIPS |
| TV | TEL AVIV TRAINING |
| UL | ULTRA LONG RANGE |
| VL | VELVET LIVE |
| VR | VELVET ROPE TOUR |
| V1 | IN SEAT VIDEO I |
| WV | PREVENTING WORKPLACE VIOLENCE |
| WY | YELLOW FEVER WAIVER |
| XG | THE EXCHANGE |
| YF | YELLOW FEVER VACCINE |

**CONFIDENTIAL**                          **DELTA 002608**

## - A -

- **_ABORT:_**   To terminate or discontinue an operation or procedure before its completion, such as take-off or landing.

- **_ACARS:_**   Acronym which stands for Aircraft Communication and Reporting System.  ACARS is an automated system on board that sends and receives relevant aircraft information.

- **_ACCESS DAY (A-DAY):_**   A ready status reserve day, scheduled in blocks of three or more days, on which a flight attendant is available to the company by phone or pager to be assigned an open trip or standby duty.

- **_ACTIVE LOG:_**   Current actual flying log created as rotation is flown with final update approximately six days after the pairing returns to base.  Available for viewing after final update is complete.

- **_ACTUAL FLIGHT TIME (Block to Block):_**   Period of time beginning when the beacon is on and the aircraft first moves for the purpose of flight, until the time the aircraft comes to a rest at an unloading point.

- **_ACTUAL REST:_**   Period of time between rotations, between duty periods, or between a trip and a non-fly status that is reduced by virtue of a reroute (reschedule) or a delay.

- **_AIR TRAFFIC CONTROL (ATC):_**   Often used in conjunction with delays to describe flight delays related to Air Traffic Control system or spacing required between aircraft during weather situations.

- **_AIRPORT CUSTOMER SERVICE (ACS):_**   Department which includes gate agents, ticket agents, and ramp personnel.  These personnel are responsible for passenger check-in and ticketing at the front terminal and flight departure gate.  They also interact with all employees involved in ensuring on-time aircraft boarding and departure, including Flight Attendants.

- **_AIRPORT RELEASE:_**   Prior to leaving the airport, an A-Day holder must obtain a release through the Automated Crew Scheduling telephone system (VRU).  This must be completed as soon as possible after block-in, but within one hour after block-in time or the end of a non-fly duty period.

- **_AIRPORT STANDBY DUTY:_**   Assignment which requires a flight attendant to be physically present at the airport for a specified period of time and available for any trip assignment required by the operation.

- **_ALL-NIGHTER:_**   A pairing consisting of a single duty period with report between 1500 and 0100 local base time, and release early the following morning, normally between 0500 and 0800 local time, but not limited to those hours.

- **_ALTERNATE FLYING PROGRAM (AFP):_**   Virtual locations such as SFS (SFO), FLM (FLL), etc. with no management personnel on-site.  Flight attendants must qualify to bid an AFP.  See IFS portal for program details.

- **_ATTEMPT:_**   A flight that returns to its takeoff point.  It can be due to a mechanical issue or for other reasons.  The plane pushes back and may or may not have taken off.  The time is considered as flight time for pay purposes.

- **_AUGMENTATION:_**  Additional staffing, above FAA minimum crew dispatch required on each flight segment in a duty period.  For FAA purposes, staffing will determine flight attendant scheduled duty time maximums by duty period.

- **_AVAILABLE SEAT MILE (ASM):_**  An ASM equals one airplane seat flown one mile for passenger revenue purposes.

- **_AVL:_**  Schedule code which indicates a flight attendant is on availability for pay protection.

- **_AVAILABILITY (AVL) NOTIFICATION PERIOD:_**  The duration or time period for which flight attendants on availability for pay protection must be available for phone contact and notification of their alternate trip assignments.

## - B -

- **_BACK-END SPILLOVER:_**  The portion of a transition rotation that is in the second bid period.

- **_BACK SIDE OF THE CLOCK PAIRING (BOC):_**  A Back side of the Clock pairing; specifically a pairing or duty period reporting after 1600 and consisting of a minimum 10 hour duty day, 7 hours or more block flying, and more than one working segment.  The duty period will get one extra crew member and a blocked seat for crew rest if it arrives after 1000 local time.

- **_BOC PAIRING:_**  A general term used to identify a duty period operating during the all-night hours, or the 'window of circadian low' which is between 0200-0600 local base time.

- **_BASE(DOMICILE)/LOCATION:_**  The airport(s) from which a flight attendant normally originates her/his work hours for Delta.

- **_BASE/LOCATION STAFFING:_**  The number of flight attendants on active duty in a base or location, or the minimum number of flight attendants required for a base.  Base / location staffing is determined by the number of planned hours (trip positions) and the access day requirements for each base or location.

- **_BASE/LOCATION TRANSFER PROCESS:_**  Transfers, when possible, are awarded based on flight attendant system seniority.  Transfers are posted in the resource center no later than the first of the month before the month the transfer become effective.

- **_BID ASSIST:_**  Flight Attendants specially trained to assist other flight attendants in bidding with CBS.

- **_BID ERROR WARNING:_**  A bid error wawrning will generate when a preference is entered that is not valid in the base for that bid period.

- **_BID PERIOD:_**  For monthly schedules, the bid period will usually be a 30-31 day period which may or may not be a calendar month.

- **_BID VALIDATION WARNING:_**  A warning generated in PBS regarding the preference entered.  Preference may be entered by accepting the validation warning.  Validation warning will remain in the bid validation screen at the bottom of the bid window.  Bid Validation Warning will only be generated during the bid window.

Work Rules Glossary                                            G3
                                                          1/12/11

- **_BID WINDOW:_** The period of time when data from the bid period is available. It is usually available by the 7th of each month.
- **_BLOCK-IN:_** The time at the end of the flight when an aircraft stops at an unloading point. Scheduled block-in is the time published by the company.
- **_BLOCK-TO-BLOCK:_** Period of time beginning when the beacon is on and the aircraft first moves for the purpose of flight, until the time the aircraft comes to a rest at an unloading point; also sometimes called "actual flight time". Scheduled flight time (block to block) is the flight time published by the company.
- **_BUFFERS:_** Additional time added to scheduled rest requirements in an effort to minimize disruption of schedules due to late operation. For example, the minimum FAA rest is 9 hours following any duty period scheduled at 14 hours or less. Delta adds 2 hours as a 'buffer' for a required 11 hours minimum scheduled rest at domicile.

## - C -

- **_CABIN JUMPSEAT AUTHORIZATION (CJA):_** Authorization to travel using an available non F.A.A.required cabin jumpseat.
- **_CALENDAR DAY:_** A day from 0000 to 2359, local base time.
- **_CALL:_** Schedule code indicating a requirement to contact Scheduling.
- **_CAPPED DAY:_** A day when swaps are denied because open trip and standby positions will exceed the number of A-Day holders available for the date. This process is managed by the trip trade balancer and Scheduling management.
- **_CHARTER FLIGHT:_** A flight segment which is created when a group or individual leases a Delta aircraft for a special purpose.
- **_CODE SHARE:_** A U.S. Department of Transportation approved marketing and operating arrangement between Delta and partner airline(s) which have underlying route authority. Each carrier has authorization to sell seats, either a specified number or variable number depending upon agreement with the other carrier.
- **_COMPANY TRANSFER:_** Delta employee who transfers into another department. In general, for In-Flight Service, this usually means an employee who transferred into the flight attendant position from another department.

**CONFIDENTIAL**                              **DELTA 002611**

Work Rules Glossary                                    G4
                                                    7/15/08

- **_COMPENSATORY REST:_**  Also known as Subsequent Rest. The required scheduled subsequent rest period which follows a reduced rest period.  For duty periods scheduled at 14 hours or less, it must be at least 10 hours if the reduced rest was between 8:30 and 8:59.  For duty periods scheduled greater than 14 hours the compensatory rest must be at least 14 hours if the reduced rest was between 10:00 and 11:59.  This compensatory rest must be scheduled to begin within 24 hours of the beginning of the original reduced rest.

- **_CONVERSION DATE:_**  The effective date of a new category for a flight attendant (e.g. Flight Leader, language, change of domicile).

- **_CO-TERMINAL BASE:_**  Multi-airport base/location from which a flight attendant can bid or be assigned to fly to or from any of the airports associated with the base or location.  In NYC this includes JFK, LGA and EWR; in LAX it includes LAX, SNA, and ONT, and in the AFP FLM it includes FLL and MIA.

- **_CQ TRAINING CLASSES:_**  (Continuing Qualifications) Annual training class required to maintain flight attendant qualifications.  Flight attendants are automatically assigned the month they must attend (base month) and then can bid for a specific date in that month.

- **_CREDIT RIGS:_**  Guaranteed flight credit to adjust or provide adequate compensation for specific situations.  Current credit rigs are daily duty period average (DPA) of 4:45, one flight hour for every two hours on duty, and one flight hour for every three and half hours away from base.

- **_CREW COMPENSATION PAY:_**  Additional pay per flight hour for any flight segment operated below Delta staffing guidelines.  Also called short-staffing or understaffing pay.

- **_CFSM:_**  Schedule code indicating that a flight attendant must contact her/his Performance Field Service Manager.

- **_CUSTOMIZED BIDDING SYSTEM CBS):_**  A preference-based bidding system which affords flight attendants greater scheduling flexibility by allowing individual flight attendants to build their schedules by indicating and prioritizing their own off time and flying preferences.

- **- D -**

- **_DAILY OPERATIONS:_**  The normal day-to-day operation of flights including the disruption of flight operations resulting from weather, mechanical, or ATC delays.

- **_DEADHEAD FLIGHT:_**  Flight segment within a crew member's pairing used to position the flight attendant to/from a flight assignment or training. The deadheading flight attendant is not part of the working crew.  When the deadhead flight is the last segment of the duty period, no debriefing or deplaning time is added.

**CONFIDENTIAL**                        **DELTA 002612**

Work Rules Glossary                                      G5
                                                    7/15/08

- **_DEPLANING TIME:_**   Deplaning and debriefing time is the same thing. Additional 15 minute period added to the end of any duty period that ends in a working flight segment. The deplaning time is considered post flight safety-related duty time for both FAA and Delta rule purposes.

- **_DIVERSION:_**   Unscheduled landing at an airport other than the original destination due to situations occurring once enroute such as weather, maintenance, medical emergency, need for fuel, etc.

- **_DOMESTIC (NORTH AMERICAN):_**   Flights that operate within the 48 contiguous United States including the District of Columbia.

- **_DOMICILE:_**   A geographic area designated by the company where flight attendants are based or located. The airport(s) from which a flight attendant normally originates his/her work for Delta.

- **_DRAFTING:_**   Trip coverage procedures used to cover open time positions when routine trip coverage procedures have been exhausted or when staffing is insufficient to cover required positions. The code DRFT is applied to the schedule.

- **_DRAFT PAY:_**   Refers to additional pay applied to trips assigned during the drafting coverage process. Additional pay is 4 flight hours per trip. For A-Days flown into off time, it is 4 additional hours for each additional calendar day flown into.

- **_DUAL QUALICATION:_**   Flight attendant holding a qualification in more than one language of destination, or in both leadership and language.

- **_DUPE NUMBER (#):_**   For each mid-rotation removal or split to add standby time, FACTS time, or legs not operated by all crew members on the original rotation, the position involved is split off from the other positions to create a separate rotation. The new rotations are referred to as 'dupes' and retain the original pairing number, but are also being assigned a 'dupe number' (e.g. a mid-rotation removal on 1300 creates 1300-01 and 1300-02).

- **_DUTY DIRECTOR:_**   Position in the Operations Control Center designated to be in charge of Delta's entire daily operation and direct all operational elements of the OCC.

- **_DUTY DAY:_**   The scheduled or actual length of duty on a pairing from report time to a release in base or to layover; the standard hours on duty of an A-Day holder in a specific base, e.g. 0001-2400, or 0100-0059.

- **_DUTY PERIOD:_**   The period of time from scheduled or actual report time (whichever is later) to release in base or on a layover for a minimum required rest period.

- **_DUTY PERIOD AVERAGE(DPA):_**   A credit rig that guarantees a minimum of 4:45 flight pay for every duty with working flight segments.

## - E -

- **_EARLY REPORT:_**  A rotation in which the flight attendant is scheduled to check in before midnight, but the first leg is not scheduled to depart until after midnight. This type of trip is indicated on the schedule by the symbol '<' on the first day of the trip before the pairing number.

- **_EMERGENCY LEAVE OF ABSENCE (ELOA):_**  Three days of paid leave (within a 5 day period) provided to an employee who is unable to be at work due to a death in the immediate family.

- **_EQUIPMENT SUBSTITUTION:_**  When one aircraft is substituted for another, usually for mechanical reasons. For advance planning, it can also be for passenger load requirements.

- **_ESCALATION (ESC):_**  When a flight attendant moves from a non-leadership position to a leadership position on the same pairing, either by request or assignment.

- **_EXTRA SECTION:_**  A flight which is not a regularly scheduled flight but is operated to provide additional service.

## - F -

- **_FAILURE TO BE AVAILABLE (FTA):_**  Infraction by a flight attendant who was required to be available for phone contact and who fails to answer a call from Scheduling or contact Scheduling within 20 minutes of being paged. Also applies to an A-Day holder who fails to obtain an airport release.

- **_FAILURE TO COVER ASSIGNMENT (FTC):_**  Infraction by a flight attendant who fails to report prior to departure for a scheduled assignment (including training).

- **_FLIGHT ATTENDANT INFORMATION REFERENCE (F.A.I.R.):_**
  Reference screen in eCrew which list information concerning capped days, open time running, bid sheet data, including changes and corrections, base transfers/international slots, training, etc.

- **_F.A.R. 121.467:_**  The Federal Aviation Regulation(s) which govern airline matters as set by the Federal Aviation Administration (FAA) and Department of Transportation. Specifically F.A.R. 121.467 outlines flight attendant duty time limitations and rest requirements.

- **_FERRY FLIGHT:_**  A non-revenue flight for the purpose of positioning an aircraft. All ferry flights are considered deadhead flights for pay purposes.

- **_FILTER:_**  A function of the CBS which identifies and displays all rotations which match a specific preference.

- **_FLAG STOP:_**  Unscheduled stop of a flight at an intermediate station normally for passenger protection or fuel.

- **_FLIGHT ADVISORY:_**  Flight Advisory Message (FAM): Message issued by Flight Control to update the status of a flight (includes delays, cancellations, equipment changes, diversions, etc.).

- **_FLIGHT ATTENDANT COMMENT TRACKING SYSTEM (F.A.C.T.S):_** Used by flight attendants to enter information about a flight.   Comments are then reviewed and trended to identify service, vendor, or process activities needing possible attention.

- **_FLIGHT ATTENDANT PAY LOG:_**  A record (log) containing all the information necessary to accurately pay a flight attendant for a given rotation he/she has flown, including any applicable premium pay (i.e., leadership, language, international).

- **_FLIGHT CONTROL:_**  The flight dispatch positions, located within the OCC, responsible for all decisions relating to the operation of a flight.

- **_FLIGHT DELAY MESSAGE (F.D.M.):_**   Primarily used by ACS to update departure times when there is a known delay of 45 minutes or less.

- **_FLIGHT LEADER:_**  The lead flight attendant on a pairing or flight.  The Flight Leader is responsible for crew coordination, communication among crew and between other employee groups (pilots/agents), upholding Delta's service standards, implementing established serving procedures, and ensuring compliance with F.A.R.'s and In-Flight policies for the safety and comfort of Delta customers.

- **_FLIGHT LEADER ASSIGNMENTS:_**  The assignment of unbid Leader positions to qualified flight attendants in reverse seniority order in the initial bid award process.

- **_FLIGHT LEG (SEGMENT):_** One occurrence of a plane taking off from one city and landing in another (block to block).

- **_FLIGHT PAY:_**  Pay for each credit hour, or portion thereof.   The flight pay rate is based on seniority and used to calculate the monetary value of accumulated flight time credit.

- **_FLIGHT STATUS:_**  Designates whether a flight attendant is eligible to fly (on the payroll).

- **_FLIGHT TIME:_**  Means the greater of actual or scheduled block time on a flight segment.

- **_FLIGHT TIME LOG:_**  A complete record (log) of relevant information for a given rotation that has been flown.  This information includes, but is not limited to:  flight attendants assigned to the rotation and guarantee details, flight times and pay credits earned, and expenses as broken down by duty period.  Totals on all the data is accumulated and listed for the rotation.

- **_FLIGHT TIME LOG EXCEPTION:_**  A record created when a situation for a rotation fails an audit and Scheduling must review to ensure proper pay.

Work Rules Glossary                                                         G8
                                                                    1/12/11

- **_FRONT-END SPILLOVER:_**   The front (first) portion of a transition pairing that exists in the originating bid period.

- **_FULL PAY BENEFITS:_**   Benefits for which a flight attendant on full-time duty is eligible.

## - G -

- **_GUARANTEE:_**   An individual pairing guarantee ensuring flight pay credit for scheduled or actual flight time, whichever is greater.

## - H -

- **_HOLDING PAY:_**   Pay for flights delayed at the gate for one hour or more past scheduled departure time with passengers on board.

## - I -

- **_ILLEGAL:_**   Status of a flight attendant who cannot operate a flight because training qualifications are not up to date, security clearances such as ID or fingerprinting have expired, or FAR legalities for rest are not met.

- **_IMMEDIATE FAMILY:_**   For the purpose of emergency leave of absence (ELOA), immediate family includes employee's spouse, children, parents, parents-in-law, grandparents, grandparents-in-law, brothers/sisters, brothers/sisters-in-law, and wholly dependent relatives residing in the employee's house-hold.

- **_INTRA-THEATRE FLYING:_**   Flight segments between airports located outside the contiguous 48 states of the United States.  Rest parameters are determined by flight length, market and service requirements.

- **_INACTIVE LOG:_**   A record for a flight attendant who did not fly, but for whom pay is due; such as sick leave or vacation.  The log can cover just a few minutes or an entire month.

Work Rules Glossary                                        G9
                                                        5/1/09

- **_INCENTIVE PAY (IPY4):_**  This pays an additional 4 hours of flight pay. Offered at times by IFS management during difficult operational periods when staffing is critical.

- **_INTERNATIONAL FLYING:_**  All flying between points in the 48 contiguous United States, inclusive of the District of Columbia, and points in Alaska, Bermuda, Canada, the Caribbean, Central/South America, Hawaii, and Mexico. Certain South American destinations and long-range Hawaiian segments qualify as Transoceanic segments for rest purposes.

- **_INTERNATIONAL PAY:_**  An hourly pay premium for flight attendants who fly to international destinations as defined in the Delta Flight Category Chart in Section 1.

- **_INTERNATIONAL PER DIEM:_**  The hourly meal allowance for time away from base that is applicable to a flight attendant while flying to international destinations.

- **_INTERNATIONAL PROGRAM:_**  Established to ensure flight attendants wishing to fly transoceanic pairings complete necessary cultural and company-required training.

## - J -

- **_JETWAY TRADE:_**  A one-way swap between flight attendants to divide the working portions (segments) of a trip.  Jetway trades are limited to splits within base cities (DFW, PDX, and DCN are allowable exceptions), and cannot be combined with an existing duty period.  No more than one split per rotation is allowed.

## - K -

- **_K-LINE/K-POSITION:_**  Letter indicator for a variable staffer position.

## - L -

- **_LANGUAGE OF DESTINATION (LOD) COMMITMENT:_**  Flight attendants hired for their language skills are committed to the LOD program for a two-year period from date of hire.  Flight attendants whose language tuition is reimbursed by the company are committed to the LOD program for one year.

- **_LANGUAGE OF DESTINATION (LOD) PROGRAM:_**  Established to ensure foreign language-qualified flight attendants are assigned to designated flights with non-English speaking destinations.

**CONFIDENTIAL**                          **DELTA 002617**

Work Rules Glossary                                    G10
                                                    1/12/11

- **_LANGUAGE-QUALIFIED (LOD)_:**  Flight attendant who is recognized by Delta as a qualified speaker of a language(s) of destination.

- **_LATE NOTIFICATION OF ILLNESS_:**  Calling in less than three (3) hours prior to scheduled report time.  Flight attendant will be subject to Administrative Action for late notification.

- **_LATE REPORT_:**  Authorized reduction of the normal one hour report time to thirty (:30) minutes by Crew Tracking to restore required minimum rest on a layover. Does not affect pay.

- **_LAYOVER_:**  A period of rest mid-rotation when a flight attendant is released from duty.

- **_LEG_:**  See Segment.

- **_LEGAL REST_:**  The minimum scheduled rest period from scheduled release to scheduled report time.

- **_LOAD FACTOR CONTROL_:**  Load factor control in Scheduling Operations Support monitors the flights authorized for additional flight attendant staffing and covers segments as needed.   Scheduling personnel working Load Factors utilize an optimizer and/or manually create load factor pairings.

- **_LOAD FACTOR FLIGHT(S)_:**  A flight segment is designated as a load factor segment as determined by service requirements, aircraft type, and customer load.  A load factor flight is a designated load factor segment reaching the preset customer reservation total requiring the assignment of an additional flight attendant.  The threshold (number) of customers which would warrant load factor staffing for each designated flight is indicated in the monthly bid packet. Approximately 10% of the booked customer count are considered as "no-show" in determining load factor coverage.

- **_LOAD FACTOR PAIRING(S)_:**  A series of flight segments consisting of required load factor flight segments, routing legs, or deadhead legs.   Load factor pairings are placed in open time no more than 5 days in advance. Load factor pairings will be covered using active pick-up requests and A-Day holder preferences or assignments.  You cannot swap a regular pairing for a load factor pairing in open time.  However, you can swap a load factor pairing for a regular pairing.

- **_LOD ASSIGNMENTS_:**  The assignment of unbid LOD positions to qualified LOD flight attendants in reverse seniority order, respecting preferences to the extent possible.

- **_LOG_:**  A record designed to keep track of specific information to be used in scheduling and/or payment of flight attendants.

Work Rules Glossary                                            G11
                                                             7/15/08
_____

| **- M -** |
|---|

- **_MANAGED TIME OUT (MTO):_**  Approved removal from a trip or a portion
  of a trip due to a personal emergency or compelling, problematic
  circumstances that occur usually within 24 hours of scheduled report.

- **_MAVL:_**  Schedule code indicating, during severe operations, that a flight
  attendant has lost time and is required to be on mandatory availability.

- **_MID-ROTATION REMOVAL:_**  Mid-rotation removal refers to when a flight
  attendant is relieved of his/her duty and does not finish flying that rotation.
  A mid-rotation removal can occur for various reasons, but is usually the
  result of a sick or injured flight attendant.

- **_MILITARY CHARTER:_**  Charters for military troop transport.  Can be
  domestic or international.  Domestic charters will be staffed in the base of
  origination, but international military charters are open for system-wide
  pick-ups and move-ups.  AFP locations are restricted to pick-ups only.
  Pick-ups and move-ups are worked together in seniority order.

- **_MINIMUM REST:_**  The amount of time from release to report necessary
  before a flight attendant is eligible to begin another duty period.

- **_MINIMUM STAFFING:_**  The minimum number of qualified flight
  attendants required by the FAA to legally operate a particular aircraft type.

- **_MINUTES UNDER SCHEDULE:_**  The time difference between the actual
  flight time of a segment and scheduled flight time of a rotation when the
  actual is less.  These minutes under schedule are reflected in the pairing
  display and are guaranteed by rotation.

- **_MONTHLY BID AWARD:_**  The process of awarding pairings, A-Day blocks,
  and days off in base / location seniority order within the appropriate
  categories of qualifications.

- **_MONTHLY IMPROVEMENT/PICK-UP VACATION BID:_**  Process by
  which a flight attendant can bid to pick up or to improve a vacation already
  awarded.  Bids processed in seniority order including both pick-up and
  improvement requests once a month on the 4[h].

- **_MONTHLY TIME DISPLAY (MOTS):_**  Located in eCrew, shows the
  projected pay hours, training pay, and premium pay for any given month.

- **_MOVE UP (M/U):_**  A request to move from a position on one pairing to a
  specialty qualification, higher premium pay position or recognized higher
  category on a different pairing in open time one calendar day or less in
  advance of the scheduled departure of the requested pairing.  See
  Schedule Changes, Move-Up Chart for allowable move-ups.

- **_MUST-TAKE VACATION:_**  When a flight attendant has remaining days in her/his vacation year, and there is an overage of un-bid vacation periods available, she/he is subject to being assigned an un-bid vacation week.

## - N -

- **_NALT:_**  Schedule code put on a flight attendant's schedule when no alternate pairing was assigned during an availability period.

- **_NAVL:_**  Schedule code put on a tripholder schedule when she/he has met the requirement for pay protection and is off availability.

- **_NO BID:_**  If a flight attendant fails to bid, the flight attendant will be awarded a schedule based on any "until further notice" bids previously entered in the CBS system.  If no bids are entered, the CBS will award a schedule with a value in the default range for your base, however, reverse assignment to Flight Leader or LOD trips is possible.

- **_NO SHOW:_**  See Failure to Cover Assignment.

- **_NON-FLY CREDIT:_**  Flight time credit given when a flight attendant is on duty, but not actively flying (i.e., airport standby, 1 for 3.5 credit, etc).

- **_NON-SCHEDULED FLIGHT:_**  Any flight not shown in the monthly bid packet (i.e., publicity flights, unscheduled stops, ferry flights).

## - O -

- **_OPERATIONS CONTROL CENTER (O.C.C.):_**  The OCC monitors the status of the operation, maintains regular two-way contact with all stations, forecasts the operational outlook, provides leadership for operational reliability initiatives and centralized information during daily and irregular operations, establishes follow-up and operational check-points, assists in disseminating company safety and security information to stations, and communicates and coordinates emergency response and daily operational decisions.  This area consists of Flight Control, Equipment Control, Maintenance Coordination, Crew Tracking, Atlanta Radio, Meteorology, and representatives from all operational areas (In-Flight Service, Flight Operations, Airport Customer Service).

- **_OFF-LINE DEADHEAD:_**  Deadhead travel on any carrier other than Delta Air Lines, Inc.

- **_ON-BOARD MANUAL(OBM):_**  Flight attendant manual containing safety and compliance procedures necessary to comply with Federal Aviation Regulations and company policy.  Manual must be up-to-date at all times and accessible when performing duties.

Work Rules Glossary                                                    G13
                                                                  7/15/08

- **_ONE-FOR-2 DUTY PERIOD CREDIT:_**  A credit rig that pays one hour of flight pay for every 2 hours on duty in a single duty period.

- **_ONE-FOR-3.5 TRIP CREDIT:_**  A credit rig that pays one hour of flight pay for every 3.5 hours of time away from base (TAFB) on a any rotation.

- **_OPEN PERIOD FOR BIDDING:_**  The time during which the computer accepts bids for schedules, program participation, etc.

- **_OPEN TIME:_**  Positions that are uncovered or vacated by a flight attendant on a particular rotation and may be obtained by a flight attendant qualified for the position on a first-come, first-served basis until one calendar day prior to the day of operation.

- **_OUT-OF-BASE PICK-UP:_**  Means a pick-up of a trip from a domicile other than your own.  These are awarded only within the 1 calendar day window prior to a day of operation and are awarded in system seniority to all requests after the A-Day preferences are awarded.

- **_OPERATIONS SUPPORT SYSTEM (OSS):_**  The computer operating system in which pairings are displayed.

### - P -

- **_PAIRING:_**  A series of flight segments involving one or more duty periods which depart from and return to a particular base (domicile) or location, including deadheading.  Also can be called a rotation, trip, pattern or sequence.

- **_PAY ANNIVERSARY DATE:_**  The date a flight attendant is eligible for annual pay increases.

- **_PAY LOG_**:  A record of pay time for one flight/one pairing, or a record of pay for an inactive status.

- **_PAY LOG EXCEPTION:_**  A record created when a situation or condition fails an audit requiring review by scheduling personnel to ensure correct pay.

- **_PAY PERIOD:_**  A 30-31 day period used to determine base and flight pay credits that usually (but not always) follows the calendar months.

- **_PERIOD OF AVAILABILITY:_**  The period of time during which a tripholder on pay protection must be available for an alternate assignment. For a cancelled trip it is the entire duration of the original trip, from report to release plus 2 hours prior to scheduled report.  For partial trip cancellations, usually the 'back-end' of the pairing, it is the remaining duration of the original scheduled trip.  See Pay Protection for details.

**CONFIDENTIAL**                        **DELTA 002621**

- ***PERSONAL LEAVE OF ABSENCE (PLOA):***  Unpaid leave of absence which may be available under circumstances in hardship situations. For example, unpaid leave of absence may be available following maternity leave if employee is unable to return to work due to the health of a new born or for breastfeeding.

- ***PERSONAL LEAVE OF CONVENIENCE (PLOC):***  A convenience leave granted on a month by month basis according to projected operational contingencies.

- ***PICK-UPS:***  A request by a flight attendant to add an additional specified pairing(s) to her/his schedule, removing the position (pairing) from open time or from another flight attendant's schedule.

- ***POSITION:***  Each pairing has a specified number of positions to be filled. For each position a flight attendant is required and an alpha character is added to the pairing number to denote a position for that crew member (e.g., 2367A, 2367B, etc.).

- ***PAID PERSONAL TIME (PPT):***  Scheduled or unscheduled paid personal time off. Scheduled PPT can be bid in advance and unscheduled PPT is used for occurrences such as sickness or injury.

- ***PREFERENCE IN CBS:***  A bid for a specific rotation or duty type, or for a category of flying, standby, A-Days, or time off from duty.

- ***PREFERENCE FOR A-DAY TRIP OR STANDBY:***  A request for specific trips, types of trips, or standby duty periods to be awarded during the processing of the A-Day preference awards.

- ***PREMIUM (SKILL BASED) PAY:***  Additional pay per flight hour authorized when a flight attendant is scheduled in the Flight Leader or LOD position.

**- Q -**

- ***QUALIFICATION(S) (QALS):***  A code which denotes the successful completion of training and/or testing of a specific skill such as an aircraft equipment type, international training, or cabin leadership.  A flight attendant's qualifications are listed in the QALS file in DBMS accessible through eCrew.

**- R -**

- ***REDUCED REST:***  A legal rest period as set forth in F.A.R. 121.467 which is less than the prescribed minimum rest for a specified scheduled duty period length.  The reduced rest period can be scheduled in advance or can be a result of change(s) during daily operations.  Whenever reduced rest is received, the next subsequent rest period has a greater (compensatory) minimum rest requirement.  For duty periods scheduled 14 hours or less, a reduced rest is between 8:30 and 8:59, and for duty periods scheduled >14 hours, a reduced rest is between 10:00 and 11:59.

- **_REPLACEMENT FLYING:_**  New flying assigned by Crew Tracking to replace all of a canceled or disrupted pairing.

- **_REPORT TIME:_**  The time a flight attendant must be present at the airport either for sign in or from a layover.

- **_REPORT PAY:_**  Pay authorized when a flight attendant reports for duty at her/his home base and does not fly or receive other flight time pay credit due to pairing changes or cancellations.

- **_REROUTE:_**  A general term indicating change(s) in a pairing.  Same as rescheduled.

- **_RESCHEDULED:_**  When a change in routing, flight itinerary, flight number (except stubouts) or cancellation occurs resulting in different flight segments than published (scheduled) for the duty period.

- **_ROTATION:_**  A trip or pairing that has been assigned to a specific date. The following terms are frequently used interchangeably:  Rotation, Trip, and Pairing.

- **_RRST:_**  A schedule code used, when necessary, to break duty periods and to designate a 24 hour release from duty for a flight attendant to meet the F.A.R. 121.467 rest requirement of 24 hours rest in each 7 day period.

## - S -

- **_SAME DAY RELEASE/REPORT RULE:_**  A PBS rule whereby you cannot be scheduled to be released from one trip and report for another trip on the same calendar day.  In PBS, a waiver to this rule can be chosen for purposes of bidding.

- **_SCHEDULED:_**  Applies to either flight time or duty time as published without any changes.

- **_SCHEDULED DEADHEAD:_**  A deadhead segment which was scheduled (known) prior to departure from domicile.

- **_SCHEDULED FLIGHT TIME:_**  The published flight (block) time for all scheduled flights listed in the timetable, and extra sections, used by the company for flight pay purposes.

- **_SEGMENT:_**  A flight involving a take-off from one airport and landing at another airport.

- **_SEVERE OPERATIONS:_**  A natural or man-made catastrophic situation which affects one or more major hubs, and causes cancellations or airport closures.  The Sr. Vice President of In-Flight Service (or designee) will declare the situation for the system, or by base / location, and will describe the cause and expected duration.

- **_SHIP NUMBER:_**  A number on the aircraft tail used to track and identify the individual aircraft.

- **_SHORT STAFFING PAY:_**  See Crew Compensation.

- **_SHUTTLE:_**  Delta Shuttle.  Hourly service between DCA, LGA, and BOS.

**CONFIDENTIAL**                    **DELTA 002623**

Work Rules Glossary
G16
7/15/08

- **SPECIAL ASSIGNMENT (S/A):**   An assignment to work for the company in a capacity different from one's normal job responsibilities.

- **SPILLOVER:**   See also Transition Pairing. A pairing which extends beyond the bid period in which it begins and into the next bid period.

- **SPT:**  A Schedule code indicating Scheduled Personal Time off.

- **STANDBY:**   A flight attendant on-duty at the airport awaiting potential assignment to a flight.  Airport duty usually lasts for four hours but can be longer or could be shorten by assignment.  Standby flight attendants assist with boarding and preparing flights for departure as assigned by Scheduling or In-Flight field personnel.

- **STAND-UP TURN:**   An airline term referring to a one-duty period, all-night turnaround, usually with a hotel provided.

- **STATION:**   A city to which Delta flies.

- **STATUS CODE:**   A two to four letter code that indicates the reason a flight attendant did not fly, or how a rotation was placed on her/his schedule. Specific information on individual status codes can be found in the status code table accessed by the demand code 'SCDS'.

- **STUBBED FLIGHT (STUBOUT):**   A stubout replaces the outbound segment of a through flight when the inbound flight is late and the outbound flight will depart on time with another aircraft.  A stubout is not a reroute or reschedule and is identified with a 9600 range number.

- **SUBSEQUENT REST:**   The FAA mandated rest that must follow any reduced rest.  For duty periods scheduled 14 hours or less, a reduced rest is between 8:30 and 8:59, and the subsequent rest must be at least 10 hours.    For duty periods scheduled >14 hours, a reduced rest is between 10:00 and 11:59, and the subsequent rest must be at least 14 hours.

- **SURFACE DEADHEAD PAY:**   Pay authorized to flight attendants for ground transportation between co-terminals or other stations.

- **SWAP:**   Any exchange of pairings, training, meetings, or vacation between flight attendants or with open time.  Also called trades.

## - T -

- **TERMINATING LEG:**   The final leg of a pairing.

- **TEMPORARY DUTY (TDY):**   When a flight attendant is assigned temporarily to a different base for trip coverage or standby duty.  Can require an overnight stay in the base of temporary assignment.

- **TDOT:**  Schedule code for a trip dropped into open time without pay by request of the flight attendant based on operational availability.   Requests are granted within one calendar day when staffing levels permit.

- **_TIME AWAY FROM BASE (TAFB):_**  The total elapsed time from the report time of a pairing or standbt to the release time of the pairing or standby.

- **_TOTAL ROTATION CREDIT:_**  Block time plus any applicable credit rig time such as duty period average or 1 for 3.5 trip credit time.

- **_TRADE:_**  See Swap.

- **_TRANSITION PAIRING:_**  A pairing with flight time scheduled on the last days of the bid period that changes for the purpose of transitioning to the flight schedule in the new month.  These pairings can be either shortened or extended to have additional days of flying.  They can also be cancelled if the equipment is changing for the entire rotation.  In these cases, an origination will be activated with the new equipment and placed into open time.

- **_TRANSITION PROCESSING:_**  From month to month, the company can change flight times, alter routes, or cancel flights altogether. Transition (spillover) pairings for one month are built based on the assumption that flights will not change for the next month.  When changes do occur, the back end of the associated spillovers are often rendered obsolete. Transition processing recognizes the affected pairings and makes the necessary adjustments to them.

- **_TRANSOCEANIC DUTY PERIOD:_**  A duty period that contains transoceanic flying (including deadheading).

- **_TRANSOCEANIC FLYING:_**  Flights between points within the 48 contiguous United States, inclusive of the District of Columbia, and points in Europe, Asia, Africa, Australia, and the Middle East.  Includes certain long-range Hawaiian flying and specified South American destinations.  _See Section 1.M for a current list of South American destinations._

- **_TRIP COVERAGE:_**  The process of assigning flight attendants to positions still in open time within one calendar day of report time.

- **_TRIP DROP:_**  Removal of a pairing from a schedule either by flight attendant request or to accommodate a training, meeting or special assignment.  Trips dropped by flight attendant request for the purpose of additional time off will not be pay guaranteed.  Pay for other trips dropped is specified by the company, dependent on the reason for the trip drop.

- **_TRIP TRADE BALANCER:_**  A function of DBMS to support efficient use of crew resources by balancing the number of open positions with the number of A-Day flight attendants.

- **_TURNAROUND:_**  A pairing consisting of only one duty period.

### - U -

- **_UNTIL FURTHER NOTICE (UFN) BID:_**  A bid that has already been entered and is still active.

## - V -

- **_VACATION ASSIGNMENT:_**  Vacation assigned to a flight attendant who has unbid earned vacation time.

- **_VARIABLE STAFFING FLIGHT ATTENDANT(S):_**  These flight attendants are positioned primarily to bring staffing to FAA minimum levels.  Variable Staffing flight attendants can join a crew at either trip origination or mid-rotation depending on the VS routing.  Their direct supervision during the pairing will be the Flight Leader for the current flight leg.

- **_VARIABLE STAFFER PAIRING:_**  Published pairing in the bid packet for a single flight attendant position and is available for bid during the initial bid process.  The pairing should be covered using normal trip coverage procedures.

- **_VRU:_**  Acronym for voice response unit which provides automated response to or call direction for telephone calls.

## - W -

- **_WAIVE:_**  To pass on the application of a specific policy such as Delta rest requirements.  F.A.R. duty limitations and rest requirements cannot be waived.

## - SYMBOLS -

- @    Designates A-Day responsibility concurrent to a trip awarded or assigned on an A-Day.

- >    Greater than
- <    Less than
- ≥    Greater than or equal to
- ≤    Less than or equal

- Pick-up / Swap / A-Day Preference Indicators:

  -    - Blank indicates a regular position
  *    - Indicates leadership, then a regular position
  A    - Indicates specific leader position
  B    - Indicates specific leader position
  Z    - Indicates regular then a leader position

**CONFIDENTIAL**                    **DELTA 002626**

Work Rules Glossary                                                    G19
                                                                 11/09/09

## - ACRONYMS --

- **ACARS** – Automated communication and reporting system
- **CBS** – Customized Bidding System
- **COMA**T – company material
- **CQ** – Continuing Qualification Training, also known as Jet Recurrent
- **CRAF** – Civil Reserve Air Fleet
- **DBMS** – Data Base Management System
- **DEERS** – Delta's Expense Reimbursement System
- **DPA** – Duty period average
- **DRFT** – Draft assignment, and draft pay of an additional 4 hours
- **FAA** – Federal Aviation Administration
- **FAM** – Flight advisory message
- **FAR** – Federal Aviation Regulation
- **IPY4** – Incentive pay of an additional 4 hours pay
- **IROPS** – Irregular operations
- **MAC** – Military Airlift Charter
- **MLOA** – Military leave of absence
- **MOTS** – Monthly Time Display
- **OJI –** A on-the-job injury
- **ORM** – Operations Resource Management; the official department name for Crew Tracking or Reroute
- **OSS** – Operations support system
- **PPT** – Paid Personal Time
- **PS** – Positive space travel
- **RRS**T – FAA mandated required rest of 24 hours every 7 days
- **SPT** – Scheduled paid personal time (PPT)
- **TAFB** – Time away from base
- **UPS** – Unscheduled absence due to personal illness/injury
- **UPO** – Unscheduled absence due to on-the-job illness/injury
- **UPM** – Absence due to maternity
- **UPK** - (California only) – absence in conjunction with KinCare
- **UPV** –  Unscheduled Incremental Vacation Day
- **UFF** – Unscheduled Family Leave absence and Paternity absence
- **UFS** –  Sick occurrence approved for Family Leave
- **UFO** – OJI occurrence approved for Family Leave
- **UFM** – Maternity absence approved for Family Leave
- **UFV** - Vacation used in conjunction with a Family Leave-approved absence
- **VRU** – Voice response unit

Work Rules Glossary                                    11/09/09

THIS PAGE LEFT INTENTIONALLY BLANK.

**CONFIDENTIAL**            **DELTA 002628**

Flight Attendant Work Rules
Index                                                            01/01/09

**1 for 2 Credit, 35**
**1 for 3.5 Credit, 35, 36**
**10 Day Off Rule in CBS, 85**
**10-Hour Layover Rest**
**Option, 27, 170**
**16-Hour Domicile Rest**
**Option, 27, 170**
**1st Come 1st Served, 116,**
**117**
**24 in 7 Rest, 5, 26, 129**
  Actual, 26
  A-Day Holders, 5, 100, 111
    Swaps, 123
  Deadheading, 5
  Last Opportunity, 116
    Layover, 124
  Reroute, 155
  Scheduled, 26
  Training and Meetings, 129
**4:45 Duty Period Average,**
**35, 36**
**8-Hours Behind the Door,**
**22, 28**
**Absence Notification Policy,**
**182**
**Access Days, 96**
  ADY3/ADY6, 96
  Airport Release Requirements,
    107
    Exemptions, 107
  Assignments, 100
  Block Guarantee, 110
  Bottom 50% Requirements, 96
  Calendar Day Release, 100, 105
  CBS Schedule Build, 97
  Contact Requirements, 99
  Co-Terminal, 97
  Deviation From Deadhead, 177
  Drafting, 98, 102, 108, 143
    Pay, 49
    Procedures, 142
  Drops, 131, 146
  Duty Times, 102
  Equal Day or Greater Awards/
    Assignments, 98, 100, 101
  FAA Rest, 102
  Flight Leader Position, 139
  Interference with OFF Day, 108
    Off Day Moved Option, 109

Interference with Regular Trip,
  110
Jetway Trades, 39, 128
Lesser Day Awards/Assignments,
  98, 101
LOD Position, 139
Mandatory Rest, 100
Move-Ups, 135
Out of Base Standby, 105, 113
Parameters, 102
Partial Month on Duty, 97
Phone Release, 102, 106
  Quick Reference Chart, 106
Piggybacking, 49, 104, 140, 143
Preferences, 96, 101, 104
Removed from Trip, 65
Rest Break Chart, 104
Rest Requirements, 100
  Pref vs Assigned, 103
RLS/RLSD, 102
Scheduled Into Off Time, 109
Short Call, 102
Short-Term Parking
  Reimbursement, 46
Standby Duty, 105
  Assignments, 98
  Credit, 58
Swaps, 112, 130
  24 in 7 Rest:, 123
  Block Restrictions, 112
Telephones and Pagers, 98
Training, 113
Transit into New Month, 96
Transiting Midnight, 140
Transportation Reimbursement,
  45
Trip Coverage, 98, 138, 141
Trip Guarantee, 114
Utilization, 98
Waive 24 Hour Rest, 111
**Actual, 153**
**ADOT, 146,** *See* **Access Days**
**Drops**
**Affected Crew, 153, 154**
**Airport Release**
**Requirements, 107**
  Exemptions, 107
**Airport Standby.** *See*
**Standby Duty**
**Alternate Assignment, 66**
  At Airport, 67

**CONFIDENTIAL**                          **DELTA 002629**

Flight Attendant Work Rules
Index                                                    01/01/09

Co-Terminal, 67
MAVL, 173
Multiple Trips, 66
Parameters, 66
Pay Guarantee, 67
Release, 66
Report, 66
Swaps, 67
**Alternate Flying Program (AFP), 182**
Jetway Trades, 126, 182
PPT, 144
**Attempt, 152, 154**
**Authorized Late Report, 22, 23, 28**
Taxi Reimbursement, 22
**Automated Crew Sign-in, 78**
**Availability, 62**
8-hour Rule, 69
Alternate Assignment, 66
   At Airport, 67
   Co-Terminal, 67
   Multiple Trips, 66
   Notification After 20:00, 62
   Parameters, 66
   Responsibility Prior to 20:00, 62
   Swaps, 67
At Airport, 64
CALL, 61
Cancellations At/After Report, 63
Mandatory, 172
Notification
   Examples, 63
   Parameters, 65
Phone Contact, 63, 65
Released From, 67
Reporting for Duty, 8
Requirements, 60
Severe Operations, 173
Short Call, 65
Single Pairing, 60
Trip Shortens, 64
**Back Side of the Clock (BOC), 82**
**Base Transfers**
Awards/Denials, 93
Impact on Vacation, 93
Language of Destination, 93, 94
Relocation Policy, 94
Responsibilities in New Base, 94, 95

**Bidding**
10 Day Off Rule, 85
Calendar Day in 7, 85, 97
Come In/Go Out, 85
Company Convenience Leave (PLOC), 92
CQ, 84, 90
Flight Leader, 86
General, 84
Insufficient Bid or No Bid, 90
International, 86
LOD, 87
Meetings, 92
Partial Month, 89
Resolution Process, 90
Schedule Build, 84
Special Assignment Days, 88
TFLA/TFLB, 86
Transoceanic, 87
Until Further Notice (UFN), 84
Vacation, 92
**Black out Days, 119**
**Blind Pick-Ups, 121**
**Calendar Day in 7 Rule, 85**
A-Day Holders, 97
**Calendar Day Release, 100, 105**
Phone Release, 105
**CALL, 61, 69, 172**
Requirements, 61
**Cancellations, 160, 172**
Severe Operations, 161
Ultra Long Range Flying, 18
**Capped Days, 119**
**CBS Freeze**
Swap Restrictions, 84, 123
**Charters**
CRAF, 83
   Award Process, 183
Dedicated, 72
MAC, 83
Military, 83
   Eligibility, 183
   Report Time, 78
Pay Protection, 72
Transoceanic, 83
Trip Coverage Procedures, 83, 183
**Civil Reserve Air Fleet Program (CRAF). *Also See* Charters**
**Come In/Go Out Rule, 85**

**CONFIDENTIAL**                        **DELTA 002630**

Flight Attendant Work Rules
Index                                                           01/01/09

**Company Convenience
    Leave (PLOC), 92**
**Compensation**
    1 for 2, 35
    1 for 3.5, 35, 36
    4:45 Duty Period Average, 35,
        36
    A-Day Guarantee, 39
    Airport Standby, 58
    Continuing Qualification, 55
    Court Appearances, 54
    Crew Compensation Pay, 37
    Deadhead Pay, 35, 37
    Draft Pay, 49, 173
        Chart, 51
    Duty Period Extensions, 58
    Earned Pay, 32
    ELOA, 53
    Ferry Flight Pay, 37
    Flight Leader, 40
    Flight Pay, 33
    Flight Pay for Ground Time, 38
    Holding Pay, 38
    Holiday Pay, 42
    Hotel Expenses, 44
    Incompleted Trips, 57
    Initial Probation, 33
    International Pay, 41
    IPY4, 52
    Jury Duty, 54
    LOD, 41
    Meeting Pay, 53
    Mid-Rotation Removal, 57
    Minutes Under, 34
    Non-Fly Credit Time, 35
    Non-Fly Daily Meal Expenses, 44
    Pay Discrepancy, 57
    Pay Increases, 32
    Pay Periods, 31
    PPT, 53
    Premium Pay, 40
    Quick Reference Chart, 33
    Report Pay, 34
    Reroute Pay Chart, 48
    Rerouted Into OFF Day (RR04),
        47
    Special Assignment Pay, 56
    SPT, 53
    Surface Deadhead Pay, 37
    Time Away From Base, 43
    Training Pay, 55
    Transportation Reimbursement,
        45

    Vacation Pay, 52
**Continuous Qualification**
    Bidding for, 90
    Duty Time Limitations, 14
    Positive Space Travel, 91
**Co-Terminal, 67**
    Indicator, 97
    Limo, 3, 14, 21
        Transfer Time, 21
    Rerouted/Rescheduled
        Parameters, 156
    Severe Operations, 67
**Court Appearances, 149,
    150**
**CRAF & Military Charters,
    83, *Also See* Charters**
    Duty Time Limitations, 21
**Credit Rigs, 35**
    Jetway Trades, 127
**Crew Compensation Pay, 37**
**Crew Tracking, 152, 153,
    166**
**Crew Transportation, 181**
**Customized Bidding System
    (CBS), 84, *See* Bidding**
    Freeze, 84, 123
    Waivers, 85
**Daily Operation, 1**
**Deadhead, 3**
    Attire, 180
    Credit, 35
    Deadhead to Base Sick, 57
    Deviation, 37, 173, 176
    Ferry Flight, 175
    Flight Arrangements, 176
    General, 175
    Non-Scheduled, 176
    Pay, 37
    Upgrade, 176
**Debriefing. *See* Deplaning**
**Delays, 152**
    Ultra Long Range Flying, 18
**Deplaning, 14**
**Deviation From Deadhead**
    A-Day Holders, 177
    Not Allowed, 178
    Positive Space, 177
    Reference Chart, 179
    Swap Restriction, 177
**Disruption of Trip, 160**
**Diversions, 13, 152, 154**

Flight Attendant Work Rules
Index                                                                    01/01/09

**Domestic, 12**
**Domicile Layover**
  Hotel, 181
**Drafting**
  A-Day Assignments, 98
  A-Day Holders, 101, 102
  LOD, 143
  Pay, 49, 173
    Quick Reference Chart, 51
  Pay Protection, 72
  Procedures, 142
**DRFT. See Drafting**
**Duty Period**
  Actual, 29
  Maximum, 29
  Scheduled, 29
  Scheduled 14 Hrs or Less, 22
    Minimum Rest, 22, 23
  Scheduled Greater than14 Hrs
    Minimum Rest, 22, 23
**Duty Period Average, 35**
**Duty Period Extensions, 58**
**Duty Time Limitations, 14**
  Actual, 13
  Airport Standby, 14
  Charters, 21
  Contact Scheduling/Crew
    Tracking, 167
  Co-Terminal Limo, 14, 21
  Deadheading, 14
  Definitions, 13
  Delays, 13
  Diversions, 13
  Domestic, 15
    Actual, 15
    Projected, 15
    Rescheduled, 15
    Scheduled, 15
  Flight Segments Over 12 Hours
    Projected/Actual, 17
    Scheduled/Rescheduled, 17
  Non-stop Flight Segments Over
    12 Block Hours, 157
  Options, 152, 167, 170
  Projected, 13
    Exceeds 16 hours, 170
  Quick Reference Chart, 20
  Report Time, 14
  Rerouted/Rescheduled, 13, 153,
    158
  Scheduled, 13
  Transoceanic, 16
    Projected/Actual, 16

    Scheduled/Rescheduled, 16
Transportation, 22
Ultra Long Range Flying, 18
**Emergency Leave of**
**Absence (ELOA), 148**
  Pay, 53
**Equipment Substitutions,**
**152, 163, 165**
  Increase in Staffing, 164
  Reduction in Staffing, 163
**Escalation, 133, 139**
  LOD positions, 133
**Expense Pay, 43**
  Hotel, 44
  Meal Expenses, 44
  Severe Operations, 46
  Short-Term Parking, 46
**Extended Aircraft**
**Maintenance, 166**
**Extended Trip, 155, 162**
**Extra Section, 152**
**F.A.R. 121.467, 3, 13**
  Bar Explanation, 29
  Compliance, 7
  Co-Terminal Limo, 21
  Duty Time Limitations, 4, 174
**Ferry Flight, 175**
  Pay, 37
**First Come First Served**
**Open Time, 117**
**Flagstop, 17, 152, 154**
  Reroute/Rescheduled, 158
**Flight Category**
  Descriptions, 12
  Domestic, 12
  Exceptions, 12
  International, 12
  Transoceanic, 12
**Flight Leader, 86**
  Escalation, 133, 139
  Move-Ups, 135
**Flight Pay, 33**
  For Ground Time, 38
**Flight Segments Over 12**
**Hours, 17**
  Description, 12
  Flagstop, 17
  Rest, 27
**Friends List, 125**
**Holding Pay, 38**
**Holiday Pay, 42**

**CONFIDENTIAL**

Flight Attendant Work Rules
Index                                                        01/01/09

Approved Holidays, 42
**Hotel, 156, 166**
Accommodations, 179, 180
Domicile, 181
ULR, 181
Expenses, 44, 46
More/Less Than 5 Hours, 180
Upon Request, 180
**Hourly Flight Pay. *See***
**Compensation**
**Inaugural Flights, 78**
**Incentive Pay, 49, 51, 52**
**Initial Probation, 33**
**International Program, 12,**
**86**
Pay, 41
**IPY4, 52, *Also See***
**Incentive Pay**
**Irregular Operations, 1**
**Jetway Trades, 126**
Access Days, 39, 128
AFP, 182
Credit Rigs, 127
DFW, PDX, DCA trades, 126
**Jury Duty, 149**
Conflict with Trip, 149
Pay, 54
Proof of Service, 149
**Language of Destination,**
**87, 139**
Drafting, 143
Equipment Substitution, 165
Move-Ups, 132, 135
Open Time Swaps, 120
Pay, 41, 87
Reverse Assignments, 88
Swaps, 132
**Last Opportunity 24 in 7**
**Rest, 116**
Layover, 124
**Late Report, 45, 154**
**Layover, 22, 23**
8 Hours Behind the Door, 28
Authorized Late Report, 22
Domicile
Hotel, 181
Minimum Rest, 24
Notification of Rerouted Trip,
159
**Load Factor, 80**
A-Day Holders, 80

Hotels, 81
One-Way, 81
Pairings, 10
Rerouted/Rescheduled, 156
Swaps, 80
**MAC Flying, 83**
**Managed Time Out (MTO),**
**147**
Severe Operations, 147
**Mandatory Availability, 50,**
**161, 172, 173**
**Mandatory Rest**
A-Day Holders, 100
**MAVL, 173**
**Meal Expenses, 44**
**Meeting Pay, 53**
**Meetings/Training, 129**
**Mid-Rotation**
Cancellation, 156
Contact, 8
Escalation, 133
Notification of Rerouted Trip,
159
Removal, 57
Sick, OJI, or ELOA, 57
**Military Charters (MAC),**
**183, *Also See* Charters**
Award Process, 183
Duty Time Limitations, 21
Eligibility, 183
Trip Coverage Procedures, 183
**Minimum Rest**
**Requirements, 170, *Also***
**see Rest Requirements**
Actual, 22, 23
A-Day Holders, 103
Flight Segments Over 12 Hours,
27
Options
10-Hour Guaranteed, 27, 170
16-Hour Domicile Rest, 27,
170
8-Hours Behind the Door, 28
Pay Protection for Two or More
Pairings, 68
Phone Release, 68
Scheduled, 22, 23
Transoceanic, 24
**Minimum Staffing, 2**
Enroute, 2
F.A.R. 121.467, 2

**CONFIDENTIAL**                    **DELTA 002633**

Flight Attendant Work Rules
Index                                                        01/01/09

Rerouted/Rescheduled, 15
**Minutes Under, 34**
**Monthly Time Display, 31**
**MOTS. See Monthly Time
Display**
**Move-Ups, 118, 134, 136**
Access Day Holders, 135
Alternate Day, 134
Flight Leader, 135
LOD positions, 135
Quick Reference Chart, 136, 137
**Moving Expenses, 46, 93**
**Non-Fly Credit Time, 35**
**Notification Parameters, 65**
At Airport, 160
At Layover, 159
Less than 2 hours to Report, 8,
159
Mid-Flight, 160
Mid-Rotation, 159
More than 2 hours to Report, 8,
159
Rerouted Trip, 159
**Office Work/Duty & Flight
Duty**
Rest Requirements, 7
**One Calendar Day Cutoff,
116, 117**
**Open Time, 117**
Escalation, 133
LOD Trips, 120
Move-Ups, 134
Pick-Ups, 121
Trip Trade Balancer, 119
**Option Off Point, 152, 170**
**Out of Base Standby, 113**
Extension, 105
**Out-of-Base Trips, 140**
Layover in Domicile, 11, 140
Pay Protection, 70
Pick-Ups, 138
Reporting for Duty, 10
**Paid Personal Time. See PPT**
**Pairings, 75**
Back Side of the Clock, 82
Examples, 76
General, 75
Load Factor, 80
Q Pairings, 117
Report Time, 78
Transition Pairings, 79

Trip Length, 75
Variable Staffing, 80
**Parking Trips or A-Days, 86,
151**
**Partial Month Bids, 89**
**Passports & Visas, 9**
A-Day Holders, 96
Renewal, 9
**Pay. See Compensation**
**Pay for Incompleted Trip,
57**
**Pay Guarantee, 59**
Alternate Assignment, 67
**Pay Periods, 31**
**Pay Protection**
Availability, 60, See Availability
Alternate Assignment, 60
Charters, 72
Contact Scheduling, 161
Draft and Incentive Pay, 72
LOD Reverse Assignments, 88
Loss of Flight/Credit Time, 59
Out-of-Base Pairings, 70
Pay Guarantee, 59
Policy, 59
Scheduling Errors, 74
Single Pairing, 59
Transition Pairings, 71
Tripholder, 59
Options, 59
Two or More Pairings, 68
**Phone Release, 68, 106**
Calendar Day Release, 105
**Pick-Ups**
Access Days, 121
Awarded After Contact, 122
Awarded with No Contact, 122
Blind Pick-Ups, 121
Continuous Daily Processing,
122
From Open Time, 121
General, 121
Out-of-Base Trips:, 138
Priority, 121
Q Pairings, 121
**Piggybacking, 104, 140,
143**
**Positive Space, 176, 177**
Reference Chart, 179
**PPT, 53, 144**
Alternate Flying Program (AFP),
144

**CONFIDENTIAL**

Flight Attendant Work Rules
Index                                                              01/01/09

Daily, 145
Pre-Month, 144
Scheduled, 144
Unscheduled, 145
**Premium Pay, 40**
Flight Leader, 40
LOD, 41
Skill Based, 40
**Priority Pick-Ups, 121**
**Projected, 153**
**Q Pairings, 117, 121**
**Reduced Rest, 5, 6**
**Reduction in Staffing, 163, 165**
**Relocation Policy, 94**
**Replacement Flying, 8, 155**
**Report Pay, 34**
**Report Time, 14, 78**
Deadhead Flights, 78
Inaugural Flights, 78
Military Charters, 78
Transoceanic Flights, 78
**Reporting for Duty, 8**
A-Day Holders, 8
Availability, 8
Irregular & Severe Operations, 11
Load Factor Pairings, 10
Mid-Rotation Contact, 8
Notification of Reroute or Delay
Less than 2 Hours to Report, 8, 159
More than 2 Hours to Report, 8, 159
Out-of-Base Trips, 10
Pairing Dates for Midnight Departures, 9
Passports & Visas, 9
Prior to your Trip, 8
Transition Pairings, 8
Trip Refusal, 9
Variable Staffing, 10
**Rerouted/Rescheduled, 152, 153, 155**
24 Hour Rest, 155
Additional Staffing, 164
Cancellation of Trip, 160
Co-Terminal, 156
Delta Shuttle, 156
Disruption of Trip, 161
Duty Time Limitations, 13, 15, 157

Equipment Substitution, 163, 165
Extended Trip, 155, 162
Flagstop, 158
Flight Time Limitations, 152
Into Off Day (RR04), 47, 173
Into Vacation Day, 48
Jetway Trades, 128
Load Factor Pairings, 81
Mid-Rotation, 162
Non-stop Flights Over 12 Hours, 157
Notification, 8, 159
Less than 2 Hours to Report, 8, 159
More than 2 Hours to Report, 8, 159
Partial Crew, 163
Pay Chart, 48
Reduced Staffing, 164, 165
Severe Operations, 173
Shortened Trip, 162
Transiting Domicile, 155
**Rest Requirements.** *Also see* **Minimum Rest Requirements**
24 in 7 Rest, 5
Last Opportunity-Layover, 116, 124
Actual, 25
A-Day Holders, 102
Pref vs Assigned, 103
Domicile, 22, 25
Layover, 22, 25
Last Opportunity 24 in 7, 124
Ultra Long Range, 18, 19
Meetings/Training Adjacent to Trip, 14
Minimum Rest Requirements
Options, 27
Office Work/Duty & Flight Duty, 7
Quick Reference Chart, 25
Scheduled
Domicile, 22
Scheduled Minimum Rest, 25
Layover, 22, 24
Transoceanic, 24
Training and Meetings, 92
Transportation, 22
**Retimed Segments, 152**
**Reverse Assignments**
LOD, 88

Flight Attendant Work Rules
Index                                                        01/01/09

**RLS/RLSD.** *See* **Access Days**
**RR04, 47, 153, 173,** *Also*
  *See*
  **Rerouted/Rescheduled**
  **Into Off Day**
**RRST, 5,** *See* **Rest**
  *Requirements*
**Schedule Build**
  Access Days, 97
**Schedule Changes, 85, 116**
  1st come 1st served, 117
  Black out Days, 119
  Move-Ups, 118, 134
  Q Pairings, 117
  Quick Reference Chart, 119
  Swaps, 125
**Scheduled, 153**
**Scheduling Errors**
  Pay Protection, 74
**Severe Operations, 1, 172**
  Co-Terminal, 67
  Deviation from Deadhead, 173
  Expenses, 46
  Mandatory Availability, 173
  Options, 174
  Projected or Actual Duty Time
    Exceeds 16:00 Option, 171
  Reporting for Duty, 11
  Window of Availability, 173
**Short Call, 102**
  Transportation Reimbursement,
    102
**Shortened Trip, 160, 162**
**Shuttle**
  Release From Pairing, 160
  Rescheduled, 156
**Special Assignment Days,**
  **88**
  Pay, 56
  Travel, 88
**Standby Duty, 14, 105**
  Assignments, 98
  Credit, 58
**Stubout (Stubbed Flight),**
  **152, 154**
**Subsequent Rest, 5**
  After Reduced Rest, 6
**Surface Deadhead, 37**
**Swaps, 123**
  24 in 7
    Last Opportunity-Layover, 124

Access Days, 111, 112, 130
  Block Restrictions, 112
Black out Days, 119
Capped Days, 119
CBS Freeze, 84, 123
Continuous Daily Processing,
  125
CQ, 129
Deviation from Deadhead
  Restriction, 177
Friends List, 125
Jetway Trades, 126
LOD Trips, 120, 123
Meetings, 129
Military Charters, 124
Parking Trips, 86
Pick-Ups, 121
  Q Pairings, 117, 121
Position Swaps, 133
Quick Reference Chart, 132
Restrictions, 126
Restrictions During Bid Run, 84,
  123
Training, 129
Transitioning Between A-Day
  and Trip, 103
Transoceanic Trips, 124
Trip Trade Balancer, 119
With Another Flight Attendant,
  125
**TAFB.** *See* **Time Away From**
  **Base**
**Taxi Reimbursement**
  Authorized Late Report, 22
**TDOT, 139, 146,** *Also See*
  **Trip Drops**
**Through Flights, 10**
**Time Away from Base, 43**
**Training, 129**
  A-Day Holders, 96
  Bids, 90
**Training Pay, 55**
  CQ, 55
  International Training, 56
  Leadership Training, 56
**Transition Pairings, 79**
  Pay Protection, 71
  Reporting for Duty, 8
**Transoceanic, 12**
  Exceptions, 12
  Minimum Rest
    A-Day Holder, 24

Flight Attendant Work Rules
Index                                                          01/01/09

Domicile, 24
Tripholder, 24
Waiver, 24
Scheduled Minimum Rest
Layover, 24
TFLA Drafting, 143
**Transportation**
Duty Time, 22
Reimbursement, 45
A-Day Holders, 45
**Transportation**
**Reimbursement, 45**
**Trip Coverage Procedures,**
**98, 116, 138, 141**
Military Charters, 183
**Trip Drops, 146**
To Another Flight Attendant, 126
To Open Time, 139, 146
**Trip Interference with ADAY**
**Assignment, 110**
**Trip Length, 75**
**Trip Refusal, 9**
**Trip Trade Balancer, 119**
**Ultra Long Range Flying, 18**
A-Day Holders, 19
Cancellations, 18
Definition, 18

Delays, 18
Description, 12
Domicile Hotel, 181
Minimum Rest
Layover, 18, 19
Minimum Rest After
Actual, 18
Scheduled, 18
Minimum Rest Prior To
Actual, 18
Scheduled, 18
Quick Reference Chart, 19
**Unaffected Crew, 153, 154**
**Vacation**
Pay, 52
Rerouted Into, 48
**Variable Staffing, 10, 80**
**Waivers**
10 Day Off Rule, 85
Calendar Day in 7 Rule, 85
Come In/Go Out Rule, 85
**Will Need, 152**
**Window of Availability**
Severe Operations, 173
**Work Rules Option**
Duty Period Exceeds 16:00, 170

**CONFIDENTIAL**                    **DELTA 002637**