MATTHEW C. HELLAND (SBN 250451)
helland@nka.com
DANIEL S. BROME (SBN 278915)
dbrome@nka.com
NICHOLS KASTER, LLP
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

*Attorneys for Plaintiff and the putative class*

ROBERT JON HENDRICKS (SBN 179751)
rhendricks@morganlewis.com
ANDREW P. FREDERICK (SBN 284832)
afrederick@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California  94105-1126
Telephone:    +1.415.442.1000
Facsimile:    +1.415.442.1001

Attorneys for Defendant,
DELTA AIR LINES, INC.

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEV ANAND OMAN, TODD EICHMANN, and MICHAEL LEHR, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>DELTA AIR LINES, INC.,<br><br>Defendant. | Case No. 3:15-cv-00131-WHO<br><br>**STIPULATION AND ORDER REGARDING A CONTINUANCE OF THE HEARING ON THE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

1     Plaintiffs Todd Eichmann, Michael Lehr, and Dev Anand Oman ("Plaintiffs") and
2 Defendant Delta Air Lines, Inc. ("Delta") (collectively, "the Parties"), by and through their
3 respective counsel of record, stipulate as follows:
4     WHEREAS, a hearing on the Parties' cross-motions for summary judgment is set for
5 November 18, 2015;
6     WHEREAS, Delta's lead counsel in this case, Robert Jon Hendricks, has been in trial in
7 a case pending in the Superior Court for the County of Los Angeles since November 2, 2015;
8     WHEREAS, although Mr. Hendricks anticipated that the trial in that matter would only
9 last several weeks, it appears likely that the trial will continue through November 20, 2015;
10    WHEREAS, because of Mr. Hendricks' trial in this other matter, he likely will be unable
11 to attend the hearing on the Parties' cross-motions for summary judgment as currently set;
12    WHEREAS, to avoid this potential scheduling conflict, the Parties agree to continue the
13 hearing on their cross-motions for summary judgment to Wednesday November 25, 2015 at 10
14 a.m., provided that this date works for the Court, or to some date thereafter;
15    WHEREAS, if the Court is not available on November 25 for the hearing, the Parties
16 propose that the hearing be continued to December 16; Mr. Hendricks is unavailable on
17 December 2 and Plaintiffs' Counsel is unavailable on December 9;
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

1
STIPULATION AND ORDER REGARDING A CONTINUANCE OF THE
HEARING ON THE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT

THEREFORE, the Parties agree and stipulate that the hearing on the Parties' cross-motions for summary judgment should be continued from November 18, 2015 to November 25, 2015 at 10 a.m.

IT IS SO STIPULATED.

Dated: November 9, 2015                     NICHOLS KASTER, LLP


                                            By   *s/Matthew C. Helland*
                                                    Matthew C. Helland
                                                    Daniel S. Brome

                                            Attorneys for Plaintiffs and the Class


Dated: November 9, 2015                     MORGAN, LEWIS & BOCKIUS LLP


                                            By   *s/Andrew P. Frederick*
                                                    Robert Jon Hendricks
                                                    Andrew P. Frederick

                                            Attorneys for Defendant,
                                            DELTA AIR LINES, INC.

I, Andrew P. Frederick, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order Regarding a Continuance of the Hearing on the Parties' Cross-Motions for Summary Judgment on behalf of Defendant Delta Air Lines, Inc. and Plaintiffs Todd Eichmann, Michael Lehr, and Dev Anand Oman.  In compliance with L.R. 5-1(i)(3), I hereby attest that Matthew Helland concurs in this filing.

**ORDER**

Pursuant to the Stipulation Regarding a Continuance of the Hearing on the Parties' Cross-Motions for Summary Judgment, and good cause appearing for the reasons stated therein, the hearing on the Parties' cross-motions for summary judgment shall be continued from November 18, 2015 to November 25, 2015 at 10 a.m.

IT IS SO ORDERED.

Dated: November 10, 2015

_____
HONORABLE WILLIAM H. ORRICK
US DISTRICT JUDGE