Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
Daniel S. Brome, CA State Bar No. 278915
dbrome@nka.com
NICHOLS KASTER, LLP
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Attorneys for Plaintiffs and the putative class

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dev Anand Oman, Todd Eichmann, Michael Lehr, and Albert Flores, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>Delta Air Lines, Inc.,<br><br>　　　　　　Defendant. | **Case No. 3:15-CV-00131-WHO**<br><br>**PLAINTIFFS' NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |

Pursuant to Federal Rules of Appellate Procedure 3 and 4, and consistent with 28 U.S.C. § 1291, notice is hereby given that Plaintiffs Dev Anand Oman, Todd Eichmann, Michael Lehr, and Albert Flores appeal to the United States Court of Appeals for the Ninth Circuit the attached Judgment entered on January 6, 2017, in furtherance of the attached Orders of the District Court for the Northern District of California, dated January 6, 2017 and December 29, 2015, that granted Defendant Delta Air Lines, Inc.'s Motions for Summary Judgment and denied Plaintiffs' Motions for Summary Judgment.

Dated: January 18, 2017 

NICHOLS KASTER, LLP

By: s/Matthew C. Helland
Matthew C. Helland
Daniel S. Brome

Attorneys for Plaintiffs and the putative class

**REPRESENTATION STATEMENT**

Pursuant to Circuit Rule 3-2(b), counsel for the parties are listed below along with their addresses and telephone numbers.

Dev Anand Oman, Todd Eichmann, Michael Lehr, and Albert Flores, Plaintiffs and Appellants in this matter, are represented by:

>Matthew C. Helland, CA State Bar No. 250451
>helland@nka.com
>Daniel S. Brome, CA State Bar No. 278915
>dbrome@nka.com
>NICHOLS KASTER, LLP
>One Embarcadero Center, Suite 720
>San Francisco, CA 94111
>Telephone: (415)277-7235
>Facsimile: (415)277-7238

Delta Air Lines, Inc., Defendant and Appellee in this matter, is represented by:

>Robert Jon Hendricks, State Bar No. 179751
>rhendricks@morganlewis.com
>Andrew P. Frederick, State Bar No. 284832
>afrederick@morganlewis.com
>MORGAN, LEWIS & BOCKIUS LLP
>One Market, Spear Street Tower
>San Francisco, CA 94105-1126
>Telephone: (415)442-1000
>Facsimile: (415)277-7238

>/s/ Matthew C. Helland
>Matthew C. Helland