UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 13 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DEV ANAND OMAN; et al., | No. 17-15124 |
| Plaintiffs-Appellants, | D.C. No. 3:15-cv-00131-WHO<br>Northern District of California,<br>San Francisco |
| v. | |
| DELTA AIR LINES, INC., | ORDER |
| Defendant-Appellee. | |

Before: WATFORD and FRIEDLAND, Circuit Judges, and RAKOFF,[*] District Judge.

The panel unanimously votes to deny the petition for panel rehearing. Judge Watford and Judge Friedland vote to deny the petition for rehearing en banc, and Judge Rakoff so recommends. The full court has been advised of the petition for rehearing en banc, and no judge requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35. The petition for panel rehearing and rehearing en banc, filed March 18, 2021, is DENIED.

---

[*] The Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, sitting by designation.