# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 13, 2021

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

  Re: Delta Air Lines, Inc.
     v. Dev Anand Oman, et al.
     No. 21-396
     (Your No. 17-15124)

Dear Clerk:

  The petition for a writ of certiorari in the above entitled case was filed on September 9, 2021 and placed on the docket September 13, 2021 as No. 21-396.

        Sincerely,

        **Scott S. Harris**, Clerk

        by

        Claude Alde
        Case Analyst