Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
Daniel S. Brome, CA State Bar No. 278915
dbrome@nka.com
NICHOLS KASTER, LLP
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Attorneys for Plaintiffs and the putative class

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Dev Anand Oman, Todd Eichmann, Michael Lehr, and Albert Flores, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>Delta Air Lines, Inc.,<br><br>Defendant. | **Case No. 3:15-CV-00131-WHO**<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION REGARDING PLAINTIFFS' AND DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date:       May 4, 2022<br>Time:       2:00 p.m.<br>Courtroom: 2, 17th Floor<br>Judge:      Hon. William H. Orrick |

1    PLEASE TAKE NOTICE that Plaintiffs file this Statement of Recent Decision to alert the
2  Court to a recent decision from the United States District Court for the Central District of
3  California that is relevant to Plaintiffs' Motion for Summary Judgment (ECF No. 90) and
4  Defendant's Motion for Partial Summary Judgment (ECF No. 100). The case is *Felicia Vidrio v.*
5  *United Airlines, Inc., et al*. Case No. CV15-7985 PSG (MRWx).  A copy is attached hereto as
6  Exhibit A.

8   Dated: May 10, 2022                              NICHOLS KASTER, LLP

10                                         By:    s/ Daniel S. Brome
                                                  Daniel S. Brome
11                                                Matthew C. Helland
                                                  Attorneys for Plaintiffs