1  **SEYFARTH SHAW LLP**
   Taylor D. Horn (SBN 329435)
2  *thorn@seyfarth.com*
   560 Mission Street, 31st Floor
3  San Francisco, California 94105
   Telephone:  (415) 397-2823
4  Facsimile:   (415) 397-8549

5  Former Attorney for Defendant
   Delta Air Lines, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Todd Eichmann and Albert Flores, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>              Plaintiff,<br><br>     v.<br><br>Delta Air Lines, Inc.,<br><br>              Defendant. | Case No. 3:15-cv-00131 WHO<br><br>**NOTICE OF CHANGE OF COUNSEL** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Taylor D. Horn is no longer an attorney at Morgan, Lewis & Bockius LLP and will no longer represent Defendant Delta Airlines, Inc. ("Defendant").  Counsel of Record, Andrew Frederick and Brendan T. Killeen of Morgan, Lewis & Bockius, LLP, will continue to represent Defendant in this action.

Mr. Horn should no longer receive ECF notifications for this action.

Dated:  May 21, 2024                                  Respectfully submitted,

                                                                          **SEYFARTH SHAW LLP**


                                                                          By:  */s/ Taylor D. Horn*
                                                                                   Taylor D. Horn