Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
Daniel S. Brome, CA State Bar No. 278915
dbrome@nka.com
NICHOLS KASTER, LLP
235 Montgomery Street, Suite 810
San Francisco, CA  94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Attorneys for Plaintiffs and the putative class

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEV ANAND OMAN, TODD EICHMANN, MICHAEL LEHR, and ALBERT FLORES, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>              Plaintiff,<br>vs.<br><br>DELTA AIR LINES, INC.,<br>              Defendant. | **Case No.  3:15-cv-00131-WHO**<br><br>**SUPPLEMENTAL DECLARATION OF MATTHEW HELLAND IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS AND PRIVATE ATTORNEYS GENERAL ACT (PAGA) REPRESENTATIVE ACTION SETTLEMENT**<br><br>**Date:  June 20, 2024**<br>**Time: 10:00 AM**<br>**Courtroom: Video conference**<br><br>**Judge: Hon. William H. Orrick** |

I, Matthew C. Helland, declare:

1. I am an attorney with the law firm of Nichols Kaster, counsel of record for the Plaintiffs in this matter. I make this declaration based upon my personal knowledge, and could so testify if called to do so.

2. In my experience, PAGA cases that were filed prior to the 2016 creation of the LWDA online portal sometimes do not appear in the portal. That happened in this case. As a result, we were unable to upload the settlement agreement to the LWDA portal at the time of filing the motion for preliminary approval.

3. My staff emailed the LWDA seeking direction. On May 22, 2024, a representative from the LWDA advised us to file Plaintiffs' original PAGA notice letter and certified mail receipt to generate an LWDA case number. We were advised that once these documents were filed, an LWDA case number would be generated, allowing us to file the remaining documents.

4. My staff filed these initiating documents as directed on May 23, 2024. Thereafter we received an LWDA case number.

5. My staff then uploaded the Settlement Agreement and Fourth Amended Complaint to the LWDA website.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 23, 2024            By:    /s/Matthew C. Helland
                                      Matthew C. Helland

-1-

CASE NO. 3:15-CV-0131-WHO            SUPPLEMENTAL DECLARATION OF MATTHEW C. HELLAND