MATTHEW C. HELLAND (SBN 250451)
helland@nka.com
DANIEL BROME (SBN 278915)
dbrome@nka.com
NICHOLS KASTER, LLP
235 Montgomery Street, Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Attorneys for Plaintiffs and the Class

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEV ANAND OMAN, TODD EICHMANN, MICHAEL LEHR, and ALBERT FLORES, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>                Plaintiffs,<br>vs.<br><br>DELTA AIR LINES, INC.,<br><br>                Defendant. | **Case No. 3:15-cv-00131-WHO**<br><br>**PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO APPROVE CONSENT DECREE**<br><br>Date:        November 13, 2024<br>Time:       2:00 p.m.<br>Courtroom: 2, 17th Floor<br>Judge:      Hon. William H. Orrick |

1 | Pursuant to Local Rule 7-3(b), Plaintiffs Todd Eichmann and Albert Flores respectfully submit this Statement of Non-Opposition to Defendant's Motion to Approve Consent Decree (ECF No. 160).

DATED: September 26, 2024

NICHOLS KASTER, LLP

By: s/ Matthew C. Helland
　　　Matthew C. Helland
　　　Attorney for Plaintiffs and the Class