UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD EICHMANN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DELTA AIR LINES, INC.,<br><br>　　　　Defendant. | Case No. 15-cv-00131-WHO<br><br>**JUDGMENT** |

Judgment is hereby entered in accordance with the Court's November 13, 2024 ORDER GRANTING FINAL APPROVAL AND AWARDING ATTORNEY FEES, ENHANCEMENTS, COSTS AND EXPENSES.

**IT IS SO ORDERED.**

Dated: December 2, 2024



William H. Orrick
United States District Judge